| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Eric C. Rassbach<br>Mark L. Rienzi<br>Laura Wolk Slavis<br>Jordan T. Varberg<br>Amanda G. Dixon<br>Richard C. Osborne<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave., NW, Suite 400<br>Washington, DC 20001<br>(202) 955-0095 | Paul D. Clement<br>Erin E. Murphy<br>Matthew D. Rowen<br>Clement & Murphy, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>202-742-8900 |
| ATTORNEY(S) FOR:  Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN<br><br>Plaintiff(s),<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-CV-4702<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Eric C. Rassbach
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Yitzchok Frankel | Plaintiff |
| Joshua Ghayoum | Plaintiff |
| Eden Shemuelian | Plaintiff |
| Regents of the University of California | Defendant |
| Michael V. Drake | Defendant |
| Gene D. Block | Defendant |
| Darnell Hunt | Defendant |
| Michael Beck | Defendant |
| Monroe Gorden, Jr. | Defendant |
| Rick Braziel | Defendant |

June 5, 2024                                        /s/Eric C. Rassbach
Date                                                      Signature

Attorney of record for (or name of party appearing in pro per):

Eric C. Rassbach