Name and address:
Mark L. Rienzi
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW
Suite 400
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian <br><br> v. <br><br> Regents of the University of California, et al <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER <br><br> 2:24-CV-4702 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rienzi, Mark L.    of    The Becket Fund for Religious Liberty
*Applicant's Name (Last Name, First Name & Middle Initial)*         1919 Pennsylvania Ave NW
                                                                    Suite 400
202-955-0095      202-955-0090                                      Washington, DC 20006
*Telephone Number*   *Fax Number*

mrienzi@becketlaw.org
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Rassbach, Eric C.    of    Pepperdine University Caruso School of Law
*Designee's Name (Last Name, First Name & Middle Initial)*    24255 Pacific Coast Highway
                                                              Malibu, CA 90263
288041    310-506-4611    310-506-4108
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

eric.rassbach@pepperdine.edu
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                    _____
                                                    U.S. District Judge/U.S. Magistrate Judge