Name and address:
Laura Wolk Slavis
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW
Suite 400
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian<br><br>Plaintiff(s)<br>v.<br>Regents of the University of California, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-CV-4702<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Slavis, Laura W.     of     The Becket Fund for Religious Liberty
*Applicant's Name (Last Name, First Name & Middle Initial)*          1919 Pennsylvania Ave NW
202-955-0095          202-955-0090                 Suite 400
*Telephone Number*     *Fax Number*                Washington, DC 20006
lslavis@becketlaw.org
*E-Mail Address*                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

**and designating as Local Counsel**
Rassbach, Eric C.          of    Pepperdine University Caruso School of Law
*Designee's Name (Last Name, First Name & Middle Initial)*    24255 Pacific Coast Highway
288041     310-506-4611     310-506-4108           Malibu, CA 90263
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
eric.rassbach@pepperdine.edu
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded

Dated _____

                                              U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1