Name and address:
Jordan T. Varberg
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW
Suite 400
Washington, DC 20006

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian | CASE NUMBER |
| | 2:24-CV-4702 |
| v. Plaintiff(s) | |
| Regents of the University of California, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Varberg, Jordan T. ___ of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-955-0095          202-955-0090

*Telephone Number*          *Fax Number*

jvarberg@becketlaw.org

*E-Mail Address*

The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW
Suite 400
Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian

*Name(s) of Party(ies) Represented*      ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Rassbach, Eric C. ___ of

*Designee's Name (Last Name, First Name & Middle Initial)*

288041          310-506-4611          310-506-4108

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

eric.rassbach@pepperdine.edu

*E-Mail Address*

Pepperdine University Caruso School of Law
24255 Pacific Coast Highway
Malibu, CA 90263

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

   ☐ for failure to complete Application: _____

   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____        _____

**U.S. District Judge/U.S. Magistrate Judge**