Name and address:
Richard. C. Osborne
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW
Suite 400
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-CV-4702 |
| v. | |
| Regents of the University of California, et al | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Osborne, Richard C.      of   The Becket Fund for Religious Liberty
*Applicant's Name (Last Name, First Name & Middle Initial)*    1919 Pennsylvania Ave NW
202-955-0095    202-955-0090                Suite 400
*Telephone Number*    *Fax Number*           Washington, DC 20006
rosborne@becketlaw.org
*E-Mail Address*                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Rassbach, Eric C.     of   Pepperdine University Caruso School of Law
*Designee's Name (Last Name, First Name & Middle Initial)*    24255 Pacific Coast Highway
288041    310-506-4611    310-506-4108    Malibu, CA 90263
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
eric.rassbach@pepperdine.edu
*E-Mail Address*                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____

                                U.S. District Judge/U.S. Magistrate Judge