Name and address:
Erin E. Murphy
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian<br><br>Plaintiff(s)<br>v.<br><br>Regents of the University of California, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:24-CV-4702<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Murphy, Erin E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-748-8900
*Telephone Number*     *Fax Number*

erin.murphy@clementmurphy.com
*E-Mail Address*

of

Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Rassbach, Eric C.
*Designee's Name (Last Name, First Name & Middle Initial)*

288041          310-506-4611          310-506-4108
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

eric.rassbach@pepperdine.edu
*E-Mail Address*

of

Pepperdine University Caruso School of Law
24255 Pacific Coast Highway
Malibu, CA 90263

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                           **U.S. District Judge/U.S. Magistrate Judge**