DocuSign Envelope ID: 8B28F5BE-7850-4A57-9F49-7C905779ADF0
Case 2:24-cv-04702-MCS-PD   Document 374   Filed 06/18/24   Page 1 of 2   Page ID #:2251

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | )|
|---|---|
|YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 2:24-CV-4702 -MCS (PDx) |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities. | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gene D. Block, in his personal capacity
The Office of The General Counsel of The Regents
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric C. Rassbach
The Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW, Suite 400
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

06/07/2024

Date:

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-04702-MCS (PDx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GENE D. BLOCK
was received by me on *(date)* 6/13/2024 .

☒ I personally served the summons on the individual at *(place)* 10570 W. SUNSET BLVD., LOS ANGELES, CA 90077 on *(date)* 6/13/2024 AT 5:58 P.M. ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 163.40 for travel and $ _____ for services, for a total of $ 163.40 .

I declare under penalty of perjury that this information is true.

Date: 6/14/2024

*DocuSigned by:*
[signature]
5340CA2412EC457...
Server's signature

COLIN CHAPMAN, REGISTERED PROCESS SERVER
*Printed name and title*

25350 MAGIC MOUNTAIN PARKWAY, SUITE 300
VALENCIA, CA 91355
*Server's address*

Additional information regarding attempted service, etc: