# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24-cv-04702-MCS-PD<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   6/20/2024

Document No.:   39,40,41,42

Title of Document:   Service of Summons and Complaint Returned Executed (21 days)

**ERROR(S) WITH DOCUMENT:**

Local Rule 11-3.8 title page is missing, incomplete, or incorrect.

Filer ERRONEOUSLY attached a Blank "Un-Issued" AO 440 Summons form as main page to the Executed Proof of service.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  June 21, 2024            By:   /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.