AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN<br><br>*Plaintiff(s)*<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities.<br>*Defendant(s)* | Civil Action No. 2:24-CV-4702 -MCS (PDx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rick Braziel, in his personal capacity
The Office of The General Counsel of The Regents
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Eric C. Rassbach
The Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW, Suite 400
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/07/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-4702-MCS (PDX)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rick Braziel was received by me on *(date)* 06/17/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Danae Richardson , who is designated by law to accept service of process on behalf of *(name of organization)* Rick Braziel on *(date)* Mon, Jun 17 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 133.40 for travel and $ _____ for services, for a total of $ 133.40.

I declare under penalty of perjury that this information is true.

Date: 06/18/2024

*Server's signature*

Dominic May #2024-0001558 San Francisco

*Printed name and title*

California Process Servers
25350 Magic Mountain Pkwy, Suite 300
Valencia, CA 91355
(818) 699-5993

*Server's address*

Additional information regarding attempted service, etc.:
Additional Documents Served; Complaint, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Initial Standing Order For Civil Cases Assigned to Judge Mark C. Scarsi, Exhibits

1) Successful Attempt: Jun 17, 2024, 1:30 pm PDT at 1111 FRANKLIN ST., 8TH FLOOR, OAKLAND, CA 94607 received by Danae Richardson. Age: 30; Ethnicity: African American; Gender: Female; Weight: 200; Height: 5'10"; Hair: Black; Eyes: Brown; Relationship: UCSF Security;