Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>      Defendants. | Case No.: 2:24-cv-04702<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 22, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

* admitted *pro hac vice*

TO DEFENDANTS AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on July 22, 2024, at 9:00 A.M. in Courtroom 7C of the above-entitled court, located at 350 W. 1st St., Los Angeles, California, Plaintiffs will move and hereby move this Court to preliminarily enjoin Defendants from operating in a way that violates Plaintiffs' constitutional and statutory rights.

As described in more detail in the accompanying memorandum, Plaintiffs are three Jewish students currently enrolled at UCLA who wish to attend classes and other activities free from discrimination and antisemitic harassment. But as things stand, UCLA has failed to guarantee Plaintiffs equal access to UCLA's educational facilities, indoor and outdoor areas on campus, and UCLA-affiliated activities and programs. Rather, Defendants have supported and facilitated religion- and race-based exclusions.

UCLA's actions are unconstitutional in many respects. First, UCLA's actions violate the Free Exercise Clause. The Supreme Court has "repeatedly held that a State violates the Free Exercise Clause when it excludes religious observers from otherwise available public benefits." *Carson v. Makin*, 596 U.S. 767, 778 (2022). In addition, government policies that (1) treat "*any* comparable secular activity more favorably than religious exercise," *Tandon v. Newsom*, 593 U.S. 61, 62 (2021), or (2) allow for a "discretionary" system of "individualized exemptions," *Fulton v. City of Philadelphia*, 593 U.S. 522, 533, 536 (2021), violate the Free Exercise Clause unless they satisfy strict scrutiny. *Fellowship of Christian Athletes v. San Jose Unified Sch. Dist. Bd. of Educ.*, 82 F.4th 664, 690 (9th Cir. 2023) (en banc). Here, UCLA's policies violate all three commands, and the policies do not satisfy strict scrutiny.

1       Second, UCLA's policies violate the Free Speech Clause. The
2   government's attempt to regulate speech based on the "specific
3   motivating ideology or the opinion or perspective of the speaker" is a
4   "blatant" and "egregious" violation of the Free Speech Clause that is
5   "presumptively unconstitutional." *Rosenberger v. Rector & Visitors of*
6   *Univ. of Va.*, 515 U.S. 819, 829-30 (1995). Similarly, the government
7   cannot "coerce an individual to speak contrary to her beliefs on a
8   significant issue of personal conviction." *303 Creative LLC v. Elenis*, 600
9   U.S. 570, 598 (2023). Here, UCLA's policies violate both of these core
10  First Amendment rules without satisfying strict scrutiny.

11      Third, UCLA's policies violate the Equal Protection Clause. It has long
12  been established that denying access to public educational institutions
13  on the basis of religion or ethnicity violates the Constitution's guarantee
14  of equal protection of the laws. *Students for Fair Admissions, Inc. v.*
15  *President & Fellows of Harvard Coll.*, 600 U.S. 181, 202-03 (2023). Here,
16  UCLA's policies have led to the segregation of Plaintiffs based on their
17  race and religion, and this discrimination cannot survive strict scrutiny.
18  *Parents Involved in Cmty. Schs. v. Seattle Sch. Dist. No. 1*, 551 U.S. 701,
19  720 (2007).

20      Finally, UCLA's policies violate Title VI of the Civil Rights Act of 1964,
21  42 U.S.C. § 2000d *et. seq.* Specifically, Title VI prohibits discrimination
22  against Jews—including based on actual or perceived ancestry, race,
23  ethnic characteristics, or national origin. *Cf. Shaare Tefila Congregation*
24  *v. Cobb*, 481 U.S. 615, 616 (1987); 34 C.F.R. § 100.3(a), (b)(1)(iv), (vi).
25  Here, UCLA's policies discriminated against Plaintiffs based on their
26  ethnicity as Jews by excluding them from participation in UCLA
27  programs and denying them the full benefits of those programs.

28

---

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WHEREFORE**, Plaintiffs pray that this Court grant a preliminary injunction in this action. This request is based on this Notice of Motion and Motion; the accompanying supporting Memorandum of Points and Authorities; the supporting declarations and exhibits of Yitzchok Frankel, Joshua Ghayoum, Eden Shemuelian, and Eric Rassbach; as well as the papers, evidence, and records on file in this action; and any other written or oral evidence or argument as may be presented at or before the time this motion is heard by the Court. A proposed order is filed herewith.

Dated: June 24, 2024          Respectfully submitted,

/s/ *Eric C. Rassbach*
Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiffs*

* admitted *pro hac vice*

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
4

## PROOF OF SERVICE DECLARATION

1. Pursuant to Local Civil Rule 5-3.2.1, I certify that I will serve Plaintiffs' Notice of Motion and Motion for Preliminary Injunction (and all its attached documents) upon counsel for Defendants.

2. I will serve these documents by e-mail on Monday, June 24, 2024.

3. I will serve these documents on Jennifer Sokoler, Meaghan VerGow, Anton Metlitsky, and Matt Cowan, all of whom are counsel for Defendants Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel, each in both his official and personal capacities. In doing so, Plaintiffs will have provided notice to all adverse parties as required by Federal Rule of Civil Procedure 65(a)(1).

4. The documents to be served include (1) Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; (2) Plaintiffs' Memorandum in support of their Motion for Preliminary Injunction; (3) Declaration of Yitzchok Frankel (and the accompanying exhibit); (4) Declaration of Joshua Ghayoum (and all accompanying exhibits); (5) Declaration of Eden Shemuelian (and all accompanying exhibits); (6) Declaration of Eric Rassbach (and all accompanying exhibits); and (7) Plaintiffs' Proposed Order.

5. In accordance with Federal Rule of Civil Procedure 5(b)(2)(E), these documents will be served electronically by email. Counsel for Defendants consented in writing to this method of service on Friday, June 21, 2024.

Dated: June 24, 2024

/s/ *Eric C. Rassbach*
Eric C. Rassbach
*Counsel for Plaintiffs*