1   Eric C. Rassbach (CA SBN 288041)
2   Mark L. Rienzi (DC Bar No. 494336)*
    Laura Wolk Slavis (DC Bar No. 1643193)*
3   Jordan T. Varberg (DC Bar No. 90022889)*
4   Amanda G. Dixon (DC Bar No. 90021498)*
    Richard C. Osborne (DC Bar No. 90024046)*
5   The Becket Fund for Religious Liberty
6   1919 Pennsylvania Ave. NW, Suite 400
    Washington, DC 20006
7   202-955-0095 tel. / 202-955-0090 fax
8   erassbach@becketlaw.org

9   Paul D. Clement (DC Bar No. 433215)*
    Erin E. Murphy (DC Bar No. 995953)*
10  Matthew D. Rowen (CA SBN 292292)
11  Clement & Murphy, PLLC
    706 Duke Street
12  Alexandria, VA 22314

13  *Attorneys for Plaintiffs*

14

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-4702<br><br>**DECLARATION OF YITZCHOK FRANKEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 22, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

26

27

28

* admitted *pro hac vice*

I, Yitzchok Frankel, declare and state as follows:

1. I am over the age of 18 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all of the contents of this declaration.

2. I am a UCLA law student who completed my second year at UCLA School of Law in the Spring of 2024.

## I. My Jewish faith and identity

3. I am now and have for my whole life been an Orthodox Jew.

4. I am descended from Holocaust survivors on both sides of my family. My family was so severely impacted by the Holocaust that only four members of my paternal grandfather's family survived.

5. Consistent with my Orthodox Jewish faith, I keep kosher, strictly observe Shabbat and all Jewish holidays, and wear a kippah.

6. My wife and I are dedicated to raising our four children in the Jewish faith, and we send them to Orthodox Jewish schools. Our family regularly attends synagogue in the Los Angeles area.

7. I attended Orthodox Jewish day schools for my primary education and completed my undergraduate degree at Yeshiva University—a leading Orthodox Jewish institution of higher learning in the United States.

8. After completing my undergraduate degree, I worked at an Orthodox Jewish boys' school, YULA High School, in Los Angeles for five years, and completed an online master's degree from Yeshiva University.

9. I have strong ties to Israel. I have visited Israel approximately eight times, including one trip where I spent six weeks studying the Talmud at a yeshiva.

10. Each time I go to Israel, I visit the Kotel—the only remaining vestige of the Temple destroyed by the Roman Empire in 70 CE along

with the rest of Jerusalem. While there, I engage in "tearing kriah," the ritualistic act of rending one's garments as an act of mourning for the destruction of the Jewish Temple.

11. I seek to follow Jewish law (halacha), which prohibits speaking ill of or defaming the land of Israel. *See, e.g.,* Rabbi Eliezer Melamed, Peninei Halakhah, The Nation and the Land 3:11; *see also* Talmud Bavli, Erchin 15a (describing punishment meted out for speaking ill of the land of Israel); Talmud Bavli, Ketubot 112a-112b (describing precautions taken by rabbis to ensure that no ill would be spoken of the land of Israel). Thus, I believe, as a matter of my religious faith, that I must support Israel.

12. Like many other Jews around the world, I also engaged in a ritual at my wedding that marks the connection between all Jews and Israel: as the bridegroom, I crushed a glass with my foot at the end of the wedding ceremony. This is meant to symbolize and recall to memory the destruction of the Temple in Jerusalem by the Roman Empire. Immediately before I broke the glass, those assembled sang "If I forget you, Yerushalayim, let my right hand forget how to work. Let my tongue stick to the roof of my mouth if I do not remember you. If I do not set Yerushalayim above my chiefest joy." For this reason, too, I cannot disavow my connection to Israel.

13. I also engaged in the daily Amidah prayer petitioning for the coming of the Messiah and the return of all Jews to Israel. For me, these prayers emphasize that all Jews, whether living in Israel or abroad, have a religious duty to support Israel.

14. During the 2023-2024 school year, I served as a vice president for the Jewish Law Students Association which, among other things, bakes

1
2
pastries for Jewish holidays, holds Shabbat dinners, and occasionally gathers to study Torah.

3
4
5
15. After the October 7 attacks, I began to wear a shirt depicting an American and Israeli flag nearly every day as a sign of my support for Israel and my Jewish identity.

6
7
**II. , My experience of rising antisemitism and lack of action from UCLA after October 7th**

8
9
16. I began to notice a rise in antisemitic activity on UCLA's campus after the terrorist attacks by Hamas on October 7, 2023.

10
11
12
13
17. I observed on repeated occasions that "Bring Them Home" posters depicting the names and faces of hostages kidnapped and tortured by Hamas had been torn down, including posters displayed in areas specifically reserved for the Jewish Law Students Association.

14
15
18. Despite reporting this to the administration, I am not aware of any disciplinary action that UCLA has taken against these individuals.

16
17
19. I also frequently observed individuals wearing "anti-Zionist social club" t-shirts.

18
19
20
21
20. I was present at UCLA School of Law on November 8 and November 21, 2023, when large numbers of activists took over the law school's courtyard, chanting antisemitic phrases like "there is only one solution, intifada revolution," and carrying signs.

22
23
24
25
26
27
28
21. I also reported an antisemitic incident that took place on April 18, 2024. During that incident, another student accused me of harassing other students on campus merely because I was wearing a kippah and a shirt showing an American and Israeli flag. I reported this incident to UCLA's Office of Equity, Diversity, and Inclusion, part of the Civil Rights Office. On April 26, after the encampment had formed, I met with UCLA Law Assistant Dean of Students Benito Nieves via Zoom to discuss the

1   April 18 incident. In response, Dean Nieves merely promised to "shar[e]"
2   my "reflections with [his] colleagues in the UCLA Office of Equity,
3   Diversity, and Inclusion" and shared general counselling resources with
4   me. To my knowledge, no action was taken against the student. Attached
5   as **Exhibit 1** is a true and correct copy of that email.

6   **III.  Impact of the encampment's Jew Exclusion Zone**

7   22. I was directly impacted by UCLA's refusal to dismantle the Jew
8   Exclusion Zone.

9   23. During the school year, I frequently traverse Royce Quad to get
10  from the law school to other locations on campus, including Kerckhoff
11  Coffeehouse and other food establishments, and to purchase items from
12  the campus store.

13  24. I also frequently walk around Royce Quad in between classes,
14  sometimes to take breaks, other times while engaged in long telephone
15  conversations, such as when speaking with my law school mentee.

16  25. I have also brought my young children to Royce Quad on numerous
17  occasions to socialize as a family.

18  26. Because of the establishment of the Jew Exclusion Zone and the
19  awareness that I could not go through the encampment without violating
20  my faith by disavowing Israel, I ceased all of these activities.

21  27. I was also a direct recipient of antisemitic harassment resulting
22  from the encampment.

23  28. On April 25, 2024, the first day the encampment was in place, I
24  attended a peaceful rally held by Jewish students and other protesters
25  who support Israel's right to exist.

26  29. I observed the barricades that were set up on the north and east
27  of the encampment, including plywood and metal barriers.

28

DECLARATION OF YITZCHOK FRANKEL
4

30. While there, a masked female student came out from the encampment and stood behind the group of Jewish students and Israel supporters. She stood very close to me, holding a sign with an inverted red triangle.

31. While near the encampment I heard chants from encampment activists including "this is the final solution," "*intifada* revolution," and "from the River to the Sea." I was aware of Death to Zionism spray paint and a chalking with the words "Step here" next to the Israeli flag.

32. Later, masked participants in the encampment left the encampment and surrounded me and other observers. The encampment activists tore at our signs and pushed us.

33. UCLA security was present but failed to intervene.

34. In fact, security staff actively assisted the encampment participants. I witnessed a UCLA security guard bring out metal barricades and direct other staff to set up the barricades around the encampment protesters—in effect expanding the protected area of the encampment and leaving me and the other Jewish students stranded inside.

35. During this whole incident, a line of security guards wearing blue shirts emblazoned with CSC and mounted on bicycles also sat idly by, refusing to intervene.

36. Later, three masked female students holding a triangular red bike light stood in front of me, mocking me and taking pictures.

37. I felt as though these activists were targeting me because I am visibly Jewish, since I wear a kippah and was wearing a shirt with both an Israeli and a U.S. flag.

DECLARATION OF YITZCHOK FRANKEL

5

38. I knew that I could not approach the barricades and walk through the encampment without disavowing Israel's right to exist in direct contravention of my Jewish faith.

39. On April 28, 2024, I participated in another rally near the encampment with other Jewish students.

40. On this occasion as well, I witnessed masked participants from the encampment leave the encampment and flank us, beginning to yell, push, and shove.

41. And as with the April 25 protest, I knew that I could not proceed through the encampment unless I disavowed my Jewish faith.

42. And once again, security present in the area did nothing to intervene.

43. I was also aware of several violent incidents targeting Jews that occurred in and near the encampment on April 28. As I was walking away from the encampment on April 28, I assisted one of my friends find paramedics after she had been pepper-sprayed by someone from the encampment. I am also familiar with a widely reported incident where a young woman was knocked to the ground by individuals associated with the encampment and had to go to the hospital.

**IV. Concern for return to campus during continued antisemitism**

44. I am aware of continuing and disturbing attempts by activists to occupy and exclude Jews from parts of campus in the months after UCLA finally dismantled the encampment.

45. In particular, I was speaking with a friend over Zoom who was at the law school as activists swarmed into UCLA Law's Shapiro courtyard and began to set up barricades on June 10, 2024. Through the Zoom call, I saw this horrendous breach of the law school take place in real time.

1    46. I am also familiar with the widely-reported video of a Rabbi being

2    assaulted on June 10, 2024. This incident was particularly horrifying to

3    me, as I had previously participated in a Channukah Menorah lighting

4    with this same Rabbi along with my children, in the very same law school

5    courtyard that was taken over by activists.

6    47. My personal experiences, and these continued incidents, make

7    clear to me that antisemitism remains alive and well at UCLA, and the

8    Administration has made no commitment to end it.

9    48. Now that the law school has been invaded by these activists, I also

10   feel that it is no longer safe to bring my children there. Where I previously

11   have brought them to the law school to give them insight into their

12   father's studies, I could never bring them to an area that has so clearly

13   been shown to be unsafe to me and my young Jewish children.

14   49. I will never do anything that would compromise my Jewish faith

15   or go against my Jewish beliefs. I will never remove my kippah, and I will

16   never disavow Israel's right to exist. But under the current state of

17   affairs, I maintain these obligations well aware that I could be targeted

18   again at anytime, anywhere on campus.

19   50. I am scheduled to begin my last year of law school on August 26,

20   2024. I remain concerned that UCLA will continue to allow me to be

21   mistreated and excluded based on my Jewish identity and religious

22   exercise.

23

24    I declare under penalty of perjury that the foregoing is true and correct.

25

26    Executed on this 21st day of June, 2024.

27

28

DECLARATION OF YITZCHOK FRANKEL

7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Yitzchok Frankel

DECLARATION OF YITZCHOK FRANKEL

8