# Exhibit 1

Declaration of Yitzchok Frankel

From: **Nieves, Benito** <​███████████​>
Date: Fri, Apr 26, 2024 at 5:23 PM
Subject: Follow-up and Resources
To: Frankel, Yitzy <​███████████​>

Dear Yitzy,

Thank for meeting with me today. During our time together, you shared reflections about an April 18, 2024, incident where you were "targeted" and "harassed" by another student, which you believe was based on your Jewish identity and what you were wearing. You shared that this took place in the law school courtyard.

As I shared during this meeting, I will be sharing your reflections with my colleagues in the UCLA Office of Equity, Diversity, and Inclusion. Additionally, I am providing resources for you, below:

1. During our meeting, you reflected that this interaction did not affect your mental health negatively; however, I would be remiss if I did not share a resource with you, if that reflection changes. As such, I am sharing a link to Counseling & Psychological Services: https://counseling.ucla.edu

2. During our meeting, you provided a reflection that during a group chat interaction, an individual called you "old" and that another student defended you, addressing the comment as "ageist." UCLA is committed to creating a community free from bias and intolerance. If you have experienced a hostile climate incident, please consider filing a report at http://www.deanofstudents.ucla.edu/Report-an-Incident-of-BIAS (You do not need to do this for the matter involving the comment during the April 18 courtyard incident, as that matter is already reported.)

Please let me know if you have any questions.

**Benito Nieves**
*Associate Dean of Students*
Office of Student Conduct / Office of the Dean of Students
1104 Murphy Hall
Los Angeles, CA 90095

UCLA

Main: 310-825-3871
Direct: ███████████
Email: ███████████

--
Yitzy A. Frankel
c. ███████████
███████████