# Exhibit 1

Declaration of Joshua Ghayoum

