# Exhibit 2

Declaration of Joshua Ghayoum

**From:** "KELLEY, ROBIN via MyUCLA" <myucla@college.ucla.edu>
**Date:** April 30, 2024 at 11:36:33 AM PDT
**To:** joshazg@yahoo.com
**Subject: HIST 145B LEC 1: office hours and class this week: please read**
**Reply-To:** "KELLEY, ROBIN" <rdkelley@history.ucla.edu>


Dear class,

This week I will holding class in our regular classroom, regular time, but will hold office hours outside somewhere near the southwest corner of Haines across from the encampment, if there is some space.  You will find me.  I want to give students holding down the encampment a chance to meet with me if they need to.  If you don't feel comfortable coming in close proximity to th encampment, no worries: write me and we can make an appointment that is convenient.

I want it to be crystal clear that no one is obliged to meet me near the encampment.  I have to say this since I've learned that some of our emails have ended up in the hands of attorneys who have nothing to do with the university but are trying their best to intimidate students, TAs and faculty with threats of legal action if it appears that we are granting special privileges to student protesters, rewarding or penalizing students for the positions, or giving any credit whatsoever for participating in any antiwar activity or attending related events.  This is not the case.

See some of you later,

prof kelley


You have received this message because you are enrolled in HIST 145B LEC 1. If you feel that you have received this e-mail in error or if you feel that the content of this communication is inappropriate, forward this message along with your concerns to myucla@college.ucla.edu.