# Exhibit 3

Declaration of Joshua Ghayoum

**From:** "KELLEY, ROBIN via MyUCLA" <myucla@college.ucla.edu>
**Subject: HIST 145B LEC 1: This week**
**Date:** May 13, 2024 at 5:46:46 PM PDT
**To:** <JOSHAZG@YAHOO.COM>
**Reply-To:** "KELLEY, ROBIN" <rdkelley@history.ucla.edu>

Dear Class,

I know there is a lot going on right now and I apologize for not being in touch earlier.  This is what the week looks like.  We're still waiting for the finally day of the strike authorization vote on Wednesday.  But either way, we will not be meeting in class tomorrow but I will be doing a teach-in at or near the site of the encampment at 3:00, organized by the History Department.  If you're not doing anything please come.  However, this is not a requirement.  I know there are folks so traumatized by the fascist/zionist/police assaults on those very grounds that returning can be triggering.  Your health and safety is paramount.

If the strike authorization **succeeds**, then we will not be meeting until the strike is settled but I will make sure to be available to talk and process stuff.  If it **fails**, then we will meet in class on Thursday and decide on what to do.  If you haven't turned in the midterm yet, don't worry about it now.  We must rethink everything we're doing and remember that we come together to learn, not to be burdened or disciplined or pressured into doing busy work.  These are extraordinary times and just processing them is the work of interrogating "cop cities."

take care,

prof kelley

You have received this message because you are enrolled in HIST 145B LEC 1. If you feel that you have received this e-mail in error or if you feel that the content of this communication is inappropriate, forward this message along with your concerns to myucla@college.ucla.edu.