# Exhibit 1

Declaration of Eden Shemuelian

