# Exhibit 2

Declaration of Eden Shemuelian

From: **Chancellor Gene D. Block** <█████████████████>
Date: Fri, Oct 27, 2023 at 9:01 AM
Subject: Maintaining a Safe Learning and Working Environment for All
To: <████████████████████████>

Dear Bruin Community:

The ongoing conflict in the Middle East has stirred very deep emotions in many of us. But this does not in the least give anyone in our community — or anyone visiting our campus — license to make our students, staff or faculty feel unsafe.

In the past several weeks, my leadership team and I have heard from people across our community, from a range of backgrounds, who are feeling anxious and afraid because of hateful things they have heard at events or rallies on our campus. These concerns are taking place against the backdrop of a stark rise in anti-Semitism over the course of the past several years.

UCLA stands firmly in support of tolerance and mutual respect for all, and we unequivocally reject bigotry and hate. Even if Bruins are experiencing anger or grief, we must maintain empathy and compassion for those around us. Times of strife are when it is most important that we recognize the humanity, respect the perspectives and acknowledge the lived experiences of our peers.

Today, my leadership team will be sharing information about what UCLA is doing to promote our values and protect the safety and well-being of all Bruins. I encourage you to review and take advantage of resources relevant to you.

In this intensely challenging period, we must hold ourselves to a higher standard. We must reject discrimination in all its forms — anti-Semitism, Islamophobia, anti-Blackness, anti-Asian hate and more. This is absolutely vital if our diverse academic community is to maintain its bearing now and in the days to come.

Sincerely,

**Gene D. Block**

Chancellor


view this email in a browser

UCLA

10889 Wilshire Blvd., Suite 1400

Los Angeles, CA  90024-6971


Terms of Use | Accessibility


This email was sent to ▮▮▮▮▮▮▮▮ via BruinPost. To contact the sender, please reply to this email or send an email to ▮▮▮▮▮▮▮▮. Image removed by sender.