# Exhibit 4

Declaration of Eden Shemuelian



**Shemuelian, Eden <███████████████>**

## BA - Attendance
3 messages

---

**Shemuelian, Eden** <███████████████>  Sun, Nov 12, 2023 at 6:49 PM
To: "Verstein, Andrew" <███████████>

Hi Professor Verstein,

I hope you and your family are doing okay during these tough times.

I wanted to reach out and explain my current situation, as you might have noticed my recent lack of attendance/sudden exit during class.

While I have a great respect for you and the class, I do not feel comfortable nor capable to attend class right now and engage with the material with everything going on on campus. I have already spoken with Dean Martí, but it is hard for me to sit in class and focus when I feel uncomfortable and unsafe on campus as a Jewish student. It is hard to sit in class when the same students who have torn down flyers of kidnapped children from bulletin boards and yelled Jewish exterminationist slogans, such as "there is only one solution" and "intifada," sit near me in class. Unfortunately, the administration refrains from putting limits on students out of fear of infringing on their First Amendment right.

The inaction of the administration has forced me to take autonomy over my learning and put myself in the best situation to be successful. Consequently, I found it a lot easier to watch lectures via recording or livestream. I tried coming to class earlier in the month, but I noticed that I just ended up rewatching the whole lecture. With finals coming up very soon, it is not feasible for me to come to class and then rewatch the lecture again.

I wanted to let you know because I have a lot of respect for you and the class, and I did not want you to think otherwise due to my constant absence this past month. I truly want to do well in your class and unfortunately, I believe my only chance of being successful is watching class through recordings and/or livestreams. I hope you understand.

As such, would it be possible for my group (group 7) to be relieved of being on call on Tuesdays? I would feel bad making them cover for my absence.

Thank you, and I look forward to hearing from you.

Warmly,
Eden Shemuelian

--

**Eden Shemuelian**
███████████████ | LinkedIn | ███████
Juris Doctor Candidate | UCLA School of Law

---

**Verstein, Andrew** <███████████████>  Tue, Nov 14, 2023 at 3:38 PM
To: SHEMUELIAN - EDEN <███████████████>

These are tough days. I am letting groups off the hot seat these days. Best wishes Eden. Let me know if I can help in any other way.

> From: Shemuelian, Eden <███████████████>
> Sent: Sunday, November 12, 2023 6:49
> To: Verstein, Andrew <███████████>
> Subject: BA - Attendance

[Quoted text hidden]

SHEMUELIAN DECLARATION EXHIBIT 4
41

**Shemuelian, Eden** <​> Tue, Nov 14, 2023 at 3:51 PM
To: "Verstein, Andrew" <​>

Thank you, Professor. I appreciate it.

Warmly,
Eden

[Quoted text hidden]