# Exhibit 5

Declaration of Eden Shemuelian



Shemuelian, Eden <shemuelian2025@lawnet.ucla.edu>

## Entertainment - Attendance
3 messages

**Shemuelian, Eden** <_____>  Sun, Nov 12, 2023 at 7:00 PM
To: _____

Hi Professor Tang,

I hope all is well.

I wanted to reach out and explain my current situation, as I will not be able to make it to class for the rest of the semester. I wanted to write to you because I have a great respect for you and the class.

With everything going on in the world and on campus, I do not feel comfortable nor feel capable of being in the right mindset to concentrate and engage with the material in the classroom. I have already spoken with Dean Martí, but it is hard for me to sit in class and focus when I feel uncomfortable and unsafe on campus as a Jewish student. It is hard to sit in class when the same students who have torn down flyers of kidnapped children from bulletin boards and yelled Jewish exterminationist slogans, such as "there is only one solution" and "intifada," sit near me in my classes. Unfortunately, the administration refrains from putting limits on students out of fear of infringing on their First Amendment right.

The inaction of the administration has forced me to take autonomy over my learning and put myself in the best situation to be successful. Consequently, I found it a lot easier to watch lectures via recording or livestream. I have tried coming to class earlier in the month, but I noticed that I just ended up rewatching the whole lecture. With finals coming up very soon, it is not feasible for me to come to class and then rewatch the lecture again.

I wanted to let you know because I do have a lot of respect for you and the class; I wanted to make sure that you know why I am not attending. I truly want to do well in your class and unfortunately, I believe my only chance of being successful is through watching class through recordings and/or livestreams. I hope you understand.

I also wanted to let you know in case that would affect the grouping for the in-class activities this week. I am supposed to be in group B1. I hope that doesn't affect anything in terms of class planning (and my apologies if it does).

Thank you, and I look forward to hearing from you.

Warmly,
Eden Shemuelian

--
**Eden Shemuelian**
_____ | LinkedIn | _____
Juris Doctor Candidate | UCLA School of Law

**Tang, Xiyin** <_____>  Sun, Nov 12, 2023 at 7:37 PM
To: SHEMUELIAN - EDEN <_____>

Hi Eden, Thank you so much for reaching out and for sharing your experience. I completely understand, and I am so sorry that you feel unsafe — nobody should ever feel unwelcome and scared because of their religious affiliation, and I am so deeply saddened to hear this. I wish there were more I could do, but of course please do not worry about your attendance for the rest of the semester. I know this is a deeply difficult time for so many; I hope you are able to rest well and be taken care of amongst family and friends.

Warmly,

Xiyin Tang
Assistant Professor of Law
UCLA School of Law

SHEMUELIAN DECLARATION EXHIBIT 5
43

On Nov 12, 2023, at 7:00 PM, Shemuelian, Eden <​███​> wrote:

[Quoted text hidden]

---

**Shemuelian, Eden** <​███​>  Mon, Nov 13, 2023 at 1:40 PM
To: "Tang, Xiyin" <​███​>

Hi Professor Tang,

Thank you so much for your email and for your support. It means the world.
Take care, and talk soon.

Warmly,
Eden

[Quoted text hidden]