# Exhibit 7

Declaration of Eden Shemuelian

From: **Shemuelian, Eden** <​>
Date: Wed, Nov 29, 2023 at 10:12 AM
Subject: Re: Jewish Students Are Not Safe.
To: Martí, Bayrex <​>
Cc: Waterstone, Michael <​>, <​>

As Dean for *Student Affairs*, isn't it your responsibility to be aware?
I also noticed that in your email, you did not say that you will be looking into the matter further and taking action to make this campus a safer place for Jewish students. So now that you *are* aware, what will your next step be? Last time students felt unsafe about being filmed in a hallway, the school took immediate action and sent out a lengthy email, so I'm looking forward to seeing how you move forward here, as the magnitude of this is 1000x worse than someone being filmed on a public campus.

On Wed, Nov 29, 2023 at 9:47 AM Martí, Bayrex <​> wrote:

> Eden,
>
> I did not and do not have information about the X posting you shared below and cannot speak for the campus administration. But if you feel unsafe walking outside the building or to your car or other nearby location, you can request a CSO evening escort (details here) or complimentary transportation (details here). You can also call UCPD at or, if an emergency, 9-1-1.
>
> Bayrex
>
> **Bayrex Martí**
>
> Assistant Dean for Student Affairs
>
> (He/Him/His)
>
> 1224 Law Building
> 385 Charles E. Young Drive East
> Los Angeles, CA 90095
>
> P:
>
> UCLA School of Law

**From:** Shemuelian, Eden <▮>
**Sent:** Wednesday, November 29, 2023 9:23 AM
**To:** Waterstone, Michael <▮>; ▮
**Cc:** Martí, Bayrex <▮>
**Subject:** Jewish Students Are Not Safe.

Apologies for my bluntness, as I'm walking to the library to study for finals and don't have time to write this eloquently. But how is THIS (see attached) happening on campus without a single peep or alert from ANY campus administration/police/safety personnel/etc.? Why is Twitter/X breaking this horrendous news to me? And since it has occurred, why has NO ONE said anything? I should have been alerted by campus safety. There should have been a lockdown.

Do you know how TERRIFYING it is for me to receive this notification at 9p last night as I had to walk alone in the dark from the law library to parking lot 3?

These are not rhetorical questions. Anxiously awaiting your response on all. I am terrified and outraged, and I know I am not the only one.






--

**Eden Shemuelian**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | LinkedIn | ▇▇▇▇▇▇▇

Juris Doctor Candidate | UCLA School of Law