# Exhibit 11

Declaration of Eden Shemuelian

From: **UCLA BruinALERT** <█████████████>
Date: Sun, Apr 28, 2024 at 8:00 AM
Subject: BruinALERT: Campus Activity Updates (Sunday, April 28th)
To: █████████████████████████ <█████████████████████████>

BruinALERT: Regular campus activities continue uninterrupted by the encampment demonstration that remains in Royce Quad. To date, the activity has been mostly peaceful. Our approach continues to be guided by several equally important principles: the need to support the safety and wellbeing of Bruins, the need to support the free expression rights of our community, and the need to minimize disruption to our teaching and learning mission. These same long-standing principles have allowed UCLA to uphold a history of peaceful protest.

UCLA is following University of California systemwide policy guidance, which directs us not to request law enforcement involvement preemptively, and only if absolutely necessary to protect the physical safety of our campus community.

We've taken several steps to help ensure people on campus know about the demonstration so they can avoid the area if they wish. This includes having student affairs representatives stationed near Royce quad to let Bruins and visitors know about the encampment, redirect them if desired and to serve as a resource for their needs.

We also have safety teams who are wearing Student Affairs Mitigators (SAMs), Public Safety Aides (PSAs) and CSC security uniforms throughout the demonstration site. You may also hear helicopters dispatched by news media who are covering the demonstration.

For more information about emergencies at UCLA, please visit https://bso.ucla.edu/.