# Exhibit 12

Declaration of Eden Shemuelian

From: **UCLA BruinALERT** < ██████████████ >
Date: Mon, Apr 29, 2024 at 8:01 AM
Subject: BruinALERT: Campus Activity Updates (Monday, April 29th)
To: ████████████████████ < ████████████████████ >

BruinALERT: UCLA has a long history of peaceful protest and we are heartbroken to report that yesterday, some physical altercations broke out among demonstrators on Royce Quad.

We have since instituted additional security measures and increased the numbers of our safety team members on site, including our uniformed Student Affairs Mitigators (SAMs), Public Safety Aides (PSAs), CSC and campus security.

As an institution of higher education, we stand firmly for the idea that even when we disagree, we must still engage respectfully and recognize one another's humanity. We are dismayed that yesterday certain individuals instead chose to jeopardize the physical safety of the community.

For more information about emergencies at UCLA, please visit https://bso.ucla.edu/.

SHEMUELIAN DECLARATION EXHIBIT 12
57