# Exhibit 14

Declaration of Eden Shemuelian

From: **UCLA BruinALERT** <█████████>
Date: Tue, Apr 30, 2024 at 4:25 PM
Subject: BruinALERT: Campus Activity Updates (April 30th at 4:25PM)
To: █████████ <█████████>

BruinALERT: Access to Royce Hall is now closed through Friday. Alternate locations are being identified as options for classes taking place in Royce. Instructors will inform students about further information regarding class location. Faculty should reach out to their departments for possible classroom reassignments.

Powell Library will close at 5 p.m. today, Tuesday, and reopen on Monday. Other library spaces across campus remain open at their regular hours. Alternative study spaces are available via UCLA Library.

Non-academic staff who usually work in these buildings should plan to work remotely.

Student affairs representatives, along with signage, are stationed near Royce Quad to let Bruins and visitors know about the encampment and closed buildings, redirect them if desired and serve as a resource for their needs. We have also enhanced security measures and increased the numbers of our safety team members on site, including our uniformed Student Affairs Mitigators (SAMs), Public Safety Aides (PSAs), CSC and law enforcement officers.

For more information about emergencies at UCLA, please visit https://bso.ucla.edu/.