# Exhibit 15

Declaration of Eden Shemuelian

From: **Chancellor Gene D. Block** <​​​​​​​​​​​​​​​​>
Date: Tue, Apr 30, 2024 at 5:01 PM
Subject: Affirming our Values in a Challenging Time
To: <​​​​​​​​​​​​​​​​>

Dear Bruin Community:

This past Thursday, a group of demonstrators — both members of the UCLA community and others unaffiliated with our campus — established an unauthorized physical encampment on part of Royce Quad, joining those who have set up similar presences at universities around the country.

Many of the demonstrators, as well as counter-demonstrators who have come to the area, have been peaceful in their activism. But the tactics of others have frankly been shocking and shameful. We have seen instances of violence completely at odds with our values as an institution dedicated to respect and mutual understanding. In other cases, students on their way to class have been physically blocked from accessing parts of the campus.

UCLA supports peaceful protest, but not activism that harms our ability to carry out our academic mission and makes people in our community feel bullied, threatened and afraid. These incidents have put many on our campus, especially our Jewish students, in a state of anxiety and fear.

In response, we have taken several immediate actions. We have significantly increased our security presence in the area, including adding greater numbers of law enforcement officers, safety personnel and student affairs mitigators. We have also engaged law enforcement to investigate the recent acts of violence.

The barriers that demonstrators used to block access to buildings have been removed, and we have staff located around Royce Quad to help ensure that they will not go up again. With regard to these incidents, our student conduct process has been initiated, and could lead to disciplinary action including suspension or expulsion.

We continue to encourage anyone who experiences discrimination to report it to our Civil Rights Office. If you feel you are in danger, contact UCPD.

I recognize that the suffering in the Middle East has had a profound impact on our campus, and we continue to hope for a peaceful resolution. While Bruins hold a variety of perspectives on this conflict, we must all protect the wellbeing of our peers and maintain an environment safe for learning. This is a commitment I call on our community to uphold as we navigate the weeks ahead.

Sincerely,

60

**Gene D. Block**

Chancellor

view this email in a browser

UCLA

10889 Wilshire Blvd., Suite 1400

Los Angeles, CA  90024-6971

Terms of Use | Accessibility

This email was sent to ▮▮▮▮▮▮▮▮▮▮ via BruinPost. To contact the sender, please reply to this email or send an email to ▮▮▮▮▮▮ .