# Exhibit 16

Declaration of Eden Shemuelian

From: **Chancellor Gene D. Block** <██████████████>
Date: Wed, May 1, 2024 at 2:16 PM
Subject: Condemning Violence in our Community
To: <████████████████████████>

Dear Bruin Community:

Late last night, a group of instigators came to Royce Quad to forcefully attack the encampment that has been established there to advocate for Palestinian rights. Physical violence ensued, and our campus requested support from external law enforcement agencies to help end this appalling assault, quell the fighting and protect our community.

However one feels about the encampment, this attack on our students, faculty and community members was utterly unacceptable. It has shaken our campus to its core and — adding to other abhorrent incidents that we have witnessed and that have circulated on social media over the past several days — further damaged our community's sense of security

I want to express my sincere sympathy to those who were injured last night, and to all those who have been harmed or have feared for their safety in recent days. No one at this university should have to encounter such violence. Our student affairs team has been reaching out to affected individuals and groups to offer support and connections to health and mental health resources.

I also want to acknowledge the trauma and heartache this has brought to our full campus. Resources are available to students through the Student Affairs website and Counseling & Psychological Services, and to employees through the Staff & Faculty Counseling Center.

We are still gathering information about the attack on the encampment last night, and I can assure you that we will conduct a thorough investigation that may lead to arrests, expulsions and dismissals. We are also carefully examining our own security processes in light of recent events. To help in these efforts, I urge those who have experienced violence to report what they encountered to UCPD, and those who have faced discrimination to contact the Civil Rights Office. We are grateful for the support of law enforcement and their efforts to investigate these incidents.

This is a dark chapter in our campus's history. We will restore a safe learning environment at UCLA.

Sincerely,

**Gene D. Block**

Chancellor

view this email in a browser

UCLA

10889 Wilshire Blvd., Suite 1400

Los Angeles, CA  90024-6971

Terms of Use | Accessibility

This email was sent to ▮▮▮▮▮ via BruinPost. To contact the sender, please reply to this email or send an email to ▮▮▮▮▮ .