# Exhibit 18

Declaration of Eden Shemuelian

(https://www.ucla.edu/)

# Bruins Safe Online (/)

Home (/)

# Campus Activity Updates (May 1st @ 6:30PM)

Seán Devine | May 01, 2024 | Public Safety (/article-category/public-safety)

Campus operations will be limited tomorrow and Friday. Please continue to avoid campus and the Royce Quad area.

Per Academic Senate guidance on instruction, all in-person classes are authorized and required to pivot to remote tomorrow and Friday.

Geffen Academy, Lab School and Early Care and Education are closed tomorrow and plans for Friday will be communicated.

Employees are encouraged to work remotely wherever possible and should consult with their supervisors. Events and research activities are encouraged to go remote or be rescheduled wherever possible.

The hospital and health system, other clinical operations, and housing and hospitality facilities remain open. UCLA Extension classes will continue as scheduled, except for classes scheduled to be held on the UCLA campus, which will either be moved to other locations or online.

We have a large law enforcement presence stationed throughout campus to help promote safety. Student Affairs will have essential staff on campus to support our students.

## Related Articles

**Westwood Plaza has reopened - ALL CLEAR (/news/westwood-plaza-has-**

reopened-all-clear)

**Visit Bruins Safe Online for Updates on Campus Operations (/news/visit-bruins-safe-online-updates-campus-operations)**

**Campus Activity Updates (May 28th @ 8:45 AM) (/news/campus-activity-updates-may-28th-845-am)**

**Campus Activity Updates (May 24th) (/news/campus-activity-updates-may-24th)**

**Campus Activity Updates (May 23rd @ 5:15 PM) (/news/campus-activity-updates-may-23rd-515-pm)**

(/)

(https://www.twitter.com/UCLABruinAlert)

## BRUINALERT

**Information about BruinAlert (https://www.oem.ucla.edu/bruinalert)**

**BruinAlert Website (http://bruinalert.ucla.edu/)**

## BRUIN SAFE APPS

**Download for Android (https://play.google.com/store/apps/details?id=com.cutcom.apparmor.ucla&hl=en&pcampaignid=pcampaigniOther-global-all-co-prtnr-py-PartBadge-Mar2515-1)**

**Download for iOS (https://apps.apple.com/us/app/bruins-safe/id1188801627)**

## CAMPUS LINKS

**Campus Evacuation Areas Map (PDF) (https://ucla.box.com/s/wtxny41nn8i7ju6yf9x6b6iyue517epx)**

**Campus Maps (http://maps.ucla.edu/downloads/)**

**Fire Dept. Building Numbers (PDF) (https://ucla.box.com/v/UCLAmap-FireDept)**

**UCLA Newsroom (http://newsroom.ucla.edu/)**

(https://www.facebook.com/UCLA)(https://twitter.com/UCLA)(https://www.youtube.com/ucla)(https://www.instagram.com/ucla)(https://www.tiktok.com/@ucla?lang=en)

© 2024 Regents of the

**University of California (http://www.universityofcalifornia.edu/)**

**Emergency (https://www.bso.ucla.edu/)**

**Accessibility (https://www.ucla.edu/accessibility)**

**Report Misconduct (https://ucla-gme-advocate.symplicity.com/public_report/index.php/pid003665?)**

**Privacy & Terms of Use (https://www.ucla.edu/terms-of-use/)**