# Exhibit 20

Declaration of Eden Shemuelian

# Academic Calendar

*law.ucla.edu*/academics/academic-calendar

- Home Page
- Academics
- Academic Calendar

Our academic year begins in mid-August, when we welcome first-year students for orientation and events, and closes with commencement in mid-May, when we hand hard-earned diplomas to our newest alumni.

## Fall Semester 2023

### LLM Students

- Short Course Instruction (American Law in a Global Context) - August 9-18
- Semester Course Instruction Begins - August 21

### First Year MLS Students

- Short course Instruction (Introduction to Law) - August 14-18
- Semester Course Instruction Begins - August 21

### First Year JD Students

- Orientation - August 10-11
- Short Course Instruction (Introduction to Legal Analysis) - August 14-18
- Semester Course Instruction Begins - August 21

### Advanced JD (2L & 3L), MLS, SJD Students

Semester Course Instruction Begins - August 21

### All Students

- Labor Day (no classes meet) - September 4
- Pro Bono Day (no classes meet) - October 24
- Veteran's Day Holiday (no classes meet) - November 10
- Administrative Makeup Friday (Friday classes meet) - November 22 (Wednesday)
- Instruction Ends - November 22
- Thanksgiving Holiday - November 23-24
- Review Sessions/Reading Period - November 27-November 30, and December 8
- Final Examinations - December 1-15
- Semester Ends - December 15
- Winter Campus Closure - December 23-January 2

SHEMUELIAN DECLARATION EXHIBIT 20
70

# Academic Calendar

law.ucla.edu/academics/academic-calendar

- Home Page
- Academics
- Academic Calendar

Our academic year begins in mid-August, when we welcome first-year students for orientation and events, and closes with commencement in mid-May, when we hand hard-earned diplomas to our newest alumni.

## Spring Semester 2024

**Advanced JD (2L & 3L) LLM, MLS & SJD Students**

- Short Course Instruction (January courses) - January 3-13 (Includes Saturdays 1/6 & 1/13)
- Semester Course Instruction Begins - January 16

**First Year JD Students**

Semester Course Instruction Begins - January 16

**All Students**

- Martin Luther King Jr. Holiday (no classes meet) - January 15
- Presidents' Day Holiday (no classes meet) - February 19
- Spring Break - March 25-29
- Cesar Chavez Holiday (administrative offices closed) - March 29
- Administrative Makeup Monday (Monday classes meet) - April 23 (Tuesday)
- Instruction Ends - April 23
- Review Session/Reading Period - April 24-26
- Final Examinations – April 29-May 9
- Semester Ends - May 10
- Commencement - May 10

# Academic Calendar

UCLA Law  law.ucla.edu/academics/academic-calendar

- Home Page
- Academics
- Academic Calendar

Our academic year begins in mid-August, when we welcome first-year students for orientation and events, and closes with commencement in mid-May, when we hand hard-earned diplomas to our newest alumni.

## Fall Semester 2024

**LLM Students** - add to calendar

- Short Course Instruction (American Law in a Global Context) - August 14-23
- Semester Course Instruction Begins - August 26

**First Year MLS Students** - add to calendar

- Short course Instruction (Introduction to Law and Fundamentals) - August 3-7
- Semester Course Instruction Begins - August 26

**First Year JD Students** - add to calendar

- Orientation - August 15-16
- Short Course Instruction (Introduction to Legal Analysis) - August 19-23
- Semester Course Instruction Begins - August 26

**Advanced JD (2L & 3L), MLS, SJD Students** - add to calendar

Semester Course Instruction Begins - August 26

**All Students** - add to calendar

- Labor Day (no classes meet) - September 2
- Pro Bono Day (no classes meet) - November 5
- Veteran's Day Holiday (no classes meet) - November 11
- Administrative Makeup Monday (Monday classes meet) - November 27 (Wednesday)
- Instruction Ends - November 27
- Thanksgiving Holiday - November 28-29
- Review Sessions/Reading Period - December 2-5
- Final Examinations - December 6-20

SHEMUELIAN DECLARATION EXHIBIT 20
72

- Semester Ends - December 20
- Winter Campus Closure – TBD

SHEMUELIAN DECLARATION EXHIBIT 20
73