# Exhibit 21

Declaration of Eden Shemuelian



Shemuelian, Eden <shemuelian2025@lawnet.ucla.edu>

## Condemning Violence in our Community

**Waterstone, Michael** <​█████████████​>  Wed, May 1, 2024 at 5:45 PM
To: All Students <​█████████████​>

Dear UCLA Law Students,

This is a hard moment. As Dean, I am accountable to multiple constituencies, but I always believe my highest obligation is to our students. Events in the world have generated strong emotions throughout the semester. Members of our community have had very different views on these events. Now, even on UCLA's campus, some of these members experienced unacceptable and appalling physical violence, as described in the Chancellor's e-mail below.

I am sorry you are having to experience this during exams, which are always a time of added stress. Several have reached out, asking if we could change our format of exams, change grading options, or postpone exams. These are genuine and hard questions, without easy answers. After consulting with senior leadership at the university and the law school and with faculty colleagues, at this point we have made the decision to continue exams as scheduled. If anyone is experiencing personal circumstances and wants to request an exam accommodation, you should contact the Office for Student Affairs (███████████████). They are available to explore such requests and share any relevant considerations.

We prioritize the safety of our community and remain in active collaboration with campus partners at every step. Should things change, we will notify you immediately.

Best,

Michael Waterstone

**Michael E. Waterstone**

Dean and Professor of Law

UCLA School of Law

Office of the Dean

Phone: █████████

█████████



**From:** Chancellor Gene D. Block <​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Wednesday, May 1, 2024 2:16 PM
**To:** Waterstone, Michael <​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** Condemning Violence in our Community



Dear Bruin Community:

Late last night, a group of instigators came to Royce Quad to forcefully attack the encampment that has been established there to advocate for Palestinian rights. Physical violence ensued, and our campus requested support from external law enforcement agencies to help end this appalling assault, quell the fighting and protect our community.

However one feels about the encampment, this attack on our students, faculty and community members was utterly unacceptable. It has shaken our campus to its core and — adding to other abhorrent incidents that we have witnessed and that have circulated on social media over the past several days — further damaged our community's sense of security.

I want to express my sincere sympathy to those who were injured last night, and to all those who have been harmed or have feared for their safety in recent days. No one at this university should

SHEMUELIAN DECLARATION EXHIBIT 21
75

have to encounter such violence. Our student affairs team has been reaching out to affected individuals and groups to offer support and connections to health and mental health resources.

I also want to acknowledge the trauma and heartache this has brought to our full campus. Resources are available to students through the Student Affairs website and Counseling & Psychological Services, and to employees through the Staff & Faculty Counseling Center.

We are still gathering information about the attack on the encampment last night, and I can assure you that we will conduct a thorough investigation that may lead to arrests, expulsions and dismissals. We are also carefully examining our own security processes in light of recent events. To help in these efforts, I urge those who have experienced violence to report what they encountered to UCPD, and those who have faced discrimination to contact the Civil Rights Office. We are grateful for the support of law enforcement and their efforts to investigate these incidents.

This is a dark chapter in our campus's history. We will restore a safe learning environment at UCLA.

Sincerely,

**Gene D. Block**
Chancellor

view this email in a browser

UCLA
10889 Wilshire Blvd., Suite 1400
Los Angeles, CA  90024-6971


Terms of Use | Accessibility


This email was sent to ▮▮▮▮▮▮▮▮▮▮ via BruinPost. To contact the sender, please reply to this email or send an email to ▮▮▮▮▮▮▮▮▮▮ .