# Exhibit 22

Declaration of Eden Shemuelian





## BruinALERT: Campus Activity Updates (May 1st at 6:30PM)

**Shemuelian, Eden** <████████████████████>	Thu, May 2, 2024 at 9:46 AM
To: "Martí, Bayrex" <████████████████>, Student Affairs <████████████████>, "Suttonwills, Brenda" <████████████████>, "Waterstone, Michael" <████████████████>
Cc: ████████████████, admissions@calbar.ca.gov, ████████████████
Bcc: "Heravi, Michelle" <████████████████>, ████████████████, ████████████████, ████████████████,

Thank you so much for clearly taking my concerns so seriously and for making any effort to accommodate for the violent and unsafe conditions on campus. As a result of your lack of response, I have been forced to enter campus, as my exam is set to begin in 15 minutes. It's great to know this school cares about the safety and success of its students.

### Eden Shemuelian

████████████████████ | LinkedIn | ████████████

Juris Doctor Candidate | UCLA School of Law

On Wed, May 1, 2024 at 9:45 PM Shemuelian, Eden <████████████████████> wrote:
> Dean Martí,
>
> Rescheduling my exam to another date is not an option.
> Furthermore, I am baffled by the fact that you believe this would be an adequate solution to the issues and concerns I have raised. The climate and current state of the campus, which I pay thousands of dollars for each year, is not one that promotes and allows law students to succeed. In fact, it has proven time and time again to be a place where my fellow law students and classmates have been severely harmed and injured, even to the point of being sent to the emergency room, due to the actions of these unlawful protestors.
> The fact that the university is not allowing undergraduate students on campus for their classes should be an indicator that we, law students, in one of the toughest and most crucial times of the semester, should not have to come to campus and be subject to violence and harrassment. There is absolutely no way I can make it to campus tomorrow, nor for the rest of the semester, so I will be looking forward to receiving instructions on how to take my exam in a space where I feel comfortable and safe.
>
> **Please "reply all" in your response. Thanks.**
>
> Eden
>
> On Wed, May 1, 2024 at 9:29 PM Martí, Bayrex <████████████████> wrote:
>> Eden,
>>
>> We cannot administer an otherwise in-person exam remotely unless it's the professor's format for the whole class. But we can explore rescheduling the exam to Monday. Would you like us to proceed? Do you have any exams next week?
>>
>> Bayrex
>>
>> ***Bayrex Martí***
>> Assistant Dean for Student Affairs
>> (*He/Him/His*)

SHEMUELIAN DECLARATION EXHIBIT 22

78

1224 Law Building
385 Charles E. Young Drive East
Los Angeles, CA 90095

P: ███████

**UCLA School of Law**

---

**From:** Shemuelian, Eden <███████████████████████>
**Sent:** Wednesday, M            M
**To:** Martí, Bayrex <███████████████>
**Subject:** Fwd: BruinALERT: Campus Activity Updates (May 1st at 6:30PM)

I don't feel safe coming to campus tomorrow to take my final exam (Law 244) in person. I am requesting an emergency accommodation to take it from home tomorrow instead. I do not expect this to not be a problem in light of everything that is going on. Looking forward to hearing back from you immediately. Thank you.

# Eden Shemuelian

███████████████████████ | LinkedIn | ███████████

Juris Doctor Candidate | UCLA School of Law

---------- Forwarded message ---------
**From: UCLA BruinALERT** <███████████████>
Date: Wed, May 1, 2024 at 6:41 PM
Subject: BruinALERT: Campus Activity Updates (May 1st at 6:30PM)
To: ███████████████████████ <███████████████████████>

BruinALERT: Campus operations will be limited tomorrow and Friday. Please continue to avoid campus and the Royce Quad area.
Per Academic Senate guidance on instruction, all in-person classes are authorized and required to pivot to remote tomorrow and Friday.
Geffen Academy, Lab School and Early Care and Education are closed tomorrow and plans for Friday will be communicated.
Employees are encouraged to work remotely wherever possible and should consult with their supervisors. Events and research activities are encouraged to go remote or be rescheduled wherever possible.
The hospital and health system, other clinical operations, and housing and hospitality facilities remain open. UCLA Extension classes will continue as scheduled, except for classes scheduled to be held on the UCLA campus, which will either be moved to other locations or online.
We have a large law enforcement presence stationed throughout campus to help promote safety. Student Affairs will have essential staff on campus to support our students.
For more information about emergencies at UCLA, please visit https://bso.ucla.edu/.

--
# Eden Shemuelian

███████████████████████ | LinkedIn | ███████████

Juris Doctor Candidate | UCLA School of Law

SHEMUELIAN DECLARATION EXHIBIT 22
79

SHEMUELIAN DECLARATION EXHIBIT 22
80