# Exhibit 23

Declaration of Eden Shemuelian

From: **UCLA BruinALERT** <​███████████​>
Date: Thu, May 2, 2024 at 6:02 PM
Subject: BruinALERT: Campus Activity Updates (May 2nd at 6:00 PM)
To: ███████████████████ <███████████████████████>

BruinALERT: Campus operations will be limited tomorrow, Friday May 3rd.

Per Academic Senate guidance on instruction, all in-person classes are authorized and required to pivot to remote Friday.

Geffen Academy, Lab School and Early Care and Education will reopen Friday.

Employees are encouraged to work remotely wherever possible and should consult with their supervisors. Events and research activities are encouraged to go remote or be rescheduled wherever possible. Please continue to avoid the Royce Quad area.

The hospital and health system, other clinical operations, and housing and hospitality facilities remain open. UCLA Extension classes will continue as scheduled, except for classes scheduled to be held on the UCLA campus, which will either be moved to other locations or online.

We also encourage you to read today's important message from Chancellor Block to our Bruin community.

For more information about emergencies at UCLA, please visit https://bso.ucla.edu/.