# Exhibit 25

Declaration of Eden Shemuelian

From: **UCLA BruinALERT** <​███████████​>
Date: Thu, May 23, 2024 at 5:16 PM
Subject: BruinALERT: Campus Activity Updates (May 23rd @ 5:15 PM)
To: ███████████████████████ <​███████████████████████​>

BruinALERT: Classes in Moore Hall continue to be held remotely for the remainder of the day.

Access to Dodd Hall is limited and we are asking the community to avoid the area. Classes in Dodd Hall will also move to remote for the remainder of the day.

Earlier this morning, the Office of the Administrative Vice Chancellor, in partnership with the Office of the Associate Vice Chancellor for Campus Safety, withdrew consent to remain on campus for demonstrators on Kerckhoff patio, and asked them to disperse immediately. There was reasonable cause to find that demonstrators' activities — including erecting barricades, establishing fortifications, and blocking access to parts of the campus and buildings — were disrupting campus operations. Demonstrators were informed that if they did not disperse, they would face arrest and possible disciplinary action, as well as an order to stay away from campus for 7 days. Demonstrators willingly dispersed, and no arrests were made.

Demonstrations may continue to shift to different parts of campus.

For more information about emergencies at UCLA, please visit https://bso.ucla.edu/.