# Exhibit 28

Declaration of Eden Shemuelian

From: **Building Ops** <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Date: Tue, Jun 11, 2024 at 9:00 AM
Subject: Building Operations - Update
To: Building Ops <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>

Dear UCLA Law Community,

There were demonstrations in Shapiro Courtyard last night, but at present, there are none. Although there is still some cleanup underway, the building is open without restrictions.

We will continue to monitor the situation and will inform you should disruptions impact access to law school buildings. Campus-level operations updates are currently being communicated via [Bruins Safe Online](#).

If you have questions, please reach out to our Building Operations team at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

Building Operations

▇▇▇▇▇▇▇▇▇▇

