Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>   Defendants. | Case No.: 2:24-cv-4702<br><br>**DECLARATION OF ERIC RASSBACH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 22, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

\* admitted *pro hac vice*

I, Eric Rassbach, declare and state as follows:

1. My name is Eric Rassbach. I am one of the attorneys representing Plaintiffs in this action. I am submitting this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the contents of this declaration.

2. Exhibit 1 to this declaration is a true and correct copy of the map of UCLA's campus published on the UCLA website.

3. Exhibit 2 to this declaration is a true and correct copy of a webpage retrieved on May 17, 2024, from the UCLA website.

4. Exhibit 3 to this declaration is a true and correct copy of an article published on November 12, 2023, by the *Los Angeles Magazine.*

5. Exhibit 4 to this declaration is a true and correct copy of an article published on November 18, 2023, by the *Daily Bruin.*

6. Exhibit 5 to this declaration is a true and correct copy of an article published on November 19, 2023, by the *Daily Bruin.*

7. Exhibit 6 to this declaration is a true and correct copy of a letter published on December 5, 2023, by the *Daily Bruin.*

8. Exhibit 7 to this declaration is a true and correct copy of an article published on December 5, 2023, by the *Daily Bruin.*

9. Exhibit 8 to this declaration is a true and correct copy of an article published on February 28, 2024, by the *Jerusalem Post.*

10. Exhibit 9 to this declaration is a true and correct copy of an article published on April 2, 2024, by the *Daily Bruin.*

11. Exhibit 10 to this declaration is a true and correct copy of an article published on May 2, 2024, by the *Daily Trojan*.

12. Exhibit 11 to this declaration is a true and correct copy of an article published on April 27, 2024, by the *Daily Bruin*.

13. Exhibit 12 to this declaration is a true and correct copy of a policy document published on October 3, 2023, by UCLA.

14. Exhibit 13 to this declaration is a true and correct copy of a policy document published on December 6, 2016, by UCLA.

15. Exhibit 14 to this declaration is a true and correct copy of a post published on May 6, 2024, on the @SJPatUCLA Instagram page.

16. Exhibit 15 to this declaration is a true and correct copy of a statement published on May 2, 2024, on the Instagram page of @SJPatUCLA.

17. Exhibit 16 to this declaration is a true and correct copy of a statement published on May 6, 2024, on the Instagram page of @SJPatUCLA and on the Palestine Solidarity Encampment's Linktree page on the same date.

18. Exhibit 17 to this declaration is a true and correct copy of a post published on May 6, 2024, on the @SJPatUCLA Instagram page.

19. Exhibit 18 to this declaration is a true and correct copy of an image published on May 6, 2024, on the @SJPatUCLA Instagram page.

20. Exhibit 19 to this declaration is a true and correct copy of a post published on May 13, 2024, on the @lsjpucla Instagram page.

21. Exhibit 20 to this declaration is a true and correct copy of a news release published on May 23, 2024, by UCLA Newsroom and attributed to Defendants Michael Beck and Rick Braziel.

22. Exhibit 21 to this declaration is a true and correct copy of a news release published on June 10, 2024, by the UCLA Police Department.

23. Exhibit 22 to this declaration is a true and correct copy of an article published on May 9, 2024, by the *Los Angeles Times*.

24. Exhibit 23 to this declaration is a true and correct copy of a post published on June 3, 2024, on the @UCLASJP Instagram page.

25. Exhibit 24 to this declaration is a true and correct copy of a notice published at 8:30 AM on May 6, 2024, on the UCLA website.

26. Exhibit 25 to this declaration is a true and correct copy of a notice published at 10:15 AM on May 6, 2024, on the UCLA website.

27. Exhibit 26 to this declaration is a true and correct copy of a notice published at 4:00 PM on May 6, 2024, on the UCLA website.

28. Exhibit 27 to this declaration is a true and correct copy of a notice published on May 10, 2024, on the UCLA website.

29. Exhibit 28 to this declaration is a true and correct copy of a notice published at 9:00 AM on May 23, 2024, on the UCLA website.

30. Exhibit 29 to this declaration is a true and correct copy of a notice published at 12:15 PM on May 23, 2024, on the UCLA website.

31. Exhibit 30 to this declaration is a true and correct copy of a post published on May 23, 2024, on the @SJPatUCLA Instagram page.

32. Exhibit 31 to this declaration is a true and correct copy of a post published on May 23, 2024, on the @SJPatUCLA Instagram page.

33. Exhibit 32 to this declaration is a true and correct copy of a post published on June 10, 2024, on the @SJPatUCLA Instagram page.

34. Exhibit 33 to this declaration is a true and correct copy of a policy document published by UCLA Student Affairs and retrieved on May 16, 2024, from the UCLA website.

35. Exhibit 34 to this declaration is a true and correct copy of a policy document published by the UCLA Office of the Dean of Students and retrieved on May 17, 2024, from the UCLA website.

36. Exhibit 35 to this declaration is a true and correct copy of a policy document published by UCLA Equity, Diversity & Inclusion and retrieved on May 17, 2024, from the UCLA website.

37. Exhibit 36 to this declaration is a true and correct copy of a document published on January 22, 2016, by the University of California Regents Working Group on Principles Against Intolerance.

38. Exhibit 37 to this declaration is a true and correct copy of an article published on April 30, 2024, by the *Jewish News Syndicate*.

39. Exhibit 38 to this declaration is a true and correct copy of a policy document published by UCLA Student Affairs under Defendant Monroe Gorden, Jr., on September 25, 2017, retrieved from the UCLA website.

Executed this 24th day of June, 2024.

*/s/ Eric C. Rassbach*
Eric C. Rassbach