# Exhibit 1

Declaration of Eric Rassbach



RASSBACH DECLARATION EXHIBIT 1

| Grid | CAMPUS BUILDING | Delivery Address* |
|---|---|---|
| E4 | Ackerman Student Un | 308 Westwood Plz |
| D4 | Acosta Training Ctr | 410 Charles E. Young Dr. W |
| B2 | Amphitheater | |
| E3 | Anderson School of Mgmt | |
| E3 | Collins Executive Edu Ctr | 110 Westwood Plz |
| E3 | Cornell Hall | 110 Westwood Plz |
| E3 | Entrepreneurs Hall | 110 Westwood Plz |
| E3 | Korn Convocation Hall | 110 Westwood Plz |
| E3 | Gold Hall | 110 Westwood Plz |
| E3 | Marion Anderson Hall | 110 Westwood Plz |
| E3 | Mullin Mgmt Cmns | 110 Westwood Plz |
| E3 | Rosenfeld Lib | 110 Westwood Plz |
| E4 | Ashe Ctr | 221 Westwood Plz |
| E6 | Biomed Cyclotron | 780 Westwood Plz |
| F5 | Biomed Sci Res Bldg (BSRB) | 615 Charles E. Young Dr. S |
| E5 | Boelter Hall (Eng II & III) | 580 Portola Plz |
| F5 | Botany Bldg (La Kretz) | 618 Charles E. Young Dr. S |
| F5 | Boyer Hall | 611 Charles E. Young Dr. E |
| C4 | Bradley Intl Hall | 417 Charles E. Young Dr. W |
| E5 | Brain Mapping | 660 Charles E. Young Dr. S |
| E6 | Brain Res Inst (BRI) | 670 Charles E. Young Dr. S |
| F2 | Broad Art Ctr | 240 Charles E. Young Dr. N |
| D7 | Broxton Plz | 911 S. Broxton |
| F3 | Bunche Hall | 315 Portola Plz |
| F3 | Campbell Hall | 335 Portola Plz |
| D5 | Campus Services Bldg  I | 741 Charles E. Young Dr. S |
| C3 | Canyon Pt (Sunset Vlg) | 200 De Neve Dr |
| D8 | Capital Programs Bldg | 1060 Veteran Ave |
| C4 | Carnesale Cmn | 251 Charles E. Young Dr. W |
| B3 | Centennial Hall | 265 De Neve Dr |
| E6 | Center for Health Sci (incl. David Geffen Sch of Med) | 10833 Le Conte Ave |
| E6 | CHS Plz | |
| D4 | Central Ticket Office | 325 Westwood Plz |
| F6 | Clinical Res | 700 Tiverton Ave |
| E5 | CNSI Bldg | 570 Westwood Plz |
| E5 | Court of Sci Stdnt Ctr | 617 Charles E. Young Dr. E |
| C3 | Courtside (Sunset Vlg) | 200 De Neve Dr |
| C3 | Covel Cmns (Sunset Vlg) | 200 De Neve Dr |
| B2 | CRA Modular Units | 101 De Neve Dr |
| E6 | David Geffen Sch of Med | 10833 Le Conte Ave |
| C3 | Delta Terrace (Sunset Vlg) | 200 De Neve Dr |
| F5 | Dentistry, School of | 714 Tiverton Ave |
| C4 | De Neve Housing Complex | |
| C4 | Acacia Residential Bldg | 341 Charles E. Young Dr. W |
| C4 | Birch Residential Bldg | 361 Charles E. Young Dr. W |
| C4 | Cedar Residential Bldg | 301 Charles E. Young Dr. W |
| C4 | Dogwood Residential Bldg | 321 Charles E. Young Dr. W |
| C4 | Evergreen Residential Bldg | 331 Charles E. Young Dr. W |
| C4 | Firgrove Residential Bldg | 381 Charles E. Young Dr. W |
| B4 | Gardenia Residential Bldg | 470 Gayley Ave |
| B4 | Holly Residential Bldg | 345 De Neve Dr |
| C4 | De Neve Cmns Bldg | 351 Charles E. Young Dr. W |
| F3 | Dodd Hall | 390 Portola Plz |
| E6 | Doris Stein Eye Res Ctr | 200 Stein Plz |
| C4 | Drake Track & Field Stadium | 340 Charles E. Young Dr. N |
| C4 | Dykstra Hall | 401 Charles E. Young Dr. W |
| B2 | Easton Women's Softball Fld | 100 De Neve Dr |
| D5 | EH&S Services Bldg | 550 Charles E. Young Dr. W |
| D3 | Emergency Dept | 757 Westwood Plz |
| E5 | Engineering IV | 420 Westwood Plz |
| E5 | Engineering V | 410 Westwood Plz |
| E4 | Engineering VI | 404 Westwood Plz |
| D5 | Facilities Mgmt Bldg | 731 Charles E. Young Dr. S |
| F5 | Factor Health Sci Bldg | 700 Tiverton Ave |
| F4 | Faculty Ctr | 480 Charles E. Young Dr. E |
| C6 | Faculty Apts-Gayley | 715 Gayley Ave |
| C7 | Faculty Apts-Levering | 827 Levering Ave |
| E2 | Fernald Ctr | 320 Charles E. Young Dr. N |
| E5 | Fielding Sch of Public Health | 640 Charles E. Young Dr. S |
| C8 | Fire Station | 1090 Veteran Ave |
| D5 | Fleet Services/Garage | 751 Charles E. Young Dr. S |
| E3 | Fowler Mus (Cultural His) | 308 Charles E. Young Dr. N |
| F4 | Franz Hall | 502 Portola Plz |
| D7 | Gayley Heights Apts | 10995 Le Conte Ave |
| C5 | Gayley Towers | 565 Gayley Ave |
| D8 | Geffen Academy | 11000 Kinross Ave |
| F6 | Geffen Hall | 885 Tiverton Dr |
| E7 | Geffen Playhouse | 10886 Le Conte Ave |
| F5 | Geology Bldg | 595 Charles E. Young Dr. E |
| C5 | Glenrock Apts | 558 Glenrock Ave |
| C5 | Glenrock West | 555 Glenrock Ave |
| D6 | Goldberg Med Bldg | 300 Medical Plz |
| E5 | Gonda (Goldschmeid) Ctr | 695 Charles E. Young Dr. S |
| F3 | Haines Hall | 375 Portola Plz |
| E8 | Hammer Mus (Glendon) | 10889 Wilshire Blvd |
| B3 | Hedrick Hall | 250 De Neve Dr |
| B3 | Hedrick Summit | 240 De Neve Dr |
| F5 | Hershey Hall | 612 Charles E. Young Dr. E |
| G5 | 720 Hilgard Apts | 720 Hilgard Ave |
| F6 | 824 Hilgard Apts | 824 Hilgard Ave |
| G4 | Hilgard Bus Terminal | 403 Hilgard Ave |
| B3 | Hitch Residential Ste | 245 De Neve Dr |
| D4 | Intramural Field | |
| E6 | Jules Stein Eye Inst | 100 Stein Plz |
| F4 | Kaplan Hall (Humanities) | 415 Portola Plz |
| E3 | Kaufman Hall | 120 Westwood Plz |
| E4 | Kerckhoff Hall | 308 Westwood Plz |
| D8 | Kinross Rec Ctr | 11100 Kinross Ave |
| F4 | Knudsen Hall | 475 Portola Plz |
| A2 | Krieger Child Care Ctr | 101 Bellagio Dr |
| E5 | La Kretz Hall | 619 Charles E. Young Dr. E |
| G3 | Law, School of | 385 Charles E. Young Dr. E |
| C5 | Landfair Apts | 625 Landfair Ave |
| C5 | Landfair Vista | 510 Landfair Ave |
| C7 | Levering Ter | 885 Levering Ave |
| E5 | Life Sciences Bldg | 621 Charles E. Young Dr. S |
| D4 | L.A. Tennis Ctr (Straus Stadium) | 420 Charles E. Young Dr. W |
| D4 | Luskin Conf Ctr | 425 Westwood Plz |
| F3 | Luskin Sch of Public Affairs | 337 Charles E. Young Dr. E |
| F3 | Lu Valle Cmns | 398 Portola Plz |
| E5 | MacDonald Med Res Labs (MRL) | 675 Charles E. Young Dr. S |
| F2 | Macgowan Hall | 245 Charles E. Young Dr. E |
| F2 | Macgowan East | 243 Charles E. Young Dr. E |
| D6 | Manoukian Med Bldg | 100 Medical Plz |
| E6 | Marion Davies Children's Ctr | 805 Tiverton Ave |
| E4 | Mathematical Sci Bldg | 520 Portola Plz |
| D6 | Mattel Children's Hospital | 757 Westwood Plz |
| F2 | Melnitz Hall | 235 Charles E. Young Dr. E |
| F2 | Melnitz East | 235 Charles E. Young Dr. E |
| D4 | Mo Ostin Basketball Ctr | 440 Charles E. Young Dr. W |
| F5 | Molecular Sci Bldg | 609 Charles E. Young Dr. E |
| E4 | Moore Hall | 457 Portola Plz |
| D4 | Morgan Intercollegiate Athl Ctr | 323 Westwood Plz |

| Grid | CAMPUS BUILDING | Delivery Address* |
|---|---|---|
| D6 | Morton Med Bldg (MP200) | 200 Medical Plz |
| F4 | Murphy Hall | 410 Charles E. Young Dr. E |
| E5 | Neurosci Res Bldg. (Gordon) | 635 Charles E. Young Dr. S |
| E3 | North Campus Stdnt Ctr | 295 Charles E. Young Dr. N |
| C4 | Northwest Campus Aud | 200 De Neve Dr |
| F5 | Nursing, School of | 700 Tiverton Ave |
| E6 | Occupational Health Fac | 67-120 Center for Health Sciences |
| B3 | Olympic Hall | 265 De Neve Dr |
| F5 | Orthop Hospital Res Ctr (OHRC) | 615 Charles E. Young Dr. S |
| E8 | Oppenheimer Tower | 10880 Wilshire Blvd |
| F4 | Ostin Music Ctr | 445 Charles E. Young Dr. E |
| D4 | Pauley Pavilion | 301 Westwood Plz |
| F3 | Perloff Hall | 365 Portola Plz |
| F4 | Physics & Astronomy Bldg (PAB) | 430 Portola Plz |
| F5 | Plant Growth Ctr | 614 Charles E. Young Dr. S |
| D5 | Police Station | 601 Westwood Plz |
| F4 | Portola Plz Bldg | 460 Portola Plz |
| E4 | Powell Library | 10740 Dickson Plz |
| F4 | Psychology Bldg/Pritzker | 502 Portola Plz |
| F3 | Public Affairs Bldg | 337 Charles E. Young Dr. E |
| E6 | Reed Neurological Res Ctr | 710 Westwood Plz |
| C8 | Rehabilitation Ctr | 1000 Veteran Ave |
| D6 | Resnick Neuropsychiatr Hospital | 150 UCLA Medical Plz |
| C4 | Rieber Hall | 310 De Neve Dr |
| B3 | Rieber Ter | 270 De Neve Dr |
| B4 | Rieber Vista | 280 De Neve Dr |
| E3 | Rolfe Hall | 345 Portola Plz |
| D6 | Ronald Reagan UCLA Med Ctr | 757 Westwood Plz |
| E5 | Rosenfeld Hall | 110 Westwood Plz |
| E3 | Royce Hall | 10745 Dickson Plz |
| B4 | Saxon Residential Ste | 325 De Neve Dr |
| F4 | Schoenberg Music Bldg | 445 Charles E. Young Dr. E |
| E3 | Sch of Edu & Info Studies (SEIS) | 290 Charles E. Young Dr. N |
| C8 | Sci & Tech Res Bldg. (STRB) | 1040 Veteran Ave |
| E6 | Semel Inst | 760 Westwood Plz |
| F5 | Slichter Hall | 603 Charles E. Young Dr. E |
| B4 | Southern Reg Lib Fac (SRLF) | 305 De Neve Dr |
| C7 | Southwest Campus Apts | 900 Weyburn Pl. N |
| C7 | Laurel | 920 Weyburn Pl. N |
| C7 | Palo Verde | 910 Weyburn Pl. N |
| C7 | Tipuana | 900 Weyburn Pl. N |
| C3 | Spieker Aquatics Ctr | 114 Easton Dr |
| C4 | Sproul Cove and Sproul Lndg | 330 & 380 De Neve Dr |
| C3 | Sproul Hall | 350 De Neve Dr |
| E5 | Strathmore Bldg | 501 - 555 Westwood Plz |
| E4 | Student Act Ctr (SAC) | 220 Westwood Plz |
| C3 | Sunset Cyn Classroom Trl | 111 Easton Dr |
| C3 | Sunset Cyn Rec Ctr | 111 Easton Dr |
| F5 | Terasaki Life Sci Bldg | 610 Charles E. Young Dr. E |
| E7 | Tiverton Patient Fam Guest Hou | 900 Tiverton Ave |
| C8 | Transit Ops Maint Yard | 11075 Kinross Ave |
| D8 | UCLA Ext (UNEX) Admin | 10960 Wilshire Blvd. 16/17th Floor |
| D8 | UCLA Ext Lindbrook Ctr | 10920 Lindbrook Dr |
| D8 | UCLA Ext Gayley Ctr | 1145 Gayley Ave |
| G3 | UCLA Guest House | 330 Charles E. Young Dr. E |
| E2 | UCLA Lab Sch (formerly UES) | 305 Sycamore Ct |
| E7 | UCLA Westwood Ctr | 924 Westwood Blvd |
| D6 | Ueberroth Bldg | 10945 Le Conte Ave |
| F2 | University Res | 10570 Sunset Blvd |
| C7 | Village Ter Apts | 919-923 Levering Ave |
| D3 | Wallis Annenberg Stadium | |
| E6 | Wasserman Bldg | 300 Stein Plz |
| D4 | Wasserman Football Ctr | 430 Charles E. Young Dr. W |
| D4 | West Alumni Ctr | 325 Westwood Plz |
| D8 | West Med Bldg | 1010 Veteran Ave |
| D8 | West Med Steam Plant | 1021 Weyburn Pl. S |
| C4 | Westwood Chateau Apts | 456 Landfair Ave |
| C4 | Westwood Palm Apts | 475 Gayley Ave |
| D7 | Weyburn Apts | 10845-55 Weyburn Ave |
| C7 | Weyburn Ter Housing Complex | |
| C7 | Aloe Ct | 740 Weyburn Ter |
| B7 | Cypress Ct | 725 Weyburn Ter |
| C7 | Jacaranda Ct | 785 Weyburn Ter |
| C7 | Magnolia Ct | 765 Weyburn Ter |
| C7 | Olive Ct | 825 Weyburn Ter |
| C7 | Palm Ct | 945 Weyburn Ter |
| C7 | Sycamore Ct | 925 Weyburn Ter |
| C7 | Weyburn Grad Stu Housing | 1020 Weyburn Dr |
| E9 | Wilshire Ctr | 10920 Wilshire Blvd |
| D4 | Wooden Rec and Sports Ctr | 221 Westwood Plz |
| F5 | Young Hall | 607 Charles E. Young Dr. E |
| F2 | Young Res Lib (YRL) | 280 Charles E. Young Dr. N |

| Grid | CAMPUS LIBRARIES | Delivery Address* |
|---|---|---|
| F2 | Arts Lib | 1400 Public Affairs Bldg. |
| E6 | Biomed Lib (Louise M. Darling) | CHS (Factor), rm. 12-077 |
| E4 | College Lib | Powell Library |
| G3 | Law Lib (Hugh & Hazel Darling) | School of Law, rm. 1112 |
| E3 | Mgmt Lib (Eugene & Maxine Rosenfeld) | Rosenfeld Lib (Anderson Complex) |
| F4 | Music Lib | Schoenberg Music Bldg, rm. 1102 |
| F2 | Res Lib (Charles E. Young) | Young Research Lib |
| | Science & Engineering Lib (SEL)/ | |
| E5 | Eng and Math Sci | Boelter Hall, rm. 8270 |
| F5 | Geology-Geophysics | Geology, rm. 4697 |
| B4 | Southern Regional Lib | Southern Regional Library Facility |

| Grid | OTHER CAMPUS LOCATIONS | |
|---|---|---|
| E4 | Bruin Statue and Bruin Plz | |
| C4 - E4 | Bruin Walk | |
| E3 - E4 | Court of Philanthropy | |
| E5 - F5 | Court of Sciences | |
| F3 - F4 | Dickson Ct | |
| F3 - F4 | Flagpole | |
| G4 | Founder's Rock | |
| E3 | Inverted Fountain | |
| E3 | Janss Steps | |
| F4 | Kinsey Science Teaching Pavilion | |
| F6 | La Kretz Garden Pavilion | |
| D3 - D4 | Marshall Fld (in Drake Stadium) | |
| F6 | Mathias Botanical Gdn | |
| F2 | Murphy Sculpture Gdn | |
| E3 - E4 | Shapiro Fountain | |
| D4 | Spaulding Fld | |
| C3 | Sunset Tennis Cts | |
| A3 | Sycamore Tennis Cts | |
| E3 | Wilson Plz | |

| Grid | PARKING STRUCTURES/LOTS | Delivery Address* |
|---|---|---|
| E6 | Parking Structure 18 | 820 Westwood Plz |
| C4 | Parking - DD | 409 Charles E. Young Dr. W |
| C2 | Parking - Sunset Recreation | 115 Easton Dr |
| C3 | Parking - Sunset Village | 200 De Neve Dr |
| D6 | Parking Structure 1 | 100 Medical Plz |
| F5 | Parking Structure 2 | 602 Charles E. Young Dr. E |
| F2 | Parking Structure 3 | 215 Charles E. Young Dr. N |
| E4 | Parking Structure 4 | 221 Westwood Plz |
| E3 | Parking Structure 5 | 302 Sycamore Ct |
| D4 | Parking Structure 7 | 336 Charles E. Young Dr. N |
| D5 | Parking Structure 8 | 555 Westwood Plz |
| E5 | Parking Structure 9 | 675 Charles E. Young Dr. S |
| D8 | Parking Structure 32 | 1070 Veteran Ave |
| F6 | Parking Structure E | 833 Tiverton Ave |
| F6 | Parking Structure 27 | 833 Tiverton Ave |
| E9 | Parking Structure 35 | 10920 Wilshire Blvd |
| D8 | Parking Structure 37 | 1101-1145 Gayley Ave |
| E8 | Parking Structure 38 | 10889 Wilshire Blvd |
| E7 | Parking Structure 39 | 924 Westwood Blvd |
| D6 | Parking Structure MP | 760 Westwood Plz |
| A3 | Parking Lot 10 | 101 Bellagio Dr |
| B2 | Parking Lot 11 | 300-310 De Neve Dr |
| B4 | Parking Lot 17 | 305 De Neve Dr |
| D8 | Parking Lot 36 | 11020 Kinross Ave |
| G4 | Parking Lot A | 445 Charles E. Young Dr. S |
| B4 | Parking Lot 13 | 360 De Neve Dr |
| E2 | Parking Lot R | 19 Charles E. Young Dr. N |
| E6 | Parking Lot Jules Stein | 200 Stein Plz |

RASSBACH DECLARATION EXHIBIT 1

6