# Exhibit 2

Declaration of Eric Rassbach





UCLA

Locations & Hours | Ask Us | Give Now | My Account

UCLA Library

RESEARCH | GET HELP WITH... | VISIT | ABOUT

Locations < Powell Library

Service Update

# Powell Library

The main undergraduate library on campus, Powell Library serves as a place for inquiry, creativity and community.

AskUs@library.ucla.edu
(310) 825-1938
View staff directory
10740 Dickson Plaza
Los Angeles, CA 90095-1450

## Using the Library

ON THIS PAGE

Powell Library is located on the southwest end of Dickson Plaza.

### Hours

| « Previous Next » | May 12 Sunday | May 13 Monday | May 14 Tuesday | May 15 Wednesday | May 16 Thursday | **May 17 Friday** | May 18 Saturday |
|---|---|---|---|---|---|---|---|
| Powell Library | Closed | 8am – 7pm | 8am – 7pm | 8am – 11pm | 8am – 11pm | **8am – 6pm** | 10am – 6pm |
| Night Powell | Closed | Closed | Closed | 11pm – 8am | 11pm – 8am | **6pm – 12am** | Closed |
| CLICC Computer Lab | Closed | 8am – 7pm | 8am – 7pm | 8am – 11pm | 8am – 11pm | **8am – 12am** | 10am – 3pm |
| Research Help Desk | Closed | 10am – 1pm | 10am – 1pm | 10am – 1pm | 10am – 1pm | **Closed** | Closed |
| CLICC Classrooms Hub | Closed | 8am – 7pm | 8am – 7pm | 8am – 7pm | 8am – 7pm | **8am – 5pm** | Closed |
| CLICC Equipment Lending (Powell) | Closed | 8am – 7pm | 8am – 7pm | 8am – 7pm | 8am – 7pm | **8am – 7pm** | 10am – 3pm |

All Library Hours

## At This Location

- 24 Hour Study Space
- ADA Stations
- Computer/Laptop Access
- Laptop Lending
- Print, Copy and Scan
- Research Help

## Spaces

### Powell Group Study Rooms

These six group study rooms — located by the first floor reading room — include seating, power outlets and a screen for collaboration among up to eight people.

Reserve ↗

### Night Powell

Night Powell is a large, quiet reading room which functions as an overnight study space for UCLA students, faculty and staff.

### Powell Library Circulation Desk

Located on the second floor of Powell Library, the Circulation Desk is where you can ask a question, check out a book or get directions to our other library spaces.

### Computer Lab (CLICC)

Located in Powell Library, the CLICC Lab is a large space open for drop-in, collaborative study. It is equipped with power outlets for students' devices and wēpa printing.

SEE MORE

## Services & Resources

### Research Consultations

We can help at every stage of the research process. Schedule a consultation or stop by a help desk!

→

### Construction Closure at Powell Library

Learn how to access UCLA Library resources and spaces while the Powell Reading Room is closed for seismic upgrades.

→

### Course Reserves

Wondering how the Library can help provide access to your course materials? Check out our resources for students and instructors on how to request...

→





### Requesting an Event or Exhibit at Powell

While Powell Library is undergoing seismic construction, we will prioritize student study space. We are not accepting event or filmin...

### Equipment Lending

The UCLA Library provides technology services and shared equipment loans to UCLA students, staff and faculty in support of learning...

### Instructional Media Collections and Services

Instructional Media Collections and Services (IMCS) provides access to course-required physical and digital media for UCLA instructors, teaching...

SEE ALL SERVICES & RESOURCES

## About

Powell Library offers students opportunities to discover their intellectual passions, explore their creative talents and engage in community with others. Our services, spaces, collections and programs promote student learning and success at UCLA and beyond!

Services include research and instructional consultations, workshops, learning and instructional technology support and writing consultations offered in partnership with the Undergraduate Writing Center.

Quiet and collaborative study spaces are available throughout the building, including group study rooms and multi-use teaching and learning spaces.

Powell Library collections support current and emerging undergraduate curricula in the humanities, social sciences, sciences and mathematics, including interdisciplinary programs and initiatives. We are also home to our Community Collections, thematic collections co-curated by librarians and students to support lifelong learning. The Community Collections are located in the Main Reading Room on the second floor.

Powell Library also offers a wide variety of programming, including exhibits, concerts, dances, readings and other events that support student learning and creativity.

To learn more about the architecture, read UCLA Powell Library Building by Miriam Dudley.

UCLA Library

Twitter | Facebook | Instagram | YouTube

JOBS AT UCLA LIBRARY

GIVE US FEEDBACK

Stay updated

Subscribe to get the latest updates on what's happening with UCLA Library.

Email Address Subscribe

© 2024 Regents of the University of California

Emergency Accessibility Privacy & Terms of Use