# Exhibit 3

Declaration of Eric Rassbach

# UCLA Condemns 'Hateful Behavior,' 'Antisemitic Language' from Pro-Palestinian Student Protesters

*La* lamag.com/news/ucla-condemns-pro-palestinian-student-protesters-antisemitic-behavior

Greg Gilman

Students went viral online Friday for screaming "beat that fucking Jew" through a megaphone while bashing a piñata bearing an image of Israeli Prime Minister Benjamin Netanyahu.

- Greg Gilman
- Nov 12, 2023



Students gather near a Halloween decoration of Frankenstein's Monster during a "Walkout to fight Genocide and Free Palestine" at Bruin Plaza at UCLA in Los Angeles on October 25, 2023. (Photo by FREDERIC J. BROWN/AFP via Getty Images)

UCLA Chancellor Gene D. Block condemned antisemitic behavior from students captured on camera during a pro-Palestinian protest last week, when students were heard screaming "beat that fucking Jew" through a megaphone while bashing a piñata bearing an image of Israeli Prime Minister Benjamin Netanyahu.

RASSBACH DECLARATION EXHIBIT 3

10

"At an event just this week on our campus, individuals exhibited extremely hateful behavior and used despicable antisemitic language, which was captured on video and shared widely, frightening many within our community," Block said in a <u>letter to the community</u> on Friday. "While this may be protected speech under the First Amendment, it is nonetheless abhorrent and completely unacceptable. Campus officials are reviewing the actions at the event and anyone found to be in violation of the law or the UCLA code of conduct will be held accountable."

The viral incident, which was reported by the <u>New York Post</u> on Friday, occurred during a demonstration organized by Students for Justice in Palestine, gathering to demand the U.S. end funding to Israel. The <u>Daily Bruin</u> reported that President Joe Biden was also pictured on one of the piñata's protesters were beating. Students at the rally wore face masks and keffiyehs to conceal their identity while chanting familiar refrains heard at pro-Palestinian rallies across the country: "Free, free Palestine," "Israel, Israel, you can't hide, we charge you with genocide" and "From the river to the sea, Palestine will be free."

"Periods of conflict in the Middle East have time and again been linked to a global rise in reprehensible acts of Antisemitism, Islamophobia and anti-Arab hate," Block said in his statement. "I am extremely disheartened to say that this has proven true once again, and the UCLA campus has by no means been spared."

He continued, "Today, I joined University of California President Michael V. Drake and the UC chancellors in issuing a forceful condemnation of incidents of bigotry, intolerance and intimidation that have taken place on UC campuses — including UCLA — over the past several weeks. We must be crystal clear: discrimination, threats, violence and hate have absolutely no place in a university community dedicated to open-mindedness, respect and mutual understanding. "

Both Block and Drake will be sharing further UC-wide initiatives designed to "strengthen community and reaffirm our values in this period of intense strife."

The protest Wednesday is the latest in a long line of what UC administrative leaders described as "alarming, profoundly disappointing acts of bigotry, intolerance, and intimidation we have seen on our campuses over these past several weeks."

In addition to Block's letter, Drake and the 10 University of California chancellors sent a unified message the same day.

> Some of the rhetoric we have seen and heard over the past month at campus protests, online, in student government meetings, and in classrooms has been shocking and abhorrent. Let us be clear: There is no place for hate, bigotry, or intimidation at the University of California. Period. Antisemitism is antithetical to our values and our campus codes of conduct and is unacceptable under our principles of community. It will not be tolerated. Similarly, Islamophobia is unacceptable and will not be tolerated. We will work to ensure that those who advocate on behalf of Palestinians can also be confident of their physical safety on our campuses.

Meanwhile, the university's Undergraduate Students Association Council's Cultural Affairs Commission complained last week that a 35-year-old white woman stormed their office on campus to accuse staff of being "terrorists" and "nazis."

"Zionists who do not attend this school are being allowed entry into UCLA to freely harass students. It speaks volumes of the level of unsafety that our students are facing," the organization wrote in an Instagram post. "Various attacks like these have been happening on campus for weeks and UCLA has not done a sufficient job to intervene or even condemn harm against students who support Palestine."