# Exhibit 10

Declaration of Eric Rassbach

DAILY TROJAN

For the past two weeks, protesters at college campuses around the country have set up encampments, demanding their universities divest from Israel and from companies they say support Israel's war in Gaza.

(Lorianne Willett / The Daily Texan)

Since students and community members at Columbia University pitched their first tents April 17, more than 1,500 people have been arrested in more than 30 campuses across at least 23 states.

(Jeremy Chen / Daily Bruin)

Student photojournalists have been working to capture the scenes of those encampments, including counterprotests, tensions with — and crackdowns by — local law enforcement, and the ramifications of administrators' responses to the demonstrations.

(Henry Kofman / Daily Trojan)

IN PHOTOS

# A nation shaken by camps for Gaza

In a first-of-its-kind collaboration, student-run newspapers that have been reporting on the ground at these protests — the *Daily Trojan*, the *Daily Bruin*, the *Emory Wheel*, *The Daily Californian*, *Washington Square News*, the *Berkeley Beacon* and the *Daily Texan* — have come together to compile this nationwide photo essay, featuring images compiled from coast to coast, in the hopes that it will offer a broad picture of an ongoing student movement that has received international attention.

The Daily Trojan and its collaborators are committed to a continued collection of student photojournalism. While this collection is the first, if interest is expressed from the many other schools across the nation who are affected we will continue to publish. Please have a member of masthead reach out if your school is interested in future collaboration.

Design by Jonathan Park

## Daily Trojan

University of Southern California

[dailytrojan.com](dailytrojan.com)



Group of protestors locking arms as they stand in front of USC DPS officer. (Marcus Heatherly / Daily Trojan)



LAPD officer angrily yelling at protesters. (Jordan Renville / Daily Trojan)



Student protestor being grabbed by USC Department of Public Safety officer. (Henry Kofman / Daily Trojan)



Wall of LAPD officers stand behind the locked gates of USC campus while protestors look from the outside. (Jordan Renville / Daily Trojan)



Spray-painted Youth Triumphant Fountain on USC's campus, made to mimic blood. (Zongyi Wang / Daily Trojan)

### Daily Bruin

University of California, Los Angeles

dailybruin.com



A firework explodes in front of the wooden boards surrounding the encampment, releasing a cloud of smoke. (Catherine Hamilton / Daily Bruin)



Counterprotesters wave American and Israeli flags in front of Royce Hall at UCLA. (Julia Zhou / Daily Bruin)



A pro-Palestine supporter holds a Palestinian flag as other supporters link arms behind them. (Brandon Morquecho / Daily Bruin)



Pro-Palestine demonstrators wave flags and hold up signs next to Pauley Pavilion at UCLA. The group faced off against thousands of counter-protesters Sunday. (Myka Fromm / Daily Bruin)



Palestine supporters stand with their arms linked together as counter-protestors wave flags and signs at them. (Jeremy Chen / Daily Bruin)

**Daily Californian**

University of California, Berkeley

dailycal.org

RASSBACH DECLARATION EXHIBIT 10
43



Since being established April 22, there has been no police activity at the Free Palestine Encampment at the University of California, Berkeley, despite being outside Sproul Hall, home to the University of California Police Department, as of April 29. (Kyle Garcia Takata / The Daily Californian)



Many students are continuing on with their daily lives as demonstrators camp out in front of Sproul Hall in support of the Free Palestine Movement at the University of California, Berkeley, April 24. (Anita Liu / The Daily Californian)



Upper Sproul Plaza at the University of California, Berkeley, is covered with flyers and decorations supporting the Free Palestine Encampment. (Kyle Garcia Takata / The Daily Californian)



Students arrive at the Free Palestine Encampment at the University of California, Berkeley, with camping gear to join the approximately 70 other tents on the morning of April 24. (Anita Liu / The Daily Californian)



Demonstrators hold up banners voicing the demands of those within the Free Palestine Encampment at the University of California, Berkeley, April 23. (Kyle Garcia Takata / The Daily Californian)

## The Emory Wheel

Emory University

emorywheel.com



Officers with Emory Police Department and Georgia State Patrol detain a protestor during a pro-Palestine demonstration on April 25, with the state patrol officer kneeling on the man's back and pressing his hand against the side of his head. According to Emory Vice President for Public Safety Cheryl Elliott, 28 protestors were

arrested on April 25 — 20 of whom were affiliated with the University. (Jack Rutherford / The Emory Wheel)



Emory Police Department officers and Georgia State Patrol troopers move protestors back from the entrance of the Candler School of Theology on the evening of April 25. Demonstrators occupied the theology school and told The Emory Wheel that they planned to stay in the building until their list of demands, which included "proof of freedom" for arrested protestors, were met. (Jack Rutherford / The Emory Wheel)



A group of protestors chant inside Cox Hall's food court on April 26 after demonstrations continued into their second day. The protestors

later listened to speeches and danced to music in the dining hall.
(Jack Rutherford / The Emory Wheel)



Protests continue on Emory's Quadrangle until just after midnight on
April 27. A group of faculty members lined up and faced the Emory
Police Department officers in solidarity with the protestors. (Jack
Rutherford / The Emory Wheel)



Unknown individuals spray painted "OF GENOCIDE" under Emory
University's name on the marble sign near the Haygood Hopkins
gate. (Sarah Davis / The Emory Wheel)

RASSBACH DECLARATION EXHIBIT 10
48

The University of Texas at Austin

thedailytexan.com



State troopers stand on Main Mall during a walkout organized by the Palestine Solidarity Committee at the University of Texas at Austin on April 24. (Lorianne Willett / The Daily Texan)



Police spray mace onto protesters in an attempt to push them back during a protest at the University of Texas on April 29. (Lorianne Willett / The Daily Texan)



Police attempt to push into Parlin Hall after calling protesters to disperse during a movement organized by the Palestinian Solidarity Committee on Wednesday. (Charlotte Keene / The Daily Texan)



A protester is arrested after police break up an encampment on Main Mall at the University of Texas on April 29. As of 5 p.m. on Monday 43 arrests had been made. (Lorianne Willett / The Daily Texan)



Protesters pour water onto the face of a citizen sprayed with mace during a protest on the University of Texas campus on April 29. (Lorianne Willett / The Daily Texan)

## Washington Square News

New York University

nyunews.com



Pro-Palestinian demonstrator in a rally at Washington Square Park on April 23. The rally was organized to criticize the university's authorization of what came to be 120 arrests at the Gaza Solidarity Encampment Monday night and to continue to call for divestment from Israel. (Julia Smerling / Washington Square News)



Pro-Palestinian demonstrators at the first Gaza Solidarity Encampment at NYU's Gould Plaza. (Manasa Gudavalli / Washington Square News)



Pro-Palestinian demonstrator at the first Gaza Solidarity Encampment at NYU's Gould Plaza. (Manasa Gudavalli / Washington Square News)



NYPD arrested protesters during the first Gaza Solidarity Encampment at NYU's Gould Plaza. (Matt Petres / Washington Square News)



More than 100 protesters picketed outside NYU's Gould Plaza on April 25 to demand that NYU divest from companies with ties to Israel, close its study abroad site in Tel Aviv, remove police presence on campus and prevent disciplinary action against students who participated in pro-Palestinian demonstrations. (Lianna O'Grady / Washington Square News)

## Berkeley Beacon

Emerson College

<u>berkeleybeacon.com</u>



During the arrests that took place at Emerson College on April 25.
Boston police used force to arrest protesters, according to several
students and on-scene Beacon reporters. (Ledia Hysenbegasi / The
Berkeley Beacon)



Emerson College students stand shoulder to shoulder as they wait
for the police to arrive on April 25. (Rian Nelson / The Berkeley
Beacon)



Police create a barricade at each end of Boylston Street from Piano Row to the Little Building and continue to arrest Emerson College students on April 25. (Rian Nelson / The Berkeley Beacon)



Police drag a student protestor away on April 25. (Rian Nelson / The Berkeley Beacon)



A police officer rips an umbrella meant to protect against tear gas out from a student's hand before tearing them away from the line onto the ground to be arrested on April 25. (Rian Nelson / The Berkeley Beacon)