# Exhibit 11

Declaration of Eric Rassbach

# DAILY BRUIN



ADVERTISE  DONATE  SUBMIT



## Gallery: UCLA students supporting Palestine organize encampment in Dickson Plaza

    

By **Julia Zhou**, **Nicolas Greamo**, **Anna Dai-Liu**, **Zimo Li**, **Darlene Sanzon**, **Michael Gallagher**, **Aidan Sun**, **Leydi Cris Cobo Cordon**
April 27, 2024 3:39 p.m.

Demonstrations persisted at Dickson Plaza after an encampment led by UCLA students and community members was set up in support of Palestine on April 25. Outside Royce Hall, encampment members encountered counter-protesters, displaying the escalating tension on college campuses across the country.





(Zimo Li/Daily Bruin)

RASSBACH DECLARATION EXHIBIT 11
58



Protesters, signs and tents fill Dickson Plaza.

On Thursday morning, students woke up to a BruinALERT detailing an encampment in Dickson Plaza and limited access to both the Powell Library and Royce Hall. Protesters were seen that morning carrying wooden planks to reinforce a perimeter surrounding the group of tents.



(Nicolas Greamo/Daily Bruin senior staff)



A cross-section of the encampment from above on Friday afternoon shows two sprawling groups of tents separated by a walkway, and surrounded by wooden barricades and metal fencing.



(Anna Dai-Liu/Daily Bruin senior staff)

Encampment protesters confront counter-protesters, one of whom carries a large Israeli flag, outside the zone's entrance.

Some encounters became more aggressive, such as a tug-of-war with one protester's keffiyeh, as encampment members attempted to escort counter-protesters out of the area.



(Darlene Sanzon/Daily Bruin)



Encampment members – flanked by tents – sit on blankets in Dickson Plaza.



(Aidan Sun/Daily Bruin)

Some protesters in the Dickson Plaza encampment participate in Jumaa prayer while other members of the protest form a circle around those praying.



(Anna Dai-Liu/Daily Bruin senior staff)



A counter-protester in a blue jacket waves a half-Israeli and half-American flag outside the encampment Thursday afternoon as others look on.

Some counter-protesters denounced Palestinian political party and militant group Hamas, which led the Oct. 7 attack where 1,200 Israelis were killed and around 250 were taken hostage, according to the Associated Press.





(Anna Dai-Liu/Daily Bruin senior staff)

RASSBACH DECLARATION EXHIBIT 11
65

Tents and members of the encampment stand in Dickson Plaza, with the flagpole bearing United States and California flags in the background.

Protesters standing on Shapiro Fountain called for a "Free, free Palestine," as counter-protesters feet away from them chanted for the Hamas-held hostages to be freed.



(Anna Dai-Liu/Daily Bruin senior staff)



A crowd of encampment members stand together among their tents.

Some participated in events such as a Passover Seder held at 4 p.m. on Thursday.



(Darlene Sanzon/Daily Bruin)



A banner that reads "Palestine Solidarity Encampment" features a watermelon, and stands across a food and necessities tent.

The watermelon has become an unofficial symbol of protest for Palestine supporters, representing defiance and resistance against the occupation of Palestine.



(Aidan Sun/Daily Bruin)



Protesters place homemade signs with pro-Palestinian slogans around a second layer of metal fencing that was erected by UCLA officials Friday morning after constructing an initial layer Thursday night.



(Leydi Cris Cobo Cordon/Daily Bruin senior staff)

Handwritten posters and printed flyers adorn the metal barricade of the encampment around 3 p.m on Friday.

Hours later, fragments of adhesive tape and ripped paper remained.



(Darlene Sanzon/Daily Bruin)

Faculty and staff show their solidarity with student protesters by standing on the steps in front of Royce Hall holding a banner and posters.



(Julia Zhou/Photo editor)

Protesters encircle Dickson Plaza with arms intertwined in display of solidarity.



(Michael Gallagher/Daily Bruin)

Pro-Palestinian demonstrators play music outside of Powell Library.



RASSBACH DECLARATION EXHIBIT 11



(Darlene Sanzon/Daily Bruin)

Wood panels with information stand next to wood barricades at the solidarity encampment, which was organized by Students for Justice in Palestine at UCLA and the UC Divest Coalition.



(Julia Zhou/Photo editor)

An incident involving a counter-protester seizing a keffiyeh briefly disrupts the crowd.



(Julia Zhou/Photo editor)

Counter-protesters gather in front of Royce Hall on Thursday afternoon.

The counter-protesters and protesters, separated by Contemporary Services Corporation security officers, confronted each other at Dickson Plaza.



(Michael Gallagher/Daily Bruin)

A pro-Palestinian protester attempts to yank away an Israeli flag from Eli Tsives, a first-year theater student running for a general representative seat on Undergraduate Students Association Council, above Shapiro Fountain.



(Julia Zhou/Photo editor)

A counter-protester waves an Israel flag in front of Royce Hall as a helicopter circles the sky, monitoring the ongoing demonstration at Dickson Plaza.



(Nicolas Greamo/Daily Bruin senior staff)

Protesters spread out near the walkway between the tents in front of Powell Library.

A drawing on a sign in the foreground, close to the barricade and metal barrier, depicts the self-immolation of Aaron Bushnell. Bushnell, a 25-year-old serving in the United States Air Force, set himself on fire as an act of protest in front of the Embassy of Israel in Washington, D.C. on February 25.



(Nicolas Greamo/Daily Bruin senior staff)

A counter-protester points while loudly arguing at encampment participants guarding one of the encampment's fire exits.



(Zimo Li/Daily Bruin)

RASSBACH DECLARATION EXHIBIT 11

Following an interaction between protesters and counter-protesters, a group helps bandage an encampment participant's ankle.



(Zimo Li/Daily Bruin)

Signs expressing support for Palestine line the perimeter of the encampment.





(Nicolas Greamo/Daily Bruin senior staff)

Sparks fly as an encampment participant uses a power tool on a section of the wooden barricade Friday night.

Share this story:     Facebook     Twitter     Reddit     Email



## Julia Zhou

Zhou is the 2023-24 Photo editor on the News beat. She is a fourth-year psychology student with a minor in cognitive science and film, television, and digital media. She was previously a photo contributor during the 2022-23 year.

RASSBACH DECLARATION EXHIBIT 11



## Nicolas Greamo │ Assistant Opinion editor

Nicolas Greamo is a 2023-2024 assistant Opinion editor. He was previously a 2022-2023 assistant Opinion editor and a Photo contributor. He is also a third-year history student from Washington, D.C.



## Anna Dai-Liu │ Science and health editor

Dai-Liu is the 2023-2024 science and health editor and Copy staff member. She was previously a News staff writer and is currently a third-year neuroscience and comparative literature student.



## Zimo Li



## Darlene Sanzon



## Michael Gallagher



RASSBACH DECLARATION EXHIBIT 11



**Aidan Sun**



**Leydi Cris Cobo Cordon**

Cobo Cordon is the 2023-2024 music | fine arts editor. She was previously an Arts reporter. She is also a second-year student from northern Virginia.

**COMMENTS**

ALSO ON **DAILY BRUIN**

21 days ago • 5 comments

**Bruins voice support for UAW Local …**

16 days ago • 1 comment

**USAC freeze transfer of funds …**

