# Exhibit 14

Declaration of Eric Rassbach

Instagram

Log In Sign Up

**sjpatucla and pymlaocie** ...

**sjpatucla** MOBILILIZE TO BRUIN PLAZA!! This morning, 45+ students were illegally arrested and detained. This is only a continuation of the consistent repression of student activism and the increase of militarization of universities. Last week, this university enabled the brutalization of students by police, and administration wants continue holding classes! WE REFUSE TO CONDUCT BUSINESS AS USUAL! Rally at Bruin Plaza, TODAY (05/06) RIGHT NOW to help us demand divestment!

Reminder that this is for the liberation of Palestine. All eyes on Rafah

Edited · 6w

**7,919 likes**

May 6

Log in to like or comment.

