# Exhibit 17

Declaration of Eric Rassbach

Instagram Log In Sign Up

sjpatucla and nationalsjp ...

**sjpatucla** WE ARE MOBILIZING AT MOORE HALL!
come and support if you can, be cautious and come in groups, there is no legal precedent to stop students from accessing a university building! reminder do not talk with police!

Edited · 6w

**gal_ii_go** Thee UCLA students, Alumni, families, communities and most importantly the Zionist awkward side of UCLA who@ self exposed themselves and identified their genocide supporters as well as the real face or Gene Block ✅

**4,060 likes**

May 6

Log in to like or comment.

