# Exhibit 18

Declaration of Eric Rassbach

