# Exhibit 19

Declaration of Eric Rassbach

