# Exhibit 20

Declaration of Eric Rassbach

UCLA

# Newsroom

Categories    For news media

## Statement on demonstrators on Kerckhoff patio

May 23, 2024

Share

*Michael Beck, UCLA's administrative vice chancellor, and Rick Braziel, UCLA's associate vice chancellor for campus safety, said:*

"The Office of the Administrative Vice Chancellor, in partnership with the Office of the Associate Vice Chancellor for Campus Safety, has withdrawn consent to remain on campus for the demonstrators on Kerckhoff patio, asking them to disperse immediately. There is reasonable cause to find that demonstrators' activities — including erecting barricades, establishing fortifications and blocking access to parts of the campus and buildings — are disrupting campus operations. Demonstrators have been informed that if they do not disperse, they will face arrest and possible disciplinary action, as well as an order to stay away from campus for seven days. This order would apply to non-affiliates, as well as students, faculty and staff. Our community members may appeal through the Office of the Administrative Vice Chancellor."

## Top UCLA News


**FACULTY + STAFF**
**Brija Johnson leads new program that expands UCLA's entrepreneurial ties in the region**


**ARTS + CULTURE**
**Berry Gordy, music trailblazer, visits UCLA**


**FACULTY + STAFF**
**10 faculty project awarded grants through Chancellor's Arts Initiative**


**NATION, WORLD + SOCIETY**
**UCLA's Latino Policy and Politics Institute hosts annual state policy briefing**

## Stay Connected

**SIGN UP FOR A DAILY BRIEFING**

Get top research & news headlines four days a week.

(Check your inbox or spam filter for confirmation.)

Email address    Subscribe


Subscribe to a UCLA Newsroom RSS feed and our story headlines will be automatically delivered to your news reader.

All RSS Feeds →

 UCLA on Twitter     UCLA on Facebook     UCLA on LinkedIn     @UCLA on Instagram     UCLA on YouTube

 Newsroom

| CATEGORIES | FOR NEWS MEDIA | UCLA SITES |
|---|---|---|
| All content | Media contacts at UCLA | Happenings |
| Arts + culture | Media advisories | Athletics |
| Environment + climate | News releases | Extension |
| Faculty + staff | Images | Health |
| Health + behavior | About UCLA: Fast facts | Giving |
| Nation, world + society | Media guide to faculty experts | COVID-19 Resources |
| Science + technology | Journalist guide to UCLA | |
| Students + campus | UCLA on X | |
| University news | Media Relations staff | |
| UCLA in the community | UCLA Broadcast Studio | |
| UCLA Magazine | Newsletter sign-up | |
| Campus statements | | |

RASSBACH DECLARATION EXHIBIT 20
111