# Exhibit 21

Declaration of Eric Rassbach



# UCLA POLICE DEPARTMENT

Acting Chief Gawin Gibson – 601 Westwood Plaza, Los Angeles, CA 310-825-1491 – police.ucla.edu

## NEWS RELEASE

### UCLA POLICE DEPARTMENT STATEMENT REGARDING THE UNLAWFUL ENCAMPMENTS AND SUBSEQUENT ARRESTS ON MONDAY, JUNE 10, 2024

On Monday, June 10, 2024, at about 3:15 p.m., a group of approximately 100 people affiliated with a UCLA registered student organization marched to the walkway at the top of the Janss Steps and **set up an unauthorized and unlawful encampment with tents, canopies, wooden shields, and water-filled barriers**. The group also **restricted access to the general public** in violation of University policy. University officials advised the group that they were **violating University policy and California law**; however, the group **refused to leave**. The group's conduct, which included the use of amplified sound, also **disrupted nearby final exams**. After UCPD issued multiple dispersal orders, the group began to leave the area.

The group then marched to the Kerckhoff patio, where they **set up an unauthorized and unlawful encampment with tents, canopies, and barricades with patio furniture**. The group also **restricted access to the general public** in violation of University policy. The group's conduct, which included entering Moore Hall, also **disrupted nearby final exams**. After UCPD issued dispersal orders, the group began to leave the area.

The group then marched to the courtyard between Dodd Hall and the School of Law, where they **set up another unauthorized and unlawful encampment**. The group **restricted access to the general public** in violation of University policy and also **disrupted nearby final exams**. At around 8:00 p.m. approximately 25 members of the group were arrested for **California Penal Code section 626.4(d) – Willful Disruption of University Operations.** The individuals are in the process of being cited, issued 14-day stay away orders from UCLA property, and released. Approximately 150 protesters remain in the area as of the latest update.

As a result of the unauthorized and unlawful encampments at the three locations, the group damaged the Shapiro fountain, spray-painted brick walkways, tampered with fire safety equipment, damaged patio furniture, stripped wire from electrical fixtures, and vandalized vehicles.

In addition, as the first encampment was setting up, one individual was arrested at Royce Quad for **California Penal Code section 148(a)(1) PC** for interfering with a police officer. That individual was cited and released.

The investigation into all these incidents is ongoing, and anyone with information is asked to contact the UCLA Police Department (Report #24-1105).

\*\*\*

Last updated: 6/10/24 at 10:30 p.m.