# Exhibit 23

Declaration of Eric Rassbach

Instagram

Log In Sign Up

**uclasjp** and **grad_sjpatucla** ...

**uclasjp** Join us tomorrow for Day 9 of People's University for a Liberated Palestine, which will follow the Walkout for Rafah Action 🇵🇸🇵🇸
LOCATION AT THE STREETS BY THE WESTWOOD AND LE CONTE INTERSECTION

Lunch will be provided by @kitchencommittee ❤️‍🔥

REMINDER: Masks are required for safety and accessibility. High quality masks (N95, KN95, KF94) are STRONGLY preferred and will be provided at the event. Do not attend the event in person if you are feeling symptomatic or ill, if you have tested positive for COVID-19 in the last two weeks, or if you've had a close contact exposure to COVID-19. We

**982 likes**

June 3

Log in to like or comment.

