# Exhibit 24

Declaration of Eric Rassbach

# UCLA

**Bruins Safe Online**

BruinALERT | Bruins Safe App | Campus Links | All Status Updates | Report a Concerning Behavior

Home

# Campus Activity Updates (May 6th at 8:30AM)

**Related Articles**

Westwood Plaza has reopened - ALL CLEAR

Visit Bruins Safe Online for Updates on Campus Operations

Campus Activity Updates (May 28th @ 8:45 AM)

Campus Activity Updates (May 24th)

Campus Activity Updates (May 23rd @ 5:15 PM)

Seán Devine | May 06, 2024 | Public Safety

Classes and work in Moore Hall will be remote today due to ongoing disruptions. Law enforcement is stationed around campus to help promote safety. Student Affairs has staff on campus to support our students.

Per updated Academic Senate guidance on instruction, faculty may continue to conduct courses remotely at their discretion through Friday, May 10, without the need for departmental authorization. Students will hear from instructors directly.

Employees with offices in Moore Hall are encouraged to work remotely wherever possible and should consult with their supervisors.

Law School exams will continue as scheduled. UCLA Extension resumes in person.

Please continue to avoid the area of Royce Quad between Royce Hall and Powell Library while Facilities Management continues repairs. Access to Royce Hall and Powell Library will be provided through back and side entrances. Access to Kaplan and Haines halls will not be impacted. ADA access will be maintained for all buildings in the area.

All other campus operations remain regular at this time.

 **Bruins Safe Online**

**BRUINALERT**
Information about BruinAlert
BruinAlert Website

**BRUIN SAFE APPS**
Download for Android
Download for iOS

**CAMPUS LINKS**
Campus Evacuation Areas Map (PDF)
Campus Maps
Fire Dept. Building Numbers (PDF)
UCLA Newsroom



© 2024 Regents of the University of California | Emergency | Accessibility | Report Misconduct | Privacy & Terms of Use