# Exhibit 25

Declaration of Eric Rassbach

# UCLA

**Bruins Safe Online**

BruinALERT | Bruins Safe App | Campus Links | All Status Updates | Report a Concerning Behavior

Home

# Campus Activity Updates (May 6th at 10:15 AM)

## Related Articles

**Westwood Plaza has reopened - ALL CLEAR**

**Visit Bruins Safe Online for Updates on Campus Operations**

**Campus Activity Updates (May 28th @ 8:45 AM)**

**Campus Activity Updates (May 24th)**

**Campus Activity Updates (May 23rd @ 5:15 PM)**

Seán Devine | May 06, 2024 | Public Safety

All classes are moving remote today and campus operations are limited due to ongoing disruptions. Employees who can work remotely should do so in consultation with their supervisors. Events and research activities should also go remote or be rescheduled wherever possible. Law enforcement is stationed around campus to help promote safety and actively monitor conditions. Student Affairs has staff on campus to support our students.

The hospital and health system, other clinical operations, and housing and hospitality facilities remain open. Law School exams will continue as scheduled. UCLA Extension classes scheduled to be held in person in any Westwood or UCLA campus location have been moved to live-online format.

Geffen Academy, Lab School and Early Care and Education also remain open.

Per previous Academic Senate guidance on instruction, faculty may continue to conduct courses remotely through Friday, May 10, without the need for departmental authorization.

---

UCLA Bruins Safe Online


**BRUINALERT**
Information about BruinAlert
BruinAlert Website

**BRUIN SAFE APPS**
Download for Android
Download for iOS

**CAMPUS LINKS**
Campus Evacuation Areas Map (PDF)
Campus Maps
Fire Dept. Building Numbers (PDF)
UCLA Newsroom

    

© 2024 Regents of the University of California | Emergency | Accessibility | Report Misconduct | Privacy & Terms of Use