# Exhibit 26

Declaration of Eric Rassbach

UCLA

# Bruins Safe Online

**BruinALERT**  **Bruins Safe App**  **Campus Links**  **All Status Updates**  **Report a Concerning Behavior**

Home

# Campus Activity Updates (May 6th at 4:00PM)

## Related Articles

**Westwood Plaza has reopened - ALL CLEAR**

**Visit Bruins Safe Online for Updates on Campus Operations**

**Campus Activity Updates (May 28th @ 8:45 AM)**

**Campus Activity Updates (May 24th)**

**Campus Activity Updates (May 23rd @ 5:15 PM)**

Seán Devine | May 06, 2024 | Public Safety

Due to ongoing disruption, the campus has returned to limited operational status. Therefore, per Senate guidance, classes will move remote May 6-10. Employees who can work remotely should consult with their supervisors. Events and research activities should also go remote or be rescheduled wherever possible.

Law enforcement is stationed around campus to help promote safety and actively monitor conditions. Student Affairs has staff on campus to support our students.

Royce Hall and Powell Library are closed and will remain so through Friday, May 10. Check the UCLA Library website for alternative study spaces and modified hours at other locations. Please continue to avoid the area of Royce Quad between Royce Hall and Powell Library while Facilities Management continues repairs.

UCLA Extension classes scheduled to be held in person in any Westwood or UCLA campus location have been moved to live-online format. All other UCLA Extension classes at non-UCLA locations or in remote format will continue as scheduled. Gayley and Lindbrook Centers will close at 6 p.m. today through May 10.

Law School exams will continue as scheduled.

The hospital and health system, other clinical operations, and housing and hospitality facilities remain open.

Geffen Academy, Lab School and Early Care and Education also remain open.

UCLA Bruins Safe Online

**BRUINALERT**
Information about BruinAlert
BruinAlert Website

**BRUIN SAFE APPS**
Download for Android
Download for iOS

**CAMPUS LINKS**
Campus Evacuation Areas Map (PDF)
Campus Maps
Fire Dept. Building Numbers (PDF)
UCLA Newsroom

RASSBACH DECLARATION EXHIBIT 26
128