# Exhibit 27

Declaration of Eric Rassbach

# UCLA

**Bruins Safe Online**

BruinALERT | Bruins Safe App | Campus Links | All Status Updates | Report a Concerning Behavior

Home

# Campus Activity Updates (May 10th)

## Related Articles

**Westwood Plaza has reopened - ALL CLEAR**

**Visit Bruins Safe Online for Updates on Campus Operations**

**Campus Activity Updates (May 28th @ 8:45 AM)**

**Campus Activity Updates (May 24th)**

**Campus Activity Updates (May 23rd @ 5:15 PM)**

Seán Devine | May 10, 2024 | Public Safety

Campus will return to **regular operations** starting tomorrow, Saturday, May 11. In-person classes and work will resume tomorrow and continue going forward. Any serious disruptions to campus operations may change this guidance and you might receive communication directly from your instructor or supervisor. Law enforcement and other security personnel continue to be on campus to help promote safety and actively monitor conditions.

Per previous Academic Senate guidance on instruction, faculty should return to **in-person instruction** for courses scheduled as such starting Monday, May 13 (Week 7). In order to continue remote instruction for in-person classes in Week 7 and beyond, instructors must seek departmental authorization.

**UCLA Extension** will return to in-person classes tomorrow, with any on-campus classes moved to Westwood locations, and will return to normal operations and locations starting Monday.

Check the **UCLA Library** website for modified hours and services while it ramps up for regular operations.

Peaceful activities in accordance with university policy are allowed as part of our commitment and obligation to free expression.

**Community Service Officer (CSO) Safety Escorts** have extended daytime and evening hours to provide walking escorts to students, faculty, staff and visitors to and from anywhere on campus, in Westwood Village and in the Village apartments. CSO Safety Escorts are uniformed students who have received special training and are employed by UCPD. Call (310) 794-9255 to schedule a CSO escort or check the CSO website for extended hours and additional information.

---

**UCLA** Bruins Safe Online



| BRUINALERT | BRUIN SAFE APPS | CAMPUS LINKS |
|---|---|---|
| Information about BruinAlert | Download for Android | Campus Evacuation Areas Map (PDF) |
| BruinAlert Website | Download for iOS | Campus Maps |
| | | Fire Dept. Building Numbers (PDF) |