# Exhibit 28

Declaration of Eric Rassbach

# UCLA

**Bruins Safe Online**

BruinALERT  Bruins Safe App  Campus Links  All Status Updates  Report a Concerning Behavior

Home

# Campus Activity Updates (May 23rd at 9:00 AM)

**Related Articles**

Westwood Plaza has reopened - ALL CLEAR

Visit Bruins Safe Online for Updates on Campus Operations

Campus Activity Updates (May 28th @ 8:45 AM)

Campus Activity Updates (May 24th)

Campus Activity Updates (May 23rd @ 5:15 PM)

Seán Devine | May 23, 2024 | Public Safety

Access to Ackerman, Kerckhoff and Moore Hall has been restricted due to demonstration activity on the Kerckhoff patio. Our safety personnel are on site and actively monitoring the situation.

Work and classes in Ackerman, Kerckhoff and Moore will be held remotely through noon today. All other areas of campus remain open and operating regularly.

---

UCLA Bruins Safe Online


**BRUINALERT**
Information about BruinAlert
BruinAlert Website

**BRUIN SAFE APPS**
Download for Android
Download for iOS

**CAMPUS LINKS**
Campus Evacuation Areas Map (PDF)
Campus Maps
Fire Dept. Building Numbers (PDF)
UCLA Newsroom

    

© 2024 Regents of the University of California    Emergency    Accessibility    Report Misconduct    Privacy & Terms of Use