# Exhibit 29

Declaration of Eric Rassbach

# UCLA

**Bruins Safe Online**

BruinALERT | Bruins Safe App | Campus Links | All Status Updates | Report a Concerning Behavior

Home

# Campus Activity Updates (May 23rd at 12:15 PM)

## Related Articles

**Westwood Plaza has reopened - ALL CLEAR**

**Visit Bruins Safe Online for Updates on Campus Operations**

**Campus Activity Updates (May 28th @ 8:45 AM)**

**Campus Activity Updates (May 24th)**

**Campus Activity Updates (May 23rd @ 5:15 PM)**

Seán Devine | May 23, 2024 | Public Safety

Work and classes in Ackerman, Kerckhoff and Moore Hall will be held remotely through the remainder of the day. All other areas of campus remain open and operating regularly. We will continue to post updates here.

The Office of the Administrative Vice Chancellor, in partnership with the Office of the Associate Vice Chancellor for Campus Safety, has withdrawn consent to remain on campus for the demonstrators on Kerckhoff patio, asking them to disperse immediately. There is reasonable cause to find that demonstrators' activities — including erecting barricades, establishing fortifications, and blocking access to parts of the campus and buildings — are disrupting campus operations. Demonstrators have been informed that if they do not disperse, they will face arrest and possible disciplinary action, as well as an order to stay away from campus for 7 days. This order would apply to non-affiliates, as well as students, faculty and staff. Our community members may appeal through the Office of the Administrative Vice Chancellor.

**UCLA** Bruins Safe Online



| BRUINALERT | BRUIN SAFE APPS | CAMPUS LINKS |
|---|---|---|
| Information about BruinAlert | Download for Android | Campus Evacuation Areas Map (PDF) |
| BruinAlert Website | Download for iOS | Campus Maps |
| | | Fire Dept. Building Numbers (PDF) |
| | | UCLA Newsroom |

    

© 2024 Regents of the University of California | Emergency | Accessibility | Report Misconduct | Privacy & Terms of Use

RASSBACH DECLARATION EXHIBIT 29
131