# Exhibit 30

Declaration of Eric Rassbach

Instagram

Log In Sign Up

# The Collective For The Liberation Of Palestine relaunches the *Palestine Solidarity Encampment at UCLA*

Thursday May 23, 2024

sjpatucla • Follow
Kerckhoff Patio

sjpatucla 🚨LONG LIVE THE INTIFADHA🚨
Today, we relaunch the Palestine Solidarity Encampment at the Kerckoff Patio. We do this in solidarity with the Palestinian people and in defiance of the McCarthyist censorship of pro-Palestine voices.

We must continue to pressure UCLA until it can no longer afford to profit from the oppression of the Palestinian people. We now face only two choices: silence or resistance.

We are well aware of the sacrifices we must make and remain resolute in our solidarity. No sacrifice is too great in a world in which genocide goes unopposed. Now is not the

7,812 likes
May 23

Log in to like or comment.

