# Exhibit 31

Declaration of Eric Rassbach

Instagram

Log In Sign Up

**sjpatucla** and **peoplescitycouncil**

**sjpatucla** 62 palestinians killed, 138 injured in the last 24 hours in Gaza, and we are BACK with another encampment at Kerkhoff patio to demand our university divests from financing this genocide.

Gene Block is currently testifying in front of congress to conflate our demands with anti-semitism, and we need to show that we will not be repressed as he refuses to divest.

We need support both inside and outside of the encampment right now. Assess your own risk based on your positionality and identity considering the increased militarization and police presence of our campus.

**15,839 likes**

May 23

Log in to like or comment.

