# Exhibit 32

Declaration of Eric Rassbach

