# Exhibit 38

Declaration of Eric Rassbach

## UCLA REGULATIONS ON
## ACTIVITIES, REGISTERED CAMPUS ORGANIZATIONS, AND
## USE OF PROPERTIES

Issuing Officer: Interim Vice Chancellor Monroe Gorden

Responsible Dept: Student Affairs

Effective Date: September 25, 2017

Supersedes: UCLA Regulations on Activities, Registered Organizations, and Use of Properties, Dated July 20, 2010

---

## I. INTRODUCTION

Free and open association, discussion and debate are important aspects of the educational environment of the University, and should be actively protected and encouraged, even where the positions advocated are controversial and unpopular.

The University of California, Los Angeles (UCLA) is committed to assuring that all persons may exercise the constitutionally protected rights of free expression, speech, assembly, and worship. In order to carry on its work of teaching, research, and public service, the University has an obligation to maintain conditions under which the work of the University can go forward freely, in accordance with the highest standards of quality, institutional integrity, and freedom of expression, with full recognition by all concerned about the rights and privileges, as well as the responsibilities, of those who comprise the University. The time, place, and manner of exercising the constitutionally protected rights of free expression, speech, assembly, and worship are subject to these campus regulations, which have been formulated to provide for the greatest possible free and open association, discussion, and debate while at the same time providing for the orderly operation of the campus and providing reasonable protection for individuals from practices that would make them involuntary audiences or place them in reasonable fear, as determined by the University, for their personal safety.

Each member of the University shares the responsibility of maintaining conditions conducive to the achievement of the University's mission of teaching, research, and public service. These regulations are designed to protect and promote the rights of members of the University, prevent interference with University functions or activities, and assure compliance with all pertinent laws and other applicable University policies.

These regulations address the rights and responsibilities of all members of the University community, including students, officers, official volunteers, employees, and emeriti of the University, and members of households authorized to reside on campus, as well as others while on University property.

## II. DEFINITIONS

For purposes of these regulations, the following definitions apply:

*ASUCLA*: The Associated Students of the University of California Los Angeles (ASUCLA) is a not-for-profit association comprised of, individually or collectively, the following four entities: Graduate Students Association; Undergraduate Students Association; Student Media; and Services & Enterprises.

*AUTHORIZED REPRESENTATIVE*: Any one of the three (3) individuals listed on a Registered Campus Organization's registration form as submitted to the Student Organizations, Leadership & Engagement (SOLE) Office; an Authorized Representative agrees to act as an official contact person with the University and to assume responsibility for the planning, implementation, and outcomes of the Organization's activities. Only UCLA students or University personnel may serve as Authorized Representatives.

*AUTHORIZED STUDENT GOVERNMENT:* Either or both the Graduate Students Association and/or the Undergraduate Students Association.

*CAMPFIRE:* A fire which is used for cooking, personal warmth, lighting, ceremonial or aesthetic purposes, including fires contained within outdoor fireplaces, and enclosed stoves with flues or chimneys, stoves using jellied, liquid, solid or gaseous fuels, portable barbeque pits and braziers, or space heating devices which are used outside any structure, mobile home, or living accommodation mounted on a motor vehicle.

*DESIGNATED UNIVERSITY OFFICIAL:* The UCLA official delegated authority over the relevant operation from the Chancellor.

*EMERITUS:* Any person upon whom an academic emeritus title has been conferred and who has been assigned a workspace (office, laboratory, workstation) in a campus building.

*EMPLOYEE (also, UNIVERSITY PERSONNEL):* Any person who is listed in the campus payroll system, regardless of the percentage of time associated with the person's employment.

*EMPLOYEE ORGANIZATION* : An independent organization which exists for the purpose, in whole or in part, of dealing with University management concerning grievances, labor disputes, wages, hours and other terms and conditions of employment of employees, as defined by Section 3562(f) of the Higher Education Employer-Employee Relations Act (HEERA).

*GROUNDS OPEN TO THE PUBLIC:* Between the hours of 6:00 a.m. and midnight, paved pedestrian walkways and lawns on University property are generally open to the public, except those:
   1. Within areas reserved for classes, public performances, organized activities, or special events;
   2. On vehicular driveways, streets and parking lots; or

3.  On and adjacent to public entrances to the hospital and outpatient clinics, except as provided for in the specific regulations governing the Center for the Health Sciences area. (See Appendix 1-A)

Paved pedestrian walkways within designated food service or eating areas are generally open to the public only for the purpose of food service or eating.

Between the hours of midnight and 6:00 a.m., paved pedestrian walkways and lawns on University property are generally closed to all activities except coming and going to a University building or crossing the campus.

No non-affiliate of the University shall enter or otherwise remain on the campus or other University property between the hours of midnight to 6:00 a.m. This curfew shall not apply to University housing residents or their authorized guests, or people possessing valid written authorization, or to those on legitimate University-related business or attending a specific University-sponsored event. Those persons possessing a valid written authorization or attending a specific event shall be allowed to remain and use the facilities as specified in their authorization or through the duration of the specific event, after which time they shall leave the property without any appreciable delay. This curfew shall not apply to people proceeding directly across a roadway or path that has been designated as open to the public during curfew hours.

If a non-affiliate enters a campus or facility, and it reasonably appears to the Designated University Official to maintain order on the campus or facility, that the person is committing any act likely to interfere with the peaceful conduct of the activities of the campus or facility, or has entered the campus or facility for the purpose of committing any such act, the Designated University Official may direct the person to leave the campus or facility.

Any person on the campus or other University property may be required to present identification to verify his or her affiliation with the campus if it reasonably appears to the Designated University Official that the person is committing any act likely to interfere with the peaceful conduct of the activities of the campus or facility, or has entered the campus or facility for the purpose of committing any such act. UCLA Faculty, staff, or students may be required to show their BruinCard.

In connection with particular *Special Events*, additional grounds generally open to the public may be designated within the areas reserved in item 1 above, and specific areas within the *Special Event* venues may be designated where activities that involve the setting up of tables, booths, or other structures by Registrars of Voters, distributors of noncommercial literature, or circulators of petitioners must occur. Such areas are specified in Appendix 3.

*NON-AFFILIATE:* Any person who is not a student, officer, official volunteer, employee, or emeritus of UCLA, nor a Regent of the University of California, nor a member of a household authorized to reside in University Property.

3

*OFFICIAL UNIVERSITY FUNCTIONS*: Scheduled academic classes, research and activities; normal daily operations of University units; and programs or activities sponsored by University units in the course of fulfilling their University mission.

*OFFICIAL VOLUNTEER*:  Any person who is:
  a) Listed as an officer of the UCLA Alumni Association, including its committees or related clubs;
  b) Listed as an officer of a formally recognized UCLA support group; or
  c) Formally registered through UCLA Campus Human Resources and authorized to provide volunteer services on behalf of the University in campus facilities.

*OPEN FIRE:* Any fire, controlled or uncontrolled, including a campfire, burning outside of any structure, mobile home, or living accommodation mounted on a motor vehicle.

*REGENTS:* (Also, the Regents of the University of California). A twenty-six (26) member board, established under Article IX, Section 9 of the California Constitution to govern the affairs of the University and its various campuses and allied entities.

*REGISTERED CAMPUS ORGANIZATION*: Any organization whose membership is predominantly comprised of UCLA students and/or personnel can obtain recognition as a Registered Campus Organization by complying with the requirements and procedures specified in Section III of these regulations.

*SPECIAL EVENTS:* Activities that have at least one of the following characteristics are referred to as Special Events:
a. A producer has paid a fee for the use of university Properties;
b. Vendors have paid a fee to set up a booth or table or like reserved space;
c. Spectators or participants have paid admission in order to attend; or
d. Admission is by invitation only.

*STUDENT*: The term "student" means an individual for whom the University maintains student records and who is:
a. enrolled in or registered with an academic program at UCLA; or
b. has completed the immediately preceding term and is eligible for reenrollment, including the recess periods between academic terms; or
c. is on an approved educational leave or other approved leave status, or is on filing-fee (i.e., the fee used in lieu of registration if all formal requirements for graduate degrees, except for taking comprehensive or oral examinations or filing theses or dissertations, are met prior to the first day of instruction of the term) status.
d. The term "student" does not include individuals registered with a program of UCLA Extension.
e. The term "student" does not include individuals registered through UCLA Extension in a concurrent enrollment program.

4

*SUPPORT GROUP*: A support group is any group, organization, foundation, or association other than a campus alumni association or campus foundation:

a. whose primary purpose is to provide assistance through fundraising, public outreach, and other activities in support of the University's mission; or
b. whose representatives or activities make the entity indistinguishable from the University itself; or
c. that acts as an agent of or intermediary for the University.

Such groups are governed by the *University of California Policy on Support Groups, campus Foundations, and Alumni Associations*  and the *University Of California Administrative Guidelines For Support Groups*, as well as by these regulations.
(See [www.ucop.edu/ucophome/coordrev/policy/2-12-04support-guidelines.html](www.ucop.edu/ucophome/coordrev/policy/2-12-04support-guidelines.html).)

*UNIVERSITY PERSONNEL (also, EMPLOYEE)*: Individuals employed by any academic or nonacademic department or division or other official University entity without regard to type of monetary compensation.

*UNIVERSITY PROPERTY*: Any University owned, operated, leased, or maintained property, including all of the buildings and grounds of the UCLA campus or any building or ground otherwise within the direction and control of UCLA.

*UNIVERSITY UNIT*: Any academic or nonacademic department or division or any other official University entity, including any official department, school, or institute of the University, the University Extension, or any part thereof, or any authorized student government.

*WEAPON*: Weapons include, but are not limited to: any firearm; any knife having a blade 2 ½ inches or more in length, or any folding knife with a blade that locks into place; any ice pick or similar sharp tool that can be used as a stabbing implement capable of inflicting serious bodily harm; any razor with an unguarded blade; any cutting, stabbing or bludgeoning weapon or device capable of inflicting serious bodily harm; any dirk or dagger; any taser, stun gun, or other similar electronic device; and any instrument that expels a metallic projectile such as a BB or a pellet, through the force of air pressure, CO2 pressure, or spring action, or any spot marker gun..

## III. REGISTERED CAMPUS ORGANIZATIONS

Any organization whose membership is predominantly comprised of UCLA students and/or personnel may become a Registered Campus Organization.

### A. GENERAL PROVISIONS

1. Registered Campus Organizations have privileges and responsibilities that may differ in certain instances. Registered Campus Organizations must comply with the following provisions whether their activities occur on or off campus:

5

a)  The University does not control or direct the purposes or activities of Registered Campus Organizations, which act independently of the institution. A Registered Campus Organization's purposes and activities may be directly related to the purposes and activities of the University, or, they may be political or religious in nature with no relationship to the university.

b)  The Organization's Authorized Representatives must assume full responsibility for the actions and activities of the Organization.

c)  Registered Campus Organizations may receive funding, office space and/or other resources from University Units, including ASUCLA. Funds other than those originating through these sources may not be solicited or requested unless specifically authorized by SOLE. Expenditure of University funds must comply with applicable University policies, regulations and procedures.

d)  Registered Campus Organizations must have, and conduct all of their activities according to, a constitution that is filed with SOLE.  The sophistication and complexity of constitutions may vary according to the needs and scope of activities of the particular Registered Campus Organization, but all must address the following issues (in a manner acceptable to SOLE):
1) Statement of purpose
2) Eligibility for voting privileges
3) Necessary operating procedures
4) Procedures for amending the constitution.

e)  Registered Campus Organizations may only use the name of the University or abbreviation thereof as part of their own name for the purposes of geographical designation. Example: "Undergraduate English Association at UCLA" is acceptable; UCLA Undergraduate English Association" is not acceptable.

f)  Registered Campus Organizations do not operate as official University units, nor are their activities directed or controlled by the University. Activities of such organizations are merely facilitated by the University (including ASUCLA) and no implication should be made that the University sponsors either the organization or its activities.

2.  No Registered Campus Organization or officers thereof shall indicate or imply that it is acting on behalf of the University or with its approval unless authorization has been given by SOLE, based upon specific standards established for such matters.

3.  Registered Campus Organizations may recruit members in all places and at all times where literature may be distributed.

4.  An Authorized Representative of the Registered Campus Organization, whose name appears on the registration card, must file for all activities of the Organization. The person filing assumes individual responsibility along with the organization for the planning and conduct of the Organization's activities.

When University personnel act as Authorized Representatives, any documents they may sign are signed in their capacity as Authorized Representative for the Registered Campus Organization, and not in the course and scope of their University employment.

6

5.  Continuation of privileges or registration is contingent upon compliance with University policies and regulations. (See Appendix 2)

*B. REGISTRATION PROCEDURE*

In order for an organization to become registered, a completed registration form must be submitted to SOLE. The registration form is a public record, must be kept current, and shall contain at least the following information:

a)  the name and address of the organization;
b)  detailed statement of purpose which accurately reflects the intent of the proposed Organization;
c)  the identification of three current members as Authorized Representatives of the Organization; and
d)  an attestation of acceptance of responsibility of compliance with University policies and regulations.

Registered Campus Organizations must also provide a current copy of their constitution which is filed with SOLE.

## IV. USE OF UNIVERSITY PROPERTIES

*A.  GENERAL PROVISIONS*

1.  The University derives its basic authority from the State of California Constitution, Article I, Section 9. All pertinent federal, state, local, and University statutes are in force on University property and may be enforced by authorized campus or off-campus agencies.

2.  All persons on University property are required to abide by University policies and campus regulations. (A summary of these policies and regulations can be found at www.studentactivities.ucla.edu.) Violation of University policies or campus regulations may subject a person to legal penalties; if the person is a student, faculty member or staff member of the University, that person may also be subject to University discipline.

   Individuals on University property or in attendance at an official University function assume an obligation to conduct themselves in a manner compatible with the University's responsibilities as an educational institution. This means that all persons are responsible for complying with applicable University and UCLA campus policies. This includes but is not limited to the following prohibitions:

   No person on University property or at official University functions may:
   -   block entrances to or otherwise interfere with the free flow of traffic into and out of campus buildings;

RASSBACH DECLARATION EXHIBIT 38
203

- knowingly and willfully interfere with the peaceful conduct of the activities of the campus or any campus facility by intimidating, harassing, or obstructing any University employee, student, or any other person having lawful business with the University;
- delay or linger without lawful purpose for being on the property and for the purpose of committing a crime or violation of these policies as opportunity may be discovered;
- engage in the production of amplified or non-amplified sound that disrupts campus activities;
- camp or lodge, except in authorized facilities or locations;
- engage in physically abusive, threatening, or intimidating conduct toward any person;
- exhibit disorderly or lewd conduct;
- urinate or defecate in any place on University Property other than a designated restroom or other facility designated for the sanitary disposal of human waste;
- participate in a disturbance of the peace or unlawful assembly;
- use, possess, sell, or manufacture narcotics or illegal drugs;
- use or possess any prohibited weapons (see *UCLA Policy 131*);
- provide alcohol to anyone under the age of 21;
- fail to comply with the directions of a University official acting in the performance of his or her duties;
- rummage through or remove any discarded item from any waste can, trash can, dumpster, recycling container, or any designated University waste or recycling center without authorization; or
- engage in the theft or misuse of University property or equipment.

No non-affiliate on University property may:
- use University facilities not generally open to the public, including but not limited to, showers, storage lockers, study lounges or recreational facilities, without authorization of a Designated University Official; or
- disturb plants and wildlife in any way, including climbing or placing objects in trees or bushes or attaching items to them.

3. All persons on University property are required, for reasonable cause, to identify themselves to, and comply with instructions of, Designated University Officials acting in the performance of their duties. Authorized Representatives of a Registered Campus Organization may request identification of persons in the Organization's business meetings. UCLA faculty, staff, and students may be required to show their BruinCard upon request for reasonable cause, to identify themselves to, and comply with instructions of, Designated University Officials acting in the performance of their duties.

4. The campus prohibits non-University commercial activities on campus except by special arrangement with the Administrative Vice Chancellor and/or SOLE.

8

The fact that an individual may be paid to circulate petitions or distribute literature does not by itself make the circulation or distribution a commercial activity.

No non-affiliate of the University shall solicit, hawk, or otherwise peddle or rent any goods, wares, merchandise, liquids, or edibles for human consumption or services on University property, operate any commercial enterprise, or give any lessons, classes or instruction on University property whether for profit or otherwise, except those specifically authorized by the University.

For purposes of this section, soliciting and selling shall include the leafleting or distribution of advertisements or other promotional devices.

Marketing of credit cards must comply with the *UC Policy and Supplemental Guidelines on the Marketing of Credit Cards to Students* (see http://www.ucop.edu/ucophome/coordrev/ucpolicies/aos/ucappd.html).

5. A request for use of University property may be denied if the request is not in accordance with University policies and these regulations, and shall be denied if circumstances are such that the use may cause an unreasonable disruption to the orderly operation of the campus or submit individuals to practices that would make them involuntary audiences or place them in reasonable fear, as determined by the University, for their personal safety. Denial of use requests may be appealed in accordance with the provisions of Appendix 2.

    Denial of use on the basis of *unreasonable disruption* shall be accorded a prompt appeal directly to the Chancellor, or authorized designee.

6. Commercial literature or products may be distributed on University property or at official University functions only after prior authorization by the UCLA Events Office and/or SOLE. (Commercial literature or products may be distributed on ASUCLA-operated properties only after prior authorization by ASUCLA.) University Units (including Authorized Student Governments), Employee Organizations, Registered Campus Organizations, and Support Groups may, however, distribute material incidental to their purposes at their own meetings and programs.

7. Commercial support of student programs and activities coordinated by Registered Campus Organizations is not considered a commercial activity under these guidelines and may therefore be permitted, provided that the primary purpose of such support is to underwrite a student program or activity, as opposed to the promotion or endorsement of a commercial product.

    The Registered Campus Organization may publicly acknowledge such support but shall not endorse any commercial products or services. Prior to any solicitation, all plans for commercial support involving Registered Campus Organizations must receive approval from SOLE. SOLE will consult with appropriate University Units to ensure consistency and compliance with the University's development efforts.

9

Policies and procedures pertaining to student commercial support activities are available at: www.studentactivities.ucla.edu.

8. Ingestible material (i.e., food and drink) may be distributed at events on campus only in accordance with the *Guidelines for Food Safety at Temporary Events* issued by the Office of Environment, Health, & Safety (EH&S).

   a. A temporary food facility permit is required to sell or give away food or drink on campus. Registered Campus Organizations and Authorized Student Governments are required to have prior approval from SOLE before applying for a permit from EH&S.
      i. No permit is required if all aspects of food service are handled by a caterer. Caterers must have valid health permits.
      ii. No permit is required if the event is limited to group members and invited guests.

   b. Prior approval is required from ASUCLA Catering in order to utilize caterers other than ASUCLA Catering to distribute food or drink inside ASUCLA-managed facilities.

   c. Prior approval is required from Housing & Hospitality Services (HHS) and/or the Office of Residential Life (ORL) in order to utilize caterers other than UCLA Catering to distribute food or drink inside HHS/ORL managed facility.

9. No non-affiliate of the University may drink or consume any alcoholic beverage, or possess an alcoholic beverage in an open container, on university property out of doors, except as an invited guest at an Official University Function at which the Designated University Official has approved the consumption of alcoholic beverages.

   No person under the age of 21 may drink or consume any alcoholic beverage, or possess an alcoholic beverage in an open container, on university property out of doors.

   Consumption of alcoholic beverages at Official University Functions at which attendance consists primarily of students under 21 years of age, or at programs and events that are organized by Registered Campus Organizations, is subject to the terms of the *UCLA Student Alcohol Policy*.
   (See: http://www.deanofstudents.ucla.edu/Alcohol_Policy.pdf)

   Possession, consumption, or distribution of alcoholic beverages within or on grounds immediately adjacent to the On Campus Housing facilities are subject to the terms of the UCLA On Campus Housing Student Handbook .
   (see: http://www.orl.ucla.edu/handbook/handbook.cfm)

10. Registration of Voters: University Property may be used for the purpose of voter registration. Such activity is restricted to grounds generally open to the public (as defined in these regulations).

In connection with particular Special Events, specific areas within the Special Event venues may be designated where activities that involve the setting up of tables, booths, or other structures by Registrars of Voters must occur. (See Appendix 3 for specifics.)

11. The name, initials, insignia, seal or address of the University or any of its offices or units shall not be used except for official or authorized University purposes. Any request for the use of the UCLA name shall be administered in accordance with UCLA Policy 110. (See http://www.adminvc.ucla.edu/appm/public/110.pdf)

Registered Campus Organizations may only use the name of the University or abbreviation thereof as part of their own name for the purposes of geographical designation. Example: "Undergraduate English Association at UCLA" is acceptable; UCLA Undergraduate English Association" is not acceptable.

Registered Campus Organizations may only use the name "University of California Los Angeles," "UCLA," "Bruins," the campus seal, or any other UCLA logo or trademark to identify their organizations as part of the informal UCLA family on material for their own use such as stationery, posters, signs, and banners dealing with the on-campus activities of the organization, provided such use does not diminish or demean the reputation of the University.

The UCLA name and logo may be used in conjunction with their organizations' names, but only on products limited for use by their members. All other uses must have the specific approval of ASUCLA.

Pursuant to campus policy, ASUCLA has the authority to control all commercial use of the UCLA name. If a Registered Campus Organization wishes to produce or purchase a product bearing the UCLA name or logo, the organization must obtain the product from a UCLA-licensed manufacturer.
(list available at http://www.asucla.ucla.edu/licensing/licensees.asp).
Such products must carry both the UCLA logo and the name of the Registered Campus Organization. Registered Campus Organizations may not authorize any third party to produce merchandise bearing the UCLA name or logo, or authorize or produce items that combine the UCLA name with any third party name or logo.

12. No sign, poster, paint, chalk or ink messages may be placed, affixed or applied to the walls, windows, floors or other surfaces of campus buildings or structures, streets, walkways, utility poles, construction fences, trees or shrubbery, except as provided for in Section IV, D. and Appendix 1-A.

11

RASSBACH DECLARATION EXHIBIT 38
207

13. Campus fees or charges may apply to certain activities and/or services; all fees must be paid in advance of the activity or event date.  Failure to pay necessary fees may subject the activity or event to cancellation.  If payment can not be made for all applicable fees prior to the event date, payment arrangements must be made in advance with the appropriate SOLE Advisor and the UCLA Events Office.

14.  All dogs, cats, and other animals must:
   a)  remain on leash or under the hand control of a responsible person at all times; and
   b)  not be left unattended.

   Person(s) responsible for animals must pick up and dispose of animal droppings.

   Except for animals assisting persons with disabilities, dogs, cats, and other animals must: remain at all times in designated outdoor areas.

15. In accordance with the *UCLA Student Conduct Code*—except as expressly permitted by law—possession, use, storage, or manufacture of a firearm or other weapon capable of causing bodily injury, is prohibited on University property; and—except as expressly permitted by University policy—possession, use, storage or manufacture of replicas of firearms or other weapons is prohibited on University property. No person may carry upon his/her person or have in his/her possession or under his/her control any dangerous weapon.

   This does not apply if the instrument or device alleged to be a dangerous weapon is in good faith in his/her possession or control for use in his/her lawful occupation or employment or for the purpose of lawful recreation.

16. No person shall appear nude on University Property in any place open to the public or any place visible from a place open to the public (except for specifically designated dressing rooms, changing rooms and restrooms). This prohibition does not apply to any female exposing her breast to the extent such exposure is necessary to breast-feed a child.

   This prohibition does not apply to individuals or groups participating in appropriate visual or performing arts productions or academic programs or classes scheduled and sponsored by University units, as determined and formally approved by the departmental chair or unit director.  Whenever possible, members of the public should be appropriately informed that nudity may be included in a performance.

## B. SPEECH AND ADVOCACY

1. On University grounds generally open to the public (as defined in these regulations), individuals, Authorized Student Governments, and Registered Campus Organizations may assemble and engage in discussion or non-amplified speech, including the solicitation of signatures on non-commercial petitions, provided that such activity does not disrupt the orderly operation of the campus, or submit individuals to practices that

12

would make them involuntary audiences or place them in reasonable fear, as determined by the University, for their personal safety. See Appendix 1-B for supplemental regulations applying to the University Residence.

2. Registered Campus Organizations and University Units (including Authorized Student Governments) may reserve University properties for meetings, programs, and events for purposes of speech and advocacy in accordance with the provisions of these regulations.

3. Employee Organizations may use University property only in accordance with the University's *Policy on Relations with Employee Organizations* (available electronically at: http://www.ucop.edu/ucophome/coordrev/policy/4-24-80.html)

4. In accordance with the provisions of Section IV.F.12.b.xi of these regulations, individual students, faculty, or staff may reserve Meyerhoff Park and its podium to convey positions on issues. Reservations may be made in SOLE. If the podium is not being used, a potential speaker can inquire in SOLE if there is a reservation for its use, and if there is no such reservation, may use the podium.

5. No person or persons may picket, parade, patrol, or otherwise demonstrate within 100 feet of the Chancellor's residence, when it is serving as the private residence of the UCLA Chancellor.

6. No person, while in or upon any University of California owned, operated, controlled or administered property, may wear a mask, personal disguise or otherwise conceal one's identity with the intent of intimidating any person or group, or for the purpose of evading or escaping discovery, recognition, or identification in the commission of violations of University policy, University regulations, or state, municipal or federal laws.

7. No non-affiliate of the University shall hold or conduct any demonstration or gathering in or upon University Property without prior written approval from the UCLA Events Office, and subject to such requirements regarding time, place, and manner as the UCLA Events Office may impose. Criteria for approval of demonstrations or gatherings shall be content-neutral.

8. No non-affiliate shall carry, transport or use signs, posters, placards or banners exceeding thirty inches (30") by thirty inches (30") in size, in or on any University property unless prior written permission has been obtained from the UCLA Events Office.

## C. DISTRIBUTION OF LITERATURE

Literature may be distributed on University properties or at official University functions subject to the following provisions:

1. On University grounds generally open to the public (as defined in these regulations), individuals, University Units (including Authorized Student Governments), and Registered Campus Organizations may distribute literature provided that:

13

a. The free flow of traffic at any point is not obstructed;
b. Literature or materials are not forced upon others;
c. Literature is not placed on or in vehicles parked on campus;
d. All individuals will be responsible to ensure that their literature does not litter the area;
e. Tables, booths, and other like structures and portable (i.e., hand carried) displays used to facilitate distribution may only be placed on paved pedestrian walkways and cannot block the walkways or entrances to buildings so as to impede the free flow of traffic. Tables or portable displays must be attended at all times by the individuals or groups sponsoring the distribution, and such individuals or groups must ensure that their literature does not litter the area; and
f. Literature advertising any on-campus program for which a donation is requested must make it clear that such a donation is not required as a condition of admission, nor may a specific amount of donation be indicated.

2. University Units (including Authorized Student Governments), Registered Campus Organizations, Support Groups and Employee Organizations may distribute literature in campus buildings or at programs only in accordance with the following provisions:
a. Compliance with the restrictions stated in Section IV.C.1 of these regulations;
b. Literature may be distributed in rooms or areas reserved for meetings or programs only by the University Unit (which may be an Authorized Student Government), Registered Campus Organization, Support Group, or Employee Organization which has reserved the room or area;
c. Distribution in areas within or adjacent to the residence halls must be in accord with the specific On Campus Housing Regulations applicable to these areas (Available at: www.orl.ucla.edu/handbook/index.cfm); and
d. Distribution of literature within the Center for Health Sciences and Medical Plaza must be in accord with the specific regulations applicable to that area contained in Appendix 1-A.

3. No non-affiliate may distribute literature in campus buildings.

4. No non-affiliate shall post or affix, or cause to be posted or affixed, on any University property any handbill, circular, booklet, card, pamphlet, sheet or written or printed notice except in such locations and in the time and manner explicitly established by the University for such purpose, without prior authorization of the UCLA Events Office.

### D. POSTING OF LITERATURE, SIGNS OR BANNERS

1. Individuals may not post literature, signs or personal announcements on University bulletin boards, buildings or elsewhere on campus, except that individuals may post individual announcements on departmental boards with the prior consent of the departmental office.

2. Commercial literature or signs may not be posted or displayed on campus except as delineated under Section IV, A, 5 and 6 of these regulations.

14

RASSBACH DECLARATION EXHIBIT 38
210

3.   Posters, signs or banners advertising any on-campus event or program for which a donation is requested must make it clear that such a donation is not required as a condition of admission nor may a specific amount of donation be indicated.

4.   Posting of literature in areas within or adjacent to the residence halls must be in accord with the specific *On Campus Housing Regulations* applicable to these areas. (See www.orl.ucla.edu/handbook/index.cfm.)

5.   Posting of literature within University-owned and operated apartments must be in accord with the specific rules and regulations applicable to these areas which are implemented by the staff of the Campus Housing Office.

6.   Posting of literature and materials within the Center for Health Sciences and Medical Plaza must be in accord with the specific regulations applicable to those areas contained in Appendix 1-A.

7.   Posting of literature and materials within the areas of individual departmental offices or on departmental bulletin boards must be in accord with the specific regulations applicable to these areas and boards. Information regarding the specific procedures may be obtained from the individual departments. Such procedures shall ensure that all materials conform to the general provisions governing distribution and posting.

8.   Posters, signs or banners announcing any on-campus event or program must convey information in a manner that assures the right of the University community to have the fullest possible knowledge of an event or program.

Posters, signs or banners which are written in any language other than English must provide, on the same poster, sign or banner, an accurate and complete translation, in English, of the information contained therein.

9.   a.   The size of the handles or supports for posters, signs, placards or banners shall be limited to one-fourth inch (1/4") in thickness by three-fourth inch (3/4") in width and shall extend no more than eighteen inches (18") beyond a single exterior edge of such posters, signs or banners. All such handles or supports shall be made of wood without exception.
b.   All posters, signs, placards or banners shall be hand carried and not in any way affixed, fastened, or attached to the premises; they may not be self-supporting and placed for display; nor leaned against any wall, partition, or other University property.
c.   The carrying of posters, signs, placards or banners in a way that obstructs or interferes with the normal movement of any vehicular traffic or pedestrian movement on University Property is prohibited.

10.  Posters, signs, banners and other materials and literature advertising official University functions may be placed on campus. (Note: The use of wall space or other painted surfaces within campus buildings is prohibited.)

15

a.  Banners and Signs
Registered Campus Organizations and Authorized Student Governments may place banners or signs only in those locations authorized by SOLE.

University Units other than Authorized Student and off-campus entities may place banners or signs only in those locations authorized by the UCLA Events Office.

b.  Campaign Signs
Authorized Student Government campaign signs may be placed along Election Walk (the area north of Bruin Walk and west of Powell library) in accordance with the respective Authorized Student Government Election Board's specifications.

Candidates must remove their signs within 48 hours after their participation in the election has concluded.

c.  SOLE Bulletin Boards
SOLE provides Bulletin Boards and a free posting service throughout the campus. The maximum size allowable for flyers on these boards is 8½ x 11 inches (vertical/portrait style). All materials posted on SOLE Bulletin boards shall clearly indicate the name of the responsible University Unit (which may be an Authorized Student Government) or Registered Campus Organization.

Policies and procedures related to posting on these boards can be found at: http://www.studentgroups.ucla.edu/sole/wp-content/uploads/2014/04/flyerpolicy1.pdf

11. Signs, Banners, and Displays on Bruin Walk

a.  Signs, banners, and displays may not be larger than 4 feet wide by 6 feet high and may not extend more than 8 feet into the air. No tents, canopies, or structures other than signboards may be placed on Bruin Walk (the walkway through campus from Powell Library past the Bruin Bear and ending at the residence halls). Any other type of display, or oversized display, must be approved by the Director of SOLE (or authorized designee).

b.  When using a table on Bruin Walk, the display area is limited to the table and the area immediately behind it. Displays on Bruin Walk must be staffed at all times.

12. Unauthorized Structures or Equipment:

No non-affiliate of the University shall build, construct, set up, place, or maintain (or attempt such) in or upon University Property, any tent, platform, booth, bench, table, building, sound system, or other structure, without prior written authorization from the UCLA Events Office, and subject to such requirements regarding time, place, and manner as the UCLA Events Office may impose.

16

No non-affiliate of the University shall erect any structure or display, or bring a structure or display on to University Property without prior written authorization from the UCLA Events Office. (For purposes of this paragraph, a "structure or display" means any object larger than two feet in any dimension that is intended to be placed or displayed in a public area, or is left unattended in a public area. It does not include objects entirely supported or carried by a single person that do not extend more than one foot from that person, i.e., a sign supported over someone's shoulders.)

13. Campus Signboards

   a. Only Registered Campus Organizations or University Units may have signboards (self-standing sandwich boards) on designated University property. Signboards must comply with all University guidelines; Registered Campus Organizations must obtain approval from their SOLE advisor to ensure compliance.

   b. No Registered Campus Organizations or University Units may have more than three signboards on designated University property at any time.

   c. Signboards can be no taller than four feet and no wider than three feet.

   d. All signboards must be placed on the side of walkways; signboards may not be in the middle of walkway intersections. Signboards may not be placed indoors or in front of entrances or exits.

   e. Specific guidelines and procedures for signboards can be found at www.studentactivities.ucla.edu

   f. All Registered Campus Organizations and University Units will be responsible for keeping the material on their signboards current and legible. Neglected signboards will be removed, and signboard privileges may be forfeited for the quarter.

   g. Signboards may not be chained, affixed or otherwise attached to any properties, including but not limited to light posts, handrails or fences.

*E. FUND RAISING*

1. On University grounds generally open to the public (as defined in these regulations) individuals may engage in the solicitation of funds and the sale of noncommercial material if such activity is in compliance with applicable legal requirements, does not disrupt the free flow of pedestrian traffic, and does not disrupt the orderly operation of the campus. Where required, individuals are responsible for obtaining the authorization of the appropriate federal, state or local governmental agencies to engage in such activities.

17

2. University Units and Support Groups must receive the specific authorization of the Chancellor or his designate to engage in fund raising activities and must comply with the established procedures governing such matters.

3. Registered Campus Organizations may raise funds to support their activities in accordance with the following provisions:

   a. Initiation fees and membership dues may be collected at their own business and membership meetings.

   b. Fund-raising activities of Registered Campus Organizations, other than the collection of initiation fees and membership dues, must be specifically approved by SOLE, which will coordinate with the Office of External Affairs to ensure consistency with University development goals and activities.  All fund-raising activities of Registered Campus Organizations must have the prior authorization of SOLE, which shall establish and enforce procedures for accountability of funds collected on campus. Policies and Procedures pertaining to student fundraising activities in the residence halls must be in accordance with On-Campus Housing regulations applicable to these areas (www.orl.ucla.edu/handbook/index.cfm section D.4.)

   c. Voluntary donations may be solicited and noncommercial material related to the purpose of the organization may be sold:
      i) on University grounds generally open to the public (as defined in these regulations), and
      ii) at their own programs and meetings in accordance with Sections IV.F.11 and F.12 of these regulations.

### F. PROGRAMS AND ACTIVITIES

1. University Units (including Authorized Student Governments), Support Groups, and Registered Campus Organizations are authorized to use University property for organized programs and activities subject to the provisions of these regulations.

2. Non-University organizations may be allowed use of University properties only in accordance with *UCLA Policy 860: Extracurricular Use of University Facilities* (available electronically at: http://www.adminvc.ucla.edu/appm/public/860.htm)

3. Activities, programs or events must not unreasonably disrupt official University functions or the orderly operation of the campus. If any unscheduled or scheduled activity unreasonably disrupts the orderly operation of the campus or an official University function or any other scheduled activity, it shall be discontinued at the direction of the Assistant Vice Chancellor, Student Life, the Vice Chancellor, Student Affairs, or authorized designee.

The criteria to be used to determine whether an activity, program or event unreasonably disrupts the orderly operation of the campus or an official University function or any other scheduled activity shall include, but are not limited to, the following: the expected duration of the activity; the activity's timing in relation to the academic calendar (for example, proposed scheduling during the first week of classes or during final examination week); the number of participants; the expected noise level to be generated by the activity; and the need for University resources and personnel to facilitate, oversee or control the activity.

4. University property may be reserved by Registered Campus Organizations, University Units (including Authorized Student Governments), and Support Groups for activities, programs or events. Scheduling of all programmable outdoor areas is coordinated by the UCLA Events Office. For direction to the appropriate department regarding scheduling of indoor facilities, contact SOLE. Such use must be for activities, programs or events which are directly related to the purposes of the reserving entity. Such use is also subject to the specific restraints and scheduling procedures of the facilities involved. Permission to use facilities is not to be construed as endorsement by the University.

5. No reservations by Authorized Student Governments or Registered Campus Organizations may be finalized until arrangements have been approved as to time, place, and manner by SOLE.

6. Users requiring special facility arrangements, equipment or staffing may be assessed charges in accordance with rate tables published by the administrative bodies involved. In such cases, deposits and financial accountability may be required. (See UCLA Policy 860: *Extracurricular Use of University Facilities.*)

7. No publicity for any program may be released before the program or activity has been approved and reservations for facility use have been finalized. When off-campus media coverage is solicited by the guaranteeing entity, that entity must inform the Office of Media Relations; off-campus media coverage of campus programs and activities must be coordinated by the Office of Media Relations. All other filming, photography or recordings must be approved by the UCLA Events Office and a UCLA Film Permit must be secured.

8. All outdoor programs or activities utilizing sound amplification systems must obtain specific approval for such amplification in advance from SOLE. All sound amplification systems and sound levels must meet criteria established by SOLE. During periods of regularly scheduled classroom instruction or the conducting of other University-related business, amplified sound may only be used between 11:50 a.m. and 1:00 p.m., with appropriate review and approval by SOLE. Every attempt will be made to avoid the scheduling of concurrent programs in adjacent areas when one or more of the programs has amplified sound.

RASSBACH DECLARATION EXHIBIT 38
215

9. University Units (including Authorized Student Governments) may charge admission to campus programs or activities only if they have been specifically authorized to make such charges by the Chancellor or authorized designee.

   Registered Campus Organizations, with the prior approval of and in compliance with written policies and procedures as set forth and available from SOLE, may charge admission to campus programs or activities.

10. Donations may not be required as a condition of admission to any on-campus program, activity or meeting. Implication by literature or by any arrangement at the program that a donation is required is prohibited.

11. Programmable Outdoor Areas

    Outdoor areas of the campus may be reserved for activities and programs in accordance with UCLA Policy 860 and UCLA Procedure 860.3, and other University policies and campus regulations as noted below. Use of outdoor areas must not interfere with the orderly operation of the campus or unreasonably disrupt the peace and quiet of the campus and the community adjacent to the campus.

    Scheduling of Bruin Plaza for use by Registered Campus Organizations is coordinated by SOLE.

    Scheduling of Sunset Canyon for use by Registered Campus Organizations is coordinated by UCLA Recreation.

    Scheduling of outdoor areas within and adjacent to residence halls is coordinated by the Office of Residential Life.

    Scheduling of all other programmable outdoor areas is coordinated by the UCLA Events Office, in accordance with UCLA Procedure 860.3.

    a. General Provisions
       i)  Outdoor areas of the campus may be reserved for activities and programs in accordance with existing University policies and campus regulations, and specific restrictions applicable to each area.

       ii) Use of outdoor areas must not interfere with the use of those areas by others for other than reasonably short periods, or unreasonably disrupt the orderly operation of the campus or official University functions, or unreasonably disrupt the peace and quiet of the campus and the community adjacent to the campus.

       iii) All programs or activities utilizing amplified sound systems must obtain specific approval for such sound amplification from SOLE. All sound amplification systems and sound levels must meet criteria established by SOLE.

20

Sound emissions beyond the perimeters of the reserved area shall be at a reasonable level. During periods of regularly scheduled classroom instruction or the conducting of other University-related business, amplified sound may only be used between 11:50 a.m. and 1:00 p.m., with appropriate review and approval by SOLE. Every attempt will be made to avoid the scheduling of concurrent programs in adjacent areas when one or more of the programs has amplified sound.

iv) No tents shall be allowed at any time except in accordance with *UCLA Procedure 850.1, Placement of Temporary Structures on the UCLA Campus* (see http://www.adminvc.ucla.edu/appm/public/850-1.htm)

When a request is made to erect a temporary structure, the request shall first be made to SOLE, after which it shall be submitted to the Administrative Vice Chancellor, who shall reach a decision in accordance with the steps outlined in Procedure 850.1.

v) No non-affiliate of the University may camp, occupy camp facilities, use camp paraphernalia, or store personal property on University property, except in an area designated for such purpose, and pursuant to a valid permit issued by the UCLA Events Office.

No non-affiliate of the University may bring any tent or other housing structure on University property, or occupy such tent or housing structure, except as approved by the UCLA Events Office.

No non-affiliate of the University may set up a campsite or household on University property.

No non-affiliate of the University may bring, leave, or dump furniture, mattresses, or other large household items on University property, or bring or maintain large personal belongings or large amounts of personal belongings on University Property, except as authorized by the UCLA Events Office. Large household items", "large personal belongings and "large amounts of personal belongings" mean anything that cannot be reasonably carried on the person or reasonably used for personal purposes.

No non-affiliate of the University may store personal possessions (i.e., leave items unattended and not in the owner's immediate personal custody and control) on University property.

vi) Campfires, portable stoves, open fires and other fires are prohibited on University Property without written permission from the campus fire marshal. Any torches, flammable outdoor displays or open fires must be approved by the campus fire marshal and Chief of Police.

RASSBACH DECLARATION EXHIBIT 38

vii) No non-affiliate of the University shall bring any explosive or flammable material (as defined by sections 12000 and 12504 of the California Health and Safety Code) or any hazardous or flammable materials (as defined by section 2402.7 of the California Motor Vehicle Code) onto University Property, regardless of whether or not the material is burning, except such materials that are transported in approved containers and necessary for the conduct of the business of the University or are approved by the University or are contained in any tank used to carry fuel necessary for the operation of a vehicle or any equipment of the vehicle.

viii) No non-affiliate of the University may bring onto University property any unauthorized carts, carriages, trailers, or other vehicles of conveyance designed for, or used to transport property, except for baby carriages actually used to transport infants, or wheelchairs or other wheeled conveyances necessary for disabled access.

b. Designated Areas

Designated areas may be used for programs or activities subject to the General Provisions (above) and specific restrictions applicable to each area (see UCLA Procedure 860.3). Use of these areas may be substantially altered or precluded due to construction or seismic renovation and related activities, or due to adjacency of other programs or activities.

i. Bruin Walk

a) This area is dedicated to the exchange of ideas and free speech; therefore, organized program presentations or the use of amplified sound may not be scheduled here.

b) Displays and exhibits may be placed along the Walk between 7:00 a.m. and 5:00 p.m., Monday through Friday.

ii. Faculty Center Entryway

a) The dining rooms and meeting rooms of the UCLA Faculty Center building are restricted to members of the UCLA Faculty Center Association, Inc., their guests, and invitees attending scheduled events held inside the Faculty Center building.

b) During periods of regular operation or during any special event scheduled inside the Faculty Center building or on its patios, advocacy activity or literature distribution (including the placement of distribution tables) are permitted only on the north-south sidewalk immediately adjacent to Charles E. Young Drive East.

22

In order to ensure access of members and guests to the Faculty Center through the main entry door, no activity, including advocacy activity, distribution or display of literature, or organized assembly may be conducted or held on any portion of the paved east-west walkway leading from the sidewalk to the patio foyer and entry door to the Faculty Center.

c) Not more than two distribution tables or other stationary instruments (e.g., easels) may be placed on the grass immediately next to the north-south sidewalk for the purposes of literature distribution or display and provided that regular pedestrian traffic is not impeded.

d) The General Manager of the Faculty Center (or authorized designee) is authorized:
   i)  to determine whether any activity on or near the east-west sidewalk is resulting in disruption or impediment for Faculty Center members and guests; and
   ii) upon such a determination, inform either the Vice Chancellor, Student Affairs (or authorized designee)or UCLAPD that the activity is causing a disruption or impediment.

e) No amplified sound may be used in the area west of the Faculty Center at any time due to the proximity of music classrooms in Schoenberg Hall immediately across the street.

Refer to UCLA Procedure 860.3 for and specific use restrictions of other programmable areas.

## V. STATE OF EMERGENCY

1. The Chancellor may declare a campus state of emergency to exist when:

   a. Conditions exist on or within the vicinity of the campus which result from natural or man-made disasters, civil disorders which pose the threat of serious injury to persons or damage to property, or other seriously disruptive events; and

   b. Extraordinary measures are required immediately to avert, alleviate, or repair damage to University property or to maintain the orderly operation of the campus.

During a State of Emergency, the campus will be managed according to policies and procedures set forth in the *UCLA Emergency Plan*.

Reference copies of the *UCLA Emergency Plan* are available in UCLA Office of General Services, at 731 Charles E. Young Drive South, suite 3102.

When feasible, the campus will consult with the University President before declaring a state of emergency to exist on the campus. In any event, the President must be notified as soon as possible.

23

RASSBACH DECLARATION EXHIBIT 38

2. Emergency Suspension:

   a. During a State of Emergency the Chancellor or the respective designated representative listed below may impose Emergency Suspension on any student, faculty member, or staff employee where there is reasonable cause to believe the individual has:

      1) Acted in violation of the campus emergency orders;

      2) Committed a theft or damaged property;

      3) Committed or threatened to commit an act of physical violence;

      4) Participated in a disturbance of the peace or unlawful assembly; or,

      5) Where the individual's presence on campus would lead to violation of campus emergency orders, violence, intimidation, damage to University property, or other disruptive activity incompatible with the orderly operation of the campus.

   b. In addition to the Chancellor, the following University officials are empowered to impose Emergency Suspension on those individuals indicated:

      1) Vice Chancellor, Student Affairs-- students

      2) Executive Vice Chancellor and Provost-- faculty members

      3) Administrative Vice Chancellor -- staff employees

   c. Disposition of Emergency Suspension will be according to the policies indicated below, as determined by the individual's status in the campus community:

      1) Students:

      Section IV.B of the *UCLA Student Conduct Code* (available electronically at: http://www.deanofstudents.ucla.edu/studentconductcode.pdf.)

      2) Faculty Members or Staff Employees:

      Section 53 of the *University of California Policies Applying to Campus Activities, Organizations, and Students* (available electronically at: http://www.ucop.edu/ucophome/coordrev/ucpolicies/aos/uc50.html

   d. Violation of any condition of Emergency Suspension shall subject the individual to disciplinary proceedings based upon such violation.

24

## VI. ADMINISTRATION

A. The general authority and responsibility for the administration of these regulations and the policies on which they are based is delegated to the Office of the Vice Chancellor, Student Affairs. This Office may redelegate certain authority and responsibility to other administrative units.

B. In accordance with its functions, the Office of the Vice Chancellor, Student Affairs and its administrative departments must necessarily make interpretations involved in the application and enforcement of these regulations and policies.

To ensure the orderly operations of University affairs, the decisions of the administrative units must be complied with pending appeal determination.
If a dispute regarding such an interpretation occurs, it will be adjudicated according to the procedures contained in "Procedures Governing Denial of Registration to an Organization and Denial of Use of University Properties." (See Appendix 2)

C. Any member of the campus community may present proposals regarding revision, modification or application of these regulations and the policies on which they are based, along with supporting arguments, to the Vice Chancellor, Student Affairs.

25

**APPENDIX 1-A**

**RONALD REAGAN UCLA MEDICAL CENTER AND MEDICAL PLAZA
SUPPLEMENTAL TIME, PLACE, AND MANNER REGULATIONS**

The Ronald Reagan UCLA Medical Center (RRUCLA) and Medical Plaza are specialized but
integral parts of the UCLA campus. While its functions, especially those of patient care,
establish identifiable differences between it and general campus facilities, RRUCLA and
Medical Plaza are nonetheless governed by general campus policies and regulations.

Activities within the RRUCLA and Medical Plaza complexes, including that of literature
distribution, must comply with the *UCLA Regulations on Activities, Registered Campus
Organizations, and Use of University Properties*, University of California Policies, and
applicable labor agreements.

In order that the concept of and concern for "patient care" may be accommodated in an effective
balance with the needs and rights of communication of members of the University, RRUCLA
and Medical Plaza facilities will additionally be subject to these special provisions.

## I. PROGRAMMING

In keeping with the concerns for patient well-being described above, there will be no
programming within RRUCLA and the Medical Plaza, with the exception of literature
distribution as described in Section II below.

## II. DISTRIBUTION AND POSTING OF LITERATURE

Signs/Literature may be posted within the UCLA Hospital System, subject to the following
regulations.

1. Material may be posted on the labeled General Activity Bulletin Boards after approval and
   location assistance is obtained from the Student Organizations, Leadership, & Engagement
   (SOLE) Office at 310-825-7041.  These boards are for material clearly identifiable to a
   registered campus organization formed within the UCLA Hospital System, or material that
   has significance to the faculty, students, or staff.

2. Approval for placement of temporary signs to be posted in the special announcement plaques
   located throughout the UCLA Hospital System may be obtained in the Patient Relation
   Office at 310-825-7271

3. Approval for placement of temporary signs to be posted on the first floor public areas of the
   200 UCLA Medical Plaza first floor lobby or B Level lobby of 300 Medical Plaza may be
   obtained in the Medical Plaza Patient Relation office, 310-794-1276.

4. Approval for placement of temporary signs posted in the Santa Monica-UCLA Medical
   Center may be obtained from Public Relations Office in Administration at 310-319-4567.

26

5. Approval for placement of temporary signs for NPH may be obtained for 300 Medical Plaza from the Practice Plan Administrator, 310-794-4496; and for NPH from the Director of Space Planning, 310-825-6715

6. Material may be posted on Departmental Bulletin Boards with the consent of the appropriate department.  Each department is responsible for seeing that posted material conforms to the general campus regulations, and that departmental boards are reviewed periodically to insure that outdated material is removed and replaced with current and correct information.

7. The posting of material by employee organizations shall be in accordance with existing practice and applicable labor contracts.

8. Unauthorized Signs shall never be posted on walls, elevators, elevator lobbies, stairwells or in hallways.

9. Unauthorized signs will be removed and discarded.

27

**APPENDIX 1 – B**

# UNIVERSITY RESIDENCE
# SUPPLEMENTAL TIME, PLACE AND MANNER REGULATIONS

## I.      BOUNDARIES OF THE UNIVERSITY RESIDENCE

The following overall area of the UCLA campus, comprising approximately 13 acres, is defined to comprise "The University Residence" for the purposes of campus regulations regarding activities and use of facilities and University property:

> **Northern** boundary:    Sunset Boulevard *(see note below)*
> **Western** boundary:    Royce Drive (eastern curb line)
> **Southern** boundary:    Charles E. Young Drive North (northern curb line)
> **Eastern** boundary:    Parking Structure 3 (western entry drive)

> *Note: The actual property line of the property owned by The Regents is 36 inches south of the east/west curb line on the south side of Sunset Boulevard. The intervening property to the Sunset Boulevard curb line is owned by the City of Los Angeles and is public property. Shrubbery and other landscaping have been planted in order to delineate UCLA's specific property line.*

A subset of this overall area is further defined by various fencing. Other grass and other planted areas within the overall 13-acre area are not fenced or otherwise separated by restrictive installations. Notwithstanding the actual fence lines, the entire 13-acre area is defined to be a residential facility/area and not available for any other use, by either members of the campus community, by commercial vendors, or by members of the general public, unless approved by the Chancellor or the Administrative Vice Chancellor.

The Ralph Cornell Grove is considered part of the University Residence, located on the southern edge of the 13-acre area of the University Residence. The Cornell Grove is visible from Charles Young Drive North. The late Mr. Cornell was the longtime consulting landscape architect who is generally credited with establishing the basic design principles and standards for UCLA's landscaping and exterior site development (plazas, courts, etc.). Mr. Cornell also designed the Franklin Murphy Sculpture Garden.

## II.      CAMPUS POLICIES – INFORMAL USE

The University Residence building and grounds are intended only to be: (a) the home of the Chancellor and family; and (b) the venue for periodic special University events hosted by the Chancellor. The University Residence, while on the main UCLA campus, is not intended to be generally accessible to the University community or to the general public, except by invitation or by permission of the Residence Manager or the Chancellor/Associate of the Chancellor.

These restrictions apply not only to the University Residence building but to the entire grounds area, with two exceptions:

28

1. The Ralph Cornell Grove (eucalyptus trees and lawn area) extends along the southeastern perimeter of the rear lawn, immediately adjacent to Charles E. Young Drive North. This area is not programmed for any organized or public events/assemblies but is available for individual, casual use by members of the general University community, as long as such use is not disruptive to the Chancellor/Associate of the Chancellor or to any scheduled events at the University Residence.

2. The University property line along Sunset Boulevard is approximately 36 inches south from the east/west curb line of the south side of Sunset Boulevard. The City of Los Angeles owns the 36-inch wide lane of property between the University property line and the curb. The University's campus loop jogging path runs through this 36-inch lane. At other locations along Sunset Boulevard between the 405 Freeway and the Beverly Hills city limits, various vendors will occasionally attempt to sell informational maps to "Homes of the Stars" by using the 36-inch lane. Since this lane is not University property, the University has no authority to prohibit such vendors except when such transactions would constitute a danger to public safety when no "pullover/turnout" is available on Sunset Boulevard for an interested customer to stop her/his vehicle. Since there is no such "turnout" in front of the University Residence grounds except for the driveway entrance, the University of California Police Department, Los Angeles will require any vendor to relocate from the University Residence/Sunset Boulevard area so that the driveway can remain accessible to automobiles entering or egressing the University Residence.

## III.    CAMPUS POLICIES – ADVOCACY ACTIVITIES

Advocacy activities are not permitted at any time on the grounds of the University Residence (as defined above), including the lawn area of the Ralph Cornell Grove, by either members of the University community or by members of the general public.

The following restrictions also apply to these areas:

1. The location for any assembly for the purpose of an advocacy activity is to be no closer to the University Residence than the <u>southern</u> sidewalk of Charles E. Young Drive North, bordering the Broad Arts Center building or the Young Research Library;

2. Any such assembly may not extend into the traffic lanes of either Charles E. Young Drive or into the driveway to Parking Structure No. 3;

3. Any such assembly may not extend into the driveway to the University Residence from Sunset Boulevard or in either of the two parking lots at the University Residence;

4. Any such assembly may not be held on the lawn area of the Ralph Cornell Grove, including the erection of any temporary structures at any time;

29

5. No portion of any assembly conducted on the City of Los Angeles 36-inch property strip along Sunset Boulevard shall, at any time, hinder any vehicles using the driveway to the University Residence.

   If an assembly is conducted on this strip, the University may, establish a safety zone on either side or both sides of the driveway to accommodate the safety of vehicles using the driveway. Additionally, any such assembly that poses a safety concern regarding vehicular traffic on Sunset Boulevard shall be discontinued at either the direction the University of California Police Department, Los Angeles or the City of Los Angeles.

6. The use of amplified sound as part of any such assembly is prohibited at all times.

7. Given the nature of the University Residence as a residential home, any such assembly advocacy activity may not occur between the hours of 10pm and 7am daily.

8. Any assembly or activity that disrupts regular University business or a scheduled University event at the University Residence, regardless of the time of day, shall be discontinued at the direction of the Chief of Police for the University of California Police Department, Los Angeles or the at the direction of the Assistant Vice Chancellor, Student Life, subject to the criteria set forth in Section IV, Part F, Paragraph 4 of these regulations.

9. Any person who interferes with the peaceful conduct of another person engaging in business, private affairs or participation in a University activity at the University Residence shall discontinue such conduct at the direction of the Chief of Police for the University of California Police Department, Los Angeles or the Administrative Vice Chancellor.

10. Any person, acting alone or in concert with others, who pickets, parades or patrols in a manner that is both (1) focused upon the private residence or dwelling of any individual residing on University property within the City of Los Angeles, and (2) takes place within one hundred (100) feet of such private residence shall discontinue such conduct at the direction of the Chief of Police for the University of California Police Department, Los Angeles or the Administrative Vice Chancellor, to cease his/her activities.

RASSBACH DECLARATION EXHIBIT 38
226

**APPENDIX 2**

# POLICIES GOVERNING DENIAL OF REGISTRATION TO AN ORGANIZATION AND DENIAL OF THE USE OF UNIVERSITY PROPERTIES

## I. DEFINITIONS

A. AUTHORIZED REPRESENTATIVE: Any one of the three (3) individuals listed on a Registered Campus Organization's registration form as submitted to SOLE; an Authorized Representative agrees to act as an official contact person with the University and to assume responsibility for the planning, implementation, and outcomes of the Organization's activities. Only UCLA students or University personnel may serve as Authorized Representatives.

B. NOTIFY or NOTICE: written notification delivered in person or sent by regular mail to the last known address of the person to be Notified.

C. OFF-CAMPUS: individuals, or groups which have any members who are not University students, faculty, or staff, or who are not members of an authorized Support Group.

D. REGISTERED CAMPUS ORGANIZATION: Any organization whose membership is predominantly comprised of UCLA students and/or personnel can obtain recognition as a Registered Campus Organization by complying with the requirements and procedures specified in Section III of the *UCLA Regulations on Activities, Registered Campus Organizations, and Use of Properties*.

E.  *SUPPORT GROUP*: A support group is any group, organization, foundation, or association other than a campus alumni association or campus foundation:
1. whose primary purpose is to provide assistance through fundraising, public outreach, and other activities in support of the University's mission; or
2. whose representatives or activities make the entity indistinguishable from the University itself; or
3. that acts as an agent of or intermediary for the University.

Such groups are governed by the *University of California Policy on Support Groups, Campus Foundations, and Alumni Associations* and the *University of California Administrative Guidelines for Support Groups*, as well as by these regulations.
(Available at: www.ucop.edu/ucophome/coordrev/policy/2-12-04support-guidelines.html.)

F. UNIVERSITY PROPERTY: Any University owned, operated, leased, or maintained property, including all of the buildings and grounds of the UCLA campus or any building or ground otherwise within the direction and control of UCLA.

G. UNIVERSITY UNIT: Any academic or nonacademic department or division or any other official University entity, including any official department, school, or institute of the University, the University Extension, or any part thereof, or any authorized student government.

31

## II. DENIAL OF REGISTRATION TO AN ORGANIZATION

A. SOLE may deny registration to an organization for any one or more of the following reasons:

1. Failure to follow established University procedures for registration of organizations;

2. Eligibility for membership to persons who are not predominantly University students, faculty or staff, unless the group is a Support Group;

3. Statement of purpose to conduct activities clearly contrary to University policies or campus regulations; and

4. Failure to meet the particular requirements established for registration as a Registered Campus Organization, or a Support Group, if registration is sought as such a group.

B. Upon the denial of registration, SOLE shall immediately notify the applicant of the denial, the reasons therefor, and the right to appeal.

C. Denial of registration as a Registered Campus Organization or a Support Group may be appealed to the Assistant Vice Chancellor, Student Life and thereafter to the Vice Chancellor, Student Affairs.

## III. DENIAL OF USE OF UNIVERSITY PROPERTY

A. The use of University Property may be denied if the proposed activity:

1. may create or cause risk of injury or illness to persons; or may create or cause risk of damage or destruction to property;

2. may impede the performance of public business to be conducted in the area;

3. is clearly contrary to express University policies or campus regulations concerning the general use of properties or use of specific properties; or

4. would involve an off-campus audience under circumstances not permitted by this policy.

B. The University may deny a property use request or cancel a permit before or during an event upon determination of the Assistant Vice Chancellor, Student Life or authorized designee that any of the following conditions have occurred:

1. incomplete information, false statement(s), or misrepresentations were made on the application;

2. fraud was committed in obtaining the permit;

RASSBACH DECLARATION EXHIBIT 38
228

3. the person to whom the permit was issued is not present at the activity and is not available for contact by a UCLA peace officer or a representative of the University responsible for the property where the activity is taking place; or

4. The conduct of the person(s) to whom the permit was issued involves a violation of the permit, these regulations, state law, or any other statute or ordinance.

C. Any office denying a property use request shall immediately notify the applicant of the denial, the reasons therefor, and the right to appeal. SOLE shall maintain a permanent file of any denials it issues for review by members of the campus community.

D. Denials of property use requests on the basis of subparagraph 1 (safety or welfare) or subparagraph 2 (unreasonable disruption) of Paragraph A may be appealed directly to the Vice Chancellor, Student Affairs, or authorized designee.

E. Denials of property use requests for Registered Campus Organizations, University Units, or Support Groups may be appealed directly to the Assistant Vice Chancellor, Student Life, or authorized designee, and thereafter to the Vice Chancellor, Student Affairs.

F. Denials of property use requests for entities other than Registered Campus Organizations, University Units, or Support Groups may be appealed within five (5) business days of the notification of denial or cancellation to the Assistant Vice Chancellor, Student Life, or authorized designee. The Assistant Vice Chancellor, Student Life, will respond to such appeals within five (5) business days following receipt of the appeal. This appeal process shall apply only in cases where a timely application was filed and the permit was denied; no appeal shall be available if a timely application was not filed.

**APPENDIX 3**

**UCLA REGULATIONS ON USE OF PROPERTIES FOR SPECIAL EVENTS**

I. These Regulations on Use of Properties for Special events are designed to take into account the special nature of *Special Events*.

   In connection with particular *Special Events*:
   a. Additional *Grounds Open to the Public* may be designated within the following areas:
      i. Within areas reserved for classes, public performances, Special Events, or organized activities;
      ii. Within any designated food service or eating area;
      iii. On and adjacent to vehicular driveways, streets, and parking lots; or
      iv. On and adjacent to public entrances to the hospital and outpatient clinics.

   b. Specific areas within the *Special Events* venues may be designated where activities that involve the setting up of tables, booths, or other structures by Registrars of Voters, distributors of noncommercial literature or circulators of petitioners must occur. Such areas shall be as specified below

      i. In connection with the Los Angeles Times Festival of Books:

         (a) the areas where tables, booths, and other like structures may be set up for the distribution of literature and other noncommercial speech activities ("free speech activities") are the areas adjacent to Kerckhoff Hall known as "Election Hill", and Bruinwalk, between Bruin Plaza and Kerckhoff Hall. The setting up of such tables, booths, and other like structures for free speech activities within any other Festival areas is prohibited; and

         (b) the definition of *Grounds Open to the Public* for free speech activities not involving a table, booth, or other like structures shall include the areas in front of but not inside or behind tables, booths, or other like structures of vendors and other Festival purveyors, officials, or staff; provided, however, that free speech activities shall not have the effect of impeding the free flow of lines into and out of Festival sites, venues, and activities.

34

**APPENDIX 4**

**REGULATIONS GOVERNING CONDUCT OF NON-AFFILIATES IN THE BUILDINGS AND ON THE GROUNDS OF THE UNIVERSITY OF CALIFORNIA**

**SECTION 100000.   INTRODUCTION.**

The following regulations are promulgated under California Education Code section 92440.5, which authorizes The Regents of the University of California to enact regulations addressing the conduct of persons who are not students, officers, or employees of the University of California when that conduct is a threat to persons or property or constitutes interference with functions or activities of the University.  Violation of regulations promulgated under section 92440.5 is punishable as a misdemeanor.  Pursuant to section 92440.5, these regulations do not apply to the conduct of students, officers, or employees of the University; their conduct is governed by other University regulations.  These regulations may not be utilized to impinge upon the lawful exercise of constitutionally protected rights of freedom of speech or assembly, or the constitutionally protected right of personal privacy.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100001.   DEFINITIONS.**

The following definitions shall apply to terms used in this Chapter:

A.   "Non-affiliate" means any person who is not any of the following: a student, officer, official volunteer, employee, Regent, or emeritus of the University of California or a member of a household authorized to reside in University Property. As used in this definition:

1.   "student" means any person who (a) is enrolled in or registered with an academic program of the University; (b) has completed the immediately preceding term, is not presently enrolled, and is eligible for re-enrollment; or (c) is on an approved educational leave or other approved leave status, or is on filing-fee status.

2.   "official volunteer" means any person who is: (a) listed as an officer or a board member of the recognized campus alumni association, including its committees or related clubs; (b) listed as an officer or a board member of a support group formally recognized by the particular campus; or (c) formally registered through the relevant Campus Human Resources/Staff Personnel office and authorized to provide volunteer services on behalf of the University in campus facilities (e.g., hospitals, museums, etc.).

35

3.   "employee" means any person who is listed in the campus payroll system, regardless of the percentage of time associated with the person's employment, including a staff retiree who has been recalled for University employment and other individuals to whom the University is contractually obligated to provide access to University property equivalent to that allowed to University employees.

4.   "emeritus" means any person who holds the title of "emeritus" pursuant to Regents Standing Order 103.5 and section 120 of the University of California Academic Personnel Manual.

B.   "University Property" means buildings and grounds that are operated by, or under the control of, the Regents of the University of California.

C.   "Person" includes natural persons, corporations, firms, partnerships, joint stock companies, associations and other organizations of persons.

D.   "Designated University Official" means the University official delegated authority over the relevant operation from the Chancellor or chief administrative officer of the facility.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100002.  ENFORCEMENT.**

When enforcing this Chapter, an officer or employee authorized to maintain order on the campus or facility should make a reasonable attempt to warn and advise a non-affiliate subject to cease the prohibited conduct or activity before citing and/or arresting the non-affiliate subject for violation of this Chapter, except where the conduct violating this Chapter reasonably appears to create a threat to or endanger health, safety or property.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100003.  ALCOHOL.**

No non-affiliate shall drink or consume any alcoholic beverage, or possess an alcoholic beverage in an open container, on University property out of doors, except as an invited guest at an event or activity sponsored by the University at which the Designated University Official has approved the consumption of alcoholic beverages.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

36

**SECTION 100004.  APPROVAL FOR ACTIVITY ON UNIVERSITY OF CALIFORNIA PROPERTY.**

A.   Approval for Gatherings or Demonstrations:  No non-affiliate shall hold or conduct any demonstration or gathering in or upon any University property without prior approval from the Designated University Official, and subject to such requirements regarding time, place, and manner as the Designated University Official may impose.

B.   Approval for Structures or Equipment:  No non-affiliate shall build, construct, set up, place or maintain or attempt such, in or upon any University of California owned or operated property, any tent, platform, booth, bench, table, building, sound system, or other structure, without prior approval from the Designated University Official, and subject to such requirements regarding time, place, and manner as the Designated University Official may impose.

C.   Approval for Amplified Sound:  No non-affiliate may use amplified sound on University Property, without prior approval from the Designated University Official, and subject to such requirements regarding time, place, and manner as the Designated University Official may impose.

D.   Criteria for approval of activities in this section shall be content-neutral and specified in advance.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100005.  CAMPING AND STORAGE OF PERSONAL BELONGINGS.**

No non-affiliate on University property shall, without authorization from a Designated University Official:

A.   Camp, occupy camp facilities, use camp paraphernalia, or store personal property on University property.

B.   Bring any tent or other housing structure on University property, or occupy any such tent or housing structure.

C.   Set up a household or campsite on University property.

D.   Bring, leave, or dump furniture, mattresses, or other large household items on University property, or bring or maintain large personal belongings or large amounts of personal belongings on University property, except as authorized by the Designated University Official.  For purposes of this section, "large household items," "large personal belongings," and "large amounts of personal belongings," means anything that cannot be reasonably carried on the person or reasonably used for personal purposes.

E.   Store personal possessions on University property.  For purposes of this section, "storage of personal possessions" means leaving items unattended, that is, not in the owner's immediate personal custody and control.

F.   Bring onto University property any unauthorized carts, carriages, trailers, or other vehicles of conveyance designed for, or used to transport property, except for: (1) baby carriages actually used to transport infants, or (2) wheelchairs or other wheeled conveyances necessary for disabled access.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

## SECTION 100006.  COMMERCIAL ACTIVITIES.

No non-affiliate shall solicit, hawk or otherwise peddle or rent any goods, wares, merchandise, liquids or edibles for human consumption or services on University property, operate any commercial enterprise, or give any lessons, classes or instruction on University property whether for profit or otherwise, except as specifically authorized by the Designated University Official. For purposes of this section, soliciting and selling shall include the leafleting or distribution of advertisements or other promotional devices.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

## SECTION 100007.  CURFEW.

No non-affiliate shall enter or otherwise remain on University Property between the hours of midnight to 6:00 a.m., or at such other times as published or posted by the campus or University location.  This curfew shall not apply to University housing residents or their invited guests, invited guests of University faculty, emeritus or staff, persons possessing valid written authorization from the Designated University Official, or those on legitimate University related business or attending a specific University sponsored event.  Those persons possessing a valid written authorization, or attending a specific event, shall be allowed to remain and use the facilities as specified in their authorization or through the duration of the specific event, after which time they shall leave the property without any appreciable delay. This curfew also shall not apply to people proceeding directly across a roadway or path that has been designated by the Designated University Official as open to the public during curfew hours.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

38

**SECTION 100008.  DANGEROUS MATERIALS.**

No non-affiliate shall bring any explosive material (as defined by section 12000 of the California Health and Safety Code) or flammable material (as defined by section 12504 of the California Health and Safety Code) or any hazardous or flammable materials (as defined by the regulations adopted pursuant to section 2402.7 of the California Vehicle Code) onto University property, regardless of whether or not the material is burning, except such materials that are transported in approved containers and necessary for the conduct of the business of the University or are approved by the Designated University Official or are contained in any tank used only to carry fuel necessary for the operation of a vehicle or any equipment of the vehicle.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100009.  DOGS, CATS AND OTHER ANIMALS.**

No non-affiliate, having ownership, custody or control of any dog, cat or other animal, except for animals (as described in California Penal Code section 365.5) assisting persons with disabilities, shall cause, suffer or permit such animal on University property without authorization, unless (1) the animal remains on a leash or under the hand control of a responsible person at all times, (2) the animal is not left unattended, and (3) the animal remains at all time in outdoor areas designated by the University.  Any non-affiliates having ownership, custody or control of any animal on University property must promptly remove and properly dispose of any droppings left by such animal.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100010.  FIRES.**

Non-affiliates shall not start or maintain campfires, portable stoves, open fires and other fires on University property except as expressly authorized by the Designated University Official, and subject to such requirements regarding location, time, and fire safety precautions as the Designated University Official may impose.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100011.  NUDITY.**

No non-affiliate shall be nude on University property in any place open to the public or any place visible from a place open to the public including offices and classrooms, except for specifically designated "clothing optional areas" of campus gymnasiums and pools, dressing rooms, changing rooms, and restrooms.

"Nude" within the meaning of this section means the absence of an opaque covering which covers the genitals, pubic hair, buttocks, perineum, anus or anal region of any person or any portion of the breast at or below the areola thereof of any female person.

This prohibition does not apply to:
(1) individuals or groups participating in visual or performing arts productions or academic programs or classes scheduled or sponsored by campus academic units or departments or under the auspices of programs approved by the Designated Campus Official for the sponsorship or presentation of visual or performing arts productions, as determined and formally approved by the departmental chair, unit or program director; or
(2) any female exposing her breast to the extent such exposure is necessary to breast-feed a child.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100012.  PASSAGE ON UNIVERSITY PROPERTY.**

No non-affiliate shall remain on University property if directed to leave that University property by the chief administrative officer of the campus or facility, or an officer or employee designated by the chief administrative officer to maintain order on the campus or facility, upon the reasonable determination of that officer or employee that the non-affiliate is committing an act that is likely to interfere with the peaceful conduct of the activities of the campus or facility or has entered the campus or facility with the purpose of committing any such act.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100013.  PROHIBITED CONDUCT.**

No non-affiliate on University property shall:

A.  Knowingly and willfully interfere with the peaceful conduct of the activities of the campus or facility by intimidating, harassing or obstructing any University employee, student, or any other person.

B.  Delay or linger without lawful purpose for being on the property and for the purpose of committing a crime or violation of these policies as opportunity may be discovered.

C.  Use University facilities not generally open to the public, including but not limited to, showers, storage lockers, study lounges or recreational facilities, without authorization of a Designated University Official.

D.  Rummage through or remove any discarded item from any recycling container or any designated University waste or recycling center without authorization of a Designated University Official.

E.  Urinate or defecate in any place other than a designated restroom or other facility designed for the sanitary disposal of human waste.

F.  Wear a mask, personal disguise, or otherwise conceal his/her identity with the intent of intimidating any person or group, or for the purpose of evading or escaping discovery, recognition, or identification in the commission of violations of University policy, University regulations or municipal, state, or federal laws.

G.  Disturb plants and wildlife in any way, including climbing or placing objects in trees or bushes or attaching items to them without authorization of a Designated University Official.

H.  Attempt to engage in any of the above offenses.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100014.  SIGNS, POSTERS, PLACARDS, BANNERS, HANDBILLS, DISPLAYS/ STRUCTURES.**

Non-affiliates' ability to speak and communicate on campus adds to the vibrant exchange of ideas at the University.  At the same time, reasonable content-neutral regulations regarding the time, place, and manner of such speech help preserve University property for the functions for which it is dedicated.

A.  No non-affiliate shall carry, transport or use signs, posters, placards or banners exceeding thirty inches (30") by thirty inches (30") in size, in or on any University property unless prior written permission has been obtained from Designated University Official.

   1.  The size of the handles or supports for such signs, posters, placards, or banners shall be limited to one-fourth inch (1/4") in thickness by three-fourths inch (3/4") in width and shall extend no more than eighteen inches (18") beyond a single exterior edge of such signs, posters, placards or banners.

   2.  All such handles or supports shall be made of wood without exception.

B.  No non-affiliate shall, on University property, without authorization from the Designated University Official:  in any way affix, fasten, or attach to the premises any signs, posters, placards or banners; nor shall they be self-supporting and placed for display; nor leaned against any wall, partition or other portion of University property.

C.  No non-affiliate shall carry signs, posters, placards or banners in a way that obstructs or interferes with the normal movement of any vehicular traffic or pedestrian movement on University property.

D.  No non-affiliate shall post or affix, or cause to be posted or affixed, on any University property any handbill, circular, booklet, card, pamphlet, sheet or written or printed notice except in such locations and in the time and manner explicitly established by the University for such purpose, without prior authorization of the Designated University Official.

41

RASSBACH DECLARATION EXHIBIT 38
237

E.   No non-affiliate shall distribute any written or printed matter in violation of established campus directives regarding time, place and manner.

F.   No non-affiliate shall erect any structure or display, or bring a structure or display on to University property without prior written authorization from the Designated University Official.  For purposes of this paragraph, "structure or display" means any object larger than two feet in any dimension that is intended to be placed or displayed in a public area, or is left unattended in a public area.  It does not include objects entirely supported or carried by a single person that do not extend more than one foot from that person (e.g., a signboard supported over someone's shoulders).

G.   Where the Designated University Official is permitted to authorize exceptions to the regulations set forth in this section, the criteria for such authorization shall be content-neutral and specified in advance.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

**SECTION 100015.  WEAPONS.**

No non-affiliate shall, on University property, carry upon his/her person or have in his/her possession or under his/her control any Dangerous Weapon.  For purposes of this Section, "Dangerous Weapon" means and includes, but is not limited to:

A.   Any firearm in violation of the Gun-Free School Zone Act of 1995, California Penal Code section 626.9.

B.   Any knife having a blade two and one-half inches or more in length.

C.   Any folding knife with a blade that locks into place.

D.   Any ice pick or similar sharp tool that can be used as a stabbing implement capable of inflicting serious bodily injury.

E.   Any razor with an unguarded blade.

F.   Any cutting, stabbing or bludgeoning weapon or device capable of inflicting serious bodily injury.

G.   Any dirk or dagger.

H.   Any taser, stun gun, or other similar electronic device.

I.   Any instrument that expels a metallic projectile such as a BB or a pellet, through the force of air pressure, $CO_2$ pressure, or spring action, or any spot marker gun.

This section shall not apply to a duly appointed peace officer as defined in Chapter 4.5 (commencing with section 830 of the California Penal Code), a full-time paid peace officer of another state or the federal government who is carrying out official duties while in this state, a person summoned by any officer to assist in making arrests or preserving the peace while the person is actually engaged in assisting any officer, a security guard authorized to carry a loaded firearm pursuant to California Penal Code section 12031 or to an honorably retired peace officer authorized to carry a concealed or loaded firearm pursuant to California Penal Code sections 12027(a) or (i), or California Penal Code section 12031(b)(1) or (8), or a member of the military forces of this state or the United States who is engaged in the performance of his or her duties

This section shall not apply if, at the time of the alleged violation, the instrument or device alleged to be a Dangerous Weapon was in good faith carried upon the person or in his/her custody or control for use in his/her lawful occupation or employment.

**Authority cited:  Section 924405, Education Code.  Reference:  Section 92440.5, Education Code.**

43