Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-04702<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 22, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

* admitted *pro hac vice*

1
2
3
4
5

Pending before the Court is Plaintiffs' motion for a preliminary injunction. Having reviewed the papers filed in support of and in opposition to this motion, as well as all supporting declarations and exhibits, the Court hereby GRANTS Plaintiffs' motion for a preliminary injunction on the following basis:

6
7
8
9
10

The Court finds that Defendants have instructed police and other security not to intervene in or prevent the active exclusion of Jewish students from the educational facilities, other indoor and outdoor campus spaces, and programs and activities of the University of California, Los Angeles.

11
12
13
14

The Court further finds that Defendants have facilitated and cooperated in the exclusion of Jewish students from the educational facilities, other indoor and outdoor campus spaces, and programs and activities affiliated with the University of California, Los Angeles.

15
16
17
18
19
20
21
22

The Court therefore concludes that Plaintiffs have demonstrated a likelihood of success on the merits of their claims that Defendants' actions violated the Free Exercise Clause of the First Amendment to the United States Constitution (Counts III and IV), the Free Speech Clause of the First Amendment to the United States Constitution (Count II), the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution (Count I), and Title VI of the Civil Rights Act of 1964 (Count VI).

23
24
25
26

The Court also concludes that Plaintiffs have shown that they will suffer irreparable harm without relief, that the harms to their rights outweigh any harm to the Defendants' interests, and that the public interest favors the protection of Plaintiffs' constitutional and civil rights.

27
28

1    Based on these findings of fact and conclusions of law, the Court
2    ORDERS as follows:

3        1. Defendants are ENJOINED from allowing any person to establish
4           an encampment or checkpoint intended to, or having the effect of,
5           denying Jewish students access to any UCLA educational facility,
6           any indoor or outdoor space on UCLA's campus, or any UCLA-
7           affiliated program or activity.

8        2. Defendants are ENJOINED from applying any of their policies in a
9           way that would give Jewish students less than full and equal access
10          to the UCLA campus or any UCLA facility or program.

11       3. Defendants are ENJOINED from enforcing their existing policy
12          against preemptively requesting law enforcement involvement and
13          are instead ORDERED to request both University of California
14          police and other security personnel, as well as non-University law
15          enforcement personnel, to intervene immediately when an
16          individual prevents Jewish students from enjoying full and equal
17          access to the UCLA campus or any UCLA facility or program.

18       4. Defendants are ENJOINED from enforcing their policies, including
19          student, faculty, and staff disciplinary policies, in a way that allows
20          individual members of the UCLA community, including students,
21          faculty, and staff, to prevent Jewish students from enjoying full and
22          equal access to the UCLA campus and any UCLA facility or
23          program.

24       5. Defendants are ENJOINED from enforcing their policies in a way
25          that allows individuals who are not members of the UCLA
26          community to prevent Jewish students from enjoying full and equal
27          access to the UCLA campus and any UCLA facility or program.

28

6. Within 14 days of the issuance of this Order, Defendants are ORDERED to submit to the Court a proposed Remediation Plan explaining what steps, including any changes to existing policies and practices, they will take to ensure that Jewish students enjoy full and equal access to the UCLA campus and all UCLA facilities.

7. This preliminary injunction shall take effect immediately and shall remain in effect pending trial in this action or further order of this Court.

8. This Court determines that no bond shall be required.

Dated: _____        _____
                                The Honorable Mark C. Scarsi
                                United States District Judge