MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone:  (212) 326-2000
Facsimile:  (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414

*Attorneys for Defendants*

**Pro hac vice* forthcoming*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Regents of the University of California, et al., <br><br> Defendants. | Case No. 2:24-CV-4702-MCS <br><br> **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** <br><br> Judge: Hon. Mark C. Scarsi |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, The Regents of the University of California ("The Regents") hereby files its Corporate Disclosure Statement and Notice of Interested Parties:

The Regents is a public corporation that administers the University of California as a public trust, pursuant to the California Constitution, art. IX, § 9.  No publicly held entity owns more than 10% of The Regents.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for The Regents, certifies that as of this date, other than the named parties, there are no associations of persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  June 25, 2024                          Respectfully submitted,


                                               By:   /s/ *Matthew R. Cowan*
                                                     MATTHEW R. COWAN
                                                     *Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*