1  MATTHEW R. COWAN (S.B. #281114)
   mcowan@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street, 19th Floor
3  Los Angeles, California 90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:   (213) 430-6407

5  ANTON METLITSKY*
   ametlitsky@omm.com
6  JENNIFER SOKOLER*
   jsokoler@omm.com
7  O'MELVENY & MYERS LLP
   1301 Avenue of the Americas, Suite 1700
8  New York, NY 10019
   Telephone:  (212) 326-2000
9  Facsimile:   (211) 326-2061

10 MEAGHAN VERGOW*
   mvergow@omm.com
11 O'MELVENY & MYERS LLP
   1625 Eye Street, N.W.
12 Washington, D.C. 20006
   Telephone:  (202) 383-5300
13 Facsimile:   (202) 383-5414

14 *Attorneys for Defendants*

15 **Pro hac vice* forthcoming
   [*Counsel continued on next page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al., | Case No. 2:24-CV-4702-MCS |
| Plaintiffs, | **PARTIES' STIPULATION CONTINUING THE HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; BRIEFING SCHEDULE STIPULATED PER LOCAL CIVIL RULES AND INITIAL STANDING ORDER** |
| v. | |
| Regents of the University of California, et al., | |
| Defendants. | **PROPOSED ORDER FILED CURRENTLY HEREWITH** |
| | Judge:      Hon. Mark C. Scarsi |
| | Courtroom:  7C |

[*Counsel continued from previous page*]

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiffs*

*admitted *pro hac vice*

**TO THE COURT:**

Plaintiffs Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel ("Defendants") (collectively, the "Parties") hereby submit the following Stipulation to Continue the Hearing on Plaintiffs' Motion for a Preliminary Injunction (ECF No. 48) ("the Motion") currently noticed for July 22, 2024, along with a Proposed Order filed herewith;

WHEREAS, on June 5, 2024, Plaintiffs filed the Complaint in the above-captioned action (ECF No. 1);

WHEREAS, on June 17, 2024, Defendants retained O'Melveny & Myers, LLP as counsel in this action, *see* Decl. of Matthew R. Cowan ("Cowan Decl.") ¶ 3;

WHEREAS, on June 24, 2024, Plaintiffs filed the Motion seeking injunctive relief by August 15, 2024 (ECF No. 48);

WHEREAS, under Local Civil Rule 7-9 and this Court's Initial Standing Order, Defendants' Opposition to Plaintiffs' Motion is currently due on July 1, 2024, which provides Defendants with seven days to draft and file their opposition;

WHEREAS, on June 25, 2024, counsel for Defendants contacted counsel for Plaintiffs seeking consent to an intended three-week motion for extension of time to file their opposition in order to have time to adequately investigate and respond to the factual allegations submitted with Plaintiffs' Motion, which includes four declarations and 70 exhibits, totaling 346 pages, *see* Cowan Decl. ¶ 6;

WHEREAS, on June 26, 2024, the Parties agreed to stipulate to a continuance of the Hearing on Plaintiffs' Motion to July 29, 2024 to accommodate Defendants, Cowan Decl. ¶ 7;

WHEREAS, the Parties further agreed to stipulate to a briefing schedule based on the new July 29, 2024 hearing date and consistent with the Local Civil Rule 7-11 and the Court's Initial Standing Order, Cowan Decl. ¶ 8;

PARTIES' STIPULATION TO
CONTINUANCE OF HEARING
CASE NO. 2:24-CV-4702-MCS

1  WHEREAS, the Parties therefore stipulate to the new hearing date and
2  briefing schedule below:

| | |
|---|---|
| July 8, 2024 | Defendants' Opposition to the Motion due |
| July 15, 2024 | Plaintiffs' Reply in Support of the Motion due |
| July 29, 2024 | Hearing of the Motion |

WHEREAS, the Parties believe that the requested continuance complies with the spirit of the directive of this Court's Initial Standing Order, which states that "[c]ounsel should avoid submitting requests for a continuance fewer than seven calendar days prior to the earliest date subject to request," because, although the opposition is due on July 1, 2024, the current hearing date is not until July 22, 2024;

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, that the hearing on Plaintiffs' Motion for a Preliminary Injunction shall be continued to July 29, 2024.

**THE PARTIES FURTHER STIPULATE**, that Defendants' opposition to the Motion is due on July 8, 2024 and Plaintiffs' reply in support of their Motion is due on July 15, 2024.

Dated: June 27, 2024         Respectfully submitted,

By:     /s/ *Matthew R. Cowan*
MATTHEW R. COWAN
*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*


  /s/ *ERIC C. RASSBACH*
ERIC C. RASSBACH
*Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 27, 2024          Respectfully submitted,

By:   /s/ *Matthew R. Cowan*
      MATTHEW R. COWAN
      *Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*