MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

\**Pro hac vice* forthcoming

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>Regents of the University of California, et al.,<br><br>          Defendants. | Case No. 2:24-CV-4702-MCS<br><br>**DECLARATION OF MATTHEW R. COWAN IN SUPPORT OF PARTIES' STIPULATION CONTINUING THE HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; BRIEFING SCHEDULE STIPULATED PER LOCAL CIVIL RULES AND INITIAL STANDING ORDER**<br><br>Judge:      Hon. Mark C. Scarsi<br>Courtroom:  7C |

I, Matthew R. Cowan, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm O'Melveny & Myers, LLP, counsel of record for Defendants in the above-captioned action. I make this Declaration in support of Plaintiffs Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian's ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel's ("Defendants") (collectively, the "Parties'") Stipulation Continuing the Hearing on Plaintiffs' Motion for a Preliminary Injunction; Briefing Schedule Stipulated Per Local Rules and Standing Order. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify hereto.

2. Plaintiffs filed the Complaint in this action on June 5, 2024.

3. Defendants retained O'Melveny & Myers LLP as counsel in this action on June 17, 2024.

4. On June 24, 2024, Plaintiffs filed their Motion for a Preliminary Injunction.

5. In filing their Motion, Plaintiffs noticed a hearing date of July 22, 2024, at 9:00 A.M. Pursuant to the Local Rules and this Court's Standing Order, because Plaintiffs noticed the hearing date for July 22, 2024, Defendants' opposition to Plaintiffs' Motion for a Preliminary injunction is due on Monday, July 1, 2024, which would provide Defendants seven days to draft and file their opposition brief.

6. On June 25, 2024, counsel for Defendants contacted counsel for Plaintiffs to seeking consent to an intended three-week motion for extension of time to file their opposition in order to have time to adequately investigate and respond to the factual allegations submitted with Plaintiffs' Motion, which includes four declarations and 70 exhibits, totaling 346 pages.

7. On June 26, 2024, the Parties agreed to stipulate to a continuance of the Hearing on Plaintiffs' Motion to July 29, 2024 to accommodate Defendants' need for additional time to investigate and respond to the factual allegations in Plaintiffs' Motion;

8. The Parties further agreed to stipulate to a briefing schedule based on the new July 29, 2024 hearing date and consistent with the Local Civil Rule 7-11 and the Court's Initial Standing Order.

9. This requested continuance is the Parties' first request for a continuance in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of June, 2024, at Los Angeles, California.

                                                      /s/ Matthew R. Cowan
                                                      Matthew R. Cowan