1  MATTHEW R. COWAN (S.B. #281114)
   mcowan@omm.com
2  O'MELVENY & MYERS LLP
3  400 South Hope Street, 19th Floor
   Los Angeles, California 90071-2899
4  Telephone:  (213) 430-6000
   Facsimile:   (213) 430-6407

5  ANTON METLITSKY*
6  ametlitsky@omm.com
   JENNIFER SOKOLER*
7  jsokoler@omm.com
   O'MELVENY & MYERS LLP
8  1301 Avenue of the Americas, Suite 1700
   New York, NY 10019
9  Telephone:  (212) 326-2000
   Facsimile:   (211) 326-2061
10

11 MEAGHAN VERGOW*
   mvergow@omm.com
12 O'MELVENY & MYERS LLP
   1625 Eye Street, N.W.
13 Washington, D.C. 20006
   Telephone:  (202) 383-5300
14 Facsimile:   (202) 383-5414

15 *Attorneys for Defendants*

16 **Pro hac vice* forthcoming*

17 [*Counsel continued on next page*]

18
   **UNITED STATES DISTRICT COURT**
19 **CENTRAL DISTRICT OF CALIFORNIA**
   **WESTERN DIVISION – LOS ANGELES**
20

21 Frankel, et al.,                    | Case No. 2:24-CV-4702-MCS

22            Plaintiffs,               **[PROPOSED] ORDER APPROVING PARTIES' STIPULATION TO A CONTINUANCE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; BRIEFING SCHEDULE STIPULATED PER LOCAL CIVIL RULES AND INITIAL STANDING ORDER**

23       v.

24 Regents of the University of California, et al.,

25
              Defendants.
26                                      Judge:      Hon. Mark C. Scarsi
                                        Courtroom:  7C
27

28

[PROPOSED] ORDER APPROVING
PARTIES' STIP FOR CONTINUANCE
CASE NO. 2:24-CV-4702-MCS

[*Counsel continued from previous page*]

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
Attorneys for Plaintiffs

*admitted *pro hac vice*

# **[PROPOSED] ORDER**

This Court having reviewed the Stipulation to a Continuance of Hearing Date and Briefing Schedule of Plaintiffs Yitzchok Frankel, Joshua Ghayoum, and Eden Shemuelian and Defendants The Regents of the University of California, Michael V. Drake, Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., and Rick Braziel **finds good cause to continue the hearing date and set the briefing schedule as stipulated**.

The request to continue the hearing date and set the briefing schedule as stipulated **is GRANTED** pursuant to the following schedule below:

| | |
|---|---|
| July 8, 2024 | Defendants' Opposition to the Motion due |
| July 15, 2024 | Plaintiffs' Reply in Support of the Motion due |
| July 29, 2024 | Hearing of the Motion |

DATED: _____ _____

Hon. Mark C. Scarsi
United States District Judge