| | |
|---|---|
| 1 | MATTHEW R. COWAN (S.B. #281114) |
| 2 | mcowan@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street, 19th Floor<br>Los Angeles, California 90071-2899 |
| 4 | Telephone:  (213) 430-6000<br>Facsimile:   (213) 430-6407 |
| 5 | |
| 6 | ANTON METLITSKY*<br>ametlitsky@omm.com |
| 7 | JENNIFER SOKOLER*<br>jsokoler@omm.com |
| 8 | O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas, Suite 1700 |
| 9 | New York, NY 10019<br>Telephone:  (212) 326-2000 |
| 10 | Facsimile:   (211) 326-2061 |
| 11 | MEAGHAN VERGOW* |
| 12 | mvergow@omm.com<br>O'MELVENY & MYERS LLP |
| 13 | 1625 Eye Street, N.W.<br>Washington, D.C. 20006 |
| 14 | Telephone:  (202) 383-5300<br>Facsimile:   (202) 383-5414 |
| 15 | *Attorneys for Defendants* |
| 16 | **Pro hac vice* forthcoming* |
| 17 | [*Counsel continued on next page*] |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | | |
|---|---|---|
| Frankel, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>Regents of the University of California, et al.,<br><br>              Defendants. | | Case No. 2:24-CV-4702-MCS<br><br>**PARTIES' STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**PROPOSED ORDER AND SUPPORTIVE DECLARATION FILED CURRENTLY HEREWITH**<br><br>Judge:         Hon. Mark C. Scarsi<br>Courtroom:  7C |

1    [*Counsel continued from previous page*]

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiffs*

*admitted *pro hac vice*

**TO THE COURT:**

Plaintiffs Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel ("Defendants") (collectively, the "Parties") hereby submit the following Stipulation to Extend Defendants' Time to Respond to Plaintiffs' Complaint;

WHEREAS, on June 5, 2024, Plaintiffs filed the Complaint in the above-captioned action (ECF No. 1);

WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants' current time to respond to the Complaint is July 5, 2024;

WHEREAS, the Parties agree to extend Defendants' time to respond to Plaintiffs' Complaint by 45 days, from July 5, 2024 to August 19, 2024, Declaration of Matthew R. Cowan ("Cowan Decl.") ¶ 5;

WHEREAS, good cause exists for the agreed-upon extension because Defendants retained O'Melveny & Myers, LLP as counsel on June 17, 2024 and need time to investigate the Complaint and finalize a response to it, *see* Cowan Decl. ¶ 6;

WHEREAS, good cause also exists for the agreed-upon extension because Plaintiffs' Motion for a Preliminary Injunction (ECF No. 48) is still outstanding, *see* Cowan Decl. ¶ 7;

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, that Defendants' deadline to respond to Plaintiffs' Complaint shall be August 19, 2024.

| | | |
|---|---|---|
| 1 | Dated: June 27, 2024 | Respectfully submitted, |
| 2 | | By:    */s/ Matthew R. Cowan* |
| 3 | | MATTHEW R. COWAN |
| | | *Attorney for Defendants The Regents of* |
| 4 | | *the University of California; Michael V.* |
| | | *Drake; Gene D. Block; Darnell Hunt;* |
| 5 | | *Michael Beck; Monroe Gorden, Jr.;* |
| | | *and Rick Braziel* |

   */s/ Eric C. Rassbach*
ERIC C. RASSBACH
*Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian*

# **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 27, 2024          Respectfully submitted,

By:  */s/ Matthew R. Cowan*
MATTHEW R. COWAN
*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*