| | |
|---|---|
| 1 | MATTHEW R. COWAN (S.B. #281114) |
| 2 | mcowan@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street, 19th Floor<br>Los Angeles, California 90071-2899 |
| 4 | Telephone:   (213) 430-6000<br>Facsimile:    (213) 430-6407 |
| 5 | |
| 6 | ANTON METLITSKY*<br>ametlitsky@omm.com |
| 7 | JENNIFER SOKOLER*<br>jsokoler@omm.com |
| 8 | O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas, Suite 1700 |
| 9 | New York, NY 10019<br>Telephone:   (212) 326-2000 |
| 10 | Facsimile:    (211) 326-2061 |
| 11 | MEAGHAN VERGOW* |
| 12 | mvergow@omm.com<br>O'MELVENY & MYERS LLP |
| 13 | 1625 Eye Street, N.W.<br>Washington, D.C. 20006 |
| 14 | Telephone:   (202) 383-5300<br>Facsimile:    (202) 383-5414 |
| 15 | *Attorneys for Defendants* |
| 16 | **Pro hac vice* forthcoming |
| 17 | [*Counsel continued on next page*] |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| Frankel, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>Regents of the University of California, et al.,<br><br>            Defendants. | Case No. 2:24-CV-4702-MCS<br><br>**[PROPOSED] ORDER APPROVING PARTIES' STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge:        Hon. Mark C. Scarsi<br>Courtroom:  7C |

[*Counsel continued from previous page*]

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
Attorneys for Plaintiffs

*admitted *pro hac vice*

# [PROPOSED] ORDER

This Court having reviewed the Stipulation Extending Defendants' Time to Respond to Plaintiffs' Complaint of Plaintiffs Yitzchok Frankel, Joshua Ghayoum, and Eden Shemuelian and Defendants The Regents of the University of California, Michael V. Drake, Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., and Rick Braziel **finds good cause to extend the time as stipulated.**

The request to extend Defendants' time to respond to Plaintiffs' Complaint from July 5, 2024 to August 19, 2024 **is GRANTED.**

DATED: _____      _____
                                   Hon. Mark C. Scarsi
                                   United States District Judge