1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frankel, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Regents of the University of California, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-04702-MCS-PD<br><br>**ORDER APPROVING PARTIES' STIPULATION TO A CONTINUANCE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; BRIEFING SCHEDULE STIPULATED PER LOCAL CIVIL RULES AND INITIAL STANDING ORDER (ECF NO. 51)**<br><br>Judge:　　　Hon. Mark C. Scarsi<br>Courtroom:　7C |

# ORDER

This Court, having reviewed the Stipulation to a Continuance of Hearing Date and Briefing Schedule of Plaintiffs Yitzchok Frankel, Joshua Ghayoum, and Eden Shemuelian and Defendants The Regents of the University of California, Michael V. Drake, Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., and Rick Braziel, finds good cause to continue the hearing date and set the briefing schedule as stipulated.

The request to continue the hearing date and set the briefing schedule as stipulated **is GRANTED** pursuant to the following schedule below:

| | |
|---|---|
| July 8, 2024 | Defendants' Opposition to the Motion due |
| July 15, 2024 | Plaintiffs' Reply in Support of the Motion due |
| July 29, 2024, at 9:00 a.m. | Hearing of the Motion |

DATED: June 28, 2024

_____
Mark C. Scarsi
United States District Judge