1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frankel, et al., | Case No. 2:24-cv-04702-MCS-PD |
| Plaintiffs, | **ORDER APPROVING PARTIES' STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (ECF NO. 54)** |
| v. | |
| Regents of the University of California, et al., | |
| Defendants. | Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C |

# ORDER

This Court, having reviewed the Stipulation Extending Defendants' Time to Respond to Plaintiffs' Complaint of Plaintiffs Yitzchok Frankel, Joshua Ghayoum, and Eden Shemuelian and Defendants The Regents of the University of California, Michael V. Drake, Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., and Rick Braziel, **finds good cause to extend the time as stipulated.**

The request to extend Defendants' time to respond to Plaintiffs' Complaint from July 5, 2024 to August 19, 2024 **is GRANTED.**

DATED: July 1, 2024

_____
Mark C. Scarsi
United States District Judge