Name and address:

Anton Metlitsky
O'Melveny & Myers LLP
1301 Avenue of the Americas, 17th Floor
New York, NY 10019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| YITZCHOK FRANKEL, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:24-cv-04702 |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Metlitsky, Anton

*Applicant's Name (Last Name, First Name & Middle Initial)*                  *check here if federal government attorney* ☐

O'Melveny & Myers LLP

*Firm/Agency Name*

| 1301 Avenue of the Americas, 17th Floor | 212-326-2000 | 212-326-2061 |
|---|---|---|
| | *Telephone Number* | *Fax Number* |

*Street Address*

| New York, NY 10019 | ametlitsky@omm.com |
|---|---|
| *City, State, Zip Code* | *E-mail Address* |

**I have been retained to represent the following parties:**

| See Section IV | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Section IV | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 8:23-cv-01793 | Alley v. Anduril Industries, Inc. | 10/16/2023 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court.  Submission of this Application will constitute your registration (or re-registration) to use that system.  If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  06/27/2024

Anton Metlitsky
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Cowan, Matthew R.
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

O'Melveny & Myers LLP
_____
*Firm/Agency Name*

400 S. Hope Street, 19th Floor            213-430-6000              213-430-6407
_____     _____      _____
                                          *Telephone Number*        *Fax Number*

_____     mcowan@omm.com
*Street Address*                          _____

Los Angeles, CA 90071                     *Email Address*
_____     281114
*City, State, Zip Code*                   _____
                                          *Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  06/27/2024                         Matthew R. Cowan
       _____                    _____
                                          *Designee's Name (please type or print)*

                                          *[signature]*
                                          _____
                                          *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

I have been retained to represent the following parties:
The Regents of the University of California, Defendant
Michael V. Drake, Defendant
Gene D. Block, Defendant
Darnell Hunt, Defendant
Michael Beck, Defendant
Monroe Gorden, Jr., Defendant
Rick Braziel, Defendant

Name of Court / Date of Admission / Active Member in Good Standing?
New York Court of Appeals; 2006; Yes
District of Columbia Court of Appeals; 2009; Yes
U.S. Supreme Court; May 2, 2011; Yes
U.S. Court of Appeals, First Circuit; May 15, 2020; Yes
U.S. Court of Appeals, Second Circuit; July 7, 2009; Yes
U.S. Court of Appeals, Third Circuit; Dec. 9, 2011; Yes
U.S. Court of Appeals, Fourth Circuit; Feb. 1, 2012; Yes
U.S. Court of Appeals, Fifth Circuit; Apr. 7, 2017; Yes
U.S. Court of Appeals, Sixth Circuit;  Apr. 28, 2011; Yes
U.S. Court of Appeals, Seventh Circuit; Mar. 27, 2009; Yes
U.S. Court of Appeals, Ninth Circuit; Mar. 26, 2009; Yes
U.S. Court of Appeals, Eleventh Circuit; Mar. 5, 2013; Yes
U.S. Court of Appeals, D.C. Circuit; Aug. 31,2009; Yes
U.S. Court of Appeals, Federal Circuit; July 7, 2015; Yes
U.S. District Court, Eastern District of New York; July 28, 2020; Yes
U.S. District Court, Southern District of New York; Aug. 21, 2012; Yes
U.S. District Court, Eastern District of Texas; Aug. 30, 2016; Yes
U.S. District Court, Western District of Wisconsin; May 18, 2020; Yes



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

————————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Anton Metlitsky

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 30, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on June 27, 2024.



*Clerk of the Court*

CertID-00180939



On behalf of *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Anton Metlitsky

was duly qualified and admitted on August 10, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 28, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*