Jennifer B. Sokoler
O'Melveny & Myers LLP
1301 Avenue of the Americas, 17th Floor
New York, NY 10019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL, ET AL.<br><br>Plaintiff(s)<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-04702<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sokoler, Jennifer B.                    of    O'Melveny & Myers LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        1301 Avenue of the America, 17th Floor
                                               New York, NY 10019

212-326-2000            212-326-2061
*Telephone Number*       *Fax Number*

jsokoler@omm.com
*E-Mail Address*                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The Regents of the University of California, Michael V. Drake, Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., and Rick Braziel

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Cowan, Matthew R.                    of    O'Melveny & Myers LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         400 South Hope Street, 19th Floor
                                               Los Angeles, CA 90071

281114        213-430-6000        213-430-6407
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mcowan@omm.com
*E-Mail Address*                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____

                                               U.S. District Judge/U.S. Magistrate Judge