Name and address:

> Meaghan VerGow
> O'Melveny & Myers LLP
> 1625 Eye Street, NW
> Washington, DC 20006

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| YITZCHOK FRANKEL, ET AL.<br><br>Plaintiff(s),<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.<br><br>Defendant(s), | CASE NUMBER<br><br>2:24-cv-04702<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |
|---|---|

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

VerGow, Meaghan
*Applicant's Name (Last Name, First Name & Middle Initial)*                                                           check here if federal government attorney ☐

O'Melveny & Myers LLP
*Firm/Agency Name*

| 1625 Eye Street, NW | 202-383-5300 | 202-383-5414 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Washington, DC 20006 | | mvergow@omm.com |
| *City, State, Zip Code* | | *E-mail Address* |

**I have been retained to represent the following parties:**

| See Section IV | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Section IV | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 06/27/2024

Meaghan VerGow
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Cowan, Matthew R.
*Designee's Name (Last Name, First Name & Middle Initial)*

O'Melveny & Myers LLP
*Firm/Agency Name*

400 S. Hope Street, 19th Floor
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213-430-6000
*Telephone Number*

213-430-6407
*Fax Number*

mcowan@omm.com
*Email Address*

281114
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  06/27/2024

Matthew R. Cowan
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

I have been retained to represent the following parties:
The Regents of the University of California, Defendant
Michael V. Drake, Defendant
Gene D. Block, Defendant
Darnell Hunt, Defendant
Michael Beck, Defendant
Monroe Gorden, Jr., Defendant
Rick Braziel, Defendant

Name of Court / Date of Admission / Active Member in Good Standing?
New York Court of Appeals; 2007; Yes
District of Columbia Court of Appeals; 2007; Yes
U.S. Supreme Court; Apr. 5, 2010; Yes
U.S. Court of Appeals, First Circuit; May 31, 2017; Yes
U.S. Court of Appeals, Second Circuit; Apr. 22, 2016; Yes
U.S. Court of Appeals, Third Circuit; June 10, 2010; Yes
U.S. Court of Appeals, Fifth Circuit; June 2, 2016; Yes
U.S. Court of Appeals, Sixth Circuit;  Dec. 31, 2020; Yes
U.S. Court of Appeals, Eighth Circuit; May 19, 2021; Yes
U.S. Court of Appeals, Ninth Circuit; Dec. 5, 2019; Yes
U.S. Court of Appeals, Tenth Circuit; Apr. 22, 2020; Yes
U.S. Court of Appeals, Eleventh Circuit; Aug. 27, 2018; Yes
U.S. Court of Appeals, D.C. Circuit; May 30, 2014; Yes
U.S. Court of Appeals, Federal Circuit; July 10, 2009; Yes
U.S. Court of Federal Claims; Mar. 14, 2018; Yes
U.S. District Court, District of Colorado; Oct. 23, 2015; Yes
U.S. District Court, District of Columbia; June 1, 2015; Yes
U.S. District Court, Southern District of New York; May 1, 2018; Yes



# Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Meaghan Elizabeth McLaine Vergow

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 24, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 27, 2024.

*Robert D Mayberger*

Clerk of the Court

CertID-00180989



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Meaghan McLaine VerGow

was duly qualified and admitted on October 12, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 01, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.