# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| YITZCHOK FRANKEL, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-04702 |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

VerGow, Meaghan
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
*Firm/Agency Name & Address*

202-383-5300
*Telephone Number*

202-383-5414
*Fax Number*

mvergow@omm.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

The Regents of the University of California, Michael V. Drake, Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., and Rick Braziel

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* ____

**and designating as Local Counsel**

Cowan, Matthew R.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

O'Melveny & Myers LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
*Firm/Agency Name & Address*

281114
*Designee's Cal. Bar No.*

213-430-6000
*Telephone Number*

213-430-6407
*Fax Number*

mcowan@omm.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: ____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** ____

U.S. District Judge/U.S. Magistrate Judge