MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

**Admitted pro hac vice*

*[Counsel continued on next page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Regents of the University of California, et al., <br><br> Defendants. | Case No. 2:24-CV-4702-MCS <br><br> **DECLARATION OF MATTHEW R. COWAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. Mark C. Scarsi <br> Courtroom: 7C <br> Hearing: July 29, 2024 9 A.M. PT |

[*Counsel continued from previous page*]

Charles Robinson (S.B. #113197)*
Norman Hamill (S.B. #154272)*
Rhonda Goldstein (S.B. #250387)*
Morae Kim (S.B. #326819)*
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

*Attorneys for Defendants*

*Notice of Appearance forthcoming

I, MATTHEW R. COWAN, declare as follows:

1. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm O'Melveny & Myers LLP, counsel of record for Defendants in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify hereto.

3. Plaintiffs filed the Complaint in this action on June 5, 2024 (ECF No. 1).

4. Defendants retained O'Melveny & Myers LLP as counsel in this action on June 17, 2024.

5. On June 21, 2024, counsel for Defendants met and conferred with counsel for Plaintiffs to discuss specific steps Defendants could take that would obviate Plaintiffs' need to seek preliminary injunctive relief.

6. Plaintiffs' counsel suggested that they would consider not filing a motion for preliminary injunctive relief if Defendants would agree to a consent decree with respect to the activities of police and security officers on campus.

7. Defendants' counsel asked Plaintiffs' counsel for more specific terms for a consent decree and for more specific actions Defendants could take that would foreclose the need for motion practice.

8. Plaintiffs' counsel stated they would speak with their clients and see if they could propose something with respect to specific terms but believed that Plaintiffs would need to move forward with filing for preliminary injunctive relief.

9. Plaintiffs filed their Motion for a Preliminary Injunction on June 24, 2024 (ECF No. 48).

10. On June 26, 2024, Plaintiffs' counsel and Defendants' counsel met and conferred again to discuss the relief requested in Plaintiffs' Motion for a

Preliminary Injunction.

11. Defendants' counsel explained that Defendants believe that the relief requested in Plaintiffs' Motion for a Preliminary Injunction amounts to no more than a request for Defendants to follow the law, which they are already doing.

12. Defendants' counsel asked Plaintiffs' counsel whether there are any specific policies that the Plaintiffs believe are facially discriminatory. Plaintiffs' counsel did not identify any such policies.

13. Attached as **Exhibit 1** is a true and correct copy of the May 7, 2024 statement from the University of California Office of the President.

14. Attached as **Exhibit 2** is a true and correct copy of a May 23, 2024 statement from UCLA Chancellor Gene D. Block.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of July, 2024, at Los Angeles, California.

Dated: July 8, 2024                                  Respectfully submitted,

                                    By:    /s/ Matthew R. Cowan
                                           MATTHEW R. COWAN