# <u>Exhibit 1</u>

Home > Press Room > UC announces nationally-recognized firm will review actions that led to violent events at the UCLA campus last week

# UC announces nationally-recognized firm will review actions that led to violent events at the UCLA campus last week

   

UC Office of the President      May 7, 2024

Today, the University of California announced that 21st Century Policing Solutions (21CP) will lead the independent investigation of the actions that led to violence on the UCLA campus last week. 21CP is a nationally recognized consultant known for expertise in policing reform, content-neutral policing of demonstrations, and helping higher education institutions enhance community safety.

President Michael V. Drake, M.D., ordered the investigation last week to resolve unanswered questions about UCLA's planning and protocols, as well as the mutual aid response.

The firm is led by national experts on policing and civil rights, including Charles H. Ramsey, former Police Commissioner of the Philadelphia Police Department, former chief of the Washington, D.C., Metropolitan Police Department, and former co-chair of President Barack Obama's Task Force on 21st Century Policing.

Exhibit 1
Page 1

Higher education institutions that have hired 21CP to advise on their public safety services include Harvard University, the University of Oregon, and the University of Michigan. The 21CP team conducting our investigation will include (all bios available here):

- Charles H. Ramsey, former Police Commissioner of the Philadelphia Police Department, former chief of the Washington, D.C., Metropolitan Police Department, and former co-chair of President Barack Obama's Task Force on 21st Century Policing;

- Sean M. Smoot, Managing Partner of 21CP Solutions and a member of the Baltimore and Cleveland Police Departments federal consent decree monitoring teams;

- Matthew Barge, a police practices and civil rights expert who is part of the federal monitoring team overseeing the consent decree involving the Baltimore Police Department;

- Nola Joyce, former Deputy Commissioner of the Philadelphia Police Department and former Chief Administrative Officer at the Washington, D.C., Metropolitan Police Department;

- Terry Gainer, former Chief of the U.S. Capitol Police and the 38th U.S. Senate Sergeant-At-Arms;

- Emily Gunston, former Deputy Chief of the Special Litigation Unit at the United States Department of Justice;

- Jim Whalen, former Director of Public Safety and Chief of Police at the University of Cincinnati; and

- Christine Cole, a subject matter expert in public safety, improving police performance, and community engagement.

"Our campuses must be places where our community members can safely engage in the University of California's mission of teaching, research, and public service," said Drake. "This independent review will provide us with more information to shore up our ability to protect our community members and their

Exhibit 1
Page 2

rights while keeping them safe from harm. The Regents and I look forward to the findings."

## Media Contacts

For media inquiries (reporters only), please email media@ucop.edu

For Health-related media inquiries, please email uchealthnews@ucop.edu

**UNIVERSITY OF CALIFORNIA**

The University of California opened its doors in 1869 with just 10 faculty members and 40 students. Today, the UC system has more than 280,000 students and 227,000 faculty and staff, with 2.0 million alumni living and working around the world.

**Subscribe to our newsletter**

**Email address**

Your email address

Subscribe

### UC quick links

Campuses & locations

Student success

About us

Get involved

Press releases

Contact us

Exhibit 1
Page 3



Exhibit 1
Page 4

# Exhibit 2

**UCLA**

# UCLA Chancellor 

May 23, 2024

# Upcoming Congressional Testimony and Our Commitment to an Inclusive UCLA

**Campus Climate**

**Chancellor Block shared the following message with the UCLA campus community.**

Dear Bruin Community:

Later today I will be addressing the United States House of Representatives' Committee on Education and the Workforce in a hearing focused on the troubling rise of antisemitism on college campuses. But before I speak to that committee, I wanted our community to know what I will say.

First, I will reaffirm something that I hope Bruins know well: All forms of discrimination on the basis of one's background, identity, ethnicity, race or religion are completely antithetical to UCLA's values and corrosive to our culture. We are committed to fostering an environment on campus where every individual can thrive, free from fear and exclusion.

Yet a recent rise in incidents of legally protected, but hateful speech — whether antisemitic, Islamophobic, anti-Arab or otherwise — underscores the fundamental tension that can come about when an institution is committed to both safeguarding free expression under the First Amendment and preventing discrimination that violates the law.

The challenge of upholding both of these obligations is significant. I do not think any universities or university leaders have achieved it perfectly, but it must always be our goal. This aim is behind many of the steps UCLA is taking to address discrimination, shore up campus safety and hold people

Exhibit 2
Page 5

accountable for recent criminal activity.

This week, we are initiating a broad-based review to address reports of antisemitic and anti-Arab or Islamophobic discrimination and harassment that may have interfered with students' abilities to access the university's educational programs and activities. We will retain an outside firm to support our Civil Rights Office's review of these issues.

We will also be utilizing the experience and expertise of scholars from across our campus to combat discrimination, foster greater dialogue, and uphold the ideals of respect and inclusivity. I know that healing and rebuilding from the past several weeks will take time, but we have significant expertise on campus to support and facilitate this process.

Additionally, UCLA staff are reviewing and updating our campus policies for events and First Amendment activity to make them easier to enforce consistently.

And as I have shared, accountability is critical to our ability to move forward. We have initiated necessary reviews of our security operations and have created a new Office of Campus Safety reporting directly to me. That office, in partnership with the LAPD, is continuing criminal investigations into those who perpetrated violence on our campus, including members of a mob who on April 30 attacked the encampment on Royce Quad.

It is essential that we make our campus a place where all people are welcome, feel safe and can thrive. I am grateful for the work of UCLA's many community members who are helping us make progress towards this critical goal.

**Gene D. Block**
*Chancellor*

Back to all messages

CHANCELLOR

About

Priorities

News

Messages

Writings & Speeches

Contact

INFORMATION

Careers

Directory

Contact

Academic Calendar

Maps & Directions

Parking & Transportation

Exhibit 2
Page 6

Emergency

**CAMPUS VALUES**

Equity, Diversity & Inclusion

Sustainability

True Bruin Statement

Volunteerism

**EVENT VENUES**

Luskin Conference Center

Event Planning

Film Production

  



UCLA Office of the Chancellor | 2147 Murphy Hall, Los Angeles, CA 90095 | (310) 825-2151

© 2024 Regents of the University of California | Terms of Use

Exhibit 2
Page 7