| | |
|---|---|
| 1 | MATTHEW R. COWAN (S.B. #281114) |
| 2 | mcowan@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street, 19th Floor<br>Los Angeles, California  90071-2899 |
| 4 | Telephone:   (213) 430-6000<br>Facsimile:    (213) 430-6407 |
| 5 | |
| 6 | ANTON METLITSKY*<br>ametlitsky@omm.com |
| 7 | JENNIFER SOKOLER*<br>jsokoler@omm.com |
| 8 | O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas, 17th Floor |
| 9 | New York, NY 10019<br>Telephone:   (212) 326-2000 |
| 10 | Facsimile:    (211) 326-2061 |
| 11 | MEAGHAN VERGOW* |
| 12 | mvergow@omm.com<br>O'MELVENY & MYERS LLP |
| 13 | 1625 Eye Street, N.W.<br>Washington, D.C. 20006 |
| 14 | Telephone:   (202) 383-5300<br>Facsimile:    (202) 383-5414 |
| 15 | *Attorneys for Defendants* |
| 16 | **Admitted pro hac vice* |
| 17 | [*Counsel continued on next page*] |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al., | Case No. 2:24-CV-4702-MCS |
| Plaintiffs, | **DECLARATION OF MONROE GORDEN, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Regents of the University of California, et al., | |
| Defendants. | Judge:         Hon. Mark C. Scarsi<br>Courtroom:  7C<br>Hearing:      July 29, 2024, 9:00 AM PT |

[*Counsel continued from previous page*]

Charles Robinson (S.B. #113197)*
Rhonda Goldstein (S.B. #250387)*
Norman Hamill (S.B. #154272)*
Morae Kim (S.B. #326819)*
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone:   (510) 987-9800
Facsimile:   (510) 987-9757

*Attorneys for Defendants*

**Notice of Appearance forthcoming*

I, MONROE GORDEN, JR. declare as follows:

1. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. I am Vice Chancellor for Student Affairs at the University of California, Los Angeles ("UCLA"). I have worked at UCLA for over fifteen years and have taken on several roles during my time, including working as the Assistant and Associate Vice Chancellor of Student Affairs. My current role spans the entire range of student needs and interests from early outreach through graduation, housing, physical and emotional wellness, recreation, and student organizations. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify hereto.

3. Student Affairs staff known as Student Affairs Mitigators/Monitors ("SAMs") have been present during protest events on campus since October 7, 2023. SAMs are present to support our students.

4. Prior to the Royce Quad encampment, members of UCLA's senior leadership, including me, discussed strategies for addressing a potential encampment on campus, given the appearance of encampments on other campuses around the country. I and other members of UCLA's senior leadership participated in regular meetings to develop strategies to the extent an encampment formed at UCLA.

5. During the Royce Quad encampment, SAMs were present to escort any students to their classes and around campus who felt unsafe.

6. I never directed any Student Affairs staff to exclude any student from the Royce Quad encampment or to "screen" students based on their viewpoint or their faith. Nor am I aware of any Student Affairs staff preventing any student from entering the Royce Quad encampment. However, senior leadership, including myself, recognized that the situation around the perimeter of the encampment was

1  unstable and needed to end.

2       7.    On the afternoon of April 30, 2024, the individuals in the encampment were given formal, written notice by my staff that the encampment was unlawful and would be disbanded if the individuals did not disperse.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of July, 2024, at Los Angeles, California.

Dated: July 8, 2024                     Respectfully submitted,

                                        By: _____
                                             MONROE GORDEN, JR.