Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>     Defendants. | Case No.: 2:24-cv-4702<br><br>**DECLARATION OF YITZCHOK FRANKEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 29, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

\* admitted *pro hac vice*

I, Yitzchok Frankel, declare and state as follows:

1. I am over the age of 18 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all of the contents of this declaration.

2. This lawsuit was filed on June 5, 2024. Since the time of that filing, UCLA has continued its failure to remedy the antisemitism running rampant on campus. Those failures are still having a negative impact on me and are preventing me from entering campus without fear.

3. I have decided to refrain from several activities I would otherwise participate in because UCLA continues to refuse to guarantee my full, equal, and safe access to campus as a Jewish student.

4. For instance, I am the Vice President of the Jewish Law Students Association (JLSA). On June 27, 2024, the Director of Student Life at the Law School contacted the members of JLSA's board, asking whether we "would want to participate in hosting a lunch gathering for 1Ls on one day from August 16-22."

5. Under ordinary circumstances, I would have leapt at the chance to participate in this event. My Jewish identity and religion are integral to who I am, and I believe it is important to mentor incoming students and encourage them to be proud of their Judaism, too. I believe this is especially crucial now, given the heinous attacks taking place against Jews across the country, in Los Angeles, and on campus.

6. However, given the current on-campus climate and UCLA's refusal to ensure the safety of Jewish students, I feel compelled to decline because I do not feel safe participating in this event.

7. Given the continued (and successful) attempts to take over buildings and courtyards during May and June—including the law school courtyard—I believe it is likely that another hateful demonstration or

encampment will take place during orientation. I believe the activists could view this as the perfect opportunity to intimidate incoming Jewish students. And due to UCLA's failures during those same May and June takeovers, I have every reason to expect that UCLA will continue allowing such antisemitic activism and will not appropriately prevent, condemn, or redress these demonstrations nor punish the individuals who continue to participate in them.

8. My beliefs about UCLA's likely response are buttressed by a recent, dangerous, and violent attack on Jewish congregants at the Adas Torah synagogue—located in the Pico-Robertson neighborhood, which is only a few miles from UCLA's campus and is also where I live. In fact, I pass by that synagogue every Sabbath, and I have often prayed there. That attack took place on June 23, 2024, after prolonged coordination by activists via social media posts that included many of the same groups that have instigated demonstrations on UCLA's campus. After the attack began, Los Angeles police were instructed to "stand down" and not intervene.

9. These failures mirror the noninterventionist policies of UCLA. Especially since UCLA has never condemned that noninterventionist policy or abandoned it to ensure the safety of its Jewish students, I fully expect it to be followed if a similar attack takes place during orientation—or at any other time.

10. Indeed, I am aware that during the most recent campus demonstration on June 10, UCLA did nothing to protect its Jewish students even though the violence became so severe that Vice Chancellor Michael Beck had to be escorted away with armed security guards. As he was being escorted away, activists were shouting, "fuck you" and "you're not safe." If not even UCLA's most senior officials can move through

campus safely, then I don't understand how I—a Jewish student and target of these antisemitic demonstrations—can feel safe doing the same either.

11. Under ordinary circumstances, I also would have traveled to campus before the beginning of classes to purchase my textbooks from the campus bookstore. I go early to ensure I get my textbooks before books are sold out. However, due to the concerns over my safety, I feel pressured to refrain from making these early purchases.

12. UCLA's failures have also continued to negatively impact my family. Last year, on July 2, 2023, my family traveled to campus to purchase UCLA-branded baby clothing in anticipation of the birth of our youngest son. This campus trip was just one of many times that I proudly brought my family to campus so my children could experience and understand my studies and how I am working to provide for them.

13. While there, we took a picture in front of the "Bruin Bear" in Bruin Plaza to commemorate the occasion and our happiness at learning that a new baby boy would soon be joining our family.

14. At the time, we planned to return to campus after the birth of our son to visit the on-campus botanical gardens and to re-create the photo—this time with the newest member of our family in tow.

15. Bruin Plaza has since been the site of demonstrations by the groups that instigated the encampments and the Jew Exclusion Zone.

16. Therefore, as a father and husband, I could never put my family—particularly my young children—at risk by bringing them to campus, knowing that, should anything happen to us, UCLA would not intervene. We have accordingly cancelled our trip and abandoned this plan to make family memories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __11__ day of July, 2024.

_____
Yitzchok Frankel