Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>  Defendants. | Case No.: 2:24-cv-4702<br><br>**DECLARATION OF EDEN SHEMUELIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 29, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

* admitted *pro hac vice*

I, Eden Shemuelian, declare and state as follows:

1. I am over the age of 18 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all of the contents of this declaration.

2. This lawsuit was filed on June 5, 2024. Since the time of that filing, UCLA has continued its failure to remedy the antisemitism running rampant on campus. Those failures are still having a negative impact on me and are preventing me from entering campus without fear.

3. I have decided to refrain from several activities I would otherwise participate in because UCLA continues to refuse to guarantee my full, equal, and safe access to campus as a Jewish student.

4. For instance, because of my love for UCLA's campus, I typically choose to complete work for my summer jobs from various on-campus facilities. Last summer, I chose to work from the Shapiro Courtyard and the law school library two to three times a week.

5. Especially since the violent occupation of Shapiro courtyard on June 10, I do not feel safe venturing onto campus at all, let alone to these spaces. I have therefore refrained from setting foot on campus, as was my typical custom.

6. UCLA's failure to remedy antisemitism also means that I have felt pressured not to provide orientation to friends who are beginning their first year at UCLA's law school. Initially, I had planned to show them around to my favorite places on campus and to help get them excited about the upcoming year. But because UCLA has refused to take action to guarantee my safety and full access to campus, I no longer feel safe walking around campus. I have therefore chosen not to do this for my friends.

7. Last year, I was asked to participate in orientation activities for incoming 1L law students, but I was out of town and could not attend. For that reason, I was hoping to participate in similar orientation activities this year, as I feel it is an important form of campus involvement and mentoring. But because of UCLA's refusals to address antisemitism, I do not feel that I can volunteer for orientation this year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of July, 2024.

*Eden Shemuelian*
Eden Shemuelian