Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Richard C. Osborne (DC Bar No. 90024046)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>　　Defendants. | Case No.: 2:24-cv-4702<br><br>**DECLARATION OF KAMRAN SHAMSA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 29, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

* admitted *pro hac vice*

I, Kamran Shamsa, declare and state as follows:

1. I am over the age of 18 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all of the contents of this declaration.

2. I am currently an Associate Clinical Professor at UCLA. Since 2011, I have been a member of the UCLA faculty in the David Geffen School of Medicine and the Department of Medicine/Division of Cardiology.

3. Prior to joining the faculty, I completed an internship in Medicine/Pediatrics in 2005, a residency in Internal Medicine/Pediatrics in 2008, and a fellowship in Adult Cardiovascular Disease in 2011, all at the UCLA School of Medicine.

4. I spent four years on the campus of UCLA as undergraduate, attaining a Bachelor of Science in Physiological Science in 1998. After graduation, I spent two additional years as a research associate at UCLA. All in all, I have spent 27 of the past 31 years as part of the UCLA campus community.

5. I am an observant Jew. My Jewish faith and identity are at the core of who I am.

6. I have been alarmed and troubled by the rising wave of antisemitism that has swept across UCLA's campus, as well as UCLA's complicity in allowing that antisemitism to grow and thrive.

7. On numerous occasions, I experienced firsthand UCLA's failure to protect me and other Jewish faculty and students from both the exclusionary encampments, and even from direct violence.

8. On April 25, 2024, I attempted to enter the encampment to see what was taking place inside. As I approached, I was stopped by UCLA security guards stationed outside the encampment and told I could not go in. Behind the security guards, a group of activists were lined up side-

by-side to stop anyone from the group of Jews standing outside the encampment from entering the encampment. Their faces were covered, and they were shouting anti-Israel and anti-Jewish epithets and slurs at the Jewish crowd outside the edge of the encampment. The security guards did not intervene.

9. In the late morning on April 28, 2024, I walked from the Ronald Reagan UCLA Medical Center toward Royce Quad after finishing my cardiology consultations. On the main walkway on campus called Bruin Walk, I was repeatedly harassed by various activists, who were holding signs and intimidating anyone that they deemed not on their side. As I neared Royce Quad to attend a pro-Israel rally, a large, masked man approached me and aggressively pushed me to the ground. This occurred within plain sight of at least a dozen UCLA security guards. These security guards all witnessed what happened to me but did nothing to intervene, did not pursue my assailant, and did not make any attempt to help me get up from the ground as I lay there flat on my back. As a result, my assailant simply walked away, as though nothing had happened.

10. Shaken, I slowly rose and collected myself. After walking approximately another 100 feet, a UCLA security guard approached me, pushing against my chest with both hands and telling me that no one could cross the plaza. It was only after I displayed my faculty badge and insisted on my right to cross to the counter-protest that I was allowed to proceed.

11. On April 30, 2024, I watched the violence at the encampment unfold on social media and through local TV coverage. Appalled and afraid by what I saw, I called the Los Angeles Police Department, begging them to intervene. I was told by the dispatcher that LAPD could not

intervene unless requested to do so by the UCLA Administration. Then, the call was abruptly ended.

12. I then called the University of California Police Department (UCPD) three times between approximately 10:30 and 11:30 PM. I explained that I was a UCLA faculty member and that police were desperately needed at the encampment site to put a stop to the rapidly escalating violence. I was informed that UCPD would only intervene if instructed by the UCLA administration to do so. Since they had not received such orders, they would not assist.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July 2024.

Kamran Shamsa