1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-04702-MCS-PD<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED EX PARTE APPLICATION TO FILE AMICUS CURIAE BRIEF OF AGUDATH ISRAEL OF AMERICA AND THE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA**<br><br>**Judge: Hon. Mark C. Scarsi** |

PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO FILE AMICUS - Case No. 2:24-cv-04702-MCS-PD

|   |   |
|---|---|
| 1 | **[Proposed] Order** |
| 2 | The Court has fully considered the unopposed ex parte application for leave to |
| 3 | file an *amicus curiae* brief on behalf of Agudath Israel of America and the Union of |
| 4 | Orthodox Jewish Congregations of America in support of Plaintiffs' Motion for |
| 5 | Preliminary Injunction. The application being unopposed and good cause having been |
| 6 | shown, IT IS HEREBY ORDERED that the Application is GRANTED permitting the |
| 7 | filing of the proposed *amicus curiae* brief, deemed filed on July 24, 2021. |
| 8 | Dated: _____   By: _____ |
| 9 | The Honorable Mark Scarsi |
| 10 | United States District Court Judge |