| | |
|---|---|
| 1 | EDWARD R. REINES (Cal. Bar No. 135960) |
| 2 | edwards.reines@weil.com<br>WEIL, GOTSHAL & MANGES LLP |
| 3 | 201 Redwood Shores Pkwy #400,<br>Redwood City, CA 94065 |
| 4 | Phone:        (650) 802-3000<br>Facsimile:   (650) 802-3100 |
| 5 | Attorney for Amici Curiae |
| 6 | AGUDATH ISRAEL OF AMERICA<br>and the UNION OF ORTHODOX |
| 7 | JEWISH CONGREGATIONS OF AMERICA |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL;<br>JOSHUA GHAYOUM; and<br>EDEN SHEMUELIAN,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>REGENTS OF THE UNIVERSITY OF<br>CALIFORNIA; MICHAEL V. DRAKE,<br>President of the University of California;<br>GENE D. BLOCK, Chancellor, University<br>of California, Los Angeles; DARNELL<br>HUNT, Executive Vice-President and<br>Provost; MICHAEL BECK,<br>Administrative Vice Chancellor;<br>MONROE GORDEN, JR., Vice<br>Chancellor; and RICK BRAZIEL,<br>Assistant Vice Chancellor, each in both<br>his official and personal capacities,<br><br>                    Defendants. | Case No.  2:24-cv-04702-MCS-PD<br><br>**NOTICE OF INTERESTED<br>PARTIES AND CORPORATE<br>DISCLOSURE STATEMENT OF<br>AMICUS CURIAE AGUDATH<br>ISRAEL OF AMERICA**<br><br>**Judge: Hon. Mark C. Scarsi** |

NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE - Case No.  2:24-cv-04702-MCS-PD

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.1-1, the undersigned, counsel of record for Agudath Israel of America certifies that it has no parent corporation, and no publicly held corporation owns 10 percent or more of their stock.

The undersigned, counsel of record also certifies that Agudath Israel of America is not aware of any persons, firms, partnerships, corporations (including parent corporations) or other entities that may have a pecuniary interest in the outcome of this case, other than the Plaintiffs and Defendants in the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: July 24, 2024

By: __*/s/ Edward R. Reines*__
Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
Attorney for Amici Curiae
AGUDATH ISRAEL OF AMERICA
and the UNION OF ORTHODOX
JEWISH CONGREGATIONS OF
AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System.

                                     */s/ Edward R. Reines*
                                     Edward R. Reines