EDWARD R. REINES (Cal. Bar No. 135960)
edwards.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy #400,
Redwood City, CA 94065
Phone:      (650) 802-3000
Facsimile:  (650) 802-3100

Attorney for Amici Curiae
AGUDATH ISRAEL OF AMERICA
and the UNION OF ORTHODOX
JEWISH CONGREGATIONS OF AMERICA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-04702-MCS-PD<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF AMICUS CURIAE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA**<br><br>**Judge: Hon. Mark C. Scarsi** |

1   Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.1-1, the
2   undersigned, counsel of record for the Union of Orthodox Jewish Congregations of
3   America certifies that it has no parent corporation, and no publicly held corporation
4   owns 10 percent or more of their stock.

5   The undersigned, counsel of record also certifies that the Union of Orthodox
6   Jewish Congregations of America is not aware of any persons, firms, partnerships,
7   corporations (including parent corporations) or other entities that may have a pecuniary
8   interest in the outcome of this case, other than the Plaintiffs and Defendants in the case.
9   These representations are made to enable the Court to evaluate possible disqualification
10  or recusal.

11  DATED: July 24, 2024

BY: __/s/ Edward R. Reines_____
Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
Attorney for Amici Curiae
AGUDATH ISRAEL OF AMERICA
and the UNION OF ORTHODOX
JEWISH CONGREGATIONS OF
AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System.

          */s/ Edward R. Reines*
          Edward R. Reines