1   Eric C. Rassbach (CA SBN 288041)
2   Mark L. Rienzi (DC Bar No. 494336)*
    Laura Wolk Slavis (DC Bar No. 1643193)*
3   Jordan T. Varberg (DC Bar No. 90022889)*
4   Amanda G. Dixon (DC Bar No. 90021498)*
    Richard C. Osborne (DC Bar No. 90024046)*
5   The Becket Fund for Religious Liberty
6   1919 Pennsylvania Ave. NW, Suite 400
    Washington, DC 20006
7   202-955-0095 tel. / 202-955-0090 fax
8   erassbach@becketlaw.org

9   Paul D. Clement (DC Bar No. 433215)*
    Erin E. Murphy (DC Bar No. 995953)*
10  Matthew D. Rowen (CA SBN 292292)
11  Clement & Murphy, PLLC
    706 Duke Street
12  Alexandria, VA 22314
13
    *Attorneys for Plaintiffs*

14

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

15

16

17   YITZCHOK FRANKEL *et al.*,

18          Plaintiffs,

     v.
19
     REGENTS OF THE UNIVERSITY OF
20   CALIFORNIA *et al.*,

21          Defendants.

22

23

24

25

26

Case No.: 2:24-cv-4702

**SUPPLEMENTAL
DECLARATION OF
ERIC RASSBACH
IN SUPPORT OF
PLAINTIFFS' MOTION
FOR PRELIMINARY
INJUNCTION**

Date: July 29, 2024
Time: 1:00 p.m.
Courtroom: 7C
Judge: Hon. Mark C. Scarsi

27

28

* admitted *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Eric Rassbach, declare and state as follows:

1. My name is Eric Rassbach. I am one of the attorneys representing Plaintiffs in this action. I am submitting this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the contents of this declaration.

2. Exhibit 1 to this declaration is a true and correct copy of a post published on April 28, 2024, on the @ACatWithNews X page, also available at https://perma.cc/5HDT-6TAH. It depicts signs posted by UCLA on campus, one of which states that "University of California systemwide policy guidance directs UCLA not to request law enforcement involvement preemptively, and only if absolutely necessary to protect the physical safety of our campus community."

3. Exhibit 2 to this declaration is a true and correct copy of a post published on April 28, 2024, on the UCLA website, also available at https:// https://perma.cc/HN5U-QWXP. It attributes to Mary Osako, vice chancellor for UCLA Strategic Communications, a statement that "… we are following University of California systemwide policy guidance, which directs us not to request law enforcement involvement preemptively, and only if absolutely necessary to protect the physical safety of our campus community."

4. Counsel for Plaintiffs became aware of these posts within the last 24 hours.

SUPPLEMENTAL DECLARATION OF ERIC RASSBACH

1

1   Executed this 27th day of July, 2024.

2                                           */s/ Eric C. Rassbach*
3                                           Eric C. Rassbach

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF ERIC RASSBACH

2