# Exhibit 1
# Supplemental Rassbach Declaration

