# Exhibit 2

# Supplemental Rassbach Declaration

## UCLA statement on demonstrations

April 28, 2024

Share

**Sunday, April 28, 4:19 p.m.**

Mary Osako, vice chancellor for UCLA Strategic Communications, said:

"UCLA has a long history of peaceful protest, and we are heartbroken to report that today, some physical altercations broke out among demonstrators on Royce Quad.

"We have since instituted additional security measures and increased the numbers of our safety team members on site.

"As an institution of higher education, we stand firmly for the idea that even when we disagree, we must still engage respectfully and recognize one another's humanity. We are dismayed that certain individuals instead chose to jeopardize the physical safety of the community."

## Previous statements

**Sunday, April 28, 11:22 a.m.: UCLA statement about activity at encampment**

Mary Osako, vice chancellor for UCLA Strategic Communications, said:

"This morning, a group of demonstrators breached a barrier that the university had established separating two groups of protestors on our campus, resulting in physical altercations. UCLA has a long history of being a place of peaceful protest, and we are heartbroken about the violence that broke out."

**Friday, April 26: UCLA statement about encampment on campus**

Mary Osako, vice chancellor for UCLA Strategic Communications, said:

"Yesterday morning, demonstrators established a physical encampment on a lawn in Royce quad, joining similar groups that have set up presences at universities across the country.

"UCLA's approach to the encampment is guided by several equally important principles: the need to support the safety and wellbeing of Bruins, the need to support the free expression rights of our community, and the need to minimize disruption to our teaching and learning mission. These same long-standing principles have allowed UCLA to uphold a history of peaceful protest.

"It's also important to note that we are following University of California systemwide policy guidance, which directs us not to request law enforcement involvement **preem**ptively, and only if absolutely necessary to protect the physical safety of our campus community.

"We've taken several steps to help ensure people on campus know about the demonstration so they can avoid the area if they wish. This includes having student affairs representatives stationed near Royce quad to let Bruins and visitors know about the encampment, redirect them if desired and to serve as a resource for their needs."

**Thursday, April 25: UCLA statement on today's demonstration**

Mary Osako, vice chancellor for UCLA Strategic Communications, said:

"Our top priority is always the safety and well-being of our entire Bruin community. We're actively monitoring this situation to support a peaceful campus environment that respects our community's right to free expression while minimizing disruption to our teaching and learning mission."

## Top UCLA News



UNIVERSITY NEWS

[Julio Frenk to take helm of UCLA, nation's No. 1–ranked public university, as its 7th chancellor](#)



ARTS + CULTURE

[UCLA-led national workshop series to bridge technological innovation, culture and creativity](#)



ARTS + CULTURE

[CAP UCLA's 2024-25 season brings global artistry to Los Angeles](#)



UNIVERSITY NEWS

[Trailblazer Antonia Hernández awarded UCLA Medal](#)

## Stay Connected

SIGN UP FOR A DAILY BRIEFING

Get top research & news headlines four days a week.

(Check your inbox or spam filter for confirmation.)

Email address                                        Subscribe

 Subscribe to a UCLA Newsroom RSS feed and our story headlines will be automatically delivered to your news reader.

All RSS Feeds →

UCLA on Twitter   UCLA on Facebook   UCLA on LinkedIn   @UCLA on Instagram

UCLA on YouTube