**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-04702-MCS-PD<br><br>**ORDER GRANTING UNOPPOSED EX PARTE APPLICATION TO FILE AMICUS CURIAE BRIEF OF AGUDATH ISRAEL OF AMERICA AND THE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA (ECF NO. 70)**<br><br>**Judge: Hon. Mark C. Scarsi** |

## Order

The Court has fully considered the unopposed ex parte application for leave to file an *amicus curiae* brief on behalf of Agudath Israel of America and the Union of Orthodox Jewish Congregations of America in support of Plaintiffs' Motion for Preliminary Injunction. The application being unopposed and good cause having been shown, IT IS HEREBY ORDERED that the application is GRANTED permitting the filing of the proposed *amicus curiae* brief~~, deemed filed on July 24, 2021~~. **Amici shall file the brief separately to the docket.**

Dated: July 29, 2024

By: *Mark C. Scarsi*
Mark C. Scarsi
United States District Judge