# Exhibit 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-04702<br><br>**[PROPOSED AGREED] PRELIMINARY INJUNCTION** |

**<u>Draft—for discussion purposes</u>**

Pending before the Court is Plaintiffs' motion for a preliminary injunction. Having held a hearing, reviewed the papers filed in support of and in opposition to this motion, as well as all supporting declarations and exhibits, the Court hereby GRANTS Plaintiffs' motion for a preliminary injunction and ORDERS as follows:

1. Defendants (hereinafter "UCLA") are prohibited from allowing or facilitating the exclusion of Jews from ordinarily available portions of UCLA's programs, activities, and campus whether as a result of a de-escalation strategy or otherwise. UCLA is required to act "with the goal of ensuring that the Royce Quad encampment and related incidents could never happen again." Braziel Decl. ¶12.
2. UCLA is prohibited from offering any ordinarily available programs, activities, or campus spaces on terms that are not fully and equally accessible to Jews.
3. UCLA is required to treat the exclusion of Jews from access and enjoyment of ordinarily available programs, activities, or campus spaces as the equivalent of a threat to the physical safety of the campus community in determining when and how to involve law enforcement and when and how to discipline violators so that the exclusion stops and does not recur.
4. UCLA is required to protect Jews from discrimination with respect to ordinarily available programs, activities, or campus spaces at least to the same degree that it protects any other class of persons covered by Title VI of the Civil Rights Act of 1964.
5. UCLA is required to instruct any and all campus security teams (including without limitation UCPD and CSC) and any student mediators, and (including Student Affairs staff) to provide

**Draft—for discussion purposes**

    immediate assistance to Jews who are excluded from full and equal enjoyment of UCLA's ordinarily available programs, activities, and campus.

6. UCLA is required to instruct all campus security teams that they must provide equal access and full protection to Jews on campus and not merely provide "crowd control" or minimize violence.

7. UCLA is required to instruct all security team members and student mediators to immediately report threats or incidents of attempted exclusion to Associate Vice Chancellor for Campus Safety Rick Braziel.

8. For purposes of this order, all references to exclusion of Jews shall include exclusions of Jews based on their religious beliefs about the Jewish state of Israel or their viewpoints about the Jewish state of Israel.

9. This preliminary injunction shall take effect immediately and shall remain in effect pending trial in this action or further order of this Court.

10. This Court determines that no bond shall be required.

Dated: August 9, 2024

                                                                       The Honorable Mark C. Scarsi
                                                                       United States District Judge

[PROPOSED AGREED] PRELIMINARY INJUNCTION

2