# Exhibit 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

YITZCHOK FRANKEL *et al.*,

    Plaintiffs,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,

    Defendants.

Case No.: 2:24-cv-04702

**[PROPOSED] PRELIMINARY INJUNCTION**

Pending before the Court is Plaintiffs' motion for a preliminary injunction. Having held a hearing, reviewed the papers filed in support of and in opposition to this motion, as well as all supporting declarations and exhibits, the Court hereby GRANTS Plaintiffs' motion for a preliminary injunction and ORDERS as follows:

1. Defendants (hereinafter "UCLA") are prohibited from allowing or facilitating the exclusion of Jews from ordinarily available portions of UCLA's programs, activities, and campus, whether as a result of a de-escalation strategy or otherwise.

2. UCLA is prohibited from offering any ordinarily available programs, activities, or campus spaces if they are not fully and equally accessible to Jews.

3. UCLA is required to treat the exclusion of Jews from access and enjoyment of ordinarily available programs, activities, or campus spaces as the equivalent of a threat to the physical safety of the campus community in determining when and how to involve law enforcement and when and how to discipline violators so that the exclusion stops and does not recur.

4. UCLA is required to protect Jews from discrimination with respect to ordinarily available programs, activities, or campus spaces at least to the same degree that it protects any other class of persons covered by Title VI of the Civil Rights Act of 1964.

5. UCLA shall maintain policies that prohibit the following activities conducted without UCLA's authorization in and near its academic buildings:

   a. Interfering with the free flow of campus traffic (pedestrian or vehicular) into and out of campus facilities, including buildings, walkways, or roadways.

b. Camping or lodging overnight (between the hours of midnight and 6AM).

6. On or before August 15, 2024, UCLA shall instruct SAMs as well as any and all campus security teams (including without limitation UCPD and UCLA Security) that they are to promptly take steps to protect access for members of the campus community, including Jews, upon observing or being made aware of obstructions to equal access or participation.

7. On or before August 15, 2024, UCLA shall instruct SAMs and any and all campus security teams (including without limitation UCPD and UCLA Security) that they are to promptly report obstruction of access or participation affecting any member of the campus community, including Jews, that they observe or are made aware of to the Associate Vice Chancellor for Campus Safety or their designee, or a designated university official or delegated authority.

8. On or before August 15, 2024, UCLA shall instruct SAMs and any and all campus security teams (including without limitation UCPD and UCLA Security) that they are not to aid or participate in any obstruction of access for Jews to ordinarily available programs, activities, and campus spaces.

9. On or before August 15, 2024, UCLA shall instruct SAMs and any and all campus security teams (including without limitation UCPD and UCLA Security) that they must provide equal access and full protection to Jews on campus and not merely provide "crowd control" or minimize violence.

10. For purposes of this order, all references to the exclusion of Jews shall include exclusions of Jews based on their ethnicity,

national origin, religious beliefs about the Jewish state of Israel, or viewpoints about the Jewish state of Israel.

11. Absent a stay of this injunction by the United States Court of Appeals for the Ninth Circuit, this preliminary injunction shall take effect on August 15, 2024 and remain in effect pending trial in this action or further order of this Court or the United States Court of Appeals for the Ninth Circuit.

12. This Court determines that no bond shall be required.


Dated: August 9, 2024

_____
The Honorable Mark C. Scarsi
United States District Judge

---