1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| Frankel, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Regents of the University of California, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-CV-4702-MCS<br><br>**EXHIBIT 1: DEFENDANTS' PROPOSED PRELIMINARY INJUNCTION**<br><br>Judge:　　Hon. Mark C. Scarsi<br>Courtroom:　7C |

Pending before the Court is Plaintiffs' motion for a preliminary injunction. Having held a hearing, reviewed the papers filed in support of and in opposition to this motion, as well as all supporting declarations and exhibits, the Court hereby GRANTS Plaintiffs' motion for a preliminary injunction and ORDERS as follows:

1. UCLA shall maintain policies that prohibit the following activities conducted without UCLA's authorization in and near its academic buildings at its Westwood, California campus ("campus") (the "Unauthorized Activities"):

    a. Interfering with the free flow of campus traffic (pedestrian or vehicular) into and out of campus facilities, including buildings, walkways, or roadways.

    b. Camping or lodging overnight (between the hours of midnight and 6AM).

2. When notified of Unauthorized Activities resulting in the denial of access to educational services, UCLA will promptly initiate efforts within 24 hours that are reasonably calculated to terminate such Unauthorized Activities, using a tiered-response framework, that may include one or more of the following actions:

    a. Dispatching a Student Affairs Mitigator/Monitor ("SAM"), UCLA Security, or University of California Police Department ("UCPD") to the location of the Unauthorized Activities to direct the individuals to cease Unauthorized Activities.

    b. A designated university official or delegated authority (collectively, "DUO"), directing the individuals to immediately cease Unauthorized Activities.

    c. Advising that if any individuals who are engaged in the Unauthorized Activities are students, faculty, or staff at UCLA they could be subject to discipline for violation of an applicable code of conduct, University policies, and/or an applicable labor contract.

    d. Withdrawal of consent by a DUO for involved persons to remain on campus as authorized by California Penal Code § 626.4 for affiliates (UCLA students, faculty, and staff), and California Penal Code § 626.6 for non-affiliates.

    e. Notification to involved persons that they are engaged in an unlawful assembly under California Penal Code § 409.

    f. UCPD, with additional law enforcement assistance as necessary and appropriate, enforce California Penal Code §§ 409, 626.4, and/or 626.6 for refusal to disperse and leave University property.

3. This injunction does not require or mandate the use of force or any other tactic by any member of UCPD or by any external agency that is providing assistance to UCLA. The use of de-escalation, force, or any other tactics shall be in the sole discretion of law enforcement.

4. On or before August 15, 2024, UCLA shall instruct SAMs as well as any and all campus security teams (including without limitation UCPD and UCLA Security) that they are to promptly take steps that are reasonably calculated to protect access to educational services for all students pending cessation of any Unauthorized Activities that they observe or are dispatched to address.

5. On or before August 15, 2024, UCLA shall instruct SAMs and any and all campus security teams (including without limitation UCPD and UCLA Security) that they are to promptly report Unauthorized Activities that they observe to the Associate Vice Chancellor for Campus Safety or their designee, or a DUO.

6. Absent a stay of this injunction by the United States Court of Appeals for the Ninth Circuit, this preliminary injunction shall take effect on August 15, 2024 and remain in effect pending trial in this action or further order of this Court or the United States Court of Appeals for the Ninth Circuit.

7. This Court determines that no bond shall be required.

8. Good faith efforts by UCLA employees to comply with this decree shall be deemed compliant with this injunction.

DATED: _____          _____
                                          Hon. Mark C. Scarsi
                                          United States District Judge