1  THOMAS B. HARVEY (SBN 287198)
   Law Offices of Thomas B. Harvey
2  1316 Calle Castano, Thousand Oaks, CA 91360
   Tel: (314) 482-3342
3  Email: tbh1910@gmail.com

4  MARK KLEIMAN (SBN 115919)
   Kleiman/Rajaram
5  12121 Willshire Blvd.,
   Suite 810
6  Los Angeles, CA 90025
   Tel: (310) 392-5455
7  Fax: (310) 306-8491
   Email: mark@krlaw.us
8

9  Attorneys for Amici Curiae
   FACULTY FOR JUSTICE IN PALESTINE AT UCLA
10

11              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN, <br><br>               Plaintiffs, <br><br>           vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities, <br><br>               Defendants. | Case No. 2:24-cv-04702-MCS-PD <br><br> [PROPOSED ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF ON BEHALF OF FACULTY FOR JUSTICE IN PALESTINE-UCLA <br><br> Judge: Hon. Mark C. Scarsi |

[PROPOSED ORDER GRANTING EX PARTE APPLICATION TO FILE AMICUS BRIEF

**[Proposed] Order**

The Court has fully considered the ex parte application for leave to file an amicus curiae brief on behalf of Faculty for Justice in Palestine. The application being unopposed and good cause having been shown, IT IS HEREBY ORDERED that the Application is GRANTED permitting the filing of the proposed amicus curiae brief, deemed filed on August ___, 2024.

Dated: _____                 By: _____

                                                      The Honorable Mark Scarsi

                                                     United States District Court Judge

United States District Court
Central District of California
Case No. 2:24-cv-04702-MCS-PD
*Frankel et al. v. Regents of the University of California et al.*

**PROOF OF SERVICE**
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 1316 Calle Castano, Thousand Oaks, CA 91360, which is located in the county where any non-personal service described below took place.

On August 8, 2024, a copy of the following document(s):

(1) EX PARTE APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF ON BEHALF OF FACULTY FOR JUSTICE IN PALESTINE-UCLA IN SUPPORT OF DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO FILE AMICUS CURIAE BRIEF

was served on:

Eric C. Rassbach
1919 Pennsylvania Ave. NW,
Suite 400
Washington, DC 20006
202-955-0095 tel.
202-955-0090 fax
erassbach@becketlaw.org

*Attorneys for Plaintiffs*

Service was accomplished **by e-mail**. By transmitting via e-mail or electronic transmission the document(s) listed above to the person at the e-mail address set forth above. Executed on August 8, 2024 at Thousand Oaks, California.

/s/ *Thomas B. Harvey*
Thomas. B. Harvey