1  THOMAS B. HARVEY (SBN 287198)
   Law Offices of Thomas B. Harvey
2  1316 Calle Castano, Thousand Oaks, CA 91360
   Tel: (314) 482-3342
3  Email: tbh1910@gmail.com

4  MARK KLEIMAN (SBN 115919)
   Kleiman/Rajaram
5  12121 Wilshire Blvd.,
   Suite 810
6  Los Angeles, CA 90025
   Tel: (310) 392-5455
7  Fax: (310) 306-8491
   Email: mark@krlaw.us

9  Attorney for Amici Curiae
   FACULTY FOR JUSTICE IN PALESTINE AT UCLA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN, <br><br> Plaintiffs, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities, <br><br> Defendants. | Case No. 2:24-cv-04702-MCS- <br><br> **NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF AMICUS CURIAE FACULTY FOR JUSTICE IN PALESTINE-UCLA** <br><br> **Judge: Hon. Mark C. Scarsi** |

1 | Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.1-1, the undersigned, counsel of record for Faculty for Justice in Palestine-UCLA certifies that it has no parent corporation, and no publicly held corporation owns 10 percent or more of their stock.

The undersigned, counsel of record also certifies that Faculty for Justice in Palestine-UCLA is not aware of any persons, firms, partnerships, corporations (including parent corporations) or other entities that may have a pecuniary interest in the outcome of this case, other than the Plaintiffs and Defendants in the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: August 8, 2024

BY: /s/ *Thomas B. Harvey*
THOMAS B. HARVEY (SBN 287198)
Law Offices of Thomas B. Harvey
By: */s/ Mark Kleiman*
MARK KLEIMAN (SBN 115919)
Kleiman/Rajaram
Attorneys for Amici Curiae
Faculty for Justice in Palestine-UCLA

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that on August 8, 2024, all counsel of record who are deemed to have consented to
3 electronic service are being served with a copy of this document via the Court's CM/ECF Filing
4 System.

5  */s/ Thomas B. Harvey*
   Thomas B. Harvey
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28