**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN, <br><br>　　　　　　Plaintiffs, <br><br>　vs. <br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities, <br><br>　　　　　　Defendants. | Case No. 2:24-cv-04702-MCS-PD <br><br> ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF ON BEHALF OF FACULTY FOR JUSTICE IN PALESTINE-UCLA (ECF No. 84) <br><br> Judge: Hon. Mark C. Scarsi |

## Order

The Court has fully considered the ex parte application for leave to file an amicus curiae brief on behalf of Faculty for Justice in Palestine. The application being unopposed and good cause having been shown, IT IS HEREBY ORDERED that the Application is GRANTED permitting the filing of the proposed amicus curiae brief~~, deemed filed on August ___, 2024~~. **Amici shall file the brief separately to the docket.**

Dated: August 8, 2024          By: _____
                                         Mark C. Scarsi
                                         United States District Judge