MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

**Admitted pro hac vice*

[*Counsel continued on next page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Regents of the University of California, et al., <br><br> Defendants. | Case No. 2:24-CV-4702-MCS <br><br> **PARTIES' STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **[PROPOSED] ORDER AND SUPPORTIVE DECLARATION FILED CURRENTLY HEREWITH** <br><br> Judge: Hon. Mark C. Scarsi <br> Courtroom: 7C |

1  [*Counsel continued from previous page*]

2  Charles Robinson (S.B. #113197)
3  Norman Hamill (S.B. #154272)
4  Rhonda Goldstein (S.B. #250387)
   Morae Kim (S.B. #326819)*
5  The Regents of the University of California
6  1111 Franklin Street, Floor 8
   Oakland, California 94607-5201
7  Telephone: (510) 987-9800
8  Facsimile: (510) 987-9757

9  *Attorneys for Defendants*
10 **Notice of appearance forthcoming*

11 Eric C. Rassbach (CA SBN 288041)
12 Mark L. Rienzi (DC Bar No. 494336)*
   Laura Wolk Slavis (DC Bar No. 1643193)*
13 Jordan T. Varberg (DC Bar No. 90022889)*
14 Amanda G. Dixon (DC Bar No. 90021498)*
   Richard C. Osborne (DC Bar No. 90024046)*
15 The Becket Fund for Religious Liberty
16 1919 Pennsylvania Ave. NW, Suite 400
   Washington, DC 20006
17 202-955-0095 tel. / 202-955-0090 fax
18 erassbach@becketlaw.org

19 Paul D. Clement (DC Bar No. 433215)*
20 Erin E. Murphy (DC Bar No. 995953)*
   Matthew D. Rowen (CA SBN 292292)
21 Clement & Murphy, PLLC
22 706 Duke Street
   Alexandria, VA 22314
23
   *Attorneys for Plaintiffs*
24
   **Admitted pro hac vice*
25

26

27

28

**TO THE COURT:**

Plaintiffs Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel ("Defendants") (collectively, the "Parties") hereby submit the following Stipulation to Extend Defendants' Time to Respond to Plaintiffs' Complaint;

WHEREAS, on June 5, 2024, Plaintiffs filed the Complaint in the above-captioned action (ECF No. 1);

WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants' initial time to respond to the Complaint was July 5, 2024;

WHEREAS, the Parties agreed to extend Defendants' time to respond to Plaintiffs' Complaint by 45 days, from July 5, 2024 to August 19, 2024, Decl. of Anton Metlitsky ("Metlitsky Decl.") ¶ 4; which this Court granted (ECF No. 55);

WHEREAS, the Parties further agree to extend Defendants' time to respond to Plaintiffs' Complaint from August 19, 2024, to September 4, 2024;

WHEREAS, good cause exists for the agreed-upon extension because Defendants' counsel, Anton Metlitsky, has significant impending briefing deadlines and oral argument, as described in the attached declaration. *See* Metlitsky Decl. ¶ 6.

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, that Defendants' deadline to respond to Plaintiffs' Complaint shall be September 4, 2024.

| | | |
|---|---|---|
| 1 | Dated: August 9, 2024 | Respectfully submitted, |
| 2 | | By:    */s/ Matthew R. Cowan* |
| 3 | | MATTHEW R. COWAN |
| | | *Attorney for Defendants The Regents of* |
| 4 | | *the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt;* |
| 5 | | *Michael Beck; Monroe Gorden, Jr.;* |
| 6 | | *and Rick Braziel* |

        */s/ Eric C. Rassbach*

ERIC C. RASSBACH
*Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian*

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 9, 2024               Respectfully submitted,

                                    By:   */s/ Matthew R. Cowan*
                                          MATTHEW R. COWAN
                                          *Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*