1
2
3
4

MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

5
6
7
8
9
10

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone:  (212) 326-2000
Facsimile:   (211) 326-2061

11
12
13
14

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414

15

*Attorneys for Defendants*

16

*\*Admitted Pro Hac Vice*

17

*[Counsel continued on next page]*

18
19
20

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

21

22

Frankel, et al.,

23

Plaintiffs,

24

v.

25

Regents of the University of California, et al.,

26

27

Defendants.

Case No. 2:24-CV-4702-MCS

**DECLARATION OF ANTON METLITSKY IN SUPPORT OF PARTIES' STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Judge:        Hon. Mark C. Scarsi
Courtroom:  7C

28

1
2

[*Counsel continued from previous page*]

3
4

Charles Robinson (S.B. #113197)
Norman Hamill (S.B. #154272)
Rhonda Goldstein (S.B. #250387)
Morae Kim (S.B. #326819)*
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone:  (510) 987-9800
Facsimile:   (510) 987-9757

*Attorneys for Defendants*
*Notice of appearance forthcoming*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A.   METLITSKY  DECL. ISO PARTIES'
STIP.
CASE NO. 2:24-CV-4702-MCS

I, Anton Metlitsky, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of New York and the District of Columbia.  I am admitted *pro hac vice* to represent Defendants in this case. (ECF No. 59) (granting application to appear *pro hac vice*).  I am a partner with the law firm O'Melveny & Myers, LLP, counsel of record for Defendants in the above-captioned action.  I make this Declaration in support of Plaintiffs Yitzchok Frankel; Joshua Ghayoum; and Eden Shemuelian's ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel's ("Defendants") (collectively, the "Parties") Stipulation Extending Defendants' Time to Respond to Plaintiffs' Complaint.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify hereto.

2.      Plaintiffs filed the Complaint in this action on June 5, 2024.

3.      Defendants retained O'Melveny & Myers, LLP as counsel in this action on June 17, 2024.

4.      On June 27, 2024, the Parties agreed to extend Defendants' time to respond to Plaintiffs' Complaint by 45 days, from July 5, 2024 to August 19, 2024, (ECF No. 53), which this Court granted. (ECF No. 55).

5.      The Parties further agree to extend Defendants' time to respond to Plaintiffs' Complaint from August 19, 2024, to September 4, 2024.

6.      Good cause exists for this extension in light of several impending deadlines in other matters that cannot be moved, and that have required and continue to require my significant attention.  These matters include:

- Two significant briefs due on August 6 in *Fair Isaac Corp. v. Federal Ins. Co. et al.*, No. 16-cv-1054 (D. Minn.), filed in opposition to post-judgment motions filed under a jurisdictional deadline, *see* Fed. R. Civ. P. 59(e).

A.   METLITSKY  DECL. ISO PARTIES'
STIP.
CASE NO. 2:24-CV-4702-MCS

- Jury instructions and a pretrial brief due August 9 in *Vitro Glass LLC v. ACE American Ins. Co.*, No. GD-19-005579 (Ct. Comm. Pl. Pa.) (trial to commence September 10)

- Numerous filings, including motions *in limine* and a summary judgment reply brief, due August 14 in *Vitro Glass LLC v. ACE American Ins. Co.*, No. GD-19-005579 (Ct. Comm. Pl. Pa.).

- Oral argument on motions and cross-motions for summary judgment on August 20 in *Vitro Glass LLC v. ACE American Ins. Co.*, No. GD-19-005579 (Ct. Comm. Pl. Pa.).

7.     As described above, *supra* at ¶ 4, this is the Parties' second request for an extension of time for Defendants to respond to Plaintiffs' Complaint. This Court granted the first request. (ECF No. 55). This is third request for a continuance or an extension of time in this action. The other request was a Stipulation to Continue the Hearing on Plaintiffs' Motion for a Preliminary Injunction (ECF No. 51), which this Court granted (ECF No. 54).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of August, 2024, at New York, New York.

_____

Anton Metlitsky

A.   METLITSKY  DECL. ISO PARTIES'
STIP.
CASE NO. 2:24-CV-4702-MCS