MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

\**Admitted pro hac vice*

[*Counsel continued on next page*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| Frankel, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>Regents of the University of California, et al.,<br><br>  Defendants. | Case No. 2:24-CV-4702-MCS<br>**PRELIMINARY INJUNCTION APPEAL**<br><br>Judge:   Hon. Mark C. Scarsi |

[*Counsel continued from previous page*]

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

*Attorneys for Defendants*

**TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that, pursuant to Ninth Circuit Rule 3-3, Defendants The Regents of the University of California, Michael V. Drake, Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., and Rick Braziel ("Defendants") hereby appeal the Court's preliminary injunction order (Dkt. #89) filed on August 13, 2024.

Dated: August 14, 2024

By: */s/ Matthew R. Cowan*
MATTHEW R. COWAN
*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*