MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

\**Admitted pro hac vice*

*[Counsel continued on next page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Regents of the University of California, et al., <br><br> Defendants. | Case No. 2:24-CV-4702-MCS <br><br> **NOTICE OF MOTION AND INDIVIDUAL DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FEDERAL RULE 12(c) AND MOTION TO DISMISS UNDER FEDERAL RULE 12(h)(3)** <br><br> Judge: Hon. Mark C. Scarsi <br> Courtroom: 7C <br> Hearing: February 24, 2025, 9:00 AM |

[*Counsel continued from previous page*]

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone:  (510) 987-9800
Facsimile:   (510) 987-9757

*Attorneys for Defendants*

# NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT ON February 24, 2025 at 9:00 a.m. before the Honorable Mark C. Scarsi in Courtroom 7C at the United States Courthouse for the Central District of California located at 350 W. 1st Street, 7th Floor, Los Angeles, California 90012, the six administrators named as defendants in this action (the "Individual Defendants") will and hereby do move the Court for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) and to dismiss under Rule 12(h)(3).

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 19, 2024.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Matthew Cowan and exhibits attached thereto, the files and records in this action, and other written and oral argument as may be allowed or presented to the Court.

By this Motion, the Individual Defendants seek an order (i) granting judgment on all claims for damages in favor of the Individual Defendants in their official capacities; (ii) granting judgment on all claims in favor of the Individual Defendants in their personal capacities; (iii) granting judgment on all claims in favor of Assistant Vice Chancellor Braziel; (iv) granting judgment on the Title VI claim in favor of the Individual Defendants in their personal and official capacities; and (v) at the very least, dismissing Plaintiffs' demand for punitive damages.

Dated: November 26, 2024            Respectfully submitted,

By:   */s/ Matthew R. Cowan*
      MATTHEW R. COWAN