# EXHIBIT B

## UCLA Interim Policy 850:  General Use of UCLA Property

| | |
|---|---|
| Issuing Officer: | Administrative Vice Chancellor |
| Responsible Department: | Administrative Vice Chancellor's Office |
| Effective Date: | September 4, 2024 |
| Supersedes: | UCLA Regulations on Activities, Registered Campus Organizations, and Use of Properties, dated 9/25/2017 |

    I.   **PURPOSE & SCOPE**
    II.   **DEFINITIONS**
    III.   **POLICY STATEMENT**
    IV.   **GENERAL USES OF UCLA PROPERTY**
    V.   **ADMINISTRATIVE EXCLUSION FROM UNIVERISTY PROPERTY**
    VI.   **EXCULSION FROM UCLA PROPERTY DURING A STATE OF EMERGENCY**
    VII.   **REFERENCES**
    VIII.   **ATTACHMENTS**

## I.      PURPOSE & SCOPE

This Policy and related policies and procedures ("Use Policies") implement various provisions of the University of California Policies Applying to Campus Activities, Organizations, and Students ("University Policies") issued by the President of the University of California. These Use Policies govern the use of UCLA Property.

This Policy and the following Use Policies authorize certain uses of UCLA Property and establish procedures for such uses:

1. UCLA Policy 852: Public Expression Activities
2. UCLA Policy 860: Organized Events
3. UCLA Policy 862: Major Events

In addition to this Policy and related Use Policies, Non-Affiliates must comply with The Regents of the University of California's Regulations Governing Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California ("Regulations"), see Section VII. References. For sections in the Regulations that require prior approval by a Designated University Official that is not designated in this Policy, contact the UCLA Events Office.

Individuals on UCLA Property or in attendance at an Official University Function or Organized/Major Event, assume an obligation to conduct themselves in a manner compatible with the University's responsibilities as an educational institution. This means that all persons are responsible for complying with applicable University and UCLA policies. The Use Policies are designed to protect and promote the rights of members of the University, prevent interference with UCLA functions or activities, and assure compliance with all pertinent laws and other applicable University Policies.

## II.      DEFINITIONS

For purposes of this Policy:

See Attachment A.

## III.    POLICY STATEMENT

For the benefit of all individuals on UCLA Property, Students, Employees, and Non-Affiliates are expected to conduct themselves in a manner conducive to the achievement of UCLA's mission of teaching, research, and public service and in accordance with this Policy, related Use Policies and any other relevant University and UCLA policies. Violation of University or UCLA policies may subject a person to legal penalties; if the person is a Student or Employee, that person may also be subject to discipline in accordance with University and UCLA policies and any relevant collective bargaining agreements.

The University derives its basic authority from the State of California Constitution, Article I, Section 9. All pertinent federal, State, and local laws and University and UCLA policies are in force on UCLA Property and policies may be enforced by Designated University Officials and laws may be enforced by off-campus agencies.

## IV.    GENERAL USE OF UCLA PROPERTY

### A.  Prohibited Uses/Conduct on UCLA Property

Individuals on UCLA Property may *not*:

1. block entrances to or otherwise interfere with the free flow of campus traffic (pedestrian or vehicular) into and out of campus facilities, or along walkways or roadways;

2. knowingly and willfully interfere with the peaceful conduct of activities or another individual's ability to participate in their educational program on UCLA Property;

3. delay or linger without lawful purpose for being on UCLA Property and for the purpose of committing a crime or violation of these policies or laws;

4. engage in the production of amplified or non-amplified sound that substantially disrupts campus activities as provided in section IV.C.7 of this Policy;

5. erect any Temporary Structure or encampment on UCLA Property, except in accordance with UCLA Procedure 850.1;

6. Camp overnight (between the hours of midnight and 6am), except as part of an Official University Function, Organized or Major Event and in compliance with the rules of that official function or event;

7. engage in abusive, threatening, harassing, or intimidating conduct, as defined in UC Policy Abusive Conduct in the Workplace, UC Anti-Discrimination Policy,  and UC Sexual Violence and Sexual Harassment Policy, toward any person

8. exhibit disorderly or lewd conduct as defined by law;

9. urinate or defecate in any place on UCLA Property other than a designated restroom or other facility designated for the sanitary disposal of human waste;

10. participate in a disturbance of the peace or unlawful assembly;

11. use, possess, sell, or manufacture narcotics or illegal drugs;

12. use, sell, advertise, promote or distribute marijuana or tobacco on UCLA Property (see UCLA Policy 810 for additional restrictions and research exceptions);

13. use or possess any prohibited weapons or incendiary or destructive devices (see UCLA Policy 131);

14. provide alcohol to anyone under the age of 21;

15. bring animals on campus contrary to UCLA Policy 135;

16. fail to comply with the directions of a Designated University Official acting in the performance of their duties;

17. rummage through or remove any discarded item from any waste can, trash can, dumpster, recycling container, or any designated University waste or recycling center without authorization from Facilities Management;

18. engage in the damage, destruction, theft or misuse of UCLA Property or equipment;

19. conceal one's identity with the aim of intimidating any person or group, or for the purpose of evading or escaping discovery, recognition, or identification in the commission of violations of University or UCLA policies or State, municipal or federal laws;

20. disturb plants and wildlife in any way, including climbing or placing objects in trees or bushes or attaching items to them;

21. place, affix, or apply (except as provided for in this Policy and in UCLA Policy 852: Public Expression Activities) any sign, poster, banner, flag, or similar display, paint, chalk or ink messages to UCLA Property buildings and structures, including but not limited to the following: walls, windows, floors or other surfaces of UCLA Property buildings or structures, streets, walkways, utility poles, construction fences, trees or shrubbery. See section IV.C.3&5 for permitted uses; and

22. place, affix, or apply (except as provided for in this Policy and in UCLA Policy 852: Public Expression Activities) any sign, poster, banner, flag, or similar display, paint, chalk or ink messages inside UCLA Property buildings and structures where such displays are placed, attached, or affixed in a manner which makes the display clearly visible to the outside. Displays inside UCLA Property buildings and structures that are not clearly visible to the outside or otherwise permitted by University/UCLA policy may be displayed only in compliance with all applicable departmental and building policies related to attaching, displaying or affixing items to walls or other surfaces of UCLA Property. Where departments and/or buildings do not have such policies, placing, affixing or applying must be approved by the University Unit head in a viewpoint-neutral manner and consistent with this Policy and related University and UCLA policies. See section IV.C.3&5 for permitted uses.

### B. Required Identification

All persons on UCLA Property are required, for reasonable cause, to identify themselves to, and comply with instructions of Designated University Officials acting in the performance of their duties.

### C. Restricted Uses of UCLA Property

The following uses of UCLA Property are limited and/or prohibited unless prior written approval has been granted in accordance with this Policy and/or other applicable policies:

1. Time of Use

Between the hours of midnight and 6:00 a.m., paved pedestrian walkways and lawns on UCLA Property are closed to all activities except coming and going to/from a University building, crossing the campus, or as part of an Official University Function, Organized or Major Event.

2. Specific Facilities/Areas

a. University Residence

The University Residence building and grounds are intended only to be: (a) the home of the Chancellor and family; and (b) the venue for periodic special University events hosted by the Chancellor. The University Residence, while on the main UCLA campus, is not intended to be generally accessible to the University community or to the general public, except by invitation or by permission of the Residence Manager, the Chancellor, or the Associate of the Chancellor.

b. Faculty Club

The dining rooms and meeting rooms of the UCLA Faculty Center building are restricted to members of the UCLA Faculty Center Association, Inc., their guests, and invitees attending scheduled events held inside the Faculty Club building.

c. Luskin Conference Center/Inn at UCLA

The dining rooms, meeting rooms, and guest rooms of the Luskin Conference Center and the Inn at UCLA are restricted to their registered guests, invitees attending scheduled events, and restaurant patrons.

d. Facilities/Areas for Instructional and Non-Instructional Use

Not all UCLA Property is available for reservation or request for non-instructional purposes and specific facilities have been approved for academic purposes. Except in general assignment classrooms, Deans and Provosts have the right to set priorities for the scheduling of the use of their respective department facilities. Organized/Major Events in these areas may be held only in accordance with UCLA Policy 860: Organized Events or UCLA Policy 862: Major Events. When Organized/Major Events are held in these areas, they are considered "limited Public Fora."

The Office of the Registrar is responsible for the scheduling of general classroom assignment facilities, see UCLA Policy 870. Organized/Major Events in these areas may be held only in accordance with UCLA Policy 860: Organized Events or UCLA Policy 862: Major Events. When Organized/Major Events are held in these areas, they are considered "limited Public Fora."

Priority for the use of UCLA Property will be given to University Units and Registered Campus Organizations.

e. On-Campus Housing Community

On-Campus Housing Community is governed by all applicable University and UCLA policies and will additionally be subject to specific regulations as established by Residential Life, see https://reslife.ucla.edu/rules/on-campus-housing-regulations#d8

f. Areas for Public Expression

Areas for Public Expression are "designated Public Fora." These areas are made available for Public Expression Activities as outlined in UCLA Policy 852: Public Expression Activities. Areas of campus other than Areas for Public Expression are not "designated Public Fora."

g. UCLA Health Facilities

UCLA Health is an integral part of the UCLA campus and its properties are governed by all applicable University and UCLA policies and will additionally be subject to specific regulations established by UCLA Health.

3. Posting, Displaying, and Distributing Non-Commercial Literature

Posting, displaying, or distributing any material or literature in the On-Campus Housing Community, the UCLA Health System, or Areas for Public Expression, must be in accord with this Policy, UCLA Policy 852: Public Expression Activities, and the specific regulations applicable to those areas. See ResLife Regulations: https://reslife.ucla.edu/regulations#d8; and UCLA Health System Policy 0318.

a. Posting and Displaying Posters, Signs, Banners, and other similar Displays

Posters, signs, banners, and other similar displays, including sign-boards (self-standing A-frames) and literature may be posted and/or displayed on UCLA Property only as provided below:

    i. In accordance with Section IV.A.21&22 above.

    ii. Individuals and groups may post literature, signs, or announcements on interior digital and interior non-digital displays operated by University Units in accordance with the University Unit's regulations concerning such boards. Such regulations must be viewpoint neutral and applied only on a viewpoint-neutral basis. Where University Units do not have such regulations, postings must be approved by the University Unit in a viewpoint-neutral basis and consistent with this Policy and related University and UCLA policies.

    iii. To maintain a uniform standard of aesthetics for UCLA Property, the UCLA Campus

Architect must approve all outdoor and outdoor facing digital or non-digital displays not associated with an Organized/Major Event. Approval must be given or refused only on a viewpoint-neutral basis.

iv. Instructors may post communications related to their academic programs that is not protected by the Family Educational Rights and Privacy Act (FERPA) on their own door.

v. Individuals and groups may place posters, signs, banners, or other similar displays (including sign boards and directional event signs), or literature advertising an Organized/Major Event or Official University Function only in locations authorized by the appropriate campus venue and/or the UCLA Events Office. See UCLA Policy 860: Organized Events or UCLA Policy 862: Major Events. All items must also be promptly removed following the event.

vi. Registered Campus Organizations (RCOs) and Authorized Student Governments may have signboards (self-standing A-frames) on UCLA Property not related to an Organized/Major Event as long as doing so complies with UCLA Procedure XXX: Signboards on UCLA Property (Add Updated Link).

vii. University Units and Faculty Club must obtain approval from UCLA Events Office to have signboards (self-standing A-frames) on UCLA Property not related to an Organized/Major Event.

viii. ASUCLA may post and display posters, signs, banners, (not related to an Organized/Major Event), and other similar displays in or adjacent to ASUCLA-Operated Properties in accordance with this Policy.

ix. Authorized Student Government campaign signs may be placed along "election walk" (the area north of Bruin Walk and west of Powell library) in accordance with the respective Authorized  Student Government Election Board's specifications. Candidates must remove their signs within 48 hours after their participation in the election has concluded.

x. In accordance with ASUCLA banner guidelines, RCOs, Authorized Student Governments, and University Units may request to reserve the following banner locations through ASUCLA Events Services:

    a. the banner space that spans between the UCLA Store and the Student Activity Center at the beginning of East Bruin Walk, and

    b. the internal facing banner space attached to the bridge on the second floor connecting Kerckhoff Hall and Ackerman Union.

Reservation requests will be approved or denied only on a viewpoint-neutral basis.

xi. UCLA Strategic Communications controls the banner spaces along the street and walkway light poles within UCLA Property and will control the displays and messages on those spaces in its sole discretion.

xii. Posters, signs, banners or other similar displays, including sign-boards and literature announcing any Official University Function or Organized/Major Event must provide accurate information about the  details of the function or event, including the time, location, speakers, and ticketing requirements.

xiii. Posters, signs, banners, or other similar displays, including sign-boards and literature advertising any Official University Function or Organized/Major Event for which a donation is requested must make clear that such a donation is not required as a condition of admission nor may a specific amount of donation be indicated.

b. Transporting Posters, Signs, Banners, Flags, and other similar Displays

Except as provided in this Policy and UCLA Policy 852: Public Expression Activities, all posters, signs, banners, flags, and other similar displays must be hand carried and not in any way affixed, fastened, or

attached to the premises; they may not be self-supporting and placed for display; nor leaned against any wall, partition, or other UCLA Property.

The sizes and restrictions of posters, signs, banners, flags, and other similar displays must be in accordance with the Section 100014 of the Regulations and Los Angeles Municipal Code Section 55.07

c. Distribution of Non-Commercial Literature

Non-Commercial Literature may be distributed only as provided below:

i. On Areas for Public Expression (Designated Public Fora)

Individuals may distribute Non-Commercial Literature only on Areas for Public Expression (see Policy 852: Public Expression Activities, Attachment A: Map) provided that:

a. the free flow of pedestrian or vehicular traffic at any point is not obstructed;

b. literature or materials are not forced upon others;

c. literature is not placed on or in vehicles parked on UCLA Property; and

d. all individuals will be responsible to ensure that their literature does not litter the area; and literature advertising any on-campus program for which a donation is requested must make it clear that such a donation is not required.

To use tables, booths, and other like structures and portable displays to facilitate distribution in the Areas for Public Expression, prior approval is required by the UCLA Events Office and if approved, tables or portable displays must be attended at all times by the individuals or groups sponsoring the distribution. Approval will be given on a first come, first served basis, based on the Interference Criteria and be given or refused only on a content-neutral basis and viewpoint-neutral basis.

ii. On areas of UCLA Property other than Areas for Public Expression

Areas of UCLA Property other than Areas for Public Expression are not designated Public Fora.

RCOs, Authorized Student Governments, University Units, Support Groups, and Employee Organizations may distribute Non-Commercial Literature in buildings or programs on UCLA Property that are not Areas for Public Expression only in accordance with the following provisions:

a. compliance with the restrictions stated in Section IV.C.3 of this Policy; and

b. literature may be distributed in rooms or areas reserved for meetings or programs only by the RCO, Authorized Student Government, University Unit, Support Group, or Employee Organization that has reserved the room or area.

The Event Organizer of an Organized/Major Event may distribute literature at their event as approved by the appropriate campus venue and/or the UCLA Events Office or SOLE.

Except as provided in this Policy, no individual may distribute literature in buildings on UCLA Property.

4. Commercial Activities

The campus prohibits non-University commercial activities on campus except by special arrangement by a formal written agreement with the appropriate Designated University Official. In order to determine the appropriate Designated University Official, contact one of the following:

a. SOLE for activities organized by an RCO and Authorized Student Government;

b. UCLA Events Office for non-RCO and non-Authorized Student Government organized activities; and

c. Residential Life for activities in On Campus Housing Community.

The fact that an individual may be paid to circulate petitions or distribute literature does not by itself make the circulation or distribution a commercial activity.

Marketing of credit cards must comply with the *UC Policy and Supplemental Guidelines on the Marketing of Credit Cards to Students* (see https://policy.ucop.edu/doc/2710541/PACAOS-Appendix-D).

5. Posting, Displaying, or Distributing Commercial Literature or Products

Commercial literature or products may be distributed on UCLA Property only after prior authorization by a formal written agreement with the appropriate Designated University Official.  In order to determine the appropriate Designated University Official, contact one of the following:

   a. SOLE for activities organized by RCO's and Authorized Student Governments;

   b. UCLA Events Office for activities organized by non-RCO's and non-Authorized Student Governments;

   c. ASUCLA for commercial literature or products distributed on ASUCLA-Operated Property; and

   d. Residential Life for activities on On-Campus Housing Community.

RCOs, Authorized Student Governments, University Units, Employee Organizations, and Support Groups may, however, distribute material incidental to their purposes at their own meetings and programs.

6.  Food and Drink

Food, drinks, and other ingestible items may be sold or distributed on UCLA Property (whether inside or outside an Area of Public Expression) only in accordance with the following provisions:

   a. Public Events

   For Public Food Events, food, drinks, and other ingestible items may not be sold or distributed on UCLA Property, unless the following conditions are met:

   i.   Authorized by the appropriate Designated University Official, the UCLA Events Office for non-RCO and non-Authorized Student Government organized activities, SOLE for activities organized by an RCO and Authorized Student Government, and Residential Life for events on On-Campus Housing Community; and

   ii.  Obtain a temporary food permit, in accordance with EH&S' *Guidelines for Food Safety at Temporary Events*, that is required to sell or give away food or drink on campus, unless one of the following exemptions applies:

       (a) all aspects of food service are handled by a caterer (see Caterers below); or

       (b) the event is limited to a Private Food Event.

   In accordance with the conditions above, RCOs, Authorized Student Governments, University Units and Non-Affiliates will be allowed up to four (4) approved days per academic year for Public Food Events.

   b. Private Food Events

   For casual gatherings or events with food at Private Food Events, (i.e., providing refreshments for meetings or department potlucks) a temporary food permit is not required, see EH&S' *Guidelines for Food Safety at Temporary Events.*

   Private Events must comply with the campus venue policies.

   c. Caterers

   Caterers must have valid health permits. Prior approval is required from ASUCLA Catering in order to utilize caterers other than ASUCLA Catering to distribute food or drink inside ASUCLA-Operated Properties. Prior approval is required from Housing & Hospitality Services (HHS) and/or the Office of Residential Life (ORL) in order to utilize caterers other than UCLA Catering to distribute food or drink inside HHS/ORL managed facilities. Other campus venue locations may have additional restrictions related to food and drink services.

d. Alcoholic Beverages

No person may drink or consume any alcoholic beverage, or possess an alcoholic beverage outdoors, in an open container on UCLA Property, except as an invited guest at an approved Organized/Major Event, Official University Function, or within the boundaries of a permitted restaurant.

No person under the age of 21 may drink or consume any alcoholic beverage, or possess an alcoholic beverage in an open container on UCLA Property.

Consumption of alcoholic beverages at an Official University Function or Organized/Major Event are also subject to the terms of the *UCLA Alcohol Policy*. Add Link

Possession, consumption, or distribution of alcoholic beverages within or on grounds immediately adjacent to the On Campus Housing Community are subject to the terms of the UCLA On Campus Housing Student Handbook. (see: https://reslife.ucla.edu/rules/on-campus-housing-regulations)

7. Amplified and Non-Amplified Sound

a. Approval to use Amplified Sound

In order to avoid noise that substantially disrupts campus activities or operations, to use amplified sound on UCLA Property, prior approval is required by one of the following:

    i.   SOLE, for activities organized by RCO's and Authorized Student Governments;

    ii.  UCLA Events Office, for activities not organized by an RCO or an Authorized Student Government;

    iii. Residential Life for activities on On Campus Housing Community; and/or

    iv. Campus Venue Manager for activities in areas under their control.

See UCLA Policy 852: Areas for Public Expression for permitted use of amplified sound on the Areas for Public Expression.

Approval will be based on the Interference Criteria and given or refused only on a content-neutral basis and viewpoint-neutral basis.

b. Amplified and Non-Amplified Devices

Hand-held or portable amplification (examples include but are not limited to: bullhorns, portable amplifiers, portable speakers, etc.) are considered sound amplification devices under this Policy and all amplified sound is subject to the sound level limitations outlined in this Policy.

Non-amplified actions such as but not limited to drums and manual noise makers are considered amplified sound under this Policy and is subject to the sound level limitations outlined in this Policy.

c. Sound Levels

It is the responsibility of the approved user (individual or group) of the amplified and non-amplified sound not to exceed 85 decibels (pursuant to the California Code of Regulations, Title 8, Section 5097) , 25 feet from the amplified or non-amplified sound source or otherwise substantially disrupt campus operations.

This section does not apply to certain approved outdoor Official University Functions or Organized/Major Events, for example but not limited to concerts, festivals, or Division of Intercollegiate Athletics activities and University sponsored and approved activities including but not limited to the marching band, that may go over 85 decibels. The UCLA Events Office will monitor complaints from these events/activities and recommend appropriate adjustments.

8. Marching Associated with a Public Expression Activity

Marching on UCLA Property associated with a Public Expression Activity may occur throughout outdoor hardscape spaces on UCLA Property not otherwise reserved for other activities, and in accordance with this Policy, UCLA Use Policies, and University policies. Amplified sound is not permitted during the marches and the marches must be constantly moving. Gathering locations are permitted in the Areas for Public Expression in accordance with UCLA Policy 852: Public Expression Activities and gathering locations outside these areas are permitted in accordance with the UCLA Policy 860: Organized Events or UCLA Policy 862: Major Events.

9. Use of the UCLA Name, Seal, and Trademarks

The use of the UCLA Marks (collectively refers to the UCLA campus names, primary logos, seal and trademarks) that is not expressly authorized in UCLA Policy 110 requires approval from the appropriate University official as outlined in UCLA Policy 110.

10. Tents, Structures, Equipment, and Encampments

Except as provided in this Policy, UCLA Policy 852: Public Expression Activities, related Use Policies and in accordance with *UCLA Procedure 850.1, Placement of Temporary Structures on the UCLA Campus* (see http://www.adminpolicies.ucla.edu/APP/Number/850.1), no individual will build, erect, construct, set up, place, or maintain (or attempt such) in or upon UCLA Property, any campsite, tent or other Temporary Structure, platform, booth, bench, table, building, sound system, or other structure or display.

11. Fires and Flammable Material

Campfires, portable stoves, Open Fires and other fires are prohibited on UCLA Property without written permission from the campus Fire Marshal. Any torches, flammable outdoor displays, or Open Fires must be approved by the campus Fire Marshal and Chief of Police.

## V. ADMINISTRATIVE EXCLUSION FROM UCLA PROPERTY

The California Legislature has codified certain aspects of Regents Bylaw 31, which provides Chancellors delegated responsibility for the internal administration, operation, and discipline of their campuses. This authority includes the authority to order individuals to leave campus for specified conduct pursuant to statutory provisions, including Penal Code section 626.4 for UCLA Students and Employees (affiliates) and Penal Code sections 415.5, 626.6, and 626.7 for Non-Affiliates. Under the Penal Code, the standard for excluding a UCLA affiliate from UCLA Property is different from the standard for excluding a Non-Affiliate from UCLA Property.

When ordering exclusion of a Student or Employee under Penal Code section 626.4, UCLA will provide the individual subject to the order with written notice that identifies their due process rights. These due process rights will include the right to file a written appeal of the exclusion by sending an email to adminvc@admin.ucla.edu. Any appeal will be heard by a neutral hearing officer within seven (7) days of receipt of such appeal.

This authority under California law is in addition to University administrative measures available to address individual conduct that interferes with the operation of the campus including, but not limited to, C.C.R. §§100000 (Regulations Governing Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California ("Regulations")), the UCLA Student Conduct Code, sections III.G. (exclusion from campus areas) and IV. (interim exclusion and suspension), University Policy on Faculty Conduct and the Administration of Discipline, section II (suspension and involuntary leave); and Policy 62, section III.C.3., UC Personnel Policies for Staff Members (suspension and removal of employee from the workplace).

## VI. EXCLUSION FROM UCLA PROPERTY DURING A STATE OF EMERGENCY

The Chancellor may declare a campus state of emergency to exist when:

a) conditions exist on or within the vicinity of the campus which result from natural or man-made disasters, or civil disorders which pose the threat of serious injury to persons or damage to property, or other seriously disruptive events; and

b) extraordinary measures are required immediately to avert, alleviate, or repair damage to UCLA Property or to maintain the orderly operation of the campus.

During a State of Emergency, the campus will be managed according to policies and procedures set forth in the *UCLA Emergency Operation Plan*, located at https://ucla.app.box.com/s/gsqaiewodjbjidcoafhbtgrc74y8n44a.

When feasible, the campus will consult with the University President before declaring a state of emergency to exist on the campus. In any event, the President must be notified as soon as possible.

During a state of emergency, the Chancellor or other officials designated by the Chancellor may exclude a Student, Employee, or any individual on UCLA Property where there is reasonable cause to believe that the individual has engaged in any of the following:

1. activity which willfully disrupts the orderly operations of the campus;

2. activity in violation of the campus emergency orders; or

3. the individual's presence on campus would lead to violation of campus emergency orders or willful disruption of the orderly operation of the campus.

Procedures to exclude, notify, and the right to a hearing will generally follow Section V of this Policy, however individuals excluded from campus during a state of emergency, will not, during the state of emergency enter specified areas of the campus or engage in specific activities, as set forth in the written notice. The notice will be sent to the excluded individuals as soon as reasonably possible. The length of exclusion will be limited to the minimum extent necessary to protect the health and safety of the individuals or property or to maintain the orderly operation of the campus. A hearing requested within fourteen (14) calendar days of the exclusion notice will be conducted as soon as reasonably possible after the state of emergency has ended.

Violation of any condition of the exclusion during the state of emergency will subject Students and Employees to disciplinary proceedings based upon such violation and in accordance with University and campus policies and procedures.

## VII. REFERENCES

1. UCLA Policy 852: Public Expression Activities
2. UCLA Policy 860: Organized Events
3. UCLA Policy 862: Major Events
4. UCLA Policy 850.1: Placement of Temporary Structure on UCLA Campus
5. Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California
6. UC PACAOS 30: Policy on Speech and Advocacy
7. UC PACAOS 40: Policy on Use of University Properties
8. California Code, Penal Code Section 415.5
9. California Code, Penal Code Section 626.4
10. California Code, Penal Code Section 626.6
11. California Code, Penal Code Section 626.7
12. UC Policy on Safeguards, Security and Emergency Management

**UCLA Interim Policy 850**                                    **Page 11 of 11**

**VIII. ATTACHMENTS**

    A.  Definitions

**Issuing Officer**

**/s/ Michael J. Beck**

**Administrative Vice Chancellor**

**Questions concerning this policy or procedure should be referred to
the Responsible Department listed at the top of this document**

## Attachment A: Definitions

**Advance Ticketing** means to either sell or take registrations for a Ticket to an event ahead of the date of the event.

**Areas for Public Expression**, also referred to as "grounds generally open to the public" per UC Policy, are grounds open to the public and the University community for Public Expression. See UCLA Policy 852: Public Expression Activities. Attachment A for a map of these areas. All other areas of UCLA Property are not generally open to the public.

**_ASUCLA_,** the Associated Students UCLA (ASUCLA) is a not-for-profit association comprised of, individually or collectively, the following four entities: Graduate Students Association; Undergraduate Students Association; Student Media; and Services & Enterprises.

**ASUCLA-Operated Properties** refers to Ackerman Union, Kerckhoff Hall, North Campus Student Center, LuValle Commons, and Court of Sciences Student Center.

**Audience Management Fees** refers to basic fees including but not limited to, equipment rentals, services, and staffing costs (including UCLAPD protection services) associated with audience safety for a Major or Organized Event. This does not include security costs associated with speech related demonstrations or demonstrations related to an Organized or Major Event.

**Authorized Representative** is any one of the three (3) individuals listed on a Registered Campus Organization's registration form as submitted to the Student Organizations, Leadership & Engagement (SOLE) Office; an Authorized Representative agrees to act as an official contact person with the University and to assume responsibility for the planning, implementation, and outcomes of the Organization's activities. Only UCLA Students or Employees may serve as Authorized Representatives.

**Authorized Student Government** refers to either or both the Graduate Students Association and/or the Undergraduate Students Association.

**Campfire** is a fire which is used for cooking, personal warmth, lighting, ceremonial, or aesthetic purposes, including fires contained within outdoor fireplaces, and enclosed stoves with flues or chimneys, stoves using jellied, liquid, solid or gaseous fuels, portable barbeque pits and braziers, or space heating devices which are used outside any structure, mobile home, or living accommodation mounted on a motor vehicle.

**Camping** refers to (i) sleeping outdoors or indoors with or without bedding, hammock, or similar device, structure, protection, or equipment; (ii) establishing or attempting to establish, temporary or permanent living quarters at any location on UCLA Property other than residence halls, apartments, or other University managed facilities specifically designated for overnight lodging; or (iii) establishing or maintaining outdoors, or in or under any structure not designated for human occupancy, a temporary or permanent place for cooking, storing of personal belongings, or sleeping by setting up any bedding, sleeping bag, mattress, tent, or other sleeping equipment, or by setting up any cooking equipment.

**Campus Venue Scheduler** is the UCLA department that schedules event locations within their areas of responsibility and initiates the Events Online (EOL) Application for Event Organizers.

**Designated University Official** is the UCLA official designated or otherwise authorized to engage in the relevant operation or function.

**Emeriti** is a retired UCLA Employee, either member of the faculty or staff, upon whom has been conferred formal emeriti status.

**Employee** is any person who is listed in the campus payroll system, regardless of the percentage of time associated with the person's employment.

**Employee Organization** _is_ an independent organization which exists for the purpose, in whole or in part, of dealing with University management concerning grievances, labor disputes, wages, hours, and other terms and conditions of employment of employees, officially recognized by UCLA and as defined by Section 3562(f) of the Higher Education Employer-Employee Relations Act (HEERA).

**Event Capacity** is the maximum number of people authorized by the University to attend a particular event, taking into account all relevant factors, including but not limited to the maximum capacity of the venue, any security recommendations or requirements imposed by UCLAPD/Office of Campus Safety, UCLAFD, and any equipment, furnishings, supplies, and/or decorations arranged by the Event Organizer.

**Event Online (EOL) Registration** is the University's official event notification and registration system required for events on University Property.

**Event Organizers** are individuals or groups who sponsor and/or coordinate an Organized and/or Major Event. The Event Organizer can be either an RCO, University Unit, or Non-Affiliate.

**Interference Criteria** refers to criteria that consist of the following: (a) the proposed location of the event, (b) the proximity of the event to other activities or locations that may interfere, obstruct, or lessen the effectiveness of the security measures being implemented (c) the estimated number of participants, (d) the time of the day the event is to take place, (e) the expected duration of the activity; (f) the activity's timing in relation to the academic calendar (for example, proposed scheduling during the first week of classes or during final examination week); (g) the expected noise level to be generated by the activity; (h) the need for and/or availability of University resources and personnel to facilitate, oversee, or control the activity; and (i) any similar viewpoint neutral considerations relevant to assessment of potential disruption to campus functions or activities, provided however that events in Areas for Public Expression will be considered both in a viewpoint and content-neutral manner.

**Major Event** is any planned gathering, including but not limited to celebrations, dances, lectures, forums, performances, rallies, social gatherings, concerts, speaker presentations, and conferences on UCLA Property at which one or more of the following conditions apply**:**

- Over 350 persons are anticipated to attend and the event is not hosted by a University Unit;
- The Chancellor or the Chancellor's designee determines based on the Safety and Security Criteria and the assessment of the UCLA Police Department (UCLAPD) that the event is likely to significantly affect campus safety and or significantly affect campus services (including kiosk guards, service roads, or parking); and/or
- The Chancellor or the Chancellor's designee determines based on the Interference Criteria that the event has a substantial likelihood of significantly interfering with other campus functions or activities.

**Non-Affiliate** is any person who is not a Student, officer, Official Volunteer, Employee, or emeritus of UCLA, nor a Regent of the University of California, nor a member of a household authorized to reside on UCLA Property.

**Non-Commercial Literature** is any printed and/or written material referring to an event, activity, or service that is not conducted for private business or personal gain. The content should promote educational, cultural, and informational programs that support the University's mission. It must not advertise or promote products, merchandise, commercial services, or ventures.

**Official University Function** refers to scheduled academic classes, research and activities; and normal daily operations of University Units.

**Official Volunteer** refers to any person who is: (i) listed as an officer of the UCLA Alumni Association, including its committees or related clubs; (ii) listed as an officer of a formally recognized UCLA Support Group; or (iii) formally registered through UCLA Campus Human Resources and authorized to provide volunteer services on behalf of the University in campus facilities.

**On- Campus Housing Community** refers to UCLA Residence Halls related areas located on the main UCLA Westwood campus, known as "The Hill."

**Open Fire** is any fire, controlled or uncontrolled, including a Campfire, burning outside of any structure, mobile home, or living accommodation mounted on a motor vehicle.

**Organized Event** is any planned gathering, including but not limited to celebrations, dances, lectures, forums, performances, rallies, social gatherings, concerts, speaker presentations, conferences, and programs or activities by University Units in the course of fulfilling their University mission, and Registered Campus Organizations and Non-Affiliates with contracts with the University.

**Public Expression Activities** means leaf-letting, marches, picketing, protesting, speech-making, demonstration, petition circulation, distribution and sale of non-commercial literature incidental to these activities, and similar speech related activities.

**Public Food Event** refers to a giveaway or sale of food in a public area, examples include but not limited to, Bruin Plaza, Bruin Walk, Court of Sciences, Student Activity Lounge, or CHS Courtyard, where the consumers of the food are not registered or tracked, and the organizers are not licensed food handlers.

**Private Food Event** refers to a meeting, banquet, social, or potluck style gathering where food is provided to invited, registered, ticketed guests only. This includes refreshments provided for a lecture, panel or reception as well as any event that is professional catered by licensed food handlers.

**Regents**, also referred to as the Regents of the University of California, is a twenty-six (26) member board, established under Article IX, Section 9 of the California Constitution to govern the affairs of the University and its various campuses and allied entities.

**Registered Campus Organization** refers to organizations whose membership is predominately comprised of UCLA Students and/or Employees that obtain recognition as a Registered Camps Organization by registering through SOLE and complying with the requirements and procedures in UCLA Policy XXX.

**Safety and Security Criteria** refers to criteria that consist of the following: (a) nature of the event, that includes: (i) the estimated number of participants, (ii) whether alcohol is intended to be served, (iii) the estimated duration of the event, and (iv) any objective and credible evidence regarding possible threats to campus safety or security; (b) the proximity of the event to other activities or locations that may interfere, obstruct, or lessen the effectiveness of the security measures being implemented; (c) the resources needed to secure the event; (d) the anticipated weather conditions; and (e) any similar viewpoint neutral considerations relevant to assessment of campus safety, security, and services, provided however that events in Areas for Public Expression will be considered both in a viewpoint and content-neutral manner.

**Security Assessment Meeting** is a meeting between the Event Organizer and UCLAPD, UCLAFD, and/or SOLE Advisor for RCO events or Events Office for non-RCO Events, and Campus Venue Scheduler, as well as any other necessary participants, to discuss security concerns and determinations for the Major Event and options for addressing security needs, such a meeting is required if UCLAPD determines that the Major Event has substantial security needs.

**Senior Administrator** is any Employee holding the title of Director or above, including, but not limited to the following: Chancellor, Vice Chancellors, Provosts, Vice Provosts, Deans, Associate or Assistant Vice Chancellors or Vice Provosts, Associate Deans, Assistant Deans, Department Chairs, Division Chiefs, Chief Executive Officers, Executive Directors, and Directors.

**Student** as defined by the Student Code of Conduct.

The term Student does not include individuals registered with a program of UCLA Extension or individuals registered through UCLA Extension in a concurrent enrollment program.

**Support Group** is any group, organization, foundation, or association other than a campus alumni association or campus foundation: (i) whose primary purpose is to provide assistance through fundraising, public outreach, and other activities in support of the University's mission; or (ii) whose representatives or activities make the entity indistinguishable from the University itself; or (iii) that acts as an agent of or intermediary for the University.

Such groups are governed by the University of California Policy on Support Groups, campus Foundations, and Alumni Associations  and the University Of California Administrative Guidelines For

Support Groups, as well as by this policy.
(See www.ucop.edu/ucophome/coordrev/policy/2-12-04support-guidelines.html.)

**Temporary Structure** refers to tents, trailers/modular buildings, sculptured objects, or similar assemblages. Temporary Structures include trailers or modular buildings approved by UCLA Fire Department that may be erected for longer periods of time to accommodate University Units or for construction project site services.

**Ticket** is any type of evidence of an attendee's right of entry to a venue which can be verified.  A ticket includes but is not limited to a paper or electronic ticket with a barcode that is scanned to permit entry, a wristband that is issued based on a list of attendees, a list of eligible attendees where ID is verified against the list to permit entry.

**University Guarantor** is a University Unit that bears financial, legal and procedural responsibility for all University costs and commitments related to an Organized or Major Event, including the responsibility for all costs owed to the University that an Event Organizer is required to pay but fails to pay and for all contractual obligations to the University that an Event Organizer is required to satisfy but does not. For Major Events, a University Guarantor is also responsible to certify in writing that it approves the Major Event Security Assessment Form and will send a representative to the Security Assessment Meeting.

***UCLA Property*** means UCLA main Westwood and South campuses, and other properties owned by the Regents and operated by UCLA.

**University Property Use Form** is the event registration form that Non-RCO Major Event Organizers must complete and submit to the Campus Venue Scheduler.

**University Residence** is the following overall area of the UCLA campus, comprising approximately 13 acres:

> Northern boundary:  Sunset Boulevard *(see note below)*
>
> Western boundary:  Royce Drive (eastern curb line)
>
> Southern boundary:  Charles E. Young Drive North (northern curb line)
>
> Eastern boundary:  Parking Structure 3 (western entry drive)
>
> *Note: The actual property line of the property owned by The Regents is 36 inches south of the east/west curb line on the south side of Sunset Boulevard. The intervening property to the Sunset Boulevard curb line is owned by the City of Los Angeles and is public property. Shrubbery and other landscaping have been planted in order to delineate UCLA's specific property line.*

***University Unit*** is any academic or nonacademic department or division or any other official University entity, including any official department, school, or institute of UCLA, the University Extension, or any officially recognized part thereof, or any authorized student government. For avoidance of doubt, this definition includes the Center for the Art of Performance at UCLA ("CAP"), the UCLA Alumni Association and ASUCLA.

## UCLA Interim Policy 852:  Public Expression Activities

| | |
|---|---|
| Issuing Officer: | Administrative Vice Chancellor |
| Responsible Department: | Administrative Vice Chancellor's Office |
| Effective Date: | September 4, 2024 |
| Supersedes: | UCLA Regulations on Activities, Registered Campus Organizations, and Use of Properties, dated 9/25/2017 |

I. **PURPOSE AND SCOPE**
II. **DEFINITIONS**
III. **POLICY STATEMENT**
IV. **REGULATIONS GOVERNING PUBLIC EXPRESSION ACTIVITIES**
V. **REFERENCES**
VI. **ATTACHMENTS**

## I. PURPOSE AND SCOPE

UCLA is committed to First Amendment rights as a fundamental feature of our democracy and a crucial dimension of UCLA's institutional and academic culture. In order to carry on its work of teaching, research, and public service, UCLA has an obligation to maintain conditions under which UCLA's mission can go forward freely, in accordance with the highest standards of quality, institutional integrity, and freedom of expression, with full recognition by all concerned of the rights and privileges, as well as the responsibilities of those who are present at UCLA. The time, place, and manner of exercising the constitutionally protected First Amendment rights are subject to this Policy and related Use Policies, which have been formulated to provide reasonable access for open association, discussion, and debate while at the same time providing for the safe and orderly operation of the campus.

In addition to this Policy and related Use Policies, as outlined in UCLA Policy 850: General Use of UCLA Property, Non-Affiliates must comply with The Regents of the University of California's Regulations Governing Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California ("Regulations"), see Section V. References. Affiliates and Non-Affiliates alike must comply with applicable California law. For sections in the Policy that require prior approval by a Designated University Official that are not designated in this Policy, contact the Office of Administrative Vice Chancellor or UCLA Events Office.

## II. DEFINITIONS

For the purposes of this Policy:

See UCLA Policy 850: General Use of UCLA Property Attachment A

## III. POLICY STATEMENT

UCLA has designated certain areas of the UCLA Property for Public Expression Activities. UCLA may and does impose reasonable and content-neutral and viewpoint-neutral time, place, and manner regulations on the exercise of Public Expression Activities in these designated areas, in order to preserve the safe and orderly operation of the campus. Public Expression Activities may be directed to cease subject to the review and approval by the Chancellor or a Designated University Official based on the

Safety and Security Criteria and/or the Interference Criteria that will be evaluated in a content-neutral and viewpoint-neutral manner.

Public Expression Activities are permitted in the Areas for Public Expression, which are considered "designated Public Fora." Individual rights in other spaces are governed in UCLA Policy 850: General Use of UCLA Property. Public Expression Activities are permitted in other spaces with approval in accordance with UCLA Policy 860: Organized Events or UCLA Policy 862: Major Events.

## IV. REGULATIONS GOVERNING PUBLIC EXPRESSION ACTIVITIES

### A.  Areas for Public Expression ("designated Public Fora")

UCLA has designated Areas for Public Expression on UCLA Property that may be used regardless of affiliation with UCLA and without prior scheduling on a first-come basis provided that there are no scheduled Organized or Major Events. The University will ensure that at least one of the Areas for Public Expression will be available at all times.

Public Expression Activities are not permitted at any time on the grounds of the University Residence, including the lawn area of the Ralph Cornell Grove.

1. **Place:** The Areas for Public Expression are outlined below and in Attachment A, Map of Areas for Public Expression.

    a.  Meyerhoff Park

    b.  *Bruin Plaza between Pauley Pavilion and Meyerhoff Park

    c.  **Plaza between Pauley Pavilion and James West Alumni Center

    d.  East Bruinwalk between the Student Activities Center, Ackerman and north tip of Gateway Plaza

    e.  Lawns and walkways between Meyerhoff Park, Student Activities Center, Janss Steps, and east side of Powell Library

    f.  Southeast corner of Dickson Court South

    g.  West outdoor entrance area of Murphy Hall

    *Bruin Plaza is frequently reserved for Registered Campus Organizations (RCOs) and University Units. To use this space for Public Expression Activities, prior approval is required from either SOLE for RCOs or the UCLA Events Office for Non-RCO Events. Public Expression Activities that have not been pre-approved by SOLE or the UCLA Events Office may be relocated or denied access depending on the availability of other Public Expression Areas or impact to any University operation including scheduled events.

    **The plaza between Pauley Pavilion and James West Alumni Center is utilized by events scheduled in Pauley Pavilion including UCLA athletic events. To use this space for Public Expression Activities, prior approval is required from UCLA Recreation. Public Expression Activities that have not been pre-approved by UCLA Recreation may be relocated or denied access depending on the availability of other Public Expression Areas or impact to any University operations including scheduled events.

2. **Time:** The Areas for Public Expression are open between the hours of 6:00am and 12:00 midnight. Between the hours of 12:00 midnight and 6:00am these areas and all other areas of campus are closed to all activities, including Areas for Public Expression, except the coming and going to/from a University building, crossing the campus, or as part of an Official University Function, Organized or Major Event.

3. **Manner:**

    a.  Individuals and groups may not impede or disrupt foot and vehicular traffic. Obstructing, disrupting, or otherwise interfering with the instructional, research, or administrative operations of the University, or any other person having lawful business with the University is not

permissible. Reasonable access to and exit from classrooms, laboratories, parking structures, offices and buildings must be provided at all times.

b.  Violations of law are not permitted.

c.  Activities such as posting, displaying, carrying, and/or distributing posters, signs, banners, flags, or other similar displays, literature (including distribution of non-commercial literature) and tables, or other portable displays must be in accordance with UCLA Policy 850: General Use of UCLA Property and section IV.4 of this Policy.

d.  Marching associated with a Public Expression Activity is governed by UCLA Policy 850: General Use of UCLA Property.

e.  The following applies to Amplified Sound on the Areas for Public Expression:

   i.   Amplified sound is permitted on BruinWalk without prior approval, except between the hours of midnight and 6am. When there is an Organized/Major Event in Bruin Plaza sound levels must be below 85 decibels and amplified sound not associated with the scheduled event is not permitted during the time of the event.

   ii.  Amplified Sound is not permitted on Dickson Court South or on BruinWalk in front of Engineering 6, except when approved by the UCLA Events Office as part of an Organized/Major Event.

   iii. In the other Areas for Public Expression, Amplified Sound is permitted from 12pm-1pm without prior approval, provided sound levels do not disrupt academic activities in adjacent buildings.  Amplified Sound is not permitted on the 10th & 11th weeks of a quarter without prior approval from the UCLA Events Office.

   iv.  Except as expressly provided in this paragraph (e), use of Amplified Sound and sound levels must be in accordance with UCLA Policy 850: General Use of UCLA Property.

4.  **Additional Regulations for East Bruin Walk**: In accord with UCLA Policy 850: General Use of UCLA Property, the following additional regulation below applies:

Tables on East Bruin Walk

The existing tables on East Bruin Walk can be utilized on a first-come basis except when a Designated University Official reserves a few tables for the purpose of maintaining access for Registered Campus Organizations. Due to the limited space available on East Bruin Walk, table usage will be limited to one table per organization.

When using a table on East Bruin Walk, the display area is limited to the table and the area immediately behind it. Displays on East Bruin Walk must be attended at all times. The name of the sponsoring organization must be visible at the table.

## V. REFERENCES

1.  UCLA Policy 850: General Use of University Property
2.  UCLA Policy 860: Organized Events
3.  UCLA Policy 862: Major Events
4.  UCLA Policy 850.1: Placement of Temporary Structure on UCLA Campus
5.  Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California
6.  UC PACAOS 30: Policy on Speech and Advocacy
7.  UC PACAOS 40: Policy on Use of University Properties
8.  UC APM-010: Academic Freedom
9.  OGC Guidance on political activities

**UCLA Interim Policy 852**                                                      **Page 4 of 4**

## VI. ATTACHMENTS

A.  Map of Areas for Public Expression

**Issuing Officer**

**/s/ Michael J. Beck**

**Administrative Vice Chancellor**

**Questions concerning this policy or procedure should be referred to the Responsible Department listed at the top of this document**

## UCLA Interim Policy 860:  Organized Events

| | |
|---|---|
| Issuing Officer: | Administrative Vice Chancellor |
| Responsible Department: | Administrative Vice Chancellor's Office |
| Effective Date: | September 4, 2024 |
| Supersedes: | UCLA Regulations on Activities, Registered Campus Organizations, and Use of Properties, dated 9/25/2017 and UCLA Policy 860, dated 9/23/2008 |

I.   **PURPOSE & SCOPE**
II.  **DEFINITIONS**
III. **POLICY STATEMENT**
IV.  **PROCEDURES**
V.   **REFERENCES**

## I. PURPOSE AND SCOPE

UCLA is committed to supporting the UCLA community to host events on UCLA Property that supplement and support University's teaching, research, and public service mission. Toward that end, UCLA makes certain facilities and outdoor areas available to the UCLA community for events with written permission, when all terms and conditions are met.

This Policy operates in conjunction with related University of California ("University") and campus Use Policies, as outlined in UCLA Policy 850: General Use of UCLA Property. In addition to this Policy and related Use Policies, Non-Affiliates must comply with The Regents of the University of California's Regulations Governing Conduct of Non-Affiliates in the Buildings and Grounds of the University of California ("Regulations"), see Section V. References.

This Policy sets forth the conditions under which affiliate and Non-Affiliate individuals and groups may utilize UCLA Property for Organized Events.

## II. DEFINITIONS

For the purposes of this Policy:

See Policy 850: General Use of UCLA Property, Attachment A

## III. POLICY STATEMENT

This Policy and related Use Policies establishes provisions for Organized Events on UCLA Property. In addition, events with visiting dignitaries as outlined in UCLA Policy 106 must follow UCLA Policy 106 and UCLA Procedure 860.2, and events that constitute a Major Event must comply with UCLA Policy 862: Major Events.

Privileges of scheduling events on UCLA Property may be revoked for Event Organizers that repeatedly violate and/or significantly violate any University or UCLA policies or laws.

Organized Events must comply with UCLA's obligations under applicable federal and state law and policy to provide accessibility pursuant to the Americans with Disabilities Act and the Equal Education Opportunities Act, Title VI of the Civil Rights Act.

The University derives its authority from the State of California Constitution, Article I, Section 9. All pertinent federal, state, and local laws, and University and UCLA policies are in force on UCLA Property and policies may be enforced by Designated University Officials and laws may be enforced by off-campus agencies.

All persons on UCLA Property are required to abide by University and UCLA policies. Violation of University or UCLA policies may subject a person to legal penalties; if the person is a Student or Employee, that person may also be subject to University discipline in accordance with University and UCLA policies and any relevant collective bargaining agreements.

### A.  Campus Venue Scheduling and Policies

In addition to this Policy and related Use Policies, as outlined UCLA Policy 850: General Use of UCLA Property, an Event Organizer must comply with the specific requirements and scheduling procedures of the Campus Venue Scheduler that may host the Organized Event. The policies and scheduling procedures for each specific Campus Venue Scheduler may vary.

Reservations are finalized only after arrangements have been approved in accordance with this Policy. Permission to use UCLA Property is not to be construed as endorsement by the University.

### B.  Event Online (EOL) Registration

The Events Online (EOL) Registration is the University's official event notification and registration system for events on UCLA Property. An Organized Event that includes any of the following must complete an EOL Registration:

1.   Non-Affiliates expected as attendees;
2.   A Non-Affiliate as a guest speaker with more than 50 attendees;
3.   Non-academic in-person activities with more than 50 UCLA Students and/or Employees;
4.   Alcohol;
5.   Tenting;
6.   Media coverage; or
7.   Distribution or the sale of food and/or merchandise.

All requests must be submitted through EOL Registration for appropriate review and approval at a minimum of ten (10) working days prior to the execution or administration of any Organized Event. The Campus Venue Scheduler is responsible for initiating the EOL Registration that will send a registration form to the Event Organizer (see Section IV. Procedures).

Any EOL Registration submitted after the ten (10) working days will be subject to denial and/or cancellation.  Exceptions to the minimum of ten (10) working days will be considered by SOLE and/or the UCLA Events Office for Registered Campus Organizations and University Unit Event Organizers only in the following circumstances:

i.    RCO or University Unit Event Organizers are unable to confirm the availability of a speaker/performer or meet the availability of the speaker/performer within the minimum timeframe; and/or

ii.   RCO or University Unit Event Organizers request an Organized Event and the nature of the event is time sensitive such that it could not take place if prior to the minimum timeframe were met.

As part of the review process, the EOL Registration notifies via email, applicable campus service providers and administration based on the Event Organizer's requirements as stated via a checklist on the registration form. The notified campus service providers and/or administration will review the notification(s) and as applicable, make any comments and/or stipulations such as health and safety permits/requirements to the Organized Event that may need to be completed prior to approval.

If aspects of an approved Organized Event change or had not been disclosed by the Event Organizer at the time of approval, UCLA reserves the right to deem the Organized Event as a Major Event, subject to UCLA Policy 862 (to the extent that policy applies) and/or other applicable University or UCLA policies.

## C. Contracted Services

UCLA retains first right of refusal for all contracted services, goods, and/or equipment to facilitate the use of any UCLA Property. All services, goods and/or equipment required for such use must coordinate and execute all such services, goods, and/or equipment with Campus Venue Scheduler policies.

## D. Pre-Event Requirements

Event Organizers must comply with all pre-event requirements as established in other policies including but not limited to SOLE, the UCLA Events Office, UCLAPD/Office of Campus Safety, Risk Services, Registrar's Office, ASUCLA, and the facility manager. A variety of permits and/or waivers may be required, for example, to distribute food or drinks or to film the event. The SOLE and/or the UCLA Events Office is responsible for determining whether an Event Organizer has complied with all relevant policies and obtained the necessary permits and/or waivers.

## E. Outdoor Sound Amplification

Except as provided in UCLA Policy 852: Public Expression Activities, all Organized Events utilizing sound amplification systems must obtain specific approval for such amplification in advance from the UCLA Events Office for non-RCO Organized Events or SOLE for RCO Organized Events. All sound amplification systems and sound levels must comply with UCLA Policy 850: General Use of UCLA Property.

## F. Costs

All Event Organizers will be charged (1) event production fees, which includes but not limited to, use of the venue and other equipment and service costs in accordance with standard rate tables of the administrative bodies involved and (2) Audience Management Fees. See UCLA Policy 862 for security costs associated with Public Expression Activities related to an event.

Event Organizers requiring special facility arrangements, including, but not limited to equipment, staffing, or security for their event may be charged fees in accordance with standard rate tables of the administrative bodies involved. In such cases, deposits and financial accountability may be required. UCLA has the right to cancel any Organized Event that fails to pay necessary fees. If payment cannot be made for all applicable fees prior to the Organized Event date, payment arrangements must be made in advance with the appropriate Campus Venue Scheduler.

## G. Advance Ticketing

When Advance Ticketing is used for an Organized Event, UCLA Central Ticket Office (CTO) must be contacted to coordinate the ticket process or to approve an online vendor. Contact the Venue Scheduler or UCLA Central Ticketing (CTO) at 310-206-6161 or cto@tickets.ucla.edu.

## H. Appeal Process for Denial of Use of Property

If an Event Organizer feels that the denial of a property use request violates University or UCLA policies, the Event Organizer may submit an appeal for final determination.

An Event Organizer may submit an appeal to the appropriate appeals officer, as outlined below, within two (2) business days of the notification of denial or cancellation of property use. The appeals officer will respond to the appeal within three (3) business days following the receipt of the appeal.

1. Registered Campus Organization and other student related events, submit appeals to the Vice Chancellor of Student Affairs or designee; and

2. University Units, Support Groups, and Non-Affiliates, submit appeals to the Administrative Vice Chancellor or designee.

A successful appeal does not guarantee the Event Organizer's venue of choice.

### I. Safety Cancellation of an Organized Event

If during an Organized Event an imminent threat to safety or property arises, avoidance or minimization of which requires cancellation of the event, authority to cancel the event rests with a Senior Administrator or UCLA Fire Marshall that is present and available. If no such person is present or available, authority is designated to the highest-ranking UCLAPD officer at the event.

### J. Public Expression Activities Connected to an Organized Event

During the process of coordinating an Organized Event, the University is made aware of any actual or suspected planned Public Expression Activity that could disrupt the event, the event will be deemed a Major Event and subject to UCLA Policy 862, Major Events.

If during the Organized Event, Public Expression Activities occur, a Designated University Official may, based on the Safety and Security Criteria and/or the Interference Criteria, designate a location/area that is proximate to the Organized Event for the Public Expression Activity.

For Public Expression Activities not connected to an Organized Event, see Policy 852: Public Expression Activities.

For marches associated with Public Expression Activity, see UCLA Policy 850: General Use of UCLA Property.

### K.  Notice of Safety Considerations by Event Organizers and Senior Administrators

Notifying the University of any possible demonstrations related to an Organized Event is critical as it enables the University to proactively coordinate and communicate with potential demonstrators in advance of an event. In doing so, UCLA becomes better positioned to promote the free speech rights and physical safety of all parties- including the invited speaker and any demonstrators or counter-demonstrators.

Prior to any Organized Event, any Event Organizer or Senior Administrator affiliated with an Organized Event and/or who becomes aware of a possible demonstration likely to occur at the Organized Event should promptly alert the Administrative Vice Chancellor ("AVC") at adminvc@ucla.edu or UCPD at 310-825-1491.

## IV. PROCEDURES

Scheduling of Organized Events is subject to availability on a first-come first-serve basis, and in the instance when there is more than one event request, priority for the use of UCLA Property will be given first to University Units and Registered Campus Organizations.  All proposed Organized Events will be reviewed and approved in a viewpoint-neutral manner, provided however that Organized Events in Areas for Public Expression will be approved both in a viewpoint and content-neutral manner.

All Event Organizers must follow the procedures below to request and host an Organized Event that does not constitute as a Major Event, see UCLA Policy 862 to request a Major Event.

1.  University Units Requesting an Organized Event

The following steps are for University Units to request an Organized Event:

   a.  Event Organizer will contact Campus Venue Scheduler to request a venue at a minimum of **ten (10) working days**. Requesting a campus venue does not guarantee or automatically approve the location or Organized Event. The requested Organized Event and location are subject to review and approval as outlined below.

   b.  If Tickets will be utilized, contact the Central Ticket Office (CTO) at least **ten (10) working days** prior to the Organized Event.

   c.  The Campus Venue Scheduler will determine whether the event may trigger the Major Events Policy. In determining whether the event is a Major Event, the Campus Venue Scheduler will

consider the Interference Criteria. If considered a Major Event, the Campus Venue Scheduler will contact the UCLA Events Office.

      i. If the Organized Event is deemed a Major Event, the Event Organizer must follow the requirements as outlined in UCLA Policy 862 and notify the UCLA Events Office.

      ii. If the Organized Event is not a Major Event, the Event Organizer will continue to follow the procedures in this Policy.

d. The Event Organizer is required to advise the Campus Venue Scheduler and the UCLA Event's Office of information concerning any known or suspected planned demonstration or other potentially disruptive activity that might occur during the event.

e. At least **ten (10) working days** prior to the Organized Event, contact Insurance and Risk Management to discuss insurance assessments.

f. Fill out and submit EOL Registration form that will be sent by the Campus Venue Scheduler, who initiates the EOL Registration.

g. Notifications will be sent to applicable campus providers and/or administration that will review, comment and/or add stipulations to be completed prior to approval.

h. The EOL Registration will send the request to the department head or designee of the University Unit requesting the Organized Event for final approval.

    **Note:** By approving the Organized Event the department head has accepted the responsibility of University Guarantor for the Organized Event.

i. The EOL Registration will send the University Unit (Event Organizer) notification of approval.

2.  Registered Campus Organizations (RCO) Requesting an Organized Event

RCO weekly meetings are generally not an Organized or Major Event, see Policy XXX Registered Campus Organizations. However, if the presence of a third-party speaker or guest is reasonably likely to result in a demonstration or substantial disruption to campus activities, this may trigger a Major Event subject to Policy 862. For questions and guidance, contact the RCO SOLE Advisor.

The following steps are for RCOs to request an Organized Event:

a. Prior to making any arrangements or reservations, contact your SOLE advisor <u>first</u>, to discuss and obtain initial consent about the scope of the event, including but not limited to: the nature of the program; number of anticipated guests; any external participants; desired location; and funding sources. The Event Organizer is required to advise the SOLE Advisor of information concerning any known or suspected planned demonstration or other potentially disruptive activity that might occur during the event.

b. Contact Campus Venue Scheduler at a minimum of **ten (10) working days** to reserve location. Reserving a campus venue does not guarantee or automatically approve the location or Organized Event. The requested Organized Event and location are subject to review and approval as outlined below.

c. The SOLE advisor and/or Campus Venue Scheduler will determine whether or not the Organized Event will trigger the Major Events Policy. In determining whether the event is a Major Event, the SOLE advisor and/or Campus Venue Scheduler will consider the Interference Criteria. If considered a Major Event, the SOLE Advisor and/or Campus Venue Scheduler will contact the UCLA Events Office.

      i. If the Organized Event is deemed a Major Event, the Authorized Representative of the RCO must follow the requirements as outlined in UCLA Policy 862.

      ii. If the Organized Event is not a Major Event, the Authorized Representative of the RCO will continue to follow the procedures in this Policy.

d.  If Tickets will be utilized, contact the Central Ticket Office (CTO) at least **ten (10) working days** prior to the Organized Event.

e.  In compliance with UC Business and Finance Bulletin BUS-63 (https://policy.ucop.edu/doc/3520339/BFB-BUS-63),  submit proof of event insurance at least **ten (10) working days** prior to the Organized Event. Event Organizers are encouraged to apply for insurance coverage at the earliest possible time to allow for processing of their insurance application and for underwriting. Please note that submission of an application does not guarantee coverage.

    RCO Event Organizers should follow the procedures described at https://ucla.campusconnexionsuc.com/student-campus-groups/registered-campus-organization/event-liability.html to arrange for insurance through the approved University provider (at the time of Policy enactment, Mercer was the approved insurance carrier).

f.  The RCO Authorized Representative will fill out and submit the EOL Registration form that will be sent by the Campus Venue Scheduler, who initiates the EOL Registration.

g.  Notifications will be sent to applicable campus providers and/or administration that will review, comment and/or add stipulations to be completed prior to approval.

h.  The EOL Registration will send the request to your SOLE advisor for final approval.

    **Note:** The RCO requesting the Organized Event accepts full responsibility for the Organized Event.

3.  Organized Event Requests by Non-Affiliates

Non-Affiliates must have a University Guarantor to schedule an Organized Event on UCLA Property. A guaranty may be approved in one of the following ways:

a.  Departmental Guaranty

    A University Unit or Authorized Student Government, may guaranty an Organized Event proposed by a Non-Affiliate group (Institution) when the group or event has a direct programmatic relationship to the purposes of the guarantying University Unit. Such a guaranty may be given or refused only on a viewpoint-neutral basis, provided however that a guaranty for an Organized Event in an Area for Public Expression will be given or refused both on a viewpoint and content-neutral basis.

b.  Institutional Guaranty

    An Organized Event proposed by a non-University group that has no direct programmatic relationship to a University Unit may be guaranteed by the University as an institution. Such communication will be submitted to the UCLA Events Office and subject to review by the Administrative Vice Chancellor, which will make a recommendation to the Chancellor or designee, who may grant an Institutional Guaranty. Such a guaranty may be given or refused only on a viewpoint-neutral basis, provided however that a guaranty for an Organized Event in an Area for Public Expression will be given or refused both on a viewpoint and content-neutral basis.

c.  Off-Campus Event Guaranty

    Organized Events for which there will be a general appeal to an off-campus audience, including events involving off-campus publicity, promotion, ticketing, or media coverage or which are organized, produced, or funded by an off-campus entity, must have an Institutional Guaranty as defined above, or may be authorized only by one of the following University Units, who will act as the University Guarantor:

    i.    UCLA Events Office

    ii.   UCLA Live/Art of Performance

    iii.  UCLA Performing Arts

    iv.    UCLA Housing and Hospitality Services

    v.    UCLA Department of Intercollegiate Athletics

    vi.    UCLA Student Affairs

    vii.    UCLA Extension (UNEX)

    viii.    UCLA External Affairs

    ix.    ASUCLA Services & Enterprises

    x.    UCLA School of the Arts & Architecture

    xi.    UCLA School of Theater, Film & Television

    xii.    UCLA Herb Alpert School of Music

    xiii.    UCLA Anderson School of Management

    xiv.    UCLA Luskin School of Public Affairs

    xv.    UCLA Luskin Conference Center

    xvi.    UCLA College of Letters and Science

Any such guaranty may be given or refused only on a viewpoint-neutral basis, provided however that a guaranty for an Organized Event in an Area for Public Expression will be given or refused both on a viewpoint and content-neutral basis.

Once the University Guarantor has been established, the following steps are for Non-Affiliates to request an Organized Event:

1. Contact Campus Venue Scheduler at a minimum of **ten (10) working days** to reserve location. Reserving a campus venue does not guarantee or automatically approve the location or Organized Event. The requested Organized Event and location are subject to review and approval as outlined below.

2. The Campus Venue Scheduler will confirm the University Guarantor and determine whether or not the event may trigger the Major Events Policy. In determining whether the event is a Major Event, the Campus Venue Scheduler will consider the Interference Criteria. If considered a Major Event, the Campus Venue Scheduler will contact the Events Office.

    i.    If the Organized Event is deemed a Major Event, the Event Organizer must follow the requirements as outlined in UCLA Policy 862 and notify the Events Office.

    ii.    If the Organized Event is not a Major Event, the Event Organizer will continue to follow the procedures in this Policy.

3. If Tickets will be utilized, contact the Central Ticket Office (CTO) at least **ten (10) working days** prior to the Organized Event.

4. In compliance with UC Business and Finance Bulletin BUS-63 (https://policy.ucop.edu/doc/3520339/BFB-BUS-63), submit proof of event insurance at least **ten (10) working days** prior to the Organized Event. Event Organizers are encouraged to apply for insurance coverage at the earliest possible time to allow for processing of their insurance application and for underwriting. Please note that submission of an application does not guarantee coverage.

   Non-Affiliates (Event Organizers) must submit to the UCLA Events Office a Certificate of Insurance naming "THE REGENTS OF THE UNIVERSITY OF CALIFORNIA" as an additional insured and including an additional insured endorsement with General Liability coverage defined by the UCLA Office of Risk Management, but not less than one million dollars ($1,000,000) per occurrence.

   Organized Events booked on ASUCLA Operated Properties must also submit Certificate of Insurance naming Associated Students UCLA as additionally insured.

**Note:** The event cannot proceed unless the Certificate is provided to the UCLA Events Office in advance of the event.

The Non-Affiliate Event Organizer may purchase coverage by going to https://ucla.campusconnexionsuc.com/student-insurance/tenant-user-liability-insurance.html constituents, or another insurance provider of their choosing. Depending on the risks associated with the event, the Event Organizer may be required to provide higher amounts of general liability coverage, additional types of insurance, or both.

5.  The Event Organizer is required to advise the Campus Venue Scheduler of information and the UCLA Events Office concerning any known or suspected planned demonstration or other potentially disruptive activity that might occur during the event.

6.  The University Guarantor will fill out and submit the EOL Registration form sent by the Campus Venue Scheduler, who initiates the EOL Registration.

7.  Notifications will be sent to applicable campus providers and/or administration that will review, comment and/or add stipulations to be completed prior to approval.

8.  The EOL Registration will send the request to the University Guarantor for final approval.

9.  The University Guarantor will notify the Non-Affiliate (Event Organizer) of the approval.

Individual Employees and Students that are requesting an Organized Event for personal activities, not associated with the University, are required to follow the Organized Event steps by Non-Affiliates.

## V. REFERENCES

1.  UCLA Policy 850: General Use of UCLA Property
2.  UCLA Policy 852: Public Expression Activities
3.  UCLA Policy 862: Major Events
4.  UCLA Policy 106: Visiting Dignitaries
5.  UCLA Policy 860.2: Security Arrangements for Special Visitors
6.  UCLA Policy 850.1: Placement of Temporary Structure on UCLA Campus
7.  Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California
8.  UC PACAOS 30: Policy on Speech and Advocacy
9.  UC PACAOS 40: Policy on Use of University Properties
10. Robinson-Edley Report on Response to Protests on UC Campuses.

**Issuing Officer**

**/s/ Michael J. Beck**
_____

**Administrative Vice Chancellor**

**Questions concerning this policy or procedure should be referred to
the Responsible Department listed at the top of this document**

# UCLA Interim Policy 862:  Major Events

| | |
|---:|:---|
| Issuing Officer: | Administrative Vice Chancellor |
| Responsible Department: | Administrative Vice Chancellor's Office |
| Effective Date: | September 4, 2024 |
| Supersedes: | UCLA Interim Policy 862, dated 5/9/2018 |

I.    **PURPOSE & SCOPE**
II.   **DEFINITIONS**
III.  **POLICY STATEMENT**
IV.  **PROCEDURES**
V.   **REFERENCES**
VI.  **ATTACHMENTS**

## I.    PURPOSE & SCOPE

 UCLA is committed to supporting the UCLA community to host events on campus that supplement and support our mission of teaching, research, and public service. Toward that end, UCLA makes certain facilities and outdoor areas available to the UCLA community for events with written permission, when all terms and conditions are met.

This Policy operates in conjunction with related University of California ("University") and campus Use Policies, as outlined in UCLA Policy 850: General Use of UCLA Property. In addition to this Policy and related Use Policies, Non-Affiliates must comply with The Regents of the University of California's Regulations Governing Conduct of Non-Affiliates in the Buildings and Grounds of the University of California ("Regulations"), see Section V. References.

This Policy sets forth the conditions under which University and Non-Affiliate individuals and groups may utilize UCLA Property for Major Events. This Policy does not apply to residential or day camps organized on UCLA Property with the permission of a University Unit where the majority of attendees are 18 years old or younger.

## II. DEFINITIONS

For the purposes of this Policy:

See Policy 850: General Use of UCLA Property, Attachment A

## III. POLICY STATEMENT

This Policy and related Use Policies establishes provisions for Major Events on UCLA Property. In addition, visiting dignitaries as outlined in UCLA Policy 106 must follow UCLA Policy 106 and UCLA Procedure 860.2. Organized Events that do not constitute a Major Event must follow UCLA Policy 860: Organized Events. Event Organizers that repeatedly violate and/or significantly violate any University or UCLA policies or laws, may have their privileges of scheduling events on UCLA Property revoked.

Major Events must comply with UCLA's obligations under applicable federal and state law and policy to provide accessibility pursuant to the Americans with Disabilities Act and the Equal Education Opportunities Act, Title VI of the Civil Rights Act.

The University derives its basic authority from the State of California Constitution, Article I, Section 9. All pertinent federal, state, and local laws, and University and UCLA policies are in force on UCLA Property and policies may be enforced by Designated University Officials and laws may be enforced by off-campus agencies.

All persons on UCLA Property are required to comply with University and UCLA policies. Violation of University or UCLA policies may subject a person to legal penalties; if the person is a Student or Employee, that person may also be subject to University discipline in accordance with University and UCLA policies and any relevant collective bargaining agreements.

Any determination by the Chancellor or the Chancellor's designee(s) (see Attachment B) that an event constitutes a Major Event will be based on their assessment of the Safety and Security Criteria or Interference Criteria as defined in UCLA Policy 850: General Use of UCLA Property, Attachment A: Definitions.

### A.  Campus Venue Scheduling and Policies

See UCLA Policy 860: Organized Events, Section III.A.

### B.  Event Online (EOL) Registration

The Events Online (EOL) Registration is the University's official event notification and registration system for events on UCLA Property. A confirmed EOL Registration is only part of the approval process for Major Events and no Major Event may occur without both (1) an EOL Registration and (2) written approval from one of the Chancellor's designees (see Attachment B).

All property use requests must be submitted through EOL Registration for appropriate review at a minimum of fifteen (15) working days, preferably twenty (20) working days prior to the execution or administration of any Major Event. The Campus Venue Scheduler is responsible for initiating the EOL Registration that will send a registration form to the Event Organizer (see Section IV. Procedures).

Any EOL Registration submitted after fifteen (15) working days will be subject to denial and/or cancellation.  Exceptions to the minimum of fifteen (15) working days will be considered by SOLE and/or the UCLA Events Office only in the following circumstances:

1. **For all Event Organizers**: if a good faith request for an Organized Event that has already identified all aspects of the event including speaker/performer and was deemed a Major Event by the Chancellor or Chancellor designees(s) (see Attachment B) that would place the event date after the fifteen (15) day minimum.

2. **For RCO and University Unit Event Organizers only**: if you are unable to confirm the availability of a speaker/performer or meet the availability of the speaker/performer within the minimum timeframe

3. **For RCO and University Unit Event Organizers only:** for a request of a Major Event and the nature of the event is time sensitive and did not occur prior to the minimum timeframe.

As part of the review process, the EOL Registration notifies via email, applicable campus service providers and administration based on the Event Organizer's requirements as stated via a checklist on the registration form. The notified campus service providers and/or administration will review the notification(s) and as applicable, make any comments and/or stipulations, such as health and safety permits/requirements to the Major Event that may need to be completed prior to final approval by one of the Chancellor's designees (see Attachment B).

### C.  Contracted Services

See UCLA Policy 860: Organized Events, Section III.C.

### D.  Pre-Event Requirements

See UCLA Policy 860: Organized Events, Section III.D.

### E.  Outdoor Sound Amplification

See UCLA Policy 860: Organized Events, Section III.E.

## F.  Costs

All Event Organizers will be charged (1) event production fees, which include but not limited to, use of the venue and other equipment and service costs in accordance with standard rate tables of the administrative bodies involved and (2) Audience Management Fees.

Event Organizers requiring special facility arrangements, including, but not limited to equipment, staffing, or security for their event may be charged fees in accordance with standard rate tables of the administrative bodies involved. In such cases, deposits and financial accountability may be required. UCLA has the right to cancel any Major Event that fails to pay necessary fees. If payment cannot be made for all applicable fees prior to the Major Event date, payment arrangements must be made in advance with the appropriate Campus Venue Scheduler.

All Event Organizers will **not** be charged for any security costs incurred to respond to Public Expression Activities in connection with their Major Event or for any anticipated additional security required by UCLA based on the Safety and Security Criteria or Interference Criteria.

In order to properly balance UCLA's interest in making its venues available with the need for fiscal responsibility and other important educational and public service priorities of the University, UCLA will not spend more than:

1. $500,000 in total per academic year on security costs incurred to respond to Public Expression Activities in connection with Major Events hosted by RCOs.

2. $500,000 in total per academic year on security costs incurred to respond to Public Expression Activities in connection with Major Events hosted by University Units.

3. $250,000 in total per academic year on security costs incurred to respond to Public Expression Activities in connection with Major Events hosted by Non-Affiliates.

Once an applicable cap has been reached, no new Major Event subject to that cap will be scheduled for the remainder of the academic year, except that any Major Event that is already scheduled and approved pursuant to this Policy will be permitted to proceed and UCLA will pay for security costs attributable to Public Expression Activities in connection with such event notwithstanding the cap.

## G.  Security/Interference Assessment

UCLAPD and the Operational Assessment Team (OAT) will conduct a security/interference assessment based on information provided on the Major Event security assessment form and other information UCLAPD/OAT may obtain.

UCLAPD will assess security needs using the Safety and Security Criteria based on objective and credible evidence of specific risks and the OAT will assess the Interference Criteria.

UCLAPD/OAT will make security/interference determinations that, in UCLAPD's/OAT's professional judgment, will address security threats and potential interference identified as a result of the evaluation. The goals of UCLAPD's/OAT's security/interference determinations will be to:

1. Minimize risks to the health and safety of the event participants and audience;

2. Minimize risks of interference to the campus and surrounding community;

3. Support the ability of the Event Organizers to successfully hold the event; and

4. Respect the exercise of rights of free expression by the Event Organizer, participants, and the community, including lawful demonstrators.

Required security measures and measures to minimize interference may include adjusting the venue, date, and/or time of the event; providing additional law enforcement or other safety-related personnel; imposing controls or security checkpoints; requiring increased ticketing measures as described below; and creating buffer zones around the venue.

**H. Advance Ticketing**

Advance Ticketing is required for all Major Events. Central Ticket Office (CTO) must be contacted to coordinate the Advance Ticketing process, however for Major Events where Tickets are complimentary to attendees and UCLAPD has determined as part of the security assessment, as outlined in this Policy, that the event does not have substantial security needs, Advanced Ticketing can be coordinated through CTO or online vendor approved by CTO.

An official college-, university- or state-issued identification is required for Ticket pickup at the event. The number of Tickets held, reserved, sold, and/or issued cannot exceed the venue capacity. No standby line will be allowed unless advance approval provided by UCLA Fire Department and with limited standby Tickets offered. For more information about the ticketing process, contact CTO at 310-206-6161 or cto@tickets.ucla.edu.

**I.  Appeal Process**

An Event Organizer may appeal a University decision related to the Major Events Policy if they feel the following occurred:

1.   A denial of use of property violates University or UCLA policies;

2.   A University required security measure is abuse of discretion; and/or

3.   A University restriction imposed is not view-point neutral.

The Event Organizer may submit an appeal for final determination to the appropriate appeals officer as outlined below, within two (2) business days of notification of item 1 above and/or receipt of the security assessment for items 2 & 3 above. The appeals officer will respond to the appeal within (3) business days following receipt of the appeal.

All Event Organizers may submit their appeals to the Chief Compliance and Audit Officer or designee.

A successful appeal does not guarantee the Event Organizer's venue of choice.

**J.  Safety Cancellation of a Major Event**

See UCLA Policy 860: Organized Events, Section III.I.

**K. Public Expression Activities Connected to a Major Event**

In the event the University has actual or suspected knowledge of planned Public Expression Activity that could disrupt a Major Event, a UCLA representative or the Event Organizer will prior to the beginning of the event announce the rules of participation, see Attachment C. For marches associated with a Public Expression Activity, see UCLA Policy 850: General Use of UCLA Property.

**L.  Notice of Safety Considerations by Event Organizers and Senior Administrators**

See UCLA Policy 860: Organized Events, Section III.K.

## IV. PROCEDURES

Scheduling of Major Events subject to availability on a first-come first-serve basis and in the instance, there is more than one event request, priority for the use of UCLA Property will be given to University Units and Registered Campus Organizations All proposed Major Events will be reviewed and approved in a viewpoint-neutral manner, provided however that Major Events in Areas for Public Expression will be approved both in a viewpoint and content-neutral manner.

If UCLAPD, OAT, SOLE, or Campus Venue Scheduler determines that, because of new information it has received or changing circumstances, its assessment must be modified, it will schedule additional meetings or communications with Event Organizers and other appropriate stakeholders to discuss its revised recommendations.

All Event Organizers must follow the following procedures to host a Major Event (see Attachment A for the flowchart of *UCLA's Approval Process for Major Events*):

1. <u>University Units Hosting a Major Event</u>

The following steps are required for University Units to host a Major Event:

    a.  Contact Campus Venue Scheduler at a minimum of **<u>fifteen (15), preferably twenty (20) working days</u>** to reserve event location. Reserving a campus venue does not guarantee or automatically approve the location or Major Event. The requested Major Event and location is subject to review and approval as outlined below.

    b.  The Event Organizer is required to advise the Campus Venue Scheduler and the UCLA Events Office of information concerning any known or suspected planned demonstration or other potentially disruptive activity that might occur during the event.

    c.  Complete and submit the EOL Registration form that will be sent by the Campus Venue Scheduler, who initiates the EOL Registration. Notifications will be sent to applicable campus providers and/or administration that will review, comment, and/or add stipulations to be completed prior to approval.

    d.  Contact the Central Ticket Office (CTO) at least **<u>fifteen (15) days prior to the Major Event date, preferably twenty (20) working days</u>**.

    e.  Complete and submit a Major Event security assessment form at least **<u>fifteen (15) working days</u>** prior to the Major Event. Contact UCLAPD Special Events at 310-825-6543 or at <u>SpecialEvents@ucpd.ucla.edu</u> to request the Major Event security assessment form.

        UCLAPD/OAT will conduct a security/interference assessment as outlined in Section III.G.

        i.  If UCLAPD and/or OAT determines the event has substantial security needs and/or potential interference, the Event Organizer must schedule a Security/Interference Assessment Meeting with UCLAPD/OAT no later than **<u>ten (10) working days</u>** prior to the event date. The meeting will include, as necessary, the following: the SOLE Advisor for RCO events or UCLA Events Office for non-RCO events, the Campus Venue Scheduler or designee; and one or more representatives from the Event Organizer (including, in the case of an RCO, at least one signatory). The representatives of the Event Organizer serving as first contacts will be made known to UCLAPD/OAT at this time and will be present at meetings and available for consultation throughout the event-planning period. The Event Organizer is required to advise the security assessment team and OAT of information concerning any known or suspected planned demonstrations or other potentially disruptive activity that might occur during the event. UCLAPD/OAT will discuss security and interference concerns and determinations at the Security/Interference Assessment Meeting, and meeting participants will discuss options for addressing security and interference concerns that UCLAPD/OAT have identified.

        ii.  The UCLAPD Police Chief or designee may inform others, including but not limited to representatives from local municipal and community entities about the event. UCLA Government and Community Relations may be included in these communications as a liaison to elected officials and/or surrounding community groups. The UCLAPD Police Chief or any member of this group may request additional meetings in advance of the event to discuss concerns.

    f.  Meet with the Campus Venue Scheduler, in consultation with the UCLA Events Office, to review event details at least **<u>ten (10) working days,</u>** prior to the Major Event. The Campus Venue Scheduler will schedule an event coordination meeting with the University Unit (Event Organizers) to exchange information about the event and discuss logistical expectations. The

UCLA Events Office may request an additional meeting to ensure that all instructions given (e.g., at the event coordination meeting) have been carried out.

g.  At least **ten (10) working days** prior to the Major Event, designate to UCLA Strategic Communications a representative who is responsible for media relations, so they know with whom to coordinate regarding logistical matters involving media organizations.

  Any publicity materials for the Major Event must comply with but not limited to, UCLA Policy 110: *Use of the University's Names, Seals, and Trademarks*, available at http://www.adminpolicies.ucla.edu/pdf/110.pdf.

h.  At least ten **(10) working days** prior to the Major Event, contact Insurance and Risk Management to discuss insurance assessments.

i.  When the steps above have been completed, the EOL Registration will send the request to the department head of the University Unit requesting the Major Event for final confirmation.

  **Note:** By confirming the Major Event the department head has accepted the responsibility of University Guarantor for the Major Event.

j.  Once the department head has confirmed the Major Event, contact the appropriate Chancellor's designee (see matrix, attachment B) for final approval of the Major Event in writing (email notification is sufficient).

k.  The EOL Registration will send the University Unit notification of confirmation and the Chancellor's designee will email the University Unit the final approval.

2.  <u>Registered Campus Organizations (RCO) Hosting a Major Event:</u>

The following steps are required for RCOs to host a Major Event

a.  Prior to making any arrangements or reservations, contact your SOLE advisor <u>first</u>, to discuss and obtain initial consent about the scope of the event, including but not limited to: the nature of the program; number of anticipated guests; any external participants; desired location; and funding sources.  The Event Organizer is required to advise the SOLE advisor of information concerning any known or suspected planned demonstrations or other potentially disruptive activity that might occur during the event.

b.  Contact Campus Venue Scheduler to reserve location at a minimum of **fifteen (15), preferably twenty (20) working days**. Reserving a campus venue does not guarantee or automatically approve the location or Major Event. The requested Major Event and location is subject to review and approval as outlined below.

c.  The RCO Authorized Representative will fill out and submit the EOL Registration form sent by the Campus Venue Scheduler, who will initiate the EOL Registration. EOL Registration notifications will be sent to applicable campus providers and/or administration that will review, comment and/or add stipulations to be completed prior to approval.

d.  Contact the Central Ticket Office (CTO) at least **fifteen (15), preferably twenty (20) working days** prior to the Major Event date.

e.  The Authorized Representative will complete and submit a Major Event security assessment form at least **fifteen (15) working days** prior to the Major Event. Contact UCLAPD Special Events at 310-825-6543 or at SpecialEvents@ucpd.ucla.edu to request the Major Event security assessment form. See Section IV.1.e of this Policy for more details and requirements

f.  Meet with your SOLE Advisor to review event details at least **ten (10) working days** prior to the Major Event. The SOLE Advisor will schedule an event coordination meeting to exchange information about the event and discuss logistical expectations. The SOLE Advisor may request

an additional meeting to ensure that all instructions given (e.g., at the event coordination meeting) have been carried out.

g. At least **ten (10) working days** prior to the Major Event, designate to your SOLE Advisor a representative who is responsible for media relations, so that UCLA Strategic Communications knows with whom to coordinate regarding logistical matters involving media organizations.

Any publicity materials for the Major Event must comply with but not limited to, UCLA Policy 110: *Use of the University's Names, Seals, and Trademarks*, available at http://www.adminpolicies.ucla.edu/pdf/110.pdf.

h. In compliance with UC Business and Finance Bulletin BUS-63 (https://policy.ucop.edu/doc/3520339/BFB-BUS-63), submit proof of event insurance at least **ten (10) working days** prior to the Major Event. Event Organizers are encouraged to apply for insurance coverage at the earliest possible time to allow for processing of their insurance application and for underwriting. Please note that submission of an application does not guarantee coverage.

RCO Event Organizers should follow the procedures described at https://ucla.campusconnexionsuc.com/student-campus-groups/registered-campus-organization/event-liability.html to arrange for insurance through the approved University provider (at the time of Policy enactment, Mercer was the approved insurance carrier).

If insurance through the approved University provider is not approved for the event, the RCO can obtain insurance through another provider, as long as the insurance coverage is identical to the coverage provided by the approved University provider.

If insurance through another provider is also not approved, contact the Director of Insurance and Risk Management, who will consult as applicable with the AVC, OAT, or other appropriate office, to determine and assess the risks and liabilities of a non-insured event.

**Note:** If you are unable to obtain insurance, your event may not proceed.

i. When the steps above have been completed, the EOL Registration will send the request to your SOLE advisor for confirmation of the Major Event.

**Note**: The RCO requesting the Organized Event accepts full responsibility for the Major Event.

j. Once the Sole Advisor has confirmed the Major Event, contact the appropriate Chancellor's designee (see Attachment B) for final approval of the Major Event in writing (email notification is sufficient).

k. The EOL Registration will send the RCO Authorized Representative notification of confirmation and the Chancellor's designee will email the RCO Authorized Representative the final approval.

3. Non-Affiliates Hosting a Major Event

Non-Affiliates must have a University Guarantor to schedule a Major Event on UCLA Property. See Section IV.3 of UCLA Policy 860: Organized Events for approved University Guarantors.

Individual Employees and Students that are requesting a Major Event for personal activities, not associated with the University, are required to follow the Major Event steps by Non-Affiliates.

Once the University Guarantor has been established the following steps are for Non-Affiliates to host a Major Event

a. Contact Campus Venue Scheduler to reserve location at a minimum of **fifteen (15), preferably twenty (20) working days**. Reserving a campus venue does not guarantee or automatically approve the location or Major Event. The requested Major Event and location is subject to review and approval as outlined below.

b.  The Event Organizer is required to advise the campus venue of information concerning any known or suspected planned demonstrations or other potentially disruptive activity that might occur during the event.

c.  The University Guarantor (University Unit, Institutional or Off-Campus Event Guaranty, as applicable) will fill out and submit an EOL Registration form sent by the Campus Venue Scheduler, who initiates the EOL Registration. EOL Registration notifications will be sent to applicable campus providers and/or administration that will review, comment, and/or add stipulations to be completed prior to approval

d.  Contact the Central Ticket Office (CTO) at least **fifteen (15), preferably twenty (20) working days** prior to the Major Event date.

e.  Complete and submit a Major Event security assessment form at least **fifteen (15) working days** prior to the Major Event. Contact UCLAPD Special Events at 310-825-6543 or at SpecialEvents@ucpd.ucla.edu to request the Major Event security assessment form. See Section III.G. of this Policy for more details and requirements.

f.  Meet with the Campus Venue Scheduler, in consultation with the UCLA Events Office, to review event details at least **ten (10) working days,** prior to the Major Event. The Campus Venue Scheduler will schedule an event coordination meeting with the Non-Affiliate (Event Organizers) to exchange information about the event and discuss logistical expectations. The UCLA Events Office may request an additional meeting to ensure that all instructions given (e.g., at the event coordination meeting) have been carried out.

g.  At least **ten (10) working days** prior to the Major Event, designate to the UCLA Events Office a representative who is responsible for media relations, so that UCLA Strategic Communications knows with whom to coordinate regarding logistical matters involving media organizations.

Any publicity materials for the Major Event must comply with UCLA Policy 110: *Use of the University's Names, Seals, and Trademarks*, available at http://www.adminpolicies.ucla.edu/pdf/110.pdf.

h.  In compliance with UC Business and Finance Bulletin BUS-63 (https://policy.ucop.edu/doc/3520339/BFB-BUS-63), submit proof of event insurance at least **ten (10) working days** prior to the Major Event. Event Organizers are encouraged to apply for insurance coverage at the earliest possible time to allow for processing of their insurance application and for underwriting. Please note that submission of an application does not guarantee coverage.

Non-Affiliates (Event Organizers) must submit to the UCLA Events Office a Certificate of Insurance naming "THE REGENTS OF THE UNIVERSITY OF CALIFORNIA" as an additional insured and including an additional insured endorsement with General Liability coverage defined by the UCLA Office of Risk Management, but not less than one million dollars ($1,000,000) per occurrence.

Major Events booked on ASUCLA Operated Properties must also submit Certificate of Insurance naming Associated Students UCLA as additionally insured.

The event cannot proceed unless the Certificate is provided to the UCLA Events Office at least **ten (10) working days** prior to the event.

The Non-Affiliate Event Organizer may purchase coverage by going to https://ucla.campusconnexionsuc.com/student-insurance/tenant-user-liability-insurance.html constituents, or another insurance provider of their choosing. Depending on the risks associated with the event, the Event Organizer may be required to provide higher amounts of general liability coverage, additional types of insurance, or both.

**Note:** If you cannot provide proof of insurance, the Major Event will be cancelled.

i.   When the steps above have been completed, the EOL Registration will send the request to the University Guarantor for final confirmation.

j.   Once the EOL Registration is confirmed, the University Guarantor will contact the appropriate Chancellor's designee (see Attachment B) for final approval of the Major Event in writing (email notification is sufficient).

k.   The University Guarantor will notify the Non-Affiliate of final approval.

## V.  REFERENCES

1.  UCLA Policy 850: General Use of UCLA Property

2.  UCLA Policy 860: Organized Events

3.  UCLA Policy 850.1: Placement of Temporary Structure on UCLA Campus

4.  UCLA Policy 106: Visiting Dignitaries

5.  UCLA Policy 860.2: Security Arrangements for Special Visitors

6.  UCLA Policy 863: Filming and Photography on Campus

7.  UCLA Policy 110: Use of the University's Names, Seals and UCLA Trademarks

8.  Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California

9.  UC PACAOS 30: Policy on Speech and Advocacy

10. UC PACAOS 40: Policy on Use of University Properties

11. UC Business and Finance Bulletin BUS-63: Insurance Requirements and Certificates of Insurance

12. Robinson-Edley Report on Response to Protests on UC Campuses.

## VI.  ATTACHMENTS

A.  UCLA Approval Process for Major Events Flowchart

B.  Chancellor's Designee Matrix for Determining and Approving a Major Event

C.  Announcement of Rules of Engagement

**Issuing Officer**

**/s/ Michael J. Beck**
**Administrative Vice Chancellor**

**UCLA Interim Policy 862** — **ATTACHMENT** — **Page 1 of 1**

### Attachment A: UCLA Approval Process for Major Events Flowchart

UCLA Policy 862 sets forth the process for the required review and approval for Major Events, and it is strongly recommended that you read the Policy prior to requesting a Major Event.

**Requesting a Major Event by Affiliation**

---

#### University Unit

Contact campus venue scheduler at a minimum of 15, preferably 20 working days to reserve location.

*Note: Reserving a campus venue does not guarantee or automatically approve the location or event.

↓

Complete the EOL Registration form that will be sent by the campus venue scheduler, who will initiate the EOL.

↓

Complete the major event security assessment form at least 15 working days prior to the event. Contact UCLAPD Special Events at 310-825-6543 or SpecialEvents@ucpd.ucla.edu to request form.

↓

Meet with the Campus Venue Scheduler at least 10 working days prior to event to review event details & logistics. Also, let the Events Office know who your rep will be to coordinate with Strategic Communications involving media organizations and publicity.

↓

Submit proof of insurance at least 10 working days to Insurance and Risk Management

↓

When the steps above have been completed, EOL will send a request to the department head for approval. Once approved, contact the Chancellor's designee (see attachment B) for final approval.

*Note: By approving the Major Event the department head has accepted the responsibility of the University Guarantor of the event.

↓

EOL will send the University Unit notification confirmation and the Chancellor's designee will email the University Unit the final approval

---

#### Registered Campus Organization

Contact SOLE advisor first, to discuss & obtain initial consent about the event scope, see Section IV.2a for more details.

↓

Contact campus venue at a minimum of 15, preferably 20 working days to reserve location.

*Note: Reserving a campus venue does not guarantee or automatically approve the location or event.

↓

The Authorized Representative of the RCO will fill out & complete the EOL Registration form that will be sent by the campus venue scheduler, who will initiate the EOL.

↓

Complete the major event security assessment form at least 15 working days prior to the event. Contact UCLAPD Special Events at 310-825-6543 or SpecialEvents@ucpd.ucla.edu to request form.

↓

Meet with Sole Advisor at least 10 working days prior to event to review event details & logistics. Let SOLE advisor know who your rep will be to coordinate with Strategic Communications involving media organizations & publicity.

↓

Submit proof of insurance at least 10 working days. See Section IV.2.h of Policy for details.

↓

When the steps above have been completed, the EOL will send a request to the SOLE Advisor for approval. Once approved, contact the Chancellor's designee (see attachment B) for final approval.

*Note: THE RCO requesting the event accepts the responsibility of the University Guarantor of the event.

↓

EOL will send notification to the RCO Authorized Rep notification of approval and the Chancellor's designee will email the final approval to the RCO Rep.

---

#### Non-Affiliate

Non-Affiliates must have a University Guarantor to schedule a Major Event on UCLA Property. See Section IV.3 of Policy, for approved University Guarantors.

↓

Once a University Guarantor has been established, contact campus venue scheduler at a minimum of 15, preferably 20 working days to reserve location.

*Note: Reserving a campus venue does not guarantee or automatically approve the location or event.

↓

The University Guarantor will complete the EOL Registration form that will be sent by the campus venue scheduler, who will initiate the EOL.

↓

Complete the major event security assessment form at least 15 working days prior to the event. Contact UCLAPD Special Events at 310-825-6543 or SpecialEvents@ucpd.ucla.edu to request form.

↓

Meet with the Campus Venue Scheduler at least 10 working days prior to event to review event details & logistics. Let the know who your rep will be to coordinate with Strategic Communications involving media organizations & publicity.

↓

Submit proof of insurance at least 10 working days See Section IV.3.h of Policy for details.

↓

When the steps above have been completed, EOL will send a request to the University Guarantor for approval. Once approved, University Guarantor will contact Chancellor's designee (see attachment B) for final approval.

↓

The University Guarantor will notify the Non Affiliate of approval.

**Attachment B: Chancellor's Designees Matrix for Determination and Approval of Major Events**

### Determination of Major Events

| Event Organizer | Campus Venue Scheduler | UCLA PD | Event's Office | SOLE |
|---|---|---|---|---|
| **University Unit** | √ | √ | √ | |
| **RCO** | √ | √ | √ | √ |
| **Non-Affiliates** | √ | √ | √ | |

### Final Approval of Major Event

| Event Organizer | Senior Advisor to the Chancellor and Chief of Staff | Administrative Vice Chancellor | Vice Chancellor Student Affairs |
|---|---|---|---|
| **University Unit** | √ | √ | |
| **RCO** | √ | | √ |
| **Non-Affiliates** | √ | √ | |

*Note: the Chancellor has the authority to determine if any event is a Major Event and approve any Major Event

### Attachment C: Announcement of Rules of Engagement

In the event the University suspects or has actual knowledge of planned demonstrations that could disrupt the event, an explicit notice to the audience will be provided at the beginning of the event.

A UCLA representative or Event Organizer will make an announcement that contains the following elements, articulated consistently across events in both substance and tone, regardless of the viewpoints expressed by the speaker or demonstrators:

1. UCLA respects freedom-of-speech, including the lawful freedom-to-protest;

2. protests may not be so disruptive as to silence the invited speaker from communicating with a willing audience;

3. after a warning, protestors whose actions prevent the event from proceeding will be escorted out, be subject to arrest, and will be held accountable under relevant laws and University policies.

For your convenience, a sample announcement is below.

### — SAMPLE ANNOUNCEMENT TEXT —

Good evening. My name is [**YOUR NAME, TITLE**]

Thank you for attending this event. Freedom of speech, which allows for the open exchange of ideas, is a core value at UCLA. As a learning environment, we never shy away from disagreement. Each member of the UCLA community has the right to present speakers and programs, as well as the right to protest speech.

Today's speaker is brought to us by [**UNIVERSITY UNIT**], which is hosting this event and invited [**SPEAKER NAME**] to UCLA. We understand that this talk may prompt sharp disagreement, and we recognize and value the rights of individuals to express their views. But the University will not permit a response or a protest that is so disruptive so as to effectively silence the invited speaker and prevent them from communicating with a willing audience.

Campus officials are present and prepared to approach any individual or group who create a disruption. They will be warned and, if the disruption continues, they will be required to leave and are subject to arrest by the university Police Department. Those individuals could be held accountable under UCLA policy as well as any applicable criminal laws.

Our goal tonight is to have a peaceful and respectful event. Please be mindful of other audience members and thank you for your attention.