Name and address:
Rebecca L. Harris
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-CV-04702-MCS-PD |
| v. | |
| Regents of the University of California, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Harris, Rebecca L.
*Applicant's Name (Last Name, First Name & Middle Initial*

212-450-4236          212-701-5236
*Telephone Number*    *Fax Number*

rebecca.harris@davispolk.com
*E-Mail Address*

of Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Rassbach, Eric C.
*Designee's Name (Last Name, First Name & Middle Initial*

288041            310-506-4611         310-506-4108
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

eric.rassbach@pepperdine.edu
*E-Mail Address*

of Pepperdine University Caruso School of Law
24255 Pacific Coast Highway
Malibu, CA 90263
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:**                                **U.S. District Judge/U.S. Magistrate Judge**