MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

\**Admitted pro hac vice*

*[Counsel continued on next page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Regents of the University of California, et al., <br><br> Defendants. | Case No. 2:24-CV-4702-MCS-PD <br> Assigned to Hon. Mark C. Scarsi and Magistrate Judge Patricia Donahue <br> **STIPULATION RE: ADR** <br> [Filed Concurrently With Proposed Order] <br> Operative Compl. Filed: October 22, 2024 <br> Discovery Cut-Off: August 4, 2025 <br> Motion Cut-off: September 8, 2025 <br> Trial Date: December 16, 2025 |

STIPULATION RE: ADR
CASE NO. 2:24-CV-4702-MCS-PD

[*Counsel continued from previous page*]

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone:   (510) 987-9800
Facsimile:   (510) 987-9757

*Attorneys for Defendants*

Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel ("Defendants") (collectively, the "Parties") submit the following Stipulation requesting that the Court: (1) vacate the portion of its prior Order (ECF 114) referring this case to private mediation as the procedure for a settlement conference or Alternative Dispute Resolution ("ADR") and (2) instead refer this case to a settlement conference in front of the magistrate judge as the procedure for a settlement conference or ADR.

## STIPULATION

1. On June 5, 2024, Plaintiffs filed a complaint in this action (ECF 1); Plaintiffs thereafter filed a First Amended Complaint on October 22, 2024 ("FAC") (ECF 101). On November 26, 2024, Defendants answered the FAC ("Answer") on behalf of Defendants (ECF 107).

2. On November 8, 2024 counsel for the Parties participated in an early meeting of counsel pursuant to Federal Rule of Civil Procedure 26(f) to discuss the topics listed in the Court's October 2, 2024 Order Setting Scheduling Conference (ECF 98), Rule 26(f), and Local Rule 26.

3. On November 18, 2024, the Parties filed their Joint Rule 26(f) Report and Discovery Plan (ECF 106), representing to the Court that they attended private mediation on September 27, 2024 (see ECF 106, at page 19, lines 23-25).

4. On November 26, 2024, the Individual Defendants filed a Motion for Judgment on the Pleadings ("MJOP") (ECF 108).

5. On December 12, 2024, counsel for both Parties discussed telephonically and confirmed their willingness to explore further settlement discussions soon.

6. On December 18, 2024, this Court issued an Order Re: Jury Trial (ECF

114), indicating private mediation as the procedure the Parties shall use for a settlement conference or ADR (*id*. at 3).  The Court's Order Re: Jury Trial further states: "The Scheduling Order indicates the procedure the Parties shall use.  If the Parties prefer an ADR procedure other than the one ordered by the Court, they shall file a Stipulation and Proposed Order" (*id*. at 5).

7. On December 20, 2024, counsel for Defendants telephonically proposed that the Parties participate in a settlement conference in front of the magistrate judge.

8. Earlier this month, Plaintiffs' counsel advised Defendants' counsel over email that Plaintiffs would be open to a settlement conference in front of the magistrate judge.

9. On January 13, 2025, Plaintiffs filed their Opposition to Defendants' MJOP (ECF 120).  Defendants' reply is due on February 3, 2025.

10. On January 17, 2024, counsel for both Parties discussed telephonically and confirmed their desire to participate in a settlement conference in front of the magistrate judge.

11. Based on the foregoing, the Parties respectfully request that the Court: (1) vacate the portion of its prior Order (ECF 114) referring this case to private mediation as the procedure for a settlement conference or ADR; and (2) instead refer this case to a settlement conference in front of the magistrate judge as the procedure for a settlement conference or ADR.

Dated: January 21, 2025

By: */s/ Matthew R. Cowan*
MATTHEW R. COWAN
*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*

Dated: January 21, 2025

By: */s/ Eric C. Rassbach*
ERIC C. RASSBACH
*Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa*

**SIGNATURE ATTESTATION**

    Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 21, 2025　　　　　Respectfully submitted,

By:　*/s/ Matthew R. Cowan*
　　　MATTHEW R. COWAN
　　　*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*