**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| Frankel, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Regents of the University of California, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-04702-MCS-PD<br>Assigned to Hon. Mark C. Scarsi and Magistrate Judge Patricia Donahue<br>**ORDER ON STIPULATION RE: ADR (ECF NO. 121)**<br>Operative Compl. Filed: October 22, 2024<br>Discovery Cut-Off: August 4, 2025<br>Motion Cut-off: September 8, 2025<br>Trial Date: December 16, 2025 |

The Court, having considered the Parties' Stipulation Re: ADR, and for good cause appearing therefrom, hereby:

(1) Vacates the portion of its prior Order (ECF 114) referring this case to private mediation as the procedure for a settlement conference or Alternative Dispute Resolution ("ADR");

(2) refers this case to a settlement conference in front of the magistrate judge as the procedure for a settlement conference or ADR. **Because the magistrate judge assigned to the case is not available to conduct the settlement conference, the Court refers the parties to Magistrate Judge Maria A. Audero.**

**IT IS SO ORDERED.**

Dated: January 28, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

CC: U.S. Magistrate Judge Maria A. Audero