Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketfund.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Rebecca L. Harris (NY Bar No. 5607080)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*
[*Counsel continued on next page*]

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-04702<br><br>**JOINT STIPULATION CONTINUING THE HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Judge: Hon. Mark C. Scarsi<br>Hearing: Feb. 24, 2025, 9:00 a.m.<br>Courtroom: 7C |

*Admitted *pro hac vice*. ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

1  [*Counsel continued from previous page*]

2   MATTHEW R. COWAN (S.B. #281114)
3   mcowan@omm.com
    O'MELVENY & MYERS LLP
4   400 South Hope Street, 19th Floor
    Los Angeles, California 90071-2899
5   Telephone: (213) 430-6000
6   Facsimile: (213) 430-6407

7   ANTON METLITSKY*
8   ametlitsky@omm.com
    JENNIFER SOKOLER*
9   jsokoler@omm.com
10  O'MELVENY & MYERS LLP
11  1301 Avenue of the Americas, Suite 1700
    New York, NY 10019
12  Telephone: (212) 326-2000
13  Facsimile: (211) 326-2061

14  MEAGHAN VERGOW*
15  mvergow@omm.com
    O'MELVENY & MYERS LLP
16  1625 Eye Street, N.W.
17  Washington, D.C. 20006
    Telephone: (202) 383-5300
18  Facsimile: (202) 383-5414

19
    Charles Robinson (S.B. #113197)
20  Rhonda Goldstein (S.B. #250387)
21  Norman Hamill (S.B. #154272)
    The Regents of the University of California
22  1111 Franklin Street, Floor 8
23  Oakland, California 94607-5201
    Telephone: (510) 987-9800
24  Facsimile: (510) 987-9757

25
26  *Attorneys for Defendants*

27

28

*Admitted *pro hac vice*. ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

**TO THE COURT:**

Plaintiffs Yitzchok Frankel, Joshua Ghayoum, Eden Shemuelian, and Dr. Kamran Shamsa ("Plaintiffs") and Defendants The Regents of the University of California, Michael V. Drake, Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., Rick Braziel, Julio Frenk (by automatic substitution), and Steve Lurie (by automatic substitution) ("Defendants") (collectively, the "Parties") hereby submit the following Joint Stipulation Continuing the Hearing on Motion for Judgment on the Pleadings.

WHEREAS, on October 22, 2024, Plaintiffs filed the First Amended Complaint in this action, *see* Dkt.101;

WHEREAS, on November 26, 2024, Defendants Drake, Block, Hunt, Beck, Gorden, and Braziel (collectively, the "Individual Defendants") filed a Motion for Judgment on the Pleadings under Federal Rule 12(c) and Motion to Dismiss under Federal Rule 12(h)(3) (the "Motion"), *see* Dkt.108;

WHEREAS, the Motion is currently scheduled for a hearing on February 24, 2025, at 9:00am, *see* Dkt.103 at 2;

WHEREAS, the Parties note that they recently scheduled a settlement conference for March 18, 2025 before Magistrate Judge Audero;

WHEREAS, the Parties have conferred and agreed to continue the hearing on the Motion to March 31, 2025, at 9:00am, *see* Rienzi Decl. ¶6;

WHEREAS, good cause exists for the agreed-upon continuance given that arguing counsel for Plaintiffs has a conflict on February 24, 2025, because of an en banc oral argument scheduled the next morning in another matter. *See* Rienzi Decl. ¶7.

JOINT STIPULATION CONTINUING THE HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS

1

1

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the

2

Parties, that:

3

The hearing on the Individual Defendants' Motion shall be continued

4

from February 24, 2025, to March 31, 2025, at 9:00am.

5

6

Dated: February 11, 2025          Respectfully submitted,

7

By: s/ *Mark L. Rienzi*

8

Mark L. Rienzi

9

*Attorney for Plaintiffs Yitzchok*
*Frankel; Joshua Ghayoum; Eden*

10

*Shemuelian; and Dr. Kamran*

11

*Shamsa*

12

By: s/ *Matthew R. Cowan*

13

MATTHEW R. COWAN

14

*Attorney for Defendants The Regents*
*of the University of California;*

15

*Michael V. Drake; Gene D. Block;*

16

*Darnell Hunt; Michael Beck; Monroe*
*Gorden, Jr.; and Rick Braziel*

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION CONTINUING THE HEARING ON MOTION FOR
JUDGMENT ON THE PLEADINGS

2

1

## <u>SIGNATURE ATTESTATION</u>

2

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other

3

signature listed, on whose behalf the filing is submitted, concurs in the

4

filing's content and has authorized the filing.

5

6

7   Dated: February 11, 2025          Respectfully submitted,

8                                     By: s/ *Mark L. Rienzi*
                                          Mark L. Rienzi
9                                         *Attorney for Plaintiffs Yitzchok*
10                                        *Frankel; Joshua Ghayoum; Eden*
                                          *Shemuelian; and Dr. Kamran*
11                                        *Shamsa*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28