# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>　　Defendants. | Case No.: 2:24-cv-04702-MCS-PD<br><br>**ORDER APPROVING PARTIES' JOINT STIPULATION CONTINUING HEARING (ECF No. 124)**<br><br>Judge: Hon. Mark C. Scarsi<br>Hearing: Feb. 24, 2025, 9:00 a.m.<br>Courtroom: 7C |

## ORDER

This Court has reviewed the parties' Joint Stipulation Continuing the Hearing on Motion for Judgment on the Pleadings, and the Court finds good cause to continue the hearing as so stipulated.

The request to continue the hearing on the Individual Defendants' Motion for Judgment on the Pleadings under Federal Rule 12(c) and Motion to Dismiss Under Federal Rule 12(h)(3) ("Motion") **is GRANTED**. The hearing on the Motion is reset for 9:00am on March 31, 2025.

Dated: February 11, 2025

_____
The Honorable Mark C. Scarsi
United States District Judge