Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketfund.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Rebecca L. Harris (NY Bar No. 5607080)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br>   Plaintiffs,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br>   Defendants. | Case No.: 2:24-cv-04702<br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION**<br>Judge: Hon. Mark C. Scarsi<br>Hearing: May 12, 2025, 9:00 a.m.<br>Courtroom: 7C |

*Admitted *pro hac vice*. ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

TO DEFENDANTS AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on May 12, 2025, at 9:00 A.M. in Courtroom 7C of the above-entitled court, located at 350 W. 1st St., Los Angeles, California, Plaintiffs will move and hereby move this Court for partial summary judgment and to permanently enjoin Defendants from operating in a way that violates Plaintiffs' rights under the First Amendment's Free Exercise Clause. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 3, 2025.

As described in more detail in the accompanying memorandum, Plaintiffs are three Jewish students and one Jewish professor at UCLA who wish to attend classes and other activities free from discrimination and antisemitic harassment. But as things stand, UCLA has failed to guarantee Plaintiffs equal access to UCLA's educational facilities, indoor and outdoor areas on campus, and UCLA-affiliated activities and programs. Rather, Defendants have supported and facilitated religion-based exclusions.

UCLA's actions violate the Free Exercise Clause. The Supreme Court has "repeatedly held that a State violates the Free Exercise Clause when it excludes religious observers from otherwise available public benefits." *Carson v. Makin*, 596 U.S. 767, 778 (2022). In addition, government policies that (1) treat "*any* comparable secular activity more favorably than religious exercise," *Tandon v. Newsom*, 593 U.S. 61, 62 (2021) (per curiam) (emphasis in original), or (2) allow for a "discretionary" system of "individualized exemptions," *Fulton v. City of Philadelphia*, 593 U.S. 522, 533, 536 (2021), violate the Free Exercise Clause unless they satisfy strict scrutiny, *Fellowship of*

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION

1

1  *Christian Athletes v. San Jose Unified Sch. Dist. Bd. of Educ.*, 82 F.4th 664, 686-90 (9th Cir. 2023) (en banc). Here, UCLA's policies violate all three commands, and the policies do not satisfy strict scrutiny.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant them partial summary judgment and a permanent injunction in this action. This request is based on this Notice of Motion and Motion; the accompanying supporting Memorandum of Points and Authorities; the L.R. 56-1 Statement of Uncontroverted Facts and Conclusions of Law; the declarations and exhibits of Yitzchok Frankel, Joshua Ghayoum, Eden Shemuelian, Kamran Shamsa, and Eric Rassbach; as well as the papers, evidence, and records on file in this action; and any other written or oral evidence or argument as may be presented at or before the time this motion is heard by the Court. Plaintiffs are filing a proposed order concurrently with this Notice of Motion and Motion.

Dated: February 28, 2025

Respectfully submitted,

/s/ *Eric C. Rassbach*
Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketfund.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Rebecca L. Harris (NY Bar No. 5607080)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

* Admitted *pro hac vice*.

‡ Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

---

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION

3