Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketfund.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Rebecca L. Harris (NY Bar No. 5607080)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>     Defendants. | Case No.: 2:24-cv-04702<br><br>**SUPPLEMENTAL DECLARATION OF KAMRAN SHAMSA**<br><br>Judge: Hon. Mark C. Scarsi<br>Hearing: May 12, 2025, 9:00 a.m.<br>Courtroom: 7C |

---

*Admitted *pro hac vice*. ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

I, Kamran Shamsa, declare and state as follows:

1. I am over the age of 18 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all of the contents of this declaration.

2. I am an observant Jew. I observe Jewish holidays and Shabbat, and my Jewish faith and identity are at the core of who I am.

3. When I was eleven years old, my family and I immigrated to the United States from Iran.

4. In Iran, I remember having to be afraid of my religion. I have recollections of going to elementary school in Iran and experiencing antisemitism and persecution because of my Jewish faith.

5. The ability to practice my religion freely, so that I didn't have to be afraid of having an "outside" religion, was the main reason why I immigrated to America.

6. Along with my family, I regularly attend services at Eretz Synagogue and Cultural Center in Los Angeles, which includes a significant Persian Jewish community.

7. I have visited Israel multiple times, including most recently in 2023, approximately four months before Hamas's terrorist attacks on Israel.

8. My religious beliefs about Israel are a core aspect of my Jewish faith. As a matter of my faith, I believe that Israel has a right to exist, that it is the homeland of the Jewish people, and that I must support Israel as a homeland for Jews. I cannot disclaim Israel or its right to exist.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of February 2025.

_____
Kamran Shamsa