Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketfund.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Rebecca L. Harris (NY Bar No. 5607080)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-4702<br><br>**THIRD DECLARATION OF ERIC RASSBACH**<br><br>Judge: Hon. Mark C. Scarsi<br>Hearing: May 12, 2025, 9:00 a.m.<br>Courtroom: 7C |

*Admitted *pro hac vice*. ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

I, Eric Rassbach, declare and state as follows:

1. My name is Eric Rassbach. I am one of the attorneys representing Plaintiffs in this action. I am submitting this declaration in support of Plaintiffs' Motion for Partial Summary Judgment and Permanent Injunction. I have personal knowledge of the contents of this declaration.

2. Exhibit 1 to this declaration is a true and correct copy of a report dated October 16, 2024, by The Task Force to Combat Antisemitism and Anti-Israeli Bias at UCLA entitled "Antisemitism and Anti-Israeli Bias at UCLA," retrieved from the website https://antisemitismreport.org/.

3. Exhibit 2 to this declaration is a true and correct copy of a report dated November 2024 by 21st Century Policing Solutions entitled "Independent Investigation & After-Action Review of Encampment-Related Events at the University of California, Los Angeles, April 2024 through May 6, 2024: Recommendations," retrieved from the University of California website at https://www.universityofcalifornia.edu/sites/default/files/2024-11/UCLA-independent-investigation-and-after-action-review-recommendations-21CP-solutions.pdf.

4. Exhibit 3 to this declaration is a true and correct copy of a report published on October 31, 2024, by the U.S. House of Representatives Committee on Education and the Workforce entitled "Antisemitism on College Campuses Exposed," retrieved from the Committee's website at https://edworkforce.house.gov/uploadedfiles/10.30.24_committee_on_education_and_the_workforce_republican_staff_report_-_antisemitism_on_college_campuses_exposed.pdf.

5. Exhibit 4 to this declaration is a true and correct copy of a report dated December 18, 2024, by the U.S. House of Representatives entitled "U.S. House of Representatives Staff Report on Antisemitism," retrieved from Speaker of the House of Representatives' website at https://www.speaker.gov/wp-content/uploads/2024/12/House-Antisemitism-Report.pdf.

6. Exhibit 5 to this declaration is a true and correct copy of a letter dated December 20, 2024, addressed to Michael Drake and attributed to Anamaria Loya of the United States Department of Education Office for Civil Rights, retrieved from the Department of Education's website at https://ocrcas.ed.gov/sites/default/files/ocr-letters-and-agreements/09222257-a.pdf.

7. Exhibit 6 to this declaration is a true and correct copy of a document dated December 18, 2024, entitled "Resolution Agreement," retrieved from the Department of Education's website at https://ocrcas.ed.gov/sites/default/files/ocr-letters-and-agreements/09222257-b.pdf.

8. Exhibit 7 to this declaration is a true and correct copy of a policy document published by the Administrative Vice Chancellor's Office under Defendant Michael Beck on September 4, 2024, retrieved from the UCLA website at https://www.adminpolicies.ucla.edu/APP/Number/850.0.

9. Exhibit 8 to this declaration is a true and correct copy of a news release published on May 8, 2024, by the UCLA Police Department, retrieved from the UCLA Police Department's website at

https://police.ucla.edu. That website, in turn, provides a link to the news release at https://ucla.app.box.com/v/Statement-240894.

10. Exhibit 9 to this declaration is a true and correct copy of a post published on October 21, 2024, on the UCLA Police Department Facebook page, retrieved from https://www.facebook.com/share/p/1BAh9hT8fY/.

11. Exhibit 10 to this declaration is a true and correct copy of a post published on November 20, 2024, on the UCLA Police Department Facebook page, retrieved from https://www.facebook.com/story.php/?story_fbid=977766661051144&id=100064534580527&_rdr.

12. Exhibit 11 to this declaration is a true and correct copy of a news release published on January 7, 2025, by UCLA Newsroom, retrieved from the UCLA website at https://newsroom.ucla.edu/stories/julio-frenk-begins-role-as-ucla-chancellor-message.

13. Exhibit 12 to this declaration is a true and correct copy of a news release published on January 21, 2025, by UCLA Newsroom, retrieved from the UCLA website at https://newsroom.ucla.edu/appointment-of-steve-lurie-as-associate-vice-chancellor-for-campus-and-community-safety.

14. The following is a true and accurate link to a video posted on May 23, 2024, to the YouTube page of the U.S. House of Representatives Committee on Education and the Workforce: https://bit.ly/3R8V3FD.

Executed this 3rd day of February, 2025.

*/s/ Eric C. Rassbach*
Eric C. Rassbach