# Exhibit 3

Third Declaration of Eric Rassbach

Republican Staff Report

# ANTISEMITISM ON COLLEGE CAMPUSES EXPOSED

Committee on Education & the Workforce, U.S. House of Representatives

October 31, 2024



## Executive Summary

On October 7, 2023, a terrorist attack orchestrated by Hamas resulted in the murder of nearly 1,200 people in Israel, including more than 40 American citizens. In the aftermath of that horrific event, American institutions of higher education were upended by an epidemic of hate, violence, and harassment targeting Jewish students.

For nearly a year, the House Committee on Education and the Workforce (Committee), led by Chairwoman Virginia Foxx, has conducted a wide-reaching and intensive investigation into this explosion of campus antisemitism. In December 2023, the Committee's hearing on campus antisemitism revealed stunning failures of leadership and character at Harvard University, the University of Pennsylvania, and the Massachusetts Institute of Technology, and prompted a national reckoning when the three school presidents shockingly refused to unequivocally state that calling for the genocide of Jews would violate their institutions' codes of conduct. In subsequent hearings, the Committee called leaders from Columbia University, Rutgers University, Northwestern University, and the University of California, Los Angeles to account for their dramatic failures in confronting antisemitism on their campuses.

The Committee's investigation has been unprecedented in its depth and scope. For the first time in its 157-year history, the Committee issued subpoenas to postsecondary institutions for obstructionist, dilatory responses to document requests made in furtherance of the Committee's consideration of potential legislative solutions to address campus antisemitism. The Committee has collected more than 400,000 pages of documents over the course of its investigation. Now, the Committee is releasing key findings in this report.

Information obtained by the Committee reveals a stunning lack of accountability by university leaders for students engaging in antisemitic harassment, assault, trespass, and destruction of school property. At every school investigated by the Committee, the overwhelming majority of students facing disciplinary action for antisemitic harassment or other violations of policy received only minimal discipline. At some schools, such as Columbia and Harvard, radical faculty members worked to prevent disciplinary action from being taken against students who violated official policies and even the law.

Around the country, extremist antisemitic encampments were allowed to form in direct contravention of institutional policy and the law. At Columbia, students who engaged in the criminal takeover of a university building were allowed to evade accountability. At Northwestern, radical faculty members were put in charge of negotiating with their own ideological allies in that campus' encampment, leading to a stunning capitulation to the encampment leaders' demands. At Rutgers, protesters faced no consequences for an encampment that disrupted exams for more than 1,000 students. UCLA's leadership was unwilling to directly confront a violent, antisemitic encampment, even when antisemitic checkpoints denied Jewish students access to areas of campus.

These individual incidents and others that this report highlights are evidence of a broader environment on these campuses that is hostile to Jewish students. Under Title VI of the *Civil Rights Act of 1964* (Title VI), universities that receive federal funds have an obligation to prevent and

1

address hostile environments based on race, color, or national origin (including a hostile environment against religious groups based on shared ancestry or ethnic characteristics). Instead of fulfilling these legal obligations, in numerous cases, university leaders turned their backs on their campuses' Jewish communities, intentionally withholding support in a time of need. And while university leaders publicly projected a commitment toward combating antisemitism and respect for congressional efforts on the subject, in their private communications they viewed antisemitism as a PR issue rather than a campus problem.

The findings in this report are based on documents produced to the Committee, as well as hearing testimony and transcribed interviews of university leaders and advisors.

**KEY FINDINGS**

- **Key Finding**: Students who established unlawful antisemitic encampments—which violated university polices and created unsafe and hostile learning environments—were given shocking concessions. Universities' dereliction of leadership and failure to enforce their rules put students and personnel at risk.
  - o **Finding**: Northwestern put radical anti-Israel faculty in charge of negotiations with the encampment.
  - o **Finding**: Northwestern's provost shockingly approved of a proposal to boycott Sabra hummus.
  - o **Finding**: Northwestern entertained demands to hire an "anti-Zionist" rabbi and Northwestern President Michael Schill may have misled Congress in testimony regarding the matter.
  - o **Finding**: Columbia's leaders offered greater concessions to encampment organizers than they publicly acknowledged.
  - o **Finding**: UCLA officials stood by and failed to act as the illegal encampment violated Jewish students' civil rights and placed campus at risk.

- **Key Finding**: So-called university leaders intentionally declined to express support for campus Jewish communities. Instead of explicitly condemning antisemitic harassment, universities equivocated out of concern of offending antisemitic students and faculty who rallied in support of foreign terrorist organizations.
  - o **Finding**: Harvard leaders' failure to condemn Hamas' attack in their widely criticized October 9 statement was an intentional decision.
  - o **Finding**: Harvard President Claudine Gay and then-Provost Alan Garber asked Harvard Corporation Senior Fellow Penny Pritzker not to label the slogan "from the river to the sea" antisemitic, with Gay fearing doing so would create expectations Harvard would have to impose discipline.
  - o **Finding**: The Columbia administration failed to correct false narratives of a "chemical attack" that were used to vilify Jewish students, but imposed disproportionate discipline on the Jewish students involved.

- **Key Finding**: Universities utterly failed to impose meaningful discipline for antisemitic behavior that violated school rules and the law. In some cases, radical faculty successfully thwarted meaningful discipline.
    - **Finding**: Universities failed to enforce their rules and hold students accountable for antisemitic conduct violations.
    - **Finding**: Columbia's University Senate obstructed plans to discipline students involved in the takeover of Hamilton Hall.
    - **Finding**: Harvard's faculty intervened to prevent meaningful discipline toward antisemitic conduct violations on numerous occasions.
    - **Finding**: Harvard Corporation Senior Fellow Penny Pritzker acknowledged that the university's disciplinary boards' enforcement of the rules is "uneven" and called this "unacceptable."

- **Key Finding**: So-called university leaders expressed hostility to congressional oversight and criticism of their record. The antisemitism engulfing campuses was treated as a public-relations issue and not a serious problem demanding action.
    - **Finding**: Harvard president Claudine Gay disparaged Rep. Elise Stefanik's character to the university's Board of Overseers.
    - **Finding**: Columbia's leaders expressed contempt for congressional oversight of campus antisemitism.
    - **Finding**: Penn's leaders suggested politicians calling for President Magill's resignation were "easily purchased" and sought to orchestrate negative media coverage of Members of Congress who scrutinized the University.

THIRD RASSBACH DECLARATION EXHIBIT 3

## Table of Contents

**Introduction** . . . . . . . . . . . **5**

**Background on Title VI of the *Civil Rights Act of 1964*,**
**The Clery Act, and Related Caselaw.** . . . . . . . . **5**

**Key Finding**: Students who established unlawful antisemitic encampments—
which violated university polices and created unsafe
and hostile learning environments—were given shocking
concessions. Universities' dereliction of leadership and failure
to enforce their rules put students and personnel at risk. . . . . . **7**

**Key Finding:** So-called university leaders intentionally declined
to express support for campus Jewish communities.
Instead of explicitly condemning antisemitic harassment,
universities equivocated out of concern of offending antisemitic
students and faculty who rallied in support of foreign terrorist organizations. . . **33**

**Key Finding**: Universities utterly failed to impose
meaningful discipline for antisemitic violations of their
conduct rules and the law. In some cases, discipline was
obstructed by radical faculty**.** . . . . . . . . **58**

**Key Finding**: So-called university leaders expressed
hostility to congressional oversight and criticism
of their record. The antisemitism engulfing campuses
was treated as a public-relations issue and not a serious
problem demanding action. . . . . . . . . **114**

**Conclusion** . . . . . . . . . . . **122**

**Appendix A**

**Appendix B**

THIRD RASSBACH DECLARATION EXHIBIT 3
120

## Introduction

On October 7, 2023, a terrorist attack orchestrated by Hamas resulted in the murder of nearly 1,200 people in Israel, including more than 40 American citizens. In the aftermath of that horrific event, American institutions of higher education were upended by an epidemic of antisemitic hate, violence, and harassment targeting Jewish students that likely included disparate treatment discrimination and hostile environments for Jewish students that are prohibited under Title VI. For nearly a year, the House Committee on Education and the Workforce (Committee), led by Chairwoman Virginia Foxx, has conducted a wide-reaching and intensive investigation into this explosion of campus antisemitism that has been unprecedented in its depth and scope. The Committee held four hearings and one roundtable to hear from college and university officials and students, issued document requests to nine universities, and was forced to issue subpoenas to two universities in response to their failure to produce requested documents and information voluntarily. Through this effort, the Committee has collected more than 400,000 pages of documents. Now, the Committee is releasing its key findings in this report.

## Background on Title VI of the *Civil Rights Act Of 1964*, the Clery Act, and Related Caselaw

Following the October 7, 2023, attack by Hamas on Israel, antisemitism in the United States spiked. While antisemitism had already been increasing, in the month after the attack, antisemitic incidents increased by 388 percent.[1] Much of the explosion in antisemitism after the attack occurred on college campuses. Campus life in the United States became a daily trial of intimidation and insult for Jewish students. A hostile environment that began with statements from pro-Palestinian student organizations justifying terrorism rapidly spiraled into death threats and physical attacks, leaving Jewish students alarmed and vulnerable.[2] Unfortunately, too many colleges and universities failed to respond adequately to these incidents by protecting Jewish students. Title VI of the *Civil Rights Act of 1964* (Title VI) prohibits recipients of federal funds (recipients) from discriminating on the basis of race, color, or national origin.

Several factors warrant Congress' inquiry into campus antisemitism in postsecondary education. Because almost all colleges and universities receive federal funds, including in the form of student aid under Title IV, those institutions are subject to Title VI.

While religion is not an explicit form of prohibited discrimination under Title VI, the Department of Education's Office for Civil Rights (OCR) has affirmed multiple times since 2004 that discrimination against religious groups is prohibited by Title VI when that discrimination is based on an individual's actual or perceived shared ancestry or ethnic characteristics, or on an individual's citizenship or residency in a country with a dominant religion or distinct religious

---

[1] Andrew Howard, *Anti-Defamation League director: 388 percent increase in antisemitism*, POLITICO, Nov. 5, 2023, https://www.politico.com/news/2023/11/05/anti-defamation-league-antisemitism-00125438.
[2] Gabriel Diamond, *What Is Happening on College Campuses Is Not Free Speech,* N.Y. TIMES, *Nov 3, 2023,* https://www.nytimes.com/2023/11/03/opinion/antisemitism-jews-campus.html.

THIRD RASSBACH DECLARATION EXHIBIT 3

identity.[3]

Recipients may be found in violation of Title VI under disparate treatment claims (when a recipient treats students differently based on race, color, or national origin) and under hostile environment claims.[4] OCR defines a hostile environment as "unwelcome conduct based on race, color, or national origin that, based on the totality of circumstances, is subjectively and objectively offensive and is so severe or pervasive that it limits or denies a person's ability to participate in or benefit from a school's education program or activity."[5] OCR has further articulated that an institution could be found in violation of Title VI if:

> (1) a hostile environment based on race, color, or national origin exists; (2) the school had actual or constructive notice of the hostile environment; and (3) the school failed to take prompt and effective steps reasonably calculated to (i) end the harassment, (ii) eliminate any hostile environment and its effects, and (iii) prevent the harassment from recurring.[6]

Notably, the presence of a discriminatory act on a recipient's campus would not by itself amount to a Title VI violation. However, a Title VI violation occurs when a recipient has allowed, permitted, or created a hostile environment that targets someone based on race, color, or national origin. Whether any particular incident amounts to a Title VI violation depends on the specific facts of the incident and any related incidents on campus and the university's response.

This report details ample evidence demonstrating multiple universities' failures to address the presence of hostile environments for Jewish students on their campuses and suggests violations of Title VI. For example, across the country, institutions permitted encampments to continue even after those encampments targeted Jewish students to prevent them from participating in schools' education programs and activities. Additionally, Jewish students appear to have suffered disparate treatment in matters of school discipline and in access to educational opportunities. The failures of campus leaders highlighted in this report can serve as a roadmap for OCR investigations into potential violations of Title VI.

Several institutions have claimed they cannot protect students because of constraints imposed by the First Amendment. Ironically, many of the institutions covered in this report are among the most hostile to robust free speech.[7] More importantly, these claims are false. Courts have recognized a

---

[3] U.S. DEP'T OF ED. OFF. OF C.R., KNOW YOUR RIGHTS: TITLE VI AND RELIGION (2017), https://www2.ed.gov/about/offices/list/ocr/docs/know-rights-201701-religious-disc.pdf; U.S. DEP'T OF ED. OFF. OF C.R., FACT SHEET: PROTECTING STUDENTS FROM DISCRIMINATION BASED ON SHARED ANCESTRY OR ETHNIC CHARACTERISTICS (2023), https://www2.ed.gov/about/offices/list/ocr/docs/ocr-factsheet-shared-ancestry-202301.pdf.
[4] ABIGAIL A. GRABER, CONG. RSCH. SERV., LSB11129, RELIGIOUS DISCRIMINATION AT SCHOOL: APPLICATION OF TITLE VI OF THE CIVIL RIGHTS ACT OF 1964 (2024).
[5] Catherine E. Lhamon, *Dear Colleague Letter: Protecting Students from Discrimination, such as Harassment, Based on Race, Color, or National Origin, Including Shared Ancestry or Ethnic Characteristics*, U.S. Dep't of Ed., (May 7, 2024), https://www.ed.gov/sites/ed/files/about/offices/list/ocr/letters/colleague-202405-shared-ancestry.pdf.
[6] *Ib.*
[7] Sean Stevens, *2025 College Free Speech Rankings: What Is the State of Free Speech on America's College Campuses?*, THE FOUND. FOR INDIVIDUAL RTS AND EXPRESSION (2024), https://www.thefire.org/research-learn/2025-college-free-speech-rankings.

THIRD RASSBACH DECLARATION EXHIBIT 3

limited number of categories of speech that are not protected. Over the years the courts have spoken to help navigate carefully defined exceptions to protected speech, and that includes speech that causes evident harm. Speech that rises to the level of incitement, fighting words, true threats, or speech integral to criminal conduct may be regulated.[8] Additionally, speech that provokes imminent lawlessness[9] and would result in a breach of peace is unprotected.

The Supreme Court has also ruled that public institutions may place reasonable time, place, and manner restrictions on speech activities if those restrictions are content- and viewpoint-neutral.[10] While students have the right to peacefully assemble in generally accessible areas of campus, if that assembly turns into harassment or intimidation or crosses the line into discriminatory conduct, such that a hostile environment is created, institutions have an obligation to respond under Title VI.[11]

The Department of Education could also further investigate an institution's compliance with the *Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act* (Clery Act), which requires all institutions that receive Title IV funding to establish various campus security policies, submit an annual crime report of campus crime statistics, and publish accurate and prompt reporting of all crimes to the campus police and appropriate law enforcement agencies.[12] Through these provisions, students and the public are provided information on expected and enforced campus safeguards and the prevalence of criminal activity. While an analysis of these institutions' compliance with the Clery Act was outside the scope of this report, the Clery Act ensures that federal funds support institutions committed to maintaining a safe campus for all students. The Act provides for additional reporting when victims of covered crimes were selected on the basis of certain characteristics – including religion, national origin and ethnicity.

In addition to the Committee's interest in ensuring colleges and universities comply with Title VI, rule X of the Rules of the House of Representatives authorizes the Committee to conduct oversight of all matters involving "education… generally" to inform potential legislation.[13] The outbreak of vicious antisemitism in postsecondary education since the October 7, 2023, terror attack is within the Committee's jurisdiction and is a "subject on which legislation 'could be had.'"[14] Further, the Committee's investigation will inform potential legislative reforms to existing federal law.

---

[8] VICTORIA L. KILLION, CONG. RSCH. SERV., IF11072, THE FIRST AMENDMENT: CATEGORIES OF SPEECH (2024).
[9] Brandenburg v. Ohio, 395 U.S. 444, 447-48 (1969)
[10] Cox v. New Hampshire, 312 U.S. 569 (1941)
[11] CATHERINE E. LHAMON, *Dear Colleague Letter: Protecting Students from Discrimination, such as Harassment, Based on Race, Color, or National Origin, Including Shared Ancestry or Ethnic Characteristics*, U.S. DEP'T OF ED., (May 7, 2024), https://www.whitehouse.gov/wp-content/uploads/2024/05/colleague-202405-shared-ancestry.pdf.
[12] Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, 20 U.S.C. § 1092(f) (2024).
[13] Rules of the U.S. House of Representatives, 118th Cong. at 6,7, 9-12 (Jan. 10, 2023).
[14] Trump v. Mazars USA, LLP, 140 S.Ct. 2019, 2031 (2020) (internal citations omitted).

THIRD RASSBACH DECLARATION EXHIBIT 3

**KEY FINDING: Students who established unlawful antisemitic encampments—which violated university polices and created unsafe and hostile learning environments—were given shocking concessions. Universities' dereliction of leadership and failure to enforce their rules put students and personnel at risk.**

The spring of 2024 was marked by the establishment of unlawful antisemitic encampments at universities throughout the country. These encampments were generally organized by students associated with or members of anti-Israel student organizations, often with lengthy histories of engaging in antisemitic harassment, intimidation, and disruption. Two of the most notable cases were the ones at Columbia University, which started the national wave of encampments, and at Northwestern, where the university's capitulation to the demands of the encampment triggered a series of such responses by other universities.

Both cases were prime examples of a disturbing pattern in which universities sought to appease the unlawful encampment occupiers with shocking concessions instead of enforcing their rules. Documents produced to the Committee show that Northwestern's and Columbia's handling of their negotiations was even more troubling than widely understood.

At Northwestern, President Michael Schill appointed radical anti-Israel faculty members to negotiate with the students, who used their roles to advance the students in the encampment's agenda. Northwestern's Provost, Kathleen Hagerty, encouraged Northwestern professor Nour Kteily, who served as one of the University's negotiators with the encampment, as he advised students on how to pressure trustees to advance divestment. Provost Hagerty also supported Kteily's proposal for the University to satisfy the encampment participants' demands by agreeing to quietly boycott Sabra brand hummus because of its Israeli co-ownership.

As discussed further below, documents obtained by the Committee indicate that in contrast to President Schill's categorical denial in testimony before the Committee, he and other senior Northwestern leaders appear to have considered the encampment leadership's demand to hire an anti-Zionist rabbi. The documents also raise serious questions of whether Northwestern may have in fact acceded to this demand, and whether Schill knowingly misled Congress in his testimony.

Similar to Northwestern, Columbia's leaders offered greater concessions to encampment organizers than the University has publicly acknowledged. These concessions included offering formal reviews of divesting from companies deemed by encampment leaders to violate international law or which manufacture specified categories of weapons; providing amnesty for many of the students in the encampment; funding scholarships for students connected to the West Bank and Gaza; and creating a "resilience fund" for Gaza. As part of a "menu" of options for University negotiators to offer, University leaders also approved the potential creation of a joint program with a Palestinian university in the West Bank where Hamas is active on campus.

Northwestern's and Columbia's decisions to relentlessly pursue conciliating the students who turned their campuses into hotbeds of antisemitic harassment, intimidation, threats, disruption, and

8

THIRD RASSBACH DECLARATION EXHIBIT 3
124

glorification of terrorism demonstrated a gross neglect for their obligations to protect Jewish students and to ensure a safe and uninterrupted learning environment.

## FINDING: NORTHWESTERN PUT RADICAL ANTI-ISRAEL FACULTY IN CHARGE OF NEGOTIATIONS WITH THE ENCAMPMENT

Northwestern empowered radical anti-Israel faculty members Jessica Winegar and Nour Kteily, to serve as the University's negotiators with the encampment. Winegar and Kteily used the roles they were entrusted with as negotiators to advance an anti-Israel, pro-Boycott, Divestment, and Sanctions (BDS) agenda that they shared with the students in the encampment.

Not only did President Schill empower these anti-Israel faculty members as negotiators: he did so while excluding Jewish members of his President's Advisory Committee on Preventing Antisemitism and Hate (PASH) who had expressed concerns about the University's response to the encampment. This reflects Schill's poor judgment and flagrant disregard for Northwestern's Jewish community.

Winegar, an anthropology professor who holds the Hamad Bin Khalifa Al-Thani Chair in Middle Eastern Studies, which is named for the former Emir of Qatar, identified herself as having been a "Palestine activist[] for decades."[15] She has been outspoken activist for BDS-efforts directed at Israel.[16]

She also signed a November 16, 2023, open letter by Northwestern faculty that objected to Schill's plan to establish a committee on antisemitism and hate and stated that Schill was making "unjustified assumptions about which students, staff, and faculty are the targets of hate," suggesting that the real targets were not Jews but Muslims, Arabs, and Palestinians.[17] Astoundingly, this did not prevent Schill from appointing Winegar to be a member of PASH, the very committee whose creation and mission to which she objected.[18]

Kteily, a management professor of Palestinian heritage, has not been as outspoken as Winegar, but his correspondences with President Schill and a Northwestern Trustee make clear that he was also a problematic choice to negotiate on the University's behalf. In a December 25, 2023, e-mail to Northwestern Trustee Tarek Elmasry, Kteily expressed "misgivings" about potentially joining PASH, called for the committee to include "a Jewish person who would identify themselves/be identified by others as critical of Israel," and also proposed including a member of Students for

---

[15] Lara Deeb & Jessica Winegar, <u>Anthropology's good beyond the discipline</u>, 51 Am. Ethnologist 140, 141 (2024).
[16] Andrew Lapin, *Northwestern U is facing a new federal antisemitism investigation – and criticism of its new antisemitism task force,* JEWISH TEL. AGENCY (Jan. 24, 2024), <u>https://www.jta.org/2024/01/24/united-states/northwestern-u-is-facing-a-new-federal-antisemitism-investigation-and-criticism-of-its-new-antisemitism-task-force</u>; At the time, Winegar said, "the AAA has a responsibility to speak up against the nearly $4 billion in military funding the United States provides to Israel each year, enabling Israel's brutal military rule, illegal theft of Palestinian land, and oppressive apartheid system against Palestinians." *See:* https://www.anthroboycott.org/
[17] Jessica Winegar et al., *LTE: NU Faculty across schools respond to President Schill: Protect academic freedom and the right to dissent*, THE DAILY NW. (Nov. 16, 2023), https://dailynorthwestern.com/2023/11/16/uncategorized/lte-nu-faculty-across-schools-respond-to-president-schill-protect-academic-freedom-and-the-right-to-dissent/.
[18] Michael Schill, *Update on President's Advisory Committee on Preventing Antisemitism and Hate* (Jan. 23, 2024), <u>https://www.northwestern.edu/leadership-notes/2024/update-on-presidents-advisory-committee-on-preventing-antisemitism-and-hate.html.</u>

THIRD RASSBACH DECLARATION EXHIBIT 3

Justice in Palestine (SJP) on the Committee to address concerns about anti-Arab or Islamophobic hate.[19] Kteily also cited as a "misgiving" that Schill's appointment of Effi Benmelech as a co-chair of PASH. He said this was "deeply concerning" to the Arab community "given [Benmelech's] background as a soldier in the Israel Defense Forces (IDF) and his research on the strategic efficacy of home demolitions in Palestine."[20] As with Winegar, these statements did not prevent Schill from appointing Kteily to PASH. While Kteily may have appeared more subdued than Winegar on Israel and BDS issues, he did not hesitate to use his role as a University negotiator to advance anti-Israel, pro-BDS goals, advising students on how to pressure trustees to divest from Israel, and proposing that Northwestern boycott Sabra brand hummus because of its Israeli co-ownership.[21]

By appointing Winegar and Kteily to negotiate with encampment leaders, Schill empowered radical faculty to negotiate with students with whom they share agendas and jeopardized the University's ability to resolve the encampment in a way not hostile to Northwestern's Jewish students.

***Kteily Used His Role as a Negotiator to Advance an anti-Israel, Pro-BDS Agenda with the Collaboration and Support of Provost Kathleen Hagerty***

Kteily used his role as one of the University's negotiators to assist the encampment in advancing an antisemitic, pro-BDS agenda. Northwestern's Provost Kathleen Hagerty supported Kteily's efforts to advise the students on how to advance divestment goals, including his offering strategies to pressure the University's Board of Trustees. This was a major breach of the responsibilities with which both Kteily and Hagerty had been entrusted.

Kteily also expressed his support for the goals of the students in the encampment and voiced his desire to deliver them victories. In an April 26, 2024, text message, Kteily told anti-Israel, pro-BDS Northwestern political science professor Wendy Pearlman that he was "inspired by the students" and was "hoping we can get some amazing wins for them and serve as a model for how a university can tackle protests like this."[22]



[23]

Hagerty was well aware of how Kteily was advising encampment participants and she supported his approach and goals. In particular, an April 26, 2024, text message exchange between Hagerty

---

[19] E-mail from Nour Sami Kteily, Professor of Mgmt. and Org., Nw. Univ. Kellogg Sch. of Mgmt., to Tarek Elmasry, Trustee, Nw. Univ. (Dec. 25, 2023, 06:44 PM CST) (on file with Comm.).
[20] *Id.*
[21] Text Message from Nour Kteily, Professor of Mgmt. and Org., Nw. U. Kellog Sch. Of Mgmt., to Kathleen Hagerty, Provost, Nw. U (Apr. 27, 2024 3:18 AM) (on file with Comm.).
[22] Text Message from Nour Kteily, Professor of Mgmt. and Org., Nw. Univ. Kellog Sch. Of. Mgmt., to Wendy Pearlman, Professor of Pol. Sci., Nw. Univ. Weinberg Coll. Arts & Sci. (Apr. 26, 2024 7:45 PM UTC-5) (on file with Comm.).
[23] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

and Kteily shows Hagerty's full support for the way Kteiley was advising encampment participants about how to pressure Northwestern trustees to advance divestment.

Hagerty's communications expressed sympathy and support for the students in the encampment's divestment efforts. She, whose text messages display the name of her husband William Rogerson, wrote to Kteily after a meeting in which he had suggested some targeted strategies that would "put genuine pressure on trustees."[24] She said that she was "frustrated" by this meeting with students because they "just wanted a quick yes or no" and weren't receptive to Kteily's strategies: "We could really help them but they showed zero interest."[25]



26

Hagerty made clear to others that she was pleased with Kteily's approach to the negotiations. After Northwestern appeased the encampment leaders by committing to the "Agreement on Deering Meadow,"[27] Hagerty wrote to Kellogg School of Management Dean Francesca Cornelli with effusive praise for Kteily. Hagerty said, "He spent an incredible number of hours teaching a very disorganized and upset groups of students how to organize themselves." [28]

Winegar's communications make clear that she also viewed the negotiations as an opportunity to radicalize students. On April 26, 2024, Northwestern's Vice President of Student Affairs Susan Davis, asked Kteily and Winegar for an update about meetings with encampment representatives. Winegar responded, "Going very well. Important pedagogical work happening."[29]

Kteily wrote to Winegar and Davis after the Deering Meadow Agreement, celebrating the fact that it seemed to have inspired similar agreements at Rutgers and the University of Minnesota. He wrote, "The students have started a movement by what they accomplished…See…another deal inspired by ours (although sadly, no disclosure)."[30]

---

[24] Text Message from Kathleen Hagerty, Provost, Nw. Univ., to Nour Kteily, Professor of Mgmt. and Org., Nw. Univ. Kellog Sch. Of Mgmt. (Apr. 26, 2024 12:49 AM UTC-5) (on file with Comm.).
[25] *Id*.
[26] *Id*.
[27] The "Agreement on Deering Meadow" is the formal name for the written agreement in which Northwestern appeased the students in the encampment.
[28] (NWU-CEW_00030652) E-mail from Kathleen Hagerty, Provost, Nw. Univ., to Francesca Cornelli, Dean, Nw. Univ. Kellog Sch. Of Mgmt. (May 2, 2024 5:25 AM) (on file with Comm.).
[29] (NWU-CEW_00002071) Text Messages from Jessica Winegar, Professor, Nw. Univ. Weinberg Coll. Arts & Sci., to Nour Kteily, Professor of Mgmt. and Org., Nw. Univ. Kellog Sch. Of Mgmt. (Apr. 26, 2024 11:31 AM) (on file with Comm.)
[30] (NWU-CEW_00002081) Text Messages from Nour Kteily, Professor of Mgmt. and Org., Nw. Univ. Kellog Sch. Of Mgmt., to Jessica Winegar, Professor, Nw. Univ. Weinberg Coll. Arts & Sci. (May 2, 2024 11:08 AM) (on file with Comm.)



CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY          NWU-CEW_00002081
31

## FINDING: NORTHWESTERN'S PROVOST SHOCKINGLY APPROVED OF A PROPOSAL TO BOYCOTT SABRA HUMMUS

Anti-Israel activists have frequently identified Sabra, a U.S. company and leading hummus brand jointly owned by PepsiCo and Israeli food manufacturer Strauss Group, as a target for boycotts. Shockingly, Northwestern Provost Kathleen Hagerty supported a proposal by faculty negotiator Nour Kteily for the University to "quietly" boycott Sabra hummus to satisfy student demands, telling him, "That's probably pretty easy."[32] Hagerty's support for boycotting a product on the basis of its perception as an Israeli brand was an outrageous acquiescence to the BDS movement.

President Schill identified one of the students in the encampment's "four major demands" as being for the Northwestern to "stop buying goods from Israel."[33] Northwestern's SJP chapter had campaigned to boycott Sabra hummus in February 2022, creating a petition for a boycott and displaying a large "Boycott Sabra" banner on campus.[34]

---

[31] *Id.*

[32] *Id.*

[33] Memorandum on Northwestern University Board Meeting Discussion (Apr. 30, 2024) (on file with Comm.).

[34] Isabel Funk & Joanna Hou, *SJP organizers petition for schoolwide boycott of Sabra hummus, hang banner on Norris entrance*, THE DAILY NORTHWESTERN (Feb. 14, 2022), https://dailynorthwestern.com/2022/02/14/campus/sjp-organizers-petition-for-schoolwide-boycott-of-sabra-hummus-hang-banner-on-norris-entrance/.

THIRD RASSBACH DECLARATION EXHIBIT 3



35

In an April 27, 2024, text message, Provost Hagerty enthusiastically supported a recommendation by Kteily for the University to appease the students in the encampment by agreeing to boycott Sabra due to its perception as an Israeli product. Kteily urged "quietly finding an alternative to sabra hummus on campus when that contract expires" and asserted that "it's a very sore spot for palestinians because it's an israeli hummus brand that's penetrated most college campuses and it touches on cultural appropriation themes."[36] The language he employed echoed that of SJP activists.

Hagerty responded, "That's probably pretty easy."[37]Kteily replied "i think symbolically it'd be quite valuable for them" and "could be something you trade off for meaningfully less on divestment…"[38] Hagerty responded, "I'm all for making a deal. Bargaining in action!" Kteily responded with a "Loved" reaction.[39]

---

[35] *Id.*
[36] Text Message from Nour Kteily, *supra* note 21.
[37] *Id.*
[38] *Id.*
[39] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3



The Agreement on Deering Meadow ultimately included a provision committing to "include students in a process dedicated to implementing broad input on University dining services, including residential and retail vendors on campus," a potential mechanism for implementing a boycott of Sabra hummus, and other Israeli products.[41]

Hagerty's alarming support for boycotting Sabra brand hummus shows that she was willing to appease the encampment participants by granting them a major BDS victory. It also makes clear that she supported Kteily as he acted upon his previously expressed desire to deliver "amazing wins" for students in the encampment.[42]

**FINDING: NORTHWESTERN ENTERTAINED DEMANDS TO HIRE AN ANTI-ZIONIST RABBI AND NORTHWESTERN PRESIDENT MICHAEL SCHILL MAY HAVE MISLED CONGRESS IN TESTIMONY ON THE MATTER**

One of the students in the encampment's major demands was for Northwestern to hire an anti-Zionist rabbi.[43] In President Schill's testimony before the Committee, he not only denied allegations that he had asked the Director of Northwestern Hillel to hire an anti-Zionist rabbi, but indicated he would never do such a thing. In fact, documents produced to the Committee indicate that Northwestern's leaders, including Schill, actively entertained the encampment's request. This raises grave questions of whether Schill violated his legal obligation to testify truthfully and completely before Congress.

A text message exchange between Schill and Northwestern's Vice President of Student Affairs Susan Davis, on the evening of April 27, indicates that the University was considering satisfying the demand to hire an anti-Zionist rabbi:

---

[40] *Id.*
[41] Memorandum on Northwestern University Board Meeting Discussion (Apr. 30, 2024) (on file with Comm.).
[42] Text message from Nour Kteily, *supra* note 22.
[43] Northwestern Board Memo, *supra* note 41.

14

| MS | Michael Schill ███████ | 4/27/2024, 7:38 PM |
|----|----|----|
|    | Don't offer rabbi until we talk | |
| SD | Susan Davis ███████ | 4/27/2024, 7:39 PM |
|    | Liked "Don't offer rabbi until we talk" | |
| SD | Susan Davis ███████ | 4/27/2024, 7:39 PM |
|    | Headed over now. | |
| MS | Michael Schill ███████ | 4/27/2024, 7:58 PM |
|    | 👍👍👍. Good luck. | |
| MS | Michael Schill ███████ | 4/28/2024, 1:23 AM |
|    | Talked to Michael. He is ok with language | |
| SD | Susan Davis ███████ | 4/28/2024, 1:23 AM |
|    | Liked "Talked to Michael. He is ok with language" | |

[44]

After the Agreement on Deering Meadow was concluded, Schill categorically told Northwestern Hillel's Executive Director that he had rejected such a request. However, students who participated in the encampment publicly and privately stated that the University had agreed to this demand.

Further, Schill received a draft document prepared by Davis, Kteily, and Winegar of what would become the Agreement on Deering Meadow, offered as a list of bullets. Schill provided feedback on the document in an e-mail sent on April 28 at 1:11:05 a.m., stating, "I think we are close" and "My biggest sensitivity is the last one. The way it is worded works. More will be a problem." In the attached document, Schill left a comment on the last bullet in the document, stating, "This language works."[45] The bullet on which Schill commented states, "Engaging students in a process dedicated to ensuring additional support for Jewish and Muslim students within Student Affairs/Religious & Spiritual Life."[46] Nearly identical language would ultimately be included in the Agreement on Deering Meadow.[47] This provision of the agreement could be a concession satisfying the students in the encampment's demand for an anti-Zionist rabbi.

---

[44] Text Messages from Michael H. Schill, President, Nw. Univ., to Susan Davis, Vice President of Student Aff., Nw. Univ. (Apr. 27, 2024) (on file with Comm.).
[45] Memorandum on Northwestern University's Three Ideals (Apr. 28, 2024) (on file with Comm.).
[46] *Id.*
[47] Agreement on Deering Meadow, Northwestern Univ. (Apr. 29, 2024), https://www.northwestern.edu/leadership-notes/2024/agreement-on-deering-meadow.pdf (The final language states: "The University will engage students in a process dedicated to ensuring additional support for Jewish and Muslim students within Student Affairs/Religious & Spiritual Life.").

THIRD RASSBACH DECLARATION EXHIBIT 3



Message

| | |
|---|---|
| **From:** | Michael H Schill [                    ] |
| **Sent:** | 4/28/2024 1:11:05 AM |
| **To:** | Lesley-Ann Brown-Henderson [                    ]; Kathleen Hagerty [                    ] |
| **CC:** | Susan M Davis [                ]; Nour Sami Kteily [                ]; Jessica R Winegar [                ] |
| **Subject:** | RE: Three Principles 4.27.24 |
| **Attachments:** | Three Principles 4.27 24.docx |

Here are my comments.  I think we are close.  Kathleen can supply the public company disclosure info that has been approved.

My biggest sensitivity is the last one.  The way it is worded works.  More will be a problem.

Thank you.

---

**From:** Lesley-Ann Brown-Henderson <                    >
**Sent:** Saturday, April 27, 2024 7:22 PM
**To:** Michael H Schill <                >; Kathleen Hagerty <                >
**Cc:** Susan M Davis <                >; Nour Sami Kteily <                >; Jessica R Winegar <                >
**Subject:** Three Principles 4.27.24

Mike and Kathleen,

Attached is the document that Susan, Nour, and Jessica worked on.

Best,

Lesley-Ann

48

[                ]
• Engaging students in a process dedicated to ensuring additional support for Jewish and Muslim students within Student Affairs/Religious & Spiritual Life    **Commented [MS4]:** This language works.

49

Northwestern's consideration and potential agreement to the hiring of an expressly anti-Zionist rabbi on that sole basis is deeply troubling. The late Rabbi Lord Jonathan Sacks, who served as Chief Rabbi of the United Kingdom, put it bluntly, stating that "Anti-Zionism is the new antisemitism."[50]

In the early morning hours of April 30, 2024, after the Agreement on Deering Meadow had been finalized, Michael Simon, Northwestern Hillel Executive Director, e-mailed Schill and Davis to notify them that Hillel would be sending a message to Northwestern's Jewish community regarding the Agreement. In Schill's response, he categorically stated that "the protestors came to us with four main demands" including a non-Zionist rabbi" and "[w]e said a definitive no on all of them."[51]

---

[48] E-mail from Michael H. Schill, President, Nw. Univ., to Kathleen Hagerty, Provost, Nw. Univ. (Apr. 28, 2024 1:11 AM) (on file with Comm.).
[49] Three Ideals Memorandum, *supra* note 45.
[50] Rabbi Jonathan Sacks, *Anti-Zionism Is The New Anti-Semitism, Says Britain's Ex-Chief Rabbi*, NEWSWEEK (Apr. 3, 2016), https://www.newsweek.com/jonathan-sacks-anti-semitism-anti-zionism-bds-israel-labour-442978.
[51] Text Message from Michael H. Schill, President, Nw. U., to Susan Davis, Vice President of Student Aff., Nw. U (Apr. 30, 2024 2:47 AM) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3



                                                                                    52

However, encampment organizers made statements to the contrary, indicating they understood
Northwestern had in fact agreed to hire an anti-Zionist rabbi as part of the deal. On April 29, 2024,
the *Daily Northwestern* reported, "The Jewish organizers said that resources for Jewish students
on campus will expand and that 'We are going to be able to pick a new rabbi.' They want to ensure
that Hillel, which they called 'notoriously Zionist,' is not the only Jewish space on campus."[53]

On April 29, 2024, an anti-Zionist Jewish student similarly wrote to Simon touting that anti-Zionist
Jews would have the opportunity to select a rabbi and indicated that Simon had expressed
disappointment at this "concession." The student wrote, "One of the 'concessions' you expressed
disappointment over was the creation of funding and support for anti-Zionist Jewish students.
Moving forward we will work to pick a rabbi, to pick Kosher meals, to pick holiday celebrations
that we feel will represent us and our values."[54]

It is difficult to reconcile President Schill's categorical denial to Simon with students' plain
assertions that they had been promised the opportunity to select a rabbi reflecting their anti-Zionist
values.

While Schill's April 30, 2024, talking points ahead of his meeting with Northwestern trustees
asserted that Northwestern had not capitulated, stating that "[c]ore demands – around [Israel
Innovation Project] and divestment – were not satisfied," the talking points notably omitted
reference to a rejection either of students' demands for an anti-Zionist rabbi or of a boycott of U.S.-
based Sabra brand hummus, the latter of which Hagerty expressed clear support for.

---

[52] *Id.*
[53] *Live: Pro-Palestinian demonstrators continue to push for divestment on Deering Meadow following agreement*,
THE DAILY NW. (Apr. 25, 2024), https://dailynorthwestern.com/2024/04/25/campus/live-pro-palestinian-student-
activists-set-up-encampment-on-deering-meadow/.
[54] E-mail from Student to Michael Simon, Exec. Dir., Nw. Hillel (Apr. 29, 2024 11:21 PM CDT) (on file with
Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

- The majority of the students who we spoke with were focused on political activism and did not espouse anti-semitism. Students had presented four major demands: (1) divest from Israel (2) end Israeli innovation project, (3) stop buying goods from Israel, and (4) hire a rabbi who was not a Zionist.

[55]

- **Agreement: No capitulation**
  - Most noteworthy elements of the agreed upon path forward (physical space for Muslim students and re-establishment of ACIR) were actions already underway
  - More disclosure on holdings (public anyway)
  - Visiting scholar: Gesture of humanitarian aid (we've done that for other countries- Ukraine, etc)
  - Core demands—around IIP and divestment—were NOT satisfied

[56]

When Schill testified before Congress on May 27, 2024, Congresswoman Elise Stefanik questioned whether he had asked Hillel Director Simon if it would be acceptable to hire an anti-Zionist rabbi. Schill, who was legally obligated to testify truthfully and fully, responded categorically, "I did not. I absolutely did not. I would never hire anyone based upon their views of being Zionist or anti-Zionist, that is not what I do. That's not what a great university does."[57]

While the veracity of Schill's statement is unconfirmed, documents produced to the Committee suggest it was misleading at best. Schill and other Northwestern leaders not only actively considered the encampment leaders' demand to hire an anti-Zionist rabbi, but they expressed particular concern and sensitivity to language in a draft agreement that could address this point. An honest and candid response to Congresswoman Stefanik's question would have acknowledged this.

Additionally, as documented above, students involved in the encampment who were knowledgeable about the agreement maintained that it would result in the hiring of an anti-Zionist rabbi. This accentuates the possibility President Schill's statement was outright false or technically accurate but intentionally misleading. None of these possibilities are befitting of a leader of a major university.

## FINDING: COLUMBIA'S LEADERS OFFERED GREATER CONCESSIONS TO ENCAMPMENT LEADERS THAN THEY PUBLICLY ACKNOWLEDGED

Negotiations between Columbia University leaders and the encampment negotiators are as concerning as those at Northwestern. In an attempt to appease the so-called "Gaza Solidarity Encampment," Columbia offered disturbing concessions that went considerably further than the University has publicly acknowledged.

The University's proposed concessions would have rewarded radical students who disrupted the ability of students to learn and navigate campus and catalyzed an antisemitic hostile environment rife with harassment and intimidation. Although the students did not accept the University's offers and held out for even more extreme concessions, by proffering them Columbia signaled that misconduct would not only be tolerated but rewarded.

---

[55] Memorandum on Northwestern University Board Meeting Discussion (Apr. 30, 2024) (on file with Comm.).
[56] *Id.*
[57] *Calling For Accountability: Stopping Antisemitic College Chaos* Before the H. Comm. on Ed. & the Workforce, 117th Cong. 38 (2024), https://docs.house.gov/meetings/ED/ED00/20240523/117258/HHRG-118-ED00-Transcript-20240523.pdf.

THIRD RASSBACH DECLARATION EXHIBIT 3
134

***The Encampment's Demands and the University's "Menu" of Potential Responses***

An April 22, 2024, document chronicled six demands from encampment organizers and the University's potential responses:

1. "Boycott & Divestment: [The Advisory Committee on Socially Responsible Investing (ASCRI)] should review the CUAD [Columbia University Apartheid Divest] proposal on boycott and divestment based on the merits of the proposal, given that student support has been established. Columbia should also commit to administering a binding referendum on divestment from companies and institutions that profit from Israel to cancel the opening of the Tel Aviv Global Center, and to end the dual degree program between the School of General Studies and Tel Aviv University"[58]

2. "Ensure accountability through full transparency of Columbia's financial investments (including process, viewpoint discrimination, and process not being publicized)"[59]

3. "Protect academic freedom of scholars, faculty, and staff, in particular visiting scholar Mohamed Abdou, Professor Joseph Massad, and Kayoum Ahmad [*sic*]"[60] (Abdou and Massad explicitly supported Hamas in the wake of the October 7 attack, while Kayum Ahmed was documented to have engaged in anti-Israel political indoctrination in a public health course.[61])

4. "Issue a university-wide statement acknowledging the wrongdoings against pro-Palestine affiliates, including bringing NYPD onto campus and the bias in the administration's statements. In addition, commitment to Immediate Removal of NYPD from campus"[62]

5. "Grant full amnesty for students who anticipated and/or organized in any Pro-Palestine event/action on campus - this includes all current disciplinary cases, including but not limited to the Gaza Solidarity Encampment, the Hillary Clinton event, and Resistance 101"[63]

6. "Publicly revoke the suspension of SJP & JVP in a statement on the same website as where the initial suspension statement was made, signed by Cas Holloway (who replaced Gerry Rosberg) that will fully retract 'threatening rhetoric and intimidation' and acknowledge that the university abrogated its rules and procedures in suspending these

---

[58] Student Demands and Possible Columbia Univ. Responses (Apr. 22, 2024) (on file with Comm.).
[59] *Id.*
[60] *Id.*
[61] Elisabeth Buchwald, *Professor who Columbia president said was 'spoken to' for calling Hamas invasion 'astounding' says he wasn't disciplined*, CNN (April. 18, 2024 2:19 PM EDT), https://www.cnn.com/2024/04/17/business/professor-columbia-president-hamas-attack/index.html (discussing Mohamed Abdou and Joseph Massad's comments justifying Hamas' October 7th attacks on Israeli civilians); Douglas Belkin, *Some Columbia Professors Accused of Pro-Palestinian Indoctrination*, THE WALL ST. J. (Mar. 8, 2024), https://www.wsj.com/us-news/education/some-columbia-professors-accused-of-pro-palestinian-indoctrination-002013fc (discussing Kayum Ahmed's anti-Israel propagandizing in his public health class lecture).
[62] Possible Columbia Responses, *supra* note 58.
[63] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

groups (https://news.columbia.edu/news/statement-gerald-rosberg-chair-special-committee-campus-safety)"[64]

While one might think that the University would have rejected these extreme demands outright, the University instead used them as a basis for negotiation. By the morning of April 25, 2024, Columbia administrators had prepared a "menu" of possible responses to the encampment leaders' demands. The menu shows Columbia's leaders were willing to make significant – and troubling – concessions to the encampment. These included:

- **Investments:** In response to student demands for financial divestment from Israel, Columbia offered to have the Advisory Committee on Socially Responsible Investing (ACSRI), the University body responsible for considering divestment proposals and making recommendations to the University's Board of Trustees, review proposals for divestment from companies "complicit in violating international law or international treaties recognized by the US government" or that "manufacture certain categories of weapons" as well as a shareholder engagement proposal within six months of being presented.[65]

  If adopted, these proposals would have further politicized the University and opened the door to divestment from companies tied to Israel and from defense manufacturers supplying not only Israel, but also the United States and other U.S. allies.

  **Possible Responses**

  **Investments**
  ASCRI to review an alternative proposal for shareholder engagement by Columbia.
  ASCRI to review a proposal for divestment in companies that are complicit in violating international law or international treaties recognized by the US government.
  ASCRI to review a proposal for divestment in companies that manufacture certain categories of weapons manufacturers.
  *Such reviews will occur within six months of these proposals.*

  [66]

- **Dual Degree Program and Global Centers:** These proposals aimed to address two of the encampment participants' demands for academic boycotts of Israel targeting Columbia programs. Encampment leaders demanded that Columbia end its undergraduate dual degree program with Tel Aviv University and cancel the opening of its planned Tel Aviv Global Center.

  The University's potential responses on the Tel Aviv dual degree program demand appear to be an effort to counter the program by attempting to increase the number of Arab students in Columbia programs, including by offering "full scholarships for Arab students" in the dual degree program and building an exchange program with Haifa University, which "includes a substantial proportion of Arab students in their population." The potential response also offered to conduct a review of access to all of Columbia's Global Centers.[67]

---

[64] *Id.*
[65] Possible Columbia Univ. Responses (Apr. 25, 2024) (on file with Comm.).
[66] *Id.*
[67] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

**Dual Degree Program**
Engage with the Israeli government in the hope that all Columbia University students to participate in the dual degree program with Tel Aviv University.
Build exchange program with Haifa University, the most diverse University in Israel, which includes substantial proportion of Arab students in their population.
Development a joint program with Al Quds University that includes summer Arabic language classes for our students, joint seminar series, etc. This can also be coordinated by our Global Center in Amman.
Establish full scholarships for Arab students for the dual degree program with Tel Aviv University.

**Global Centers**
Commits to a future review of access to all of our Global Centers
Engage with the Israeli government in the hope that all Columbia University students, staff and faculty will be able to visit and participate at the Tel Aviv Columbia Global Center. [68]

Alarmingly, one of Columbia's potential responses to the dual degree program was to develop a "joint program" with Al-Quds University in the West Bank, which has an active Hamas-affiliated student organization, has been the site of numerous Hamas rallies, and issued a statement after October 7, 2023, "mourning the martyrs of the nation who died yesterday in the West Bank and Gaza as a result of this aggression."[69] In 2013, Brandeis University and Syracuse University ended their relationships with Al-Quds University after a demonstration on its campus where demonstrators in military gear raised Nazi salutes while surrounded by banners of suicide bombers.[70]

- **Amnesty:** Columbia's "menu" proposed disciplinary amnesty for students participating in the encampment who were not repeat offenders and to allow repeat offenders access to an expedited University Judicial Board (UJB) process instead of the Dean's Discipline process administered by the University's Center for Student Success and Intervention (CSSI) through which disciplinary actions had been initiated.[71] Moving the cases to the UJB would almost certainly result in significantly weaker punishments than CSSI.[72] Under the UJB process, there is no option for interim suspension, and discipline is determined by faculty, staff, and students appointed by the University Senate, which has consistently sought to obstruct the Columbia administration from imposing discipline on antisemitic conduct incidents.

---

[68] *Id.*

[69] At Event Marking Hamas' 35th Anniversary At Al-Quds University In East Jerusalem: Calls for Jihad To Liberate Palestine 'From River To Sea, MEMRI.ORG (Dec. 28, 2022), https://www.memri.org/reports/event-marking-hamas-35th-anniversary-al-quds-university-east-jerusalem-calls-jihad-liberate; Alec Schemmel, *Columbia Professor Behind Pro-Hamas Letter Served as 'Academic Mentor' At Palestinian University That Holds Hamas Rallies*, THE WASHINGTON FREE BEACON (Nov. 3, 2023), https://freebeacon.com/campus/columbia-professor-behind-pro-hamas-letter-served-as-academic-mentor-at-palestinian-university-that-holds-hamas-rallies.

[70] Brandeis University suspends its partnership with Al-Quds University effective immediately, BRANDEISNOW (Nov. 18, 2013), https://www.brandeis.edu/now/2013/November/al-quds-response.html; Zach Schweikert, *SU cuts ties with Al-Quds University*, THE DAILY ORANGE (Dec. 3, 2013), https://dailyorange.com/2013/12/su-cuts-ties-with-al-quds-university.

[71] Possible Columbia Univ. Responses, *supra* note 65.

[72] Sarah Huddleston, *Majority of Hamilton Hall disciplinary cases moved to University Judicial Board*, COLUMBIA SPECTATOR (July 29, 2024), https://www.columbiaspectator.com/news/2024/07/29/majority-of-hamilton-hall-disciplinary-cases-moved-to-university-judicial-board.

THIRD RASSBACH DECLARATION EXHIBIT 3

- **SJP and JVP:** The University offered to set forth the process for reinstatement of SJP and JVP, the two student groups suspended for leading CUAD despite CUAD leaders' repeated violations of University rules, including by playing a central role in establishing the encampment.[73]

**Amnesty**
Share good news that we delivered on resolving the case of the two Law students serving as legal observers on 4/18
Amnesty for interim suspended students of 4/18 for non-multiple offenders (with attestation) and request Senate to have expedited UJB process for other students and application of policies and due process. Resistance 101 non-negotiable.
Allow all non-multiple offenders to complete the semester …. Subject to attestation
Consider a process for lifting disciplinary action (by Deans), subject to further conditions and attestation
*Attestation will run through December 2024, and Deans commit to discipling students who are responsible for another violation.*

**SJP and JVP**
State the process for reinstatement of SJP and JVP
Share Gerry Rosberg's apologies already made public on the floor on the University Senate.

[74]

The "menu" also included potential public health and education proposals (such as establishing a "resilience fund"), a process for students to access a list of Columbia's direct financial holdings, release of a statement and assembly of a faculty committee on academic freedom, and an agreement to make a "good faith effort" to issue a University Statement within one week based on a draft by students.[75]

An April 27, 2024 position paper by CUAD makes clear that the University presented many of the proposals from the "menu" to CUAD's negotiators, while also showing CUAD's even more extreme counter-proposals.[76] For example, CUAD demanded an upfront commitment by the Board of Trustees to divest from weapons manufacturing and other selected companies and to grant full amnesty for all students given interim suspensions for involvement in the encampment with no reciprocal commitment on the students' part to abide by University rules.[77]

The position paper indicates that the University modified its public health and education proposals from those in the "menu" to include an offering rewarding the encampment leaders with "a resilience fund for Gaza at Columbia Global,"[78] "a scholarship fund for students, who have lived, worked, or studied in the West Bank and Gaza," a "hardship fund for current Columbia University students impacted by the current conflict in the Middle East," and developing programs for early childhood development in Gaza and the West Bank.[79] This proposed ransom was not high enough for CUAD, which demanded that the University commit to the scholarship fund covering 30 to 40

---

[73] Possible Columbia Univ. Responses, *supra* note 65.
[74] *Id.*
[75] *Id.*
[76] Position paper, Columbia Univ. Apartheid Divest (Apr. 27, 2024) (on file with the Comm.)
[77] *Id.*
[78] The concept of a Gaza resilience fund appears to be modeled off one that the Columbia Global Centers launched in December 2023 to address the February 2023 Turkey earthquake. Funding recipients included "Building Back Better in Hatay, Turkey." *See:* https://globalcenters.columbia.edu/content/columbia-global-resilience-fund-2024-award-recipients.
[79] Position paper, *supra* note 76.

THIRD RASSBACH DECLARATION EXHIBIT 3

students for five years and that the Gaza resilience fund be seeded with $1 million and a fundraising goal of at least $10 million in a year.



4. **Public health and Education**:

**University Position:** a) The university will develop programs for early childhood development in the West Bank and Gaza, b) the university will establish a resilience fund for Gaza at Columbia Global, c) the university will establish a scholarship fund for students who have lived, worked, or studied in the West Bank and Gaza, d) the university will establish a hardship fund for current Columbia University students impacted by the current conflict in the Middle East.

**CUAD Position:** a) The university will develop programs for early childhood development in the West Bank and Gaza through the Amman Global Center, b) the university will establish a resilience fund for Gaza at Columbia Global with at least a one million USD seed-fund by July 1st and Columbia will endeavor to raise at least ten million USD for the fund within one year of its establishment, c) the university will establish scholarships for five years for 30 to 40 students who have legally lived, worked, or studied in the West Bank and Gaza according to international law, d) the university will establish a hardship fund for current Columbia University students impacted by the current conflict in the Middle East.

> Commented [1]: amount and timeline?

5. **Academic Freedom:**

80

The University also offered to limit its procedures for disciplinary investigations and called for a commitment by encampment participants to dismantle it within six hours of the agreement's signing, to abide by certain conduct rules during the dismantling, and not to establish new encampments or encourage others to do so. CUAD said it could dismantle the encampment within 24 hours if an agreement was reached, but that as a "decentralized coalition" with "no central leadership" it would be "impossible for students to 'enforce' policies against other students that are the responsibility of the university and campus security." [81]

CUAD also renewed its demand for a presidential statement "in recognition of the harms done to students and the genocide in Gaza" based on a draft provided by students on April 25. The draft statement included radical content, such as demanding the University praise pro-Palestinian students for having "motivated the university to develop a principled stance on the war," saying the Gaza war is "plausibly a genocide," and saying "the presence of the NYPD on our campus has contributed to a sense of danger."[82] While the University did not issue the statement, it continued to try to appease the students who drafted it through further negotiations and conciliatory public statements.

Columbia's appeasement policy continued even after the negotiations failed. When then-President Minouche Shafik announced that negotiations had failed on April 29, she listed a number of the proposals offered to the encampment and said, "There are important ideas that emerged from this dialogue, and we plan to explore pursuing them in the future."[83] These overtures to the protestors persisted despite the criminal takeover of Hamilton Hall and NYPD clearance of the encampment. In a May 9 opinion piece in the *Financial Times*, Shafik compared the Gaza protests to "opposition to the Vietnam War, the anti-apartheid struggle and the civil rights movement," reiterated a number

---

[80] *Id.*
[81] *Id.*
[82] Draft Statement, Columbia Univ. Apartheid Divest (Apr. 25, 2024) (on file with the Comm.)
[83] Statement from Columbia Univ. President Minouche Shafik, Columbia Univ. (Apr. 29, 2024), https://president.columbia.edu/news/statement-columbia-university-president-minouche-shafik-4-29.

of the proposals Columbia put on the table, and wrote, "We were unable to come to agreement but this cannot be the end of the dialogue."[84]

**FINDING: UCLA OFFICIALS STOOD BY AND FAILED TO ACT AS THE ILLEGAL ENCAMPMENT VIOLATED JEWISH STUDENTS' CIVIL RIGHTS AND PLACED CAMPUS AT RISK**

***UCLA allowed the creation of a hostile environment for Jewish students, in violation of Title VI.***

Documents obtained by the Committee have revealed a stunning failure by UCLA administrators to enforce existing policies, creating the conditions for a violent end to the unlawful, antisemitic encampment that plagued campus for more than a week. The melee that occurred on the night of April 30, 2024, was the direct result of UCLA's failure to hold rule-breaking students and their trespassing allies in the encampment accountable for days of civil rights violations and violence targeted at Jewish students and supporters of the existence of the state of Israel. While UCLA leadership attempted to downplay the effect of the encampment, making public statements calling the encampment "mostly peaceful,"[85] the reality on the ground was far different. On October 16, 2024, the Task Force to Combat Antisemitism and Anti-Israeli Bias at UCLA released a report detailing protestors and encampment members engaging in violence and intimidation as early as April 25, 2024.[86] School buildings were repeatedly vandalized with antisemitic graffiti, including swastikas, in violation of UCLA policy and California law, Jewish students were blocked from attending classes and assaulted by members of the encampment, and campus life ground to a halt.[87]

In August 2024, the United States District Court for the Central District of California found that "Jewish students were excluded from portions of the UCLA campus because they refused to denounce their faith."[88] UCLA has never disputed this reality; in litigation, it merely disclaimed responsibility, instead arguing that it had no responsibility to protect its Jewish students because the encampment was not controlled by the school.

Though the encampment was unlawful and in violation of UCLA policy from the second it was formed in the early hours of April 25, 2024, UCLA chose to ignore its own rules and "monitor" the encampment, prioritizing "de-escalation" rather than taking decisive action.[89] The weakness shown by UCLA leaders over the entirety of the encampment period encouraged further disruptions in the days following the night of violence, forcing the campus to remain closed and classes to stay online.

---

[84] Minouche Shafik, *Minouche Shafik: universities must engage in serious soul searching on protests*, FINANCIAL TIMES (May 9, 2024), https://www.ft.com/content/18432ba2-d1f7-4661-99c8-6fd9d064b7ea.
[85] Email from UCLA Bruin Alert (Apr. 27, 2024, 10:30 PM) ("Bruin Alert: Campus Activity Updates (Saturday April, 27th)").
[86] The Task Force to Combat Antisemitism and Anti-Israel Bias at UCLA, *Antisemitism and Anti-Israeli Bias at UCLA*, 57-58 (Oct. 16, 2024), https://antisemitismreport.org.
[87] Amanda Starrantino, *Pro-Palestinian Encampment Blocks UCLA Students from Entering Library During Midterms*, KCAL NEWS (Apr. 30, 2024), https://www.cbsnews.com/losangeles/news/pro-palestinian-encampment-blocks-ucla-students-from-entering-library-during-midterms/.
[88] Order for Preliminary Injunction, *Frankel v. Regents*, No. 2:24-cv-04702-MCS-PD (C.D. Cal., Aug. 13, 2024).
[89] April 27 Bruin Alert, *supra* note 85.

THIRD RASSBACH DECLARATION EXHIBIT 3

*UCLA leadership could have ended the encampment within minutes of its formation but chose to "hold off" instead.*

On April 25, 2024, at 4:25 AM, a lieutenant in the UCLA Police Department (UCPD) informed Chief John Thomas that over 50 unidentified individuals were unloading the contents of a truck at Royce Quad.[90] Unbeknownst to UCPD, these protestors were unloading tents, wooden pallets, and logs to occupy Royce Quad with a walled-off tent encampment.[91] While UCPD officers quickly closed a nearby street to prevent additional vehicles from entering campus, by then it was already too late. Soon after, protestors further violated the UCLA Group Conduct Code and likely violated California law by stealing metal bicycle racks from University property and using them to reinforce the walls of the encampment.[92] In the intervening minutes, an alliance of student radicals and unaffiliated extremists had erected fortifications in the center of campus, in front of Powell Library.[93]

When a patrol officer suggested that UCPD attempt to identify the individuals and remove anyone who was not a member of the faculty, staff, or student body, officers were informed that UCLA had opted to "hold off."[94] As minutes went by, the crowd swelled to over 150 participants, and a small tent city surrounded by a wall of wooden pallets had been erected.[95] The encampment, comprised of affiliates and nonaffiliates of the university, violated a wide set of university policies.[96] These violations included UC Office of the President (UCOP) regulations prohibiting camping by non-affiliates, UCOP policies prohibiting students and campus organizations from using university property in violation of time, place, and manner restrictions, and UCLA Group Code of Conduct Policies prohibiting unauthorized temporary structures on university facilities.[97] The UCLA fire marshal warned that the wood construction was unacceptable, but no action was taken to disperse the encampment or prevent further fortification.[98] Less than an hour after their arrival, protestors had secured and occupied UCLA's Royce Quad.

Over the course of the next day, it became apparent to UCPD and campus administrators that the university was underequipped to manage this rapidly escalating situation. Campus administrators moved to close Royce Hall, Powell Library, and Murphy Hall.[99] However, UCPD informed administrators that there were not have enough officers to secure the buildings.[100] UCLA leaders worried that they would be unable to restrict access to the area or prevent further expansion of the encampment without a significant surge in manpower, with one senior administrator warning that "no temporary fence is going to keep these people out."[101] Vice Chancellor Michael Beck informed his team that their immediate goal was to quarantine the encampment as quickly and effectively as possible, to prevent further growth.[102] At the same time, however, administrators acted to make

---

[90] UCLA Staff Message Thread (initiated Apr. 25, 2024, 4:25 AM) (on file with Comm.).
[91] UCLA Staff Message Thread (Apr. 25, 2024, 8:12 PM) (on file with Comm.).
[92] UCLA Antisemitism Task Force Report, *supra* note 86 at 52.
[93] UCLA Police Message Thread (Apr. 25, 2024, 4:25 AM) (on file with Comm.).
[94] *Id.*
[95] UCPD Staff Message Thread (initiated Apr. 25, 2024, 4:25 AM) (on file with Comm.).
[96] UCLA Antisemitism Task Force Report, *supra* note 86 at 52
[97] *Id.*
[98] UCLA Staff Message Thread, *supra* note 90.
[99] UCLA Staff Message Thread (initiated Apr. 25, 2024, 6:46 AM) (on file with Comm.).
[100] *Id.*
[101] *Id.*
[102] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

it easier for the encampment to remain in place: the sprinklers on Royce Quad were turned off, and University leadership was informed by facilities staff that they would stay off for the duration of the encampment.[103]

That morning, UCLA leadership held an emergency meeting to discuss the encampment.[104] Following the meeting, the administration pushed out a BruinALERT update to all members of the UCLA community, characterizing the entrenched takeover of the center of campus as "mostly peaceful," and reiterating UCLA's commitment to "monitoring" the situation while minimizing disruption of UCLA's academic mission.[105] From the beginning, however, it was obvious to many campus leaders that the encampment on Royce Quad violated a long list of University policies and presented a clear and present danger to Jewish students. As early as April 25, violence was documented within and around the encampment.[106] A notable incident outlined in the UCLA Task Force on Antisemitism and Anti-Israel Bias report involved a Native American Jewish woman who was assaulted by a protestor with a stick.[107] That afternoon, the Executive Director of the UCLA Hillel emailed Chancellor Block urging him to end the encampment, stating that "no exception for the rules should be made at the expense of Jewish students.[108]

***UCLA failed to act before the encampment reached critical mass, and so could only react to new developments***

The morning of April 27, the administration sent another BruinALERT update, informing University affiliates that UCLA had deployed uniformed Student Affairs Mitigators (SAMs) and Public Safety Aides (PSAs) around the encampment site.[109] These employees were in place to engage in "de-escalation," with traditional law enforcement units, UCPD, and private "crowd management" services on standby.[110] Privately, however, UCLA leadership recognized the encampment as a threat to student and campus safety. Documents obtained by the Committee reveal that UCPD had requested a drone operator, at least 100 security contractors, and an LAPD mobile field force (MFF).[111] At the same time, UCLA SJP was leading "self-defense" and security training inside the encampment, promoting slogans like "WE KEEP US SAFE" to denote opposition to the presence of University police.[112]

In a "dear colleague" letter, Vice Chancellor Beck informed faculty that a large counter-protest was expected the next day.[113] In preparation, Beck informed UCLA administrators he had requested a surge in police officers and a large number of crowd management personnel.[114] The Task Force on Antisemitism and Anti-Israeli Bias at UCLA noted that at the April 28th counter-protest, violent clashes broke out between members of the encampment and counter-protesters.

---

[103] *Id.*

[104] Email to UCLA Leadership (Apr. 25, 2024) (providing information for a Zoom meeting).

[105] Email from UCLA Bruin Alert (Apr. 26, 2024, 12:26 PM) (on file with Comm.).

[106] Antisemitism Task Force Report, *supra* note 86 at 57.)

[107] *Id.*

[108] Email from Dan Gold, Exec. Dir., Hillel at UCLA to Gene Block, Chancellor, UCLA (Apr. 26, 2024)(on file with Comm.).

[109] Email from UCLA Bruin Alert (Apr. 27, 2024, 10:30 PM) (on file with Comm.).

[110] CSC Los Angeles, https://losangeles.csc-usa.com/home (one of the firms hired by UCLA to provide crowd control staffing).

[111] UCPD Text Exchange (Apr. 27, 2024) (on file with Comm.).

[112] Antisemitism Task Force Report, *supra* note 86 at 58.

[113] UCPD Text Exchange, *supra* note 111.

[114] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

The report details how the child of a Holocaust survivor was pepper sprayed by encampment participants and a Jewish student was thrown to the ground by members of the encampment and repeatedly kicked in the head. The student was knocked unconscious and was taken to the hospital with an open head wound.[115]

In a BruinALERT sent on the morning of April 28, UCLA claimed that regular campus activities had continued without interruption and reiterated that the University was following UC System policy in not requesting law enforcement preemptively unless necessary.[116] But the same administrators who approved the message could not ignore that these principles were in conflict. That afternoon, the administration was informed that instructors were moving their classes (many of which were the final review sessions before midterm exams) into the encampment.[117]

On the morning of April 29, documents obtained by the Committee reveal that UCPD staff discussed its urgent staffing issues.[118] It was obvious to UCPD that a serious situation had come into existence.

***UCLA was aware of the formation of antisemitic checkpoints but failed to remove them or protect Jewish students in violation of the University's Title VI obligations.***

The next day, April 30, UCLA leadership approached the encampment organizers and attempted to negotiate a peaceful resolution of the unlawful encampment, which the encampment organizers rejected unconditionally. In response, the University informed them that the encampment was in violation of school policy and needed to be disbanded immediately.[119] At this point, UCPD observed an estimated 250-300 tents inside the heavily fortified encampment, which had expanded to include antisemitic checkpoints that "required passerby to wear a specific wristband to cross them."[120] Those wristbands were given only to encampment participants, and "people who supported the existence of the state of Israel were kept out."[121] Masked encampment members denied Jewish students and the media access to areas of campus, as uniformed Student Affairs Mitigators and Public Safety Aides stood idly by.[122] According to a federal judge, there is no dispute that the checkpoints excluded Jewish students, but UCLA claimed that it had no

---

[115] Antisemitism Task Force Report, *supra* note 86 at 58.)

[116] Email from UCLA Bruin Alert (Apr. 28, 2024, 8:45 AM) (on file with Comm.).

[117] Email from Affiliate to Gene D. Block, Chancellor, UCLA, et al. (Apr. 28, 2024) (on file with Comm.).

[118] UCPD Leadership Message Thread (Apr. 29, 2024) (on file with Comm.).

[119] UCLA Staff Message Thread (initiated Apr. 30, 2024, 12:10 AM) (on file with Comm.).

[120] Order for Preliminary Injunction, *supra* note 88 at 4.

[121] *Id*. The International Holocaust Remembrance Alliance (IHRA) working definition identifies "holding Jews collectively responsible for the actions of the state of Israel" and "denying the Jewish people their right to self-determination" as contemporary examples of antisemitism. Executive Order 13899 requires the Department of Education to consider the IHRA working definition when enforcing Title VI of the Civil Rights Act of 1964 (Title VI). By forcing Jewish students to disavow Israel, UCLA's antisemitic checkpoints discriminated against and created a hostile environment for Jewish students under Title VI, and are a clear example of antisemitism under the IHRA definition. By forcing Jewish students to disavow their connection to Israel, and the state of Israel itself, to gain access to areas of campus, the unlawful encampment engaged in antisemitic discrimination.

[122] Jenny Jarvie, *'Are You a Zionist?' Checkpoints at UCLA Encampment Provoked Fear, Debate Among Jews*, L.A. TIMES (May 9, 2024), https://www.latimes.com/california/story/2024-05-09/are-you-a-zionist-checkpoints-at-ucla-encampment-provoked-debate-among-jewish-students; Open Source Intel (@Osint613) X (Apr. 30, 2024), https://x.com/Osint613/status/1785376397403275486.

THIRD RASSBACH DECLARATION EXHIBIT 3

responsibility to ensure that Jewish students could access campus.[123] In doing so, UCLA allowed the creation of an environment hostile to Jewish students in direct violation of their Title VI rights.[124]

### UCLA was insufficiently prepared to react to the violence of April 30

By the night of April 30, UCLA had lost control of the situation on campus. Chief Thomas ordered an overnight police presence at Royce Hall, in an attempt to maintain order.[125] When campus administrators attempted to close Royce Hall and Powell Library that evening, a UCPD lieutenant reported that encampment members were "controlling" the east entrance, allowing encampment members unrestricted access to the building and its bathrooms.[126] UCPD received reports of counter-protestors flashing lights and playing sirens around the encampment.[127] Vice Chancellor Michael Beck requested additional lighting around the encampment as the University expected "additional provocation" that night.[128]

That "provocation" would come soon after. Late that night, UCLA's campus erupted into hours of violence, with encampment participants sallying forth to engage in a melee with counter-protesters who attempted to dismantle the encampment by force. Custodians on campus were ordered to shelter in place for their own safety.[129] UCPD, LAPD, and other local law enforcement agencies responded to the University's call for mutual aid.

By the early hours of May 1, there were over 150 police officers on campus monitoring the aftermath of the encampment clash.[130] In a private email to Regents, UC System President Drake confirmed that one person was hospitalized and 15 were injured.[131] University administrators began drafting statements and holding meetings about the incident, debating what information they wanted to communicate to the UCLA community. At a private meeting of UCLA deans, University leadership heard from an impassioned alumnus, who argued that the chaos of the preceding night had been inevitable because UCLA's distorted interpretation of the right to free expression allowed protestors to impede the day-to-day educational mission of the university and impose an environment of fear and general disorder.[132] This chaotic environment allowed protestors, without consequence, to entrench themselves in the middle of campus.[133] The anarchy that ensued created

---

[123]  Katherine Mangan, *Federal Judge Blasts UCLA for Allowing Encampment Protesters to Block Jewish Students*, THE CHRONICLE OF HIGHER ED. (Aug. 14, 2024) https://www.chronicle.com/article/federal-judge-blasts-ucla-for-allowing-encampment-protesters-to-block-jewish-students.

[124] Letter from Assemb. Rick Chavez Zbur to Hon. Catherine E. Lhamon, Asst. Sec. U.S. Dept. of Ed. (Apr. 30, 2024), https://a51.asmdc.org/press-releases/20240430-assemblymember-zbur-requests-investigation-potential-violations-title-vi.

[125]  UCLA Staff Message Thread (initiated Apr. 30, 2024, 12:10 AM) (on file with Comm.).

[126] *Id.*; Email from UCLA Bruin Alert (Apr. 30, 2024, 4:25 PM) (on file with Comm.).

[127] UCLA Staff Message Thread, *supra* note 226.

[128]  Email from Michael Beck, Admin. Vice Chancellor, UCLA, to UCLA admin. (Apr. 30, 2024) (on file with Comm.).

[129]  Email from Lizett Martinez, Dir. Facilities Mgmt. Custodial & Grounds, to UCLA admin. (May 1, 2024) (on file with Comm.).

[130] UCPD Leadership Text Messages (May 1, 2024) (on file with Comm.).

[131] E-mail from Tricia Lyall, Sec'y and Chief of Staff, Regents of the Univ. of Cal., to Univ. of Cal. Regents (May 1, 2024 11:20 AM) (on file with Comm.).

[132] Letter from Alumnus to Gene D. Block, Chancellor, UCLA, et al. (May 1, 2024) (on file with Comm.).

[133] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

the conditions for rampant antisemitism and for the intimidation and assault of students, particularly visibly Jewish students, in the UCLA community.[134]

***UCLA's external messaging did not reflect the facts on the ground, and focused on appeasing remaining members of the unlawful, antisemitic encampment.***

In a statement that day, UCLA Chancellor Gene Block "acknowledge[d] the trauma" experienced by members of the antisemitic encampment, which he claimed had been established "to advocate for Palestinian rights." Block's statement ignored the many well-documented acts of violence and discrimination against Jewish students unaffiliated with the Israel-Hamas conflict, instead focusing on coddling the extreme antisemitic encampment members.[135]

While UCLA publicly maintained that a group of instigators came to Royce Quad to attack the encampment, the University showed through its response that it implicitly agreed with the alumnus' assessment of the encampment.[136] In a private email to Regents, President Drake stated that Chancellor Block had declared the encampment unlawful the day prior and committed to dismantling it.[137] The administration was also receiving input from community members that the environment at UCLA had gotten out of hand. Students and their parents recounted having experienced studying for midterms as violence erupted on campus, fearful that outside agitators would come into the dorms.[138] As UCLA began preparations to dismantle the encampment, all on-campus classes were cancelled and UCPD requested help from LAPD, LASD, and LAFD.[139]

***UCLA's failure to enforce policy and the law led to the conditions of April 30 and required hundreds of law enforcement officers to disband the violent encampment.***

On May 2, from approximately 3:00 – 6:00 AM, law enforcement officers entered the Royce Quad. While hundreds of protestors left voluntarily, more than 130 trespassing protestors resisted arrest and were detained by police.[140] Others were arrested for refusing to vacate the encampment.[141] In a community-wide email later that day, Chancellor Block offered a detailed account of the previous day's violence and the clearing of the illegal encampment. The Chancellor reiterated UCLA's commitment to balancing the principles of safety, free expression, and fulfilling UCLA's academic mission. Block conceded that, while many in the illegal encampment were peaceful, the encampment had become a focal point for violence and disruption that impeded UCLA's ability to maintain student safety and a safe learning environment – necessitating its removal.[142] Violent demonstrators had interfered with UCLA's academic mission by blocking and antagonizing students, even after several warnings and offers to negotiate.[143] Even after days of open antisemitic

---

[134] *Id.*
[135] Email from Gene D. Block, Chancellor, UCLA to All Campus & Parents (May 1, 2024) (on file with Comm.).
[136] *Id.*
[137] Email from Michael V. Drake, President, Univ. of Cal., to Univ. of Cal. Regents (May 1, 2024) (on file with Comm.).
[138] *Id.*
[139] UCLA OFF. OF EMERGENCY MGMT. SITUATION STATUS REP. MAY 1, 2024.; UCLA OFF. OF EMERGENCY MGMT. SITUATION STATUS REP. #3 MAY 2, 2024. (on file with Comm.).
[140] Email from Gene D. Block, Chancellor, UCLA to All Campus (May 2, 2024) (on file with Comm.).
[141] UCLA OFF. OF EMERGENCY MGMT. SITUATION STATUS REP. #3 MAY 1, 2024 (on file with Comm.).
[142] Email from Gene D. Block, *supra* note 241.
[143] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

discrimination and violence, UCLA's leaders encouraged the protestors to rethink their tactics and demonstrate in a way that did not violate the law or UCLA policies.[144]

Documents obtained by the Committee over the course of its investigation make clear that not only was UCLA unprepared for an encampment but it also failed to adequately respond once it had formed, instead simply "monitoring" as conditions deteriorated, and only acting once the campus erupted into open violence. Members of the radical, antisemitic, and illegal encampment, whitewashed by UCLA's public statements as a demonstration "for Palestinian rights," escaped accountability for exclusion of Jewish students from campus. Even the students and affiliates arrested for acts of violence and resisting arrest avoided suspension or even probation. Despite the overwhelming evidence of shared ancestry-based discrimination against Jewish students with deeply held religious beliefs, including the undisputed factual basis for the Central District of California's preliminary injunction, the Department of Education Office of Civil Rights has failed to meaningfully pursue action against UCLA.

*Conclusion*

Northwestern's and Columbia's efforts to appease their respective encampments were replicated at numerous other universities throughout the country. Several of the most troubling examples include:

- **Evergreen State College**: Evergreen State College agreed to establish a task force to advance divestment from companies deemed to profit from "the occupation of Palestinian territories," to end study abroad programs in Israel, and that its President John Carmichael would issue a statement using language proposed by the encampment leaders calling for a ceasefire and giving unwarranted credence to specious efforts charging Israel with genocide at the International Court of Justice.[145]

- **Rutgers University:** Rutgers agreed for its university president and the chairman of its Joint Committee on Investments to meet with student representatives to discuss divestment; to provide financial support for 10 Palestinian students to finish their education at Rutgers; to create an Arab cultural center at Rutgers-New Brunswick; and to expand the University's relationship with the Palestinian university Birzeit (known for its ties to Hamas).[146]

- **Brown University:** Brown agreed to have its governing board schedule a vote on divestment from Israel.[147] Brown Trustee Joseph Edelman resigned in protest of the decision, stating, "I consider the willingness to hold this vote a stunning failure of moral

---

[144] *Id*.

[145] *Memorandum of Understanding Between The Evergreen State College and the Evergreen Gaza Solidarity Encampment* (April 30, 2024), https://www.evergreen.edu/student-life/student-activities/student-governance/gazasolidarity.

[146] *Agreement between Rutgers University and the Voorhees Mall Encampment* (May 7, 2024), https://newbrunswick.rutgers.edu/sites/default/files/2024-05/AGREEMENT_05072024.pdf; *'Daily Wire': Harvard defends partnership with Birzeit, long tied to Hamas*, JEWISH NEWS SYNDICATE (Jan. 11 2024), https://www.jns.org/daily-wire-harvard-defends-partnership-with-birzeit-long-tied-to-hamas/.

[147] *Agreement between Brown University and the Brown Divest Coalition College Green Encampment* (Apr. 30, 2024), https://www.brown.edu/sites/default/files/encampment-agreement-04-30-24.pdf.

THIRD RASSBACH DECLARATION EXHIBIT 3

leadership at Brown University. I am unwilling to lend my name or give my time to a
body that lacks basic moral judgment."[148]

- **University of Wisconsin, Milwaukee:** The University agreed to call for a ceasefire, to
  condemn what it baselessly termed "genocide" and "scholasticide," to review
  investments in funds including weapons manufacturers, to end its Water Council's
  relationships with Israeli government-owned water companies, and to not pursue
  disciplinary violations by students in the encampment.[149]

- **University of California, Riverside:** UC Riverside agreed to form a task force to
  explore removing the University's endowment from the management of the UC System's
  investment office to facilitate divestment from companies involved in arms
  manufacturing, to review the sale of Sabra brand hummus on campus, to modify its
  approval process for study abroad programs, and to discontinue academic programs in
  Israel and other countries.[150]

- **Sonoma State University:** Sonoma President Mike Lee unilaterally agreed to
  implement an academic boycott of Israel, to launch a divestment review of investments,
  and to establish an advisory council of Students for Justice in Palestine.[151] (Lee was
  promptly placed on administrative leave for insubordination and announced his
  retirement, effectively resigning.)[152]

By rewarding egregious conduct violations with staggering concessions rather than enforcing
university rules, these agreements set dangerous precedents that invite future chaos and could open
colleges and universities up to potential violations of Title VI. As previously discussed, Title VI
requires colleges and universities to prevent and alleviate hostile environments based on race,
color, or national origin (including against religious groups based on shared ancestry or ethnic
characteristics). As documented, these encampments and the capitulation of campus leadership to
those encampments likely created a hostile environment for Jewish students that universities failed
to address.

The previously unknown aspects of Northwestern's and Columbia's negotiations also suggest that
schools that reached agreements with their encampments may have offered even more than is
publicly understood, and that even schools that ultimately did not conclude agreements may have
put troubling proposals on the table. These stunning offerings are an indictment of Northwestern
and Columbia, showing how far their leaders were willing to go to pacify those who set up

---

[148] Joseph Edelman, *Why I am Resigning as a Brown Trustee*, THE WALL ST. J. (Sept. 8, 2024 3:51 PM ET),
https://www.wsj.com/opinion/why-i-am-resigning-as-a-brown-trustee-gaza-antisemitism-protesters-1479f433.
[149] Mark A. Mone et al., *Agreement between University of Wisconsin, Milwaukee and the UWM Popular University
for Palestine Coalition Encampment* (May 12, 2024), https://uwm.edu/freespeech/wp-
content/uploads/sites/584/2024/05/UWM-Agreement-5.12.2024.pdf.
[150] Kim. A Wilcox et al., *Agreement between UC Riverside and the UC Riverside Encampment (May 3, 2024),*
https://documents.ucr.edu/chancellor/May_3_ammended-agreement.pdf.
[151] Noah Abrams, *Sonoma State encampment to disband as SSU president agrees to divest*, N. CAL. PUB. MEDIA
(May 15, 2024), https://norcalpublicmedia.org/2024051595382/news-feed/sonoma-state-encampment-to-come-
down-as-admin-agree-to-divest.
[152] Sarah Grace Taylor, *California university president retires amid protest backlash*, POLITICO (May 17, 2024),
https://www.politico.com/news/2024/05/17/california-university-president-retires-amid-protest-backlash-00158724.

THIRD RASSBACH DECLARATION EXHIBIT 3

unlawful encampments. Northwestern's and Columbia's leaders betrayed their legal and moral obligations to their Jewish communities, as they worked to sell them out by cutting deals with antisemitic, pro-Hamas students.

UCLA's failure to quickly remove the encampment in violation of its own policy set the stage for the eruption of violence on the night of April 30, 2024. If UCLA had taken action to halt the formation of the encampment, it would have prevented both the construction of hostile antisemitic checkpoints that denied students access to areas of campus and the proliferation of a hostile environment for Jewish students.

THIRD RASSBACH DECLARATION EXHIBIT 3

**KEY FINDING: So-called university leaders intentionally declined to express support for campus Jewish communities. Instead of explicitly condemning antisemitic harassment, universities equivocated out of concern of offending antisemitic students and faculty who rallied in support of foreign terrorist organizations.**

Jewish university students, faculty, and staff who faced the onslaught of antisemitic hate on campus after October 7 frequently felt abandoned by the muted and passive responses of their institutions' leaders. The Committee's investigation found that in multiple cases, these failures came not from mere ignorance or lack of forethought, but rather from intentional decisions by university leaders not to provide their campuses' Jewish communities the necessary support needed to ensure they felt safe to live on campus or attend classes.

Leaders at Harvard and Columbia serve as prominent examples of this failure. At Harvard, after being criticized for their initial silence on the October 7 terrorist attack and a statement by student groups solely blaming Israel for the attack, the University's top administrators and deans cut language that would have condemned Hamas, acknowledged the kidnapping of hostages, and called the attack "violent," but insisted on including language drawing an equivalence between Hamas' terrorism and Israel's military response.

When Harvard Corporation Senior Fellow Penny Pritzker asked for the University's response to the frequent use on campus of the antisemitic eliminationist slogan "From the River to the Sea," both then-President Claudine Gay and then-Provost (now President) Alan Garber urged her not to label the phrase antisemitic. Gay expressed concern that if Harvard recognized the phrase as antisemitic speech, it would raise questions about why the University was not imposing discipline for its use.

Columbia University leaders failed to publicly correct a false narrative by anti-Israel students that two Israeli undergraduates had perpetrated a "chemical attack" with military "skunk spray" that was used to vilify Israeli students and call for their exclusion. The Columbia administration failed to correct the record after initially suggesting "serious crimes" had taken place, even after learning the incident merely involved the release of a non-toxic gag "fart spray." Columbia only acknowledged the incident was not a chemical attack months later after reaching a settlement with one of the students responsible.

Shafik also refused to make a public statement of support for students in the University's dual degree program with Tel Aviv University as anti-Israel activists campaigned for its abolition. This refusal came despite the urging of more than half of the program's students, the dean of the School of General Studies in which the program was situated, the University's Chief Operating Officer, and the Executive Director of Columbia/Barnard Hillel.

These facts show that even in extreme and compelling cases, University leaders shamefully and intentionally declined to provide the public support that their campuses' Jewish communities called for. This serves as damning proof of the spinelessness, moral rot, and double standards these so-called University leaders exhibited in their failure to appropriately respond to pervasive antisemitism on their campuses.

33

**FINDING: HARVARD LEADERS' FAILURE TO CONDEMN HAMAS' ATTACK IN THEIR WIDELY CRITICIZED OCTOBER 9 STATEMENT WAS AN INTENTIONAL DECISION.**

On October 9, after a conspicuous initial silence, Harvard leaders, including then-President Gay and current President Garber, issued a widely criticized official statement on the October 7 attack, which failed to condemn Hamas' terrorism or to address a shocking joint statement by more than 30 Harvard student groups that "h[e]ld the Israeli regime entirely responsive for all unfolding violence" and forewarned "[t]he coming days will require a firm stand against colonial retaliation."[153] The official statement's troubling nature was no accident, but the result of intentional choices by Harvard's most senior leaders to not condemn Hamas, to cut language regarding captured Israeli hostages and calling Hamas' attack "violent," and to include equivocal language on the impacts of war in Gaza. These choices were made despite the fact that Israeli and other Jewish Harvard students were personally impacted by the attack.



Harvard's lack of a prompt response to this disturbing statement drew harsh rebukes from numerous Harvard students, faculty, staff, and alumni. In an October 9 social media post, former Harvard President Larry Summers wrote, "In nearly 50 years of Harvard affiliation, I have never been so disillusioned and alienated as I am today. The silence from Harvard's leadership, so far, coupled with a vocal and widely reported student groups' statement blaming Israel solely, has allowed Harvard to appear at best neutral towards acts of terror against the Jewish state of Israel."[155]

The night of October 9, after much criticism, the University released a statement jointly signed by Gay, Garber, Executive Vice President Meredith Weenick, and 15 Harvard deans. This statement by Harvard's leaders, who said they were "heartbroken by the death and destruction unleashed by

---

[153] Harvard Undergraduate Palestine Solidarity Committee (@harvardundergradpsc), INSTAGRAM (Oct. 8, 2023), https://www.instagram.com/p/CyIBFcnMUNy/?img_index=1.

[154] *Id.*

[155] Lawrence H. Summers (@LHSummers), TWITTER (Oct. 9, 2023, 12:40 PM), https://x.com/LHSummers/status/1711421307227607255?lang=en.

THIRD RASSBACH DECLARATION EXHIBIT 3

the attack by Hamas that targeted citizens in Israel this weekend, and by the war in Israel and Gaza now under way,"[156] received significant criticism for its equivocal approach to Hamas' terrorism and Israel's resulting military response, as well as for its failure to condemn the terrorist attack or the student organizations' letter.

In a transcribed interview before the Committee, Pritzker described the October 9 leadership statement as "massively inappropriate at the time and insufficient."[157]

### Harvard's Top Administrators Chose Not to Denounce Hamas' Terrorism

Harvard's failure to condemn Hamas' terrorism was deliberate. Harvard's most senior administrators discussed whether to denounce Hamas' terrorism in the draft statement and decided not to do so. A small group of these administrators including Gay, Garber, President Gay's Chief of Staff Katie O'Dair, Vice President and Secretary of the University Marc Goodheart, President Gay's speechwriter Amy Fantasia, and Vice President of Public Affairs and Communications Paul Andrew, worked together to draft the October 9 statement. The draft history of Harvard's October 9 statement reveals that early drafts contained language explicitly condemning Hamas that was ultimately rejected by the group.[158]

On the afternoon of October 9, O'Dair e-mailed a draft statement to the group, writing that the draft "resolves some of the language but leaves the larger questions."[159] The draft statement included an explicit condemnation of Hamas' attack, but questioned its inclusion. The language in question, bracketed to offset it from the rest of the text, read, "[We denounce this act of terror.]?" and a comment from O'Dair asked, "Can we have a letter and not say unequivocally that we denounce this?"[160]

---

[156] Claudine Gay, War in the Middle East, Harvard Univ. (Oct. 12, 2023), https://www.harvard.edu/president/news-gay/2023/war-in-the-middle-east/.

[157] Penny Pritzker, Transcribed Interview before the H. Comm. on Ed. & the Workforce, 4 (Aug. 29, 2024) (on file with Comm.).

[158] E-mail from Katherine O'Dair, University Marshal, Harvard Univ., to Harvard Univ. admin. (Oct. 9, 2023, 1:24 PM) (on file with Comm.).

[159] Id.

[160] Draft statement prepared for Claudine Gay, President, Harvard Univ.(Oct. 9, 2023) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3



Dear Members of the Harvard Community,

We write to you today as academic leaders at Harvard University, heartbroken by the death and destruction unleashed by a violent attack that targeted citizens in Israel this weekend, and the war in Israel and Gaza that has come as a result. [We denounce this act of terror.]?

While we are shocked and saddened by events unfolding thousands of miles away, for many at Harvard, the violence hits all too close to home. Members of our community have lost relatives and friends or have been unable to reach loved ones. We have heard directly from affected students, faculty, and staff about the emotional toll that these events are taking. We will continue to provide the resources and support that is needed. If they have not already, Schools will be sharing messages in the coming hours regarding available resources.

In addition to providing support for affected community members, we have also heard an interest from many in understanding more clearly what has been happening in Israel and Gaza. As an academic community, this is one important and appropriate way for us to engage in and learn about the wider geopolitical discussions of the region. The Institute of Politics at the Harvard Kennedy School will be holding a panel discussion on Friday at 6 pm in the John F. Kennedy Forum, which will be open to all members of the university community. We expect there will be further such opportunities across Schools in the coming days and weeks. [The complexities of the Israeli-Palestinian conflict are not lost on us, and we understand that our diverse campus community may hold differing views and personal connections to this issue. We want to emphasize our commitment to fostering a safe and inclusive environment where all members of our community can express their thoughts and engage in dialogue].

As many friends and colleagues on our campus deal with unimaginable pain and concern about the events in Israel and Gaza, now is a moment for us to remember that we are one Harvard community, drawn together by a shared passion for learning and discovery, held together by a commitment to mutual respect and support. At this moment of challenge, let us embody the care and compassion that the world needs now.

**Commented [KO1]:** Can we have a letter and not say unequivocally that we denounce this?

**Commented [CG2]:** Perhaps instead emphasize our ability and responsibility to create space for learning and discovery. Also, want to describe Forum event in way that makes clear the spirit and intention, i.e. not a "crossfire" free-for-all but an opportunity to listen and learn.

**Commented [KO3]:** Again, elephant in the room how much do we want to name it. Could be seen as an "all sides" statement so have bracketed it.

161

Goodheart, the chief administrative officer of Harvard's governing boards, called the matter of whether to condemn the attack the "key unresolved question" facing the group. He observed failure to condemn Hamas would be compared unfavorably with former President Lawrence Bacow's vocal condemnation of Russia's invasion of Ukraine.

O'Dair took the position that any statement denouncing Hamas would need to be coupled with one addressing what she viewed as the "complex" and "deeply divided" nature of the issue.[162]

Garber was personally comfortable with language recognizing diverse views, but he cautioned doing so would be crossing a line for many members of our community.[163] Garber also questioned the proposed deletion of the word "violent" from the phrase "Hamas' violent attack."[164]

---

[161] *Id.*

[162] E-mail from Katherine O'Dair, University Marshal, President Claudine Gay, to Harvard Univ. admin. (Oct. 9, 2023, 2:57 PM) (on file with Comm.).

[163] Email from Alan Garber, Provost, Harvard Univ., to Harvard Univ. admin. (Oct. 9, 2023, 3:27 PM) (on file with Comm.).

[164] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3
152



-----Original Message-----
From: Garber, Alan M <_____>
Sent: Monday, October 09, 2023 3:27 PM
To: Gay, Claudine <_____>; Garber, Alan M <_____>
Cc: O'Dair, Katherine G. <_____>; Fantasia, Amy <_____>; Goodheart, Marc <_____>;
Andrew, Paul <_____>
Subject: RE: Updated clean version Leadership message

I just read it. I'm not sure why it's necessary to delete the word "violent" in the second line, unless it's a thought that it's redundant. In any case, "a" before that needs to be fixed. I'm comfortable with Marc's language for the last line of the first paragraph, ie "While recognizing the divergent and passionately held views within our diverse community on longstanding conflicts in the Middle East, we deplore this act of terror," though I also recognize that it will be crossing a line for many members of our community and we'd have to consider whether this specific precedent is worth the consequences.

In the last two paragraphs, I would hope to see a mention of the importance of deeper understanding and the pursuit of truth. A specific edit in the closing paragraph might be "... drawn together by a shared passion for learning, discovery, and the pursuit of the truth in all its complexity, held together by a commitment to mutual respect and support..."

Best,

Alan

---

165

The group also considered whether to address the student groups' statement blaming Israel. Goodheart wrote, "This may be slicing things too fine. But I also wonder whether, if the judgment is not to express an institutional condemnation of Hamas's act of terror, there might still be a way to dissociate the university from the 'Israel is entirely responsible' statement reportedly issued by 31 Harvard student groups – and attracting widespread media attention (not to mention denunciation by Rep. Stefanik)."[166]

Fantasia sent the group a revised version, which omitted the condemnation of Hamas' terrorism but included language referencing "widely different views of the Israeli-Palestinian conflict" that was ultimately included in the final statement despite O'Dair's earlier supposition that "it should be both (act of terror and deeply divided issue) or neither."[167] The administrators decided not to include Goodheart's suggested language that would have distanced Harvard from the student groups' statement.

The fact that Harvard's top leaders intentionally declined to condemn Hamas' terrorist attack on Israel, which claimed the lives of approximately 1,200 innocent people, or the student organizations' statement blaming Israel for the attack demonstrates the moral rot that has infected at the administrative heart of the University in much of postsecondary education. And this was not the end of the matter: Harvard's deans would weaken the statement even further when it went to them for review and editing.

***Draft Language Referencing Hostages Was Cut From the October 9 Statement After Then-Harvard Law School Dean John Manning Objected***

In the aftermath of the October 7 attack, as expressions of sympathy and compassion for the hostages kidnapped by Hamas and their loved ones poured in from across the world, Harvard's deans were unwilling to express such condolences. Again, this omission was deliberate.

---

[165] *Id*.
[166] E-mail from Marc Goodheart, Vice President and Secretary, Harvard Univ. to Harvard Univ. admin. (Oct. 9, 2023, 3:32 PM) (on file with Comm.).
[167] Draft statement prepared for Claudine Gay, President, Harvard Univ. (Oct. 10, 2023) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

Then-Harvard Law School Dean John Manning (now Provost) objected to language in an earlier draft of the October 9 statement referencing the impact of the hostages' kidnapping upon the Harvard community. The earlier draft had included the language: "The violence hits all too close to home for many at Harvard. Some members of our community have lost family members and friends; some have been unable to reach loved ones, and others fear that their loved ones may have been taken hostage."[168] This language was removed at Manning's behest, with the concurrence of numerous other Harvard deans.

One might think such a statement uncontroversial, but not to Manning, who advocated for equivalency:



In the wake of the horrific attack, Manning suggested the language regarding hostages should be cut given the absence of equivalent language regarding the possibility of Palestinians being harmed.

Numerous Harvard deans concurred with Manning.[170] Tomiko Brown-Nagin, Dean of the Radcliffe Institute of Advanced Study, wrote, "I agree that the phrase referencing hostage taking should be deleted: it's important to focus on the broad impact of the attack on Israel and Gaza, and on distress in the Harvard community."[171] Brown-Nagin's words wrongly suggested that the taking of hostages did not impact the Harvard community and drew a false equivalence between Hamas' gruesome attack and Israeli's then-nascent military response to that attack.

At that time, then-Provost Garber was aware many in Harvard's Jewish community, particularly Israelis, were feeling personal impacts from the attack. On the evening of October 7, Harvard College Dean Rakesh Khurana texted Garber with information about the impact of the attack he had received from a residential college official who had communicated facts about what Harvard

---

[168] Id.

[169] E-mail from John Manning, Dean, Harvard Law School, to Harvard admin. (Oct. 9, 2023, 5:36 PM) (on file with Comm.).

[170] Other deans who endorsed the removal of language about the hostages included Kennedy School Dean Douglas Elmendorf, School of Engineering and Applied Sciences Dean Mike Smith, Business School Srikant Datar, Graduate School of Arts and Science Dean Emma Dench, School of Dental Medicine Dean Will Giannoble, and Graduate School of Design Dean Sarah Whiting.

[171] E-mail from Tomiko Brown-Nagin, Dean, Harvard Radcliffe Inst. for Advanced Study, to Harvard admin. (Oct. 9, 2023, 5:51 PM) (on file with Comm.).

students were experiencing. First, the official noted that most Israeli Harvard students were Israel Defense Force (IDF) veterans who still served as IDF reservists and could feel distress at not being able to join if their units were called to duty. Second, he shared:



In light of this knowledge, Harvard's deans' decision to remove language acknowledging the kidnapping of hostages was a callous choice that denied sympathy and condolences to members of the Harvard community personally impacted by the attack. For many in Harvard's Jewish community, the unsatisfactory nature of Harvard's official statement added insult to injury.

### *President Gay and Multiple Harvard Deans Insisted on Keeping Language Expressing Moral Equivalence Regarding "The War in Israel and Gaza" in the October 9 Statement*

The October 9 statement was criticized for inappropriately expressing an equivalence between Hamas' terrorist butchering and kidnapping of civilians and the Israeli military response. The letter expanded its focus beyond Hamas' attack to express heartbreak for "the war in Israel and Gaza now under way." Harvard Business School Dean Srikant Datar recommended removing this additional language, citing discussions that day with "colleagues, students, and alumni" but President Gay and multiple Harvard deans rejected his suggestion.[173] The inappropriateness of this equivalence is intensified by the timing of Datar's recommendation: less than 48 hours after Hamas' attack, the Israeli military had yet to begin ground operations in Gaza.

---

[172] Text message from Rakesh Khurana, Dean, Harvard Coll., to Alan Garber, Provost, Harvard Univ. (Oct. 7, 2023, 6:41 PM) (on file with Comm.).
[173] E-mail from Srikant Datar, Dean, Harvard Business School, to Harvard admin. (Oct. 9, 2023, 5:55 PM) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

Subject: Re: Near-final draft - for your review

I agree that this is a very strongly crafted statement.
After speaking to and hearing from a number of colleagues, students, and alumni today, I might suggest dropping the final clause of the first sentence (leaving the ensuing war and broader conflict implied rather than stated).
This:

> We write to you today heartbroken by the death and destruction unleashed by a violent attack by Hamas that targeted citizens in Israel this weekend, and by the war in Israel and Gaza now under way.

would instead read as this:

> We write to you today heartbroken by the death and destruction unleashed by a violent attack by Hamas that targeted citizens in Israel this weekend.

I realize of course the careful balance we are trying to strike so offer this for the group's consideration.
I also agree with John's proposed change.
Thank you and best,
Srikant

174

However, Harvard deans, including Interim Dean of the School of Engineering and Applied Sciences Michael Smith and Harvard Divinity School Interim Dean David F. Holland opposed removing the equivocal language. President Gay also supported retaining it: "We will retain, in the first sentence, the reference to the ongoing war. It will be significant that we identify unequivocally the catalyst (i.e. the Hamas attack) but I agree with others who have weighed in that it's important to also acknowledge how the conflict has evolved over the last 72 hours."[175]

### *Harvard Medical School Dean George Daley Objected to Calling Hamas' Attack "Violent"*

Even the seemingly uncontroversial proposition of labeling Hamas' terrorist attack as "violent" proved to be unpalatable to Harvard Medical School Dean George Q. Daley. Daley requested removal of language that characterized Hamas' attack as "violent" on the grounds that it "singl[ed] out Hamas' violence" and assigned "blame."[176]

> I endorse the statement and would feel more comfortable eliminating the "violent" qualifier from the first sentence. The statement "We write to you today heartbroken by the death and destruction unleashed by the attack by Hamas that targeted citizens in Israel this weekend, and by the war in Israel and Gaza now under way." This remains factual while avoiding singling out Hamas' violence.
>
> I'm sorry to be weighing in so late, and I do not feel adamant about this change, but on my first read it sounded like assigning blame when it's best we express horror at the carnage that is unfolding.
>
> George                                                                                  177

Other deans had mixed reactions. Harvard Graduate School of Design Dean Sarah M. Whiting approvingly called Daley's suggestion to delete the description of Hamas' terrorism as "violent" a "very good catch," while Harvard Kennedy School Dean Doug Elmendorf and Harvard Divinity School Dean David F. Holland disagreed.[178] Elmendorf wrote, "I think Hamas's violence deserves

---

[174] *Id.*
[175] E-mail from Claudine Gay, President, Harvard Univ., to Harvard admin. (Oct. 9, 2023, 6:39 PM) (on file with Comm.).
[176] E-mail from George Daley, Dean, Harvard Medical School, to Harvard administrators (Oct. 9, 2023, 7:06 PM) (on file with Comm.).
[177] *Id.*
[178] E-mail from Doug Elmendorf, Dean, Harvard Kennedy School, to Harvard administrators (Oct. 9, 2023, 7:21 PM) (on file with Committee); E-mail from David Holland, Dean, Harvard Divinity School, to Harvard admin. (Oct. 9, 2023, 7:30 PM) (on file with Comm.).

singling out, and I think this word is a pretty small way to do that, considering the nature of the attack."[179]

Despite Elmendorf and Holland's objections, Gay decided to remove the language to appease Daley, with Garber's and Manning's agreement. Gay asked Garber if he could live with removing the word "violent," saying she was fine with doing so for the sake of "getting to yes."[180] Garber responded, "Yes I don't love it but can live with the change. Frankly I'm more disturbed by his logic than the wording change."[181] Gay agreed.[182] Garber also expressed concern that Daley would release a separate statement "suggesting moral equivalence" and receive criticism similar to one released by Harvard Graduate School of Education Dean Bridget Terry Long, who, one day after the brutal terrorist attack, released a statement  "express[ing] my concerns in the aftermath of the deadly attacks in Israel and the Gaza strip where it has been reported that more than 1,100 people have been killed and hundreds more wounded by the actions taken by Hamas and the Israeli government," suggesting equivalency between the two sides.[183]

After strong backlash to Harvard's original official statement, Gay made a follow-up statement the next day, condemning Hamas' attack. Though it stated that no student group speaks for the University, it fell short of condemning the student groups' statement.[184]

In the wake of the student groups' widely covered statement blaming Israel for the October 7 attack, Harvard's leaders had the opportunity to make clear to the Jewish community that the students' statement did not represent Harvard's values. Instead, as the revision history of the statement reveals, the deans consistently mitigated the horror of the Hamas attack, acquiesced to extreme suggestions pushing for equivalency and downplaying Hamas' violence, and ultimately settled on a statement with horrifying moral ambiguity. Remedying this lack of moral clarity requires more fundamental change than simply issuing a follow-up statement to control the damage.

**FINDING: HARVARD PRESIDENT CLAUDINE GAY AND THEN-PROVOST ALAN GARBER ASKED HARVARD CORPORATION SENIOR FELLOW PENNY PRITZKER NOT TO LABEL THE SLOGAN "FROM THE RIVER TO THE SEA" ANTISEMITIC, WITH GAY FEARING DOING SO WOULD CREATE EXPECTATIONS HARVARD WOULD HAVE TO IMPOSE DISCIPLINE**

The frequent chanting of the the hateful eliminationist slogan "From the River to the Sea," which calls for Israel to be wiped off the map and replaced with a Palestinian state spanning from the Jordan River to the Mediterranean Sea, became a major flashpoint at Harvard, as well as at other

---

[179] *Id.*

[180] Text message from Alan Garber, Provost, Harvard Univ., to Claudine Gay, President. Harvard Univ. (Oct. 9, 2023, 7:11 PM) (on file with Comm.) (When the issue had arisen earlier in the drafting process, Garber had indicated he thought the language should be preserved.).

[181] *Id.*

[182] Text message from Claudine Gay, President, Harvard Univ., to Alan Garber, Provost, Harvard Univ. (Oct. 9, 2023, 7:12 PM) (on file with Comm.).

[183] E-mail from Bridget Terry Long, Dean, Harvard Graduate Sch. of Ed. to Students (Oct. 8, 2023, 8:53 PM) (on file with Comm.);; Text message from Alan Garber, Provost, Harvard Univ., to John Manning, Dean, Harvard Law Sch. (Oct. 9, 2023, 7:18 PM) (on file with Comm.); Alana Goodman, *Harvard Dean, 34 Student Groups Blame Israel for War*, THE WASHINGTON FREE BEACON (Oct. 9, 2023), https://freebeacon.com/latest-news/harvard-dean-33-student-groups-blame-israel-for-war/.

[184] War in the Middle East, *supra* note 156.

41

campuses throughout the country. Many Jews saw a clear double standard in Harvard's and other universities' lack of response to the phrase, compared with how they would treat eliminationist chants directed at any other minority group.

On the morning of October 22, Harvard Corporation Senior Fellow Penny Pritzker asked then-President Claudine Gay for Harvard's response to the display of the phrase "From the River to the Sea" at an October 18 "die-in" where a Jewish student had been assaulted. Pritzker called it "clearly an anti Semitic sign which calls for the annihilation of the Jewish state and Jews" and asked for Gay to help her "understand and explain how we handled the situation and our posture toward such signage on campus."[185] Pritzker had been asked by alumni "why we would tolerate that and not signage calling for Lynchings by the KKK."[186]



To: Gay <​                    >, O'Dair, Katherine G. <​                    >
Cc: Tim Barakett <​                    >
Subject: <no subject>

Claudine
Looking forward to update from Katie on the progress regarding the Advisory Group and language describing the work ahead on anti-semitism.

In the meantime, I need some help answering two questions that I am getting from a number of our alumni about the "die in" last Wednesday.
1. What happened and what did we do about the threats to students? Meredith has shared how we handled the situation, locking the Yard except for students with IDs and helping the student that was threatened (talking to them, having HUPD speak with them, offering services, and now the father has taken it to the FBI). I think I have the scenario.
2. What did we do about the sign, "from the river to the sea"? And why? This I don't know what to say. Clearly an anti-Semitic sign which calls for the annihilation of the Jewish state and Jews. Can you please help me understand and explain how we handled the situation and our posture towards such signage on campus? I am being asked by some why we would tolerate that and not signage calling for Lynchings by the KKK. Would we do something different now?

I know you have so much you are trying to do by Monday but I could really use some clarity as I both respond to emails and make the calls Brian has asked me to do.
Thanks, Penny

[187]

Gay responded later that morning that her bandwidth was limited and she could not do the question justice in a timely manner, passing it on to Garber and Goodheart in the interim.[188] Garber cautioned Pritzker against labeling "From the River to the Sea" as antisemitic because it was "not as simple as some of our friends would have it."[189]

---

[185] E-mail from Penny Pritzker, Senior Fellow, Harvard Corp., to Claudine Gay, President, Harvard Univ. (Oct. 22, 2023 8:59 AM) (on file with Comm.).
[186] Id.
[187] Id.
[188] E-mail from Claudine Gay, President, Harvard Univ. to Penny Pritzker, Senior Fellow, Harvard Corp. (Oct. 22, 2023 11:24 AM) (on file with Comm.).
[189] E-mail from Claudine Gay, President, Harvard Univ. to Penny Pritzker, Senior Fellow, Harvard Corp. (Oct. 22, 2023 11:24 AM) (on file with Comm.).

Garber acknowledged that the "genocidal implication when used by Hamas supporters seem clear
enough to me" but argued "that's not the same as saying there is a consensus that the phrase itself
is always antisemitic."[190]

| From: | "Garber, Alan M" <▮▮▮▮▮▮▮▮▮▮> | |
|---|---|---|
| Sent: | Sun, 22 Oct 2023 11:59:10 -0400 (EDT) | |
| To: | Gay <▮▮▮▮▮▮▮▮▮▮>, "Pritzker, Penny"<▮▮▮▮▮▮▮▮▮▮>, "O'Dair, Katherine G." <▮▮▮▮▮▮▮▮▮▮> | |
| Cc: | Tim Barakett <▮▮▮▮▮▮▮▮▮>; "Goodheart, Marc"<▮▮▮▮▮▮▮▮▮▮>; "Garber, Alan M" <▮▮▮▮▮▮▮▮▮▮> | |
| Subject: | RE: | |

How to handle anti-Israel phrases like "from the river to the sea" - ie, when to say they're antisemitic - is not as simple
as some of our friends would have it. It's generally used as a call for a single state, and not a Jewish one, where Israel
is. Its genocidal implications when used by Hamas supporters seem clear enough to me, but that's not the same as
saying that there is a consensus that the phrase itself is always antisemitic. In fact, both the ADL and AJC stopped short
of calling it that.

ADL (from May 2022):

""From the river to the sea, Palestine will be free" is a slogan commonly featured in pro-Palestinian campaigns and
chanted at demonstrations.

Demanding justice for Palestinians, or calling for a Palestinian state should not also mean negating Israel's existence.
This chant can be understood as a call for a Palestinian state extending from the Jordan River to the Mediterranean Sea,
territory that includes the State of Israel, implying the dismantling of the Jewish state. Indeed, this rallying cry has long
been used by the anti-Israel terrorist organizations such as Hamas and the PFLP, which seek Israel's destruction through
violent means.

Usage of this phrase can have the effect of making members of the Jewish and pro-Israel community feel beleaguered
and ostracized."

The AJC comes closer to calling it antisemitic but whether it's antisemitic depends on how the phrase is used. As I read
it, their explanation basically falls into line with the IHRA definition of antisemitism, which is accepted in much of
Europe but has also been criticized as overly broad. The Biden administration apparently has stopped short of full
endorsement of the IHRA definition.

The bottom line is that the phrase can be antisemitic, but if we don't explain in a nuanced way many members of the
Harvard community will contest the claim. The last line of the ADL explanation is directly on point. It is experienced as
antisemitic by many Jews, as is true of imagery that portrays Israelis as Nazis. It would be inappropriate to give no
weight whatsoever to the reactions of the groups that feel targeted. A message to this effect could be included in an
announcement about the advisers to Claudine about antisemitism. I think this is the first topic they should tackle –
when is speech antisemitic. We'll be discussing this soon.

Best,

Alan                                                                                    [191]

In fact, both the Anti-Defamation League (ADL) and the American Jewish Commitee (AJC)
unambiguously recognize "From the River to the Sea" as antisemitic hate speech. While Garber's
specific quote of the ADL's website may have been accurate at the time of his email, he was
incorrect to conclude that the ADL and AJC do not consider the phrase to be antisemitic, as their
websites make abundantly clear. [192]

---

[190] *Id*.

[191] *Id.*.

[192] *See Slogan: "From the River to the Sea Palestine Will be Free,"* Anti-Defamation League (Oct. 26, 2023),
https://www.adl.org/resources/backgrounder/slogan-river-sea-palestine-will-be-free ; *"From the River to the Sea,"*
Am. Jewish Comm. (2024), https://www.ajc.org/translatehate/From-the-River-to-the-Sea.

Pritzker did not accept Garber's arguments and pushed back: "I must confess that it feels very anti-Semitic to me, especially since it is used by the anti-Israel terrorist groups Hamas and PFLP. SO I am struggling with why it isn't hate speech and why that is acceptable on our campus and why we don't condemn it."[193] She stated, "Perhaps the question goes to free speech which cannot be eliminated but can be condemned."[194]

Garber focused on the impact of the words on the Jewish community: "Sorry that language wasn't clear enough. The point is that we don't have to agree that the particular phrase is inherently antisemitic. We should put weight on the fact that the group or groups it's meant to antagonize – in this case Jews and others who care about Israel – find it so. And we could argue that even a phrase that in the past might not have been considered clearly antisemitic can seem that way in the wake of recent events. That should be sufficient reason not to use it in our community. That argument has better chances of prevailing than one that simply asserts that phrases like that one are always antisemitic."[195]

Pritzker proposed to Garber and Gay that she respond to Harvard alumnus Josh Friedman, agreeing the phrase was antisemitic:[196]

From: Pritzker, Penny <▮▮▮▮▮▮▮▮▮▮>
Sent: Sunday, October 22, 2023 11:50:55 AM
To: Alan Garber <▮▮▮▮▮▮▮▮▮▮▮▮>; Claudine Gay <▮▮▮▮▮▮▮▮▮▮>
Subject: Re: Israeli Harvard Business School Student Accosted and Harassed Amid Gaza 'Die-In' on Campus

Here is a draft of what I am planning on sending or saying as an example. Love your thoughts and edits.

Josh
I am not sure if you have left for Saudi Arabia yet. Hoping we could connect today.
[197]

---

[193] E-mail from Penny Pritzker, Senior Fellow, Harvard Corp., to Alan M. Garber, Provost, Harvard Univ. (Oct. 22 23 3:15 PM) (on file with Comm.).
[194] Id.
[195] Id.
[196] E-mail from Penny Pritzker, Senior Fellow, Harvard Corp., to Claudine Gay, President, Harvard Corp., and Alan Garber, Provost, Harvard Corp. (Oct. 22, 2023 11:50 AM) (on file with Comm.).
[197] Id.

44

I have seen the news reports on this event as well as the internal Harvard write up on what happened. Let me start by saying that I am outraged by the use of the phrase "from the river to the sea" and for me it is both antisemitic and hate speech even though the ADL says usage of this phrase can "have the effect of making members of the Jewish community feel beleaguered and ostracized" and the AJC comes closer to calling it antisemitic but says it depends on how the phrase is used.

As for the protests, the distress and anger by both Jewish and pro-Palestinian students is really high and we are having such activities almost daily. To start, the Administration is focused on the security and well being of all of our students, which must be a priority. In addition, Claudine, Alan, Rakesh and others have been attending Shabbat services, prayers and other events. Finally, Claudine and Alan are working to create a campus/community wide effort to address antisemitism and hate speech, to look at our policies, to develop greater clarity around our principles, etc.

We have heard your feedback and that of others loud and clear.
Thank you for your engagement.
Penny


Penny Pritzker
PSP Partners
444 W. Lake Street
Suite 3500
Chicago, IL 60606
[ Redacted - PII ]



On Oct 21, 2023, at 1:56 PM, Josh Friedman <                                   > wrote:

I don't know anything about this source—part of the unsolicited emails I receive frequently—but it does go to my point about Harvard's tolerance of violent hate speech toward Jews versus its likely reaction to such behavior directed at other ethnic groups. If there were a KKK lynching and students posted likes and pro KKK messages, I suspect that the reaction might not be to wait for actual assaults before acting.

https://freebeacon.com/campus/israeli-harvard-business-school-student-accosted-and-harassed-amid-gaza-die-in-on-campus/

198

Gay objected to characterizing the slogan "From the River to the Sea" as antisemitic and hate speech and expressed concern it would prompt the question of what disciplinary action Harvard would pursue:

---

[198] E-mails between Penny Pritzker, Senior Fellow, Harvard Corp., and Claudine Gay, President, Harvard Univ., et al. (Oct. 22, 2023) (on file with Comm.).

| Subject: | Re: Israeli Harvard Business School Student Accosted and Harassed Amid Gaza 'Die-In' on Campus |
|---|---|
| Flag: | Flag for follow up |

Hi Penny,

I apologize for the delay. I've been on calls and zooms the whole day and am now playing catch up. My only reservation about what's below is that by describing the language as "both antisemitic and hate speech" it then prompts the question of what we're doing about it, i.e. discipline. (Incidentally, on my Ivy+ presidents call, this very issue came up and no campus has pursued disciplinary action in part because of contestation about what constitutes antisemitic speech.) I would recommend that you acknowledge it as offensive and indicate that the question of what constitutes antisemitic speech will be one of the things that the advisory group will help us take up. That ultimately will be a more effective approach.

Sorry to be weighing in so late, but hope that this is helpful.

Best,
Claudine

**Claudine Gay**
President
Harvard University

[199]

Gay did not appear to disagree that the phrase was antisemitic hate speech, but was concerned that labeling it as such would raise questions about why Harvard was not pursuing discipline for its use. This rationale offered privately to a small group of Harvard's senior-most leaders undercuts Gay's public use of free speech arguments to justify Harvard's inaction regarding the phrase. Rather than arguing that hate speech is still protected speech – an argument that would not render it immune from condemnation – Gay suggested the main questionin deciding to take disciplinary action was whether or not the relevant speech was antisemitic. Gay's response appears to substantiate criticisms that Harvard has treated antisemitic speech differently than other forms of hate speech.

Gay's reluctance to label the phrase antisemitic is all the more notable given the explanation from Rabbi David Wolpe on the subject just days earlier on October 19. Wolpe, one of the most prominent members of Gay's eventual Antisemitism Advisory Group, told Gay that the phrase "asserts that Israeli Jews will be removed from the entire tract of land that is Eretz Yisrael. It's intended as a threat and implies that Jews don't have any intrinsic right to be there."[200] He further explained that "it is not a call for a two state solution; it's a call for a final solution" and that "the language word for word might not seem anti-Jewish, it's intended to frighten, marginalize, and spell out a Judenrein future. That's why we believe it's antisemitic."[201]

In a transcribed interview before the Committee, Pritzker stated she understood that repeated use of a phrase unambiguously recognized as hate speech should have prompted discipline but she acknowledged that Harvard's rules were more ambiguous at the time and have since been clarified. She affirmed that the repeated use of unambiguous hate speech now would prompt discipline under

---

[199] E-mail from Claudine Gay, President, Harvard Univ. to Penny Pritzker, Senior Fellow, Harvard Corp. (Oct. 22, 2023 10:46 PM) (on file with Comm.).
[200] Text Messages from Rabbi David Wolpe, Harvard Univ., to Claudine Gay, President, Harvard Univ.(Oct. 19, 2023) (on file with Comm.).
[201] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

Harvard's current rules and said that her understanding is that the use of the hateful and eliminationist phrase "From the River to the Sea" would prompt such discipline:

Q. Dr. Gay expressed concern that if the phrase was recognized as antisemitic speech, Harvard would be expected to pursue discipline.

Was it your understanding that Harvard's administration would've pursued discipline if a phrase was unambiguously recognized as hate speech and repeatedly used on campus?

A. I believe that that was the case. But one of the things that I've learned over -- certainly over the first 6 months after October 7th is that our rules were not very clear.

And that's one of the reasons that we've taken great pains over the last 6 months to clarify our rules on anti-harassment, anti-bullying, and around time, place, and manner of protest and what's appropriate and not appropriate, as well as space use.

And we also just most recently put out doxxing, what is acceptable and not acceptable -- or acceptable is the wrong way to put it. Basically, no doxxing and here's what it means and what are the consequences. And that's been one of our biggest challenges.

Q. So is it your understanding that under these new rules that if a phrase unambiguously recognized as hate speech was repeatedly used or chanted on campus that that would prompt discipline?

A. I believe so.

Q. And is it your understanding that use of the phrase "from the river to the sea" would fall under that?

A. I think it's antisemitic, as I've said over and over again, so I would think it would. [202]

The above testimony highlights the moral ambiguity and cowardice in Gay's response to Pritzker and her reluctance to characterize "From the River to the Sea" as "antisemitic and hate speech." While universities have argued they face vexing questions in determining the circumstances and boundaries under which eliminationist hate speech is protected under free speech principles or is a violation of their conduct rules, it would be unacceptable and discriminatory by any standard for a university to classify eliminationist hate speech against Jews such as this phrase as permissible while considering hate speech against other groups to be punishable.

---

[202] Pritzker Interview, *supra* note 157.

47

**FINDING: THE COLUMBIA ADMINISTRATION FAILED TO CORRECT FALSE NARRATIVES OF A "CHEMICAL ATTACK" THAT WERE USED TO VILIFY JEWISH STUDENTS, BUT IMPOSED DISPROPORTIONATE DISCIPLINE ON THE JEWISH STUDENTS INVOLVED**

The administration at Columbia University allowed a false narrative used to vilify Jewish students to persist for months despite knowing it was not true. They also imposed severe discipline on the Jewish students while issuing lighter punishments for significantly more serious conduct offenses targeting Jews and Israelis in what appears to be a clear example of disparate treatment.

### *The January 19 Spray Incident and Columbia's Response*

On January 19, 2024, anti-Israel students organized an unauthorized rally on the steps of Low Library in violation of the University's rules. The protestors voiced support for Houthi terrorists' attacks on commercial ships in Yemen, chanting, "Yemen, Yemen make us proud, turn another ship around."[203] Anti-Israel activists who attended the rally accused two students whom they identified as "former IOF officers"[204] of committing a purported "chemical attack" using a "chemical weapon."[205] The students claimed that the substance used was "Skunk spray," which they identified as a military-grade chemical used by the Israeli military.

While the anti-Israel activists portrayed the incident as a "chemical attack," at least four senior Columbia administrators who were on the scene where the incident took place reported that they observed no sign of the supposed incident. Columbia's Vice President for Communications and Spokesperson Ben Chang, Executive Vice President of Facilities and Operations David M. Greenberg, Associate Vice President of Internal Communications Robert Hornsby, and Vice President of Public Safety Gerald Lewis all corresponded about the incident on the evening of January 19. Chang had seen pro-Palestinian social media posts about a "stink bomb" at the rally and asked the others if they had detected or heard about it, as he had not.[206] The other administrators confirmed they had not.[207] While it would later be established that two students had used novelty "fart spray," the administrators' observations from the scene of the incident served as early evidence that the incident was considerably less serious than anti-Israel activists alleged, or

---

[203] Esha Karam, *Public Safety provides update on investigation of spraying incident at Jan. 19 pro-Palestinian rally*, COLUMBIA SPECTATOR (Aug. 31, 2024), https://www.columbiaspectator.com/news/2024/08/31/public-safety-provides-update-on-investigation-of-spraying-incident-at-jan-19-pro-palestinian-rally/.

[204] "IOF" is a pejorative term anti-Israel activists use to refer the Israel Defense Forces (IDF), recharacterizing the Israeli military as "Israel Occupation Forces" or "IOF" for short as a means of delegitimization.

[205] Ava Young-Stoner, *After a Chemical Attack on Pro-Palestine Protesters, Columbia Students Won't Back Down*, THE NATION (Jan. 26, 2024), https://www.thenation.com/article/activism/chemical-attack-skunk-palestine-protest-columbia/.

[206] E-mail from Ben Chang, Vice President for Communications and Spokesperson, Columbia Univ., to David Greenberg, Exec. Vice President of Facilities and Operations, Columbia Univ., Robert Hornsby, Assoc. Vice President of Internal Communications, Columbia Univ., and Gerald Lewis, Vice President of Public Safety, Columbia Univ. (Jan. 19, 2024, 7:40 PM) (on file with Comm.).

[207] Greenberg wrote, "I didn't notice a smell either nor did I see any reaction in the crowd to a strong smell being sprayed or applied at any time." Hornsby noted that he had not either and he had "moved around the crowd from all sides during the entire event." Lewis wrote, "I was in the thick of the rally with my personnel and to my knowledge this is untrue. We also have not had any reports of such actions from our personnel."

THIRD RASSBACH DECLARATION EXHIBIT 3

than Columbia's Interim Provost Dennis Mitchell, in a communication characterizing the matter as a "deeply troubling incident," suggested.[208]

### On January 21, Columbia Public Safety Provided the FBI Information on the Incident that Contradicted the Accounts of Anti-Israel Activists

On January 21, Columbia Public Safety's Assistant Vice President of Operations and Investigations Brian McPherson sent the FBI an e-mail with the University's findings to date on the incident that cast doubt upon the anti-Israel activists' claims.

While the anti-Israel activists claimed multiple students required medical attention after the incident, a medical inquiry conducted by Columbia Public Safety found that no students had sought medical care at Mt. Sinai Hospital with corresponding symptoms, that no complaints were made to Columbia University EMS, and that no reports were made to NYPD of students claiming to have been sprayed at the protest.[209]

Columbia Public Safety noted that one student complainant reported the incident and originally claimed to have been sprayed directly by the perpetrators when she reported the incident but changed her account to state that the spray had been in the air around her. An examination by the NYPD of the complainant's coat calls her report into question because it "did not reveal any odors which would be indicative of a 'skunk spray.'"[210]

### Columbia's Public Reaction to the Incident

Despite the lack of corroborating evidence, on January 22, Mitchell issued a community message, calling the matter a "deeply troubling incident" in which "students reported being sprayed with a foul-smelling substance that required students to seek medical treatment."[211] Mitchell noted that the "New York City Police Department is taking the lead role in investigating what appear to have been serious crimes, possibly hate crimes."[212]

Mitchell's characterizations of the gravity of the incident would be proven inaccurate, but the University failed to correct the record in a timely manner. As outlined above, documents produced to the Committee show that even by the time of Mitchell's message, the University had already collected information evidencing that the incident was not as serious as Mitchell portrayed.

### Columbia Imposed Disproportionate Discipline on the Jewish Students Responsible Despite Knowing the Incident Merely Involved a Non-Toxic Gag "Fart Spray"

By late February, the University had learned that the incident was not a "chemical attack" but rather a non-toxic spray. Disciplinary records produced by Columbia document that in a February 23 disciplinary hearing the two students responsible for the incident had merely sprayed what the University described as a "prank fart spray" in what one of the students said was an attempt at a "harmless gag and prank," as documented by Amazon.com receipts showing the students had

---

[208] *Update on Campus Incidents*, Columbia Univ. Off. of the Provost (Jan. 22, 2024), https://provost.columbia.edu/news/update-campus-incidents.
[209] E-mail from Brian McPherson, Assistant Vice President, Operations and Investigations, Columbia Univ., to FBI (Jan. 21, 2024, 3:06 PM) (on file with Comm.).
[210] *Id*. (The complainant noted that she had attempted to clean her coat after the protest, suggesting that if it was actually affected by spray, any effects were short-lived).
[211] Update on Campus Incidents, *supra* note 208.
[212] *Id*.

ordered commercially available non-toxic sprays.[213] While this conduct was inappropriate and a violation of University rules meriting discipline, it was also clearly a far less serious incident than characterized by anti-Israel activists or to the public.

On March 13, Columbia suspended each of the two Jewish students responsible for the incident for a year-and-a-half, substantially longer than any suspension for antisemitic conduct violations.[214]

***The False "Skunk Spray" Narrative was Used to Vilify Israeli Students, Including in Fliers Depicting Israelis as Skunks***

The false narrative that Israeli students perpetrated a "chemical attack" with "skunk spray" is more than an example of disparate disciplinary treatment: Columbia's failure to correct the record allowed this false narrative to be used by antisemitic students and faculty to vilify Israeli students and call for their exclusion in hateful chants, fliers, and media appearances.

 Using the "skunk spray" narrative as a pretext, on January 24, CUAD held a "No Safety Without Divestment" protest, where many of the chants focused on calling for "IOF off campus now," including shouting, "Say it loud, say it clear, we don't want no IOF here."[215] These chants effectively targeted all Israelis at Columbia, given that all Israeli citizens are obligated to perform mandatory military service.[216]

Faculty participated in the calls for exclusion. In a media interview on the purported "skunk spray" incident, Columbia Law Professor Katherine Franke alleged that Israeli students who had served in the IDF had "been known to harass Palestinian and other students on our campus. And it's something the university has not taken seriously in the past."[217]

By the end of January, a flier had been posted throughout campus depicting Israelis as skunks in images reminiscent of Nazi propaganda.

---

[213]  Disciplinary Record, Columbia Univ. (Feb. 23, 2024) (on file with Comm.).
[214]  Letter from the Center for Student Success and Intervention, Columbia Univ., to Columbia student (Mar. 13, 2024) (on file with Comm.).
[215] *CUAD Holds Walkout at Sundial Following Alleged Chemical Attack*, BWOG (Jan. 24, 2024), https://bwog.com/2024/01/cuad-holds-walkout-at-sundial-following-alleged-chemical-attack/; SZH (@stopzionisthate), INSTAGRAM (Jan. 24, 2024), https://www.instagram.com/stopzionisthate/reel/C2gjw6xrxXj.
[216] This was particularly notable given that Columbia enrolls a significant number of Israeli undergraduates following their IDF service through its School for General Studies, which serves nontraditional students, and also enrolls many U.S. veterans. The "skunk spray" narrative had become a call for the exclusion of a sizable cohort of students on campus.
[217] Amy Goodman, *Professors Slam Columbia's Response to Chemical Skunk Attack on Students at Pro-Palestine Protest*, DEMOCRACY NOW (Jan. 25, 2024), https://www.democracynow.org/2024/1/25/columbia_palestine_protest_attack.

THIRD RASSBACH DECLARATION EXHIBIT 3



218

The Anti-Defamation League of New York and New Jersey condemned the flier, saying, "It only villainizes Jewish and Israeli students on campus and fosters an increasingly hostile environment. The Columbia administration should call out this rhetoric now."[219] The Columbia administration failed to condemn the demonization of Israeli students or to affirm its support for Israelis or IDF veterans.

Though leaders from Columbia's Jewish community asked President Shafik directly to set the record straight on multiple occasions, she failed to do so. In a March 27 meeting with Shafik, a Jewish student leader requested that, "If the investigation into the alleged incident has found that there were no 'chemical weapons' employed on campus, the University should immediately clarify this fact to all members of our community. Failure to do so would result in the continued scapegoating, harassment, bullying, and isolation of Israeli and Jewish students on campus. The intimidation and harassment of any members of our community is absolutely inexcusable."[220] In an April 12 e-mail, Columbia/Barnard Hillel Executive Director Brian Cohen cited a recent Al-Jazeera story suggesting there had been a chemical attack, and wrote, "It is time to do the right thing with that story as well," meaning to clarify the true facts of the incident.[221]

But no clarifying statement came from the University. And when questioned about the incident on the record by Members of Congress in an April 17 hearing before the Committee, asking her to respond to the notion that "there was a so-called chemical attack on campus at one point, targeting so-called-pro-Palestinian students," Shafik failed to disclose the facts, characterized the incident

---

[218] Poster: *Beware! Skunk on Campus: Brought To You In Collaboration By Columbia University And The IOF* (2024) (on file with Comm.).
[219] ADL New York / New Jersey (@ADL_NYNJ), TWITTER (Feb. 2, 2024, 11:45 AM), https://x.com/ADL_NYNJ/status/1753459694096556268.
[220] Interview with Student, Columbia Univ. (Mar., 2024) (on file with Comm.).
[221] E-mail from Brian Cohen, Exec. Director, Kraft Center for Jewish Student Life, to Minouche Shafik, President, Columbia Univ. (Apr. 12, 2024, 3:00 PM) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3
167

as "an odorous substance that was sprayed on demonstrators," and testified the students responsible had been suspended.[222]

While technically accurate, this response clearly lacked candor. Committee Chairwoman Virginia Foxx called Shafik out on this point in her closing statement and noted that Shafik's testimony had been "misleading," given that "[d]ocuments Columbia produced to the Committee show that the substance sprayed was a non-toxic gag spray. While that was an inappropriate action, for months Jewish students have been vilified with false accusations of a 'chemical attack' and Columbia failed to correct the record."[223] The Chairwoman also noted that the Jewish students responsible for the incident were the only two students at the time who remained suspended from conduct incidents that took place before the Committee called Shafik to testify.

### *Columbia Only Corrected the Record After Reaching a $395,000 Settlement with One of the Students It Excessively Disciplined*

Columbia only corrected the record on the spray incident after reportedly reaching a $395,000 settlement with one of the students responsible for the incident. This came in an August 30 statement by Columbia Public Safety posted on the eve of the Friday before the Labor Day weekend.[224]

The settlement resulted from an April 2024 lawsuit filed by one of the students who was excessively and disproportionately disciplined for the incident. The terms of the settlement required Columbia to publish a statement clarifying that "the substance sprayed was "not any bio-chemical weapon, illicit substance or personal protective spray" but rather "a non-toxic, legal, novelty item that can be purchased online and in stores throughout the country." It also lowered the student's disciplinary sanction from the year-and-a-half suspension originally assigned to conditional disciplinary probation and provided the student $395,000 in compensation.[225]

### *Then-Columbia President Minouche Shafik Turned Her Back on Students in Columbia's Dual Degree Program with Tel Aviv University as They Faced Harassment and Exclusion*

As part of their efforts to delegitimize the Jewish state, antisemitic anti-Israel groups at Columbia aggressively demanded the University cancel its dual degree program between Tel Aviv University (TAU) and Columbia's School of General Studies. This effort created an atmosphere of hostility and intimidation for students in the program, as well as for Columbia's broader Jewish and Israeli communities. However, then-President Minouche Shafik would not make a public statement of support for the program despite repeated urging by Jewish students, her own administrators, and the executive director of Columbia Hillel.

As part of its demands for Columbia to boycott and divest from Israel, the antisemitic student coalition CUAD called on the University to "[c]ease the dual-degree partnership with Tel Aviv

---

[222] *Columbia in Crisis: Columbia University's Response to Antisemitism Before the H. Comm. on Ed. & the Workforce*, 117th Cong. (2024).

[223] *Id*.

[224] Press Release, Update on Investigation of Reported Incidents from January 19, 2024, Columbia Univ. Off. of Public Safety (Aug. 30, 2024), https://publicsafety.columbia.edu/news/update-investigation-reported-incidents-january-19-2024.

[225] Confidential Settlement Agreement (Aug. 29, 2024). (on file with Comm.)

THIRD RASSBACH DECLARATION EXHIBIT 3

University."[226] Students in the dual degree program reported experiencing harassment on campus, including through "flyers distributed on campus and posted in academic buildings calling for cancellation of the program," "[o]bvious negative judgment from peers and professors when we introduce ourselves in class as part of the program," and "[r]epeated demands made at CUAD rallies in the middle of campus, often using loudspeakers or megaphones, to abolish our program" which were "unavoidable for any student planning to attend class."[227]

In early March 2024, the Columbia College and Barnard College student councils approved ballot referendums on ending the dual degree program.[228] Students in the dual degree program faced intimidation and were understandably alarmed that their peers would be voting on the prospect of cancelling their academic program and, as they put it, "whether we have the right to be on campus."[229]

On March 27, a Jewish student leader at Columbia met with Shafik and asked her directly for Columbia to issue a "university-wide communication reaffirming Columbia's commitment to Jewish, Zionist, Israeli, and dual-degree students" and to clarify "they are welcome and valued on campus, and make our community stronger" and to affirm that referenda on the dual degree program "are completely antithetical to Columbia's values as they ostracize valued members of the Columbia community."[230]

Shafik told the student that she found calls for the removal of Zionists from campus personally abhorrent and that they did not represent the University's stance. However, rather than agreeing to make a public statement as the student requested, Shafik instead asked the student to convey this sentiment to the Jewish community on Shafik's behalf.[231] For Shafik to place this burden on the student instead of conveying the sentiment herself in a public statement was a stunning dereliction of leadership.

On April 8, students in the dual degree program with TAU sent a petition to then-President Shafik, Barnard President Laura Rosenbury, and the deans of Columbia's three undergraduate colleges. The students wrote that "[s]ince the October 7th terror attacks on Israel, our program specifically has faced heightened animosity and discrimination by students at Columbia."[232]

The students expressed concern that despite private reassurances that the program would not be cancelled, Columbia's administration had "never publicly stated or demonstrated any indication of this to its student body and beyond, leaving the impression that cancellation is a viable option and

---

[226] COLUMBIA UNIVERSITY APARTHEID DIVEST, https://cuad.org/.
[227] E-mail from Students, Tel Aviv University Dual Degree Program, Columbia University, to Minouche Shafik, President, Columbia University, et al. (Apr. 8, 2024 8:00 AM) (on file with Comm.).
[228] Oscar Noxon & Noah Bernstein, *CCSC approves referendum on divestment from Israel, adopts boycott policy*, COLUMBIA SPECTATOR (Mar. 4, 2024), https://www.columbiaspectator.com/news/2024/03/04/ccsc-approves-referendum-on-divestment-from-israel-adopts-boycott-policy/; Eden Stranahan, *Barnard SGA becomes second student council to approve ballot measure on divestment from Israel*, COLUMBIA SPECTATOR (Mar. 5, 2024), https://www.columbiaspectator.com/news/2024/03/05/barnard-sga-becomes-second-student-council-to-approve-ballot-measure-on-divestment-from-israel/.
[229] E-mail from Students, Tel Aviv University Dual Degree Program, Columbia University, to Minouche Shafik, President, Columbia Univ., et al. (Apr. 8, 2024 8:00 AM) (on file with Comm.).
[230] Letter from Student, Columbia University, to Comm. (Apr. 17, 2024) (on file with Comm.).
[231] E-mail from Student, Columbia University, to Comm. (Oct. 22, 2024 4:27 PM) (on file with Comm.).
[232] Dual Degree Program Student E-Mail, *supra* note 229.

THIRD RASSBACH DECLARATION EXHIBIT 3

thus leaving us students isolated in the face of this intimidation and attempted exclusion."[233] The students requested "an official statement that our Dual Degree Program is supported by administration and is not in danger of cancellation, and that TAU students are welcome at Columbia."[234] 85 of approximately 140 dual degree program students signed onto the petition, along with 80 parents of students in the program. At least two students had reportedly dropped out of the program since October 7.[235]

Upon learning of the Columbia College referendum on ending the dual degree program, School of General Studies Dean Lisa Rosen-Metsch, whose school included the program, privately wrote Shafik on April 12.[236] Shafik advised Rosen-Metsch to speak with Executive Vice President for Public Affairs Shailagh Murray.



The same day, Columbia/Barnard Hillel Executive Director Brian Cohen e-mailed Shafik, Provost Olinto, Chief Operating Officer Cas Holloway, Columbia College Dean Josef Sorett, and Murray regarding the planned Columbia College referendum. Noting that the dual degree program "has nothing to do with Columbia College," he called the referendum "a new low" and said that he "spent time with many of the TAU students last night and, and I assure you that his referendum is extremely insulting to them, and they don't feel like they belong on this campus – for good

---

[233] *Id.*

[234] *Id.*

[235] Andrew Tobin, *Dual Degree Students Fear Leaving Tel Aviv University To Study at 'Anti-Semitic' Columbia University. They are Calling on the School for More Support*, THE WASHINGTON FREE BEACON (Apr. 9, 2024), https://freebeacon.com/national-security/dual-degree-students-fear-leaving-tel-aviv-university-to-study-in-new-york/.

[236] Text Message from Lisa Rosen-Metsch, Dean, Columbia Univ., to Minouche Shafik, President, Columbia Univ. (Apr. 12, 2024 2:06 PM) (on file with Comm.).

[237] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3
170

reason."[238] Cohen implored the administrators to speak out on the matter, writing, "It is bad enough that these 'student leaders' are putting a vote like this to their peers, but I [*sic*] it's even worse that the University and College leadership remains silent on this matter…I hope you will send a clear message to the University community before this vote concludes."[239]

Shafik told Cohen she had met with the TAU students and offered private reassurances.[240] Cohen's response made clear that the situation was past the point where private reassurances were enough: "I'm glad you met with the TAU students this morning. Most of our undergraduates have seen language for months calling for the TAU program to be canceled. Now any student voting in the CC student government election will see language that CC Student Council agreed to put on there. A public statement should be shared."[241]

Holloway privately agreed that "a statement on TAU is warranted. They're our students and it's a program we're proud of and investing in. This is the perfect opportunity to say something definitive."[242] In her reply, Murray maligned the Hillel director as a malcontent: "I don't disagree, but let's see where we are after the call on Sunday. That's what Lisa is asking for and these are her students. Brian is never happy!"[243] Holloway pushed back to Murray: "This isn't about Brian, it's just wrong. One group of students shouldn't be voting another group off the island. Unacceptable" and "we SUPPORT this program and continue to support it. We should say so. I feel strongly about this one. It's not OK."[244]

| From: | Cas Holloway ████████████] | |
|---|---|---|
| on behalf of | Cas Holloway ████████████> ████████████ | |
| Sent: | 4/12/2024 6:26:56 PM | |
| To: | Shailagh Murray [████████████] | |
| Subject: | Re: Referendum | |

This isn't about Brian. It's just wrong. One group of students shouldn't be voting another group off the island. Unacceptable.

More importantly, we SUPPORT this program and will continue to support it. We should say so. I feel strongly about this one. It's not OK. Minouche doesn't have to condemn the students who voted. SHe just has to say these students are a vital part of the community and we support and embrace them. Now and going forward.

On Fri, Apr 12, 2024 at 5:51 PM Shailagh Murray ████████████> wrote:

I don't disagree, but let's see where we are after the call on Sunday. That's what Lisa is asking for and these are her students. Brian is never happy!

245

---

[238] E-mail from Brian Cohen, *supra* note 221.
[239] *Id.*
[240] E-mail from Minouche Shafik, President, Columbia Univ., to Brian S. Cohen, Exec. Dir., Columbia Hillel (Apr. 12, 2024 5:52 PM) (on file with Comm.).
[241] *Id.*
[242] E-mail from Cas Holloway, Chief Operating Off., Columbia Univ., to Shailagh J. Murray, Exec. Vice President for Pub. Aff., Columbia Univ. (Apr. 12, 2024 5:37 PM) (on file with Comm.).
[243] *Id.*
[244] *Id.*
[245] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3
171

Despite the pleas of dual degree students and the strong urging of Rosen-Metsch, Cohen, and Holloway, Shafik failed to make a public expression of support for the TAU program. On April 22, 2024, the Columbia Elections Board announced the referendum on ending the dual degree program passed with 65.62 percent support and the participation of 40.26 percent of the Columbia College student body.[246]

Not only did Shafik fail to express support for the TAU program, it appears that even recognizing its students' graduation was unacceptable to the University. On May 15, the Columbia School of General Studies reposted an Instagram story congratulating the dual degree program's first graduating class. Columbia deleted the story after less than two hours.[247]

*Conclusion*

These findings illustrate how University leaders intentionally turned their backs on their campuses' Jewish communities by withholding public support. They even refused to condemn Hamas, recognize the hateful eliminationist phrase "From the River to the Sea" as antisemitic, correct the record regarding the false narrative of a chemical attack used to vilify Jewish students, or reject efforts seeking the termination of the TAU dual degree program and exclusion of its students from the University.

There is reason for concern that university presidents will continue to refrain from offering support to the Jewish community. Over the past year, numerous universities have adopted institutional neutrality policies to considerable fanfare, including from many conservatives. While it is sensible that universities maintain institutional neutrality, these policies should not serve as excuses for academic leaders to remain silent in the face of antisemitic harassment, discrimination, or support for terrorism on their campuses.

This dynamic recently played out at Harvard, which adopted a new policy on "institutional voice" in May 2024.[248] The Harvard Undergraduate Palestine Solidarity Committee (PSC) (recently reinstated from a suspension despite its role in the organization of the unlawful Harvard encampment) marked the one-year anniversary of the October 7 attack by celebrating the attack with a social media post: "One year ago today, Gaza broke through Israel's blockade, showing the world that the ongoing Nakba and apartheid cannot stand."[249]

Harvard President Alan Garber responded, "Although I don't agree with the statement — in fact, there are aspects of it that I personally find offensive — I am not about to make University statements about matters of public affairs that are not part of the core of the University."[250] As

---

[246] Oscar Noxon, *Columbia College overwhelmingly passes divestment referendum,* COLUMBIA SPECTATOR (Apr. 22, 2024), https://www.columbiaspectator.com/news/2024/04/22/columbia-college-overwhelmingly-passes-divestment-referendum/.

[247] Adi Nirman, *Columbia deletes Instagram celebrating dual-degree with Tel-Aviv University*, ISRAEL HAYOM (May 16, 2024), https://www.israelhayom.com/2024/05/16/columbia-deletes-instagram-story-celebrating-dual-degree-with-tel-aviv-university/.

[248] Alan M. Garber et al., *News: Institutional Voice* (May 28, 2024), https://www.harvard.edu/president/news/2024/institutional-voice/.

[249] Madeline A. Hung and Joyce E. Kim, *Pro-Palestine Activists Denounce Harvard, Israel on Anniversary of Oct. 7 Attacks*, THE HARVARD CRIMSON (Oct. 8, 2024), https://www.thecrimson.com/article/2024/10/8/palestine-activists-denounce-harvard-israel/.

[250] Emma H. Haidar and Cam E. Kettles, *Harvard President Garber Criticizes PSC Statement as 'Offensive'*, THE HARVARD CRIMSON (Oct. 9, 2024), https://www.thecrimson.com/article/2024/10/9/garber-criticizes-psc-statement/.

THIRD RASSBACH DECLARATION EXHIBIT 3

former Harvard President Larry Summers noted, Garber's relatively meager statement fell short of Harvard's recent affirmations that "antisemitism will not be tolerated at Harvard."[251]

In a recent *New York Times* essay, Erwin Chemerinsky, Dean of the University of California, Berkeley's School of Law and a noted free speech advocate, expressed horror that students at universities across the country had glorified the October 7 attack on the anniversary and called on universities to condemn them. He wrote, "This support of violence is deeply disturbing. But so is the silence of school officials. Does anyone think the officials would be silent if there was a Ku Klux Klan gathering on a college campus celebrating white supremacist violence?"[252] In addition to the likely hostile environment violations mentioned below, disparate treatment of students based on race, color, or national origin (including religious groups based on shared ancestry or ethnic characteristics), would likely constitute a Title VI violation.

Chemerinsky observed that the celebrations of antisemitic terrorism had created a hostile environment for Jewish students, writing, "As I listen to my Jewish students and their reaction to celebrations of Hamas, I have no doubt that they perceive a hostile environment. They do not feel comfortable walking across a plaza in the middle of campus where a sign says, 'Israel deserves 10,000 October 7ths.' They understandably fear that the celebration of violence can too easily lead to violence."[253]

He further wrote that universities' failures to address these hostile environments constituted violations of their obligations under Title VI because "silence, too, is a message. And it is more. In the eyes of the law, doing nothing can be viewed as deliberate indifference, which violates Title VI and can lead to action by the Office for Civil Rights of the Department of Education."[254]

Leaders at Harvard, Columbia, and many other universities have clearly demonstrated a deliberate indifference by staying silent in the face of antisemitism and refusing to support their Jewish communities in the face of hatred, in contrast to past support for other minority groups. Universities that violate their Title VI obligations in such a manner should be held accountable.

---

[251] Emma H. Haidar and Cam E. Kettles, *Garber's Statement on the PSC Ignites Controversy over Institutional Voice Policy*, THE HARVARD CRIMSON (Oct. 10, 2024), https://www.thecrimson.com/article/2024/10/10/garber-psc-statement-institutional-voice/.

[252] Erwin Chemerinsky, *College Officials Must Condemn On-Campus Support for Hamas Violence*, N.Y. TIMES (Oct. 20, 2024), https://www.nytimes.com/2024/10/20/opinion/hamas-colleges-free-speech.html.

[253] *Id*.

[254] *Id*.

THIRD RASSBACH DECLARATION EXHIBIT 3

**KEY FINDING: Universities utterly failed to impose meaningful discipline for antisemitic behavior that violated school rules and the law. In some cases, radical faculty successfully thwarted meaningful discipline.**

With the epidemic of antisemitism taking place on college campuses throughout the United States since October 7, 2023, students have been the focus of harassment and violence, which prevented students from attending class, studying, or even socializing in quads and other central campus areas that became hotbeds of antisemitic conduct. As a Jewish Columbia University student who spoke at a Committee roundtable on campus antisemitism said, "We are ostracized, mocked, harassed, assaulted, and scapegoated because of our identities" and "[w]e have been attacked with sticks outside of our library. We have been surrounded by angry mobs. And we have been threatened to 'Keep fucking running.'"[255]

A central issue in addressing campus antisemitism and ensuring student safety on campus is how universities have responded to conduct incidents on their campuses. The Committee's investigation found that universities it has examined have utterly failed to impose meaningful discipline for the numerous antisemitic conduct violations that warrant it. This comes despite many university leaders' stated commitments that antisemitism would not be tolerated and that their rules would be enforced. The examples cited below reveal that a significant issue at numerous universities, of which Columbia and Harvard serve as prime examples, is the faculty's role in obstructing disciplinary processes.

**FINDING: UNIVERSITIES FAILED TO ENFORCE THEIR RULES AND HOLD STUDENTS ACCOUNTABLE FOR ANTISEMITIC CONDUCT VIOLATIONS**

Many Jewish college students, faculty, staff, and alumni have sought clarity on what their institutions are doing to protect their communities from antisemitic incidents of harassment, violence, intimidation, exclusion, and disruption. Yet, institutions of higher education have been far from forthcoming in explaining what actions they have taken to hold antisemitic violators of university rules accountable.

The Committee's investigation has revealed that one reason why schools are so reluctant to share this information is because their records are so dismal. Of the 11 universities that the Committee has collected disciplinary data from – spanning from coast to coast and ranging from the Ivy League to state schools – all have records of failure.

The Committee's analysis demonstrates that wholly six of the 11 have failed to impose a single suspension despite having impermissible encampments and other disturbing antisemitic incidents on their campuses over the past year. Not one of the 11 has expelled a student for misconduct. The disciplinary data collected by the Committee shows that students who took over campus buildings, barred Jewish students from portions of their campus, disrupted classes, and engaged in antisemitic harassment were allowed to completely avoid discipline at numerous institutions.

---

[255] StandWithUs, *Columbia student Eden Yadegar - Congressional hearing investigating antisemitism*, YOUTUBE (Apr. 18, 2024), https://www.youtube.com/watch?v=BBE6fHUb5kY.

THIRD RASSBACH DECLARATION EXHIBIT 3

*Columbia University*

Columbia University was the site of some of the most disturbing and extreme antisemitic conduct violations in the country, including the criminal takeover of a campus building and numerous incidents of antisemitic harassment and disruption. However, documents and information produced by Columbia make clear that since October 7, 2023, Columbia has imposed shockingly few meaningful disciplinary consequences.

In antisemitism-related disciplinary cases with final sanctions, Columbia suspended only four students, placed nine students on disciplinary probation,[256] placed 32 students on conditional disciplinary probation (which is less serious than standard probation),[257] issued disciplinary warnings to four students, and had "mandatory educational conversations as part of an alternative resolution process" with 15 students.[258]

Several notable incidents and Columbia's disciplinary responses are detailed below:

- **Instead of Expelling Students Arrested in Hamilton Hall as Promised, Columbia Lifted Their Interim Suspensions and Allowed Seven to Graduate:** Columbia publicly stated that the 22 students arrested for occupying Hamilton Hall would "face expulsion,"[259] and sent arrested students written notice that the University planned to permanently expel them.[260] Instead, the University lifted the students' interim suspensions after pressure from radical faculty and students.[261]

  Of these 22 Columbia students, seven were allowed to graduate, 11 are in good standing, one is on disciplinary probation, and only three are suspended.[262] This feckless response comes despite the grave nature of the incident, during which the students and others who occupied the building shattered windows, barricaded doorways, covered security cameras, and held University custodians against their will.[263] Notably, Columbia acknowledged that

---

[256] "Disciplinary probation" means that a student is no longer in good disciplinary standing for a specific period, during which they are permitted to continue academic progress at the University. *See* Letter from Counsel, Columbia Univ., to Virginia Foxx, Chairwoman, H. Comm. on Ed. & the Workforce (Oct 15, 2024) (on file with the Comm.).

[257] (Conditional disciplinary probation is not equivalent to standard probation, as it allows students to remain "in good disciplinary standing on the condition that no future violations occur," and therefore does not appear on a student's disciplinary record absent further discipline). *See* Center for Student Success and Intervention, Standards & Discipline, Columbia Univ. (Sep. 23, 2024), https://cssi.columbia.edu/sites/default/files/content/Standards%20and%20Discipline%202024-25.pdf.

[258] Letter from Counsel, Columbia Univ., to Virginia Foxx, Chairwoman, H. Comm. on Ed. & the Workforce (Oct 15, 2024) (on file with the Comm.).

[259] Press Release, Columbia Univ. Off. of Pub. Affs., Columbia Updates (Apr. 30, 2024, 5:40 PM), https://communications.news.columbia.edu/news/campus-updates.

[260] Letter from Ctr. for Student Success and Intervention, Columbia Univ., to Columbia student (May 1, 2024) (on file with Comm.).

[261] Letter from Columbia Univ. and Barnard Coll. faculty, to Minouche Shafik, President, Columbia Univ. (May 5, 2024) (on file with Committee).

[262] *2024.08.14 - Appendix A to Columbia Letter (revised)*, Columbia Univ. (Aug. 14, 2024) (on file with Comm.); Letter from Counsel, Columbia Univ., to Virginia Foxx, Chairwoman, H. Comm. on Ed. & the Workforce (Oct 11, 2024) (on file with the Comm.).

[263] Sharon Otterman, *An Inside Look at the Student Takeover of Columbia's Hamilton Hall*, N.Y. Times, May 8, 2024, https://www.nytimes.com/2024/05/08/nyregion/columbia-hamilton-hall-protests.html.

THIRD RASSBACH DECLARATION EXHIBIT 3

one of the students who committed this crime is a permanent resident who is a citizen of Bangladesh.[264]

- **Columbia Dropped Disciplinary Charges Against 27 Other Students Arrested on Campus on the Night of the Hamilton Hall Takeover:** In addition to those arrested inside Hamilton Hall, 27 other Columbia students were arrested at various locations on and off campus on May 1.[265] Despite those arrests, Columbia closed the disciplinary cases against these students on the purported grounds of "insufficient evidence," allowing all of them to escape disciplinary consequences.[266]

- **The Columbia Student Who Notoriously Made Threatening Statements Including Telling Student Conduct Officials "Zionists Don't Deserve to Live" Received Mere Probation for Those Incidents and a Only a One-Year Suspension for Obstructing Jewish Students' Movement With a "Human Chain" at the Encampment:** On January 9, 2024, a Columbia student livestreamed a disciplinary hearing with student conduct officials that was initiated as a result of a social media post about Zionists that stated, "I don't fight to injure or for there to be a winner or a loser, I fight to kill."[267] During the livestream, the student made additional threatening statements directed at Zionists, including saying that "Zionists don't deserve to live."[268] Despite the extreme and threatening nature of these statements, the student only received a short probation beginning on April 19, 2024, and scheduled to end on September 3, 2024.[269]

  In fact, a March 7, 2024, copy of the first disciplinary notice for the incident shows that Columbia's Student Conduct team initially failed to cite the student for his threatening statements, but rather only for violating University rules by livestreaming the meeting.[270] On March 25, the University sent a revised notice correcting an "error" in the original that added the allegation that the student "used language that denigrates or shows hostility or aversion toward group members of a protected class," which could violate Columbia's Non-Discrimination Policy and Endangerment policy.[271]

  On April 20, the same student posted a picture on social media of visibly Jewish members of the Columbia community with the caption, "Zionists just attempted to harass us and bring their terrorist flag over – we told [sic] to get the hell out!"[272]

---

[264] E-mail from Counsel to Columbia Univ., to Staff, H. Comm. on Ed. and the Workforce, (Oct. 22, 2024, 4:56 PM) (on file with Committee).

[265] Appendix to Columbia Letter, *supra* note 262.

[266] *Id.*

[267] Katherine Rosman, *Student Protester Is Suspended After Anti-Zionist Video*, N.Y. TIMES, Apr. 29, 2024, https://www.nytimes.com/2024/04/29/nyregion/khymani-james-columbia-suspension.html.

[268] Kassy Akiva (@KassyAkiva), *Khymani James live-stream*, TWITTER (Apr. 26, 2024), https://x.com/KassyAkiva/status/1783899025000780053.

[269] CSSI Notification of Disciplinary Probation (Apr. 19, 2024) (on file with Comm.).

[270] CSSI Notice to Appear (Mar. 7, 2024) (on file with Comm.).

[271] CSSI Revision of Notice to Appear (Mar. 25, 2024) (on file with Comm.).

[272] CSSI Judgement of Responsibility for Prohibited Behavior (Aug. 7, 2024) (on file with Comm.); Khymani James (@KhymaniJames), TWITTER (Apr. 20, 2024), https://x.com/KhymaniJames/status/1781865073113186385.

60

THIRD RASSBACH DECLARATION EXHIBIT 3

The following evening, at approximately 11:30 p.m., in an incident captured on video, the student organized others in the encampment to form a human chain to physically prevent multiple students, some Jewish, from entering the encampment. The student shouted, "Attention everyone. Can I get everyone to form a human chain right here please? We have Zionists that have entered the camp."[273] This egregious incident of attempting to prevent students from accessing a portion of Columbia's campus followed a sustained pattern of antisemitic discrimination and threatening conduct directed at Jews. Rather than expelling the student, Columbia administrators only imposed a one-year suspension taking effect on August 7, 2024 and ending on September 2, 2025.[274] In addition to the student who led the chant, three other students received disciplinary probation for their involvement in this incident.[275]

While the student who led the incident appeared to issue an apology on April 25, 2024, for his remarks that "Zionists Don't Deserve to Live,"[276] he and CUAD later disowned and retracted it. On October 8, 2024, CUAD issued a statement clarifying that the student was not the author of the April 25, 2024 statement "framed as an apology."[277] Additionally, CUAD affirmed the groups' unapologetic support for Hamas, declaring "we support liberation by any means necessary, including armed resistance" and that "violence is the only path forward."[278] The student shared this statement, thanking CUAD for the "beautiful" statement and confirming that "I never wrote the neo-liberal apology posted in late April" and adding, "anything I said, I meant it."[279]

- **Students Responsible for a "Resistance 101" Event With the Terrorist Organization Samidoun Received Only Conditional Probation and Warnings:** Columbia found five students responsible for violations of university policies relating to a March 24, 2024, "Resistance 101" event in which representatives of a designated terrorist organization explicitly advocated for terrorism.

The speakers in question were Khaled Barakat, a member of the Popular Front for the Liberation of Palestine (PFLP), which is a U.S. designated foreign terrorist organization, and his wife Charlotte Kates, the Director of the Samidoun, an organization designated as part of the PLFP in 2021 by the State of Israel and banned by Germany in November 2023 on account of the organization's support and glorification of terrorist organizations.[280] On

---

[273] Id.

[274] Id.

[275] E-mail from Counsel, Columbia Univ., to Comm. Staff (Oct. 18, 2024 4:58 PM) (on file with Comm.).

[276] Emily Forgash, *CUAD member issues apology for January video in which they said 'Zionists don't deserve to live'*, COLUMBIA SPECTATOR, Apr. 26, 2024, https://www.columbiaspectator.com/news/2024/04/26/cuad-member-issues-apology-for-january-video-in-which-they-said-zionists-dont-deserve-to-live/.

[277] Columbia University Apartheid Divest (CUAD) (@cuapartheiddivest), Instagram (Oct. 8, 2024), https://www.instagram.com/p/DA3oKFGOs1m/?img_index=1.

[278] Id.

[279] Khymani James (@KhymaniJames), TWITTER (Oct. 8, 2024), https://x.com/KhymaniJames/status/1843702358095868269.

[280] Press Release, BMI Federal Ministry of the Interior (Germany), HAMAS and Samidoun banned in Germany (Nov. 2, 2023), https://www.bmi.bund.de/SharedDocs/pressemitteilungen/EN/2023/11/banned-hamas-samidoun.html.

THIRD RASSBACH DECLARATION EXHIBIT 3

October 15, 2024, the U.S. Department of the Treasury's Office of Foreign Assets Control designated Samidoun as a front organization for the PFLP and stated that Samidoun and Barakat play "critical roles in external fundraising for the PFLP."[281]

In addition to Barakat and Kates, the event featured Nerdeen Kiswani, the founder and leader of Within Our Lifetime, an antisemitic pro-terror group based in New York City.[282] During the event, the speakers praised the October 7 terror attack against Israel as a heroic act and encouraged student support for terrorist organizations including Hamas, Islamic Jihad, and the PFLP "that are on the front lines fighting Zionism."[283]

While Columbia officials have repeatedly asserted that the event registration was denied,[284] documents produced to the Committee indicate that Columbia did not initially reject the event but merely attempted to postpone it to a later date.[285]

Of the five students who organized the event featuring these terrorist speakers, just two received conditional disciplinary probation while three received mere disciplinary warnings.[286]

These trivial consequences come despite an April 5, 2024, statement by then-President Shafik in which she characterized the event as "an abhorrent breach of our values," citing that it "featured speakers who are known to support terrorism and promote violence."[287] Moreover, Shafik affirmed that "actions like this on our campus must have consequences."[288] The documents produced to the Committee establish that Columbia utterly failed to fulfill this commitment.

- **A Columbia Student Criminally Charged for Stealing an NYPD Officer's Hat at an Anti-Israel Rally Received No Discipline:** A Columbia student who stole an NYPD officer's hat and threw it into the crowd during an February 2, 2024, "All Out For Palestine" rally received no discipline.[289]

---

[281] Press Release, U.S. Dep't of the Treasury, United States and Canada Target Key International Fundraiser for Foreign Terrorist Organization PFLP (Oct. 15, 2024), https://home.treasury.gov/news/press-releases/jy2646.

[282] *Within Our Lifetime*, Canary Mission, https://canarymission.org/organization/Within_Our_Lifetime.

[283] Stu Stu Studio, *Resistance 101 hosted by Columbia University Apartheid Divest*, YOUTUBE (Apr. 1, 2024), https://youtu.be/2xRAyYn5YkQ.

[284] Press Release, Columbia Office of the President, Statement from Columbia University President Minouche Shafik (Apr. 5, 2024), https://president.columbia.edu/news/statement-columbia-university-president-minouche-shafik-4-5-24.

[285] E-mail from Joseph D. Greenwall, Senior Vice President for Student Aff., Columbia Univ., to Cas Holloway, Chief Operating Off., Columbia Univ., et al. (Mar 22, 2024 4:46 PM) (on file with Comm.); Memorandum from Joseph D. Greenwall on Event Operations Check In March 25, 2024 @ 5 PM (Mar 22, 2024) (on file with Comm.); Memorandum from Joseph D. Greenwall on Archived Agendas Seat Agenda & minutes 3/20/2024 (Mar 22, 2024) (on file with Comm.).

[286] Letter from Counsel, Columbia Univ., to Virginia Foxx, Chairwoman, H. Comm. on Ed. & the Workforce (Oct 15, 2024) (on file with the Comm.) ("disciplinary warning" means that the student remains in good disciplinary standing and has been educated regarding community standards).

[287] Statement from Minouche Shafik, *supra* note 284.

[288] *Id*.

[289] Letter from Counsel, Columbia Univ., to Virginia Foxx, Chairwoman, H. Comm. on Ed. & the Workforce (April 16, 2024) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

According to the NYPD, the student snatched the officer's hat from his head while the officer "was attempting to control the crowd of demonstrators."[290] In the moments after the incident, the student was detained and arrested "on suspicion of grand larceny, obstructing governmental administration, aggravated harassment, and criminal possession of stolen property."[291]

Columbia informed the Committee that the University did not pursue discipline against the student, citing that the charges were ultimately dropped and that the incident took place off campus and did not involve other members of the Columbia community.[292] The rally, which took place immediately outside the Columbia campus, was cosponsored by CUAD and the extreme anti-Israel organization Within Our Lifetime.[293]

- **A Columbia Student Who Repeatedly Harassed Students, Faculty, and Clergy by Shouting "Fuck the Jews" Had an Interim Suspension Downgraded to Disciplinary Probation:** A Columbia student who harassed Jewish students, faculty, and clergy by harassing them with shouts of "Fuck the Jews" in at least three separate incidents received a one-year disciplinary probation, which was downgraded from an initial interim suspension.[294]

Documents show that on October 19, 2023, the offending student first told a Jewish student studying in Columbia Law School's main building, "Fuck the Jews."[295] The student was identified by October 20, 2023,[296] but it appears that the University did not intervene until after multiple other such incidents occurred.

On November 9, the student repeatedly yelled "fuck the jews" and "Fuck Israel" at a group of visibly Jewish students, Columbia School of General Studies Dean Lisa Rosen-Metsch, and campus rabbi Yona Hain during an anti-Israel protest.[297] Public safety officers asked the offending student to leave the area, but they failed to take his student ID or remove him

---

[290] Esha Karam et al., *NYPD arrests three protesters, issues 12 with 'disorderly conduct' after pro-Palestinian rally that drew hundreds*, COLUMBIA SPECTATOR (Apr. 26, 2024), https://www.columbiaspectator.com/city-news/2024/02/02/nypd-apprehends-several-pro-palestinian-protesters-at-rally-that-draws-hundreds/.
[291] *Id.*
[292] Letter from Counsel, Columbia Univ., to Virginia Foxx, Chairwoman, H. Comm. on Ed. & the Workforce (April 16, 2024) (on file with Comm.).
[293] Esha Karam et al., *NYPD arrests three protesters, issues 12 with 'disorderly conduct' after pro-Palestinian rally that drew hundreds*, COLUMBIA SPECTATOR, Apr. 26, 2024, https://www.columbiaspectator.com/city-news/2024/02/02/nypd-apprehends-several-pro-palestinian-protesters-at-rally-that-draws-hundreds/.
[294] E-mail from Counsel, Columbia Univ., to Comm. Staff (Oct. 18, 2024 4:58 PM) (on file with Comm.).
[295] E-mails between Brian S. Cohen, Exec. Dir., Columbia Hillel, and Gerald Lewis Jr., Vice President of Pub. Safety, Columbia Univ. (Nov. 9, 2023) (on file with Comm.).
[296] E-mail from Daniel Ayala, Interim Dir. Of Investigations, Columbia Univ., to Mel Romero, Assoc. Dir. Of Operations, Columbia. Univ (Oct. 20, 2023 7:49 AM) (on file with Comm.).
[297] Columbia University General Concern Report, Potential Bias Incident (November 9, 2023) (on file with Comm.); E-mail from Lisa Rosen-Metsch, Dean, Columbia Univ., to David Greenberg, Exec. Vice President, Columbia Univ., and Gerald Rosberg, Senior Exec. Vice President, Columbia Univ. (Nov. 9, 2023 9:18 PM) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

from campus.[298] When a complainant raised the matter with a public safety officer, the officer said the matter was "above his pay grade."[299] A different public safety officer told the complainant that the offender was known to public safety.[300] That same day, the offending student approached another Jewish student in the kosher section of the Hewitt Dining Hall and told the Jewish student, "Fuck the Jews."[301]

On November 10, 2023, the student was issued an interim suspension,[302] which was downgraded to a one-year probation on December 7, 2023, following a November 28 disciplinary hearing.[303] Columbia failed to impose meaningful discipline for this flagrant antisemitic harassment and intimidation.

### *University of Pennsylvania*

Since October 7, 2023, the University of Pennsylvania (Penn) has suspended only three students for a single-semester each and sanctioned only 14 students with semester-long disciplinary probations, despite multiple serious incidents on campus, including building occupations, a riot on the grounds of the Interim President's house, and an unlawful encampment that resulted in the arrest of 21 students.[304] Several notable incidents and Penn's disciplinary responses to them are detailed below:

- **A Penn Student Who Stole an Israeli Flag From a Jewish Student's Residence and Burned it at a Rally Where She Celebrated the Murder of Israelis Received the Equivalent of Probation:** A Penn student stole an Israeli flag from a Jewish student's residence on October 28, 2023, and burned it at a rally where she gave a viral rant that glorified "joyful and powerful images which came from the glorious October 7," described how the mass murder of civilians in Israel made her feel "so empowered and happy," and told the crowd to "hold that feeling in your hearts" and "bring it to the streets."[305] The perpetrator was arrested and charged for the theft.[306] Notably, the perpetrator is a foreign student from Jordan, yet she did not have her student visa revoked.[307]

  In April 2024, Penn issued the meager sanction of "Suspension Not Imposed" (a status equivalent to probation) and a reflective essay assignment.[308] This light sanction came despite disciplinary documents showing that residents of the house from which the flag

---

[298] E-mail from Joseph D. Greenwell, Senior Vice President for Student Aff., Columbia Univ., to Gerald Lewis, Vice President of Pub. Safety, Columbia Univ. (Nov. 14, 2023 7:26 AM) (on file with Comm.).

[299] *Id.*

[300] General Concern Report, Columbia Univ. (Nov. 9, 2023 3:00 PM) (on file with Comm.).

[301] E-mail from Brian S. Cohen, *supra* note 221.

[302] CSSI Notification of Alleged Misconduct, Columbia Univ. (Nov. 10, 2023) (on file with Comm.).

[303] CSSI Judgement of Responsibility for Alleged Behavior, Columbia Univ. (Dec. 7, 2023) (on file with Comm.).

[304] Disciplinary Chart (amended), Univ. of Penn. (Oct. 14, 2024) (on file with Comm.).

[305] Videotape: Rally Video (The Philly Palestine Coalition (@phillypalestinecoalition) Instagram Live) (on file with Comm.).

[306] Docket Report, Comm. of Penn. v. Tarawneh, No. MC-51-CR-0019818-2023 (Phil. Cnty. Mun. Ct., 2024).

[307] Jorge Fitz-Gibbon, *UPenn student who praised 'glorious' Hamas terror attack later arrested for stealing Israeli flag*, N.Y. POST, Nov. 12, 2023, https://nypost.com/2023/11/12/news/upenn-student-who-praised-glorious-hamas-terror-attack-stole-israeli-flag-is-idd/.

[308] E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (Apr. 17, 2024) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

was stolen "reported feeling 'terrified' after the theft of the Flag," they believed the theft was "anti-Semitic and targeted their home," they felt "threatened" by the perpetrator's viral rant, and they "reported feeling isolated and very uncomfortable continuing to wear markers of their Jewish faith" following the incident.[309] Ironically, the perpetrator authored a September 2023 column in Penn's student newspaper titled, "Palestine Writes: Why Penn should protect its students from colonial backlash."[310]

Another Penn student who stole an Israeli flag from a private residence in a separate November 16, 2023, incident similarly received a paltry "Suspension Not Imposed" sanction.[311]

- **Ten Anti-Israel Penn Students Disrupted a Board of Trustees Meeting, Causing it to Adjourn Prematurely. Two Received Probation and Eight Were Assigned Reflective Essays:** On March 1, 2024, 10 anti-Israel students disrupted a Penn Board of Trustees meeting, which "caused the meeting to adjourn prematurely."[312] Two students who interrupted the meeting by rising and "chanting repeatedly, 'Endowment Transparency Now, Divest From Genocide,'" and defied repeated requests to cease this conduct initially received disciplinary probation until the end of the fall 2024 semester but these probations were subsequently reduced to only last through summer 2024.[313] The reductions in severity came despite one of the two demonstrating a clear lack of remorse by asserting the disruption was minimally disruptive and not a "real protest."[314]

  Eight of the students, who covered their hands in red paint and held them up throughout the protest, refused to answer whether there was a coordinated plan for some students to stand and chant and others to remain seated.[315] Penn merely assigned them a reflective essay about a TED Talk.[316]

- **Of 21 Students Investigated for Participating in the Penn Encampment, Including Nine Arrested, Only Two Repeat Offenders Were Suspended:** Penn initiated disciplinary investigations into 21 students alleged to have participated in the April 25 – May 10, 2024, encampment.[317] Nine of the students were arrested at the encampment on May 10, 2024, after defying instructions by law enforcement to disband.[318] Of the nine

---

[309] *Id.*

[310] Tara Tarawneh, *Palestine Writes: Why Penn should protect its students from colonial backlash*, THE DAILY PENNSYLVANIAN, Sept. 14, 2023, https://www.thedp.com/article/2023/09/palestine-writes-literature-festival-backlash-harmful-narrative-celebrate-culture.

[311] E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (July 9, 2024) (on file with Comm.).

[312] Penn Disciplinary Chart (amended), *supra* note 304.

[313] *Id.*; E-mail from Student, to Ctr. For Comm. Standards and Accountability, Univ. of Penn. (Apr. 11, 2024) (on file with Comm.).

[314] E-mail from Student, to Ctr. For Comm. Standards and Accountability, Univ. of Penn. (Apr. 11, 2024) (on file with Comm.).

[315] E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (July 9, 2024) (on file with Comm.).

[316] *Id.*

[317] Penn Disciplinary Chart (amended), *supra* note 304.

[318] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

arrested students, two received a one-semester suspension each, with five only facing disciplinary probation, and two having disciplinary cases that are still pending resolution.[319] Of the 12 students who were not arrested, only five received disciplinary probation, five were not found responsible for conduct violations, and two still have disciplinary cases pending resolution.[320]

Notably, the two students who received one-semester suspensions were repeat offenders who were also found responsible for the attempted occupation of Fisher-Bennett Hall on May 17, 2024, with one of them also being found responsible for unlawful entry into the grounds of the home of Penn's Interim President.[321]

- **Two Students Broke Into The Grounds of Penn's Interim President's House and Rioted Causing $18,000 of Damage. One Received a One Semester Suspension, the Other's Case Remains Pending:** Two students were investigated for their roles in a May 10, 2024, incident in which a group of protestors broke open the gate of the house of the Interim Penn President, entered the exterior grounds, disobeyed police instructions, and engaged in what police described as a "riot" that caused approximately $18,000 of damage and involved "loud noise, sirens, bullhorns, and loud chanting," "smoke bombs," "bright flare lights," waving a Palestinian flag, and knocking on the front door of the house.[322]

  Despite the gravity of the incident, one student received only a one-semester suspension while another disciplinary case remains pending.[323] The student who received the one-semester suspension for the incident was an egregious repeat offender who had been arrested at the encampment earlier that day and would also take part in the attempted occupation of Fisher-Bennett Hall a week later.[324]

- **Seven Students Were Arrested for Involvement in the Attempted Occupation of Fisher-Bennett Hall, Three Were Suspended For a Semester:** On May 17, 2024, seven Penn students were among 19 individuals arrested for involvement in the attempted occupation of Fisher-Bennett Hall, four of whom were arrested for trying to occupy the building, and three of whom were arrested outside the building for failing to disperse and comply with police commands.[325]

  During the attempted occupation of Fisher-Bennett Hall on May 17, 2024, protesters

---

[319] *Id*.

[320] *Id*.

[321] E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (July 26, 2024) (on file with Comm.) (the student was involved in cases 12, 13, and 14); E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (July 26, 2024) (on file with Comm.) (the student was involved in cases 12 and 14).

[322] E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (July 26, 2024) (on file with Comm.) (the student was involved in cases 12, 13, and 14); Neema Baddam et al., *Pro-Palestinian protesters enter gates of Penn president's house during march against encampment sweep*, THE DAILY PENNSYLVANIAN (May 10, 2024), https://www.thedp.com/article/2024/05/penn-presidents-house-protest.

[323] Penn Disciplinary Chart (amended), *supra* note 304.

[324] E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (July 26, 2024) (on file with Comm.).

[325] Penn Disciplinary Chart (amended), *supra* note 304.

obstructed the building's windows with cardboard and barricaded multiple building entrances using barbed wire, wooden pallets, bike racks, furniture, and zip ties.[326] Protesters resisted removal by police, shouted expletives at police officers, and chanted "there is only one solution, intifada revolution."[327]

Of the seven Penn students who were arrested for their involvement in the attempted occupation, three were suspended for one semester, two received disciplinary probation, and two are not enrolled while the resolution of their cases remains ongoing.[328] Notably, two of the students who received one semester suspensions for the attempted occupation had previously been arrested at the encampment, with one also unlawfully entering the Penn president's property on May 10.[329]



330

- **Sixteen Students Who Occupied the Reading Room of Penn's Student Union Houston Hall Received No Discipline:** Sixteen students received no discipline for participating the multi-day occupation of the reading room of Houston Hall, for which they were cited in December 2023.[331] Despite being repeatedly informed that their presence violated building policies and prevented other students from using the space, the students later received letters informing them that the Vice Provost of University Life had "withdrawn the referral" from initial charge letters and that Penn would "not be proceeding with an investigation or further disciplinary proceedings in this matter."[332]

---

[326] *Id.*

[327] Ethan Young, *Police make 19 arrests after attempted takeover of Fisher-Bennett Hall, prompting protests around Penn campus*, The Daily Pennsylvania, May 18, 2024, https://www.thedp.com/article/2024/05/penn-protesters-arrested-fisher-bennett-occupation.

[328] Penn Disciplinary Chart (amended), *supra* note 304.

[329] E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (July 26, 2024) (on file with Comm.); E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (July 26, 2024) (on file with Comm.).

[330] Penn Against the Occupation (@up.against.the.occupation), INSTAGRAM (May 17, 2024), https://www.instagram.com/p/C7FwVSuLFNc/.

[331] Penn Disciplinary Chart (amended), *supra* note 304.; E-mail from Ctr. For Comm. Standards and Accountability, Univ. of Penn., to Student (Dec 18, 2023) (on file with Comm.).

[332] Penn Disciplinary Chart (amended), *supra* note 304.; E-mail from Senior Jud. Case Manager, Univ. of Penn., to Student (Dec. 21, 2023) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

*University of California, Los Angeles*

The University of California, Los Angeles (UCLA) has also failed to issue any suspensions or probations against students for conduct related to antisemitic protests, disruptions, and harassment, despite the fact that UCLA was the site of flagrant harassment, discrimination, and civil rights violations against Jewish students.[333] Of the 96 students arrested at the encampment, 92 signed resolution agreements that let them off the hook without consequence.[334] UCLA still has 50 ongoing disciplinary cases against students for other incidents unrelated to the encampment.[335]

Several notable incidents and UCLA's disciplinary responses to them are detailed below:

- **No Consequences for the UCLA Encampment:** Of the 96 UCLA students arrested on May 2, 2024, following their refusal to leave the school's unlawful encampment, 92 signed an agreement with the Office of Student Conduct that allowed them to evade discipline in return for stating they would refrain from future violations of the Student Conduct Code.[336] Of the four students did not sign the agreement, three of them are listed as "graduation hold in place," while one remains enrolled at UCLA.[337]

- **No Discipline For UCLA Students Who Blocked Jews From Sections of Campus:** No UCLA students were disciplined for blocking Jewish students from accessing public areas of UCLA's campus during the encampment despite overwhelming coverage of the issue, which prompted a court judgment against UCLA for failing to protect Jewish students' rights.[338] UCLA has failed to identify any of those responsible for the blocking Jewish students from accessing these areas.[339]

- **Disciplinary Cases Pending for Attempted Moore Hall Occupation:** 26 UCLA students have been sent student conduct notices but have not yet faced consequences for an incident from May 6, 2024, in which they were arrested after gathering in a parking structure to allegedly "assist, facilitate, or participate in the planning of breaking into Moore Hall, [home to UCLA's School of Education], with the intention to occupy and vandalize that location, with items (e.g. bolt cutters, padlocks, epoxy adhesive, super glue, heavy duty chains, and metal poles) intended for that purpose."[340]

- **Disciplinary Cases Pending for June 2024 Encampment:** 15 students are currently facing disciplinary cases following arrest after they erected an unauthorized "protest camp" in a courtyard between Dodd Hall and the UCLA School of Law on June 10, 2024. [341] In a

---

[333] Disciplinary Chart, Univ. of Cal. Los Angeles (Oct. 8, 2024) (on file with Comm.).

[334] *Id.*

[335] *Id.*

[336] *Id.*; Office of Student Conduct Agreement of Resolution, Univ. of Cal. Los Angeles (Jul. 22, 2024) (on file with Comm.).

[337] UCLA Disciplinary Chart, *supra* note 333.

[338] *Id.*; Associated Press, *UCLA can't allow protestors to block Jewish students from campus, judge rules*, CNN, Aug. 14, 2024, https://www.cnn.com/2024/08/14/us/ucla-campus-protests-court-ruling/index.html.

[339] UCLA Disciplinary Chart, *supra* note 333.

[340] *Id.*

[341] Tristan Maglunog & Kevin Shalvey, *About 25 arrested at UCLA as group attempts to set up protest camp, university police say*, ABC News, June 11, 2024, https://abcnews.go.com/US/25-arrested-ucla-group-attempts-set-protest-camp/story?id=111008556.

THIRD RASSBACH DECLARATION EXHIBIT 3

community message the day after the incident, UCLA officials noted the individuals who established this "protest camp" had carried shields, vandalized property, and assaulted "safety personnel and law enforcement, resulting in at least six injuries."[342]

### Harvard University

Harvard has failed to suspend a single student for conduct violations related to numerous antisemitic incidents including an unlawful encampment, the occupation of a campus building, and the interruption of classes with bullhorns.[343] This shameful record makes clear that the Harvard Corporation's December 2023 pronouncement that Harvard's leaders "are united in our strong belief that calls for violence against our students and disruptions of the classroom experience will not be tolerated" did not come close to being fulfilled.[344] Several notable incidents and Harvard's disciplinary responses to them are detailed below:

- **Harvard Encampment Participants Received Minimal Discipline:** Of 68 students against whom Harvard brought disciplinary cases related to the April 24 – May 14, 2024, Harvard encampment, none received non-rescinded suspensions, 53 received disciplinary probations (of which 35 were later significantly shortened), eight received no sanctions, three received warnings, two were found not responsible, one was admonished, and one is on leave.[345] The failure to discipline these students came despite Harvard's then-Interim President Alan Garber conceding the encampment "disrupted [Harvard's] educational activities and operations," warning the unlawful encampment created "safety concerns" that required limiting access to Harvard Yard, and noting that encampment participants and supporters were reported to have "intimidated and harassed other members of [the Harvard] community."[346]

  - **Harvard College Weakened Students' Sanctions:** Harvard College's Administrative Board, which oversees student academic regulations and social conduct standards, downgraded the sanctions of 35 students it initially voted to place on disciplinary probation from a period of six months or longer to periods of less than two months.[347] This downgrade meant that none of these students who had been slated to face significant probationary periods remained on probation at the start of the fall 2024 semester. Additionally, every Harvard College student who appealed their encampment-related disciplinary sanctions had their sanctions downgraded.

    In letters notifying these students of their reduced sanctions, the Harvard College

---

[342] Press Release, Univ. of Cal. Los Angeles, Condemning Monday's violence on campus (June 11, 2024), https://newsroom.ucla.edu/condemning-mondays-violence-on-campus.

[343] Harvard University Disciplinary Chart, H. Comm. on Ed. and the Workforce (Sept. 26, 2024), https://edworkforce.house.gov/uploadedfiles/harvard_disciplinary_charts_clean_mb_redacted_redacted.pdf.

[344] Press Release, The Fellows of Harvard College, Statement from the Harvard Corporation: Our President (Dec. 12, 2023), https://www.harvard.edu/2023/12/12/statement-from-the-harvard-corporation-our-president/.

[345] Harvard Disciplinary Chart, *supra* note 343.

[346] Press Release, Harvard Univ., Encampment in Harvard Yard (May 6, 2024), https://www.harvard.edu/president/news/2024/encampment-in-harvard-yard/.

[347] Harvard Disciplinary Chart, *supra* note 343; Harvard Coll. Admin. Board Judgement of Disciplinary Sanction, Harvard Univ. (July 9, 2024) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

Administrative Board noted that it had not found the appeals to meet the "criteria" for reconsideration and only elected to do so after receiving "additional guidance…to consider regarding the imposition of sanctions" from the Harvard Faculty Council of the Faculty of Arts and Sciences (FAS).[348]

Harvard College's Administrative Board had initially voted to suspend five students for a year or more for encampment-related conduct violations, but then downgraded their sanctions to probation lasting no more than a semester.[349] These students, who the Board itself characterized as having committed significant violations, faced no accountability for their actions.[350]

A student who participated in the encampment and raised a Palestinian flag over University Hall was initially informed he would receive a three-semester suspension.[351] This punishment was appropriate to the offense. However, it was downgraded by the Administrative Board to probation until December 20, 2024.[352] Four other students who participated in the encampment were initially told they would be required to withdraw for two terms, but each of these suspensions was downgraded to the dramatically weaker penalty of probations ending on October 21, 2024.[353]

The students' suspensions were downgraded to mere probations despite disciplinary findings that the students' conduct was "particularly serious" given their respective past disciplinary records.[354] An Administrative Board Subcommittee appointed to investigate each incident under Harvard's disciplinary processes concluded in each case "that, given [the student's] past disciplinary record at Harvard College, the Student Handbook violations are especially serious."[355] Disciplinary documents produced to the Committee indicate that at least three of the five students also participated in the November 2023 occupation of University Hall but faced no consequences for their illegal acts then.[356]

---

[348] *Id*.

[349] *Id*.

[350] Harvard Coll. Admin. Board Judgement of 2-Term Student Withdrawal, Harvard Univ. (May 20, 2024) (on file with Comm.).

[351] Harvard Disciplinary Chart, *supra* note 343; Harvard Coll. Admin. Board Judgement of 3-Term Student Withdrawal, Harvard Univ. (May 20, 2024) (on file with Comm.).

[352] Harvard Coll. Admin. Board Judgement of 3-Term Student Withdrawal, Harvard Univ. (May 20, 2024) (on file with Comm.).

[353] Harvard Coll. Admin. Board Denial for Reconsideration of Sanctions, Harvard Univ. (July 9, 2024) (on file with Comm.).

[354] Harvard College Administrative Board Subcommittee Report, Harvard Univ. (May. 16, 2024) (on file with Comm.).

[355] *Id*.

[356] Harvard Coll. Admin. Board Judgement of 2-Term Student Withdrawal, Harvard Univ. (May 20, 2024) (on file with Comm.); Harvard College Administrative Board Subcommittee Report, Harvard Univ. (Feb. 16, 2024) (on file with Comm.).

70

- **The Harvard Graduate School of Education Refused to Impose Any Discipline on Encampment Participants:** The Harvard Graduate School of Education (HGSE) Committee on Rights and Responsibilities (CRR) found that five HGSE students violated University policies through their active participation in the encampment, but HGSE failed to impose any disciplinary sanctions upon these students.[357] Instead, the CRR disregarded the violations and instead opted to "affirm the importance of [these students'] participation in civic activities and encourage[d] [them] to continue engaging in meaningful discourse."[358] CRR wrote that its decision to waive any discipline whatsoever was "compelled" by "descriptions" of "the peaceable and orderly nature of the encampment."[359] This false narrative was contradicted by President Garber's statement on the disruptive nature of the encampment and the risks it posed to Harvard, as well as by clear documentary evidence of substantial disruptions of University life and harassment of students and faculty by members of the encampment.[360]

- **Nine Harvard Students Who Occupied University Hall Received No Formal Discipline:** The nine Harvard students who occupied University Hall from November 16 to 17, 2023 received no formal disciplinary consequences at all. Instead, the students received informal "admonishments," which are "not considered a formal disciplinary action."[361]

  The students were reported to have "disrupted normal business operations by making loud noises and chanting, with the goal of occupying the building.[362] Also, it is reported that access to hallways, conference rooms, kitchens, and bathrooms were blocked and building windows were tampered with.[363] Finally, it is reported that because of the occupation, the building was put on lockdown, university-wide events in the building were canceled, and Harvard Yard was closed to the public.[364]

- **No Discipline for Five Harvard Students Who Interrupted Classes with Bullhorns and Antisemitic Chants:** Five Harvard students who interrupted classes with bullhorns and antisemitic chants including "from the river to the sea" and "globalize the intifada" on November 29, 2023, received no formal disciplinary consequences and were instead only given informal admonishments.[365]

---

[357] Harvard Graduate Sch. Ed. Comm. on Rts. and Responsibilities Comm. Findings, Harvard Univ. (May 13, 2024) (on file with Comm.).
[358] *Id*.
[359] *Id*.
[360] Encampment in Harvard Yard, *supra* note 346.
[361] Harvard Disciplinary Chart, *supra* note 333; Student Handbook 2024 – 2025, Harvard Univ. (2024), https://handbook.college harvard.edu/sites/projects.iq harvard.edu/files/collegehandbook/files/harvard_college_stud ent_handbook.pdf.
[362] Harvard College Administrative Board Subcommittee Report, Harvard Univ. (Feb. 16, 2024) (on file with Comm.).
[363] *Id*.
[364] *Id*.
[365] Harvard Disciplinary Chart, *supra* note 333; Harvard College Administrative Board Subcommittee Report, Harvard Univ. (Feb. 16, 2024) (on file with Comm.).

Notably, two of these students were repeat offenders who had also taken part in the occupation of University Hall just weeks before. Yet they still faced no accountability for their continued violation of University policies.[366]

- **Harvard Reinstated its Palestine Solidarity Committee Despite its Role in the Unlawful Encampment:** On September 10, 2024, the Harvard Crimson reported that Harvard had lifted the April 22, 2024, suspension of the Harvard Undergraduate Palestine Solidarity Committee (PSC), once again making PSC a recognized student group eligible for University funding and resources.[367]

  This reversal came despite the prominent role PSC and its membership played in organizing in the unlawful Harvard encampment under the auspices of the unrecognized umbrella group Harvard Out of Occupied Palestine (HOOP).[368] The *Harvard Crimson* noted that, "though the PSC was not formally listed as part of the groups that organized the encampment, it shares a significant number of its members with HOOP, which took on the mantle of pro-Palestine activism at Harvard last semester. The PSC and HOOP continue to frequently coordinate their social media posts on Instagram."[369]

### *Rutgers University*

Since October 7, 2023, Rutgers only suspended three students, issued probation to four students, and issued two reprimands. Notably, no students received individual discipline for their involvement in either of the Rutgers encampments.[370] However, Rutgers wrongfully took disciplinary action against Jewish students who spoke out about antisemitism that they experienced at the University.[371] Particularly notable incidents and Rutgers' disciplinary responses, or lack thereof, are detailed below.

- **Rutgers Failed to Impose Any Discipline Upon Students Involved in the New Brunswick and Newark Encampments:** There were no disciplinary consequences for students involved in encampments at two of the Rutgers campuses.[372]

  The failure to impose discipline resulted from the capitulation made by Rutgers' leadership to the encampment's ringleaders. The lack of disciplinary action came despite threats to

---

[366] Harvard Disciplinary Chart, *supra* note 333.
[367] Michelle N. Amponsah et al., *Harvard Reverses Decision to Suspend 5 Pro-Palestine Protesters Following Faculty Council Appeal*, THE HARVARD CRIMSON (Jul. 10, 2024), https://www.thecrimson.com/article/2024/7/10/harvard-reverses-encampment-suspensions/.
[368] Michelle N. Amponsah et al., *Harvard Reverses Palestine Solidarity Committee Suspension After 5 Months*, THE HARVARD CRIMSON (Sept. 10, 2024), https://www.thecrimson.com/article/2024/9/10/harvard-psc-suspension-reversed/.
[369] *Id*.
[370] Disciplinary chart (amended), Rutgers Univ. (Sept. 20, 2024) (on file with Comm.).
[371] *Id*. (student 88); Ackerman v. Rutgers, No. ESX-L-000009-24 (N.J. Super. Ct. Law Div., Essex Cnty., filed Jan. 2, 2024).
[372] Rutgers Disciplinary Chart (amended), *supra* note 370.

72

THIRD RASSBACH DECLARATION EXHIBIT 3
188

disrupt final exams by encampment members on the morning of May 2, 2024, in addition to other successful disruptions and troubling incidents at the encampment. [373]

Rutgers Students for Justice in Palestine (SJP) threatened and planned a mass disruption of finals for the morning of May 2, 2024, resulting in more than 28 exams being postponed, affecting more than 1,000 students.[374] Soon after, Rutgers leadership announced it had reached an agreement in response to demands laid out by the encampment protesters.[375] In the agreement, Rutgers capitulated to various demands made by the protesters including leniency for students, faculty, and staff who were "involved in the encampment or related activity."[376]

Although Rutgers maintained that "individual students who have been involved in any activities related to the encampment or support of the encampment, including presence in the encampment area, remain subject to the procedures of the Code of Student Conduct as communicated by the Office of Student Conduct," no members of the encampment faced accountability for its serious disruption of academic life.[377]

- **Student Who Encouraged Murder of an Israeli Student Allowed to Remain on Campus:** On October 12, 2023, merely days after the October 7 terror attacks, a student posted on the social media platform YikYak, "Palestinian protesters there is an Israeli at AEPI go kill him." This student received only a one semester suspension for encouraging violence against a fellow student.[378] Even more concerningly, the offending student was allowed to remain on campus under disciplinary probation for the remainder of the Fall 2023 semester and was only suspended for the Spring 2024 semester.[379]

- **One Student Reprimanded for Mass Disruption of Town Hall:** Rutgers failed to administer any meaningful discipline for individual student conduct violations at the mass disruption of a Town Hall meeting held by Rutgers leadership on April 4, 2024, issuing only a single reprimand to a student for the incident.[380] Notably, the student who received a reprimand was alleged to have led the protest and was found responsible for three conduct violations, including safety violations for failing to comply with university officials and police, disruptive acts, and disorderly conduct.[381]

During and after the Town Hall, student protesters shouted antisemitic comments at Jewish students, including "Globalize the Intifada," "There is only one solution, intifada

---

[373] Jeff Goldman, *Rutgers postpones morning finals due to pro-Palestinian protests, encampment*, NJ.COM (May 2, 2024), https://www.nj.com/education/2024/05/rutgers-postpones-morning-finals-due-to-pro-palestinian-protests-encampment.html.
[374] Press Release, Rutgers New Brunswick Office of the Chancellor, Regarding the Protest on Voorhees Mall (May 2, 2024), https://newbrunswick.rutgers.edu/chancellor/communications/protest-voorhees-mall.
[375] *Agreement between Rutgers University and the Voorhees Mall Encampment* (May 7, 2024), https://newbrunswick.rutgers.edu/sites/default/files/2024-05/AGREEMENT_05072024.pdf.
[376] *Id*.
[377] *Id*.
[378] Rutgers Disciplinary Chart (amended), *supra* note 370 (student 8).
[379] *Id*.
[380] Rutgers Disciplinary Chart (amended), *supra* note 370 (student 72).
[381] *Id*.

THIRD RASSBACH DECLARATION EXHIBIT 3

revolution," and chanted "Settlers, settlers, go back home, Palestine is ours alone."[382] The scale of disruption forced the event to conclude prematurely with Rutgers President Jonathan Holloway leaving with a police escort. Following Holloway's departure, Jewish students were escorted by police out the back of the building.[383]

- **Lecture Disruption Prompts Three Probations:** Three students received six-month probations for their involvement in a November 29, 2023, incident in which they disrupted a lecture given by Dr. Bruce Hoffman, a terrorism expert from Georgetown University. The disruption, organized by Rutgers SJP, included a group of "roughly a dozen" students who accosted Hoffman and called for the destruction of Israel "from the river to the sea."[384] Rutgers found the three students responsible for "intentionally or recklessly interfering with any University activity," "disrupting/obstructing academic/administrative/University business," and "disorderly conduct."[385]

### Rutgers Disciplined Jewish Students For Speaking Out About Antisemitism While Letting Antisemitic Conduct Violators Off The Hook

Alarmingly, several Jewish students were punished by Rutgers for raising the alarm about antisemitism they experienced. This stands as a marked contrast from Rutgers' lax handling of antisemitic misconduct.

- **Jewish Student Sanctioned For Posting About an Antisemitic Presentation:** In one concerning case, Rutgers sanctioned a Jewish student who posted online about a classroom experience in which one of her classmates gave an antisemitic presentation in which Israel was compared to Nazi Germany, inappropriately featured images of Holocaust victims, and ridiculed Jewish students in the class for participating in Birthright Israel.[386]

  After the Jewish student shared her experience online and submitted a bias report against the student who gave the presentation, Rutgers administrators instead opened a conduct investigation into the Jewish student. Administrators charged the Jewish student with multiple conduct violations, shown below:

---

[382] Michael Starr, *'Globalize the Intifada:' Rutgers president, Jewish students flee meeting*, THE JERUSALEM POST (Apr. 8, 2024 21:27 PM), https://www.jpost.com/diaspora/antisemitism/article-795989.

[383] Zach Kessel, *Rutgers Police Escort Jewish Students Out of Town Hall after Pro-Palestinian Protesters Call for 'Intifada'*, NATIONAL REVIEW (Apr. 5, 2024 3:27 PM), https://www.nationalreview.com/news/rutgers-police-escort-jewish-students-out-of-town-hall-after-pro-palestinian-protesters-call-for-intifada/.

[384] Harry Glazer, *Terrorism Expert Looks at Impact of Oct. 7 Attacks*, JEWISH LINK (Dec. 7, 2023), https://jewishlink.news/terrorism-expert-looks-at-impact-of-oct-7-attacks/.

[385] Rutgers Disciplinary Chart (amended), *supra* note 370.

[386] Bias Incident Report Form, Rutgers Univ. (Apr. 15, 2024 6:30 PM) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

• D2: Acts of dishonesty: Intentionally furnishing false information to the University. -- **Not responsible**

• D3: Acts of dishonesty: Intentionally furnishing false information to persons outside the University concerning the student's academic record, degree, or activities. -- **Responsible**

• H3: Bullying, intimidation, and harassment: Threatening to reveal or releasing personal information or media about a person electronically or through other means of communication. In order to constitute bullying, intimidation, and/or harassment, a person's behavior must be sufficiently severe, pervasive, or persistent as to substantially disrupt or interfere with the orderly operation of the institution or the rights of a student to participate in or benefit from the educational program. -- **Responsible**

• R: Undisclosed recording: Recording, live streaming, or transmitting images, audio, or video of private, nonpublic conversations and/or meetings on University premises without the knowledge and consent of all participants. This may include recording instructors without consent. Students must consult with instructors for guidance on their recording policies. This provision does not extend to the recording of public events or discussions, to recordings made for law enforcement purposes, or to any registered disability accommodation. -- **Responsible**

• J: Defamation: Creating a false statement about a University community member and communicating that false statement to a third party, which then exposes that community member to hatred, contempt, ridicule, loss of good will, or loss of reputation as a result of the false statement. -- **Responsible** [387]

Documents obtained by the Committee expose the investigation as a biased effort by Rutgers administrators to punish the Jewish student for sharing her experience with antisemitism at Rutgers. Notably, the initial report submitted by the Jewish student was used as the foundation upon which Rutgers levied the case against the Jewish student.[388]

Administrators justified their "findings" that the Jewish student engaged in "acts of dishonesty" and "defamation" under the pretense that the student had lied about her cell phone being "taken" by the classmate giving the antisemitic presentation. In fact, the Jewish student was coerced to hand her phone to the classmate.[389] The administrators used the student's explanation that she handed over the device out of fear to justify this perverse finding.[390] These examples also reveal the shaky basis upon which the administrators crafted their rationale for finding the Jewish student responsible for creating a false statement:

During the Administrative Conference (AC), you spoke about what you experienced during one of your class sessions. You stated that a student was setting up to make a presentation as required by the syllabus. You stated that part of the presentation's goal was to be unbiased. While the student was making her presentation, which you indicated was antisemitic, you admitted to using your cell phone to record the student, without her consent. You stated the video recording was about 6 seconds long but you deleted the video. A classmate witnessed you pointing your cell phone at the presenter and asked why you was recording. You stated that other classmates started to approach you in an aggressive manner requesting to see your cell phone. You felt threatened from the aggressiveness of your classmates which cause it to be a hostile environment, so you complied with their request and allowed your cell phone to be examined for any recording(s) or photo(s). No videos nor photos were found in your cell phone. You obtained your cell phone and existed the classroom. You stated that you decided to share what you experienced on social media with the intention of having people knowing what you experienced at Rutgers [391]

---

[387] Office of Student Conduct Judgement of Responsibility for Violating University Policy, Rutgers Univ. (May 30, 2024) (on file with Comm.).

[388] Student Conduct Case Student 88, Rutgers Univ. (Apr. 15, 2024) (on file with Comm.).

[389] Rutgers Disciplinary Chart (amended), *supra* note 370 (student 88).

[390] *Id*.

[391] Office of Student Conduct Judgement of Responsibility for Violating University Policy, Rutgers Univ. (May 30, 2024) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3
191

Reviewing what you wrote on social media, you wrote the following: "She also demanded to have my phone and took my phone in class and looked through my camera rolls as well as my recently deleted and accused me of filming the presentation." At the Administrative Conference you admitted to providing your cell phone after it was requested aggressively and you also admitted to filming the presenter in class. Your admission to giving your cell phone was a contradiction to what you shared on the social media platform. Your admission does not contradict your entire experience but your admission and the information obtained does meet the standard of proof and I find you responsible for 4 of the above-mentioned charges.[392]

- J - Creating a false statement about a University community member & communicating that false statement to a third party, which then exposes that community member to hatred, contempt, ridicule as a result of the false statement (you shared your experience to social media platform and stated your cell phone was taken but admitted at the AC you provided your cell phone – one of the threats was the student should have a broken wrist for taking your cell phone).[393]

Ultimately, the Jewish student was sanctioned with a full year of disciplinary probation for actions the administrators characterized as "so serious that they could result in a suspension."[394] Meanwhile, the student who gave the antisemitic presentation faced no consequences.[395]

- **Rutgers Law School Baselessly Opened a Disciplinary Inquisition of a Jewish Law Student Because He Spread Concerns About Antisemitic Students' Pro-Hamas Rhetoric, Prompting Him to Transfer:** In another disturbing case, Rutgers Law School administrators opened disciplinary proceedings against a Jewish law student for sharing antisemitic, pro-Hamas messages from peers with other Jewish students at the school.

When Orthodox Jewish law student Yoel Ackerman pushed back against antisemitic, pro-Hamas messages in the Rutgers Law School Student Bar Association group chat, he was subjected to antisemitic harassment.[396] He was told that the well-documented rapes and murders committed by Hamas on October 7, 2023, were "lies" fabricated by Jews engaging in "atrocity propaganda."[397] Ackerman faced further harassment and was brought before Rutgers Law School's Student Bar Association (SBA), where he was publicly humiliated for being a "Zionist" and was forced to apologize for speaking out against antisemitism.[398] This sham impeachment trial led to the brief suspension of the SBA, though it was quickly reinstated without consequence.[399]

When Ackerman shared those messages with members of the Jewish Law Students Association (JLSA) to assist in documenting instances of antisemitism on campus, Rutgers Law School administrators, including Assistant Dean Katherine Perez, Assistant Vice Chancellor Erica D. Williams, and Associate Dean Sarah Regina, opened disciplinary

---

[392] *Id.*
[393] Office of Student Conduct Judgement of Responsibility for Violating University Policy, Rutgers Univ. (May 30, 2024) (on file with Comm.).
[394] *Id.*
[395] Rutgers Disciplinary Chart (amended), *supra* note 370.
[396] Ackerman Complaint, *supra* note 371.
[397] *Id.*, at 2.
[398] Jon Levine, *Rutgers University briefly suspends Student Bar Association after attempting to impeach Jewish member*, N.Y. POST (Nov. 18, 2023), https://nypost.com/2023/11/18/news/rutgers-briefly-suspends-student-bar-association-after-attempting-to-impeach-jewish-member/.
[399] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

proceedings against him – falsely accusing him of "defamation" of his antisemitic classmates.[400] Internally, Rutgers administrators referred to him as a "Jewish law student" who "doxxed" his antisemitic classmates by informing other students of the content of their messages.[401]

While law students who participated in the unlawful Rutgers-Newark encampment faced no consequences for repeated disruptions of classes and open antisemitic harassment, Rutgers Law School administrators remained focused on pursuing Mr. Ackerman for their false allegations of "defamation."[402] The intensity with which Rutgers Law School persecuted Mr. Ackerman for quietly speaking out against antisemitism forced him to transfer to a new school – and Rutgers still announced new sanctions against him, were he to ever return to campus.[403]

### Northwestern University

Since October 7, 2023, Northwestern has failed to suspend any students, has issued disciplinary probation to only seven students, and has issued only one warning to one student.[404] Concerningly, no Northwestern students have faced disciplinary action for conduct related to the unlawful encampment which served as a hotbed of antisemitic harassment and intimidation at the University.[405] Several notable incidents and Northwestern's disciplinary responses are detailed below:

- **Zero Disciplinary Actions for Conduct Related to the Northwestern Encampment:** No students have faced any disciplinary actions in relation to the "Northwestern Liberated Zone" encampment. This comes despite notable incidents of antisemitic misconduct at the encampment, including a Jewish Northwestern student photojournalist being approached by a masked student, who held up a megaphone and identified the Jewish student by name and physical description to hundreds of encampment members. The crowd then surrounded the student, shouting, "Shame! Shame! Shame!"[406]

- In another incident, a Jewish Northwestern student recording the encampment was assaulted by an encampment member.[407] Jewish students reported that they were told to "go back to Germany and get gassed" and were spat at while walking past the encampment.[408] It is remarkable that despite repeated violations of University policy and the law at the encampment, no students received discipline.

---

[400] Ackerman Complaint, *supra* note 371.

[401] *Id*.

[402] *Id*.

[403] Debra Rubin, *Targeted Orthodox Student to Transfer From Rutgers Law School*, JEWISH LINK (July 1, 2024), https://jewishlink.news/targeted-orthodox-student-to-transfer-from-rutgers-law-school.

[404] Northwestern Disciplinary Chart (amended), Nw. Univ. (Oct. 14, 2024) (on file with Comm.).

[405] *Id*.

[406] Office of Civil Rights Case File, Nw. U. (Apr. 27, 2024) (on file with Comm.).

[407] Logan Schiciano (@loganschiciano), TWITTER (Apr. 25, 2024, 2:50 PM), https://twitter.com/LoganSchiciano/status/1783569410248020251.

[408] Alana Goodman, *Northwestern Jewish Students Recount 'Scary and Shocking' Campus Anti-Semitism in Meetings with Lawmakers,* THE WASH. FREE BEACON (May 2, 2024), https://freebeacon.com/campus/northwestern-

- **Five Northwestern Students Who Tampered With the Student Newspaper to Circulate Antisemitic Propaganda Received Probation:** Five students were placed on disciplinary probation for producing hundreds of fake copies of the student newspaper, The Daily Northwestern, and distributing them in buildings and classrooms across campus on October 25, 2023.[409] The fake newspaper mocked the Americans and Israelis taken hostage by Hamas by comparing them to plastic containers and featured a fake advertisement for Birthright Israel with photos of Jews under the words, "One man's home is another man's former home!"[410] The students were initially criminally charged for theft of advertising services, but the charges were dropped following pressure on the newspaper's publishing entity.[411]

  Northwestern released a statement on the day of the incident acknowledging that "the fake newspaper included images and language about Israel that many in our community found offensive."[412]

  An external review conducted for the University included interviews revealing antisemitic attitudes held by the offending students, who showed no remorse for their actions.[413] In an interview, one of the offending students acknowledged that the article compared hostages held by Hamas to plastic to-go containers from a cafeteria on campus.[414] Another one of the students claimed that "there's no way that you can make a critique of the country that brands itself as the premier state for Jewish people without somebody being able to somehow claim that you're targeting Jewish people" and that Jewish support for Israel has "no religious foundation."[415] Another offending student referred to Birthright trips taken by Jewish students as "the most common way for Northwestern students to be directly complicit" in "Palestinian land…being taken."[416]

---

jewish-students-recount-scary-and-shocking-campus-anti-semitism-in-meetings-with-lawmakers/; E-mail from The Coalition Against Antisemitism at Northwestern to National Jewish Organization and Jewish student (May 2, 2024 7:17 PM).

[409] Zach Kessel (@zach_kessel), TWITTER (Oct. 25, 2023, 11:07 AM), https://x.com/zach_kessel/status/1717196081669283961.

[410] Jack Wendler, *Imitated front pages of The Daily Northwestern circulated across NU's campus*, THE DAILY NW. (Oct. 26, 2023), https://dailynorthwestern.com/2023/10/26/campus/imitated-front-pages-of-the-daily-northwestern-circulated-across-nus-campus/.

[411] Samantha Powers and Jacob Wendler, *Cook County State's Attorney's Office drops charges against two students for alleged tampering with The Daily*, THE DAILY NW. (Feb. 7, 2024), https://dailynorthwestern.com/2024/02/07/campus/cook-county-states-attorneys-office-drops-charges-against-two-students-for-alleged-tampering-with-the-daily

[412] Statement on fake copies of The Daily Northwestern, Nw. Univ. (Oct. 25, 2023), https://www.northwestern.edu/leadership-notes/statements/2023/statement-on-fake-copies-of-the-daily-northwestern.html.

[413] Memorandum from Outside Counsel to Northwestern Civil Rights Counsel on the Distribution of Unauthorized Newspapers on Campus, Nw. Univ (June 6, 2024) (on file with Comm.); Northwestern Disciplinary Chart, *supra* note 404.

[414] *Id*.

[415] *Id*.

[416] *Id*.

THIRD RASSBACH DECLARATION EXHIBIT 3

- **A Northwestern Student Received Only a Warning After Posting A Violent Threat Against Zionists On Social Media:** A Northwestern student received only a warning for a social media post vowing to "start punching zionists in the head."[417] Northwestern found the student responsible for "endangering self or others," which is defined as "any action (or threat of action) that endangers or threatens to endanger the health, safety, or well-being of any person (including oneself)."[418]

### University of California, Berkeley

Since October 7, 2023, the University of California, Berkeley (Berkeley) has imposed almost no discipline for antisemitic conduct violations. Despite an unlawful encampment, student riot, building occupation, and the obstruction of a major campus gate, Berkeley has issued no suspensions, placed only one student on disciplinary probation, and has only two ongoing disciplinary cases.[419] This pathetic record stands out for its weakness even in comparison to the deficiency of other institutions. Several notable incidents and Berkeley's inadequate disciplinary responses are further detailed below:

- **Berkeley Failed to Discipline a Single Student for its Encampment:** Berkeley has yet to discipline a single student for involvement with or conduct related to the unauthorized antisemitic encampment in front of Sproul Hall, despite the unlawful antisemitic encampment persisting for several weeks and featuring incidents of harassment as well as an assault on a Jewish law student, who was punched in the face.[420]

- **No Discipline for Anti-Israel Student Riot:** No students faced accountability for a February 26, 2024, riot in which students broke into Berkeley's Zellerbach Playhouse to disrupt an event featuring an Israeli speaker, ultimately forcing students and guests to be evacuated from the building under a police escort. [421]

  Approximately 200 protesters surrounded the building, chanting "Intifada" and "You can't run! You can't hide! We charge you with genocide!" as they began banging on the building's windows and doors.[422] Students attempting to attend the event were harassed and assaulted by the protesters, with one student being grabbed by the neck while another student was spat on.[423] As the riot continued, protesters shattered windows and broke open an entrance to the building. [424]

---

[417] Office of Community Standards Judgement of Violating University Policy, Nw. Univ. (Feb. 29, 2024) (on file with Comm.) (regarding student who posted "I'm going [to] start punching Zionists in the head").

[418] *Id.*

[419] Berkeley Disciplinary Chart (amended), Univ. of Cal. Berkeley. (Oct. 8, 2024) (on file with Comm.).

[420] *Id.*

[421] Israel War Room (@israelwarroom), INSTAGRAM (Feb. 27, 2024), https://www.instagram.com/p/C33ITpOr16N/.

[422] Emma Goss et al., *'I'm screaming for help': Jewish students face violence at UC Berkeley Israel talk*, THE JEWISH NEWS OF N. CALI. (Feb 27, 2024), https://jweekly.com/2024/02/27/im-screaming-for-help-jewish-students-face-violence-at-uc-berkeley-israel-talk/.

[423] Israel War Room, *supra* note 421.

[424] Maya Mirsky, *UC Berkeley police begin criminal probe of anti-Israel protest that turned violent*, THE JEWISH NEWS OF N. CALI. (Feb. 28, 2024), https://jweekly.com/2024/02/28/uc-berkeley-police-begin-criminal-probe-of-anti-israel-protest-that-turned-violent/.

THIRD RASSBACH DECLARATION EXHIBIT 3

After this violent riot, Berkeley Chancellor Carol Christ and Executive Vice Chancellor and Provost Ben Hermalin publicly acknowledged reports that Jewish students were subjected to "overtly antisemitic expression" including "allegations of physical battery, as hate crimes" and declared their intention to "hold accountable individuals or groups responsible for violations of the law and/or our policies." Despite these assurances, as of October 8, 2024, Berkeley failed to discipline any students for the incident, and Bears for Palestine (BFP), the student group that organized and promoted the riot, only received a letter warning that "similar behavior could result in disciplinary action."[425]

- **Little Consequence for Berkeley Students Involved in Occupying Campus Building:** In a May 15, 2024, incident in which a group of approximately 30 people broke into and occupied the school's vacant Anna Head Building, only three Berkeley students were mildly disciplined: one was placed on disciplinary probation and has now graduated, and two others have ongoing disciplinary cases and remain enrolled.[426]

  In this incident, the group of occupiers breached the fence surrounding the building, broke into the building, tore away plywood sealing the building, broke multiple windows, and graffitied the interior and exterior of the building.[427] The group also set up tents outside of the building.[428] The following day, police officers commanded those in the building to exit, to which the group allegedly replied, "fuck the pigs," "fuck 12," and "get the fuck out of here."[429] Two of the individuals in the group allegedly swung tools at the officers when they advanced on the building.[430]

- **No Discipline For Students Who Blocked Sather Gate:** No students faced disciplinary cases for blocking Sather Gate in an anti-Israel protest, despite multiple reports of Jewish students facing harassment from protestors, including an incident in which a student had an Israeli flag snatched off the student's body.[431] In another incident, protesters graffitied "Long Live Hamas" beside the gate.[432]

---

[425] Berkeley Disciplinary Chart, *supra* note 419.
[426] *Id.*
[427] *Id.*
[428] *Id.*
[429] *Id.*

[430] *Id.*
[431] *Id.*
[432] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

### *Massachusetts Institute of Technology*

Since October 7, 2023, the Massachusetts Institute of Technology (MIT) has not suspended a single student. It placed only 29 twenty-nine students on disciplinary probation, and it issued warnings to only 18 eighteen students for antisemitic conduct violations, with three students still facing pending disciplinary cases.[433] Several notable incidents and MIT's disciplinary responses, are detailed below:

- **No Suspensions For Students Involved in MIT's Encampment:** The MIT encampment was established on April 21, 2024 and remained in place until police cleared it on the morning of May 10, 2024, after the Institute's President Sally Kornbluth had stated several days earlier that the encampment was "no longer safely sustainable."[434] Of 27 students MIT referred for discipline, none were suspended, 24 received disciplinary probation, one received a written warning, and two have pending disciplinary cases.[435]

- **11/2/2023 MISTI Office Protest:** On November 2, 2023, anti-Israel activists entered the MIT International Science and Technology Initiatives (MISTI) office to protest the MISTI-Israel program, harassing staff and using a megaphone to chant antisemitic slogans, such as "From the River to the Sea."[436] Six students faced disciplinary proceedings for their involvement in the protest, with three receiving probation and three receiving written warnings. An additional student has a pending disciplinary case in the matter while on leave.[437]

### *Barnard College*

Since October 7, 2023, Barnard has suspended only five students, issued disciplinary probation to 16 students, and issued probation to 50 students.[438] Several notable incidents and Barnard's disciplinary responses are detailed below:

- **Encampment Participants Escape Discipline Through Alternative Resolution Agreements:** 55 Barnard students who participated in the Columbia encampment were initially placed on interim suspension.[439] However, the interim suspensions for 50 of these

---

[433] MIT Disciplinary Chart (amended), Mass. Inst. of Tech. (Oct. 22, 2024) (on file with Comm.).

[434] Todd Kazakiewich and John Atwater, *Police dismantle pro-Palestinian encampment at MIT; 10 protesters arrested*, WCVB ABC (May 10, 2024 6:24 PM EDT), https://www.wcvb.com/article/cambridge-massachusetts-mit-protesters-police-clash-arrests/60750363; Actions this morning, Mass. Inst. of Tech. (May 10, 2024), https://orgchart mit.edu/letters/actions-encampment.

[435] MIT Disciplinary Chart, *supra* note 433.

[436] Video: Antisemitism at MIT (2023), https://docs.google.com/presentation/d/1ajHwIdMaSbTKtXOgQAgagVtHzvajhkqPt307GbHnUak/edit#slide=id.g29e4ba5bf69_0_61; Retsef Levi (@RetsefL), TWITTER (Nov. 6, 2023, 1:32 AM), https://x.com/RetsefL/status/1721415263105515646.

[437] MIT Disciplinary Chart, *supra* note 433.

[438] Student Code of Conduct, Barnard Coll. (2024), https://barnard.edu/student-code-conduct. (Probation at Barnard is a written reprimand and may or may not preclude a student from participation in events or opportunities that require a student to be in good standing. Disciplinary Probation precludes a student from being in good standing); Letter from Counsel, Barnard Coll., to Virginia Foxx, Chairwoman H. Comm. on Ed. and Workforce (Oct. 14, 2024) (on file with Comm.).

[439] Barnard College Disciplinary chart (amended), Barnard Coll. (Oct. 14, 2024) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

students were lifted when the students signed "alternative resolution" agreements that reduced their sanctions to short periods of probation of approximately three months (until July or August 2024).[440] The alternative resolution agreements required students to commit to cease participation in unauthorized activities.[441] Four students who participated in the encampment and did not sign the agreement nevertheless had their interim suspensions lifted.[442] 20 of the students were permitted to graduate in May, 2024, including a student who had received the more serious disciplinary probation.[443]

- **Barnard Students Arrested Inside Hamilton Hall Have Cases Transferred to Columbia:** Three Barnard students who were arrested in the criminal takeover of Columbia's Hamilton Hall have had their disciplinary cases transferred to Columbia University and those cases remain open.[444]

  o **Students Arrested Outside of the Building Receive Probation:** Of the six other Barnard students who were arrested in the area around Hamilton Hall, all received only mild punishments: one who had also taken part in the encampment received disciplinary probation, four received probation, and one was required to write a reflection paper.[445]

- **Barnard Student Given Lengthy Probation After Desecrating Alma Mater Statue:** During the protest, a Barnard student trespassed into "a barricaded area on the Columbia University campus," "removed one or more metal barricades surrounding the Alma Mater statue…and threw it down the stairs in front of Low Memorial Library," then "climbed the Alma Mater statue," and "placed a Palestinian flag on it."[446] This student was given two years disciplinary probation, fifty hours of community service, and assigned a reflection paper for her conduct at a protest on January 19, 2024.[447]

*Yale University*

Since October 7, 2023, Yale has suspended no students, placed only two students on disciplinary probation, and reprimanded 23 students, according to information addressing "the majority of the relevant student disciplinary proceedings" at Yale that the University provided to the

---

[440] Office of the Dean of the College Notice of Alleged Conduct Violations, Barnard Coll. (Apr. 21, 2024) (on file with Comm.); Office of the Dean of the College Alternative Resolution for Conduct Violations, Barnard Coll. (Apr. 25, 2024) (on file with Comm.).
[441] Office of the Dean of the College Notice of Alleged Conduct Violations, Barnard Coll. (Apr. 21, 2024) (on file with Comm.); Office of the Dean of the College Alternative Resolution for Conduct Violations, Barnard Coll. (Apr. 25, 2024) (on file with Comm.).
[442] Letter from Counsel, Barnard Coll., to Virginia Foxx, Chairwoman H. Comm. on Ed. and Workforce (Oct. 14, 2024) (on file with Comm.); Barnard College Disciplinary Chart, *supra* note 439.
[443] Barnard College Disciplinary Chart, *supra* note 439.
[444] *Id*.
[445] *Id*.
[446] Office of the Dean of the College Judgement of Violating University Policy. Barnard Coll. (Mar. 4, 2024) (on file with Comm.); E-mail from Student to Office of the Dean of the College, Barnard Coll. (Mar. 10, 2024).
[447] E-mail from Leslie Grinage, Dean, Barnard Coll., to Student (Mar. 28. 2024) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

Committee,.[448] Notably, according to the selected information provided to the Committee by Yale, no Yale students have received discipline for incidents where encampment participants blocked Jewish students from accessing areas of campus.[449] Several notable incidents and Yale's disciplinary responses to them are detailed below:

- **Of 45 Students Arrested at the Unlawful Beinecke Plaza Encampment None Were Suspended and Only One Received Probation:** Yale brought disciplinary proceedings against 46 students for the April 19-22 Beineke Plaza encampment.[450] Of the 45 students who were arrested after refusing to leave the encampment, none were suspended, only one received academic probation, 23 received only formal reprimands, and 22 have open disciplinary cases.[451] During the Beinecke Plaza encampment, protesters formed human chains and blocked Jewish students from entering the plaza.[452]

  - **A Yale Student Who Desecrated the American Flag Received Probation:** One Yale student received academic probation for an April 19, 2024, incident at the Beinecke Plaza encampment in which the student took down the American flag from the Ledyard Flagstaff, a memorial flagstaff honoring Lieutenant Agustus Canfield Ledyard, a Yale alumnus killed in the Philippine-American War. The flagstaff is located in front of Yale's Memorial Hall, which honors Yale alumni who fought and died in wars throughout American history.[453] The crowd of protesters cheered and clapped as the American flag was dragged on the ground.[454]

  - **The Protesters Who Blocked a Street Intersection After the Beinecke Plaza Encampment Was Cleared by Police Received No Discipline:** After the encampment was cleared by police, a large group of protesters, including students who had been arrested and released, blocked the intersection of Grove and College Streets for nine hours.[455] No students received discipline for this incident.[456]

---

[448] E-mail from Counsel, Yale Univ., to Comm. (Oct. 17, 2024 8:22 PM) (on file with Comm.); E-mail from Counsel, Yale Univ., to Comm. (Oct. 14, 2024 4:09 PM) (on file with Comm.); E-mail from Counsel, Yale Univ., to Comm. (June 19, 2024 1:13 PM) (on file with Comm.).

[449] E-mail from Counsel, Yale Univ., to Comm. (July. 16, 2024 11:40 AM) (on file with Comm.)

[450] *Id*.

[451] E-mail from Counsel, Yale Univ., to Comm. (Oct. 14, 2024 4:09 PM) (on file with Comm.).

[452] Sahar Tartak, (@sahar_tartak), TWITTER (Apr. 21, 2024, 11:36 AM), https://x.com/sahar_tartak/status/1782071021769547835.

[453] E-mail from Counsel, Yale Univ., to Comm. (Oct. 17, 2024 8:22 PM) (on file with Comm.); A radiant remembrance at Memorial Hall, Yale Univ. (Dec. 17, 2021), https://your.yale.edu/news/2021/12/radiant-remembrance-memorial-hall; Beautifully restored monuments return to Hewitt Quadrangle, Yale Univ. (Sept. 17, 2020), https://your.yale.edu/news/2020/09/beautifully-restored-monuments-return-hewitt-quadrangle.

[454] Sahar Tartak, (@sahar_tartak), TWITTER (Apr. 20, 2024, 9:22 PM), https://x.com/sahar_tartak/status/1781856113371058201.

[455] Yolanda Wang, *Mass pro-Palestine protests in support of divestment shake campus during spring semester*, YALE DAILY NEWS (May 19, 2024), https://yaledailynews.com/blog/2024/05/19/mass-pro-palestine-protests-in-support-of-divestment-shake-campus-during-spring-semester.

[456] E-mail from Counsel, Yale Univ., to Comm. (Oct. 17, 2024 8:22 PM) (on file with Comm.); E-mail from Counsel, Yale Univ., to Comm. (Oct. 14, 2024 4:09 PM) (on file with Comm.); E-mail from Counsel, Yale Univ., to Comm. (June 19, 2024 1:13 PM) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

- **No Discipline for Cross Campus Encampment Where Illegitimate Checkpoints Denied Jewish Students Access to a Central Part of Campus:** No students received discipline for involvement in the second Yale encampment on the Cross Campus green, despite encampment participants denying Jewish students access to a central part of Yale's campus[457] and despite Yale's acknowledgment that protesters in the encampment "violated the university's policies and disrupted academic and university operations."[458]

  The Cross Campus encampment was established on April 28, 2024, six days after police cleared the Beinecke Plaza encampment.[459] Protesters established checkpoints around the green manned by protesters designated by the organizers as "marshals."[460] At these checkpoints, the so-called "marshals" only allowed entry for those who agreed to the "community guidelines," which notably included "being committed to Palestinian liberation and fighting for freedom for all oppressed peoples."[461] As one marshal told the Yale Daily News, "we want to make sure…they believe in divestment, and they believe in Palestinian liberation."[462] As a result, numerous Jewish students were denied access to these areas of campus.

  On the evening of April 28, Yale College Dean Pericles Lewis "personally handed a letter to student marshals requesting that protesters abide by the University's polices regarding the use of campus spaces."[463] In the letter, Lewis stated that "students who continue to occupy Cross Campus without regard for university policies risk University discipline and arrest or re-arrest," noting that "discipline could include suspension," and referred to concerns of "exclusion of students from using parts of Cross Campus, a public space, unless they declare political agreement with the protesters."[464] Despite these warnings, according to the information provided by Yale to the Committee, no students faced discipline for blocking access or any other conduct violations at the second encampment.

- **A Yale Student Who Gave a Speech Inciting Violence Received Probation:** On April 12, 2024, student protesters held a "press conference" in which one student shouted, "To the people who financed, encouraged, and facilitated this mass killing against us. May death follow you wherever you go. And when it does, I hope you will not be prepared."[465] In a statement issued two days after the incident, Yale described the student's words as "a

[457] *Id*.
[458] Statement regarding campus protests on Cross Campus, Yale Univ. (Apr. 30, 2024), https://news.yale.edu/2024/04/30/statement-regarding-campus-protests-cross-campus.
[459] Matt McFarland et al., *Police break up Yale protest, but no arrests made*, EYEWITNESS NEWS (Apr. 30, 2024 5:26 PM), https://www.wfsb.com/2024/04/29/yale-threatens-consequences-protesting-students-violating-campus-policies/.
[460] *Id*.
[461] Yale Daily News, (@yaledailynews), TWITTER (Apr. 21, 2024, 4:43 PM), https://x.com/yaledailynews/status/1784684846180078035.
[462] *Id*.
[463] Yale Daily News, (@yaledailynews), TWITTER (Apr. 28, 2024, 9:40 PM), https://x.com/yaledailynews/status/1784759614464029108.
[464] *Id*.
[465] Yolanda Wang, *Students continue hunger strike to demand University divestment from weapons manufacturing*, YALE DAILY NEWS (Apr. 13, 2024 10:23 PM), https://yaledailynews.com/blog/2024/04/13/students-begin-hunger-strike-to-demand-university-divestment-from-weapons-manufacturing/.

THIRD RASSBACH DECLARATION EXHIBIT 3
200

public statement that was taken as a threat" and announced that police were investigating the incident.[466] The student received only academic probation for \ speech Yale described as "language deemed to incite violence."[467]

- **No Consequences For A Student Organization That Advertised a Fundraiser for "Palestinian Anarchist Fighters":** The student dance group Ballet Folklórico Mexicano de Yale advertised a fundraising link for "Palestinian anarchist fighters" during performances on the weekend of November 10, 2023.[468] During the performances in question, a QR code labeled "Support Palestine" was displayed on the stage's projection screen,[469] which directed the audience to an Instagram post that included a slide with the heading "Support Palestinian anarchist fighters" and a Venmo handle to make contributions.[470] Neither the group nor any individual students received any discipline for the incident.[471]

- **A Student Alleged to Have Hit a Jewish Student in the Eye With A Palestinian Flag Faces Ongoing Disciplinary Proceedings:** One student faces an ongoing disciplinary case regarding an incident in which a Jewish student alleged that the alleged assailant waved a Palestinian flag in her face at the Beinecke Plaza encampment and hit her with it in her left eye.[472] The Jewish student stated that this occurred after she was encircled and taunted by anti-Israel protestors.[473] The alleged assailant is currently facing ongoing criminal proceedings, and Yale has delayed its disciplinary proceedings until the criminal case's resolution.[474]

### George Washington University

Since October 7, 2023, George Washington University (GWU) has only suspended one student, placed sixteen students on varying lengths of disciplinary probation, censured three students, and issued warnings to three other students.[475] Several notable incidents and GWU's disciplinary responses to them are detailed below:

- **Of 22 Students in the GWU Encampment, Only One Was Suspended:** 22 students faced disciplinary violations related to the antisemitic GWU encampment including

---

[466] Yale statement on hunger strike, Yale Univ. (Apr. 14, 2024), https://news.yale.edu/2024/04/14/yale-statement-hunger-strike.

[467] E-mail from Counsel, Yale Univ., to Comm. (June. 19, 2024 1:13 PM) (on file with Comm.).

[468] Tristan Hernandez and Jane Park, *Dance group boosts fundraiser for 'Palestinian anarchist fighters' during weekend shows*, YALE DAILY NEWS (Nov. 14, 2023 1:05 PM),

[469] *Id*.

[470] *Id*.

[471] E-mail from Counsel, Yale Univ., to Comm. (June. 19, 2024 1:13 PM) (on file with Comm.).

[472] Sahar Tartak, *I Was Stabbed in the Eye at Yale*, THE FREE PRESS (Apr. 21, 2024), https://www.thefp.com/p/i-was-stabbed-in-the-eye-at-yale.

[473] *Id*.

[474] E-mail from Counsel, Yale Univ., to Comm. (Oct. 17, 2024 8:22 PM) (on file with Comm.); E-mail from Counsel, Yale Univ., to Comm. (Oct. 14, 2024 4:09 PM) (on file with Comm.); E-mail from Counsel, Yale Univ., to Comm. (June 19, 2024 1:13 PM) (on file with Comm.).

[475] Letter from Counsel, George Washington Univ., to Comm. (Oct. 11, 2024) (on file with Comm.); GWU Disciplinary chart (amended), George Washington Univ. (Oct. 11, 2024) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

"discriminatory harassment, community disturbance, violation of law, and non-compliance."[476]  Of these 22 students, one was suspended for one semester, seven received disciplinary probation for one year, three received disciplinary probation for one semester, two received disciplinary probation for the remainder of their time at GW, three were censured, two were found not responsible for conduct violations, and four have still-open cases or delayed cases. The lack of suspensions comes despite the fact that six GWU students were among the 33 individuals arrested at the encampment after it was cleared by D.C. Police.[477]

The GWU encampment was the site of numerous incidents of antisemitic harassment and intimidation.[478] In a May 5, 2024 message, GWU President Ellen Granberg described how protesters had  "overrun barriers established to protect the community, vandalize[d] a university statue and flag, surround[ed] and intimidate[d] GW students with antisemitic images and hateful rhetoric, chase[d] people out of a public yard based on their perceived beliefs, and ignore[d], degrade[d], and push[ed] GW Police Officers and university maintenance staff."[479]

Students in the encampment also held a "People's Tribunal" where they staged faux trials of President Granberg and other GWU officials, calling for them to be taken to the "guillotine" and the "motherfucking gallows."[480]

- **One Student Received Probation for Antisemitic Projections on Gelman Library:** A single student received disciplinary probation for an October 24, 2023, incident in which antisemitic and anti-Israel images were projected onto the exterior of the Gelman Library, despite multiple protestors appearing to be involved.**[481]** GWU SJP was also placed on organizational disciplinary probation for 90 days for the incident. In the incident, statements projected onto the building included "Glory to our martyrs" and "Free Palestine from the river to the sea."**[482]** A video from the incident shows a group of four protesters seated around a projector refusing to comply with a police officer requesting the group stop projecting onto the building.[483]

---

[476] *Id.*

[477] Peter Hermann et al., *Six GWU students among 33 arrested at campus protest encampment*, THE WASHINGTON POST (May 9, 2024), https://www.washingtonpost.com/dc-md-va/2024/05/09/george-washington-university-encampment-arrest-breakdown/.

[478] Letter from Counsel, George Washington Univ., to Comm. (Oct. 11, 2024) (on file with Comm.); GWU Disciplinary Chart, *supra* note 475.

[479] Matt Delaney, *D.C. mayor won't clear camp at George Washington University despite pressure from school, Congress*, THE WASHINGTON TIMES (May 6, 2024), https://www.washingtontimes.com/news/2024/may/6/muriel-bowser-wont-clear-camp-george-washington-un/.

[480] Stu, (@thestustustudio), TWITTER (May 3, 2024, 7:42 PM), https://x.com/thestustustudio/status/1786541753064931643.

[481] Cade McAllister and Hannah Marr, Students project anti-Israel, anti-GW messages onto library, sparking outcry, THE GW HATCHET (Oct. 25, 2023), https://gwhatchet.com/2023/10/25/students-project-anti-israel-anti-gw-messages-onto-library-sparking-outcry/; GWU Disciplinary Chart, *supra* note 475.

[482] Cade McAllister and Hannah Marr, *Students project anti-Israel, anti-GW messages onto library, sparking outcry*, THE GW HATCHET (Oct. 25, 2023), https://gwhatchet.com/2023/10/25/students-project-anti-israel-anti-gw-messages-onto-library-sparking-outcry/.

[483] StopAntisemitism, (@StopAntisemites), TWITTER (Oct. 24, 2023, 10:54 PM), https://x.com/StopAntisemites/status/1717011639323529314.

THIRD RASSBACH DECLARATION EXHIBIT 3

- **Two Students Receive Probation for Protest of Ambassador Linda Thomas-Greenfield:** Two students at GWU received disciplinary probation for an incident in which they accessed the roof of a residence hall during a protest on GW's campus and draped a large Palestinian flag over the side of the building.[484]

  The protest targeted an event at GW's Elliot School of International Affairs that featured U.S. Ambassador to the UN Linda Thomas-Greenfield. Protesters outside of the building chanted "Zionist imperial puppet" and "from the river to the sea, Palestine will be free."[485] Other protesters inside the building's lobby held a large banner and distributed flyers that characterized the event as the "Ambassador…coming to GW to speak with young students of color about how…to be the first Black war criminals in their respective fields," referred to President Barack Obama as "Amerikkka's 44th President" and likened him to "Black plantation overseers," and declared that "Imperialism in blackface is not progress."[486] Ultimately, only the two students involved in draping of the flag over the adjacent building faced discipline for the protest.

  As a result of the disciplinary proceedings, one student received a one-year disciplinary probation, while the other student received a one-semester disciplinary probation.[487] The disciplinary proceedings for the student who received the one-year suspension included conduct violations stemming from a separate incident.[488]

- **Student Receives Probation for Tearing Down Hostage Posters in the GWU Hillel Building:** A GWU student was sanctioned with disciplinary probation for a November 3, 2023, incident in which the student entered the GW Hillel building and tore down more than a dozen posters of Israeli hostages.[489] The student was initially placed on interim suspension, pending the "completion of GW's student conduct process," but ultimately received disciplinary probation after GW found the student responsible for "access without authorization, discriminatory harassment, misconduct related to property, and theft."[490]

The appalling records of these eleven universities make clear that there is a systemic failure to enforce rules, impose discipline, and protect Jewish communities among institutions of higher education throughout the country. The incidents reviewed here are undoubtedly only the tip of the

---

[484] Letter from Counsel, George Washington Univ., to Comm. (Oct. 11, 2024) (on file with Comm.); GWU Disciplinary Chart, *supra* note 475.

[485] Dion J. Pierre, *George Washington University Anti-Zionist Group Hurls Racist Remarks at UN Ambassador*, THE ALGEMEINER (Apr. 12, 2024 3:14 PM), https://www.algemeiner.com/2024/04/12/george-washington-university-anti-zionist-group-hurls-racist-remarks-un-ambassador/.

[486] Sabrina Soffer (@sabrinasoff), TWITTER (Apr. 11, 2024, 6:12 PM), https://x.com/sabrinasoff/status/1778546750812217693.

[487] Letter from Counsel, George Washington Univ., to Comm. (Oct. 11, 2024) (on file with Comm.); GWU Disciplinary Chart, *supra* note 475.

[488] *Id*.

[489] *Id*.

[490] Erika Filter and Rory Quealy, *Officials suspend student accused of tearing down posters of Israeli hostages in GW Hillel*, THE GW HATCHET (Nov. 9, 2023), https://gwhatchet.com/2023/11/09/officials-suspend-student-accused-of-tearing-down-posters-of-israeli-hostages-in-gw-hillel/; Letter from Counsel, George Washington Univ., to Comm. (Oct. 11, 2024) (on file with Comm.); GWU Disciplinary Chart, *supra* note 475.

THIRD RASSBACH DECLARATION EXHIBIT 3

iceberg, as indicated by witnesses who have movingly testified before the Committee and the Jewish students, faculty, and staff who have reached out to the Committee, many from institutions not represented on this list.

## FINDING: COLUMBIA'S UNIVERSITY SENATE OBSTRUCTED PLANS TO DISCIPLINE STUDENTS INVOLVED IN THE TAKEOVER OF HAMILTON HALL

Columbia let students arrested for their criminal takeover of Hamilton Hall escape disciplinary consequences and return to campus instead of being expelled after the University's administration capitulated to aggressive obstruction by Columbia's University Senate.

On April 30, the Columbia administration publicly stated that the students who occupied Hamilton Hall would "face expulsion,"[491] and on May 1 sent arrested students notice that they were suspended and banned from campus "with the expectation that [they] will be permanently expelled after an expedited hearing."[492]

This was an appropriate course of action given the seriousness of the incident, for which 34 individuals were charged with criminal trespass.[493] The students and outsiders broke into the building after it was closed, covered security cameras, shattered windows of the building's French doors and secured them with chains and bicycle locks, and used metal police barricades and zip ties to obstruct entry.[494]

The building occupiers illegally held University custodians in the building against their will. The custodians were able to free themselves, but not before a physical confrontation in which at least one custodian who resisted was injured.[495] One of the custodians stated that he would never return to Hamilton Hall, saying that he was "traumatized" and "could have been killed in there."[496]

However, instead of expelling the students involved in the Hamilton Hall takeover, Columbia restored 18 of 22 to good standing, allowing them to return to campus and permitting seven of them to graduate.[497] Of the other four students, one is on disciplinary probation and three others are suspended.[498] The 18 students who evaded discipline were allowed to do so because of the efforts of the radical faculty, students, and staff comprising the school's University Senate.[499]

---

[491] Press Release, Columbia Univ. Off. of Pub. Affs., Columbia Updates (Apr. 30, 2024, 5:40 PM), https://communications.news.columbia.edu/news/campus-updates.

[492] Letter from Ctr. for Student Success and Intervention, Columbia Univ., to Columbia student (May 1, 2024) (on file with Comm.).

[493] Sharon Otterman and Chelsia Rose Marcius, *Locks, Chains, Diversions: How Columbia Students Seized Hamilton Hall*, THE N.Y. TIMES (May 2, 2024), https://www.nytimes.com/2024/05/02/nyregion/columbia-students-hamilton-hall.html.

[494] *Id.*

[495] *Id.*; Sharon Otterman, *An Inside Look at the Student Takeover of Columbia's Hamilton Hall*, N.Y. TIMES, May 8, 2024, https://www.nytimes.com/2024/05/08/nyregion/columbia-hamilton-hall-protests.html.

[496] Francesca Block, *'I Could Have Been Killed in There'*, THE FREE PRESS (May 7, 2024), https://www.thefp.com/p/columbia-custodian-invasion-traumatized.

[497] Letter from Counsel, Columbia Univ., to Virginia Foxx, Chairwoman, H. Comm. on Ed. & the Workforce (Oct 11, 2024) (on file with the Comm.).

[498] *Id.*

[499] Press Release, Resolution to Address Concerns Related to Student Disciplinary Process (May 8, 2024), https://senate.columbia.edu/news/resolution-address-concerns-related-student-disciplinary-process.

THIRD RASSBACH DECLARATION EXHIBIT 3
204

The University Senate is an institution distinctive to Columbia and created to serve as a "policy-making body" that is "[s]ubject to the reserve power of the Trustees."[500] The Senate consists of 111 elected senators representing faculty, student, administration (including the University President), staff, and alumni constituencies across the University and several of its affiliated institutions.[501] Amidst the University's current crisis, the Senate has been instrumental in thwarting discipline against antisemitic and pro-terror conduct violators, including those arrested at Hamilton Hall and involved in the unlawful Gaza Solidarity Encampment.

Most disciplinary cases at Columbia are handled through an administrative process known as "Dean's Discipline" that is overseen by Columbia's Center for Student Success and Intervention (CSSI).[502] On May 1, 2024, CSSI sent the students arrested in Hamilton Hall notices of interim suspensions and the University's intent to expel them, and then followed up by sending notices that they would face disciplinary hearings the following week.[503] However, radical faculty and students swiftly objected to the University's efforts to expel the students who committed these crimes.[504]

A May 5, 2024, letter from 289 faculty members objected to what they called a lack of due process and "predetermined sanction of expulsion."[505] On May 6, a group of law students calling itself the "Columbia Legal Support and Solidarity Working Group for Palestine" sent the first of a series of similar letters demanding that the University move the cases from CSSI to the University Judicial Board, an entity charged with reviewing violations of Columbia's Rules of University Conduct process ("Rules process") that concerns free expression, including as time, place, manner rules.[506]

The University Senate soon intervened to derail discipline against the student perpetrators. On May 8, the University Senate passed a resolution expressing concern about the use of CSSI to administer discipline, which stated, "Until and unless the University Senate has an opportunity to receive and review an explanation for the disciplinary processes, we insist that the CSSI process be temporarily suspended against all members of the Columbia community."[507]

These developments drew apprehension from Columbia's Jewish community. The same day as the Senate resolution, Columbia/Barnard Hillel's Executive Director Brian Cohen expressed concern to Shafik and Trustees Co-Chairs Shipman and Greenwald that faculty were demanding that the

---

[500] Charters and Statutes, Columbia Univ. 22 (2022), https://secretary.columbia.edu/sites/default/files/content/University%20Statutes_January2022.pdf.
[501] *Id.*
[502] Center for Student Success and Intervention, Standards & Discipline, Columbia Univ. (Sep. 23, 2024), https://cssi.columbia.edu/sites/default/files/content/Standards%20and%20Discipline%202024-25.pdf.
[503] Letter from Ctr. for Student Success and Intervention, Columbia Univ., to Columbia student (May 3, 2024) (on file with Comm.).
[504] Letter from Columbia Univ. and Barnard Coll. faculty, to Minouche Shafik, President, Columbia Univ. (May 5, 2024) (on file with Committee).
[505] *Id.*
[506] Letter to University Senators, Columbia Univ. Senate, from The Columbia Legal Support and Solidarity Working Group for Palestine (May 6, 2024) (on file with Comm.).
[507] Press Release, Resolution to Address Concerns Related to Student Disciplinary Process (May 8, 2024), https://senate.columbia.edu/news/resolution-address-concerns-related-student-disciplinary-process.

89

THIRD RASSBACH DECLARATION EXHIBIT 3

disciplinary action against the students involved in the encampment and Hamilton Hall takeover be transferred to their control.[508]

Cohen wrote, "I want to be very clear that I, and the Columbia/Barnard Jewish community, expect the University will hold anyone who violated the University's rules accountable to the greatest degree possible" and that the University would be transparent in sharing disciplinary outcomes.[509] He called these measures "essential" to "restore order and calm to our academic and student life environment."[510] Cohen's pleas would prove unsuccessful, as the Columbia administration would soon cave to the Senate's demands to transfer the cases to the Rules process.

| From: | Brian S Cohen                      ] |
|---|---|
| Sent: | 5/8/2024 3:54:54 PM |
| To: | Minouche Shafik [           ]; Claire Shipman[        PII        ]; Greenwald, David [/o=FRIEDFRANK/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=greenda] |
| |           PII          ]; Greenwald, David [/o=FRIEDFRANK/ou=Exchange Administrative Group |
| Subject: | Accountability |

[EXTERNAL]
Dear President Shafik, David, and Claire,

I know these are difficult times for you and for the greater University community. I have been in numerous meetings, including several  University Senate meetings, where I have heard faculty and others demand that you drop any disciplinary action against their colleagues and students involved with the encampment and the takeover of Hamilton Hall.

I want to be very clear that I, and the Columbia/Barnard Jewish community, expect the University will hold anyone who violated the University's rules accountable to the greatest degree possible. I also expect that the University will be transparent in sharing what disciplinary actions, including suspensions, expulsions, and terminations of employment, have been taken. These measures are essential if you seek to restore order and calm to our academic and student life environment.

I am happy to discuss this further at your convenience.

Many thanks - I appreciate all that you are doing.


Brian

Brian Cohen
Lavine Family Executive Director
The Kraft Center for Jewish Student Life
Columbia/Barnard Hillel

[511]

### *Columbia's Rules of University Conduct Process Was a "Broken" System Where "Rules Are Not Enforced and Actions No Longer Have Consequences"*

The demands to move the cases to the Rules process were not merely procedural, as the Rules process could be expected to be more favorable to the perpetrators of the Hamilton Hall takeover and others facing discipline for involvement in the encampment. The Rules process was known within Columbia for its impotence in imposing discipline; it did not have a mechanism to enforce interim sanctions at the time. In this particular case, discipline seemed unlikely given that faculty

---

[508] E-mail from Brian S. Cohen, Exec. Dir., Columbia Hillel, to Minouche Shafik, President, Columbia Univ. (May 8, 2024 3:54 PM) (on file with Comm.).
[509] *Id.*
[510] *Id.*
[511] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

members responsible for overseeing the Rules process were known for supporting the encampment.

Under the Rules process, a Rules Administrator appointed by Columbia's President in Consultation with the University Senate's Executive Committee is responsible for accepting complaints and conducting investigations.[512] The Rules Administrator is empowered to resolve cases informally or file charges with the University Judicial Board. The University Judicial Board, a body of five members consisting of students, faculty, and staff appointed by the University Senate Executive Committee, hears charges of rules violations and is empowered to impose sanctions.[513]



514

The Rules process was known for its toothlessness and involved faculty's unwillingness to impose discipline. A document prepared by an anonymous University Senator and provided by Columbia Board of Trustees Chair Emerita Lisa Carnoy to current Co-Chair Greenwald provides an insider's unvarnished view of the Rules process' significant deficiencies.[515]

---

[512] Guide to Rules of University Conduct, Columbia Univ. (2024), https://universitylife.columbia.edu/sites/default/files/content/guide_to_rules_of_univ_conduct.pdf
[513] *Id.*
[514] Rules of University Conduct, University Senate (Sept. 29, 2016), https://senate.columbia.edu/sites/default/files/content/Committee_Rules%20of%20University%20Conduct/Rules%20of%20University%20Conduct.pdf.
[515] Anonymous Columbia Univ. Senator, Addressing the Breakdown in Disciplinary Processes (on file with Comm.).

91

The anonymous University senator explained that because violations of the Rules of University Conduct were regularly allowed to take place: "Our campus culture now has a 'default expectation' that rules are not enforced and actions no longer have consequences."[516] The senator wrote that while faculty publicly "say that administering discipline is an untouchable faculty prerogative," "[p]rivately, many will admit that the system is broken because there are severe social repercussions for faculty members who vote in favor of suspending or expelling a student.[517] The same is true for students. As a result, the Rules Administrator often does not bring charges under the Rules, even when they are warranted."[518] The senator's understanding was that "precisely zero cases" had been brought to the UJB in the preceding five years.[519]

The Rules process did not have a mechanism for enforcing interim sanctions as CSSI did, meaning that students facing discipline would remain in good standing until the resolution of their case regardless of the severity of their offense.[520] Students who engaged in egregious misconduct could continue to have unfettered access to campus.

### *"Wolves Guarding the Henhouse": Members of the University Senate Committee that Governs the Rules Process Supported the Encampment and Opposed Discipline for Rules Violators*

The University Senate Committee that governed the Rules process also included multiple faculty members known for supporting the encampment and opposing disciplinary action against participants in it and the Hamilton Hall takeover.[521] Two of these Rules committee members, Professor Susan Bernofsky and Professor Joseph Slaughter, served as faculty marshals at the encampment.[522]

Bernofsky, who has labeled Israel's military response to Hamas' terrorism an "unspeakable genocide" and called for defunding NYPD,[523] made numerous public statements opposing discipline for encampment participants, including participating in a protest with suspended students and protesting on campus with a sign reading "unsuspend my students."[524] After the NYPD cleared the criminal takeover of Hamilton Hall, Bernofsky said she was "outraged by the president and trustees of [Columbia] authorizing the use of violent force against our students."[525]

---

[516] *Id.*

[517] *Id.*

[518] *Id.*

[519] *Id.*

[520] In July 2024, D'Armiento said that the Rules process does not enforce interim sanctions, *see*: https://www.columbiaspectator.com/news/2024/07/29/majority-of-hamilton-hall-disciplinary-cases-moved-to-university-judicial-board/.

[521] Aaron Sibarium, *'A Huge Conflict of Interest': Two Professors on Columbia's Top Disciplinary Body Participated in Encampment, Photos Suggest*, THE WASHINGTON FREE BEACON (Aug. 16, 2024), https://freebeacon.com/campus/a-huge-conflict-of-interest-two-professors-on-columbias-top-disciplinary-body-participated-in-encampment-photos-suggest/.

[522] *Id.*

[523] Susan Bernofsky (@translationista), X (Oct. 15, 2024, 10:09 AM), https://x.com/translationista/status/1846191782406570392?s=46; Susan Bernofsky (@translationista), X (June 5, 2024, 11:13 AM), https://x.com/translationista/status/1268923858918281226?s=46.

[524] Susan Bernofsky (@translationista), X (Apr. 26, 2024, 10:14 PM), https://x.com/translationista/status/1784043515715940793?s=46; Susan Bernofsky (@translationista), X (Apr. 23, 2024, 7:16 PM), https://x.com/translationista/status/1782911430838071632?s=46.

[525] Susan Bernofsky (@translationista), X (May 1, 2024, 9:37 AM), https://x.com/translationista/status/1785664968290914514?s=46.

THIRD RASSBACH DECLARATION EXHIBIT 3

Bernofsky also made her contempt for efforts to combat antisemitism clear by signing an open letter from faculty condemning and delegitimizing a report by Columbia's Task Force on Antisemitism, which had found numerous instances of antisemitic harassment, threats, assaults, and exclusion at the University.[526] The letter Bernofsky signed called on the University to "disband the Task Force," urged the University not to conduct programming targeting antisemitism, and outrageously condemned the Task Force for listing Anti-Defamation League (ADL) websites as a resource, claiming that the ADL, which is led by a former Obama White House official, is "[w]idely recognized as a right-wing advocacy organization."[527]

Slaughter, who is affiliated with Columbia's Center for Palestine Studies,[528] made media appearances condemning the Columbia administration for authorizing police to clear the encampment and blaming the administration for the takeover of Hamilton Hall.[529] He also appeared at a May 1 faculty rally against the NYPD's clearance of Hamilton Hall holding a sign saying "CU/BC faculty say no war on students!"[530] In a graduation speech several days later, Slaughter expressed "solidarity" with "those who oppose colonialism and imperialism in all their forms" and "those who cannot be here because they have been treated as criminals rather than as students."[531]

Faculty who object to the enforcement of University rules and express solidarity with their violators cannot reasonably be entrusted with responsibility over those same rules. Jewish Columbia faculty concerned about antisemitism expressed alarm about Bernofsky and Slaughter's roles on the Rules committee. Engineering professor Jacob Fish stated that they should not be giving "any kind of advice to the administration" and adjunct professor of architecture Elliot Glassman compared them to them "wolves guarding the henhouse."[532]

### *Columbia's Leaders Capitulated to the University Senate's Obstruction of Discipline*

Columbia's leaders' plans for expelling the criminal students who occupied Hamilton Hall crumbled as they progressively capitulated to the University Senate's obstruction of disciplinary actions.

On May 14, Dennis Mitchell, Columbia's Executive Vice President for University Life at the time, informed then-President Shafik that the University Senate's Executive Committee Chair Jeanine

---

[526] Columbia Jewish Faculty Response to Task Force Report 2, https://docs.google.com/document/d/1ROJM_N9TWe909sAK1sPkIkFJzboe60e8PlMKqvKhdCg/pub.
[527] *Id.*
[528] Joseph Slaughter, Colum. Univ. Ctr. For Palestine Studies, https://palestine mei.columbia.edu/people/joseph-slaughter.
[529] Amy Goodman, *Pro-Palestinian Campus Encampments Spread Nationwide Amid Mass Arrests at Columbia*, NYU & Yale, DEMOCRACY NOW (Apr. 23, 2024), https://www.democracynow.org/2024/4/23/columbia_university_joseph_slaughter; Jamie Frevele, *Columbia Professor Slams 'Gross Mismanagement' By Uni Leadership After Cops Storm Campus,* MEDIAITE (May 1, 2024), https://www.mediaite.com/tv/columbia-professor-slams-gross-mismanagement-by-uni-leadership-after-cops-storm-campus/.
[530] Documenting Jew Hatred on Campus at Columbia U (@CampusJewHate), X (May 15, 2024, 10:26 AM), https://x.com/CampusJewHate/status/1790750619801645481
[531] *Id.*
[532] Aaron Sibarium, *'A Huge Conflict of Interest': Two Professors on Columbia's Top Disciplinary Body Participated in Encampment, Photos Suggest,* THE WASHINGTON FREE BEACON (Aug. 16, 2024), https://freebeacon.com/campus/a-huge-conflict-of-interest-two-professors-on-columbias-top-disciplinary-body-participated-in-encampment-photos-suggest/.

THIRD RASSBACH DECLARATION EXHIBIT 3

D'Armiento, who effectively leads the Senate, was demanding that the University continue "dialogue" with the antisemitic students who had flagrantly violated University rules and numerous laws and include these students in crafting the University's conduct rules.[533] This would be tantamount to letting arsonists help write the fire code. Shafik responded, "I think we can do that."[534]

Mitchell further explained that D'Armiento "doesn't see a successful outcome that does not engage the students in a respectful manner."[535] He said that D'Armiento blamed the Columbia administration for being insufficiently conciliatory during the fall semester and placed it on the same moral plane as the student activists, accusing "both sides" of "dehumanizing the other," and asserted that the University "must stop" doing so.[536]



> DM  [PII] Dennis Anthony Mitchell                              5/14/2024, 8:09 PM
> I am on the phone now with Jeanine and having a hard time without continuing our dialogue with the students. She doesn't think that Rules adjustments alone will work. She believes that we must do both together.

> MS  [PII] Minouche Shafik                                      5/14/2024, 8:55 PM
> What does dialogue with students mean?pursuing the proposals we discussed with encampment? We can do that I think.

> DM  [PII] Dennis Anthony Mitchell                              5/14/2024, 8:56 PM
> Yes, that for sure, but also including them in even the planning and discussions around the Rules that will ultimately govern them.

> MS  [PII] Minouche Shafik                                      5/14/2024, 9:02 PM
> I see. I think we can do that.

> DM  [PII] Dennis Anthony Mitchell                              5/14/2024, 9:07 PM
> That would be incredibly important because she doesn't see a successful outcome that does not engage the students in a respectful manner. She believes that one of our errors was not engaging them appropriately in the Fall, which would have allowed both sides to see each other with humanity. That has led to both sides dehumanizing the other and we must stop that especially since we are the grownups in this equation.

[537]

On May 16, members of Columbia's Faculty of Arts and Sciences increased the pressure on the Columbia administration by voting to approve a resolution of no confidence in President Shafik, which condemned her for authorizing the NYPD to clear the encampment and Hamilton Hall. The resolution stated that Shafik's "draconian and disproportionate punishments" had "endangered [the] futures" of the students arrested in the initial April 18 sweep, that Shafik's authorization of the clearance of Hamilton Hall "compounded the damage," that the resulting police action "harmed our community and our reputation," and that the administration's plans to expel the students arrested inside Hamilton Hall were "equally damaging."[538]

---

[533] Text messages between Dennis Mitchell, Executive Vice President for University Life, Columbia Univ., with Minouche Shafik, President, Colum. (May 14, 2024) (on file with Comm.).

[534] *Id.*

[535] *Id.*

[536] *Id.*

[537] *Id.*

[538] Shea Vance, *Faculty of Arts and Sciences passes vote of no confidence in Shafik*, COLUMBIA SPECTATOR (May 16, 2024),https://www.columbiaspectator.com/news/2024/05/16/faculty-of-arts-and-sciences-passes-vote-of-no-confidence-in-shafik/; Emma Burris, *Columbia AAUP Chapter Introduces Resolution Of No Confidence In President*

That same day, Shafik sent Board of Trustees Co-Chairs Greenwald and Shipman a text message outlining an agreement with the University's deans to run the Hamilton Hall cases through Dean's Discipline "with multiple offenders getting most severe punishments after due process," but noted that she would discuss "clarity on jurisdictional issues" with the University Senate.[539] Shafik's statement that "multiple offenders" would receive the "most severe" punishment – presumably expulsion – represented a notable diminishment of the University's original plan of expelling all of the students arrested in Hamilton Hall.[540]

Shafik also raised that students being disciplined for their conduct in the encampments would receive conditional probation that would last only "until after our alumni events in June," an apparent reference to Columbia's upcoming reunion weekend, which would take place from May 30 to June 1, and possibly other events.[541] This suggests a cynical effort to wait to downgrade this discipline in hopes that it would draw less blowback from alumni.[542]

On May 18, Executive Vice President for University Life Dennis Mitchell informed Shafik and Provost Olinto that he had spoken with Greenwald for "two and a half hours," going over the status of "every single one of our disciplinary cases" in an apparent attempt to lobby Greenwald to support a softening of discipline.[543]

Mitchell told them, "Whether I changed his mind on anything is not clear. I did ask him for clarity from the Trustees so that we can better do our jobs and get to deescalation on campus."[544] Mitchell called news that Harvard had suspended students in its own encampment "not helpful" but noted that Greenwald had concurred with releasing interim suspensions on 17 encampment students. Shafik responded, "Thanks for doing this."[545][546]

In a May 25 text message exchange between Olinto, Mitchell, and Senior Vice Provost Soulaymane Kachani, Olinto wrote, "I believe the outcome we (the 3 of us) are looking for current discipline is leniency on those not inside HH [Hamilton Hall] and a CSSI full process on HH."[547]

*Minouche Shafik*, Bᴡᴏɢ (May 8, 2024), https://bwog.com/2024/05/columbia-aaup-chapter-introduces-resolution-of-no-confidence-in-president-minouche-shafik/.

[539] Text message from Minouche Shafik, President, Colum. Univ., to Colum. Univ. Chairs (May 16, 2024) (on file with Comm.).

[540] *Id*.

[541] *Id*.; Reunion 2024, Columbia College Alumni Association, Cᴏʟᴜᴍʙɪᴀ.ᴇᴅᴜ, https://www.college.columbia.edu/alumni/events/reunion2024

[542] Text message from Minouche Shafik, *supra* note 539.

[543] Text messages between Dennis Anthony Mitchell, Minouche Shafik, & Angela Olinto (May 18, 2024) (on file with Comm.).

[544] *Id.*

[545] *Id.*

[546] *Id.*

[547] Text Message from Angela V. Olinto, Provost, Columbia Univ,, to Dennis A. Mitchell, Senior Vice Provost, Columbia Univ., and Soulaymane Kachani, Senior Vice Provost, Columbia Univ. (May 25, 2024) (on file with Comm.).

THIRD RASSBACH DECLARATION EXHIBIT 3

> AO    [PII] Angela V. Olinto                                    5/25/2024, 11:03 AM
Great! Let's plan for 10am Monday. Things I need to know: what do the trustees do not like about the UJB process (I can see the composition of the UJB being an issue) and what does the senate does not like about the interim demonstration policy and the CSSI. In addition, I believe the outcome we (the 3 of us) are looking for current discipline is leniency on those not inside HH and a CSSI full process on HH. Thank you!

548

On May 29, Shafik informed Trustees Co-Chairs Shipman and Greenwald ahead of a planned meeting with D'Armiento that the University Senate had rejected a "dual process" of putting students through both CSSI and the Rules process.[549] Shafik wrote, "Our proposal now is to put Hamilton thru rules and put repeat offenders (7 of them) through CSSI."[550] This represented another substantial weakening of Columbia's position.

Greenwald wrote back, "I'm afraid that this will not meet the board's expectations."[551] Shipman concurred, saying, "Yes. Very different from what we outlined to people when we called around a week or so. Worried it will make for a very difficult session."[552] However, Greenwald and Shipman did not raise the matter with D'Armiento, with Greenwald informing Shafik after the fact that the meeting was "fine" and that "[d]iscipline did not come up."[553]

💬 **Columbia Chairs**

Claire Shipman [PII]                                           5/29/2024, 4:08 PM
We are meeting with Jeanine soon. If the possibility of a dual process comes up should we discuss? Just to confirm—helpful for her to know where the board stands on this and how strongly the board might feel?

Minouche Shafik [PII]                                          5/29/2024, 4:10 PM
They rejected dual process. Our proposal now is to put Hamilton thru rules and put repeat offenders (7 of them) thru CSSI.

David Greenwald [PII]                                          5/29/2024, 5:37 PM
I'm afraid that this will not meet the board's expectations

Claire Shipman [PII]                                           5/29/2024, 5:40 PM
Yes. Very different from what we outlined to people when we called around a week ago or so. Worried it will make for a very difficult session.

Minouche Shafik [PII]                                          5/29/2024, 5:43 PM
Let me know how your conversation goes.

David Greenwald [PII]                                          5/29/2024, 6:24 PM
Our conversation with Jeanine was fine. Discipline did not come up, although she did mention that the senate wants to change the rules without describing the changes. She wants to focus tomorrow on the way forward and the autumn. She mentioned that the students will speak about their point of view

554

---

[548] *Id.*
[549] Text messages between Minouche Shafik, President, Colum. Univ., and Co-Chairs, Colum. Univ. Board of Trustees (May 29, 2024) (on file with Comm.).
[550] *Id.*
[551] *Id.*
[552] *Id.*
[553] *Id.*
[554] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3
212

Anti-Israel activists established a new encampment in Columbia's main quadrangle during the schools' annual alumni reunion weekend from May 30 to June 1, 2024. The activists disbanded the encampment at the weekend's conclusion with a promise to "continue strategic, targeted attacks on all aspects of University life."[555]

Despite this latest disruption, the Columbia administration continued bowing even further to the University Senate. In a June 3 text message exchange, Provost Olinto told D'Armiento, "We need to work together in the rules, guidelines, and enlarging the sanctions menu (restorative justice, …) with the rules committee and students. This will be an intense 2 months so we can be on the same page and transparent by august."[556] D'Armiento replied, "I agree about the rules and of course will work with your office to do so."[557] Instead of pressing for serious discipline for the extreme conduct violations that had taken place, Olinto was now proposing a "restorative justice" approach in collaboration with the Senate and the student conduct violators themselves.[558]

By June 5, the Columbia administration had abandoned its position that the students arrested in Hamilton Hall should receive discipline through CSSI. In a text message ahead of a meeting, Olinto told Mitchell "just to align on the message in the meeting. The Rules of University Conduct speak directly to the issue of building occupations and we came to the view that the proper and legitimate way to handle these cases is to put them through the rules. The 7 repeat offenders will go through a dual process with CSSI."[559]



560

Olinto's planned message was misleading. The record of public and private communications makes clear that Columbia administration had not organically come to the view that the Rules of

---

[555] Rebecca Massel, *After 48 hours, protesters at Columbia dismantle encampment — but promise more 'attacks' on the university*, FORWARD (June 3, 2024), https://forward.com/fast-forward/619030/columbia-protest-encampment-reunion-alumni/.
[556] Text messages between Angela Olinto, Provost, Colum. Univ. and Jeanine D'Armiento (June 3, 2024) (on file with Comm.).
[557] *Id*.
[558] *Id*.
[559] Text message from Angela Olinto, Provost, Colum. Univ., to Dennis Mitchell (June 5, 2024) (on file with Comm.).
[560] *Id*.

THIRD RASSBACH DECLARATION EXHIBIT 3
213

University Conduct were the best way to handle these cases, but rather that they had folded to the Senate's pressure.

On June 7, CSSI notified students arrested inside Hamilton Hall that they were no longer interim suspended from Columbia University, no longer restricted from University property, that their cases were being transferred over to the Rules process, and that Rules administrators would be in touch with next steps.[561] On June 10, Columbia's Senior Vice President for Student Affairs Joseph Defraine Greenwell explained to Mitchell that all of the students arrested inside Hamilton Hall received this letter, other than those who were repeat offenders.[562]



563

On June 26, the University's Assistant Rules Administrator sent e-mails to the students arrested inside Hamilton Hall, informing them that an investigation into their conduct had begun under the Rules of University Conduct process.[564]

Following the University's transfer of the Hamilton Hall cases to the Rules process, 18 of the 22 students arrested were restored to good standing.[565] Of the four students who were not restored to good standing, three remained on suspensions and one remained on disciplinary probation.[566]

In a July 19 University Senate plenary session, D'Armiento took credit for the transfer of the cases from CSSI to the Rules process, saying, "I think we should be happy that the senate addressed this."[567] As a result of the Senate's intervention, the path had been cleared for the students arrested inside Hamilton Hall for criminal conduct to return campus instead of being expelled as the University had initially stated.

In September 2024, Columbia's new Interim President Katrina Armstrong disgracefully apologized to the students arrested by the NYPD in an interview with the *Columbia Spectator*.

---

[561] CSSI Letter Lifting Interim Suspension (Jun. 7, 2024) (on file with Comm.)

[562] Text message from Joseph Greenwall to Dennis Mitchell (June 10, 2024) (on file with Comm.).

[563] *Id.*

[564] E-mail from Assistant Rules Administrator, Columbia Univ., to Columbia student (June 28, 2024) (on file with Comm.).

[565] Appendix to Columbia Letter, *supra* note 262; Letter from Counsel, Columbia Univ., to Virginia Foxx, Chairwoman, H. Comm. on Ed. & the Workforce (Oct 11, 2024) (on file with Comm.).

[566] *Id.*

[567] Sarah Huddleston, *Majority of Hamilton Hall disciplinary cases moved to University Judicial Board*, COLUMBIA SPECTATOR (July 29, 2024), https://www.columbiaspectator.com/news/2024/07/29/majority-of-hamilton-hall-disciplinary-cases-moved-to-university-judicial-board/.

After being asked whether she agreed with then-President Shafik's decision to authorize the NYPD to enter campus and conduct arrests on two occasions, Armstrong said, "if you could just let everybody know who was hurt by that, that I'm just incredibly sorry" and "I know it wasn't me, but I'm really sorry. … I saw it, and I'm really sorry."[568]

Armstrong's apology represented the culmination of Columbia's capitulation to the students who had engaged in criminal conduct and the radical faculty who obstructed discipline on their behalf. Less than six months after Columbia's leaders had promised Congress that the University would not tolerate antisemitism and would ensure a safe learning environment, the University had lifted discipline for its most extreme offenders and its President had apologized to them.

### Columbia Abandoned the Safe Demonstrations Rules it Touted to Congress After the University Senate Rejected Them

In addition to permitting its worst offenders to evade discipline, Columbia also reversed its efforts to strengthen University rules to ensure a safe learning environment, in yet another shameful capitulation to the University Senate.

When Columbia's leaders testified before Congress in April 2024, they touted the University's recent Interim University Policy for Safe Demonstrations (Interim Policy), an updated set of time, place, and manner rules adopted in February aimed at balancing the need to maintain safety and order with safeguarding free expression.[569] But in the months after the unlawful encampment and the takeover of Hamilton Hall, Columbia abandoned the Interim Policy rather than strengthening it further. This occurred after the University Senate voted to pass a weaker updated set of guidelines to the Rules of University Conduct and declared the Interim Policy a dead letter.[570] This departure from the Interim Policy came even though University Senate leadership participated in its formulation.

On February 19, Columbia released the Interim Policy.[571] The new policy established designated demonstration areas and time windows,[572] a viewpoint-neutral registration and approval process with a two-day advance registration requirement, and a process under which a student's first two violations would be disciplined through CSSI with warnings and the third would go to UJB for discipline ranging from conditional disciplinary probation to suspension or expulsion.[573] Notably,

---

[568] Esha Karam, Shea Vance, & Sarah Huddleston, *'I'm really sorry': Armstrong apologizes to those 'hurt' by NYPD sweeps*, COLUMBIA SPECTATOR (Sept. 19, 2024), https://www.columbiaspectator.com/news/2024/09/19/im-really-sorry-armstrong-apologizes-to-those-hurt-by-nypd-sweeps/.

[569] *Columbia in Crisis: Columbia University's Response to Antisemitism,* Hearing before the H. Comm. on Ed. & the Workforce, 117th Cong. (2024).

[570] Colum Univ. Senate, The Guidelines to the Rules of University Conduct (Aug. 23, 2024), https://senate.columbia.edu/sites/default/files/content/Committee_Rules%20of%20University%20Conduct/US_The%20Guidelines%20to%20the%20Rules%20of%20University%20Conduct_Endorsed%2020240823.pdf [hereinafter Colum. Senate Guidelines].

[571] Interim University Policy for Safe Demonstrations Is Issued, Columbia Univ. (Feb. 19, 2024), https://news.columbia.edu/news/interim-university-policy-safe-demonstrations-issued.

[572] Under the policy, students could request approval to hold protests outside of the designated areas.

[573] Student Group Event Policy and Procedure, Columbia Univ., https://universitypolicies.columbia.edu/content/student-group-event-policy-and-procedure

THIRD RASSBACH DECLARATION EXHIBIT 3

the Interim Policy actually shortened the window required for advance registration of demonstrations from 10 days under the University's existing policy to two days.[574]

The Interim Policy's issuance came after months of harassment, disruption, intimidation, and threats at unauthorized protests. On October 12, 2023, an anti-Israel rally by Columbia's SJP and JVP chapters had marched down Broadway toward Columbia's Kraft Center for Jewish Life, prompting the NYPD to respond to the Kraft Center and the Center to lock its doors and advise students to stay in the building until the protest dispersed. Eleven students told the *Columbia Spectator* that the incident made them feel unsafe.[575]

In the months after October 7, student groups including SJP, JVP, and others continued to hold unauthorized protests that violated Columbia's time, place, and manner rules. These included disruptive indoor protests with megaphones at Columbia Law School and the Columbia School of Social Work[576] and one where protesters shouted down Columbia faculty member and former Secretary of State Hillary Clinton during her remarks at an event.[577]

While SJP and JVP were suspended on November 10, 2023, following repeated violations of University rules and "threatening rhetoric and intimidation,"[578] they continued to hold unauthorized protests in defiance of the University without consequence, shouting eliminationist and pro-terror chants including "from the river to the sea Palestine will be Arab" and "Yemen, Yemen make us proud, turn another ship around."[579]

President Shafik and Co-Chairs Greenwald and Shipman each had previously cited the Interim Policy as an example of Columbia's commitment to addressing antisemitic violations of the University rules and maintaining a safe learning environment in their April 19, 2024, testimony before the Committee. Shafik testified, "Having clear and strong policies is important. Enforcing them is equally critical."[580] Greenwald had promised in his testimony that there would be "consequences for those who fail to abide by the new demonstration policy" and asserted that "in

---

[574] *Id*. (Under provisions that preexisted the wave of demonstrations following the October 7 attacks, events with high attendance, potential for significant disruption, or security concerns required an application for approval ten business days in advance.).

[575] Rebecca Massel, *'I am a target': Dozens of Jewish students report feeling unsafe on campus*, COLUMBIA SPECTATOR (Nov. 2, 2024), https://www.columbiaspectator.com/news/2023/11/02/i-am-a-target-dozens-of-jewish-students-report-feeling-unsafe-on-campus/.

[576] Aaron Sibarium, *Columbia Administrators Stand By as Anti-Israel Protesters Overrun Law School and Disrupt Classes*, THE WASHINGTON FREE BEACON (Nov. 21, 2023), https://freebeacon.com/campus/columbia-administrators-stand-by-as-anti-israel-protesters-overrun-law-school-and-disrupt-classes/; Daksha Pillai & Sabrina Ticer-Wurr, *School of Social Work students hold 'Palestinian Counteroffensive' teach-in despite cancellation by administration,* COLUMBIA SPECTATOR (Dec. 8, 2023), https://www.columbiaspectator.com/news/2023/12/08/school-of-social-work-students-hold-palestinian-counteroffensive-teach-in-despite-cancellation-by-administration/.

[577] Avian Munoz, *Protesters interrupt Institute of Global Politics 'Preventing and Addressing Conflict-Related Sexual Violence' event*, COLUMBIA SPECTATOR (Feb. 13, 2024), https://www.columbiaspectator.com/news/2024/02/13/protesters-interrupt-institute-of-global-politics-preventing-and-addressing-conflict-related-sexual-violence-event/.

[578] Press Release, Colum. Univ., Statement from Gerald Rosberg, Chair of the Special Committee on Campus Safety (Nov. 10, 2023), https://news.columbia.edu/news/statement-gerald-rosberg-chair-special-committee-campus-safety.

[579] Times of Israel Staff, *Hundreds call for intifada, hail Houthis at Columbia University anti-Israel protest* THE TIMES OF ISRAEL (Jan. 20, 2024), https://www.timesofisrael.com/hundreds-call-for-intifada-hail-houthis-at-columbia-university-anti-israel-protest/.

[580] *Columbia in Crisis*, *supra* note 569.

THIRD RASSBACH DECLARATION EXHIBIT 3

the cases where violations occur, we are seeing faster-paced discipline."[581] Greenwald had made clear that he believed the new policy would have an impact in combating antisemitism, stating of the policy, "Our hope is that the changes described here will enable our Jewish community members to feel safe, secure, and welcome at Columbia."[582]

Despite assenting to the Interim Policy, D'Armiento's statements made clear that she did not view the months of threatening, disruptive, and intimidating violative incidents of the preceding months as a problem that demanded redress.[583] At the time of the Interim Policy's issuance, *Inside Higher Ed* reported that, "According to D'Armiento, the University Senate would have preferred there be no limitations on demonstrations at all, but it was willing to compromise with the university."[584] D'Armiento stated, "We don't believe in times of crisis you change your rules that had…stood the test of time" and "We had protests all the time at Columbia; it's a university that embraces protest."[585]

Although one might think the events of the encampment and Hamilton Hall would have called for further strengthening of the events policy in advance of the new semester, Columbia chose the opposite route. On August 23, the University Senate passed a set of revised guidelines for the Rules of University Conduct[586]superseding the Interim Policy with a significantly weaker set of guidelines. D'Armiento told the *Columbia Spectator* that the Interim Policy no longer existed.[587] University Senator Joseph Slaughter went further, telling the *Spectator* that the Interim Policy was "usurping the authority of [the Rules] committee."[588] He said, "We already have time, place, and manner restrictions," and that "[t]hey may not look like the very strict versions that some people are interested in having, but they regulate time, place, and manner in the sense that they prioritize academic activities on campus."[589]

The abolition of the Interim Policy and adoption of the updated guidelines left the University's rules considerably weaker. The revised guidelines consisted of an updated version of a dense 59-page document without clarity on what about it was new or different.[590] Student organizations were no longer prohibited from holding protests indoors and they no longer had to register demonstrations in advance, making it more difficult for the University to maintain security and address rules violations.[591]

---

[581] *Id.*

[582] *Id.*

[583] Johanna Alonso, *Columbia Has Changed Its Protest Policy—Again* INSIDE HIGHER ED (Mar. 7, 2024), https://www.insidehighered.com/news/students/free-speech/2024/03/07/columbias-protest-policy-less-stringent-last-iteration.

[584] *Id.*

[585] *Id.*

[586] Colum. Senate Guidelines, *supra* note 570.

[587] Sarah Huddleston & Shea Vance, *University Senate revises guidelines supplementing Rules of University Conduct*, COLUMBIA SPECTATOR ((Sept. 5, 2024), https://www.columbiaspectator.com/news/2024/09/05/university-senate-revises-guidelines-supplementing-rules-of-university-conduct/.

[588] *Id.*

[589] *Id.*

[590] Colum. Senate Guidelines, *supra* note 570; An alumni group posted a redlined document highlighting changes in the new guidelines: https://standcolumbia.org/wp-content/uploads/2024/08/New-guidelines-of-RUC_redline.pdf

[591] Demonstration organizers were instead asked to notify the University of the event no later than "no later than at the time of their public announcement"

THIRD RASSBACH DECLARATION EXHIBIT 3

While the revised guidelines' section on sanctions fails to include any reference to serious sanctions such as suspension, probation, or expulsion, the Senate did add new language discussing "restorative justice approaches" as a means of discipline.[592]

One silver lining to the unsatisfactory new guidelines was that they did add a new section allowing the Rules Administrator to "impose interim sanctions, other than holds, at any time during the investigation process if there is an imminent need to protect the physical safety and security of the Columbia community and/or to prevent further substantial and persistent disruption of academic activities."[593] Under the guidelines, the Rules Administrator retained the power to issue a "hold" that prevents respondents from receiving diplomas yet the Rules Administrator failed to exercise this power and seven students arrested inside Hamilton Hall were shockingly allowed to graduate.[594]

This new provision on interim sanctions meant that the Rules Administrator could have imposed interim suspensions on the students arrested inside Hamilton Hall in advance of the new academic year, but failed to do so, in yet another serious indictment of the Rules process' ineffectuality.

While Columbia's President and Trustees were procedurally empowered to block the implementation of the new guidelines and the University Senate's discarding of the Interim Policy, they failed to do so. Instead, Columbia's Interim President Armstrong expressed that she was "grateful to the University Senate and its Rules of University Conduct Committee for their efforts."[595]

The abandonment of the Interim Policy had practical effects at the University. On September 4, 2024, a group of anti-Israel activists staged a protest inside an academic building outside of a class taught by former Secretary of State Hillary Clinton, chanting "globalize the Intifada" and using bullhorns to amplify their message.[596]  In a September 4 e-mail and subsequent September 18 meeting, Columbia's attorneys' affirmed that the University's position was that this disruptive protest did not violate the Rules on University Conduct.[597]

### *Columbia Stakeholders Privately Expressed Shock and Disdain for the University Senate's Radicalism*

While the University Senate has presented itself as representative of the broader University community, University stakeholders including the Chair Emeritus of Columbia's Board of Trustees, current Co-Chair of the Board of Trustees, deans of two Columbia schools, and a prominent faculty member expressed shock and disdain for the Senate's radicalism.

---

[592] Colum. Senate Guidelines, *supra* note 570 at 6.

[593] The Comm. on the Rules of University Conduct, Guidelines for the Rules of University Conduct 11 (Aug. 18, 2024), https://standcolumbia.edu/wp-content/uploads/2024/08/New-guidelines-of-RUC_redline.pdf (Less positively, the guidelines stated that such interim sanctions could not affect access to housing or dining unless the conduct at issue "involved serious actual or threatened harm to or in such facilities," meaning that many suspended students would have leeway to remain on campus).

[594] Colum. Senate Guidelines, *supra* note 570 at 12.

[595] Letter from Katrina A. Armstrong, Interim President, Colum. Univ, to Colum. Univ. Community (Sept. 5, 2024), https://president.columbia.edu/news/update-our-approach-protests-and-demonstrations

[596] Eden Yadegar (@edenyadegar), X (Sept. 4,2024, 2:09 PM), https://x.com/edenyadegar/status/1831394117538238941?s=46.

[597] E-mail from Counsel to Columbia University to Staff, H. Comm. on Ed. and the Workforce (Sept. 4, 2024 7:39 PM); Sept. 18 meeting between Counsel and Staff, H. Comm. on Education and the Workforce.

THIRD RASSBACH DECLARATION EXHIBIT 3

Jonathan Lavine, Chair Emeritus of Columbia's Board of Trustees, observed to Board Co-Chair David Greenwald that "if we put in a great time, place, [and manner] protest policy and then have the antisemites on the Senate in charge of discipline and enforcing it it will also fail." Greenwald appeared to agree with Lavine's sentiment, but cited opposition from President Shafik and Board Co-Chair Claire Shipman.[598]

| | | |
|---|---|---|
| JL | Jonathan Lavine < PII > | 2/5/2024, 7:27 PM |
| | I also think if we put in a great time, place in Manor protest policy and then have the antisemites on the Senate in charge of discipline and enforcing it it will also fail. I expressed that to Gerry. | |
| # | < PII > | 2/5/2024, 7:44 PM |
| | You should expect pushback from Claire who said to me today that it is important to listen to the other side... | |
| | M told us today that no one has been put through the senate rules process since 2017 and we have to give them a chance. If they do not take appropriate action against students we will revisit. We pushed back but she insists we have to give the senate a chance | |
| JL | Jonathan Lavine < PII > | 2/5/2024, 7:48 PM |
| | What happens if they disproportionally discipline Jews. Also there is another side to supporting rape and terrorism? Did she take the other side of the Social Work attacking us on BLM. | |

599

On May 2, Lavine sent Greenwald a social media post that Columbia faculty were planning a no confidence vote on Shafik in the aftermath of the NYPD clearing Hamilton Hall with the messaged, "I think the board should take a no confidence vote of the Senate and faculty leadership."[600]

| | | |
|---|---|---|
| 💬 | **chat126369393704609540** | |
| JL | Jonathan Lavine < PII > | 5/2/2024, 11:48 AM |
| | https://x.com/zachschermele/status/1786047317059273020?s=42&t=0LeOcNxkXm72de9wEq4FcQ | |
| | *Attachment: ~ Library_SMS_Attachments_cf_16_5C0A0D9C-4914-4915-A463-1B777A030B6E_3BBC18E0-6378-47A5-90FA-8BAB6095B104 pluginPayloadAttachment (9 KB)* | |
| JL | Jonathan Lavine < PII > | 5/2/2024, 11:49 AM |
| | I think the board should take a no confidence vote of the Senate and faculty leadership. | |

601

On May 5, Columbia College Dean Josef Sorett sent Columbia School of Journalism Dean Jelani Cobb a text message saying, "Senate sounds like CUAD," comparing the University Senate to the

---

[598] Text message from David Greenwald, Co-Chair, Colum. Board of Trustees, to Jonathan Lavine, Chair Emeritus, Colum. Board of Trustees (Feb. 5, 2024) (on file with Comm.).
[599] *Id.*
[600] Text message from Jonathan Lavine, Chair Emeritus, Colum. Board of Trustees, to David Greenwald, Co-Chair, Colum. Board of Trustees (May 2, 2024) (on file with Comm.).
[601] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

anti-Israel coalition that organized the encampment and other violations of University rules.[602] Cobb responded, "It's a spinoff."[603]

> JS     [PII] Josef Sorett           5/5/2024, 10:41 AM
       Senate sounds like CUAD

> JC     [PII] Jelani Cobb           5/5/2024, 10:42 AM
       It's a spinoff

                                                                [604]

On May 11, Board Co-Chair Claire Shipman sent her Co-Chair David Greenwald a message stating that Columbia School of International and Public Affairs faculty member Michael Nutter, who served as Philadelphia's mayor for eight years, was shocked by the University Senate's approach.[605] Shipman said that Nutter "dialed into a senate meeting this week and it blew his mind. He thinks that some of these faculty are just nuts."[606]

CS     Claire Shipman [PII]           5/11/2024, 11:09 AM
       I sent you something from Michael nutter. He called me this am. Former Philly mayor as you probably know. He has
       some really interesting ideas for moving forward. He's very practical, he said he dialed into a senate meeting this week
       and it blew his mind. He thinks that some of those faculty are just nuts. We talked about how to activate other faculty
       members how to get through what is basically a big political crisis. I think he could be an asset to Angela. And it might
       be good for you guys to talk as well. He's just a great guy and really really wants to be useful so I think he could be a
       powerful voice for sanity in a lot of this.

\#      [PII]           5/11/2024, 12:04 PM
       Please connect me with Mayor Nutter                        [607]

These communications make clear that multiple key Columbia stakeholders viewed the University Senate as extreme and out of touch. This gives the lie to the Senate's narrative that it is an authentic representative of the University community and shows that Columbia's leaders' deference to the radicalized Senate in disciplinary matters was excessive and unwarranted.

***University Senate Executive Committee Chair Jeanine D'Armiento's Favoritism Toward Antisemitic Student Activists Drew Objections from Columbia's Jewish Community***

University Senate Executive Committee Chair Jeanine D'Armiento's pattern of favoritism toward antisemitic activists drew objections and concerns from Columbia's Jewish community.

Throughout the encampment period, D'Armiento played a key role as a go-between for the Executive Committee leaders to communicate with the Columbia administration. D'Armiento gave the unlawful encampment unwarranted legitimacy and helped it advance its objectives by serving as an interlocutor for it with the Columbia administration on multiple occasions. Instead of calling on the encampment to disband, D'Armiento pressed the administration to accommodate it.

On the afternoon of Sunday, April 21, D'Armiento contacted Columbia's Vice President of Public Safety Gerald Lewis, asking him to come to the encampment to discuss several "incidents" and

---

[602] Text message between Josef Sorett, Dean, Colum. Coll., and Jelani Cobb, Dean, Colum. Sch. of Journalism (May 5, 2024) (on file with Comm.).
[603] *Id.*
[604] *Id.*
[605] Text message from Claire Shipman, Co-Chair, Colum. Board of Trustees, to David Greenwald, Co-Chair, Colum. Board of Trustees (May 11, 2024) (on file with Comm.).
[606] *Id.*
[607] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3
220

establish a channel of communication, noting that a student member of the University Senate was helping to facilitate the meeting.[608]

In the early morning hours of April 24, D'Armiento pressed one of the Columbia administration's lead negotiators with the encampment, Columbia School of Journalism Dean Jelani Cobb, to provide an e-mail from President Shafik offering assurances to students in the encampment, saying "They need the email from minouche before they relax" and following up an hour and a half later to say "[student] is upset. He has not received the letter."[609]

On the morning of April 30, as Hamilton Hall was still occupied, Board of Trustees Vice Chair Wanda Holland Greene reported to Shafik and Co-Chair Shipman that, in a lengthy discussion between the two, D'Armiento had urged Columbia's leaders to engage the protestors' "idealism" rather than threatening discipline.[610] Holland Green wrote that D'Armiento "is clearly and closely connected to the students who are leading the protest. She says that we are fighting an ideological battle (anti-war) with logic (threats of discipline). What I heard her say is that we either need to speak to their idealism or prepare for their continued and coordinated escalation."[611]

| | | |
|---|---|---|
| WH | **Wanda Holland-Green** ⟨ PII ⟩<br>Spoke to Jeanine at length. Let me know when we can talk. | 4/30/2024, 10:09 AM |
| CS | **Claire Shipman** ⟨ PII ⟩<br>We briefed cas | 4/30/2024, 10:42 AM |
| WH | **Wanda Holland-Green** ⟨ PII ⟩<br>My strong feeling is that the key here is to keep Jeanine talking to you-- and she will do that if she trusts you. She was quick to tell me that trustees had called to scream at her.<br><br>She is clearly and closely connected to the students who are leading the protest. She says that we are fighting an ideological battle (anti-war) with logic (threats of discipline). What I heard her say is that we either need to speak to their idealism or prepare for their continued and coordinated escalation. | 4/30/2024, 10:54 AM |
| MS | **Minouche Shafik** ⟨ PII ⟩<br>I am calling her now. | 4/30/2024, 10:57 AM |

[612]

D'Armiento's purported commitment to free expression was hypocritical. As she supported free expression for students wreaking havoc on the campus, she abused her power in Senate meetings to attempt to shut down speech from members who took a different perspective from hers. In a May 3 University Senate Zoom meeting, D'Armiento cut off the mic of faculty senator Carol Ewing Garber when she emphasized the "need for good security on campus" in light of the fact that "[w]e do know that there are groups who are supporting terrorists."[613] D'Armiento muted Garber's mic, inaccurately saying there was "no evidence" for the claim and that there was "danger in that statement."[614] D'Armiento acknowledged, "Maybe I broke the rules…but I cannot allow

---

[608] Text message from Jeanine D'Armiento, Chair, Colum. Univ Senate Exec. Comm., to Gerald Lewis, Vice President of Public Safety, Colum. Univ. (Apr. 21, 2024) (on file with Comm.).

[609] Text message from Jeanine D'Armiento, Chair, Colum. Univ Senate Exec. Comm., to Jelani Cobb, Dean, Colum. Univ. Sch. of Journalism (Apr. 24, 2024) (on file with Comm.).

[610] Text message from Wanda Holland Greene, Vice Chair, Colum. Board of Trustees to Claire Shipman and Minouche Shafik (Apr. 30, 2024) (on file with Comm.).

[611] *Id.*

[612] *Id.*

[613] Jon Levine, *Columbia professor has mic cut after warning university infiltrated by 'groups who are supporting terrorists' at faculty meeting*, NY POST (May 11, 2024), https://nypost.com/2024/05/11/us-news/columbia-faculty-senator-warns-campus-had-been-infiltrate-by-terrorist-organizations/.

[614] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

that kind of thing in a time like this" and shouted down another senator, stating, "This is my meeting, my meeting, my meeting."[615] Her response was not only hypocritical; it was flat out wrong: contrary to D'Armiento's statements, anti-Israel student groups on campus had openly supported Hamas and Houthi terrorists, including holding an event with Samidoun, which was recently designated by the U.S. and Canadian governments for financing terrorism.[616]

In another incident, at a September 20 meeting in which Columbia's Task Force on Antisemitism presented a report documenting pervasive antisemitic conduct violations at Columbia, D'Armiento refused to let the Task Force Co-Chairs respond to criticisms from a University senator supportive of the encampment. She repeatedly cut off one of the Task Force co-chairs throughout the meeting. Further, the Task Force had invited Jewish students concerned about antisemitism to share their experiences at the Senate meeting, but the Senate leadership refused to allow the students to speak.[617]

D'Armiento's sympathy toward the antisemitic students who perpetrated serious crimes and violations of University rules evidently did not extend to Jewish students and faculty suffering from the activists' harassment, intimidation, threats, and disruption.

In October 2024, over 250 members of the Columbia community signed a petition to the Senate objecting to D'Armiento potentially seeking a fourth term as Executive Committee Chair, citing "allegations of partiality," including that she failed to enforce University time, place, and manner rules against anti-Israel protests on October 7, 2024, who violated them, but went beyond the scope of the rules in place by restricting pro-Israel counter-protestors to a specific location.[618]

The University Senate's obstruction of discipline and favoritism toward the antisemitic, pro-terror students who have wrought havoc on Columbia's campus serves to discredit both the Senate and the Rules process, which has effectively served as a get out of jail free card for the University's worst offenders. For Columbia to be an institution where all students from all backgrounds can thrive, its leaders must be willing to stand up to the Senate's radicalism and take their University back.

**FINDING: HARVARD'S FACULTY INTERVENED TO PREVENT MEANINGFUL DISCIPLINE TOWARD ANTISEMITIC CONDUCT VIOLATIONS ON NUMEROUS OCCASIONS**

The Committee found that Harvard grossly failed to enforce its rules when faced with a tidal wave of antisemitic conduct violations following the October 7 attack. As at Columbia, recalcitrant faculty who rejected the imposition of discipline played a major role in preventing accountability at Harvard.

---

[615] *Id.*

[616] Adam Kredo & Jessica Costescu, *The US Sanctioned an Anti-Israel Group for Backing Terrorists. Months Ago, Its Leaders Were Hobnobbing With Columbia University Students,* THE WASHINGTON FREE BEACON (Oct. 15, 2024), https://freebeacon.com/israel/the-us-sanctioned-an-anti-israel-group-for-backing-terrorists-months-ago-its-leaders-were-hobnobbing-with-columbia-university-students/.

[617] Elisha Baker, *Silenced by the University Senate*, THE COLUMBIA SPECTATOR (Oct. 1, 2024), https://www.columbiaspectator.com/opinion/2024/10/01/silenced-by-the-university-senate/.

[618] Petition for Senate Action, *On the Governance of the Chair of the Executive Committee,* Colum. Univ. Community, https://docs.google.com/document/u/2/d/e/2PACX-1vSxcI67hGnDmAOpqwJ7FZQ8NOh2rvfaQGQ-cxkmu5MCP2l92H4cUCyFu4yWk6BxsylWAoUr6cRLHHWh/pub#ftnt11

THIRD RASSBACH DECLARATION EXHIBIT 3

One major failure was the University's administrative boards (ad boards), the institutional bodies that review disciplinary cases and impose sanctions at each Harvard school.[619] In the case of the encampment, the Harvard College Ad Board lessened the probations of 35 students and downgraded five suspensions to probation of no more than a semester.[620]

Harvard's leaders recognized this was a problem. In a November 6, 2023, meeting of the Harvard Corporation, Senior Fellow Penny Pritzker noted:

> Penny – John Manning said that they had issues with their ad boards. They won't punish anyone. If you can make a plea to them, they will let you off. Giving some reinforcement.
> Alan – the Ad Boards are the problem. The deans don't control those processes.                    [621]

### Harvard's Failure to Hold Students Who Occupied University Hall Accountable Demonstrated Failure of its Disciplinary Processes

The case of the November of 2023 occupation of Harvard's University Hall, which occupies a central position in Harvard Yard and contains Faculty of Arts and Sciences (FAS) administrative offices, illustrates the ad boards' failure to impose discipline. The building was unlawfully occupied by anti-Israel protesters for an entire day with no disciplinary consequences for the perpetrators.[622] Private communications between some of Harvard's most senior leaders made clear that they expected disciplinary sanctions to result, yet all nine of the students who occupied the building were given no formal discipline, instead receiving only informal admonishments.[623]

The morning of November 17, Provost Alan Garber asked Dean Rakesh Khurana about discipline that would "realistically be imposed on the U Hall occupiers."[624] Dean Khurana informed Provost Garber that "[t]he Ad Board decides but minimum would be probation and possibly RWD [Requirement to Withdraw]." "[625]

Dean Hopi Hoekstra of the Faculty of Arts and Sciences believed that the ad board would hold the students accountable.[626] Hoekstra told Dean Khurana, "We need to be sure we follow our policies to the letter" and that she understood that "occupying a building equals suspension" under Harvard policy and asked if they had a strong ad board. [627] Dean Khurana responded, "It can. They have a range," and affirmed to her, "We have a strong Ad board."[628] Yet what Khurana characterized as a "strong" ad board not only did not suspend the students: it failed to even reach what Khurana believed was the floor for the incident, which was probation.[629]

---

[619] Administrative Board, HARVARD, https://oaisc_fas.harvard.edu/administrative-board/.
[620] Harvard Disciplinary Chart, *supra* note 343.
[621] Meeting minutes, Harvard Corp. (Nov. 6, 2023) (on file with Comm.).
[622] Harvard Disciplinary Chart, *supra* note 343.
[623] H. Comm. on Education and the Workforce, *Harvard University Failed to Discipline Antisemitic Conduct Violations* (Sept. 23, 2024), https://edworkforce_house.gov/uploadedfiles/9.23.2024_harvard_disciplinary_final.pdf; Subcommittee Report, Administrative Board, Harvard Coll. (Feb. 16, 2024), https://edworkforce.house.gov/uploadedfiles/university_hall_clean_mb_redacted.pdf.
[624] Text message from Rakesh Khurana, Dean, Harvard Coll., to Alan Garber, Provost, Harvard Univ. (Nov. 17, 2023, 9:26 AM) (on file with Comm.).
[625] *Id.*
[626] Text message thread between Hopi Hoekstra Dean of the Harvard Faculty of Arts and Sciences with Rakesh Khurana, Dean, Harvard Coll. (Nov. 17, 2023, 7:50 AM) (on file with Comm.).
[627] *Id.*
[628] *Id.*
[629] Text message from Rakesh Khurana, *supra* note 624.

**FINDING: HARVARD CORPORATION SENIOR FELLOW PENNY PRITZKER ACKNOWLEDGED THAT THE UNIVERSITY'S DISCIPLINARY BOARDS' ENFORCEMENT OF THE RULES IS "UNEVEN" AND CALLED THIS "UNACCEPTABLE"**

In her transcribed interview before the Committee, Pritzker acknowledged that the ad boards' unwillingness to impose discipline was a real problem. She explained that then-Dean Manning had told her "[t]hat one of the challenges is that – is having the ad boards hold students accountable."[630] She further stated that "we've experienced the fact that the ad boards have been uneven in their enforcement across the University. This is something – this is a very serious issue that we're trying to deal with and that we've asked the President, our current President and our current Provost to deal with."[631]

Pritzker elaborated, "one of the challenges is we've had uneven enforcement of the rules. And this is – this is – this is not – the Corporation finds that unacceptable. It's not fair. It's not right. And so it's something that we have – have been very clear about with the people who need to now rectify this. I have confidence they understand, 'they,' the deans and the President and the Provost understand the seriousness of this situation. I don't think it's all fixed yet."[632] When asked what the solution looks like, Pritzker said, "it starts with who you put on the ad boards and what is their attitude about accountability."[633]

### *Radical Faculty Thwarted Efforts to Discipline Students in the Harvard Encampment*

On April 24, 2024, Harvard students formed an unlawful antisemitic encampment on Harvard Yard dubbed the "Harvard Liberated Zone."[634] The following day, encampment leadership emailed President Garber, Dean Khurana, and Dean of Students Thomas Dunne with a list of demands, including blanket amnesty for all students who had violated (and continued to violate) Harvard policies.[635]

On April 29th, Dean Khurana sent a message to HOOP leadership, cautioning that he could not "condone violations of University policies" and warning the encampment to "immediately cease the usage of amplified sounds and tents, among other disruptions."[636] That same day, Harvard's Office of Academic Integrity and Student Conduct began informing students participating in the encampment that they were in violation of a number of University policies, including those "which prohibit the erection of structures, including tents and tables," and that the encampment "significantly disrupted the normal operations of the University" and "disrupted the educational

---

[630] Pritzker Interview, *supra* note 157 at 73.

[631] *Id*.

[632] *Id*. at 74.

[633] *Id*. at 74.

[634] Crimson News Staff, *LIVE UPDATES: Pro-Palestine Protesters Begin Encampment in Harvard Yard,* THE HARVARD CRIMSON (Apr. 25, 2024), https://www.thecrimson.com/article/2024/4/25/harvard-yard-protest-palestine/.

[635] E-mail from Harvard Out of Occupied Palestine, to President Garber, Dean Khurana, and Dean Dunne, Harvard Univ. (Apr. 25, 2024, 1:31 PM) (on file with Comm.).

[636] E-mail from Rakesh Khurana, Dean, Harvard Coll., to Harvard Out of Occupied Palestine (Apr. 29, 2024, 3:58 PM) (on file with Comm.).

environment at Harvard by disturbing first-year undergraduate students…during Reading period."[637]

On May 6, 2024, President Garber issued another public statement warning that the encampment "present[ed] a significant risk to the educational environment of the University" and that "those who participate[d] in or perpetuate[d] its continuation [would] be referred for involuntary leave," calling for its immediate disbandment.[638]

Radical faculty encouraged the students to hold out. Professor Walter Johnson entered the encampment and began agitating the encamping students, encouraging them to continue the encampment.[639] He told the students that he "deplore[d] caving in" and he led them in a chant of "what do [we] want…justice…if we don't get it…shut it down." [640] A group of more than 300 Harvard faculty signed onto a letter to Garber urging him to negotiate with the encampment.[641] Conversely, more than 180 Harvard faculty sent a separate open letter to Garber urging him to end the encampment and "not to make concessions to the protestors that would have not been granted had they followed the rules."[642]

Ultimately, President Garber reached an agreement with the encampment and on May 14, he announced the encampment would disband in exchange for two meetings: "a meeting with the chair of the Corporation Committee on Shareholder Responsibility and other University officials to address questions about the endowment" and a meeting "with students to hear their perspectives on academic matters related to longstanding conflicts in the Middle East."[643] Garber also urged the school's ad boards to "evaluate expeditiously…the cases of those who participated in the encampment."[644]

Members of the Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias registered their concerns that the deal was "rewarding the students" who participated in the encampment, would "incentivize more violations," and had "effectively [given] amnesty" to those who had maintained the encampment in violation of University policy.[645] "HOOP" sent its own statement to sympathetic students and faculty championing the end of the encampment as a win,

---

[637] Letter from the Off. of Academic Integrity and Student Conduct, Harvard Coll., to Harvard student (Apr. 29, 2024) (on file with Comm.).

[638] Emma H. Haidar & Cam E. Kettles, *Harvard President Garber Breaks Silence on Encampment, Threatens 'Involuntary Leave' for Protesters* THE HARVARD CRIMSON (May 6, 2024), https://www.thecrimson.com/article/2024/5/6/garber-threatens-suspension-encampment/.

[639] Text messages between Alan Garber, President, Harvard Univ., and Rakesh Khurana, Dean, Harvard Coll. (May 6, 2024) (on file with Comm.).

[640] Text messages between Alan Garber, President, Harvard Univ., and Rakesh Khurana, Dean, Harvard Coll. (May 6, 2024) (on file with Comm.).

[641] Tilly R. Robinson & Neil Shah, *More than 300 Harvard Faculty Urge Garber to Negotiate with Pro-Palestine Protesters*, THE HARVARD CRIMSON (May 8, 2024), https://www.thecrimson.com/article/2024/5/8/harvard-faculty-urge-garber-encampment-negotiations/.

[642] Tilly R. Robinson & Neil H. Shah, *More than 180 Harvard Faculty Sign Letter Urging Garber to End Pro-Palestine Encampment*, THE HARVARD CRIMSON (May 11, 2024), https://www.thecrimson.com/article/2024/5/11/faculty-letter-garber-encampment-end/.

[643] Press Release, Alan Garber, President, Harvard Univ., Update on Encampment in Harvard Yard (May 14, 2024), https://www.harvard.edu/president/news/2024/update-on-encampment-in-harvard-yard/.

[644] *Id.*

[645] E-mail from Jerome Groopman, Member, Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias, Harvard Univ., to Members of Task Force (May 15, 2024, 5:21 AM) (on file with Committee).

claiming that "the University is backing down on disciplinary measures" and that "the University has further offered to retract suspensions."[646]

Pritzker told the Committee that she had spoken to Garber shortly after he reached the deal, and that he had affirmed to her that the agreement would not negatively affect the University's ability to impose discipline on students who were involved with the encampment:

> Q: So it did not -- so aside from lifting the involuntary leave, which you don't recall if you were aware at that point or later, it did not affect any disciplinary consequences aside from expediting the processes?
>
> A: That's what Alan explained to me. And, in fact, I heard that. Remember, it's 3 in the morning. I'm sound asleep. I'm on a freaking train. And I hung up the phone, and I called him back just to make sure I'd understood correctly. "You didn't agree to anything else?" "No, I didn't." Because I wanted to make sure that we were not- that these kids were still subject to disciplinary action.[647]

Initially, the Harvard College ad board had appeared poised to enact serious discipline for the conduct violations that had taken place in the encampment, suspending five students and placing more than 20 on probation days after the agreement to end the encampment.[648] Then radical faculty took action to thwart accountability.

On May 17, 2024, President Garber sent Harvard Vice President for Public Affairs and Communications Paul Andrew a text message stating, "I take it that you've heard about the college ad board proceedings. I've begun to hear from faculty who are close to the affected students. There may be a ruckus."[649] Then, on May 20, members of Harvard's Faculty of Arts and Sciences took the shocking step of packing a meeting on degree conferral and voting to add 13 students who had previously been planned to graduate but were ineligible due to disciplinary sanctions back onto the list of students to be conferred degrees.[650]

Pritzker explained, "I think there was a meeting of 110, roughly, faculty, as the story was told to me, 60 of whom voted to confer degrees on the 13 seniors who were not in good standing. And the reason I want to be precise is the Harvard faculty of FAS is like 800 and some odd, so we often use the word 'the faculty,' but sometimes you end up with minorities of faculty taking action."[651]

She elaborated, "I would characterize it as that you had a small group of faculty show up and take over the meeting for the express purpose of conferring – of trying to confer degrees on those 13 students. That's at least how it was explained to me by people who were in the room."[652]

---

[646] E-mail from Harvard Out of Occupied Palestine to Harvard Faculty (May 14, 2024, 8:32 AM) (on file with Committee).
[647] Pritzker Interview, *supra* note 157 at 170.
[648] Tilly R. Robinson & Neil H. Shah, *Harvard Faculty Overwhelmingly Vote to Allow Seniors Disciplined Over Encampment to Graduate*, THE HARVARD CRIMSON (May, 21, 2024), https://www.thecrimson.com/article/2024/5/18/harvard-encampment-protesters-suspended/.
[649] Text message from Alan Garber, President, Harvard Univ., to Paul Andrew (May 17, 2024, 10:06 PM) (on file with Committee).
[650] Robinson & Shah, *supra* note 648.
[651] Pritzker Interview, *supra* note 157 at 173.
[652] *Id*. at 174.

THIRD RASSBACH DECLARATION EXHIBIT 3

Harvard Economics Professor Jason Furman, who served as Chair of the Council of Economic Advisors under President Obama, offered a troubling picture of the meeting. In a May 20 text message, he wrote that the meeting had been "incredibly poorly run" with "no due process, deliberation, information, or anything else that should be part of a governance process." He said that Faculty of Arts and Sciences (FAS) Dean Hoekstra "once again ran it while saying almost nothing and coming off as clueless."[653]

---

💬 **CHAT - E029_0000001 - 02118 - 2024/05/20**

JF   **Jason Furman** ⬚⬚Redacted - PII⬚⬚                                    5/20/2024, 19:07
Today's faculty meeting to restore degrees to 13 students was (separate from the outcome), incredibly poorly run. Only people for the restoration spoke. No one against it did until after the vote when Rakesh gave a powerful speech that is worth getting from him. There was no due process, deliberation, information, or anything else that should be part of a governance process. And Hopi once again ran it while saying almost nothing and coming off as clueless. If you had a video you would be appalled.

---

[654]

However, the Harvard Corporation rejected the FAS's demands and declined to confer degrees upon the thirteen students who were not in good standing, citing clear provisions in the Harvard College Student Handbook precluding students not in good standing from receiving degrees.[655]

Two days later, Furman forwarded Pritzker a similar account of the meeting by a "long-standing, prominent professor who is reasonably far left and not someone who has focused on issues around anti-semitism on campus."[656] The professor pilloried Dean Hoekstra's handling of the meeting, saying that it was "obvious" that she "never should have allowed a spur of the moment voice vote by a… tiny fraction of the FAS faculty" and noted that a "vote to define an entire political category of students as not subject to long established disciplinary procedures is obviously a huge policy change." [657] The professor strongly supported the Corporation's decision to withhold the degrees but expressed concern that the disorganization displayed in the FAS meeting "portends more trouble to come."[658]

---

[653] Text message from Jason Furman, Professor, Harvard Univ. (May 20,024) (on file with Comm.).
[654] *Id.*
[655] *Conferral of Degrees*, HARVARD, https://www.harvard.edu/2024/05/22/conferral-of-degrees/.
[656] Email from Jason Furman, Professor, Harvard Univ., to Penny Pritzker, Senior Fellow, Harvard Corp. (May 24, 2024) (on file with Comm.).
[657] *Id.*
[658] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

| From: | Jason Furman ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ] |
|---|---|
| Sent: | 5/24/2024 9:03:00 AM |
| To: | Pritzker, Penny [/o=ExchangeLabs/ou=Exchange Administrative Group ▮▮▮▮▮▮▮▮▮▮▮ , P] |
| Subject: | Sharing an email from a faculty member |

Penny - This email was written to a listserv by a long-standing, prominent professor who is reasonably far left and not someone who has focused on issues around anti-semitism on campus. I'm not sure how representative it is but I would not be surprised if this was a majority view in a secret ballot.

------------

*Colleagues,*

*I read what everyone had to say with interest. Big picture, I think it is obvious that the FAS Dean and her team should never have allowed a spur of the moment voice vote by a 115 tiny fraction of the FAS faculty. The Dean does not seem to know the rules and procedures of her own Faculty and, apart from the appeals procedures for ad board disciplinary decisions about INDIVIDUALS, the FAS does not allow major policy changes to be rammed through in one, unnoticed faculty meeting. A vote to define an entire political category of students as not subject to long established disciplinary procedures is obviously a huge policy change.*

*With major consequences: What happens if we blow up student disciplinary procedures? Nothing good. Sets of faculty often question specific ad board decisions. Who would agree to serve on the ad board, which deals with wrenching cases, if this kind of sudden politicized reversal can happen? My Government colleagues who helped ram this through have not been thinking clearly. This kind of move increases faculty conflict and weakens the university against external political attacks.*

*And no, the Corporation did not intervene in faculty decisions inappropriately. They were handed this hot potato and had to decide between catering to a hot headed faction and upholding established disciplinary and decision making rules. They should not have had to decide, because the FAS Dean had good reasons to rule out the Monday vote. A weak, disorganized FAS Dean portends more trouble to come.*

*The Crimson asked me if I expected the instant "faculty revolution" over this that a couple of my Government colleagues are threatening. I told them I would bet them one of my excellent strawberry shortcakes that no faculty revolution would happen during summer. And by fall, I hope people will focus on real threats in the world.*

659

On June 21, 2024, the FAS Faculty Council intervened in the disciplinary process, and voted to send the disciplinary cases back to the Harvard College ad board, demanding leniency.[660] Less than a month later, the ad board reversed the charges and Dean Hoekstra restored the thirteen students to good standing.[661] Later in July, the Harvard Corporation voted to confer degrees to 11 of the 13 students whose graduations had initially been delayed.[662] The move by the Faculty Council to undo the students' discipline shielded the students from being held accountable for their open violations of University policy and encourages future disruptive actions on campus by setting the expectations of a lack of consequences for misconduct.

The experiences of the University Hall occupation and the Harvard Yard encampment, in which sympathetic faculty members shielded students who engaged in brazen conduct violations from

---

[659] *Id.*

[660] Michelle N Amponsah, Joyce E. Kim & Tilly Robinson, *Harvard Reverses Decision to Suspend 5 Pro-Palestine Protesters Following Faculty Council Appeal*, THE HARVARD CRIMSON (July 10, 2024)
https://www.thecrimson.com/article/2024/7/10/harvard-reverses-encampment-suspensions/.

[661] Letter from Hopi Hoekstra, Dean, Faculty of Arts and Sciences, Harvard Univ., to Marc Goodheart, Secretary, Office of the Governing Boards (July 10, 2024) (on file with Committee).

[662] Michelle N. Amponsah & Joyce E. Kim, *Harvard Corporation Releases Diplomas to 11 Students Who Participated in Encampment*, THE HARVARD CRIMSON (July 23, 2024),
https://www.thecrimson.com/article/2024/7/23/harvard-corporation-diplomas-encampment/.

THIRD RASSBACH DECLARATION EXHIBIT 3
228

accountability for their repeated flagrant violations of University policy, demonstrate the need for meaningful reform. A subset of Harvard's faculty have contributed to an environment of antisemitic harassment, disruptive rule violations, and illegal actions taken in the name of favored political agendas. As Senior Fellow Pritzker aptly noted, "if there are rules, and [the rules] are broken, and there isn't disciplinary action…it's hard to manage a community. So…it's very important that we hold our community accountable to our standards and our rules."[663]

In December 2023, following the disastrous testimony of then-President Gay, the Harvard Corporation had expressed that they were "united in our strong belief that calls for violence against our students and disruptions of the classroom experience will not be tolerated."[664] Unfortunately, members of the Harvard faculty have played a key role in preventing the Corporation's commitment from being realized. In order to live up to its promise, the Corporation and Harvard's administrative leaders must rise to the occasion and make clear that the rules will be enforced.

### *Conclusion*

The Committee's investigation has revealed a total failure by school leadership in holding students accountable for violations of school policy and the law. The Committee collected disciplinary data from eleven schools – six of which failed to suspend a single student despite extensive documentary evidence of antisemitic harassment, unlawful encampments, and other acts of misconduct. Students who showed no remorse for serious transgressions against their school communities, even vowing to continue to disrupt academic and campus life, were allowed to remain in good standing or were merely subject to short, often-unenforced probationary periods.

At Columbia and Harvard, where administrators rely on faculty to enforce disciplinary procedure, extremist faculty members hijacked the disciplinary process to allow ideologically aligned students to avoid consequences for repeated, extensive violations of community trust through disruptions of classes, unlawful encampments, or even trespass, vandalism, and acts of violence.

Schools have a responsibility to protect their students and ensure a safe educational and campus environment. The eleven schools reviewed in this section failed to do so, and they must immediately move to ensure that all policies and laws are enforced equally and fairly.

---

[663] Pritzker Interview, *supra* note 157 at 178.
[664] Statement, Harvard Corp., *Our President* (Dec. 12, 2023), https://www.harvard.edu/2023/12/12/statement-from-the-harvard-corporation-our-president/.

THIRD RASSBACH DECLARATION EXHIBIT 3

---

**KEY FINDING: So-called university leaders expressed hostility to congressional oversight and criticism of their record. The antisemitism engulfing campuses was treated as a public-relations issue and not a serious problem demanding action.**

---

In contrast to their public professions recognizing the importance of combating antisemitism and respect for congressional oversight of the matter, documents produced to the Committee show that behind closed doors university leaders including presidents and chairs of boards of trustees repeatedly showed contempt for congressional oversight of campus antisemitism and public criticism.

Harvard President Claudine Gay launched into a personal attack on Representative Elise Stefanik in a formal meeting of the University's Board of Overseers. Columbia trustees derided congressional oversight of campus antisemitism and corresponded about how they hoped Democrats would take Congress days after receiving assurances from Senate Majority Leader Chuck Schumer that universities would not face accountability from Democrats. University of Pennsylvania leaders disparaged former New Jersey Governor Chris Christie as "easily purchased" for calling for then-President Liz Magill to be fired and they worked to orchestrate media coverage portraying Members of Congress as bullying and grandstanding after Magill's disastrous testimony on campus antisemitism.

**FINDING: HARVARD PRESIDENT DISPARAGED REPRESENTATIVE ELISE STEFANIK'S CHARACTER TO THE UNIVERSITY'S BOARD OF OVERSEERS**

When Harvard's then-President Claudine Gay publicly apologized in the *Harvard Crimson* for her shocking and disastrous congressional testimony where she testifed that whether calling for the genocide of Jews violated Harvard's rules depended "on the context," she projected a respect for the process by emphasizing that she had been pleased to appear before the Committee for questioning.[665] However, behind closed doors in a formal meeting of the University's Board of Overseers just days after her testimony, Gay launched into a stunning personal attack on the Member of Congress whose questioning yielded those damaging answers, Representative Elise Stefanik, herself a Harvard alumna.

Harvard's official notes of the December 10 meeting of the Board of Overseers show that Gay acknowledged that the "truth" she "should have expressed is that calls for violence against jeweish [*sic*] community shouldn't be allowed," before she pivoted to lashing out with an apparent reference to Congresswoman Stefanik, whom she falsely described as a "purveyor of hate" and "supporter of proudboys."[666]

---

[665] Miles J. Herszenhorn & Claire Yuan, *'I Am Sorry': Harvard President Gay Addresses Backlash Over Congressional Testimony on Antisemitism*, THE HARVARD CRIMSON (Dec. 8, 2023), https://www.thecrimson.com/article/2023/12/8/gay-apology-congressional-remarks/.
[666] Meeting minutes, Board of Overseers, Harvard Univ. (Dec. 10, 2023) (on file with Comm.).

> Also say a word about Tuesday's hearing. I had hoped to be able to share with congress and America much of what you're about to hear. The hearing went in other directions, and a hearing's not conducive for the kind of conversation needed to address hate. 90 second clip that has been the focus of scrutiny. Had gotten aught up in an extended exchange about policies. The truth I should have expressed is that calls for violence against jeweish community shouldn't be allowed. It's been very hard to have moral core being called into question, esp led by someone who is a purveyor of hate, supporter of proudboys. Infuriating, but I hope that we can work without this getting in the way of the work we need to do to work on hate. [667]

That the sitting president of Harvard would launch into a personal attack on a Member of Congress and alumna of the University in a formal meeting of the University's governing board displayed a stunning contempt not only for Representative Stefanik, but for the Committee's efforts to conduct oversight of the explosion of antisemitism on Harvard's campus.

## FINDING: COLUMBIA'S LEADERS EXPRESSED CONTEMPT FOR CONGRESSIONAL OVERSIGHT OF CAMPUS ANTISEMITISM

As Columbia attempted to avoid the kind of fallout Harvard and Penn had experienced in the wake of the December 5 hearing, Board of Trustees Co-Chair Claire Shipman derided congressional oversight efforts on antisemitism as "capital [*sic*] hill nonsense."[668]

Shipman celebrated a complimentary *New York Times* story that suggested that Columbia and then-President Minouche Shafik had navigated tensions over the Israel-Hamas war more deftly than other Universities. In a text message to Shafik, Shipman wrote of the article, "most critically I think it heavily inoculates us for a while from the capital hill nonsense and threat."[669] This suggests that Shipman was more concerned about Columbia's public image and exposure than confronting the substantive problem of antisemitism at the University.

Shipman's message also showed that at the same time that Columbia was touting aggressive actions on antisemitism to the media, such as suspending its chapters of student groups that had repeatedly violated university rules in the course of engaging in antisemitic and pro-Hamas conduct, she was working behind the scenes to appease the University's antisemitic actors. She wrote that she was seeking to "unsuspend the groups."[670] She also proposed partnering with Rashid Khalidi, a prominent Palestinian faculty member who has called terrorists "resistance fighters,"[671] Israel the "result of a settler colonial project,"[672] and said in 2017 that Israel's supporters would "infest" the U.S. government in the forthcoming Trump administration.[673]

---

[667] *Id.*

[668] Text message from Claire Shipman, Co-Chair, Board of Trustees, Colum. Univ., to Minouche Shafik, President, Colum. Univ. (Dec. 28, 2024, 10:57 AM) (on file with Comm.).

[669] Text message from Claire Shipman, Co-Chair, Board of Trustees, Colum. Univ., to Minouche Shafik, President, Colum. Univ. (Dec. 28, 2024, 10:57 AM) (on file with Comm.).

[670] *Id.*

[671] Dylan Saba, *You Can't Unsee This Image,* JEWISH CURRENTS (May 17, 2022), https://jewishcurrents.org/you-cannot-unsee-this-image.

[672] Democracy Now, *Israel is a colonial project, says historian Rashid Khalidi,* YOUTUBE (Dec. 20, 2023), https://www.youtube.com/watch?v=p_GizcaIKCE.

[673] Daniel J. Roth, *Columbia prof. says Israel advocates will 'infest' Trump administration*, THE JERUSALEM POST (Jan. 19, 2017), https://www.jpost.com/diaspora/columbia-prof-says-israel-advocates-will-infest-trump-administration-478993.

THIRD RASSBACH DECLARATION EXHIBIT 3
231



💬 **Untitled**

#     PII       Claire Shipman                  12/28/2023, 10:57 AM

The piece was pretty amazing given the moment. Headline terrific. Love all of the reminder about your extraordinary bio. Victor really pushed the political neutral point! The package as all in there and the Dean's letter. I think all things considered you and the university seem wise!

And most critically I think it heavily inoculates us for a while from the capital hill nonsense and threat. I spent a fair amount of time of time badgering her and refusing to be on the record unless she made her slant plain. In the end she said it was balanced but I didn't really believe her until I read it

I do think we should think about how to unsuspend the groups before semester starts to take the wind out of that.

And then how to do some things with Rashid. Events. That won't be popular in some groups but he is a respected academic.

Also. I loved the last quote from the head of Hillel. We need to embrace people like him.

Maybe the students can all unite in their hatred of us!

Hope holidays good.                                             674

***Columbia's Leaders Indicated They Would Not Meet with Republicans After Senate Majority Leader Chuck Schumer Advised That They Did Not Have "Political Problems" with Democrats***

On January 4, then-President Shafik explained to Shipman and her fellow Co-Chair David Greenwald that she had met with Senate Majority Leader Chuck Schumer, who advised Shafik that "universities political problems are really only among Republicans."[675] The Senator's staff recommended the "best strategy is to keep heads down," and when asked, Schumer and his staff indicated they did not believe it was necessary for the University's leaders to meet with Republicans.[676] Greenwald echoed this, writing in response, "If we are keeping our head down, maybe we shouldn't meet with Republicans."[677]

---

[674] Text message from Claire Shipman, Co-Chair, Board of Trustees, Colum. Univ., to Minouche Shafik, President, Colum. Univ. (Dec. 28, 2024, 10:57 AM) (on file with Comm.).
[675] Text messages between Minouche Shafik, President, Colum. Univ., and Co-Chairs, Board of Trustees, Colum. Univ. (Jan. 4, 2024) (on file with Comm.)
[676] *Id.*
[677] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

---

💬 **Columbia Chairs**

| # | ▭ PII ▭ @s.whatsapp.net Minouche | 1/4/2024, 6:05 PM |

Spoke to Chuck Schumer who was very positive and supportive (and quite the storyteller).  He said he would try to come speak to trustees in DC himself if schedule works — I mentioned dinner on 1 March.  Easier for him if subset of trustees comes to his office on the Thursday.  Let's see — I will send a letter inviting him and Shailagh's team will chase.

| >＃ | ▭ PII ▭ @s.whatsapp.net Claire Shipman | 1/4/2024, 6:14 PM |

Terrific. Thank you!

| >＃ | ▭ PII ▭ @s.whatsapp.net Minouche | 1/4/2024, 6:15 PM |

He also said universities political problems are really only among Republicans. His staffer was of the view that best strategy is to keep heads down!

| >＃ | ▭ PII ▭ @s.whatsapp.net Claire Shipman | 1/4/2024, 6:17 PM |

Yes. Makes sense. Did they have any view about the need to meet with republicans while there?

| >＃ | ▭ PII ▭ @s.whatsapp.net Minouche | 1/4/2024, 6:25 PM |

No.  They seemed to think that reason had little to do with the problem.

| >＃ | ▭ PII ▭ @s.whatsapp.net David Greenwald | 1/4/2024, 6:44 PM |

If we are keeping our head down, maybe we shouldn't meet with Republicans. That being said we are likely in their sights already. We should have a plan in case the attention focuses on us

678

Days later, Greenwald exchanged text messages with his immediate predecessor Jonathan Lavine, about the Committee's investigation and how they hoped Democrats would retake the House. On January 7, Greenwald sent Chair Emeritus Lavine a recent *New York Times* article about the expansion of the Committee's investigation into campus antisemitism. Lavine responded, "Let's hope the Dems win the house back."[679] Greenwald replied, "Absolutely."[680]

---

[678] *Id.*
[679] Text messages between David Greenwald, Co-Chair, Board of Trustees, Colum. Univ. and Jonathan Lavine, Chair Emeritus, Board of Trustees, Colum, Univ. (Jan. 7, 2024) (on file with Comm.).
[680] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3



The messages between Columbia's leaders make clear that they held contempt for congressional oversight efforts on antisemitism and hoped that they would be spared from it by a change in control of Congress. Rather than rectify antisemitism at Columbia, they hoped to escape accountability.

**FINDING: PENN'S LEADERS SUGGESTED POLITICIANS CALLING FOR PRESIDENT MAGILL'S RESIGNATION WERE "EASILY PURCHASED" AND SOUGHT TO ORCHESTRATE NEGATIVE MEDIA COVERAGE OF MEMBERS OF CONGRESS WHO SCRUTINIZED THE UNIVERSITY.**

Leaders at Penn expressed similar sentiments, dismissing calls for Magill's resignation weeks prior to the hearing, and describing those who made them as "easily purchased," and working after the hearing to orchestrate media coverage portraying Members of the Committee as engaging in bullying and grandstanding.

***Penn Board of Trustees Chair Derided Former New Jersey Governor Chris Christie as "Easily Purchased" After He Called for President Liz Magill's Resignation***

Even before the December congressional hearing, the then-Chairman of Penn's Board of Trustees Scott Bok, and then-President Magill disparaged former New Jersey Governor Chris Christie for calling for Magill to be fired, with Bok suggesting that Christie had been "easily purchased."[682] Christie had called for the presidents of Harvard, Penn, and Cornell to be fired immediately, saying, "this is not about freedom of speech, this is about rank incompetence."[683]

---

[681] *Id.*
[682] Email thread between Scott Bok, Chairman, U. Pa. Board of Trustees, and Liz Magill, President, U. Pa. (Nov. 20, 2023) (on file with Comm.).
[683] Forbes Breaking News, *Chris Christie Calls For Presidents of Harvard, UPenn, and Cornell to be Fired,* YOUTUBE (Nov. 17, 2023), https://www.youtube.com/watch?v=6DR1Bhzn38c.

THIRD RASSBACH DECLARATION EXHIBIT 3
234

Magill called Christie's remarks, "Part of the political branch of this campaign."[684] This was an apparent reference to efforts by Jewish and non-Jewish Penn alumni to hold the University accountable for its sponsorship of the virulently antisemitic Palestine Writes Festival and of its meager response to the explosion of antisemitic conduct on campus in the wake of October 7, by withholding donations and calling for Magill's resignation. Bok responded to Magill, "Yup. And that group is so easily purchased," words that echoed longstanding antisemitic tropes about Jewish money and influence.[685]

The exchange between Bok and Magill shows that they dismissed efforts to hold colleges accountable for their inability to get control of antisemitism on their campuses. This in turn suggests that they were not particularly concerned that Penn had a problem with antisemitism in the first place.

| From: | Scott Bok |
|---|---|
| Sent: | Monday, November 20, 2023 7:28 AM EST |
| To: | Magill, M. Elizabeth |
| Subject: | Re: News |

Yup. And that group is so easily purchased.

Scott L. Bok
Chairman & Chief Executive Officer
Greenhill & Co., LLC
1271 Avenue of the Americas
New York, NY 10020

On Nov 20, 2023, at 7:27 AM, Magill, M. Elizabeth ◄ ███████████ ► wrote:

Part of the political branch of this campaign.
**From:** Scott Bok ◄ ██████████ 
**Sent:** Monday, November 20, 2023 7:23:51 AM
**To:** Magill, M. Elizabeth ◄ ████████ 
**Subject:** Re: News

Christie called for you to be fired? That's outrageous. He knows nothing about the situation.

Scott L. Bok
Chairman & Chief Executive Officer
Greenhill & Co., LLC
1271 Avenue of the Americas
New York, NY 10020

686

---
[684] Bok Email Thread, *supra* note 682.
[685] *Id.*
[686] *Id.*

THIRD RASSBACH DECLARATION EXHIBIT 3

***Following the December 5 Hearing, Penn Officials Sought to Plant Media Narratives that Members of Congress Engaged in "Bullying and Grandstanding"***

On the night of December 5, 2023, following then-President Magill's disastrous testimony earlier that day, Penn officials sought to generate media narratives portraying Members of Congress' questioning of Magill as "bullying and grandstanding."[687]

Leah Popowich, an official in the University President's office, and Vice President for University Communications Anna Cowenhoven exchanged text messages about having Philadelphia Citizen Co-Executive Director Larry Platt cover the hearing in a sympathetic manner. Popowich wrote that Platt would "write about it tomorrow if we want help," saying that he "gets it" and "[t]hinks [it is] ridiculous."[688] Cowenhoven responded by asking if he "could talk about bullying and grandstanding by members." Popowich affirmed, "Yes he would."[689]



Cowenhoven and Popowich's messages make clear that they viewed the problem with the hearing was not Magill's morally bankrupt testimony but rather that "bullying and grandstanding" Members of Congress had dared to hold her accountable for her record. In September 2024, Cowenhoven left Penn to return to her previous employer, Harvard, leading communications for Harvard's Faculty of Arts and Sciences.[691]

---

[687] Text messages between Leah Popowich, Larry Platt, & Anna Cowenhoven (Dec. 5, 2023) (on file with Comm.).
[688] *Id.*
[689] *Id.*
[690] *Id.*
[691] Tilly R. Robinson & Neil H. Shah, *Anna Cowenhoven Returns to Lead Faculty of Arts and Sciences Communications*, THE HARVARD CRIMSON (Oct. 2, 2024), https://www.thecrimson.com/article/2024/10/2/cowenhoven-return-fas-communications/.

THIRD RASSBACH DECLARATION EXHIBIT 3

*Conclusion*

It is telling that top university leaders at Harvard, Columbia, and Penn, including presidents and board chairs, privately expressed harsh contempt for congressional efforts to conduct oversight of campus antisemitism. The shocking events of the past year have made clear that these three institutions, like many other universities throughout the country, have serious problems with antisemitism that they must confront.

Yet the leaders of these institutions frequently exhibited defensiveness and denial regarding the seriousness of the problem, privately dismissing congressional scrutiny and public criticism of their leadership.

While the universities that the Committee is investigating for their failures in responding to campus antisemitism were quick to offer assurances that they would cooperate and comply with the Committee's investigations, their record demonstrates the opposite: they obstructed, withheld, and delayed even basic requests.

University leaders demonstrated more revulsion for scrutiny and criticism of antisemitism on their campuses than for antisemitism itself. Their success in combating antisemitism on their campuses hinges on whether they reverse this ratio.

121

THIRD RASSBACH DECLARATION EXHIBIT 3

## CONCLUSION

On December 7, 2023, exactly two months after the Hamas terror attack that killed more than a thousand innocents in Israel, House Committee on Education and the Workforce Chairwoman Virginia Foxx announced a formal investigation into antisemitism at Harvard, Yale, and MIT. The Chairwoman noted that "disgusting targeting and harassment of Jewish students is not limited to these institutions." [692] The past year's investigation has sadly demonstrated this statement to be true beyond any doubt as the Committee expanded its investigation to include other postsecondary institutions facing acute environments of antisemitic harassment, disruptions of academic life, and even acts of violence targeting Jewish students.

This report contains just a selection of key findings using representative examples from the hundreds of thousands of pages collected during the Committee's extensive investigation into antisemitism on postsecondary campuses. The Committee's oversight will continue to shine the light on colleges and universities that are unable to ensure the safety of their student populations, including their Jewish students.

The Committee's investigation not only revealed a systemic failure by university leaders to enforce and apply existing policies to antisemitic students, student organizations, and faculty members, but also an unwillingness to combat antisemitism in general. Instead, these institutions gave the public nothing more than lip service in claiming they cared about student safety on campuses. In many cases, these institutions attempted to hide behind the First Amendment's Free Speech protections, yet it appears that in numerous cases both hateful speech and conduct targeting Jews received shockingly favorable treatment. In the absence of congressional oversight and public pressure, schools would have done even less to meaningfully address antisemitism on campus. Our inquiry suggests that, left to their own devices, they would have treated the explosion of antisemitic harassment on campus even less seriously.

The totality of circumstances on these campuses demonstrate an environment hostile to Jewish students likely in violation of Title VI, yet the US Department of Education has not done enough to hold these institutions accountable. The Committee's findings at this stage are limited to investigating foundations and providing evidence for disparate treatment and hostile environments under Title VI – not conclusive judgments on violations. On April 30, 2024, Speaker Johnson announced an expansion of the Committee's investigation into a House-wide effort, adding the investigative powers of five additional committees in the House of Representatives. The Committee's assessment on Title VI violations and recommendations will contribute to future reporting within this House-wide investigation.

The Committee's findings indicate the need for a fundamental reassessment of federal support for postsecondary institutions that have failed to meet their obligations to protect Jewish students, faculty, and staff, and to maintain a safe and uninterrupted learning environment for all students.

---

[692] Press Release, H. Comm. on Education and the Workforce, Foxx Announces Formal Investigation into Harvard, UPenn, and MIT (Dec. 7, 2023), https://edworkforce.house.gov/news/documentsingle.aspx?DocumentID=409851.

THIRD RASSBACH DECLARATION EXHIBIT 3

# APPENDIX A

# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Brian D. Smith**

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5090
bdsmith@cov.com

October 11, 2024

The Honorable Virginia Foxx
Committee on Education & the Workforce
U.S. House of Representatives
Washington, D.C. 20515

Dear Chairwoman Foxx:

On behalf of our client Columbia University, this letter and the accompanying materials are a supplemental response to the Committee's August 21, 2024, subpoena addressed to Columbia Interim President Dr. Katrina Armstrong.  This letter and the accompanying materials are also a supplemental response to the Committee's August 21, 2024, subpoena addressed to Ms. Claire Shipman, which we are transmitting as a courtesy to the Committee on her behalf. These materials may also be responsive to the Committee's February 12, 2024, letter and various supplemental requests.  Columbia continues to collect and review materials in response to the Committee's requests, and we anticipate making supplemental productions.

Today's production, numbered Columbia-HCEW-00099064 to Columbia-HCEW-00126665, includes significant materials in the categories that the staff has identified as priorities in the September 10 and 16, 2024, e-mails and the September 18 and October 2, 2024, video conferences.  Specifically, the staff requested that we prioritize requests 1, 2, 3, and 5 of the subpoena directed to the University, and the following summarizes the materials in today's production provided in response to these requests.

In response to request 1, consistent with the staff's request that we prioritize the production of text messages, Columbia is producing hundreds of additional text messages and associated attachments from the University employee custodians.  With today's production, Columbia has produced all text messages identified to date for production in response to this item of the subpoena from custodians Dr. Angela Olinto and Dr. Dennis Mitchell, subject to the objections contained in the letter of September 4, 2024.  As communicated in our conference on October 2, 2024, we previously produced all text messages identified to date for production in response to this item of the subpoena for Ms. Claudia Marin Andrade, subject to the objections contained in the letter of September 4, 2024.

Regarding text messages and the subpoenas directed to individual trustees, our September 18, 2024, letter indicated that Ms. Wanda Holland Greene had produced all materials identified for production, subject to the objections contained in the letter of September 4, 2024.  Additionally, in our October 2, 2024, video conference, we confirmed that Mr. Mark Gallogly had produced all materials identified for production, subject to the objections contained in the letter of September 4, 2024.  Today's production also includes additional text messages from Ms. Claire Shipman.  We continue to prioritize the production of text messages

**COVINGTON**

The Honorable Virginia Foxx
October 11, 2024
Page 2

in line with the overview and summary that we provided to the Committee staff in our conference of October 2, 2024.

In response to the request that we prioritize requests 2 and 3, today's production includes additional Board of Trustees documents. With this production, Columbia has produced all materials identified to date in response to these items of the subpoena to the University, subject to the objections contained in the letter of September 4, 2024.

As with our previous productions, we have not limited today's production to the priority requests identified by the staff. For example, in response to requests 4 and 7, today's production includes thousands of additional documents from the University's case management system that maintains records of potential disciplinary matters involving students, faculty, and staff.

*        *        *

As you know, we have had several conversations with the Committee staff regarding the Committee's request for a list of all disciplinary cases since October 7, 2023, and the difficulty of providing such information because it is not maintained in the ordinary course in a manner that facilitates the efficient generation of such a list. Additionally, disciplinary information is subject to frequent change, such as the transfer of many of the cases related to the events on campus in April 2024 to the University Judicial Board pursuant to the Rules of University Conduct, as we have discussed with your staff. Nonetheless, in an effort to respond to the Committee's request for information regarding discipline, and further to our conversation with the Committee staff, we are today providing, in the attached document, updated information regarding discipline cases identified in Appendix A of our August 8, 2024, letter (as revised on August 14, 2024) that relate to Columbia-affiliated student respondents. Columbia has made best efforts to collect and provide this information as accurately and completely as possible. Given the limitations of the University's systems discussed above and with your staff, this information may be incomplete or inaccurate, and we reserve the right to revise or update this information as necessary. We anticipate providing additional information on sanctions imposed in certain discipline cases early next week.

*        *        *

As with prior responses, today's production includes limited redactions to protect personally identifiable information and to comply with Columbia's obligations under the Family Educational Rights and Privacy Act. If the Committee has any questions regarding these materials or redactions, please let us know.

Today's production may include customarily nonpublic, confidential, and proprietary business, commercial, and personal information concerning the University, its personnel, its affiliates, or its students. Columbia respectfully requests that these materials be treated as confidential and not disclosed outside the Committee and its staff. Materials produced to the Committee are submitted solely in connection with the Committee's investigation, and we trust that the Committee will treat sensitive documents and information accordingly. If the Committee should nonetheless consider the public release of such materials, we respectfully request that Columbia be given advance notice and an opportunity to discuss the matter with

THIRD RASSBACH DECLARATION EXHIBIT 3

**COVINGTON**

The Honorable Virginia Foxx
October 11, 2024
Page 3

you.  By producing materials to the Committee, Columbia does not intend to, and does not,
waive any applicable privilege or other legal basis under which information may not be subject
to production.  We appreciate the Committee's commitment, conveyed by your staff, to protect
student identities that may be referenced in or derived from these materials.

Please let me know if you have any questions about Columbia's response to the
Committee, including the materials provided today.

Sincerely,

Brian D. Smith

cc:    The Honorable Bobby Scott, Ranking Member

THIRD RASSBACH DECLARATION EXHIBIT 3

**Updated information regarding discipline cases identified in
Appendix A of the August 8, 2024, letter (as revised on August 14, 2024)
that relate to Columbia-affiliated student respondents.**

*Rows 3, 6, and 10 (4/18/2024, 4/30/2024, 5/31/2024 – 6/2/2024):*  These cases have been transferred to the University Judicial Board for adjudication under the Rules of University Conduct, which is in progress.  The current standing of the respondents in the case in row 3 is as follows: nineteen in good standing, pending a hearing in this case; eighteen in good standing but on conditional disciplinary probation as a sanction resulting from the alternative resolution; two currently suspended and not in good standing, pending a hearing in this case; one not in good standing on disciplinary probation from a prior incident, and pending a hearing in this case.  The current standing of the respondents in the case in row 6 is as follows:  eleven in good standing, seven have graduated, one not in good standing (on disciplinary probation), three not in good standing (currently suspended as a result of unrelated matters).  The current standing of the respondents in the case in row 10 is as follows:  twenty-eight in good standing, ten have graduated, one faculty member, and two non-affiliates.  The total number of respondents in this case increased to forty-one, following the receipt of six additional respondent names from Columbia Public Safety.

*Row 5 (4/29/2024):*  This case was closed due to insufficient evidence and the charges were dismissed.  The respondents' standing was not affected by the outcome of these cases.

*Rows 28 and 69 (4/19/2024, seventh entry, 4/25/2024, first entry):*  These cases are closed, following alternate dispute resolution meetings with the respondents.  The respondents' standing was not affected by the outcome of these cases.

*Row 45 (4/22/2024, first entry):*  This case is closed and resulted in suspension which remains ongoing.

*Row 55 (4/22/2024, eleventh entry):*  This case is closed.  Two respondents were found responsible for violating Columbia's Standards and Discipline and will be subject to disciplinary probation following their returns from suspensions imposed in a separate disciplinary matter.  One respondent was found responsible for violating Columbia's Standards and Discipline and placed on disciplinary probation.

*Row 59 (4/23/2024, third entry):*  This case is closed.  The case was referred to the Deans of the respondent's school.

*Row 67 (4/24/2024, fourth entry):*  This case is closed due to the lack of an identifiable respondent.

*Row 68 (4/24/2024, fifth entry):*  This case was referred to Barnard College.

*Row 77 (4/26/2024, second entry):*  This case is closed.  The complainant was provided with resources and support at the time of the alleged incident, including information regarding obtaining a Public Safety escort and discussions about a potential housing change.  The complainant did not respond to further outreach.

*Rows 78 and 104 (4/28/2024, first entry, 5/3/2024, fourth entry):*  These cases are closed, following a mandatory meeting.

*Row 99 (5/1/2024, sixth entry):*  This case has been referred to the Office of Institutional Equity.

*Row 102 (5/3/2024, second entry):*  This case remains open.

*Row 108 (5/8/2024, first entry):*  This case is closed.  Columbia's Center for Student Success and Intervention met with the complainant and reviewed materials submitted by the complainant regarding two student respondents.  With respect to one of the respondents, the Center did not find evidence to substantiate involvement in the alleged conduct.  The other respondent's alleged conduct was previously reviewed by the Center in another case, which resulted in a finding of a violation through the Dean's Discipline process and a sanction of disciplinary probation.

*Row 136 (6/26/2024):*  This case is closed following an investigation.  One of the respondents is suspended from a separate incident, and the other remains in good standing.

*Row 144 (7/17/2024):*  This case is closed due to insufficient information.

*Row 145 (7/26/2024):*  This case remains open and includes an additional allegation received during an interview of the complainant with Columbia's Center for Student Success and Intervention.

| Date of Incident | Incident Description | Encampment or Hamilton Hall | Undergraduate or Graduate Respondent | Respondent School Affiliation | Reviewing Entity | Disciplinary Process | Case Status | Action taken | Respondent Standing (as of 8/6/2024) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Demonstration-Related Cases** | | | | | |
| 4/18/2024 | Specifically, it is alleged that 40 Columbia University students participated in disruptive behavior by participating in an unapproved encampment on South Lawn and that you failed to comply with the legitimate request of University officials to disperse. It was also reported that you were arrested on April 18 by the New York City Police Department for trespassing. | Encampment | 27 Undergraduate; 13 Graduate | CC 22, CS 1, GSAS 5, GS 4, MPH/ SSW 1, SEAS/ UG 1, SIPA 1, SSW 5 | CSSI and Rules<br><br>18 were reviewed by CSSI and resolved via an Alternative Resolution.<br><br>20 are proceeding through an investigation via Rules Committee. | Dean's Discipline-University Conduct (CSSI) and UJB/Senate | 18 Closed; 22 In Progress | <u>Interim suspension</u><br>• 40 Columbia students were arrested and immediately placed on Interim Suspension. NYPD subsequently dropped their charges against the students.<br><u>38 Students in good standing at the time of the incident</u><br>• 18 students who were in good standing signed the alternative resolution.<br>• 20 students have not responded to the new alternative resolution or have asked for an extension to confer with their counsel, and are now in progress.<br><u>2 Students **not** in good standing at the time of the incident</u><br>• 2 students did not receive the alternate resolution offer and these students remain on Interim Suspension. | 21  Good Standing pending a hearing for this incident<br><br>17  Good Standing but on Conditional Disciplinary Probation as an outcome/sanction of the alternative resolution<br><br>1  Not in Good Standing, currently on Disciplinary Probation from a prior hearing pending a hearing for this incident / also on Interim Suspension<br><br>1  Not in Good Standing, currently on Conditional Disciplinary Probation from a prior hearing pending a hearing for this incident / also on Interim Suspension |
| 4/20/2024 | Specifically, it is alleged that two students assisted non-affiliates gain unauthorized access to Jerome Green Hall and endangered other University students in the building. | | Graduate | LAW 2 | CSSI | Dean's Discipline-University Conduct (CSSI) | Closed | Investigated and resolved with no action due to insufficient evidence to hold student accountable. | 2  Good standing |
| 4/29/2024 | Specifically, it is alleged that 35 Columbia University students failed to leave the encampment despite the University's earlier warnings, which included explanations on how the encampment violates multiple University policies. | Encampment | 20 Undergraduate and 15 Graduate | CC 15, GS 5, GSAS 4, LAW 2, Mailman 4, SIPA 3, SW 2 | Dean's Discipline-University Conduct (CSSI) | CSSI | Open - In progress | • 35 Columbia students were placed on Interim Suspension through evidence provided by Public Safety.<br>• After careful review, it was evident that there was not enough information to substantiate participation in the encampment, therefore the Interim Suspensions were lifted for 29 students and charges were dismissed.<br>• 6 students who were **not** in good standing at the time did not receive an appeal. | 31  Good standing (1 on Conditional Disciplinary Probation from a previous hearing)<br><br>1  Not in good standing; on Disciplinary Probation<br><br>1  Not in good standing; on Disciplinary Probation at the time of this incident and now suspended from a recent hearing<br><br>2  Not in good standing; on Conditional Disciplinary Probation and Interim Suspension due to a prior incident, pending hearing |
| 4/30/2024 | Specifically, it is alleged that 22 Columbia University students entered Hamilton Hall without authorization and occupied the building. Furthermore, it is alleged that they were arrested by the NYPD on April 30, 2024 inside Hamilton Hall and removed from the premises. | Hamilton Hall | 13 Undergraduate; 9 Graduate | CC 6, SEAS 1, GS 6, GSAS 2, SIPA 1, SOA 2, SW 4 | CSSI and Rules | Dean's Discipline-University Conduct (CSSI) and UJB/Senate | Open - In progress | <u>Interim Suspension</u><br>• 3 Columbia students who were arrested inside Hamilton Hall remain on full Interim Suspension (i.e., campus access restricted, housing and dining have been suspended).<br>• Notices were issued by CSSI to six students who violated their interim suspensions by being present in Hamilton Hall.<br>• Students received notices and interview scheduling began.<br>• Rules interviews commenced. However, students were accompanied by attorneys who challenged the evidence and process under the Rules.<br>• This resulted in a pause in the interview process as Columbia considered its response to the concerns raised.<br>• Columbia anticipates that these interviews will move forward in August, pending any further delays from students' counsel or unforeseen scheduling challenges.<br>• The UJB hearing process will likely go into the Fall. | 18  Good standing<br>4  Not in good standing: 3 interim suspended and 1 currently on disciplinary probation from a prior hearing |
| 5/1/2024 | 27 Columbia students arrested by NYPD arrested at various locations on and off campus, outside of Hamilton Hall. | Hamilton Hall | 9 Undergraduate; 18 Graduate | CC 4, GS 5, CUIMC Nursing 1, GSAS 9, GSAPP 2, J 1, SSW 3,  SIPA 2 | Rules | N/A | Closed | Cases closed due to insufficient evidence. | Cases did not affect respondents' standing. |

THIRD RASSBACH DECLARATION EXHIBIT 3

| Date | Description | Type | Level | Code | Office | Referral | Status | Outcome | Standing |
|---|---|---|---|---|---|---|---|---|---|
| 5/5/2024 | Specifically, it is alleged that four Columbia Univeristy students engaged in disruptive behaviors by posting unauthorized posters of members of the Columbia Board of Trustees on various University buildings. | | Undergraduate | CC 4 | CSSI and Rules | Dean's Discipline-University Conduct (CSSI) and UJB/Senate | Closed | Reviewed by CSSI and then referred to Rules, which did not find a violation under applicable policies. | 4   Good standing |
| 5/24/2024 | An unauthorized demonstration with roughly 23 individuals. | | N/A | N/A | Rules | UJB/Senate | Closed | Reviewed by Rules Committee, which found no violations of applicable policies. | Unable to identify respondents |
| 5/31 - 6/2/2024 | An unauthorized demonstration/ encampment during alumni weekend with 32 Columbia Unviersity students. | Encampment | 10 Undergraduate; 22 Graduate | CC 5, GS 5, GSAS 17, SW 1, Mailman 2, DN 1, SIPA 1 | Rules | UJB/Senate | Open - In Progress | • Students received notice and scheduling began.<br>• Attorneys accompanying students raised concerns, which resulted in a pause in the interview process as Columbia considered its response.<br>• Columbia anticipates that these interviews will move forward in August, pending any further delays from students' counsel or unforeseen scheduling challenges.<br>• The UJB hearing process will likely go into the Fall. | 32   Good standing<br>3   Currently on conditional disciplinary probation from a prior hearing |
| | **Indirect or Non-Demonstration Cases** | | | | | | | | |
| 4/15/2024 | Complainant alleged an antisemitic doxing campaign by students who anonymously posted  (1) a picture of the complainant's child on SideChat, (2) reference to the complainant's Israeli military service, and (3) a video of the complainant being interviewed on Fox Business regarding a Columbia professor. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/17/2024 | Complainant reported antisemitism due to a picture of the complainant being posted in a Slack channel, while complainant was wearing a Star of David necklace, and with a caption "Another CVP member on Israel's side." | | Undergraduate | EN | CSSI T6 | No | Closed | Mandatory meeting with respondent | Good standing |
| 4/17/2024 | Complainant alleged antisemitic behavior where an individual who claimed to be a Columbia student walked up to a group of Jewish students on Broadway and 116th Street, and said "Zionists like you have no heart, it's all empty here (signaling to his chest), I promise G-d will kill you." | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/17/2024 | Complainant alleged antisemitic behavior when someone shouted at complainant outside the gates at 116th and Broadway  "October 7th will happen to you, too."  Complainant also reported to advising dean about his concerns of the continuing protests on campus and his safety. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Reluctant complainant | N/A |
| 4/18/2024 | Complainant alleged antisemitism and general climate concerns, due to feeling so unsafe on campus as a Jewish Israeli student that the complainant decided to move back to Israel. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/18/2024 | Complainant alleged a student posted an antisemitic comment on social media  "When he controls the world bank." | | Graduate | SP | CSSI T6 | No | Closed | Mandatory meeting with respondent | Good standing |
| 4/18/2024 | Mandated reporter reported "Israel Bombs, Columbia Pays" sticker posted on the inside of the door of elevator in John Jay Hall. | | N/A - redirected to Residential Life | N/A | CSSI T6 | Unknown | Closed | Redirected to Residential Life | N/A |
| 4/18/2024 | Complainants alleged individual was harassing others on campus and showing the Hamas symbol on his phone at an on campus protest while stating he was part of Hamas. | Encampment | N/A - former student | N/A | CSSI T6 | N/A | Closed | N/A - former student | Dean's Hold |
| 4/18/2024 | Complainant alleged antisemitism due to an email sent on behalf of the Student Affairs Committee Chairs for the University Senate Executive Committee that condemned the police being brought onto campus and the subsequent arrests of students. | Encampment | Undergraduate | GS | CSSI T6 | No | Closed | Met with Complainant; determined no policy violation | Good standing |
| 4/18/2024 | Complainant reported former student harassing her at a campus protest stating "we're gonna follow you home, kill you, and kill your family back in Israel." | Encampment | N/A - former student | N/A | CSSI T6 | N/A | Closed | N/A - former student | Dean's Hold |
| 4/19/2024 | Complainant alleged antisemitic behavior, based on the following incidents  (1) graffiti on 6th floor Avery, which said free Palestine; (2) graffiti on 5th floor Avery poster, which said free Palestine; and (3) safety as a result of non-affiliates entering campus during the encampment period. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/19/2024 | Mandated reporter filed report on behalf of a student complainant who alleged antisemitic concerns due to the complainant's Jewish identity, that the complainant is impacted by the loss of a friend in Gaza, and general climate concerns on campus. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/19/2024 | Within Our Lifetime organized an unauthorized gathering for Muslim prayer (Jummah) on West Lawn with loud megaphones. | Encampment | N/A - redirected to Rules | N/A | CSSI T6 | Unknown | Closed | Redirected to Rules | N/A |
| 4/19/2024 | Mass complaints relating to general concerns of the encampment beginning on April 17, 2024 and the following week.  No respondents identified.<br><br>Complaints regarding specific cases were broken into separate cases. (i.e. see Maxient Case 20235945  20235801  20236721) | Encampment | N/A - general concerns only | N/A | CSSI T6 | N/A | Closed | N/A - general concerns only | N/A |
| 4/19/2024 | Complainant reported TA for sending an alleged antisemitic email to the class that stated that the police activity, and not the antisemitism or protesting on campus, is what is upsetting students. | Encampment | Graduate | GA | CSSI T6 | Unknown | Open | Redirected to EOAA | Good standing |
| 4/19/2024 | Complainant emailed about her general climate concerns of antisemitism on campus as a Jewish person who is not pro-Israel. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Reluctant complainant | N/A |
| 4/19/2024 | Complainant alleged antisemitism when complainant was harassed and targeted for wearing a Star of David necklace while recording the activities inside of the East Lawn encampment. | Encampment | Undergraduate | GS | CSSI T6 | TBD | Open | N/A - still open | Good standing |
| 4/19/2024 | Complainant alleged antisemitism due to being a visibly Jewish student (wearing a kippah) being discriminated against by three suspected students running security inside of the encampment who questioned another Arab individual in the encampment for speaking to the complainant, who was standing outside of the encampment. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |

| Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/20/2024 | Complainant alleged antisemitism due to a sign in the encampment seen on April 20, 2024 at 11 55pm outside of the Butler Library "No [picture of a pig] at Columbia." | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/20/2024 | Complainant alleged antisemitic comments during an off-campus encounter with a large man on purple roller skates who came up to him and asked whose birthday it was. Complainant ignored him and kept walking. He then said to the Complainant "Adolf Hitler," and "God rest his soul", and then said other German phrases. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/20/2024 | Complainants alleged antisemitism for having an Israeli flag stolen from a Jewish student, followed by a non-affiliate attempting to burn the flag and another non-affiliate who threw a rock at the same Jewish student that attempted to recover the stolen flag. | Encampment | N/A - non-affiliate | N/A | CSSI T6 | N/A | Closed | Persona Non Grata status for the two identified non-affiliates | N/A - non-affiliate |
| 4/20/2024 | Complainant alleged antisemitism due to being present on campus on the evening of April 20, 2024 at the Sundial when an unknown non-affiliate held up a "Al-Qasams Next Targets" sign towards Jewish students. | Encampment | N/A - merged with existing case # 20235801. | N/A | CSSI T6 | N/A | Closed | N/A - merged with existing case # 20235801. | N/A |
| 4/20/2024 | Complainant reported concerns of antisemitism due to Hamas supporters and general climate concerns on campus seen via social media | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/21/2024 | Complainants alleged antisemitic behavior where an unknown individual held up a "Al-Qasams Next Targets" sign towards a group of Jewish and Israeli students standing at the Sundial, and reported the events leading up to that and following that incident on the evening of April 20, 2024 between 10 00pm-12 00am. | Encampment | N/A - respondent was a non-affiliate | N/A | CSSI T6 | N/A | Closed | N/A - respondent was a non affiliate | N/A |
| 4/21/2024 | Non affiliate-complainant alleged that a student "may be involved in supporting terrorist activities."The email includes screenshots of the student's Instagram posts, which show support of Palestine and no violence. | | Graduate | SP | CSSI T6 | No | Closed | No action taken | N/A |
| 4/21/2024 | Residence hall director received a call from Public Safety that a resident student reported being physically assaulted and that one individual stole his Israeli flag, another individual attempted to burn the flag, and another individual threw an object at his face. | Encampment | N/A - merged with existing case # 20236221. | N/A | CSSI T6 | N/A | Closed | N/A - merged with existing case # 20236221. | N/A |
| 4/21/2024 | Barnard student harassed fellow Columbia Black Pre-Law Society students on social media for the group not releasing a statement in support of Palestine and Gaza. | | Undergraduate | Barnard | CSSI T6 | Unknown | Closed | Redirected to Barnard | Unknown - Barnard student |
| 4/21/2024 | Complainant alleged antisemitism and general climate concerns due to feeling unsafe on campus with the encampment and protests, and calls for genocide. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/21/2024 | Complainant alleges antisemitism and general climate concerns on campus with the encampment and protests. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/21/2024 | Complainant alleged vandalism due to graffiti "Fuck Israel" on bin outside of Bulter Library | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/21/2024 | Complainant alleged vandalism due to graffiti "Fuck Israel" on bin outside of Bulter Library | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/21/2024 | Complainat alleged antisemitism due to (1) "Shabbat Shalom Motherf**ker" sign at the encampment that references President Shafik; (2) an individual wearing a "F**k Columbia" t-shirt on campus; and (3) "intifada" spray painted on the Low Library steps. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Met with Complainant; determined no policy violation with regards to (1) and (2), and were unable to identify a respondent with regards to (3) | N/A |
| 4/21/2024 | Anonymous email sent to various faculty members from someone inside of the Gaza solidarity encampment demanding the University end the genocide of the Palestinian people and threatening to shoot everyone in Butler Library. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Blocked anonymous individual's phone/email | N/A |
| 4/22/2024 | Complainants alleged antisemitic behavior due to a student's role in leading the April 21, 2024 human chain incident on campus. | Encampment | Undergraduate | CC | CSSI T6 | Dean's Discipline | Open | One-year suspension | Suspended |
| 4/22/2024 | Mandated reporter reported antisemitic behavior that occurred on Broadway off-campus with a visibly Jewish student of the reporter's (wearing a kippah and Star of David necklace) being yelled at "hey kike" by a man on rollerblades passing by. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/22/2024 | Complainant reports another student who posted a watermelon emoji in a class group chat and a peace sign, which the reporting student interpreted as meaning "death to all Jews.". | | Graduate | PT | CSSI T6 | No | Closed | Mandated reporter met with Respondent and reported the meeting to CSSI and determined no policy violation found | Good standing |
| 4/22/2024 | Complainant reported general climate concerns on campus, specifically with respect to graduation ceremonies. In email, student reports they were subjected to "horribly antisemitic words" | | N/A - general concerns only | N/A | CSSI T6 | N/A | Closed | N/A - general concerns only | N/A |
| 4/22/2024 | Complainant alleged antisemitic behavior due to the protests on campus. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/22/2024 | Complainant alleged antisemitism and general climate concerns due to the encampment on campus as a Jewish student who served in the IDF. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/22/2024 | Complainant alleged antisemitism due to a poster on-campus that stated "RAPE IS RESISTANCE" | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/22/2024 | Complainant alleged antisemitism experienced in classes on campus, including losing friends in class due to the complainant being Israeli, and complained about campus being closed due to the encampment. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/22/2024 | Complainant alleged antisemitism: (1) when passing a large protest by the medical campus and chants for "intifada", "Zionists off campus now" "From the river to the sea" "By any means necessary," and the complainant tucked in his Star of David necklace and changed routes to avoid being seen and identified as Jewish; and (2) due to social media posts by three students. | | Graduate | NP | CSSI T6 | No | Closed | Met with Complainant; determined no policy violation | Good standing |

| Date | Allegation | Encampment | Respondent Level | Respondent | Office | Discipline | Status | Outcome | Standing |
|---|---|---|---|---|---|---|---|---|---|
| 4/22/2024 | Complainant alleged antisemitism when passing a large protest by the medical campus and chants for "intifada," "Zionists off campus now" "From the river to the sea" "By any means necessary," and the complainant tucked in his Star of David necklace and changed routes to avoid being seen and identified as Jewish. |  | N/A - merged with existing case # 20236409. | N/A | CSSI T6 | No | Closed | N/A - merged with existing case # 20236409. | N/A |
| 4/22/2024 | Complainants alleged antisemitic behavior due to the April 21, 2024 human chain episode in encampment (all other respondents). | Encampment | 3 respondents - 2 Graduate, 1 Undergraduate | 3 respondents - 1 SW, 1 IA, 1 GS | CSSI T6 | TBD | Open |  | 3 respondents - all interim suspension |
| 4/22/2024 | Complainant alleged antisemitism due to a report submitted by the complainant's parent that alleges that the complainant, a Jewish-Israeli student, was subjected to multiple incidents of antisemitic slurs. |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/23/2024 | Complainant alleged antisemitic behavior due to a fellow student making a comment that it wasn't appropriate the she missed a meeting when she was absent for observing Passover, despite telling the fellow student in advance that she could not make it due to religious observances. |  | Graduate | NP | CSSI T6 | No | Closed | Reluctant complainant | Good standing |
| 4/23/2024 | Complainant alleged potential antisemitic behavior due to a student that stated in a group chat that he would wear a keffiyeh to graduation "with extra surprises." |  | Graduate | SW | CSSI T6 | N/A | Closed | N/A - former student | Good standing |
| 4/23/2024 | Complainants report a student outburst in class, during which he got up and told a student he was going to kill himself "today" because one of the complainants is a Zionist. |  | Graduate | AR | CSSI T6 | No | Open | N/A - still open | Good standing |
| 4/23/2024 | Complainant alleged antisemitic behavior concerns regarding the upcoming CUIMC graduation. |  | N/A - general concerns only | OT | CSSI T6 | N/A | Closed | N/A - general concerns only | N/A |
| 4/23/2024 | Complainant alleged that two unidentified students on campus were trying to sneak non-affiliates onto campus. |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Redirected to Public Safety | N/A |
| 4/23/2024 | Complainant alleged antisemitism due to stickers found on campus stating "resist colonial power by any means necessary" |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/23/2024 | Complainant alleged antisemitic behavior due to being verbally assaulted on campus by a pro-Palestinian student as a visibly Jewish student, and complained that campus is closed due to the encampment. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Reluctant complainant | N/A |
| 4/24/2024 | Complainant reported an antisemitic anonymous email stating he is "kapo shit" for his beliefs. |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/24/2024 | Non-affiliate reported an alleged former Columbia student's Instagram handle based on their pro-Israel posts. |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/24/2024 | Complainant alleged being barred entry from the encampment by a professor and student, and that the student pushed him. | Encampment | Undergraduate | CC | CSSI T6 | No | Closed | Reluctant complainant | Suspended |
| 4/24/2024 | Student emailed his academic advisor, alleging his academic program is engaging in targeted discrimination |  | N/A - still open | N/A | CSSI T6 | TBD | Open | N/A - still open | N/A |
| 4/24/2024 | Complainant alleged that an unidentified Barnard student posted a picture of herself in the protests with an anti-Zionist statement while knowing that the complainant is Jewish and Israeli, and requests accommodations to not have to work with that student on an assigned lab presentation. |  | Undergraduate | Barnard | CSSI T6 | TBD | Open | N/A - still open | Unknown - unnamed Barnard student |
| 4/25/2024 | Professor complainant alleged antisemitic harassment by multiple individuals when visiting the encampment, including verbally harassed by a Palestinian student who said to the Jewish complainant "did your wife leave you for a Palestinian?" | Encampment | Undergraduate | GS | CSSI T6 | Dean's Discipline | Open | N/A - still open | Good standing |
| 4/25/2024 | Complainant alleged antisemitic behavior due to being targeted by two other RAs, including an example told the complainant that another RA told her residents to spam dial the RA phone while the complainant, a Jewish student, was on duty. |  | Undergraduate | EN | CSSI T6 | No | Closed | Reluctant complainant | Good standing |
| 4/25/2024 | Complainant reported a potentially antisemitic poster found on a subway car advertising an April protest on campus. Part of the flyer called for violent action against NYPD |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/25/2024 | Complainant alleged antisemitism due to various incidents that occurred on and off campus between February 2024 and April 24, 2024, including (1) "say it loud, say it clear, we don't want no Zionists here" chant outside of the encampment on April 17, 2024; (2) various offensive signs found in the encampment; and (3) a visibly Jewish student being followed and verbally harassed while walking to class on April 20, 2024. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/25/2024 | Complainant alleged being assaulted for their affiliation with the Israeli military. |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Reluctant complainant | N/A |
| 4/25/2024 | Complainant alleged antisemitism due to general climate concerns on campus, and of being screamed at "Nazi" and "Al-Qasams Next Target" |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/25/2024 | Complainant alleged antisemitism due to being targeted for their Israeli military service. |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Reluctant complainant | N/A |
| 4/26/2024 | Anonymous Complainant alleged antisemitic slogans on white boards and on pamphlets in E3B lounge. |  | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/26/2024 | Complainant reported safety concerns as a Jewish and Israeli student during the encampment/protests given his housing location near main campus and antisemitic sentiment. | Encampment | N/A - still open | N/A | CSSI T6 | TBD | Open | N/A - still open | N/A |

| Date | Description | Location | Affiliation | Code | CSSI | Determination | Status | Resolution | Standing |
|---|---|---|---|---|---|---|---|---|---|
| 4/28/2024 | Complainant alleged student wrote antisemitic things on X "I hide and block all Zionists, i have only one thing to say to yall, the world is better without yall in it and PALESTINE WILL BE FREE." Same student was also accused of allegedly riping down posters of Israeli hostages. In a video posted on X, the student is confronted by a man for removing them. The student responds by calling the man an IOF solider who runs over Palestinians. The student calls the hostages "manufactured propaganda." | | Undergraduate | CC | CSSI T6 | No | Open | N/A - still open | Good standing |
| 4/28/2024 | Complainant alleged antisemitism due to the General Studies Student Council's proposed "Israel Divestment Referendum" | | N/A - student group | N/A | CSSI T6 | N/A | Closed | Insufficient information to determine policy violation | N/A |
| 4/29/2024 | Non-affiliate explaining why antisemitism is tied to Marxism, and why Columbia supports it. | | N/A - non-affiliate | N/A | CSSI T6 | N/A | Closed | No action taken | N/A |
| 4/29/2024 | Complainants reported the Hamilton Hall break-in, which occured as part of an allegedly antisemitic encampment | Hamilton Hall | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/29/2024 | Complainant reported antisemitic behavior with a protestor outside of campus gates holding a sign that had "Israeli flag equals Nazi flag". | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Reluctant complainant | N/A |
| 4/29/2024 | Faculty Complainant reported hundreds of students/staff chanting "say it loud say it clear, we don't want no zionists here", encircling the south side of campus. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/29/2024 | Complainant alleged antisemitic behavior due to being verbally assaulted on campus by a pro-Palestinian student as a visibly Jewish student, and complained that campus is closed due to the encampment. | Encampment | N/A - merged with existing case # 20236458. | N/A | CSSI T6 | N/A | Closed | N/A - merged with existing case # 20236458. | N/A |
| 4/30/2024 | Complainants reported the Hamilton Hall break-in, which occured as part of an allegedly antisemitic encampment | Hamilton Hall | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/30/2024 | RA in Hartley made discriminatory remarks regarding Jewish students and placed them at the bottom of a ranking list. | | Undergraduate | CC | CSSI T6 | No | Closed | Reluctant complainant | Good standing |
| 4/30/2024 | Complainant reported antisemitic social media post by SJP Columbia exposing students IDF affiliation and accuses them of assaults at the General Studies Gala. | | N/A - student group | N/A | CSSI T6 | N/A | Closed | Redirected to University Life | N/A - student group |
| 4/30/2024 | Complainant reported a number of incidents that she and other Israeli/Jewish students at Columbia have documented, including (1) a protestor throwing a stone at a student wearing an emblem of the Israeli flag near the encampment on-campus; (2) protestors telling Israeli students to "go back to Poland;" and (3) the doxing of IDF veterans. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/30/2024 | Complainant alleged antisemitic behavior by two unknown individuals who approached two Jewish-Israeli female students and called them white supremacists. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/30/2024 | Anonymous person submitted report saying "This the anti semitic bitch" about a student who acted as a spokesperson for students who occupied Hamilton Hall | Hamilton Hall | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 4/30/2024 | Mandated reporter stated there were project assignment issues with a student, turning into biased remarks. Unaware of what the biased remarks are since they are not in the incident report and complainant did not respond to subsequent outreach attempts. | | 3 respondents - all Graduate | 3 respondents - 1 SP, 2 GO | CSSI T6 | No | Closed | Reluctant complainant | 3 respondents - all good standing |
| 4/30/2024 | Complainant alleged antisemitism due to various experiences with classes in the Arts School. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Reluctant complainant | N/A |
| 4/30/2024 | Jewish student reports that the leaders of the encampment have encouraged outside groups to come to Columbia's campus and alleges a particular student's involvement in the Hamilton Hall break-in. | Encampment | Undergraduate | CC | CSSI T6 | No | Closed | Redirected to Rules | Good standing |
| 5/1/2024 | Complainant alleged antisemitism in an anonymous email with conspiracies regarding Israel. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Blocked anonymous individual's phone/email | N/A |
| 5/1/2024 | Complainant alleged antisemitism with the April 21, 2024 'human chain' incident and for being yelled at for being a Zionist. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Reluctant complainant | N/A |
| 5/1/2024 | Complainant alleged antisemitism due to a "Shame on Columbia" signs in Hammer Building with a picture of a keffiyeh on the sign. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Met with Complainant; University removed the sign in question | N/A |
| 5/1/2024 | Complainant alleged antisemitism for a student ripping down hostage posters and stating "Thanks. You're supporting a genocide?" to the Jewish complainant that approached the student. | | Graduate | GD | CSSI T6 | No | Closed | Mandatory meeting with respondent | Good standing |
| 5/1/2024 | Faculty member shared an Instagram post from CUAD where they state "Death to Zionism in every corner of the wretched world" | | N/A - unrecognized student group | N/A | CSSI T6 | N/A | Closed | N/A - unrecognized student group/ alerted school for additional follow-up | N/A |
| 5/1/2024 | Jewish student reported being fired from Columbia Spectator due to making other students feel uncomfortable from her pro-Israel social media posts. | | N/A - still open | N/A | CSSI T6 | TBD | Open | N/A - still open | N/A |
| 5/2/2024 | Complainant alleged antisemitic behavior due to being harassed while supporting pro-Palestinian student protestors on campus, had her Jewish identity questioned, been stalked on the subway near campus, and told by students that they hope she is "raped by Hamas." | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 5/3/2024 | Complainant reported vandalism in elevator in Watt, including Arabic writing and "Free Palestine." | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 5/3/2024 | Complainant alleged antisemitism due to an email sent by the Columbia Law School-National Lawyers Guild, with subject line "In Memory of Hind's Hall  Show Up!" that accused the Jewish community of threatening everyone's safety on campus. | Hamilton Hall | N/A - student group | N/A | CSSI T6 | Unknown | Open | Referred to Law School | N/A |
| 5/3/2024 | Complainant reported antisemitic messages sent by students in the chat box of a Columbia University Senate plenary Zoom session. | | 3 respondents - 2 Undergraduate, 1 Graduate | 3 respondents - 1 GS, 1 IA, 1 EN | CSSI T6 | No | Closed | Referred to Columbia University Senate to disable Zoom chat feature | 3 respondents - 2 good standing, 1 interim suspension |

| Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/3/2024 | Complainant alleged antisemitism due to a student ripping Jewish hostage posters and who assaulted a non-affiliate elderly Jewish man nearby. | | Undergraduate | CC | CSSI T6 | TBD | Open | N/A - still open | Good standing |
| 5/3/2024 | Student's father received anonymous call from someone who said "I hope you're not a self-hating Jew like your son" and "I know where you live." | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 5/5/2024 | Complainant reported an anonymous email received as antisemitic that called him "kapo garbage" and the sender also sent an email to the complainant's brother (non-affiliate). | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Blocked anonymous individual's phone/email | N/A |
| 5/7/2024 | Complainant alleged general concerns about the encampment and complaints about the program director's failure to communicate updates about the encampment. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 5/8/2024 | Complainant alleged antisemitic experiences on campus from other students and faculty. | | N/A - unable to identify respondent | N/A | CSSI T6 | TBD | Open | N/A - still open | N/A |
| 5/8/2024 | Student reports anti-Semitic Instagram posts from a CU student, titled "Structure of Judaism" | | Graduate | AR | CSSI T6 | Unknown | Open | Redirected to EOAA | Good standing |
| 5/10/2024 | Mandated Reporter reported on behalf of Student Complainant who warned a Jewish professor to not walk by 116 and Broadway because a man called the Student Complainant a k*ke. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 5/10/2024 | Complainant alleged antisemitic social media posts of students with documentation compiled since October 2023. | | 5 respondents - 2 Graduate, 3 Undergraduate | 5 respondents - 1 AR, 2 GS, 1 CC, 1 SW | CSSI T6 | No | Closed | Reviewed evidence submitted; determined no policy violation | 5 respondents - all good standing |
| 5/12/2024 | Faculty Complainant reported an anonymous caller who left a voicemail for a faculty member stating "we are coming for you" for the claim that the faculty supports Hamas War crimes. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 5/12/2024 | Mandated reporter stated there were project assignment issues with a student, turning into biased remarks. Unaware of what the biased remarks are since they are not in the incident report and complainant did not respond to subsequent outreach attempts. | | N/A - merged with existing case # 20236297. | N/A | CSSI T6 | No | Closed | N/A - merged with existing case # 20236297. | N/A |
| 5/13/2024 | Law school student complaining about CLS Senate meeting where harassment against Jewish (and non-Jewish) students against divestment vote took place and anonymous complaints about Jewish students being left out of student groups | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Redirected to Antisemitism Task Force | N/A |
| 5/14/2024 | Columbia Mailman Public Health commencement speaker going off script and endorsing an academic boycott of Israel and called the Israel-Hamas war a genocide. | | Graduate | PH | CSSI T6 | Unknown | Closed | Redirected to Mailman | Good standing |
| 5/14/2024 | Columbia Mailman Public Health commencement speaker going off script and endorsing an academic boycott of Israel and called the Israel-Hamas war a genocide. | | N/A - merged with existing case # 20236604. | N/A | CSSI T6 | N/A | Closed | N/A - merged with existing case # 20236604. | N/A |
| 5/19/2024 | Law student reported that "Students have experienced comments made by other members [students on the Law Review] as antisemitic stereotypes, extremely insensitive comments about Hamas and the deaths in Israel, or a feeling that they aren't welcome on the Review," and that Jewish students on the Review do not feel comfortable going to Little Warren or working there because they feel it is an antisemitic environment." | | Graduate | LW | CSSI T6 | Unknown | Closed | Redirected to Law School | Good standing |
| 5/21/2024 | Student wrote a concern about an incoming roommate's anti-Israel language content on social media. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 5/22/2024 | Student reported having negative performance in school due to antisemitism on campus, and complained about campus being closed due to the encampment. | Encampment | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 5/23/2024 | Student reported a faculty for wearing a keffiyeh in class. | | N/A - faculty | GD | CSSI T6 | N/A | Open | Redirected to EOAA | N/A |
| 5/24/2024 | University delegates reported allegedly UAW affiliated individuals who would not hand over their IDs and who violated the interim demonstration policy by failing to register a protest on campus in support of the palestinian movement and divestment by the university. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Redirected to Rules | N/A |
| 5/27/2024 | Complainant reported a potentially antisemitic post on social media of another student wearing some head garb and holding a gun with the caption "i condemn"or whatever LOL," which was reported as being directly related to Hamas terrorism. | | Undergraduate | CC | CSSI T6 | N/A | Closed | No policy violation | Good standing |
| 5/27/2024 | Complainant reported a sticker in the Uris Hall lobby 1st floor inner doors reading "END THE GENOCIDE FREE PALESTINE." | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 5/28/2024 | Complainant alleged antisemitism due to signs on her housing door that said "blood of beheaded children is on your hands" and complainant moved back to Israel as a result of the antisemitism on campus. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Reluctant complainant | N/A |
| 5/30/2024 | Complainant alleged antisemitic social media posts by SJP Columbia with pro-Hamas postings. | | N/A - student group | N/A | CSSI T6 | N/A | Closed | Redirected to University Life | N/A |
| 6/1/2024 | Jewish Israeli student complained of new pro-Palestinian antisemitic encampment on the lawn erected by SJP and CUAD. | Encampment | N/A - student group | N/A | CSSI T6 | N/A | Closed | Redirected to respective departments for SJP and encampment. | N/A |
| 6/3/2024 | Complainant alleged antisemitism due to a sign in the men's bathroom on the 6th floor of Fairchild that calls Gaza's war with Israel a genocide. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 6/4/2024 | Complainant alleged unidentified discrimination due to the Student Workers of Columbia union. | | N/A - workers union | N/A | CSSI T6 | Unknown - EOAA Restricted | Unknown EOAA Restricted | Redirected to EOAA | N/A |
| 6/7/2024 | Faculty reported being approached by a pro-Palestine student who alleged that the professor harassed the student online, even though the faculty is blocked by the student on social media. | | Graduate | SW | CSSI T6 | No | Closed | Reluctant complainant | Good standing |
| 6/8/2024 | Complainant alleged he was exposed to several acts of antisemitism via social media when looking for apartments and roommates. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |

| Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/10/2024 | Complainant alleged antisemitism by an anonymous user in Sidechat sharing complainant's Instagram post, containing a picture of the complainant's son with the caption "bebe Zionist." | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 6/14/2024 | Anonymous email with antisemitic conspiracies regarding the Israel-Hamas war sent to the University Life mailbox. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Blocked anonymous individual's phone/email | N/A |
| 6/14/2024 | Complainant reported being harassed by anonymous individuals following the leak of her text messages in the faculty text message leak scandal. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Redirected to Public Safety | N/A |
| 6/21/2024 | Student Complainant reported a campaign that was reposted by the organization "cumc4palestine". The post stated "Nurses Must Not Make War - ethical implications of nurses serving as military combatants." | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | N/A - unable to identify respondent | N/A |
| 6/25/2024 | Complainant alleged antisemitism on campus. | | Unknown - EOAA Restricted | Unknown - EOAA Restricted | CSSI T6 | Unknown - EOAA Restricted | Unknown EOAA Restricted | Redirected to EOAA | Unknown - EOAA Restricted |
| 6/26/2024 | Student Complainant reported being harassed by two pro-Palestine students near West 120th Street and Broadway, after confronting the two students for removing posted flyers with pictures of jewish hostages and being made to the Complainant. | | 2 respondents - 1 Graduate, 1 Undergraduate | 2 respondents - 1 SW, 1 CC | CSSI T6 | Dean's Discipline | Open | Pending Dean's Discipline Hearing | 2 respondents - 1 interim suspension, 1 good standing |
| 6/27/2024 | Jewish student reported being harassed by two pro-Palestine students near West 120th Street and Broadway, after confronting the two students for removing posted flyers with pictures of jewish hostages and he made a comment about them removing the flyers, which escalated into an argument and anti-semitic and racial remarks being made to him. | | N/A - merged with existing case # 20237253. | N/A | CSSI T6 | N/A | Closed | N/A - merged with existing case # 20237253. | N/A |
| 7/2/2024 | Anonymous call to faculty, stating "Your University is antisemitic." | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Blocked anonymous individual's phone/email | N/A |
| 7/4/2024 | Report of a Columbia University Apartheid Divest (CUAD) social media post "The revolution is coming. The Intifada cannot be beaten. We will only escalate further. We will not stop until Palestine is free. [...] Get on board or we're coming for you too. This is a promise and a threat." | | N/A - student group | N/A | CSSI T6 | N/A | Closed | Redirected to University Life | N/A |
| 7/5/2024 | Anonymous caller left a threatening voicemail on the University Life front desk phone regarding the Columbia University administrator leaked text messages. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Blocked anonymous individual's phone/email | N/A |
| 7/9/2024 | Complainant reported a sticker in the Fairchild elevator reading "END THE GENOCIDE FREE PALESTINE." | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Redirected to Public Safety | N/A |
| 7/12/2024 | Complainant alleged a doxxing attempt of three Jewish students by the "Barfnard" Instagram account, in response to the Jewish students' op-ed in the Columbia Spectator. | | N/A - unable to identify respondent | N/A | CSSI T6 | N/A | Closed | Redirected to EOAA | N/A |
| 7/14/2024 | Complainant alleged a doxxing attempt of a Jewish student by the "Barfnard" Instagram account. | | 2 respondents - 1 Undergraduate | 2 respondents - 1 SW, 1 Barnard | CSSI T6 | Unknown | Closed | Redirected to EOAA | 2 respondents - 1 good standing, 1 unknown due to Barnard student |
| 7/17/2024 | Complainant alleged antisemitism when cyber bullied by unidentified individuals for being a Zionist. | | N/A - still open | N/A | CSSI T6 | TBD | Open | N/A - still open | N/A |
| 7/26/2024 | Complainant alleged an offensive social media post by a fellow student comparing Benjamin Netanyahu to Hitler | | Graduate | BU | CSSI T6 | TBD | Open | N/A - still open | Good standing |

**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Brian D. Smith

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5090
bdsmith@cov.com

October 15, 2024

The Honorable Virginia Foxx
Committee on Education & the Workforce
U.S. House of Representatives
Washington, D.C. 20515

Dear Chairwoman Foxx:

On behalf of our client Columbia University, this letter provides a further response to the Committee's request for a list of all disciplinary cases since October 7, 2023. We have discussed with the Committee staff the difficulty of providing such information because it is not maintained in the ordinary course in a manner that facilitates the efficient generation of such a list. Nonetheless, in an effort to respond to the Committee's request for information regarding discipline, and further to our conversation with the Committee staff, we previously provided updated information regarding discipline cases identified in Appendix A of our August 8, 2024, letter (as revised on August 14, 2024) that relate to Columbia-affiliated student respondents.

Today, we are providing additional disciplinary information regarding sanctions that have been imposed in certain cases. In cases arising from issues related to the October 7, 2023, attacks, between October 7, 2023, and June 30, 2024, and for cases other than those being processed under the Rules of University Conduct as described in our October 11, 2024, letter, the University has implemented the following actions as final sanctions in disciplinary cases: four students have been placed on disciplinary suspension; nine students have been placed on disciplinary probation; thirty-two students have been placed on conditional disciplinary probation; and four students have received disciplinary warnings.[1] Additionally, about fifteen

---

[1] A given student may be subject to one or more disciplinary action. A "disciplinary suspension" means that the student is temporarily separated from the University for a specified period. During this period, the student is ineligible to participate in University-affiliated academic or extracurricular activities. Additionally, suspended students are not permitted to enroll in classes at any other institution for the purpose of transferring credit to Columbia University. Suspended students are not in good disciplinary standing. A "disciplinary probation" means that a student is no longer in good disciplinary standing for a specific period. Students on disciplinary probation are permitted to continue academic progress at the University. A "conditional disciplinary probation" means that the student remains in good disciplinary standing on the condition that no future violations occur. A "disciplinary warning" means that the student remains in good disciplinary standing and has been educated regarding community standards.

**COVINGTON**

The Honorable Virginia Foxx
October 15, 2024
Page 2

students have had mandatory educational conversations as part of an alternative resolution process.

       As with the disciplinary information previously provided, Columbia has made best efforts to collect and provide this information as accurately and completely as possible. Given the limitations of the University's systems discussed above and with your staff, this information may be incomplete or inaccurate, and we reserve the right to revise or update this information as necessary.

       Today's production may include customarily nonpublic, confidential, and proprietary business, commercial, and personal information concerning the University, its personnel, its affiliates, or its students. Columbia respectfully requests that these materials be treated as confidential and not disclosed outside the Committee and its staff. Materials produced to the Committee are submitted solely in connection with the Committee's investigation, and we trust that the Committee will treat sensitive documents and information accordingly. If the Committee should nonetheless consider the public release of such materials, we respectfully request that Columbia be given advance notice and an opportunity to discuss the matter with you. By producing materials to the Committee, Columbia does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production. We appreciate the Committee's commitment, conveyed by your staff, to protect student identities that may be referenced in or derived from these materials.

       Please let me know if you have any questions about Columbia's response to the Committee, including the materials provided today.

       Sincerely,

Brian D. Smith

cc:    The Honorable Bobby Scott, Ranking Member

# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Brian D. Smith

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5090
bdsmith@cov.com

October 25, 2024

The Honorable Virginia Foxx
Committee on Education & the Workforce
U.S. House of Representatives
Washington, D.C. 20515

Dear Chairwoman Foxx:

On behalf of our client Columbia University, this letter and the accompanying materials provide a further response to the Committee's requests for disciplinary information, including the September 10, 2024, e-mail request for information on all disciplinary cases since October 7, 2023. As you know, Columbia has previously provided significant information about disciplinary matters, including a chart on August 8, 2024, an update to that chart on August 14, 2024, letters on October 11 and 15, 2024, that included updates on the information in the August chart and information regarding imposed disciplinary sanctions, various specific items of disciplinary information requested by the staff over the past several months, and more than 10,000 documents relating to disciplinary matters.

We have discussed with the Committee staff the difficulty of providing the requested list of all cases since October 7, 2023, because disciplinary information is not maintained in the ordinary course in a manner that facilitates the efficient generation of such a list. Nonetheless, in an effort to respond to the Committee's requests, and further to our discussions with the Committee staff, Columbia is today providing a list of student matters involving respondents identified as affiliated with Columbia, arising from reported incidents related to antisemitism from October 7, 2023, through August 21, 2024, that were not otherwise already provided to the Committee in the August 2024 chart and subsequent updates.

We are providing this information as it appears in the University's systems, organized by individual respondent. As a result, the entries in this chart do not correspond directly with individual incidents, events, or complaints. For example, a single complaint could be reflected in multiple rows. Given the limitations of the University's systems discussed above and with your staff, this information may be incomplete or inaccurate, and we reserve the right to revise or update this information as necessary.

As with our prior responses, today's production includes limited redactions to protect personally identifiable information and to comply with Columbia's obligations under the Family Educational Rights and Privacy Act. If the Committee has any questions regarding these materials or redactions, please let us know.

Today's production may include customarily nonpublic, confidential, and proprietary business, commercial, and personal information concerning the University, its personnel, its

**COVINGTON**

The Honorable Virginia Foxx
October 25, 2024
Page 2

affiliates, or its students. Columbia respectfully requests that these materials be treated as confidential and not disclosed outside the Committee and its staff. Materials produced to the Committee are submitted solely in connection with the Committee's investigation, and we trust that the Committee will treat sensitive documents and information accordingly. If the Committee should nonetheless consider the public release of such materials, we respectfully request that Columbia be given advance notice and an opportunity to discuss the matter with you. By producing materials to the Committee, Columbia does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production. We appreciate the Committee's commitment, conveyed by your staff, to protect student identities that may be referenced in or derived from these materials.

Please let me know if you have any questions about Columbia's response to the Committee, including the materials provided today.

Sincerely,

Brian D. Smith

cc:     The Honorable Bobby Scott, Ranking Member

**Student Disciplinary Cases Involving Respondents Identified as Affiliated with Columbia
Arising from Reported Incidents Related to Antisemitism from October 7, 2023, through August 21, 2024,
That Were Not Otherwise Already Provided to the Committee in the August 2024 Chart and Subsequent Updates**

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2023312401 | [REDACTED] | Closed | Behavioral Conduct | 20233124 | Center for Student Success and Intervention | | CC | Respondent - Student | 2023-10-07 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] On Friday, December 8th at 12:00pm, BC student [REDACTED] met with Danielle-Hope Hayden in the Nondiscrimination and Title IX Office at Barnard College and requested that the following incident be communicated to the appropriate Office at Columbia: "A few weeks ago I engaged in discourse with a student over Instagram DM about the pro-Palestine content she was promoting-her name is [REDACTED]. The entire time I was respectful in the manner I approached her and the language I used, only for the confrontation to end with her making comments about "seeking treatment" and donating my brain to science, which I thought were weird at the time but just decided to unfollow her and move on with my life. Today, another student told me that this student had posted a screenshot of a part of our conversation, along with the caption "any neurosurgeon in nyc willing to remove the retard chip from her brain?". I am very uncomfortable with the language she used, I am very uncomfortable with the way she has made me a target for anti-semitism by allowing me to be identified based on her post, and I am very uncomfortable given the idea behind her message, given the history of Jews being experimented on during the Holocaust. Please let me know what I can do/what should be done/what is going to be done from here." BC Student [REDACTED] is interested in follow-up to learn more about opportunities for support and resolution. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' selected above, explain below:[/Q] | 2024-02-09 | Administrative Resolution | Harassment (Standards and Discipline, pp. 4-9) | Did not meet definition | No | No | No | No | No |
| 2 | 2023362001 | [REDACTED] | Closed | Bias Response | 20233620 | Center for Student Success and Intervention | | | Respondent - Student | 2023-10-07 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] On the morning of Oct 7, as news emerged of the Hamas' massacre of over 1,000 Jews, [REDACTED] posted a story on Instagram in support of "Palestinian Resistance". Said story encouraged, justified, and celebrated the violent massacre of Oct 7 [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-01-19 | Referred to Other Office | Bias/Discrimination | | No | No | No | No | No |
| 3 | 2023362201 | [REDACTED] | Closed | Bias Response | 20233622 | Center for Student Success and Intervention | | CC | Respondent - Student | 2023-10-07 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] On Oct 7, as news of Hamas' massacre of over 1,000 Jews was spreading, [REDACTED] posted an instagram story sharing a post that featured a Hamas bulldozer and celebrated the massacre as heroic. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 2023362301 | [REDACTED] | Closed | Bias Response | 20233623 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-10-07 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q]<br>On Oct 7, as news of Hamas' massacre of over 1,000 Jews was spreading, [REDACTED] posted an instagram calling the massacre a "narrative of resistance".<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 5 | 2023207502 | [REDACTED] | Closed | Behavioral Conduct | 20232075 | Center for Student Success and Intervention | GS | Respondent - Student | 2023-10-07 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q]<br>On October 7th at 4:30 pm I reposted a story from IfNotNow a Jewish organization against the apartheid in Israel, since I myself am jewish and was very sad that day . The post said its condolences to the lives lost and said it was a horrible mass scare and the the violence of the occupation needs to end for the sake of all innocent civilians. [REDACTED] responded to this story with immediately combative language. I assured him I was not advocating for any violence and throughout the whole conversation tried to urge him multiple times that I did not want to argue with him and that he was a good friend. We have a class together and see each other in the lounge all the time. He refused and kept responding with inflammatory language then continued to tell me I'm not jewish and began to try and trace my lineage to tell me i am not something I grew up as. I tried to distill the anger and continued to agree with him in hopes of turning down his aggression. The next day our mutual friend [REDACTED] tried to call me but it was actually [REDACTED] who took his phone and tried to yell at me through it. Then [REDACTED] using [REDACTED]'s phone texted me telling me again i am not Jewish. Keep in mind this is after I ignored his messages and stopped responding because I realized there was no way to calm him down. Now when I go into the lounge he stares at me, makes me feel extremely uncomfortable, and I have heard him multiple times when the lounge is quiet say things loudly like "those fucking animals need to hurry up and all die" I've heard him refer to Palestinian students protesting as animals and more. I feel bad reporting him because he was a mutual friend that I used to say high to, but his aggression and relentless anger has made me feel extremely uncomfortable and scared to be even near him or go in the Gs lounge where I used to like to study. I also don't want to report on another students incident but I know that [REDACTED] told me that he is also scared of him and has blocked him and ignored him after asking [REDACTED] to apologize to me. [REDACTED] said that [REDACTED] blew up on him after [REDACTED] asked [REDACTED] to go to the university to have me destroyed. All of this adds to my fear for my safety every time I see [REDACTED] in the lounge with a group of people saying loud horrible things.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' selected above, explain below:[/Q] | 2023-11-28 | Dean's Discipline Hearing | Harassment (Standards and Discipline, pp. 4-9) Harassment (Standards and Discipline, pp. 4-9) | Not Responsible Responsible | No | Yes | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 2023348901 | [REDACTED] | Closed | Bias Response | 20233489 | Center for Student Success and Intervention | GF | Respondent - Student | 2023-10-08 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] On Sunday October 8, 2023, [REDACTED] reposted a call to rally in celebration of the Hamas terror attack resulting in the slaughter of nearly 1,000 Israeli civilians. The post was the immediate day following the unprovoked attack. In the post that [REDACTED] spread, it says the that the rally is to "honor the martyrs of Palestine," and that supporters of this rally "[support] Palestinian liberation and return by any means necessary!" It also uses the lowercase "zionist" in a demeaning tone akin to a slur. Language like "by any means necessary" directly calls for and celebrates the violent slaughter of innocent civilians, and even encourages it to achieve an end goal. As a Jewish person living in the NYC metropolitan area, this language makes me feel incredibly unsafe, and [REDACTED] support shows me that she celebrates and supports the indiscriminate, brutal killing of Jewish people and other innocent people. Especially as we see an increase in Antisemitic violence, her actions not only fuel tensions, but she has explicitly expressed cheer and pride in it. It is especially concerning that as a public health major, the lives of innocent people are not valued to her, as evidence by her own post as proof of that. I would not feel safe to be in the same space or under the authority of [REDACTED] with the knowledge that she celebrates and hopes for the death of the Jewish people. It is crucial that I remain anonymous to [REDACTED] because I am afraid of retaliation. There is no feature on this form that can confirm that, so I am stating it here. I would like to be alerted of the course of action taken to hold [REDACTED] accountable for her blatant display of Antisemitism in the wake of this horrible massacre.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Complainant did not respond to outreach | Bias/Discrimination | | No | No | No | No | No |
| 7 | 2023362401 | [REDACTED] | Closed | Bias Response | 20233624 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-10-08 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] On Oct 8, as the Jewish community was reeling from Hamas' massacre of over 1,000 Jews, and in many cases still waiting to see if their friends or family were dead or held hostage, [REDACTED] posted an instagram story of the footballer Dick Butkus (who died a few days before) with the mocking caption "Pray for Israel IDK I don't watch the news"<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 8 | 2023612101 | [REDACTED] | Closed | Bias Response | 20236121 | Center for Student Success and Intervention | JN | Respondent - Student | 2023-10-09 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Here's a screenshot of antisemitic language condoning violence against the Jews, saying that it's "justified resistance." [REDACTED] confidently posted this in the journalism group chat comprising about 250 people. I have objected to this language, which is why people with this view (and there is a good number of them at CJS) have bullied and harrassed me all year. How is it that she and others with this dangerous rhetoric, like [REDACTED], are emboldened to do what they please, stop our classes, without any repercussions, but I have been the one living with fear and psychological pain? Who will help me and when?<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-06-18 | Resolved | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 2023362501 | [REDACTED] | Closed | Bias Response | 20233625 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-10-09 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q]<br>On Oct 9, 2 days after Hamas' massacre of over 1,000 Jews, former student [REDACTED] posted an instagram story saying the massacre of over 1,000 Jews was not terrorism, but "decolonization".<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 10 | 2023362601 | [REDACTED] | Closed | Bias Response | 20233626 | Center for Student Success and Intervention | SP | Respondent - Student | 2023-10-09 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q]<br>On Oct 8, one day after Hamas massacred over 1,000 Jews, CU SJP made an instagram post stating "Yesterday was an unprecedented moment for the Palestinians", celebrating the massacre as a "counter-offensive". This post was reposted on Oct 9 (when I saw it) by Columbia SPS student [REDACTED].<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 11 | 2023160301 | [REDACTED] | Closed | Behavioral Conduct | 20231603 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-10-10 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>Patashnick received an email from President Shafik's office which included a forwarded email from CC'27 [REDACTED]. [REDACTED] posted on their social media a message of support for those impacted by recent events in Israel. [REDACTED] reported that his friends saw that [REDACTED] reposted [REDACTED]'s post with the content tagged "from the river to the sea" is an explicit call for the annihilation of all Jews. He posted this on his story, and wrote "kill yourself"... then he deleted it.". [REDACTED]'s friends did not screenshot the content.<br><br>Patashnick will reached out to [REDACTED] to offer immmediate support. See below for full email.<br><br>-------- Forwarded Message --------<br>Subject: A classmate told his social media followers that I should kill myself. I am scared.<br>Date: Tue, 10 Oct 2023 00:37:59 -0400<br>From: [REDACTED] less than[REDACTED]greater than<br>To: officeofthepresident@columbia.edu<br>Hi President Shafik, I would like to schedule a one on one meeting with you if possible to express my fear on campus. I need to offer my perspective on 1) the events going on around campus and 2) what that means for the 20% of this college that is Jewish. I'm in a difficult position, because I don't have physical evidence to show you. I was told disturbing news by peers who want their identities to remain anonymous out of fear. They didn't screen shot the story containing the death threat because they were worried if I had proof, the student would know the proof came from them. So you'll have to trust me. While I feel threatened and a bit shocked that this happened, I want to take steps forward. The student's name is [REDACTED]. He screen shotted one of my condemnations of terrorism and warnings to students that chanting "from the river to the sea" is an explicit call for the annihilation of all Jews. He posted this on his story, and wrote "kill yourself"... then he deleted it. One of my friends showed the story to a bunch of kids and by word of mouth it came to me that I essentially received a death threat by a fellow classmate. I am begging you not to turn your back on me. I need support. I need your help. It's been a terrible week, and this only unsettles me more. [REDACTED], class of 2026. I don't know what to do or who to tell. I hope I never have to see him on campus. I don't see how a student who does such a thing belongs here. Best, [REDACTED]<br>Sent from my iPhone | 2023-10-26 | Dean's Discipline Hearing | Harassment (Standards and Discipline, pp. 4-9) | Not Responsible | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | | | | | | | | | |
| 12 | 2023299202 | [REDACTED] | Closed | Behavioral Conduct | 20232992 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-10-12 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] I left butler after 1 am one night and a person sitting outside butler started yelling free palestine. I asked if he was talking to me and he said I'm just saying free palestine. I walked over and asked why hes saying it to me specifically, and he said "cause you a jew". He later threatened to call campus security when I confronted the antisemitism. I invited him to call them and said I'll wait.  The person began yelling, "Fuck the Jews," multiple times at me with two of my friends, [REDACTED] and [REDACTED] both eyewitnesses to part of the incident. I then asked my friends to record the incident, at which point the person did not repeat any comments besides "Free Palestine." He told me while campus security there "I thought you were going to show the Star of David. Show off your necklace." I think I responded with something like I'm proud I'm not ashamed. Campus security mentioned the words free speech to me and I told them this was hate speech not free speech. They sent him away and when I asked what will happen they said they'll update me with an email for me to follow up the next morning. I never got such an email.  [Q] Please indicate other departments that have been notified (optional):[/Q] Columbia Public Safety  [Q] If 'other' selected above, explain below:[/Q] | 2024-08-20 | Withdrawal with Case Pending | Harassment (Standards and Discipline, pp. 4-9) Columbia University Non-Discrimination Policy, Violation of (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 2023362801 | [REDACTED] | Closed | Bias Response | 20233628 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-10-13 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Student [REDACTED] posted an instagram post of a pro-Palestinian protest with the caption #dayofjihad. At the time, Hamas was calling for a global "#dayofjihad" as a day of global violence against Jews and Jewish institutions worldwide. Thankfully Hamas' global reach is limited (although there were multiple arrests). The use is very hateful, as it is a hashtag created by an antisemitic terrorist organization to call off the worldwide murder of Jews. Said post was also shown to be like by student [REDACTED].  [Q] Please indicate other departments that have been notified (optional):[/Q]  [Q] If 'other' is selected above, explain below:[/Q] | 2024-03-11 | Did not meet definition of a policy violation | Bias/Discrimination | | No | No | No | No | No |
| 14 | 2023362802 | [REDACTED] | Closed | Bias Response | 20233628 | Center for Student Success and Intervention | EN | Respondent - Student | 2023-10-13 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Student [REDACTED] posted an instagram post of a pro-Palestinian protest with the caption #dayofjihad. At the time, Hamas was calling for a global "#dayofjihad" as a day of global violence against Jews and Jewish institutions worldwide. Thankfully Hamas' global reach is limited (although there were multiple arrests). The use is very hateful, as it is a hashtag created by an antisemitic terrorist organization to call off the worldwide murder of Jews. Said post was also shown to be like by student [REDACTED].  [Q] Please indicate other departments that have been notified (optional):[/Q]  [Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Did not meet definition of a policy violation | Bias/Discrimination | | No | No | No | No | No |
| 15 | 2023363701 | [REDACTED] | Closed | Bias Response | 20233637 | Center for Student Success and Intervention | BC | Respondent - Student | 2023-10-18 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Shared an instagram story accusing Israelis of skinning the bodies of Palestinians killed in the current conflict, without evidence. As this post has no evidence, it comes very close to the antisemitic trope of blood libel - the dangerous trope that Jews kill non Jews to use their bodies.  [Q] Please indicate other departments that have been notified (optional):[/Q]  [Q] If 'other' is selected above, explain below:[/Q] | | | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 2023189101 | [REDACTED] | Closed | Behavioral Conduct | 20231891 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-10-19 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] I was sitting on the bench right in front of the bathroom on the first floor of JGH and working on my computer. An individual in a cap (I believe red) was walking by (he either came through the double doors right next to the bench or came from the bathroom) and then stopped and stood there when he was parallel to the entrance to room 104. He stood there (I believe) mumbling something and just looked in my direction. I glanced to see if he was looking at me but there were Themis MPRE review books on the table in front of me, so I assumed he was looking at those books. Then he turned and I hear him say "fuck the Jews" as he was walking away. I quickly picked my head up and watched him just continue walking down the hall. I believe he turned right behind the benches and tables outside of room 106. There was someone sitting on the bench next to me, however, she either chose to ignore what happened, or didn't hear what took place because she did not react. I didn't ask her whether she heard what the individual said.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' selected above, explain below:[/Q] | 2023-11-28 | Dean's Discipline Hearing | Columbia University Non-Discrimination Policy, Violation of (Standards and Discipline, pp. 4-9) Harassment (Standards and Discipline, pp. 4-9) Columbia University Non-Discrimination Policy, Violation of (Standards and Discipline, pp. 4-9) | Responsible Responsible Responsible | Yes | No | No | No | No |
| 17 | 2023363101 | [REDACTED] | Closed | Bias Response | 20233631 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-10-20 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] [REDACTED] posted a story on their instagram, sharing a video which called for the rejection of finding a peaceful solution to Israel/Palestine. Coming less than 2 weeks after the massacre of over 1,000 Jews in Israel, this video implicitly (not explicitly so it won't be struck from Instagram) supports more murders of Jews.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Did not meet definition of a policy violation | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 2023186001 | [REDACTED] | Closed | Behavioral Conduct | 20231860 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-10-21 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>At approximately 3:15 pm on Saturday, October 21, Dean Kromm, and several other senior administrators, were alerted to the following flyer via Soulaymane Kachani, Senior Vice-Provost:<br><br>--------- Forwarded message ---------<br>From: [REDACTED] less than[REDACTED]greater than<br>Date: Fri, Oct 20, 2023 at 6:25 PM<br>Subject: ONE WEEK: BLACK LESBIAN FILM SCREENING<br>To: less thanlionlez@columbia.edugreater than<br><br>black lesbian film screening.png<br>It's FREE PALESTINE over here. Zionists aren't invited.<br>See you soon, LionLez<br><br>Moments later, an additional concern was forwarded as a Barnard student emailed LionLez about the exclusion of Zionists from the black lesbian film screening.  The student reached out with this:<br><br>On Sat, Oct 21, 2023 at 1:18 PM  BC student wrote:<br>Hi LionLez,<br><br>Please read and thoughtfully consider this email.<br><br>I want to respectfully remind you that many students at Barnard are Jewish and/or from Israel. Many are deeply intertwined with the Jewish community. Students at Columbia have been drafted and sent to Israel to fight. Students' relatives have been drafted. Some students' family members have been declared missing in the Hamas terrorist attacks, meaning they have been either killed or taken hostage. These scenarios aren't random - I know people who have experienced each of these unthinkable things. The war is having a very real and human effect on Barnard's community.<br><br>I also want to remind you that Palestine criminalizes LGBTQ people.<br><br>Regardless of your stance on the conflict, it is imperative to remain neutral. LionLez and other queer spaces are meant to be a place of community. By stating "It's FREE PALESTINE over here. Zionists aren't invited." you are choosing to alienate a large portion of the student body when what they need most is community and comfort in the face of unthinkable loss. Please remember that, regardless of your stance, Jewish people and Palestinian people are suffering and dying, and we must not invalidate anyone's suffering.<br><br>I hope that you choose to provide community instead of providing fear of antisemitism in yet another campus environment.<br><br>Best wishes,<br>BC student<br><br>At about 2 pm, the [REDACTED] of LionLez responded with this:<br><br>--------- Forwarded message ---------<br>From: less than[REDACTED]greater than<br>Date: Sat, Oct 21, 2023 at 2:05 PM<br>Subject: Re: ONE WEEK: BLACK LESBIAN FILM SCREENING<br>Cc: less thanlionlez@columbia.edugreater than<br><br>First they came for the Black people<br>And I did not speak out<br>Because I am not Black.<br>Then they came for the Indigenous people<br>And I did not speak out<br>Because I am not Indigenous.<br>Then they came for the Asian people | 2023-10-31 | Dean's Discipline Hearing | Columbia University Non-Discrimination Policy, Violation of (Standards and Discipline, pp. 4-9) Harassment (Standards and Discipline, pp. 4-9) | Responsible Not Responsible | Yes | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Because I am not Asian.<br>Then they came for the Jews<br>And there was no one left<br>To speak out for us.<br><br>Can you read between the lines of this poem? white Jewish people are today and always have been the oppressors of all brown people, just like every other white subgroup. white supremacy is so extreme that even AFTER they (white Jews included) violently went after ALL brown people, they then looked around the room of just thempastyselves and said hmm who is the most different looking here...? And it was the Jewish people! So that means [REDACTED], and I'm gonna touch your hand when I say this, WHEN I SAY THE HOLOCAUST WASN'T SPECIAL, I MEAN THAT. You got a lot of nerve coming into a Black person's inbox talkin bout "I'm afraid of brown people as a white Jew"<br><br>With all the information available to us, the only people who support "Israel" are very stupid and/or very racist. Stop looking at the news' interpretation of primary sources and look at the primary sources themselves. C'mon aren't we scholars? Look at eye.on.palestine on Instagram. Look at social media from people actually on the ground (that includes 0 Zionists, they in the air dropping bombs). No, white Jewish people in Palestine are not dying on a large scale. No, none of the white Jewish people you're referring to are from "Israel," colonizer settlers don't just suddenly "come from" where they forced their way into. No, no one cares how much a white girl cries anti-semitism when we say stop the genocide.<br><br>Did you know that only white Jews are allowed to live in "Israel"? So if you had/have a cousin that shared your Jewish grandma and grandpa, but their other parent was Black, that cousin wouldn't be able to go to Israel with you? LionLez is run by people of color. For it to be a safe space for people of color, Zionists (all of whom are white supremacists) are not invited. Ever.<br><br>Germany, the government who recently orchestrated the Holocaust and is still anti-semitic to this day, supports Israel. Have you thought about why? Could it be that if Jewish people have a new enemy (the Palestinians), Germans might no longer be held responsible for reparations to Jewish people? Could it be that Israel supports both their white supremacist agenda of ethnic cleansing of brown people AND their anti-semitic agenda of making Jewish people look bad? Britain and the US have admitted to manipulating white Jews' trauma to get a foothold in the Middle East for political and economic gain.<br><br>Hamas only exists because of Zionists' cruelty. Zionists have taken Palestinian hostages for 75 years, so Hamas took hostages for a prisoner exchange to get their family members back. They fought back and killed a handful of people after a 75-year ongoing genocide that's killed hundreds of thousands. This is not a war. "Israel" is the sole aggressor. Israelites are the Nazis.<br><br>Every religion has religious extremists. Christian religious extremists are called fundamentalists. Muslim religious extremists are called al qaeda. Jewish religious extremists are called Israelis and Zionists.<br><br>You and your white supremacy are also not invited.<br><br>STOP THE GENOCIDE! FREE PALESTINE! FUCK ISRAEL,<br>[REDACTED]<br><br>Note, 4 leadership members of LionLez who completed Club Re-FUEL are:<br>[REDACTED][REDACTED]CC[REDACTED]<br>[REDACTED][REDACTED]    TC[REDACTED]<br>[REDACTED][REDACTED]    BC[REDACTED]<br>[REDACTED][REDACTED]    EN[REDACTED]<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | | | | | | | | | |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 2023363201 | [REDACTED] | Closed | Bias Response | 20233632 | Center for Student Success and Intervention | EN | Respondent - Student | 2023-10-21 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Columbia Student [REDACTED] posted an instagram story in response the stabbing of the president of a detroit synagogue. In it, she implies it's only bad that this synagogue president was murdered because Judaism isn't Zionism. This implies it's ok to kill Zionists - otherwise why make the distinction? This is bad as repeated polling shows most Jews are Zionists, including the murdered president (Ms. Woll) who worked to promote acceptance of Israel in the US. This post, while likely a micro-aggression type of antisemitism, encourages antisemitism by demonizing zionists, which a) columbia's definition of antisemitism includes and b) most Jews are. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 20 | 2023363901 | [REDACTED] | Closed | Bias Response | 20233639 | Center for Student Success and Intervention | BC | Respondent - Student | 2023-10-23 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Shared an instagram post on their story calling Israel responsible for human rights violations in 18 Central and South American countries. This post essentially takes any state that Israel has trade relations with that also has human rights violations and blames Israel for them (ignoring all other countries that have relations with each state). This post is based on and continues the antisemitic trope of Jews being blamed for things being bad worldwide, like some global cabal intent on power and misery. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-01-19 | Referred to Other Office | Bias/Discrimination | | No | No | No | No | No |
| 21 | 2023304701 | [REDACTED] | Closed | Behavioral Conduct | 20233047 | Center for Student Success and Intervention | LW | Respondent - Student | 2023-11-09 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] [REDACTED] has, both in person and on social media (Instagram stories), been spreading hate speech and threats of violence, saying things like "Jews are the new Nazis," "there are too many of them [Jews]", etc. She has also indicated that the student groups that were temporarily banned from campus will continue to meet covertly, and issued threats of violence against anyone who would oppose these groups. Her social media is private, hence why she likely thought she could share such things with impunity, but it sounds like she may be involved in plans to harass and intimidate other students, in addition to her Neonazi-like rhetoric. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-01-23 | Administrative Resolution | Bias/Discrimination | | No | No | No | No | No |
| 22 | 2023352601 | [REDACTED] | Closed | Bias Response | 20233526 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-11-09 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] This student is liking and reposting anti-Israel posts on social media. Posts that refer to Israel as "Occupied Palestine" and that state "from the river to the sea, Palestine will be free." This is antagonizing antisemitic behavior and it is REVOLTING!! [Q] Please indicate other departments that have been notified (optional):[/Q] Office of Multicultural Affairs (OMA) [Q] If 'other' selected above, explain below:[/Q] | 2024-01-15 | Referred to Other Office | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL DISCIPLINARY PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 2023418502 | [REDACTED] | Closed | Bias Response | 20234185 | Center for Student Success and Intervention | GS | Respondent - Student | 2023-11-09 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] On November 9 there was a pro Palestine rally around Alma Matter in the middle of the day. As the protest was ongoing I handed out sheets with facts about the Israel Hamas war that I thought were informative and supported Israel's right to defend herself. I didn't bother any of the protesters or make noise. I simply handed flyers to people passing by and onlookers. Many people took sheets out of curiosity and read them. I find education more impactful than shouting slogans. As I was handing out these flyers, another student wearing a Kaffiyah and clearly with the Pro Palestine protest began getting in my face and yelling expletives. I kindly asked that he give me some space, but he would not leave me alone and continued to harass me and stand over me as a form of intimidation. He began breathing in my face and saying things like "you better watch out." An onlooker saw this happening and asked him to give me some space and to leave me alone. The man in the Kaffiyah started yelling at him. It was very intense and clearly a form of harassment. I later found out his name was [REDACTED], [REDACTED] years old in the General Studies school. When I see him at other protests on campus he purposely comes up to me and stands over me like he did before. I worry that this student can start a fight with someone else or harass others like me. He clearly gets unhinged very easily.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-09-13 | Administrative Resolution | | | No | No | | | |
| 24 | 2023444002 | [REDACTED] | Closed | Bias Response | 20234440 | Center for Student Success and Intervention | GS | Respondent - Student | 2023-11-09 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Attached is the Public Safety Report Case #23-003566. The CV is a GS Student [REDACTED] ([REDACTED]) and the subject is also a GS Student [REDACTED] ([REDACTED]). the CV stated that on 11/09/23 during a protest on the Low Plaza the subject was yelling at him and other Jewish Student through a Megaphone and was also telling other student to block them from protesting by holding large pieces of plywood. The CV has a video of this incident and can be provided by PS if requested.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-21 | Referred to Other Office | | | No | No | No | No | No |
| 25 | 2023272302 | [REDACTED] | Closed | Behavioral Conduct | 20232723 | Center for Student Success and Intervention | SP | Respondent - Student | 2023-11-10 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] [REDACTED] is a student of mine in class and my advisee. She looked upset in class and asked if we could speak during the mid class break. She told me that she has family members who are in Israel. She informed me that in class on Friday (possibly Thursday) that she asked a fellow student in a bioethics class on Morningside campus that had a Palestinian flag. The student got upset and apparently yelled "from the River to the sea" at [REDACTED]. [REDACTED] was so upset she left class. She informed the professor of the class about the argument/confrontation. Following this confrontation [REDACTED] received what she described as anti semitic texts from other students in the same class. [REDACTED] said that the other student (wearing the Palestinian flag shirt) reported an EOAA complaint about the encounter.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q] Other<br><br>[Q] If 'other' selected above, explain below:[/Q] I had already been worried about [REDACTED] and had referred her to the Office of Student Affairs | 2024-01-25 | Party declined participation | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 2023364001 | [REDACTED] | Closed | Bias Response | 20233640 | Center for Student Success and Intervention | EN | Respondent - Student | 2023-11-12 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Shared an instagram story purporting to have a "5 minute" explanation of Israel and Palestine. In this story, Hamas was called "resistance movement" and their actions (implicitly including those on Oct 7 where they killed over 1,000 Jews) were supported. Hamas is an antisemitic terror organization with a manifesto calling for the deaths of Jews worldwide. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 27 | 2023364101 | [REDACTED] | Closed | Bias Response | 20233641 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-11-13 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Columbia student shared an instagram post on their story which claimed to explain Israel &amp; Palestine in 5 minutes. The post called Hamas "resistance Movement" and supported their actions (implicitly supporting oct 7, where they massacred over 1,000 Jews). The post support Hamas despite their being an antisemitic terror organization with a manifesto calling for the murder of Jews worldwide [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 28 | 2023383601 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16. They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked. The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |
| 29 | 2023383602 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16. They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked. The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |

THIRD RASSBACH DECLARATION EXHIBIT 3
267

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | | | | | | | | | |
| 30 | 2023383603 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16.  They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked.  The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Complainant provided insufficient Information | | | No | No | No | No | No |
| 31 | 2023383604 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16.  They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked.  The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |
| 32 | 2023383605 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16.  They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked.  The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | | | | | | | | | |
| 33 | 2023383606 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16. They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked. The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |
| 34 | 2023383607 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16. They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked. The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |
| 35 | 2023383608 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16. They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked. The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | | | | | | | | | |
| 36 | 2023383609 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16. They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked. The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |
| 37 | 2023383610 | [REDACTED] | Closed | Bias Response | 20233836 | Center for Student Success and Intervention | LW | Respondent - Student | 2023-11-16 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This group of students caused a disruption in the lobby of the law school and hung a banner which violates school policies. They began the protest at 2:30pm and it ended at 5:17pm on Thursday, November 16. They were asked several times by Law school administrators and University delegates to stop and did not. They were also advised several times that the protest violated multiple student policies. They did comply with eventually refraining from using the bullhorn but remained in the lobby reading names and did not remove the banner. This video is a very short clip of what was observed. Many of the students indicated they were comfortable facing student conduct consequences and as a result did not agree to stop the protest when asked. The students listed are ones who read names, stood near the banner prohibiting its removal or made themselves out to be leaders of the group. There were other students who stood near the speakers but we were not able to capture everyone's names. There was also another student who stood near the banner but we were not able to identify them as they were covering their face. Public Safety was also present and can add additional details. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL DISCIPLINARY PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 2023364201 | [REDACTED] | Closed | Bias Response | 20233642 | Center for Student Success and Intervention | BC | Respondent - Student | 2023-11-17 | [Q] Please provide a narrative of the incident. Be sure to include as much information as possible about the incident.[/Q]<br><br>Former student [REDACTED] posted an instagram post which featured the figure and quote of Leila Khaled, who twice attempted to blow up planes of Jews (one El Al flight, on flight to Tel Aviv). She only failed the second time as the grenade she threw "miraculously" failed to detonate. This post celebrates someone who twice tried to murder a plane full of Jews and calls her a hero. It also ends with a call for more violence, stating, "Violence, like Achilles lance, can heal the wounds that it has inflicted". This post was shared by current student [REDACTED].<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-02-19 | Referred to Other Office | Bias/Discrimination | | No | No | No | No | No |
| 39 | 2023252301 | [REDACTED] | Closed | Behavioral Conduct | 20232523 | Center for Student Success and Intervention | GS | Respondent - Student | 2023-11-17 | [Q] Have you addressed your concern directly with the student?[/Q]<br>Yes<br><br>[Q] Have any referrals been made?[/Q]<br>Yes<br><br>[Q] Is the student aware that this referral is being submitted on their behalf?[/Q]<br>Yes<br><br>[Q] By submitting this referral, are you requesting outreach to the student?[/Q]<br>Yes<br><br>[Q] Do you have immediate concerns for the student's safety?[/Q]<br>No<br><br>[Q] MOST COMMON CONCERNS[/Q]<br>Disruptive Behavior<br><br>[Q] PERSONAL/EMOTIONAL/RELATIONAL CONCERN(S)[/Q]<br><br>[Q] COMMUNITY STANDARDS CONCERN(S)[/Q]<br><br>[Q] NARRATIVE OF CONCERN[/Q]<br>CUPS sent the below information to AD of Wellbeing, Amber Griffiths. Amber has reached out to the student and will meet with him if he chooses.<br><br>Notice:<br><br>Good morning Amber,<br><br>The below student was observed at 116 Broadway with a large knife and appeared to be cutting down posters. We notified 911 and NYPD responded and took him into custody. He received a C Summons for possession of a knife.<br><br>GS student [REDACTED]<br>Uni#[REDACTED]<br>Address [REDACTED]<br><br>[Q] What steps have been taken to support the student?[/Q]<br>Outreach to student<br><br>[Q] What referrals have been made?[/Q]<br>NA<br><br>[Q] Additional Information[/Q]<br>CUPS Responded, NYPD Responded | 2024-01-16 | Dean's Discipline Hearing | Law, Violation of (Standards and Discipline, pp. 4-9) Weapons (Standards and Discipline, pp. 4-9) | Not Responsible Not Responsible | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | [Q] Documented Interactions[/Q]<br>No | | | | | | | | | |
| 40 | 2023312102 | [REDACTED] | Closed | Bias Response | 20233121 | Center for Student Success and Intervention | GS | Respondent - Student | 2023-11-20 | [Q] Please provide a narrative of the incident.<br>Be sure to provide as much information as possible about the incident.[/Q]<br>On Monday, November 20th, a few minutes after 8 PM, I was exiting campus on 116th and Amsterdam and I saw [REDACTED] standing with a crowd of protestors. I am usually friendly with [REDACTED], as I have met him at social events in the past. I approached him and tried to say hello, and he told me that he was extremely emotional. He then informed me that he was "watching over the protest." Out of curiosity, I asked what his role was in facilitating the protest, to which he responded, "You are pressing my buttons. I will fuck you up!" He then continued threatening me, telling me to leave the area or else. During this encounter, I was wearing a hat with Hebrew writing on it. The word written across the front translates to "Columbia." [REDACTED] knows I am Jewish, as he once mentioned my relatives in the Holocaust. Moreover, later in the evening, I received a text from [REDACTED] saying that his threats were inspired by his reaction to seeing disturbing footage of the Israel/Palestine conflict. This text is both an admission of guilt and a confession that the act was motivated by antisemitism. Additionally, [REDACTED] called a mutual friend and retold them the events, though, the recipient of [REDACTED]'s call would prefer to remain anonymous unless it is absolutely imperative that they come forward. I am now scared to exist as a Jewish person on campus. I am not affiliated with Students Supporting Israel at Columbia, nor am I Israeli, nor have I ever expressed my political views to [REDACTED]. There is only one reason [REDACTED] targeted me: I am a Jew.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q] | 2024-09-12 | Referred to Other Office | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | [Q] If 'other' selected above, explain below:[/Q] |  |  |  |  |  |  |  |  |  |
| 41 | 2023299101 | [REDACTED] | Closed | Bias Response | 20232991 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-11-25 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Attached is PS Report #23-003767 regarding alumni emailing Public Safety and provided information that possibly [REDACTED] posted alarming post on social media. <br><br> [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-06-24 | Dean's Discipline Hearing | Surveillance/Photography, Unauthorized (Standards and Discipline, pp. 4-9) Copying and/or Distribution, Unauthorized (Standards and Discipline, pp. 4-9) Disruptive Behavior (Standards and Discipline, pp. 4-9) Columbia University Non-Discrimination Policy, Violation of (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. | Responsible Responsible Not Responsible Responsible Not Responsible | Yes | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 2023516302 | [REDACTED] | Closed | Bias Response | 20235163 | Center for Student Success and Intervention | GF | Respondent - Student | 2023-11-30 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] On 11/29/23 at ~3:55 PM, I was transferred a call from my colleague Trent Pollard from someone identifying themself as a student calling from [REDACTED]. The call lasted 5 minutes 38 seconds. The individual initially declined to give their name but eventually identified as "Melissa" and a subsequent email showed the name of Melissa Coluccio. Melissa also initially identified themself as a current SOA student but then later stated they were glad they only attended one semester. Melissa stated that someone they identified as a student, [REDACTED], was anti-Semitic and that action needed to be taken against this student. Eventually, Melissa stated that they saw this on social media posts and agreed to send them to me. See attached. Melissa proceeded to state that Harvard and U Penn also had the same problem and that Columbia was anti-Semitic, that "no Jews will be sent to your school," that Trent told them "he would not do anything and nothing can be done," and demanding disciplinary action against Farida. After the call, Melissa sent an email with no text in the body, only the attachments. I later determined that there was no record of either party being a student at SOA. Much later I determined that [REDACTED] was a student at another school. This, along with different reporting procedures at the time, led to the delay in reporting. Both parties could be complaints or respondents. An apparent non-affiliate is stating that a student is anti-Semitic and the social media posts could be harassment of a student. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-08-28 | Complainant provided insufficient Information | | | No | No | No | No | No |
| 43 | 2023363501 | [REDACTED] | Closed | Bias Response | 20233635 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-12-04 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Posted in instagram story claiming the Israel-Palestine war was all because the Jews want natural gas in Gaza. Cites a Haaretz article which actually talks about how the US and Israel want to develop Gaza's offshore gas for the Palestinian Authority to keep it afloat and revitalize Gaza. Plays on the antisemitic trope of greedy Jews. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 44 | 2023361201 | [REDACTED] | Closed | Bias Response | 20233612 | Center for Student Success and Intervention | SW | Respondent - Student | 2023-12-08 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] During a meeting on the evening of 12/8, students shared concerns regarding another classmate's Instagram profile page. They mentioned him as someone they feared could turn violent. What they shared from his social media seems to contain a lot of violent imagery and content. Unfortunately, I did not take down the name of the profile. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' selected above, explain below:[/Q] | 2024-04-19 | Complainant did not respond to outreach | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 2023359101 | [REDACTED] | Closed | Bias Response | 20233591 | Center for Student Success and Intervention | NM | Respondent - Student | 2023-12-10 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] This is not an isolated incident but said student has made many antisemitic remarks on her social media page, in person, including while in her clinical uniform representing the school. She has been espousing hate speech, saying that October 7th was a good thing that happened, justified and something to celebrate. She was been intimidating other Jewish students in our cohort and making them feel extremely unsafe and uncomfortable, especially on the whatsapp group chat. She has made repeated calls for genocide against Jewish students. It concerns me that she is taking care of patients in the hospital as we have had orthodox Jews as patients. This has been ongoing since the attacks on October 7th. I lost many of my photos so I only still have this one, but I'm not the only one who has seen her horrific posts. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-01-17 | Referred to Other Office | Bias/Discrimination | | No | No | No | No | No |
| 46 | 2023373602 | [REDACTED] | Closed | Bias Response | 20233736 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-12-11 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] I and my fellow Jewish friends got called a Bitch ! This is the same girl that [REDACTED] Lionelez the gay club that doesn't allow Zionist into her club. She states that the "holocaust is not special." Pls remove her from the school she is terrifying. I am scared for my safety. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Follow-up Completed | | | No | No | No | No | No |
| 47 | 2023364301 | [REDACTED] | Closed | Bias Response | 20233643 | Center for Student Success and Intervention | GS | Respondent - Student | 2023-12-14 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Shared an article purporting to show that it was most of the Jews killed on Oct 7 were killed by their own soldiers not by Hamas. This article has been debunked (https://www.haaretz.com/israel-news/2023-11-27/ty-article-opinion/exposing-max-blumenthals-deceptive-claim-israel-is-responsible-for-most-october-7-victims/0000018c-102f-d65f-a7dd-f0ff7b550000). This article is a typical type of antisemitism where antisemitic attacks on Jews are then blamed on Jews to say it wasn't actually antisemitism. The article splices together multiple quotes using "..." to make it seem like Hamas did little of the killing and there is an attempted coverup, which is an antisemitic conspiracy. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-02-21 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 48 | 2023364401 | [REDACTED] | Closed | Bias Response | 20233644 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-12-15 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] After the congressional hearing where 3 Ivy League presidents said that calling for the genocide of Jews was not antisemitic, and were rightfully called out for it, Columbia student [REDACTED] posted that "Israel is Silencing American Universities". Said post neglected to mention how Israel is doing anything, when all the pushback was from rightfully horrified Americans. This embraces the antisemitic conspiracy that Jews (through Israel) are controlling events around the world (ie by making people angry at university presidents), while also implicitly endorsing that calling for the genocide of Jews is not antisemitic - a statement which is very antisemitic. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-02-22 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 2023364501 | [REDACTED] | Closed | Bias Response | 20233645 | Center for Student Success and Intervention | CC | Respondent - Student | 2023-12-18 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Posted zionism equals nazism. By columbias rules on antisemitism this is very antisemitic to compare the ideology that Jews deserve a safe homeland to the ideology that is Jews should be cleansed from the earth.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-02-22 | Follow-up Completed | Bias/Discrimination | | No | No | No | No | No |
| 50 | 2023407801 | [REDACTED] | Closed | Bias Response | 20234078 | Center for Student Success and Intervention | AR | Respondent - Student | 2023-12-19 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] A graduate student in the School of the Arts used a university sanctioned list-serve to circulate the attached letter.  The letter which was sent to my university email is a call for political action and not university business.  I find the letter threatening and intimidating.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | | Referred to Other Office | | | No | No | No | No |
| 51 | 2023363601 | [REDACTED] | Closed | Bias Response | 20233636 | Center for Student Success and Intervention | BC | Respondent - Student | 2023-12-21 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Student [REDACTED] posted on their instagram calling the Yemeni Houthi attack on a container ship heading for Israel, and the subsequent taking of innocent hostages which then disrupted transport through the Red Sea "epic", and send "all their love and warmth". "Yemeni Solidarity" is used as a dogwhistle to talk about Yemeni Houthi attacks on innocent boats through the Red Sea. This amounts to encouraging terrorism and the taking of innocent hostages.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-01-19 | Referred to Other Office | Bias/Discrimination | | No | No | No | No | No |
| 52 | 2023364601 | [REDACTED] | Closed | Bias Response | 20233646 | Center for Student Success and Intervention | BC | Respondent - Student | 2023-12-21 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Student [REDACTED] reposted a series of claims of Israeli atrocities in Gaza, despite the fact that some of the claims were marked false by Meta's fact checkers. Said post also alleged that Meta's fact checking was a conspiracy to shut down spreading of facts despite the claims being thoroughly debunked. This is a serious example of the antisemitic trope of assuming that there's a conspiracy of Jews who are marking things as false so they can get away with gaining their own power.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-01-19 | Referred to Other Office | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 2023374201 | [REDACTED] | Closed | Bias Response | 20233742 | Center for Student Success and Intervention | | Respondent - Student | 2024-01-17 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br><br>Upon discussing socialism in class, [REDACTED] shared that she knew a lot about socialism because "my grandfather as the ultimate zionist...repungent right??". After a few chuckles, the class continued on as normal without any intervention from the professor regarding this micro aggression.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-22 | Complainant did not respond to outreach | | | No | No | No | No | No |
| 54 | 2023374101 | [REDACTED] | Closed | Bias Response | 20233741 | Center for Student Success and Intervention | | Respondent - Student | 2024-01-20 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br><br>At around 5PM I was informed that there was a student who had teared down Israeli Hostage posters outside of the Kraft Center and then entered the building. Other students engaged him in conversation as to why he had ripped them down. I recognized him as a student who had been to the Hillel previously. I overheard part of these conversations and all parties involved were having civil dialogue. A few minutes after, we had a Torah class in Rennert Hall with around 75 Orthodox Jewish students in attendance. [REDACTED] was outside the room in the foyer getting some food that was served there. While the class was going on I heard, and many others as well, him shout "Free Palestine." We were all made uneasy by this. He then came inside and sat quietly in the back. He remained quiet for the rest of the class. I was prepared to contact public safety if anything else occurred during the class. When the class finished we prayed the evening prayers to conclude Shabbat, and he was also in attendance. There was a palpable tension in the room as many students knew that this was the student who had tore down the flyers and shouted "Free Palestine." I was present to ensure that no other incidents took place. I then informed public safety at the desk, and she was already aware of his presence and witnessed some of the conversations that had happened earlier. Nearly everyone else had left the building but [REDACTED] remained. The public safety officer at the front was keeping an eye on him while I went to contact Brian Cohen, the Executive Director of the Hillel. He was in touch with Public Safety.<br><br>Also, earlier that day I was made aware of the sticker posted on the coffee machine on the second floor of Kraft. I was told around 1PM at a communal lunch in Milstein with Orthodox Jewish students. After the lunch I went back to the Kraft center to see if it was still there, and by that time it was gone (I am guessing students were very upset by it and threw it away). A student had taken a photo of it so we have the picture documented. It stated "Long ling the Palestinian Armed Struggle." - A statement/threat toward Jews/Zionists. This was very upsetting for me and for our students.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q]<br>Other- Please elaborate above | 2024-04-09 | Resolved | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 2023376002 | [REDACTED] | Closed | Bias Response | 20233760 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-01-21 | [Q] WELLNESS CONCERN(S):[/Q]<br>Documented Interaction(s), Roommate/Floormate Issue(s)<br><br>[Q] COMMUNITY STANDARDS CONCERN(S):[/Q]<br><br>[Q] HOUSING CONCERN(S):[/Q]<br><br>[Q] FSL/Student Group Issues:[/Q]<br><br>[Q] INCIDENT NARRATIVE<br>Please provide a detailed, third-person, description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>This incident report is being submitted to supplement IR #00058282, involving a roommate conflict between Resident [REDACTED] and Resident [REDACTED]. Following submission of IR #00058282, at 1:45pm on January 21, RHD Hebert received a call from Resident Adviser [REDACTED] requesting RHD Hebert's assistance in supporting Resident [REDACTED] with concerns he now was sharing regarding Resident [REDACTED]. Specifically, RA [REDACTED] shared Resident [REDACTED] was alleging Resident [REDACTED] had made antisemetic remarks to Resident [REDACTED] and was engaging in behavior that was making him uncomfortable. Prior to arriving on site, RHD Hebert was called to manage another incident and requested RA [REDACTED] provide Resident [REDACTED] with RHD Hebert's contact information to schedule another meeting. RHD Hebert and Resident [REDACTED] agreed to meet on January 21 at 3:15pm.<br><br>At the aforementioned date and time, Resident [REDACTED] arrived at RHD Hebert's office. RHD Hebert introduced himself, explained his role, and asked Resident [REDACTED] to share what had been going on in the room.<br><br>Resident [REDACTED] stated that he and Resident [REDACTED] had met online prior to the start of the academic year and had selected each other to be roommates. Resident [REDACTED] said he and Resident [REDACTED] were on good terms and made plans to share cost of appliances and decorations for the space. Resident[REDACTED] stated that their relationship began to sour beginning that Thursday of NSOP, where Resident [REDACTED] stated he was "sealed" by Resident [REDACTED] for several hours without prior warning. Resident [REDACTED] stated he was uncomfortable but planned to move past it. Resident [REDACTED] then shared that from that point, Resident [REDACTED] became romantically involved with another student named "[REDACTED]" and would repeatedly break boundaries with Resident [REDACTED], including having [REDACTED] over in the suite 5-6 times per week without prior notice, being overly physically affectionate in front of Resident [REDACTED], and engaging in tense conversations with [REDACTED] around Resident [REDACTED]. Resident [REDACTED] stated that Resident [REDACTED] and [REDACTED] had broken up due, in part, to disagreements over identity based issues and geopolitics.<br><br>Resident [REDACTED] stated that he identified as Jewish and part Lebanese and was deeply impacted by the events that began on October 7 in Israel and Gaza due to having friends and family on both sides of the conflict. Resident [REDACTED] stated that he, Resident [REDACTED], and other friends decided to go clubbing to find a way to take their mind off of the conflict. During these events, a discussion was held as to whether or not to attend a club that was playing "mostly white dance music" or a club that was playing afro-beats and similar music. Resident [REDACTED] said Resident [REDACTED] replied that he couldn't "shake ass to music he didn't know the words to", which made Resident [REDACTED] uncomfortable. Resident [REDACTED] reported further instances of Resident [REDACTED] making culturally insensitive comments, such as:<br><br>- Resident [REDACTED] allegedly breaking up with [REDACTED] because [REDACTED] was a Republican and supported Israel;<br>- Resident [REDACTED] stating that all Israeli citizens and all Jewish people want to commit genocide;<br>- During [REDACTED] elections, Resident [REDACTED] began exercising control over his party ticket, stating that they "needed" a black candidate, an Asian candidate, and other candidates from singled out racial and cultural groups in what Resident [REDACTED] described as tokenizing other individuals to attempt to appear more diverse. Upon Resident [REDACTED] suggesting a Jewish candidate or partnership with Jewish organizations, Resident [REDACTED] replied "I | 2024-01-22 | Referred to Other Office | Bias/Discrimination | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | - When Resident [REDACTED] shared he was going to a Shabbat dinner, Resident [REDACTED] replied it was a "weird event" and didn't like how many people were present. Resident [REDACTED] allegedly also attended a joint Christmas/Hanukkah event hosted by Hillel and was upset they displayed an Israeli flag, which Resident [REDACTED] stated indicated support of genocide; and<br>- When Resident [REDACTED] began openly wearing a yarmulke more frequently, Resident [REDACTED] reportedly told him "I didn't know you were that Jewish".<br><br>Resident [REDACTED] shared throughout these examples in the conversation that he became increasingly uncomfortable by the rhetoric and language Resident [REDACTED] was using.<br><br>Resident [REDACTED] corroborated Resident [REDACTED]'s relationship with Issac, a mutual friend of both residents who typically visits from Cornell University. Resident [REDACTED] confirmed both Resident [REDACTED] and Issac had a close relationship until the argument Resident [REDACTED] described in IR #00058282 that occurred on January 18. Resident [REDACTED] stated that after that argument, Resident [REDACTED] became increasingly aggressive toward Resident [REDACTED] and any members of his friend group who associated with Issac, including threatening legal action, reporting them to Columbia and/or Cornell administration, and threatening to file restraining orders against them. Resident [REDACTED] said he felt concerned about Resident [REDACTED]'s sudden shift in demeanor and was looking to deescalate the situation. Resident [REDACTED] stated Issac was still in contact with Resident [REDACTED] and despite Resident [REDACTED]'s urging, continued to escalate the conflict with Resident [REDACTED] whenever Resident [REDACTED] would demand Issac complete an action such as deleting Resident [REDACTED] from social media. Resident [REDACTED] stated he believed the rift between him and Resident [REDACTED] was turning into a "floor war" with people supporting either resident on the floor and picking sides. Resident [REDACTED] noted Resident [REDACTED] posts frequently on social media about how much he hates Columbia and expressed frustration that Resident [REDACTED] was unaware of the privilege he had to attend Columbia.<br><br>Resident [REDACTED] stated he was disappointed by the turn of events over the course of the year. Resident [REDACTED] said he would "buy alcohol, pay for food, allow parties to take place in the room, and helped with his [REDACTED] campaign" for Resident [REDACTED] and felt slighted by Resident [REDACTED]'s growing hostility. Resident [REDACTED] stated he believed Resident [REDACTED] was expressing manic tendencies and was concerned about his perceived lack of mental health support.<br><br>RHD Hebert thanked Resident [REDACTED] for sharing and empathized with his experience.RHD Hebert asked Resident [REDACTED] what his ideal solution would be and said he wanted to be separated from Resident [REDACTED], but didn't want to leave his space. RHD Hebert explained that no individual could be forcibly removed from the space, and provided Resident [REDACTED] options for moving rooms, which Resident [REDACTED] appeared open to. RHD Hebert confirmed a roommate agreement was not on file and offered that as a temporary solution, which Resident [REDACTED] was interested in. RHD Hebert needed to cut the meeting short to meet with another student at 4pm, but provided his contact information to Resident [REDACTED] and shared he or Residence Hall Director Daniel Rivera would be in touch regarding next steps. Resident [REDACTED] thanked RHD Hebert for meeting and the meeting concluded at 4:03pm.<br><br>RHD Hebert documented the incident for further follow up and will touch base with RHD Rivera regarding a long term solution to the conflict between both residents.<br><br>[Q] ADDITIONAL INFORMATION:[/Q]<br>None | | | | | | | | | |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | 2023445001 | [REDACTED] | Closed | Bias Response | 20234450 | Center for Student Success and Intervention | SW | Respondent - Student | 2024-01-23 | [Q] Please provide a narrative of the incident.<br>Be sure to provide as much information as possible about the incident.[/Q]<br>[REDACTED] posted the following on Instagram. [REDACTED] and I are co interns at the same practicum site and I do not feel safe attending internship in person and working alongside her. [REDACTED] and I also have class together and I am terrified of the possibility of working together.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br><br>[Q] If 'other' is selected above, explain below:[/Q]<br>Dean Moira curtain | 2024-08-23 | Administrative Resolution | | | No | No | No | No | No |
| 57 | 2023396901 | [REDACTED] | Closed | Bias Response | 20233969 | Center for Student Success and Intervention | | Respondent - Student | 2024-01-31 | [Q] Please provide a narrative of the incident.<br>Be sure to provide as much information as possible about the incident.[/Q]<br>Posters of skunks with Israeli flags on them, titled "Beware! Skunk on Campus", and posters with John Kerry with devil horns and being called a Zionist, are hung all over Butler and Milstein libraries.<br><br>This is in parallel to these posters being uploaded by CU Apartheid Divest on their instagram page.<br><br>This evokes the classical antisemitic libels of "Jews as devils" and "Jews as vermin". Jewish students and faculty are literally being bombarded with Nazi and Soviet antisemitic propaganda at Columbia by CU Apartheid Divest, which consists of banned groups SJP and JVP.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-02-01 | Referred to Other Office | | | No | No | No | No | No |
| 58 | 2023442201 | [REDACTED] | Closed | Bias Response | 20234422 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-02-01 | [Q] Please provide a narrative of the incident.<br>Be sure to provide as much information as possible about the incident.[/Q]<br>[REDACTED] defended the poster of a skunk with an Israeli flag on it and proceeded to imply that anyone who felt it was antisemitic was illiterate.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-02-20 | No Follow-up Necessary | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 2023502901 | [REDACTED] | Closed | Bias Response | 20235029 | Center for Student Success and Intervention | | Respondent - Student | 2024-02-02 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] [REDACTED], School of the Arts Film Student, has made several complaints of bias in the form of anti-semitism, which have been reported. In a recent email exchange with the Chair of the Film Program, [REDACTED] stated that he is encouraging people to call students whom he believes to be anti-Semitic "Nazis" and he is also using the term. I've attached the relevant email exchange. Shortly after this exchange, Hanna Seifu, Director of Academic Administration in the Film Program, informed me that [REDACTED] has been referring to film student, [REDACTED], as a Nazi to her. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-04-05 | Administrative Resolution | | | No | No | No | No | No |
| 60 | 2023425701 | [REDACTED] | Closed | Behavioral Conduct | 20234257 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-02-08 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Attached is PS Report # 24-000403 regarding cc student caused a disturbance during a campus tour at approximately 1300 hours on 1/31/2024. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-03-14 | Dean's Discipline Hearing | Disruptive Behavior (Standards and Discipline, pp. 4-9) | Responsible | No | Yes | No | No | No |
| 61 | 2023425702 | [REDACTED] | Closed | Behavioral Conduct | 20234257 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-02-08 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Attached is PS Report # 24-000403 regarding cc student caused a disturbance during a campus tour at approximately 1300 hours on 1/31/2024. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-03-13 | Dean's Discipline Hearing | Disruptive Behavior (Standards and Discipline, pp. 4-9) | Responsible | No | Yes | No | No | No |
| 62 | 2023442301 | [REDACTED] | Closed | Bias Response | 20234423 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-02-13 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Posted about another student, mocking their physical appearance on their public social media account. This was just because this student was holding an Israeli flag. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-02-20 | No Follow-up Necessary | | | No | No | No | No | No |
| 63 | 2023452001 | [REDACTED] | Closed | Behavioral Conduct | 20234520 | Center for Student Success and Intervention | SW | Respondent - Student | 2024-02-13 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] I am completing this on behalf of a student who wants to remain anonymous: I was in Butler today and my friend told me that while she was leaving the library, the security was not letting her leave because of a protest. I went to the doorway of Butler to see what was happening and I saw a group of protestors with pots, pans, Palestinian flags, and drums banging on the door and yelling about Israel. In the hallway, there was a crowd of people waiting to leave the library, who were told by the security that they were not allowed to leave. Eventually the security guard that was there guided the group of people to what I think was a separate exit, but I am not sure. When I came back to Butler later in the day, the glass door was broken. [Q] Please indicate other departments that have been notified (optional):[/Q] Columbia Public Safety, Other [Q] If 'other' is selected above, explain below:[/Q] President's office, general counsel, University Senate Chair | 2024-03-21 | Dean's Discipline Hearing | Disruptive Behavior (Standards and Discipline, pp. 4-9) Vandalism/Damage to Property (Standards and Discipline, pp. 4-9) | Responsible Not Responsible | No | Yes | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 2023470701 | [REDACTED] | Closed | Bias Response | 20234707 | Center for Student Success and Intervention | BC | Respondent - Student | 2024-02-23 | | 2024-03-05 | Referred to Other Office | | | No | No | No | No | No |
| 65 | 2023499701 | [REDACTED] | Closed | Bias Response | 20234997 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-02-29 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>On February 29th, I was seated in Room 305, consuming my lunch. At approximately 12:45 PM, after finishing my meal, I decided to visit Lenfest Cafe. In the brief walk from Room 305 to Lenfest Cafe, I noticed administrators and other individuals gathered, indicating an event or activity was taking place.<br>Peering into Lenfest Cafe, I observed a number of students displaying signs, some of which mentioned genocide among other serious topics. Curious, I paused outside the cafe doors for a brief moment to observe the protests.<br><br>Subsequently, I moved away from the entrance and encountered two friends on the stairs just outside Lenfest Cafe. I engaged in a conversation with them. Following this interaction, I conversed with just one of them who is also a student in a class for which I am a teaching assistant, focusing our discussion on legal writing.<br><br>During this one-on-one conversation, the group of protesting students exited Lenfest Cafe and ascended the stairs in a single-file line. As they passed by, one of the protesters, [REDACTED], directed a comment towards me, stating, "Did we intimidate you, white person?" She repeated this statement once more.<br><br>I was very taken aback by this unsolicited comment and immediately shared the incident with my friend who was in proximity and also texted another friend to inform them of what had transpired.<br><br>The reason behind Ms. [REDACTED]'s remark is unclear to me.<br><br>It is pertinent to mention that earlier in the year, during a tense senate meeting involving Arab, Muslim, Jewish, and Israeli students, I had publicly expressed concerns shared by my parents living in Israel regarding my safety on campus. This public disclosure of my family's residence and the expressed concerns about my safety may have contributed to the context of the remark directed at me.<br><br>I am happy to answer any questions.  My email is [REDACTED]<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-06-10 | Dean's Discipline Hearing | Columbia University Non-Discrimination Policy, Violation of (Standards and Discipline, pp. 4-9) | Responsible | No | No | No | Yes | No |
| 66 | 2023463101 | [REDACTED] | Closed | Bias Response | 20234631 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-02-29 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>Public Safety has shared that there was a small pop-up protest at the Law School on February 29, 2024. The notes below were shared via email which is also attached:<br>- There were approximately 30 students (some covering their faces with masks)<br>- Appears to be all law school students (pending confirmation)<br>- 3rd Floor Café / Began at 1220 hours<br>- Activity moved from the 3rd floor downstairs to the lobby area / dispersed at 1247 hours<br>- Identification process underway (Camera Review)<br>- 49 and Incident Report being prepared<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-08-23 | Follow-up Completed | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 2023647101 | [REDACTED] | Closed | Bias Response | 20236471 | Center for Student Success and Intervention | SW | Respondent - Student | 2024-02-29 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] During a conversation about about the NYT coverage of sexual violence on October 7, [REDACTED] made the following statment to the class: I just want to add the economic piece like this monopoloy that non-mainstream media has. There is not a protection of whiteness that social media has, when I say that of course there is echochambers but you can just blow sh*t up on social media and we look at even Aaron Bushnell and what they are saying about him, but when you look at social media, yeah, it's different and the narrative protects interests which are white men, Jewish, etc.<br><br>There is a recording of this class. Due to the size of the file, I can submit this separately.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-07-30 | Follow-up Completed | | | No | No | No | No | No |
| 68 | 2023489205 | [REDACTED] | Closed | Bias Response | 20234892 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] While passing through Lerner Hall, I came across an unauthorized tabling by CUAD. They were passing out pamphlets and stickers containing inflammatory, antisemitic language. This included a sticker that says "globalize the intifada", a call for widespread violence against Israelis and Jews generally, and a "power map" that insinuates the antisemitic trope that Jews control the levers of power in our society. I have attached images of the aforementioned handouts.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-04-09 | Conduct Meeting | | | No | No | No | No | No |
| 69 | 2023481305 | [REDACTED] | Closed | Demonstration/Antisemitism | 20234813 | Center for Student Success and Intervention | SW | Respondent - Student | 2024-03-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Protestors were calling to the removal from campus of mandatory-service veterans of the IDF (IOF in their terminology). This constitutes harassment against national origin. video is attached. This was observed from the northern Amsterdam Ave. bridge access by a large party of hosts and visitors for the open house ("campus visit") of the Computer Science PhD Program, relocating from the day's activities at the Computer Science Building to the dinner at the Faculty House.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-03-08 | Policy Education | | | No | No | No | No | No |

THIRD RASSBACH DECLARATION EXHIBIT 3

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 2023489204 | [REDACTED] | Closed | Bias Response | 20234892 | Center for Student Success and Intervention | BC | Respondent - Student | 2024-03-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] While passing through Lerner Hall, I came across an unauthorized tabling by CUAD. They were passing out pamphlets and stickers containing inflammatory, antisemitic language. This included a sticker that says "globalize the intifada", a call for widespread violence against Israelis and Jews generally, and a "power map" that insinuates the antisemitic trope that Jews control the levers of power in our society. I have attached images of the aforementioned handouts. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-04-09 | Conduct Meeting | | | No | No | No | No | No |
| 71 | 2023481302 | [REDACTED] | Closed | Demonstration/Antisemitism | 20234813 | Center for Student Success and Intervention | GS | Respondent - Student | 2024-03-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Protestors were calling to the removal from campus of mandatory-service veterans of the IDF (IOF in their terminology). This constitutes harassment against national origin. video is attached. This was observed from the northern Amsterdam Ave. bridge access by a large party of hosts and visitors for the open house ("campus visit") of the Computer Science PhD Program, relocating from the day's activities at the Computer Science Building to the dinner at the Faculty House. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-03-08 | Policy Education | | | No | No | No | No | No |
| 72 | 2023481303 | [REDACTED] | Closed | Demonstration/Antisemitism | 20234813 | Center for Student Success and Intervention | | Respondent - Student | 2024-03-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Protestors were calling to the removal from campus of mandatory-service veterans of the IDF (IOF in their terminology).  This constitutes harassment against national origin. video is attached. This was observed from the northern Amsterdam Ave. bridge access by a large party of hosts and visitors for the open house ("campus visit") of the Computer Science PhD Program, relocating from the day's activities at the Computer Science Building to the dinner at the Faculty House. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-03-08 | No Follow-up Necessary | | | No | No | No | No | No |
| 73 | 2023481304 | [REDACTED] | Closed | Demonstration/Antisemitism | 20234813 | Center for Student Success and Intervention | GS | Respondent - Student | 2024-03-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] Protestors were calling to the removal from campus of mandatory-service veterans of the IDF (IOF in their terminology).  This constitutes harassment against national origin. video is attached. This was observed from the northern Amsterdam Ave. bridge access by a large party of hosts and visitors for the open house ("campus visit") of the Computer Science PhD Program, relocating from the day's activities at the Computer Science Building to the dinner at the Faculty House. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-03-08 | Policy Education | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 2023489202 | [REDACTED] | Closed | Bias Response | 20234892 | Center for Student Success and Intervention | BC | Respondent - Student | 2024-03-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] While passing through Lerner Hall, I came across an unauthorized tabling by CUAD. They were passing out pamphlets and stickers containing inflammatory, antisemitic language. This included a sticker that says "globalize the intifada", a call for widespread violence against Israelis and Jews generally, and a "power map" that insinuates the antisemitic trope that Jews control the levers of power in our society. I have attached images of the aforementioned handouts. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-04-09 | Conduct Meeting | | | No | No | No | No | No |
| 75 | 2023489203 | [REDACTED] | Closed | Bias Response | 20234892 | Center for Student Success and Intervention | BC | Respondent - Student | 2024-03-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] While passing through Lerner Hall, I came across an unauthorized tabling by CUAD. They were passing out pamphlets and stickers containing inflammatory, antisemitic language. This included a sticker that says "globalize the intifada", a call for widespread violence against Israelis and Jews generally, and a "power map" that insinuates the antisemitic trope that Jews control the levers of power in our society. I have attached images of the aforementioned handouts. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-04-09 | Conduct Meeting | | | No | No | No | No | No |
| 76 | 2023489206 | [REDACTED] | Closed | Bias Response | 20234892 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] While passing through Lerner Hall, I came across an unauthorized tabling by CUAD. They were passing out pamphlets and stickers containing inflammatory, antisemitic language. This included a sticker that says "globalize the intifada", a call for widespread violence against Israelis and Jews generally, and a "power map" that insinuates the antisemitic trope that Jews control the levers of power in our society. I have attached images of the aforementioned handouts. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-04-09 | Conduct Meeting | | | No | No | No | No | No |
| 77 | 2023508316 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in violations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 2023508319 | [REDACTED] | Closed | Behavioral Conduct | 20235083 | Center for Student Success and Intervention | GS | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]  Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.  [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-22 | Dean's Discipline Hearing | Endangerment (Standards and Discipline, pp. 4-9) Access/Egress, Unauthorized (Standards and Discipline, pp. 4-9) Disruptive Behavior (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) | Not Responsible Not Responsible Not Responsible Not Responsible | No | No | No | No | No |
| 79 | 2023508318 | [REDACTED] | Closed | Behavioral Conduct | 20235083 | Center for Student Success and Intervention | SW | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]  Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.  [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-28 | Dean's Discipline Hearing | Endangerment (Standards and Discipline, pp. 4-9) Access/Egress, Unauthorized (Standards and Discipline, pp. 4-9) Disruptive Behavior (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | Not Responsible Not Responsible Not Responsible Not Responsible Responsible | No | Yes | No | No | No |
| 80 | 2023508312 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]  Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.  [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 2023503602 | [REDACTED] | Closed | Bias Response | 20235036 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-03-19 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q]<br><br>Today, I experienced a shocking and troubling incident at the law school.<br><br>At approximately 4:10 pm, I was walking to class and conversing with one of my students, [REDACTED].<br><br>As we were waiting for the elevator on the 5th floor, I noticed that one of the students who was also standing outside the elevator, [REDACTED] -- who had previously sent emails demanding to know who organized Center for Israeli Legal Studies -- was looking at me in a hostile manner.  I do not know if he sought to enter the elevator with us intentionally, but we walked into the elevator together.  While we were in the elevator, [REDACTED] interrupted our conversation.  He aggressively asked me, "Are you Professor Mitts?" I replied, "Yes." [REDACTED] then angrily stated that he found me and the Center for Israeli Legal Studies to be "racist".<br><br>I felt threatened and insulted.  It was shocking to be personally attacked in my own school, on my way to teach, and in front of my student.  The close confines of the elevator only amplified the intensity of this harassment.  Unsure of how to respond, I simply said "Thank you" and exited the elevator.<br><br>[REDACTED]'s behavior constitutes a clear form of anti-Semitic harassment.  I perceive this as an attempt to use shaming and intimidation to silence me and deter my activities in support of Jewish students.  This is far beyond the bounds of freedom of expression and rises to the level of a blatant personal attack.<br><br>Moreover, my student, who is Jewish, was shocked and deeply hurt and disturbed by [REDACTED]'s behavior.<br><br>I request that you take urgent measures to hold [REDACTED] accountable for his harassment, before this sort of behavior is seen as permissible at CLS.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-06-05 | Dean's Discipline Hearing | Columbia University Non-Discrimination Policy, Violation of (Standards and Discipline, pp. 4-9) | Responsible | No | Yes | No | No | No |
| 82 | 2023508305 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in violations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |
| 83 | 2023508306 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in violations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | | | | | |
| 84 | 2023508307 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |
| 85 | 2023508308 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |
| 86 | 2023508309 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL DISCIPLINARY PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 2023508310 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in violations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |
| 88 | 2023508311 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |
| 89 | 2023508313 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |
| 90 | 2023508314 | [REDACTED] | Closed | Behavioral Conduct | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-21 | Dean's Discipline Hearing | Endangerment (Standards and Discipline, pp. 4-9) Access/Egress, Unauthorized (Standards and Discipline, pp. 4-9) Disruptive Behavior (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) | Not Responsible Not Responsible Not Responsible Responsible | No | No | No | Yes | No |

THIRD RASSBACH DECLARATION EXHIBIT 3
289

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | 2023508315 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in violations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |
| 92 | 2023508317 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in violations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |
| 93 | 2023508320 | [REDACTED] | Closed | Behavioral Conduct | 20235083 | Center for Student Success and Intervention | | SW | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in violations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-24 | Dean's Discipline Hearing | Endangerment (Standards and Discipline, pp. 4-9) Access/Egress, Unauthorized (Standards and Discipline, pp. 4-9) Disruptive Behavior (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | Not Responsible Not Responsible Not Responsible Not Responsible Responsible | No | No | No | Yes | No |
| 94 | 2023508321 | [REDACTED] | Closed | Bias Response | 20235083 | Center for Student Success and Intervention | | PH | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in violations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-11 | Investigation Meeting | Disruptive Behavior (Standards and Discipline, pp. 4-9) Endangerment (Standards and Discipline, pp. 4-9) Law, Violation of (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 2023508322 | [REDACTED] | Closed | Behavioral Conduct | 20235083 | Center for Student Success and Intervention | IA | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.\n\n[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-22 | Dean's Discipline Hearing | Endangerment (Standards and Discipline, pp. 4-9) Access/Egress, Unauthorized (Standards and Discipline, pp. 4-9) Disruptive Behavior (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | Not Responsible Not Responsible Responsible Responsible Responsible | No | Yes | No | No | No |
| 96 | 2023508323 | [REDACTED] | Closed | Behavioral Conduct | 20235083 | Center for Student Success and Intervention | GG | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.\n\n[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-22 | Dean's Discipline Hearing | Endangerment (Standards and Discipline, pp. 4-9) Access/Egress, Unauthorized (Standards and Discipline, pp. 4-9) Disruptive Behavior (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | Not Responsible Not Responsible Not Responsible Not Responsible Responsible Responsible | No | No | No | Yes | No |
| 97 | 2023508324 | [REDACTED] | Closed | Behavioral Conduct | 20235083 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-19 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Gil Zussman, member of the Antisemitism Task Force, shared with senior leadership an Instagram posting about an event, Resistance 101, that is scheduled for March 24 in Uris 326. The event is hosted by three organizations Gil believes are not recognized Columbia student groups and thus the event is in voilations of the Events Policy. Britt Hefelfinger is an administrator on the antisemitismtaskforce@columbia.edu inbox.\n\n[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-21 | Dean's Discipline Hearing | Endangerment (Standards and Discipline, pp. 4-9) Access/Egress, Unauthorized (Standards and Discipline, pp. 4-9) Disruptive Behavior (Standards and Discipline, pp. 4-9) University Policies, Violation of (Standards and Discipline, pp. 4-9) Failure to Comply (Standards and Discipline, pp. 4-9) | Not Responsible Not Responsible Not Responsible Not Responsible | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 98 | 2023515804 | [REDACTED] | Closed | Bias Response | 20235158 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-03-26 | [Q] Please provide a narrative of the incident.<br>Be sure to provide as much information as possible about the incident.[/Q]<br>Today at around 3:20 PM the law school sent an email announcing the class speaker for graduation. About 45 minutes later the student [REDACTED] posted a comment in the the Class of 2024 GroupMe chat which said "With all due respect, can someone please explain the class speaker results without bullshitting me, please?" After being asked to clarify what she meant the student said she felt it was obvious what she meant given what has happened over the past few months between the administration and student body. The class speaker is Jewish and the comment was essentially insinuating that it was not possible for a Jewish student to win the election and it was possibly due to some sort of intervention by the administration. The exact comments are posted in the picture. Whether this student meant for their words to be hurtful I am not sure and I do not profess to judge whether they are a hateful person however I think it is still important to report this incident to show how deep the problem of anti-Semitism on campus is that students feel comfortable sharing incredibly rude comments on large public forums where the student they intend to insult will receive the message This was reckless at the very least.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-05-13 | No Follow-up Necessary | | | No | No | No | No | No |
| 99 | 2023527703 | [REDACTED] | Closed | Bias Response | 20235277 | Center for Student Success and Intervention | CC | Respondent - Student | 2024-03-28 | [Q] WELLNESS CONCERN(S):[/Q]<br>Documented Interaction(s), Roommate/Floormate Issue(s)<br><br>[Q] COMMUNITY STANDARDS CONCERN(S):[/Q]<br><br>[Q] HOUSING CONCERN(S):[/Q]<br><br>[Q] FSL/Student Group Issues:[/Q]<br><br>[Q] INCIDENT NARRATIVE<br>Please provide a detailed, third-person, description of the incident/concern using specific concise, objective language (Who, what, where, when, why, how).[/Q]<br>On March 28th, 2024 at approximately 12:29PM, Residence Hall Director Daniel Rivera received an email from residents [REDACTED] and [REDACTED] regarding their suitemate, resident [REDACTED]. Resident [REDACTED] shared that they had a few updates regarding the situation where resident [REDACTED] placed stickers on their suite door in support of Palestine. Resident [REDACTED] shared that resident [REDACTED] has been slamming doors and being "generally hostile in the suite" and how it has impacted both her and resident [REDACTED] being in their suite. Additionally, [REDACTED] shared that resident [REDACTED] placed two more stickers onto the wall and states that "It seems clear to me that this was a dig as it occurred after our complaints to her."<br><br>Resident [REDACTED] also shared the following in the email:<br>"...we received a very distressing text message from [REDACTED] (image attached). She has not spoken to us at all since we sent the text messages and she left the groupchat. First, about the bathroom issues, [REDACTED] has failed to communicate with us at all other than asking us to clean it every once in a while (which we do in good grace)- I have no idea how I am supposed to adhere to a standard of "perfect" that isn't even communicated to me. I also don't really see how it adheres to the situation she is confronting us about. Second, the sorority and christmas stuff we had on the door was taken down weeks ago when we realized it was kinda taking over. We wanted to be respectful, so we put it on our own door. Third, she has complaints about our friends coming in and discussing the conflict in front of her. I recognize this is word of mouth so you have no way of verifying this, but I haven't had any communication with [REDACTED] for the entire year basically and, as I have mentioned before, I feel extremely uncomfortable discussing the issue in general so I would absolutely never bring it up willingly. I have tried my absolute best to be respectful and kind, but in these text messages, my very character was diminished and I am absolutely gutted by it. I am really struggling to live a happy life at Columbia when my home situation is so hostile. By all means let me know if I was out of line by requesting the sticker be taken down, but I don't think in any world it justifies that kind of demeaning response."<br><br>Resident [REDACTED] also responded emphasizing that they simply want peace in their room as | 2024-06-10 | Did not meet definition of a policy violation | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | the tension has made living their uncomfortable. Regarding the text message that was sent, resident [REDACTED] is genuinely sad that [REDACTED] feels that way. Both [REDACTED] and [REDACTED] have never spoken about the conflict with [REDACTED] or have brought it up because of the impact and reactions some people have had. [REDACTED] shared that they are confused as to why [REDACTED] is bringing this up now as they would never want to add to her pain as she is away from her home and family, however she does feel that the response from [REDACTED] was uncalled for and demeaning. <br><br> RHD Rivera thanked both residents for sharing their concerns and let them know they would be following up with the best next steps for support. <br><br> [Q] ADDITIONAL INFORMATION:[/Q] <br> None | | | | | | | | | |
| 100 | 2023533602 | [REDACTED] | Closed | Bias Response | 20235336 | Center for Student Success and Intervention | GS | Respondent - Student | 2024-04-02 | [Q] Please provide a narrative of the incident. <br> Be sure to provide as much information as possible about the incident.[/Q] <br> Attached is an example of antisemitism and outright hatred expressed from a GS student by the name of [REDACTED]. He posted on social media that Israel should be invaded and wiped off the map. I responded to his post to clarify what he meant, and he doubled down on his sentiment. I am afraid for my fellow Jewish and Israeli colleagues. Attached are screenshots of the instance. <br><br> [Q] Please indicate other departments that have been notified (optional):[/Q] <br><br> [Q] If 'other' is selected above, explain below:[/Q] <br> Dean Lisa Rosen-Metsch | 2024-07-03 | Did not meet definition of a policy violation | Columbia University Non-Discrimination Policy, Violation of (Standards and Discipline, pp. 4-9) | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | 2023605602 | [REDACTED] | Closed | Bias Response | 20236056 | Center for Student Success and Intervention | IA | Respondent - Student | 2024-04-02 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] This incident was just shared with me by MARS-REERS student [REDACTED]. He was hesitant to report given the atmosphere on campus. He does not want to seen as inflating the idea that antisemitism is on the rise at Columbia or be a part of that narrative. However, what he experienced is upsetting to him and after three weeks he share the incident and is aware I am mandated to report.<br><br>[REDACTED] works for[REDACTED] on [REDACTED] in the student lounge. He was working on April 2. There was one other SIPA student named [REDACTED] in the student lounge. [REDACTED] is a russian language speaker from central asia. They began speaking in Russian, at one point [REDACTED] said he needed to pray and [REDACTED] responded with of course do what you need. This was not an issue, however after praying [REDACTED] began to speak of the Jewish people as in control of all the wealth in the world. After a few minutes [REDACTED] identified himself as a Jew. This opened up a conversation that [REDACTED] was incredibly uncomfortable that included the SIPA student stating that yes now he can see in his eyes he is a jew. He began to share similar views to those in the Protocols of the Elders of Zion. [REDACTED] felt that leaving would escalate the conversation and he did not know how to leave. The views shared were deeply upsetting and included how all poor white and black people are duped by Jews. After texting our colleague, [REDACTED] arrived to help [REDACTED] leave the room without incident. At the time of his departure the SIPA student was stating that Jews killed Jesus and all of the prophets.<br><br>After relaying this incident to me [REDACTED] stated, he did not want to be a "sneaky jew" and report. I dont believe he wants to be involved in further investigation.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-05-16 | Conduct Meeting | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 2023563102 | [REDACTED] | Closed | Bias Response | 20235631 | Center for Student Success and Intervention | SW | Respondent - Student | 2024-04-03 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>I have met with [REDACTED] and spoke with Dean Jethwani, who manages adjunct faculty, about the instructor, Professor Estades, noted in the following documentation.<br><br>Enclosed is the email [REDACTED] sent outlining the events in her class that she maintained was antisemestic.<br><br><br>[REDACTED]<br>Fri, Apr 5, 3:06 PM (7 days ago)<br>to me, Cheiku, Melissa, Ester, Amy<br><br>Dear Moira and Cheiku,<br><br>You may have heard that on Thursday, April 4th, a sensitive issue occurred in an advocacy class held jointly by Professors Schiffman and Estades. I want to share with you the details of what happened, and also discuss my concerns about how the situation was handled. An intervention may be necessary so that this is addressed better in the future.<br><br>On Thursday, two advocacy classes joined in room C03 to listen to a guest lecture on writing op-eds. When everyone was settled, Professor Estades opened the floor to one of his students, [REDACTED], who was wearing a keffiyeh scarf and holding fliers for a protest that was scheduled for 4pm in the CSSW lobby. Before she could begin speaking, a student from Professor Schiffman's class, [REDACTED], made a sarcastic comment about [REDACTED]'s scarf: "I love your scarf, what is it about?" Several surrounding students told [REDACTED] to stop, and [REDACTED] continued her announcement about the protest, which centered around two suspended students but included comments about genocide against the Palestinian people. At this time, Professor Schiffman left the room.<br><br>[REDACTED], a Palestinian student in Professor Estades' class, asked, "What's everyone laughing about?" To my knowledge, nobody had laughed. However, she continued to ask what people found funny. Professor Estades interrupted her to say, "That's enough, I gave you your free speech, we're done now." Professor Estades continued to repeat the phrase "free speech." [REDACTED] left the classroom, and as she did so she asked that people be more lighthearted. The guest lecture began.<br><br>I'd like to draw attention to a few key points.<br><br>One, a student made an initial mocking comment. This student's name is [REDACTED], and she was quickly shut down by surrounding students. I myself told her that her comment was inappropriate, but [REDACTED] remained visibly unconcerned. Twice in the course of the class, she said that people should be "more lighthearted." Other students shut that down, saying that's not appropriate when discussing such a serious topic.<br><br>Two, a professor left the classroom. Professor Schiffman is a Jewish professor, and I understand his discomfort with the topic. He is not the only one who left the classroom during this event. However, he is a professor and a large percentage of his class is also Jewish. I wish he had stayed to support me and other Jewish students present. However, we should ask ourselves why he felt the need to leave his predominantly Jewish class in such a stressful situation. He waited outside the classroom and returned after the interaction was over.<br><br>Three, a professor opened the floor for this to occur. Professor Estades interrupted our lecture to allow a student to take the mic in front of the class and discuss an extremely sensitive political topic. He claimed that it was "free speech." Professor Estades is not the government, and therefore this is not a "free speech" issue. I wondered why he allowed this to happen, although the following events will provide clarity on that. | 2024-07-14 | Did not meet definition of a policy violation | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Later in the class, we were interrupted by two students who came from outside the classroom. They both had keffiyehs and held fliers about the protest. One was named [REDACTED], and the other was unfamiliar to me. These students immediately began speaking over our guest lecturer, preventing him from continuing the class. Professor Estades attempted to stop the two students from interrupting, saying that they were being disrespectful. He also said that had they spoken with him in advance, he could have given them time to speak. The two students left after Professor Estades agreed to take the fliers and make them available to students. Professor Schiffman left during this interruption, but returned after.

After the guest lecturer finished speaking, Professor Estades led an open discussion about what had occurred in class. Professor Schiffman left the room. [REDACTED], the student who made the original mocking comment, again said that everyone needed to be "more lighthearted." Two students spoke against that, saying that it was insensitive considering the severity of the situation. [REDACTED] then spoke, saying that comfort is a white supremacist value. She also spoke toward the side of the room where the majority of Jewish students were sitting. She again accused unnamed students of laughing at her pain, saying that they should reconsider being social workers. During [REDACTED]'s speech, a student from Professor Schiffman's class was seen filming. Another student, name unknown, said that she took note of who chose to leave during [REDACTED]'s and [REDACTED]'s original announcement. As a reminder, Professor Schiffman and several other students, including Jewish students, stepped out of the room during that announcement. Professor Estades agreed that he noticed who stepped out of the classroom. He spoke about his Jewish wife who supports Palestine. He himself is not Jewish. He also recounted his history of protesting, and encouraged students to continue protesting as much as possible. He referred to "two camps" in the classroom. Professor Estades then said that Jewish people are picking sides and that nobody should be neutral in this situation.

This was a very complex and emotional conversation. There are some key points that I want to draw attention to.

One, [REDACTED] said people should be more lighthearted. Even after being told by multiple people that she was being insensitive, [REDACTED] displayed a lack of empathy and understanding of the situation. Rather than take responsibility for her own actions, she chose to blame others for their reactions.

Two, [REDACTED] accused students of laughing at her. She even went so far as to post about it on twitter, and at this time her post has over a million views. In this post, she recounted what happened in the class as "zionists laughing at her pain." This is not accurate. [REDACTED] took [REDACTED]'s solitary comment, which surrounding students censured, and turned it into a story about zionists laughing at her as she discussed her trauma. None of that happened, but now it's viral.

Three, Professor Estades delivered a politically charged speech in which he painted this conflict in binary terms. He referred to us as "two camps." He strongly encouraged us to pick a side. This is entirely unprofessional behavior and inappropriate from a professor in the classroom. Telling people they need to pick sides is unacademic and unacceptable, especially after telling us that his Jewish wife supports Palestine and giving platform to pro-Palestine protestors. As far as I know, no professor has demanded that students pick a side in any of the other 31 ongoing wars. The idea that a social work professor would actively create more divisiveness is deeply concerning to me as a social work student.

I hope that you've gotten a better sense of what occurred in the classroom as well as an understanding of my concerns. I would like to have a wider conversation about this incident, as I believe this needs to be addressed immediately. I am asking for your help hosting a mediation session with those present in the class. This situation was handled poorly and I want to ensure that it doesn't happen again.

Sincerely,

[REDACTED]

P.S. I am cc'ing you, Dean Begg, because I think it's important after our listening session last week that you also hear about this incident. I am also cc'ing you, Professor Fuchs, because of our conversation Thursday. I hope that this provides helpful information about what the classroom environment at CSSW has been like over the last several months. This is just one | | | | | | | | | |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | | | | | | | | | |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 2023558902 | [REDACTED] | Closed | Bias Response | 20235589 | Center for Student Success and Intervention | GS | Respondent - Student | 2024-04-04 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] [REDACTED] is the General Studies [REDACTED]. He is running again for the same position next year. He was a primary participant in the unscheduled and not-approved April 4th anti-Israel protest on Columbia's campus. Many pictures are attached to this report that show [REDACTED]'s picture on his campaign poster and [REDACTED]'s active participation at the protest (from a picture of the protest published by the LeftVoice) holding a flag. Clearly, his participation in the protest is a dramatic conflict of interest. General Studies has many, many Israelis on campus, some that returned to Israel to fight with the IDF. Beyond that,[REDACTED]'s participation in the protest shows dramatic disregard for the administration and the rule system which [REDACTED] was elected to enforce. The [REDACTED] should represent the students, many of whom are Jews and people that are jointly enrolled in Jewish Theological Seminary. I myself am Jewish, and seeing our [REDACTED] actively participating in anti-Israel and anti-Semitic activity frustrates. Unfortunately, it does not surprise me. I am also a GSAS student, and GSAS's Graduate Council just passed an anti-Israel resolution. Let me be clear, [REDACTED] having his own political views is fine, even if I disagree with them. The [REDACTED] participating in an unscheduled, not approved, and repeatedly prohibited discriminatory and antisemitic protest is Not ok. [REDACTED]'s participation is discriminatory and antisemitic. In the protest, he actively promoted targeting the entire Israeli population, 21% of which are Arab, because of their government's policies. When they said "From the River to the Sea" in the protest (of which [REDACTED] was a part), our government, in House resolution 894, specifically comments on what is meant, Whereas the slogan ''From the River to the Sea'', which is a rallying cry for the eradication of the State of Israel and the Jewish people, has been used by anti-Israel pro- testers in the United States and globally;'' Somebody that openly advocates for the destruction of Israel and the Jewish people cannot reliably represent them as [REDACTED]. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-05-06 | Did not meet definition of a policy violation | | | No | No | No | No | No |
| 104 | 2023563201 | [REDACTED] | Closed | Bias Response | 20235632 | Center for Student Success and Intervention | PH | Respondent - Student | 2024-04-05 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] student left flyers on table in lobby of Mailman School of Public Health. Public Safety reported and attached is incident report. [Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-04-22 | Did not meet definition of a policy violation | | | No | No | No | No | No |
| 105 | 2023592901 | [REDACTED] | Closed | Bias Response | 20235929 | Center for Student Success and Intervention | IA | Respondent - Student | 2024-04-05 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] During a group discussion of the earthquake [REDACTED] posted several memes in the cohort group chat. One of them was antisemitic, suggesting that 'Jew tunnels' had caused the earthquake. Of note: this was the only meme targeting any specific group of people, the use of the term 'Jew', and the continued captivity of Jewish Israelis in tunnels beneath Gaza. [Q] Please indicate other departments that have been notified (optional):[/Q] [Q] If 'other' is selected above, explain below:[/Q] | 2024-05-29 | Complainant did not respond to outreach | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 2023562902 | [REDACTED] | Closed | Bias Response | 20235629 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-04-08 | [Q] Please provide a narrative of the incident. Be sure to provide as much information as possible about the incident.[/Q] On April 11, from 8:30-12 pm in WJW 106, Student Senate held an emergency meeting for a vote on an Israel BDS resolution.  Students on both sides of the resolution were invited to speak, first as advocates/respondents and then as general audience members during a Q&amp;A.<br><br>Respondent provided a speech explaining his opposition to the resolution,  Complainant asserted the speech was offensive and, in fact, seemed to be a call for violence against students who support divestment as such students must be antisemites or jihadists. Complainant, as a Jewish woman, felt particularly attacked for her support of Palestine on the basis of her gender and religion.  I was there and asked Complainant to speak with me after the meeting.<br><br>Respondent had already left the room when Complainant publicly objected to her speech. Respondent voluntarily provided me with a copy of his statement.<br><br>I have attached that statement and the Complainant's concerns to this Report.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-05-17 | No Follow-up Necessary | | | No | No | No | No | No |
| 107 | 2023563002 | [REDACTED] | Closed | Bias Response | 20235630 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-04-10 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Complainant asserts that Respondents threatened to release the name of Law School Student Senators who, on April 8th, voted in favor of Israel BDS resolution.  Respondent [REDACTED] allegedly was the source of, or nexus for, personal information about classmates that permitted third parties to doxx them as antisemites in the fall, some losing jobs as a result.  Complainant, a Jewish woman, has felt targeted for bullying and harassment by other Jewish students (in person and online) because she is a supporter of the Free Palestine movement.  Complainant is concerned about future harms to her and others if her name is released again, and is concerned about her physical and mental wellness under the shadow of persistent threats of harassment.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-17 | No Follow-up Necessary | | | No | No | No | No | No |
| 108 | 2023563003 | [REDACTED] | Closed | Bias Response | 20235630 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-04-10 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Complainant asserts that Respondents threatened to release the name of Law School Student Senators who, on April 8th, voted in favor of Israel BDS resolution.  Respondent [REDACTED] allegedly was the source of, or nexus for, personal information about classmates that permitted third parties to doxx them as antisemites in the fall, some losing jobs as a result.  Complainant, a Jewish woman, has felt targeted for bullying and harassment by other Jewish students (in person and online) because she is a supporter of the Free Palestine movement.  Complainant is concerned about future harms to her and others if her name is released again, and is concerned about her physical and mental wellness under the shadow of persistent threats of harassment.[/Q]<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-17 | No Follow-up Necessary | | | No | No | No | No | No |
| 109 | 2023563004 | [REDACTED] | Closed | Bias Response | 20235630 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-04-10 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q] Complainant asserts that Respondents threatened to release the name of Law School Student Senators who, on April 8th, voted in favor of Israel BDS resolution.  Respondent [REDACTED] allegedly was the source of, or nexus for, personal information about classmates that permitted third parties to doxx them as antisemites in the fall, some losing jobs as a result.  Complainant, a Jewish woman, has felt targeted for bullying and harassment by other Jewish students (in person and online) because she is a supporter of the Free Palestine movement.  Complainant is concerned about future harms to her and others if her name is released again, and is concerned about her physical and mental wellness under the shadow of persistent threats of harassment.[/Q]<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-05-17 | No Follow-up Necessary | | | No | No | No | No | No |

THIRD RASSBACH DECLARATION EXHIBIT 3

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL_DISCIPLINARY_PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 2023559201 | [REDACTED] | Closed | Bias Response | 20235592 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-04-11 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>On April 11, 2024, shortly before 11:40 am, a student placed a message in the Columbia Law School Class of 2025 GroupMe advocating for others to vote for a candidate running to be Student Senate president. The Class of 2025 GroupMe is open to all CLS students and is administered by members of Student Senate. At 11:40, [REDACTED] responded that students should "vote for a someone who actually supports human rights (like either of the other two candidates)." This is presumably in response to the Senate candidate's abstention at an emergency Senate meeting the evening of April 8, 2024. Senate convened an emergency meeting to vote on a divestment statement related to the Israel/Hamas War, for which [REDACTED] petitioned. The presidential candidate for which the initial student was advocating was one of only a few students not to vote in favor of the divestment statement; the candidate abstained from voting. [REDACTED]'s comment sought to malign the presidential candidate's reputation and defame his reputation amongst his peers.<br><br>When a peer student sought to defend the presidential candidate's character, another user by the name of Columbia Law Coalition for a Free Palestine – allegedly operated by a student named "[REDACTED]" – indicated kindness towards the presidential candidate was unnecessary and that the peer student should refrain from using the term "disgusting" to describe [REDACTED]'s comment because [REDACTED] is "brown/arab." The invocation of race to condemn the defense of the presidential candidate similarly seeks to malign the peer student's reputation.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-06-14 | Did not meet definition of a policy violation | | | No | No | No | No | No |
| 111 | 2023559202 | [REDACTED] | Closed | Bias Response | 20235592 | Center for Student Success and Intervention | LW | Respondent - Student | 2024-04-11 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>On April 11, 2024, shortly before 11:40 am, a student placed a message in the Columbia Law School Class of 2025 GroupMe advocating for others to vote for a candidate running to be Student Senate president. The Class of 2025 GroupMe is open to all CLS students and is administered by members of Student Senate. At 11:40, [REDACTED] responded that students should "vote for a someone who actually supports human rights (like either of the other two candidates)." This is presumably in response to the Senate candidate's abstention at an emergency Senate meeting the evening of April 8, 2024. Senate convened an emergency meeting to vote on a divestment statement related to the Israel/Hamas War, for which [REDACTED] petitioned. The presidential candidate for which the initial student was advocating was one of only a few students not to vote in favor of the divestment statement; the candidate abstained from voting. [REDACTED]'s comment sought to malign the presidential candidate's reputation and defame his reputation amongst his peers.<br><br>When a peer student sought to defend the presidential candidate's character, another user by the name of Columbia Law Coalition for a Free Palestine – allegedly operated by a student named "[REDACTED]" – indicated kindness towards the presidential candidate was unnecessary and that the peer student should refrain from using the term "disgusting" to describe [REDACTED]'s comment because [REDACTED] is "brown/arab." The invocation of race to condemn the defense of the presidential candidate similarly seeks to malign the peer student's reputation.<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-06-14 | Did not meet definition of a policy violation | | | No | No | No | No | No |

| ITEM | FILE_ID | SID | STATUS | TYPE | CASE_NUMBER | HOME_OFFICE | RESPONDENT_SCHOOL | ROLE | INCIDENT_DATE | INCIDENT_DESCRIPTION | HEARING_DATE | HEARING_TYPE | Charges | Findings | DISCIPLINARY_PROBATION | CONDITIONAL DISCIPLINARY PROBATION | EXPULSION | WARNING | SUSPENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | 2024038503 | [REDACTED] | Closed | Bias Response | 20240385 | Center for Student Success and Intervention | IA | Respondent - Student | 2024-07-26 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>On July 26 Columbia groups SJP Columbia and CUAD Apartheid posted a troubling message on Instagram which encouraged students to commit destabilizing behavior when we return to campus in the fall. They praised "the resistance" and said "it is our obligation to resist and to continue resisting." As well as "by any means necessary." I thought the university should be made aware of their rhetoric as they openly state elsewhere that they will be resuming destabilizing behavior on campus as they did at the end of last semester. I hope the university is prepared this time and will not allow the campus to return to complete chaos so that we can all go to class and continue our education uninterrupted.<br><br>Instagram post: https://www.instagram.com/p/C95wsxbu-CJ/?utm_sourceequalsig_web_copy_link&amp;igshequalsMzRlODBiNWFlZA%3D%3D&amp;img_indexequals1<br><br>https://thehill.com/homenews/education/4803740-pro-palestinian-student-protests-college-campus-new-semester-israel-gaza-hamas/<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-08-12 | Administrative Request | | | No | No | No | No | No |
| 113 | 2024047201 | [REDACTED] | Closed | Bias Response | 20240472 | Center for Student Success and Intervention | IA | Respondent - Student | 2024-08-04 | [Q] Please provide a detailed description of the incident/concern using specific concise, objective language (Who, what, where, when, why, and how).[/Q]<br>A recent article in The Hill entitled "Students gearing up for round 2 of pro-Palestinian protests" has raised significant concerns. The article features statements from a Columbia student, [REDACTED], representing the unrecognized student group "Columbia University Apartheid Divest."<br><br>[REDACTED] states, "We're considering a wide range of actions, throughout the semester, encampments and protests and all of that." He also notes, "[E]ncampment is now our new base, as in the past, it used to be protests. Students would do protests every day, but now, kind of, encampments is the new base for us. And I think the university should think really, really, really hard about meeting our demands."<br><br>I need not remind the university that the violent, antisemitic protests that occurred last semester were radical and unlawful. I hope the university takes note of these concerning statements and makes immediate action to comply with its Title VI obligations.<br><br>The article can be found here: https://thehill.com/homenews/education/4803740-pro-palestinian-student-protests-college-campus-new-semester-israel-gaza-hamas/<br><br>[Q] Does this student have a basic needs concern? Please select all that apply.[/Q] | 2024-09-04 | Follow-up Completed | | | No | No | No | No | No |
| 114 | 2024056302 | [REDACTED] | Closed | Bias Response | 20240563 | Center for Student Success and Intervention | IA | Respondent - Student | 2024-08-15 | [Q] Please provide a narrative of the incident.<br>Be sure to provide as much information as possible about the incident.[/Q]<br>[REDACTED] reported a physical and verbal attack (including antisemitic slurs) in the height of the campus protests last semester (IR #00061174). She received outreach/resources from multiple offices, including the SPS Office of Student Wellness.<br><br>[REDACTED] emailed me today the following: "President Shafik's resignation, alongside regular media quotes from Columbia student-activist, [REDACTED], stating plans for continued encampments and protests when the semester starts, have left me absolutely terrified to return to campus for my final semester."<br><br>Planned action steps on my end: She has requested a meeting with me, and I have offered SPS Associate Dean of Students Josh Alexander to join our conversation. I have shared with her that I am reporting her concern to Title VI and also shared the reporting form with her.<br><br>[Q] Please indicate other departments that have been notified (optional):[/Q]<br><br>[Q] If 'other' is selected above, explain below:[/Q] | 2024-08-19 | Administrative Request | | | No | No | No | No | No |

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| 9/21/2023 | A Penn student allegedly engaged in physical and verbal behavior, which harassed and intimidated multiple members of the Penn community at the Hillel Foundation and nearby areas on 39th Street. These behaviors allegedly included throwing objects and furniture and using language, which raised concerns that it was motivated by bias. | UG | SAS | Open | CSA[1] | CSA has opened a case in this matter. The student has taken a leave of absence from the University. CSA informed the student that a disciplinary hold had been placed on their account, and they would need to complete a disciplinary proceeding (either through the Restorative Practices process or the investigative CSA process) for that hold to be lifted. | Leave of Absence | PENN-HEW-00006129 – PENN-HEW-00006130 |
| 10/28/2023 | Based on a report from the University of Pennsylvania Division of Public Safety ("DPS") a student allegedly stole an Israeli flag, which was hanging from a private residence. CSA informed the student that their behavior, based on the allegations at issue, may be in violation of the University's Code of Student Conduct. | UG | SAS | Closed | CSA | CSA investigated the report against the student and determined that the student was in violation of Sections III.b and III.e of the University's Code of Student Conduct, which state that students must "respect the health and safety of others (III.b)," and "refrain from stealing, damaging, defacing, or misusing the property or facilities of the University or of others (III.e.)." CSA placed the student on a "Suspension Not Imposed" status for the Spring and Summer 2024 semesters; required the student to comply with court-mandated requirements including 60 hours of community service and an educational course; and required the student to write a reflection essay. | Suspension Not Imposed through Summer 2024 | PENN-HEW-00006226 – PENN-HEW-00006227

PENN-HEW-00012333 – PENN-HEW-00012339 |
| 11/15/2023 | Based on a report from a faculty member, a student, who was the co-president of a club, requested the formal resignation of another board member allegedly because the other student is an Israeli.

Subsequently, another board member refused to collaborate with a Penn Jewish club. | G (2) | Wharton (2) | Closed | Wharton | Following an investigation, the reviewing administrators concluded that there was no evidence to support the allegations of bias due to religion or evidence of a forced board member resignation. | Enrolled (2) | PENN-HEW-00018057

PENN-HEW-00018059 – PENN-HEW-00018060 |

[1] The University of Pennsylvania's Center for Community Standards and Accountability ("CSA") is responsible for acting on behalf of the University in matters of student discipline for violations of the Code of Academic Integrity and the Code of Student Conduct.

1

THIRD RASSBACH DECLARATION EXHIBIT 3

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/ COMMITTEE MEMBERS AND STAFF ONLY

PENN-HEW-00022351

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| 11/16/2023 | Based on a report from the University of Pennsylvania DPS a student allegedly stole an Israeli flag, which was hanging from a private residence. CSA informed the student that their behavior, based on the allegations at issue, may be in violation of the University's Code of Student Conduct. | UG | SAS | Closed | CSA | CSA investigated the report against the student and determined they were in violation of Sections III.b and III.e of the University's Code of Student Conduct, which state that students must "respect the health and safety of others (III.b)," and "refrain from stealing, damaging, defacing, or misusing the property or facilities of the University or of others (III.e.)." CSA placed the student on a "Suspension Not Imposed" status for the Fall 2024 semester; required the student to comply with court-mandated requirements, including 60 hours of community service and educational course requirements; and required the student to attend a "Re-Entry Circle" facilitated by Restorative Practices @ Penn. | Suspension Not Imposed through Fall 2024 | PENN-HEW-00006228 – PENN-HEW-00006229<br><br>PENN-HEW-00017366 – PENN-HEW-00017371 |
| 11/16/2023 | CSA, along with other stakeholders, learned that individuals had posted numerous "Missing Cow" posters around campus. Concerns were raised that the posters may have been intended to mimic posters of Israeli hostages held by Hamas after the October 7 attacks. | n/a | Wharton | Closed | CSA; Wharton | The investigation concluded that the posters had been hung as part of a fraternity's "initiation week" "prank" by newly-recruited members. Students interviewed in the course of the investigation explained that the posters were intended to reference a prior prank and inside jokes within the fraternity. The responsible members told administrators that they had utilized a Canva poster template that had previously been employed in a different prank similarly involving "missing" posters. In a meeting with administrators, the fraternity's executive board expressed contrition and remorse, clarified that the prank was not intended to be antisemitic, and acknowledged the hurtful impact of their actions. The University placed the fraternity on an eighteen-month suspension until Fall 2025; required the chapter to accept reorganization; and to comply with requirements to demonstrate cultural change. | Suspended through Fall 2025 (Organization) | PENN-HEW-00018058 |
| 12/13/2023 | Based on a report from the University of Pennsylvania DPS, a student allegedly defaced university property by adhering stickers to campus signs and light poles, which were difficult and costly to remove. CSA informed the student that their behavior, based on the allegations at issue, may be in violation of the | UG | Annenberg | Closed | CSA | CSA opened a case in this matter. The student completed a process through Restorative Practices @ Penn. | Enrolled | PENN-HEW-00006224 – PENN-HEW-00006225 |

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/
COMMITTEE MEMBERS AND STAFF ONLY

THIRD RASSBACH DECLARATION EXHIBIT 3

PENN-HEW-00022352

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| | University's Code of Student Conduct. | | | | | | | |
| 12/11/2023 | Based on a report from the Vice Provost for University Life, a group of students stayed overnight in the Reading Room of Houston Hall, after being directly told by University Life on December 11, 2023 that their presence violated building policies and prevented fellow students from using the space for its intended purpose. CSA informed the students that their behavior, based on the allegations at issue, may be in violation of the University's Code of Student Conduct and the Guidelines on Open Expression. | UG (10) G (6) | SAS (13) SEAS (1) Annenberg (2) SP2 (1) | Closed | CSA | The VUPL office withdrew the referral to CSA. Accordingly, CSA did not proceed with an investigation or further disciplinary proceedings. | Enrolled (16) | PENN-HEW-00006146 – PENN-HEW-00006193 <br><br> PENN-HEW-00018041 – PENN-HEW-00018056 |
| 2/18/2024 | Based on a report from the Vice Provost of University Life, a group of students allegedly held a "study-in" in the Moelis Family Grand Reading Room of the Van Pelt Library. Their actions allegedly included the repeated posting of signage and other disruptive behavior. CSA informed the students that their behavior, based on the allegations at issue, may be in violation of the University's Code of Student Conduct and the Guidelines on Open Expression. | UG (5) | SAS (4) Annenberg (1) | Closed | CSA | CSA investigated the report and concluded that the students were in violation of section III.B.2 of the University's Guidelines on Open Expression, which states that demonstrations are not allowed in campus libraries, and thereby they also violated Section III.i of the Code of Student Conduct (requiring compliance with University policies, including the Guidelines). <br><br> • CSA placed one student on Disciplinary Probation for the Spring 2024 semester (retroactive to the beginning of the semester). <br><br> • CSA placed one student on Disciplinary Probation to Reprimand until their graduation from the University, scheduled for Spring 2024. The student was further required to write a letter. <br><br> • CSA proposed placing three students on Disciplinary Probation to Reprimand for the following semesters: Spring | Disciplinary Probation to Reprimand through Spring 2024 (4) <br><br> Disciplinary Probation through Spring 2024 (1) | PENN-HEW-00006131 – PENN-HEW-00006145 <br><br> PENN-HEW-00012293 – PENN-HEW-00012332 |

3

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/
COMMITTEE MEMBERS AND STAFF ONLY

THIRD RASSBACH DECLARATION EXHIBIT 3

PENN-HEW-00022353

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2024 (retroactive to the beginning of the semester); Summer 2024; and Fall 2024. CSA subsequently modified this sanction to place the three students on Disciplinary Probation to Reprimand for the Spring 2024 semester (retroactive to the beginning of the semester. The students were further required to write a letter. | | |
| 2/27/2024 | Based on a report from the University of Pennsylvania's Division of Public Safety, members of the student group Penn Students Against the Occupation ("PSAO") allegedly posted to their public Instagram account photos and names of Penn faculty members who traveled to Israel in 2024, and asked readers to identify additional faculty members and shame all who attended the trip. The report alleged that the faculty members were targeted for their religious beliefs, and the posts may have threatened their safety.<br><br>CSA informed representatives of the group that the group's actions, based on the allegations at issue, could be in violation of the University's Code of Student Conduct. | n/a | n/a | Closed | CSA; OAA-EOP;[2] Office of Student Affairs | CSA concluded its investigation into PSAO and identified several aspects of PSAO operations that do not meet the requirements of being a student organization at Penn. As a result, PSAO lost its registration status as of April 19, 2024.  If PSAO, or a group with the same mission under a different name, wishes to re-register with the University, interested students will need to meet with CSA and OSA to address the concerns identified in CSA's investigation. | Suspended (Organization) | PENN-HEW-00001922 – PENN-HEW-00001923<br><br>PENN-HEW-00011029 |

---

[2] The Office of Affirmative Action and Equal Opportunity Programs ("OAA-EOP") is charged with ensuring that the University meets its obligations as an affirmative action and equal opportunity employer and educational institution.

4

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/
COMMITTEE MEMBERS AND STAFF ONLY

THIRD RASSBACH DECLARATION EXHIBIT 3

PENN-HEW-00022354

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| 3/1/2024 | Based on a report from the Vice Provost on University Life, a group of students intentionally interrupted the University's interim President during a Board of Trustees meeting. The alleged interruption took the form of standing and yelling/chanting for several minutes such that other attendees were unable to hear the proceedings. The group of students allegedly disregarded several requests to stop this conduct, and their conduct caused the meeting to adjourn prematurely. | UG (8) G (2) | SAS (1) Annenberg (1) Wharton (1) | Closed | CSA | The behavior of the ten students present during this incident was determined by VPUL to have violated the University Guidelines on Open Expression.<br><br>• CSA determined the case should be resolved by informal agreement for the eight of the ten students who remained seated/quiet during the protest. CSA required those eight students to write a reflection essay.<br><br>• CSA determined that the two remaining students' conduct—chanting loudly and repeatedly interrupting while speakers were attempting to complete the agenda items for the meeting, and directly causing the meeting to end prematurely—violated Section III.B.1.a and III.B.3.a of the Guidelines, and the Section III.i of the Code of Student Conduct. CSA proposed placing both students on disciplinary probation for the following semesters: Spring 2024 (retroactive to the beginning of the semester); Summer 2024; and Fall 2024. CSA subsequently modified this sanction to place both students on disciplinary probation for the following semesters: Spring 2024 (retroactive to the beginning of the semester); and Summer 2024. Both students were additionally required to write a reflection essay. | Enrolled (8)<br><br>Disciplinary Probation through Summer 2024 (2) | PENN-HEW-00006194 – PENN-HEW-00006223<br><br>PENN-HEW-00013540 – PENN-HEW-00013548<br><br>PENN-HEW-00013557 – PENN-HEW-00013596 |
| 4/25/2024 | Based on a report from the Vice Provost for University Life, on April 25, 2024, a group of Penn and non-Penn community members began an encampment on College Green, which included, among other things, the erecting of tents, hanging of signs on trees and the Ben Franklin Statue, and staying overnight on College Green. The report further alleged that the University has received complaints about several forms of | UG (11) G (1) | SAS (10) Annenberg (1) SEAS (1) | Open | CSA | CSA investigated this matter and concluded that five students were not responsible and seven students were in violation of Sections III.B.1 and III.B.3.a of the University's Guidelines on Open Expression and the Code of Student Conduct.<br><br>• CSA placed five students on temporary mandatory leave of absences pending resolution of the disciplinary process. Following the disciplinary process:<br><br>  ○ CSA placed two students on disciplinary probation for the Fall 2024 and Spring 2025 semesters. | Enrolled (5)<br><br>Disciplinary Probation though Spring 2025 (2)<br><br>Disciplinary Probation for Remaining Time as a Student (3) | PENN-HEW-00017863 – PENN-HEW-00017865<br><br>PENN-HEW-00017869 – PENN-HEW-00017874<br><br>PENN-HEW-00017878 – |

5

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/
COMMITTEE MEMBERS AND STAFF ONLY

PENN-HEW-00022355

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| | disruption, including the noise level of the encampment; property damage on the Ben Franklin Statue and the Button; impacts on at least three events slated to occur on College Green; students not feeling safe to utilize Van Pelt Library or go to class in College Hall; and the relocation of final exams from College Hall.<br><br>On Friday, April 26, 2024, Interim President Jameson sent out a University notification indicating that "Failure to disband the encampment immediately and to adhere to Penn's policies will result in sanctions consistent with our due process procedures as they apply to students, faculty, and staff." This directive to disband was reiterated by University officials on April 27 and 28, 2024.<br><br>CSA opened investigations into 12 students who allegedly had not complied with the directive. CSA further informed the students that their actions may be in violation of the Code of Student Conduct and the Guidelines on Open Expression. | | | | | o  CSA placed one student on disciplinary probation for their remaining time as a student.<br><br>o  CSA proposed placing two students Suspension Not Imposed for their remaining time as a student. CSA subsequently modified this sanction to place both students on disciplinary probation for their remaining time as a student.<br><br>Resolution for the remaining cases is ongoing. | Pending, Not Enrolled (2) | PENN-HEW-00017886<br><br>PENN-HEW-00017926 – PENN-HEW-00017928<br><br>PENN-HEW-00017932- PENN-HEW – 00017934<br><br>PENN-HEW-00017947 – PENN-HEW-00017949<br><br>PENN-HEW-00017966 – PENN-HEW-00017974<br><br>PENN-HEW-00017977 – PENN-HEW-00017990<br><br>PENN-HEW-00022131 – PENN-HEW-00022187<br><br>PENN-HEW-00022192 – PENN-HEW-00022251 |

6

THIRD RASSBACH DECLARATION EXHIBIT 3

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/ COMMITTEE MEMBERS AND STAFF ONLY

PENN-HEW-00022356

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| 5/10/2024 | Based on a report from the Vice Provost for University Life, on April 25, 2024, a group of Penn and non-Penn community members began an encampment on College Green which included, among other things, the erecting of tents, hanging of signs on trees and the Ben Franklin Statue, and staying overnight on College Green. The report further alleged that the University has received complaints about several forms of disruption, including the noise level of the encampment; property damage on the Ben Franklin Statue and the Button; impacts on at least three events slated to occur on College Green over the weekend of April 27-29 and the annual traditions of Hey Day and the Final Toast; students not feeling safe to utilize Van Pelt Library or go to class in College Hall; and the relocation of final exams from College Hall.<br><br>On Friday, April 26, 2024, Interim President Jameson sent out a University notification indicating that "Failure to disband the encampment immediately and to adhere to Penn's policies will result in sanctions consistent with our due process procedures as they apply to students, faculty, and staff," and the report states that | UG (4) G (5) | SAS (8) SEAS (1) | Open | CSA | CSA investigated this matter and determined that the nine students involved violated Section III.B.3.a of the University's Guidelines on Open Expression, and sections III.i and III.j of the Code of Student Conduct, which require students to "comply with policies and regulations of the University and its departments" (III.i) and to "comply with federal, state and local laws" (III.j).<br><br>• CSA placed one student on disciplinary probation for the Spring 2024 semester (retroactive to the beginning of the semester)<br><br>• CSA placed one student on disciplinary probation through Spring 2025.<br><br>• CSA placed one student on disciplinary probation to reprimand through Fall 2024.<br><br>• CSA placed one student on disciplinary probation to reprimand for the Spring 2024 semester (retroactive to the beginning of the semester).<br><br>• CSA proposed placing one student on disciplinary probation to reprimand for Spring 2024 and Summer 2024. CSA modified this sanction to disciplinary probation to reprimand for the Spring 2024 semester (retroactive to the beginning of the semester)<br><br>• CSA placed one student on temporary mandatory leave of absence pending resolution of the disciplinary process and proposed the student be suspended for the Fall 2024 semester. CSA modified this sanction to suspension not imposed for Fall 2024 and suspension for Spring 2025.<br><br>• CSA proposed placing one student on suspension for one year through the end of Spring 2024. CSA subsequently modified this sanction to place the student on suspension through Fall 2024. | Disciplinary Probation through Spring 2024 (1)<br><br>Disciplinary Probation through Spring 2025 (1)<br><br>Disciplinary Probation to Reprimand through Fall 2024 (1)<br><br>Disciplinary Probation to Reprimand for Spring 2024 (2)<br><br>Suspension Not Imposed for Fall 2024; Suspension Imposed for Spring 2025 (1)<br><br>Suspension for Fall 2024 (1) | PENN-HEW-00017866 – PENN-HEW-00017868<br><br>PENN-HEW-00017875 – PENN-HEW-00017877<br><br>PENN-HEW-00017929 – PENN-HEW-00017931<br><br>PENN-HEW-00017937 – PENN-HEW-00017939<br><br>PENN-HEW-00017942 – PENN-HEW-00017944<br><br>PENN-HEW-00017950 – PENN-HEW-00017955<br><br>PENN-HEW-00017958 – PENN-HEW-00017963<br><br>PENN-HEW-00017981 – |

7

THIRD RASSBACH DECLARATION EXHIBIT 3

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/
COMMITTEE MEMBERS AND STAFF ONLY

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| | this directive to disband was reiterated by University officials repeatedly in the following days.<br><br>The report further alleges that on the evening of Wednesday, May 8, 2024, there was a significant escalation, including a rally that shut down the Van Pelt Library, and increased safety concerns for the University.  On the morning of Friday, May 10, 2024, additional instructions were given to disband and leave the encampment by law enforcement.<br><br>CSA opened investigations into 9 students who remained on site and were arrested.  CSA further informed the students that their actions may be in violation of the Code of Student Conduct and the Guidelines on Open Expression. | | | | | Resolution for the remaining cases is ongoing. | Pending, Not Enrolled (2) | PENN-HEW-00017986<br><br>PENN-HEW-00017988 – PENN-HEW-00017990<br><br>PENN-HEW-00022190 – PENN-HEW-00022191<br><br>PENN-HEW-00022252 – PENN-HEW-00022288<br><br>PENN-HEW-00022298 – PENN-HEW-00022311<br><br>PENN-HEW-00022319 – PENN-HEW-00022327<br><br>PENN-HEW-00022336 – PENN-HEW-00022350 |
| 5/10/2024 | Based on a report from the Division of Public Safety, while participating in a march protesting the ending of the encampment on College Green, two students | UG (1) G (1) | SAS (2) | Open | CSA | CSA investigated this matter and determined both students were in violation of Sections III.B.1.b and III.B.1.c of the University's Guidelines on Open Expression, which state that students violate the Guidelines when they "cause injury to persons or property or threaten to cause such injury" (III.B.1.b) and when they "hold | Suspension for Fall 2024 (1) | PENN-HEW-00017981 – PENN-HEW-00017986 |

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/
COMMITTEE MEMBERS AND STAFF ONLY

THIRD RASSBACH DECLARATION EXHIBIT 3

PENN-HEW-00022358

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| | unlawfully entered the property of the house of the Interim President of the University of Pennsylvania. During that time, the students allegedly physically pulled on and broke the gate to the property, entered the property, and disobeyed police instructions.<br><br>CSA further informed the students that their actions may be in violation of the Code of Student Conduct, the law of the State of Pennsylvania, and the Guidelines on Open Expression. | | | | | meetings, events or demonstrations under circumstances where health or safety is endangered" (III.B.1.c).<br><br>• CSA proposed placing one student on suspension for one year through the end of Spring 2024. CSA subsequently modified this sanction to place the student on suspension through Fall 2024.<br><br>Resolution for the remaining cases is ongoing. | Pending, Not Enrolled (1) | PENN-HEW-00022298 – PENN-HEW-00022305<br><br>PENN-HEW-00022319 – PENN-HEW-00022327 |
| 5/17/2024 | Based on a report from the Division of Public Safety, a group of Penn and non-Penn community members attempted to occupy a Penn building, Fisher-Bennet Hall on the corner of 34th and Walnut Street. Upon clearing the building, DPS allegedly recovered homemade metal shields fashioned from the tops of oil drums. The exits of the building had been secured with zip-ties and barricaded with desks, and the windows were covered with newspapers. Bike racks, tables and plywood were also found blocking outside entrances. CSA opened investigations into 4 students who were arrested for trying to occupy the building, and 3 students who were arrested outside the building | UG (2) G (5) | SAS (7) | Open | CSA | CSA investigated the report and determined that the University's Guidelines on Open Expression did not apply because the event did not constitute a "demonstration" or other "form of expression" as defined by the Guidelines. CSA determined that the seven students violated sections III.i and III.j of the Code of Student Conduct, which require students to "comply with policies and regulations of the University and its departments" (III.i) and to "comply with federal, state and local laws" (III.j).<br><br>• CSA placed one student on disciplinary probation through Spring 2025.<br><br>• CSA placed one student on disciplinary probation to reprimand for Spring 2025.<br><br>• CSA placed two students on temporary mandatory leave of absences pending resolution of the disciplinary process and proposed both students be suspended for the Fall 2024 semester. One student was placed on suspension for Fall 2024. CSA modified the sanction for the second student to suspension not imposed for Fall 2024 and suspension for Spring 2025. | Disciplinary Probation through Spring 2025 (1)<br><br>Disciplinary Probation to Reprimand for Spring 2025 (1)<br><br>Suspension Not Imposed for Fall 2024; Suspension Imposed for Spring 2025 (1) | PENN-HEW-00017924 – PENN-HEW-00017925<br><br>PENN-HEW-00017935 – PENN-HEW-00017936<br><br>PENN-HEW-00017940 – PENN-HEW-00017941<br><br>PENN-HEW-00017945 – PENN-HEW-00017946<br><br>PENN-HEW-00017956 – |

9

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/
COMMITTEE MEMBERS AND STAFF ONLY

PENN-HEW-00022359

| Date of Incident | Incident | Undergrad/ Graduate | School | Case Status | Reviewing Entity | Actions to Date and Case Outcome | Enrollment Status | Corresponding Documents |
|---|---|---|---|---|---|---|---|---|
| | for failure to disperse and failure to comply with police commands.<br><br>CSA further informed the students that their actions may be in violation of the Code of Student Conduct, the law of the State of Pennsylvania, and the Guidelines on Open Expression. | | | | | • CSA proposed placing one student on suspension through the end of Spring 2025. CSA modified this sanction to place the student on suspension through Fall 2024.<br><br>Resolution for the remaining cases is ongoing. | Suspension for Fall 2024 (2)<br><br>Pending, Not Enrolled (2) | PENN-HEW-00017957<br><br>PENN-HEW-00017964 – PENN-HEW-00017965<br><br>PENN-HEW-00017975 – PENN-HEW-00017976<br><br>PENN-HEW-00017981 – PENN-HEW-00017986<br><br>PENN-HEW-00017988 – PENN-HEW-00017990<br><br>PENN-HEW-00022188 – PENN-HEW-00022191<br><br>PENN-HEW-00022273 – PENN-HEW-00022305<br><br>PENN-HEW-00022312 – PENN-HEW-00022350 |

THIRD RASSBACH DECLARATION EXHIBIT 3

STRICTLY CONFIDENTIAL – NOT FOR CIRCULATION/
COMMITTEE MEMBERS AND STAFF ONLY

## Appendix A [Second Revised]

### HARVARD'S AUGUST 9, 2024 SUBMISSION IN RESPONSE TO THE EMAIL REQUESTS

**August 2 Email Request 2[1]:** Please also provide an updated list of student disciplinary conduct cases (Item 2 from our July 10 email) by the 5:00 p.m. on Friday, August 9, 2024. including all post-10/7/23 Harvard College cases and all cases related to the encampment irrespective of school. In case there is any lack of clarity as to what cases would be responsive, we are requesting information on cases involving antisemitism, anti-Israeli bias, anti-Zionism, and targeting of Jews/Israelis/Israel, including disruptions and other potential conduct violations relating to anti-Israel/pro-Palestinian activism.

**Response:**

This second revised Appendix A includes updates to the case status, student status, outcome, and Bates numbers columns for certain students in the rows shaded below.

| Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
| April 25, 26, 27, 28 | College | Student "participated in an ongoing encampment … which has | Closed | Administrative Board | Good Standing | Disciplinary probation[2] until June 21, 2024; inappropriate social behavior | HRVD-CEW-FEB16-00044697 through HRVD-CEW- |

[1] We include the August 2 Email Request language here, but this chart is responsive to other Email Requests, including the July 10 Email Request 2.

[2] As stated in the Harvard College Student Handbook, "Disciplinary Probation" is a "strong warning to a student whose conduct gives serious cause for concern. Probation is a formal disciplinary action of the College and becomes part of the student's official record. During the period of time (to be specified by the Administrative Board) that a student is on probation, any further instance of misconduct will cause the Administrative Board to seriously consider requiring the student to withdraw from the College. Students on probation must be especially conscientious about their behavior and responsibilities. If the offense is related to participation in extracurricular activity, the Administrative Board may at its discretion restrict such participation; in cases in which management of time appears to contribute to the problem, the Administrative Board may require that the student obtain the Administrative Board's permission for participation in each individual activity. The Administrative Board may also attach additional requirements to probation. A student's failure to amend their conduct so as to meet the standards of this community is a grave matter, ordinarily leading to further disciplinary action, including requirement to withdraw. Students placed on disciplinary probation are ordinarily relieved of probation at the end of a set period of time (specified by the Administrative Board in its decision) if they have maintained satisfactory conduct. Students on probation may not receive a degree until they have been relieved of probation by the Administrative Board." HRVD-CEW-FEB16-0011028.

| Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
| | | significantly disrupted the normal operations of the University" | | | | involving a violation of the USRR[3] | FEB16-00044844 |
| April 26 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00044845 through HRVD-CEW-FEB16-00044874 |
| April 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00044875 through HRVD-CEW-FEB16-00044906 |
| April 30 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00051411 through HRVD-CEW-FEB16-00051442 |
| April 26, 27 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00044907 though HRVD-CEW-FEB16-00044940 |

[3] University-wide Statement on Rights and Responsibilities

2

THIRD RASSBACH DECLARATION EXHIBIT 3
314

| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
|---|---|---|---|---|---|---|---|
| | | operations of the University" | | | | | |
| April 27, 28 | College | Student "participated in an ongoing encampment ... which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00044941 though HRVD-CEW-FEB16-00044985 |
| May 7 | College | Student "participated in an ongoing encampment ... which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00044986 though HRVD-CEW-FEB16-00045131 |
| April 26, 27, 28 | College | Student "participated in an ongoing encampment ... which has significantly disrupted the normal operations of the University" | Pending | Administrative Board | On Leave | Pending | HRVD-CEW-FEB16-00030683 through HRVD-CEW-FEB16-00030687 |
| April 26, 27, 28 | College | Student "participated in an ongoing encampment ... which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00045132 though HRVD-CEW-FEB16-00045273 |
| April 28 | College | Student "participated in an ongoing | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; | HRVD-CEW-FEB16-00045274 |

| Harvard College Student Disciplinary/Conduct Cases Related to the Encampment |
|---|

3

| Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
| | | encampment … which has significantly disrupted the normal operations of the University" | | | | inappropriate social behavior involving a violation of the USRR | through HRVD-CEW-FEB16-00045425 |
| April 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00045426 through HRVD-CEW-FEB16-00045455 |
| April 24, 25, and May 1, 2024 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board/ Faculty Council | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00045456 through HRVD-CEW-FEB16-00045690 |
| April 24, 25, 26, 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Disciplinary Probation | Disciplinary probation until December 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00045691 through HRVD-CEW-FEB16-00045742 |
| April 24, 25, 26, 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal | Closed | Administrative Board | Disciplinary Probation | Disciplinary probation until October 21, 2024; inappropriate social behavior involving a | HRVD-CEW-FEB16-00045743 through HRVD-CEW-FEB16-00045989 |

THIRD RASSBACH DECLARATION EXHIBIT 3
316

| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **Harvard College Student Disciplinary/Conduct Cases Related to the Encampment** | | | | | | | |
| | | operations of the University" | | | | violation of the USRR | |
| April 26, 27 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00045990 through HRVD-CEW-FEB16-00046033 |
| April 25, 26, 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00046034 through HRVD-CEW-FEB16-00046176 |
| April 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00046177 through HRVD-CEW-FEB16-00046324 |
| April 26 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00046325 through HRVD-CEW-FEB16-00046355 |
| April 26, 27, 28 | College | Student "participated in an ongoing | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; | HRVD-CEW-FEB16-00046356 |

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | |
| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | encampment … which has significantly disrupted the normal operations of the University" | | | | inappropriate social behavior involving a violation of the USRR | through HRVD-CEW-FEB16-00046500 |
| April 25, 26, 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board/ Faculty Council | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00046501 through HRVD-CEW-FEB16-00046601 |
| April 25, 26, 27 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00046602 through HRVD-CEW-FEB16-00046650 |
| April 30 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00046651 through HRVD-CEW-FEB16-00046799 |
| April 26, 27 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00046800 through HRVD-CEW-FEB16-00046979 |

6

THIRD RASSBACH DECLARATION EXHIBIT 3
318

| Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
| | | operations of the University" | | | | | |
| April 25, 26, 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00046980 through HRVD-CEW-FEB16-00047031 |
| April 25, 26, 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00047032 through HRVD-CEW-FEB16-00047178 |
| April 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00047179 through HRVD-CEW-FEB16-00047216 |
| April 27 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00047217 through HRVD-CEW-FEB16-00047247 |
| April 24, 26, 27 | College | Student "participated in an ongoing | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; | HRVD-CEW-FEB16-00047248 |

7

| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
|---|---|---|---|---|---|---|---|
| | | | | | | | **Harvard College Student Disciplinary/Conduct Cases Related to the Encampment** |
| | | encampment … which has significantly disrupted the normal operations of the University" | | | | inappropriate social behavior involving a violation of the USRR | through HRVD-CEW-FEB16-00047293 |
| April 24, 25, 26, 27 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Disciplinary Probation | Disciplinary probation until October 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00047294 through HRVD-CEW-FEB16-00047488 |
| April 24 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Disciplinary Probation | Disciplinary probation until October 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00047489 through HRVD-CEW-FEB16-00047539 |
| May 6, 7, 10 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until October 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00051445 through HRVD-CEW-FEB16-00051465 |
| April 24, 25, 26, 27 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal | Closed | Administrative Board | Disciplinary Probation | Disciplinary probation until October 21, 2024; inappropriate social behavior involving a | HRVD-CEW-FEB16-00047540 through HRVD-CEW-FEB16-00047590 |

8

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | |
|---|---|---|---|---|---|---|---|
| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
| | | operations of the University" | | | | violation of the USRR | |
| April 26, 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00047591 through HRVD-CEW-FEB16-00047772 |
| April 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00047773 through HRVD-CEW-FEB16-00047798 |
| May 7 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00051468 through HRVD-CEW-FEB16-00051497 |
| April 29 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00047799 through HRVD-CEW-FEB16-00047943 |
| April 29 | College | Student "participated in an ongoing | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; | HRVD-CEW-FEB16-00048505 |

9

THIRD RASSBACH DECLARATION EXHIBIT 3
321

| Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date(s) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Numbers |
| | | encampment … which has significantly disrupted the normal operations of the University" | | | | inappropriate social behavior involving a violation of the USRR | through HRVD-CEW-FEB16-00048547 |
| April 26, 27 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00047944 through HRVD-CEW-FEB16-00048091 |
| April 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00048092 through HRVD-CEW-FEB16-00048238 |
| April 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00048239 through HRVD-CEW-FEB16-00048270 |
| April 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00048271 through HRVD-CEW-FEB16-00048298 |

10

| Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Incident Date(s)** | **School** | **Incident Description** | **Case Status** | **Entity Responsible for Reviewing Case** | **Student Status** | **Case Outcome** | **Bates Numbers** |
| | | operations of the University" | | | | | |
| April 26, 27 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00048299 through HRVD-CEW-FEB16-00048447 |
| April 29, 30 and May 3 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until June 21, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00048448 through HRVD-CEW-FEB16-00048477 |
| April 27, 28 | College | Student "participated in an ongoing encampment … which has significantly disrupted the normal operations of the University" | Closed | Administrative Board | Good Standing | Disciplinary probation until May 20, 2024; inappropriate social behavior involving a violation of the USRR | HRVD-CEW-FEB16-00048478 through HRVD-CEW-FEB16-00048504 |

11

## Appendix B (updated since August 9, 2024)

### HARVARD'S AUGUST 27, 2024 SUBMISSION IN RESPONSE TO THE EMAIL REQUESTS

**August 2 Email Request 2[1]:  Please also provide an updated list of student disciplinary conduct cases (Item 2 from our July 10 email) by the 5:00 p.m. on Friday, August 9, 2024. including all post-10/7/23 Harvard College cases and all cases related to the encampment irrespective of school. In case there is any lack of clarity as to what cases would be responsive, we are requesting information on cases involving antisemitism, anti-Israeli bias, anti-Zionism, and targeting of Jews/Israelis/Israel, including disruptions and other potential conduct violations relating to anti-Israel/pro-Palestinian activism.**

**Response:**

The updated August 9 Appendix B below includes updates to the case status, student status, outcome, and Bates numbers columns for certain students in the rows shaded below.

| Harvard Schools Other Than Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Incident Date (per charge letter)** | **School** | **Incident Description** | **Case Status** | **Entity Responsible for Reviewing Case** | **Student Status** | **Case Outcome** | **Bates Range** |
| April 25, 26, 27 (twice), 28, 29, 30, May 3, 6 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00057210 | HRVD-CEW-FEB16-00031780 through HRVD-CEW-FEB16-00031785; HRVD-CEW-FEB16-00044611 through HRVD-CEW-FEB16-00044613; HRVD-CEW-FEB16-00057199 through HRVD-CEW-FEB16-00057210 |
| April 28 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… | Closed | GSAS Administrative Board | Good Standing | HRVD-CEW-FEB16-00044616 | HRVD-CEW-FEB16-00031786 through HRVD-CEW-FEB16-00031789; |

---

[1] We include the August 2 Email Request language here, but this chart is responsive to other Email Requests including July 10 Email Request 2.

1

| Harvard Schools Other Than Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| | | significantly disrupted the normal operations of the University" | | | | | HRVD-CEW-FEB16-00044614 through HRVD-CEW-FEB16-00044616 |
| April 27, 28 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Good Standing | HRVD-CEW-FEB16-00057221 | HRVD-CEW-FEB16-00031790 through HRVD-CEW-FEB16-00031793; HRVD-CEW-FEB16-00044617 through HRVD-CEW-FEB16-00044621; HRVD-CEW-FEB16-00057211 through HRVD-CEW-FEB16-00057221 |
| April 27, 28 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Good Standing | HRVD-CEW-FEB16-00044633 | HRVD-CEW-FEB16-00031794 through HRVD-CEW-FEB16-00031797; HRVD-CEW-FEB16-00044622 through HRVD-CEW-FEB16-00044634 |
| April 26, 27 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00057242 | HRVD-CEW-FEB16-00031802 through HRVD-CEW-FEB16-00031805; HRVD-CEW-FEB16-00044645 through HRVD-CEW-FEB16-00044648; HRVD-CEW-FEB16-00057234 through HRVD-CEW-FEB16-00057242 |

2

| Harvard Schools Other Than Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| April 29 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00044657 | HRVD-CEW-FEB16-00031806 through HRVD-CEW-FEB16-00031809; HRVD-CEW-FEB16-00044649 through HRVD-CEW-FEB16-00044658 |
| April 26, May 3, 6 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00057254 | HRVD-CEW-FEB16-00031810 through HRVD-CEW-FEB16-00031813; HRVD-CEW-FEB16-00044659 through HRVD-CEW-FEB16-00044660; HRVD-CEW-FEB16-00057243 through HRVD-CEW-FEB16-00057254 |
| April 26, 27 (twice), 28, 29, 30, May 6 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00057275 | HRVD-CEW-FEB16-00031814 through HRVD-CEW-FEB16-00031819; HRVD-CEW-FEB16-00044661; HRVD-CEW-FEB16-00057255 through HRVD-CEW-FEB16-00057275 |
| April 26, 27, 28, 30 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00057286 | HRVD-CEW-FEB16-00031820 through HRVD-CEW-FEB16-00031823; HRVD-CEW-FEB16-00044662 through HRVD-CEW-FEB16-00044667; |

3

| Harvard Schools Other Than Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| | | operations of the University" | | | | | HRVD-CEW-FEB16-00057276 through HRVD-CEW-FEB16-00057286 |
| April 26, 29 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00044690 | HRVD-CEW-FEB16-00031826 through HRVD-CEW-FEB16-00031831; HRVD-CEW-FEB16-00044687 through HRVD-CEW-FEB16-00044690 |
| April 25, 26, 28, 30 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00057340 | HRVD-CEW-FEB16-00031832 through HRVD-CEW-FEB16-00031835; HRVD-CEW-FEB16-00044691 through HRVD-CEW-FEB16-00044696; HRVD-CEW-FEB16-00057324 through HRVD-CEW-FEB16-00057340 |
| April 27, May 7 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00057323 | HRVD-CEW-FEB16-00031824 through HRVD-CEW-FEB16-00031825; HRVD-CEW-FEB16-00044668 through HRVD-CEW-FEB16-00044686; HRVD-CEW-FEB16-00057287 through HRVD-CEW-FEB16-00057323 |

4

| Harvard Schools Other Than Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| April 30, May 6 | GSAS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…that… significantly disrupted the normal operations of the University" | Closed | GSAS Administrative Board | Disciplinary Probation | HRVD-CEW-FEB16-00057340 | HRVD-CEW-FEB16-00031798 through HRVD-CEW-FEB16-00031801; HRVD-CEW-FEB16-00044635 through HRVD-CEW-FEB16-00044644; HRVD-CEW-FEB16-00057222 through HRVD-CEW-FEB16-00057233 |
| April 28 | GSD | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…which…greatly disrupted the University's normal operations" | Closed | GSD Review Board Panel | Good Standing | HRVD-CEW-FEB16-00031927 | HRVD-CEW-FEB16-00031836 through HRVD-CEW-FEB16-00031927 |
| April 26 | HBS | Student "violated Harvard University policies and MBA Community Values when participating in an encampment in Harvard Yard" | Closed | Conduct Review Board | Good Standing | HRVD-CEW-FEB16-00031935 through HRVD-CEW-FEB16-00031941 | HRVD-CEW-FEB16-00031928 through HRVD-CEW-FEB16-00031941 |
| April 24, 25, 26, 27, 28 | HDS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…which…significantly impacted the 'normal duties and activities' of members of the University" | Closed | HDS Administrative Board | Good Standing | HRVD-CEW-FEB16-00057344 | HRVD-CEW-FEB16-00031946 through HRVD-CEW-FEB16-00031951; HRVD-CEW-FEB16-00057341 through HRVD-CEW-FEB16-00057344; HRVD-CEW-FEB16-00057349 |

5

| Harvard Schools Other Than Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| April 27, 28, 29, 30 | HDS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…which…significantly impacted the 'normal duties and activities' of members of the University" | Closed | HDS Administrative Board | Good Standing | HRVD-CEW-FEB16-00057348 | HRVD-CEW-FEB16-00031952 through HRVD-CEW-FEB16-00031956; HRVD-CEW-FEB16-00057345 through HRVD-CEW-FEB16-00057349 |
| April 27 | GSE | Student "participated in the encampment that is erected in Harvard Yard" | Closed | HGSE Committee on Rights and Responsibilities | Good Standing | HRVD-CEW-FEB16-00031959 through HRVD-CEW-FEB16-00031960 | HRVD-CEW-FEB16-00031957 through HRVD-CEW-FEB16-00031960 |
| April 27, 28 | GSE | Student "participated in the encampment that is currently erected in Harvard Yard" | Closed | HGSE Committee on Rights and Responsibilities | Good Standing | HRVD-CEW-FEB16-00031963 through HRVD-CEW-FEB16-00031964 | HRVD-CEW-FEB16-00031961 through HRVD-CEW-FEB16-00031964 |
| April 30 | GSE | Student "participated in the encampment that is currently erected in Harvard Yard" | Closed | HGSE Committee on Rights and Responsibilities | Good Standing | HRVD-CEW-FEB16-00031967 through HRVD-CEW-FEB16-00031968 | HRVD-CEW-FEB16-00031965 through HRVD-CEW-FEB16-00031968 |
| April 28 | GSE | Student "participated in the encampment that is currently erected in Harvard Yard" | Closed | HGSE Committee on Rights and Responsibilities | Good Standing | HRVD-CEW-FEB16-00031971 through | HRVD-CEW-FEB16-00031969 through HRVD-CEW-FEB16-00031972 |

6

| Harvard Schools Other Than Harvard College Student Disciplinary/Conduct Cases Related to the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| | | | | | | HRVD-CEW-FEB16-00031972 | |
| April 29 | GSE | Student "participated in the encampment that is currently erected in Harvard Yard" | Closed | HGSE Committee on Rights and Responsibilities | Good Standing | HRVD-CEW-FEB16-00031977 through HRVD-CEW-FEB16-00031978 | HRVD-CEW-FEB16-00031973 through HRVD-CEW-FEB16-00031978 |
| April 27 (twice), 28, 29, 30 | HLS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…which…caused significant disruption to the ability of Harvard staff to conduct normal business" | Closed | HLS Administrative Board | Good Standing | HRVD-CEW-FEB16-00051502 through HRVD-CEW-FEB16-00051503 | HRVD-CEW-FEB16-00031982 through HRVD-CEW-FEB16-00031983; HRVD-CEW-FEB16-00051500 through HRVD-CEW-FEB16-00051503 |
| April 27 (twice), 29, 30 | HLS | Student "t[ook] part in an unauthorized encampment occupation in Harvard Yard…which…caused significant disruption to the ability of Harvard staff to conduct normal business" | Closed | HLS Administrative Board | Good Standing | HRVD-CEW-FEB16-00051506 through HRVD-CEW-FEB16-00051507 | HRVD-CEW-FEB16-00031984 through HRVD-CEW-FEB16-00031985; HRVD-CEW-FEB16-00051504 through HRVD-CEW-FEB16-00051507 |

THIRD RASSBACH DECLARATION EXHIBIT 3

## Appendix C (updated since August 9, 2024)

### HARVARD'S AUGUST 27, 2024 SUBMISSION IN RESPONSE TO THE EMAIL REQUESTS

**August 2 Email Request 2[1]:  Please also provide an updated list of student disciplinary conduct cases (Item 2 from our July 10 email) by the 5:00 p.m. on Friday, August 9, 2024. including all post-10/7/23 Harvard College cases and all cases related to the encampment irrespective of school. In case there is any lack of clarity as to what cases would be responsive, we are requesting information on cases involving antisemitism, anti-Israeli bias, anti-Zionism, and targeting of Jews/Israelis/Israel, including disruptions and other potential conduct violations relating to anti-Israel/pro-Palestinian activism.**

**Response:**

The updated August 9 Appendix C below includes additional Bates numbers of documents in today's production.  The other columns including case status and case outcome remain unchanged.

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| November 16, 17 | College | Student "entered University Hall and disrupted normal business operations by making loud noises, chanting, and using a bullhorn with the goal to occupy the building. Also, it is reported that access to hallways, conference rooms, kitchens, and bathrooms were blocked and building windows were tampered with. Finally, it is reported that the | Closed | Administrative Board | Good Standing | Admonished[2] because of inappropriate social behavior on November 17, 2023 | HRVD-CEW-FEB16-00000960 through HRVD-CEW-FEB16-00000962; HRVD-CEW-FEB16-00001302 through HRVD-CEW-FEB16-00001306; HRVD-CEW-FEB16- |

---

[1] We include the August 2 Email Request language here, but this chart is responsive to other Email Requests, including the July 10 Email Request 2.

[2] As stated in the Harvard College Student Handbook, "Admonishment" is a "reprimand to a student whose behavior violates the rules or standards of conduct of the community. A warning becomes part of the student's official record, but is not considered a formal disciplinary action."  HRVD-CEW-FEB16-0011028.

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| | | building was put on lockdown, university-wide events in the building were cancelled, and because of the occupation Harvard Yard was closed to the public. University Hall remained occupied until the morning of November 17, 2023." | | | | | 00007417; through HRVD-CEW-FEB16-00007424; HRVD-CEW-FEB16-00007431 through HRVD-CEW-FEB16-00007436; HRVD-CEW-FEB16-00057160 |
| November 16, 17 | College | Student "entered University Hall and disrupted normal business operations by making loud noises, chanting, and using a bullhorn with the goal to occupy the building. Also, it is reported that access to hallways, conference rooms, kitchens, and bathrooms were blocked and building windows were tampered with. Finally, it is reported that the building was put on lockdown, university-wide events in the building were cancelled, and because of the occupation Harvard Yard was closed to the public. University Hall remained occupied until the morning of November 17, 2023." | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 17, 2023 | HRVD-CEW-FEB16-00000963 - HRVD-CEW-FEB16-00000965; HRVD-CEW-FEB16-00001013 through HRVD-CEW-FEB16-00001014; HRVD-CEW-FEB16-00001307 through - HRVD-CEW-FEB16-00001309; HRVD-CEW-FEB16-00007417 through HRVD-CEW-FEB16-00007424; HRVD-CEW-FEB16-00007437; |

2

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| | | | | | | | HRVD-CEW-FEB16-00057161 through HRVD-CEW-FEB16-00057162 |
| November 16, 17 | College | Student "entered University Hall and disrupted normal business operations by making loud noises, chanting, and using a bullhorn with the goal to occupy the building. Also, it is reported that access to hallways, conference rooms, kitchens, and bathrooms were blocked and building windows were tampered with. Finally, it is reported that the building was put on lockdown, university-wide events in the building were cancelled, and because of the occupation Harvard Yard was closed to the public. University Hall remained occupied until the morning of November 17, 2023." | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 17, 2023 | HRVD-CEW-FEB16-00000966 through HRVD-CEW-FEB16-00000968; HRVD-CEW-FEB16-00001015 through HRVD-CEW-FEB16-00001016; HRVD-CEW-FEB16-00001310 through HRVD-CEW-FEB16-00001312; HRVD-CEW-FEB16-00007417 through HRVD-CEW-FEB16-00007424; HRVD-CEW-FEB16-00007438 through HRVD-CEW-FEB16-00007441; HRVD-CEW-FEB16-00057165 |

3

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| November 16, 17 | College | Student "entered University Hall and disrupted normal business operations by making loud noises, chanting, and using a bullhorn with the goal to occupy the building. Also, it is reported that access to hallways, conference rooms, kitchens, and bathrooms were blocked and building windows were tampered with. Finally, it is reported that the building was put on lockdown, university-wide events in the building were cancelled, and because of the occupation Harvard Yard was closed to the public. University Hall remained occupied until the morning of November 17, 2023." | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 17, 2023 | HRVD-CEW-FEB16-00000969 through HRVD-CEW-FEB16-00000971; HRVD-CEW-FEB16-00001017 through HRVD-CEW-FEB16-00001018; HRVD-CEW-FEB16-00001313 through HRVD-CEW-FEB16-00001315; HRVD-CEW-FEB16-00007417 through HRVD-CEW-FEB16-00007424; HRVD-CEW-FEB16-00007442 through HRVD-CEW-FEB16-00007447; HRVD-CEW-FEB16-00057166 |
| November 16, 17 | College | Student "entered University Hall and disrupted normal business operations by making loud noises, chanting, and using a bullhorn with the goal to | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 17, 2023 | HRVD-CEW-FEB16-00000972 through HRVD-CEW-FEB16-00000974; |

4

THIRD RASSBACH DECLARATION EXHIBIT 3
334

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| | | occupy the building. Also, it is reported that access to hallways, conference rooms, kitchens, and bathrooms were blocked and building windows were tampered with. Finally, it is reported that the building was put on lockdown, university-wide events in the building were cancelled, and because of the occupation Harvard Yard was closed to the public. University Hall remained occupied until the morning of November 17, 2023." | | | | | HRVD-CEW-FEB16-00001019 through HRVD-CEW-FEB16-00001020; HRVD-CEW-FEB16-00001316 through HRVD-CEW-FEB16-00001318; HRVD-CEW-FEB16-00007417 through HRVD-CEW-FEB16-00007424; HRVD-CEW-FEB16-00007448 through HRVD-CEW-FEB16-00007451 |
| November 16, 17 | College | Student "entered University Hall and disrupted normal business operations by making loud noises, chanting, and using a bullhorn with the goal to occupy the building. Also, it is reported that access to hallways, conference rooms, kitchens, and bathrooms were blocked and building windows were tampered with. Finally, it is reported that the building was put on | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 17, 2023 | HRVD-CEW-FEB16-00000951 through HRVD-CEW-FEB16-00000953; HRVD-CEW-FEB16-00001021 through HRVD-CEW-FEB16-00001022; HRVD-CEW-FEB16-00001278 |

5

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment** | | | | | | | | |
| **Incident Date (per charge letter)** | **School** | **Incident Description** | **Case Status** | **Entity Responsible for Reviewing Case** | **Student Status** | **Case Outcome** | **Bates Range** |
| | | lockdown, university-wide events in the building were cancelled, and because of the occupation Harvard Yard was closed to the public. University Hall remained occupied until the morning of November 17, 2023." | | | | | through HRVD-CEW-FEB16-00001280; HRVD-CEW-FEB16-00007417 through HRVD-CEW-FEB16-00007424; HRVD-CEW-FEB16-00007452 through HRVD-CEW-FEB16-00007459; HRVD-CEW-FEB16-00057159 |
| November 16, 17 | College | Student "entered University Hall and disrupted normal business operations by making loud noises, chanting, and using a bullhorn with the goal to occupy the building. Also, it is reported that access to hallways, conference rooms, kitchens, and bathrooms were blocked and building windows were tampered with. Finally, it is reported that the building was put on lockdown, university-wide events in the building were cancelled, and because of the occupation Harvard Yard was closed to the public. University Hall | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 17, 2023 | HRVD-CEW-FEB16-00000975 through HRVD-CEW-FEB16-00000977; HRVD-CEW-FEB16-00000985 through HRVD-CEW-FEB16-00000987; HRVD-CEW-FEB16-00001023 through HRVD-CEW-FEB16-00001024; HRVD-CEW-FEB16-00007417 |

6

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| | | remained occupied until the morning of November 17, 2023." | | | | | through HRVD-CEW-FEB16-00007424; HRVD-CEW-FEB16-00007460 through HRVD-CEW-FEB16-00007465; HRVD-CEW-FEB16-00057163 through HRVD-CEW-FEB16-00057164 |
| November 16, 17, 29 | College | Student "entered University Hall and disrupted normal business operations by making loud noises, chanting, and using a bullhorn with the goal to occupy the building. Also, it is reported that access to hallways, conference rooms, kitchens, and bathrooms were blocked and building windows were tampered with. Finally, it is reported that the building was put on lockdown, university-wide events in the building were cancelled, and because of the occupation Harvard Yard was closed to the public. University Hall remained occupied until the morning of November 17, 2023." | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 17 and 29, 2023 | HRVD-CEW-FEB16-00000957 through HRVD-CEW-FEB16-00000959; HRVD-CEW-FEB16-00001000 through HRVD-CEW-FEB16-00001009; HRVD-CEW-FEB16-00057149 through HRVD-CEW-FEB16-00057158; HRVD-CEW-FEB16-00057350 through HRVD-CEW- |

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
| | | Student also "entered an in-session classroom, Ec10A, in Sanders Theater and disrupted normal business operations." | | | | | FEB16-00057355 |
| November 29, 2023 | College | Student "entered an in-session classroom in the Science Center and disrupted normal business operations by making loud noises, chanting, and using a microphone." Student also "disrupted the classroom of Ec10A" | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 29, 2023 | HRVD-CEW-FEB16-00000948 through HRVD-CEW-FEB16-00000950; HRVD-CEW-FEB16-00001002 through HRVD-CEW-FEB16-00001006; HRVD-CEW-FEB16-00001299 through HRVD-CEW-FEB16-00001301; HRVD-CEW-FEB16-00007408 through HRVD-CEW-FEB16-00007416 HRVD-CEW-FEB16-00007429 through HRVD-CEW-FEB16-00007430; HRVD-CEW-FEB16-00057167 through |

8

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Incident Date (per charge letter)** | **School** | **Incident Description** | **Case Status** | **Entity Responsible for Reviewing Case** | **Student Status** | **Case Outcome** | **Bates Range** |
| | | | | | | | HRVD-CEW-FEB16-00057195; HRVD-CEW-FEB16-00057197 |
| November 29, 2023 | College | Student "entered an in-session classroom in the Science Center and disrupted normal business operations by making loud noises, chanting, and using a bullhorn." Student also "entered the classroom of STAT 100, a class you are not enrolled in, and disrupted the class with a bullhorn." | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 29, 2023 | HRVD-CEW-FEB16-00000945 through HRVD-CEW-FEB16-00000947; HRVD-CEW-FEB16-00001002 through HRVD-CEW-FEB16-00001006; HRVD-CEW-FEB16-00001010 through HRVD-CEW-FEB16-00001012; HRVD-CEW-FEB16-00007408 through HRVD-CEW-FEB16-00007416; HRVD-CEW-FEB16-00007425 through HRVD-CEW-FEB16-00007426; HRVD-CEW-FEB16-00057167 through |

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Incident Date (per charge letter)** | **School** | **Incident Description** | **Case Status** | **Entity Responsible for Reviewing Case** | **Student Status** | **Case Outcome** | **Bates Range** |
| | | | | | | | HRVD-CEW-FEB16-00057196 |
| November 29, 2023 | College | Student "entered an in-session classroom, Ec10A, in the Science Center and disrupted normal business operations by making loud noises, chanting, and using a bullhorn." | Closed | Administrative Board | Good Standing | Admonished because of inappropriate social behavior on November 29, 2023 | HRVD-CEW-FEB16-00000954 through HRVD-CEW-FEB16-00000956; HRVD-CEW-FEB16-00001002 through HRVD-CEW-FEB16-00001006; HRVD-CEW-FEB16-00001296 through HRVD-CEW-FEB16-00001298; HRVD-CEW-FEB16-00007408 through HRVD-CEW-FEB16-00007416; HRVD-CEW-FEB16-00007427 through HRVD-CEW-FEB16-00007428; HRVD-CEW-FEB16-00057167 through HRVD-CEW-FEB16-00057195; |

10

| Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Date (per charge letter) | School | Incident Description | Case Status | Entity Responsible for Reviewing Case | Student Status | Case Outcome | Bates Range |
|  |  |  |  |  |  |  | HRVD-CEW-FEB16-00057198 |

11

## Appendix A

### HARVARD'S SEPTEMBER 11, 2024 SUBMISSION IN RESPONSE TO THE AUGUST 30 EMAIL REQUESTS

**August 30 Email Request 1: Please complete production of responsive text messages for** ██████████████████████████████████████

**Response:**

In connection with these requests, please find documents enclosed at HRVD-CEW-FEB16-00057359 to HRVD-CEW-FEB16-00057431. We are continuing our efforts to respond appropriately to the Committee's requests, and we may provide supplemental information in connection with this request as our review continues.

**August 30 Email Request 2: Please produce an updated version of the spreadsheet on disciplinary cases covering all responsive cases from the 2023-2024 academic year (including all Harvard schools).**

**Response:**

After a reasonable search and review, we submit the following supplemental information regarding Harvard schools other than Harvard College student disciplinary/conduct cases related to incidents other than the encampment. We are continuing our efforts to respond appropriately to the Committee's requests, and we may provide supplemental information in connection with this request as our review continues.

| Harvard Schools Other Than Harvard College Student Disciplinary/Conduct Cases Related to Incidents Other Than the Encampment | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Incident Date(s)** | **School** | **Incident Description** | **Case Status** | **Entity Responsible for Reviewing Case** | **Student Status** | **Case Outcome** | **Bates Rang** |
| Nov. 16, 17, 29 | HDS | Student "participat[ed] in the unauthorized occupation of University Hall" and "participat[ed] in protest activities at the Science Center" | Closed | HDS Administrative Board | Good Standing | HRVD-CEW-FEB16-00057358 | HRVD-CEW-FEB16-00001281 through HRVD-CEW-FEB16-00001291; HRVD-CEW-FEB16-00057358 |

1

| FILE_ID | IDENTIFIER | AFFILIATION | STATUS | CASE_NUMBER | INCIDENT_DATE | ALLEGED CONDUCT | CHARGES | FINDINGS | ACTION TAKEN | ACADEMIC STATUS | BATES RANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023640503 | Student 82 | undergraduate | Closed | 20236405 | 2024-03-28 | Student made posters and place them around the residence hall with a picture of the victim. It was a poster that said: "FREE PALESTINE," and "FREE GAZA," "VOTE YES TO DIVEST" with a picture of victim in the middle of the poster holding a sign from an Israel event that says "Hot Girls Support Israel." | E3: Safety violations: Intentionally or recklessly endangering the welfare of any individual H3: Bullying, intimidation &amp; harassment: Threatening to reveal/releasing personal information J: Defamation Q: Disorderly conduct | E3: Responsible H3: Responsible J: Responsible Q: Responsible | Suspension | not enrolled | RU_00076915-76925; RU_00077119-77127; RU_00077138-77142; RU_00077156-77166; RU_00077208-77215 |
| 2023696701 | Student 88 | undergraduate | Closed | 20236967 | 2024-04-15 | Provoked protesters and recorded them for the purpose of disclosing their pictures and personal information. Then filed a false report against the protesters. | D2: Acts of dishonesty: Intentionally furnishing false information to the University D3: Acts of dishonesty: Intentionally furnishing false information outside the University H3: Bullying, intimidation &amp; harassment: Threatening to reveal/releasing personal information R: Undisclosed recording J: Defamation | D2: Not responsible D3: Responsible H3: Responsible R: Responsible J: Responsible | Probation | enrolled | RU_00065647-65648; RU_00065658-65659; RU_00077039-77064; RU_00077079-77081 |
| 2023679801 | Student 72 | undergraduate | Closed | 20236798 | 2024-04-04 | Led the disruption of the Student Government Town Hall meeting with the University President. Police were called. | E9: Safety violations: Failing to comply with University officials/police P2: Responsible Q: Disorderly conduct | E9: Responsible P2: Responsible Q: Responsible | Reprimand | enrolled | RU_00077067 |
| 2023273601 | Students for Justice in Palestine (Organization) | undergraduate | Closed | 20232736 | 2023-11-29 | Gained access to the School of Business and disrupted classes in session. Police were called. | E9: Safety violations: Failing to comply with University officials/police P2: Disruption: Disrupting/obstructing academic/administrative/University business Q: Disorderly conduct Residence Life Policy Item 7e: Guest Policy - Building Access Safety D5: Acts of dishonesty: Unauthorized entry into or use/misuse of University property | E9: Not responsible P2: Responsible Q: Responsible Q: Not responsible D5: Responsible | Organizational Disciplinary Probation | N/A | RU_00077254-77313 |
| 2023273603 | Student 17 | undergraduate | Closed | 20232736 | 2023-11-29 | Caused the disruption of an academic lecture. Police were called. | P1: Disruption: Intentionally or recklessly interfering with any University activity P2: Disruption: Disrupting/obstructing academic/administrative/University business Q: Disorderly conduct | P1: Responsible P2: Responsible Q: Responsible | Probation | enrolled | RU_00076439-76474; RU_00076582-76595; RU_00076747-76793 |
| 2023273606 | Student 18 | undergraduate | Closed | 20232736 | 2023-11-29 | Caused the disruption of an academic lecture. Police were called. | P1: Disruption: Intentionally or recklessly interfering with any University activity P2: Disruption: Disrupting/obstructing academic/administrative/University business Q: Disorderly conduct | P1: Responsible P2: Responsible Q: Responsible | Probation | enrolled | RU_00076598-76636; RU_00076747-76793 |
| 2023273607 | Student 19 | undergraduate | Closed | 20232736 | 2023-11-29 | Caused the disruption of an academic lecture. Police were called. | P1: Disruption: Intentionally or recklessly interfering with any University activity P2: Disruption: Disrupting/obstructing academic/administrative/University business Q: Disorderly conduct | P1: Responsible P2: Responsible Q: Responsible | Probation | enrolled | RU_00076673-76711; RU_00076747-76793 |
| 2023157601 | Student 8 | undergraduate | Closed | 20231576 | 2023-10-12 | Posted on social media the location of an Israeli student and requested that Pro Palestinians go kill him. | F2: Physical misconduct: Using or threatening to use force against a person or animal K1: Hazing: Engaging in any act impacting mental/emotional/physical health H4: Bullying, intimidation &amp; harassment: Engaging in any course of alarming conduct | F2: Responsible K1: Charge withdrawn H4: Responsible | Suspension and Probation | enrolled | RU_00076269-76297 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023476001 | Student 203 | undergraduate | Closed | 20234760 | 2023-10-26 | Caused a verbal argument and threatened to destroy Pro Israeli flyers. | Q: Disorderly conduct | Q: Responsible | Reprimand | enrolled | RU_000655292-55294 |
| 2023676201 | Students for Justice in Palestine (Organization) | undergraduate | Closed | 20236762 | 2024-05-02 | Led the encampment on Voorhees Mall that disrupted scheduled exams in several buildings. | Org F: Disruptive or Disorderly Conduct<br>Org H: Failure to Comply with University or Civil Authority<br>A: Aiding, enabling, or assisting any person in committing any violation of this Code | Org F: Responsible<br>Org H: Responsible<br>A: Responsible | Organization Suspension | N/A | RU_00077254-77313 |
| 2023640502 | Student 82 | undergraduate | Closed | 20236405 | 2024-03-28 | Student made posters and place them around the residence hall with a picture of the victim. It was a poster that said: "FREE PALESTINE," and "FREE GAZA," "VOTE YES TO DIVEST" with a picture of victim in the middle of the poster holding a sign from an Israel event that says "Hot Girls Support Israel." | E3: Safety violations: Intentionally or recklessly endangering the welfare of any individual<br>H3: Bullying, intimidation &amp; harassment: Threatening to reveal/releasing personal information<br>J: Defamation<br>Q: Disorderly conduct | E3: Responsible<br>H3: Responsible<br>J: Responsible<br>Q: Responsible | Suspension | not enrolled | RU_000776915-76922;<br>RU_00077123-77127;<br>RU_00077138-77142;<br>RU_00077147-77148;<br>RU_00077208-77215 |

THIRD RASSBACH DECLARATION EXHIBIT 3

344

**APPENDIX 2:**
**Updated Response to Committee's Requests 2(c) and 2(d)**

| Case Number | Respondent | Incident Date | Reported Conduct | Case Status | Entity Responsible for Review | Bates Range for Produced Files |
|---|---|---|---|---|---|---|
| 1 | Student | 10/7/2023 | Report submitted by an alum, stating that a masked protester carried a Hamas flag at a rally in downtown Evanston. | Closed* *Cases are closed on the basis of various factors, including inability to identify the respondent or when allegations are unsubstantiated, as will be detailed in the case files. | OCR | NWU-CEW 00002372–NWU-CEW 00002384 |
| 5 | Student | 10/25/2023 | Report submitted by a student, stating that members of Students for Justice in Palestine (SJP) created and distributed a fake "newspaper" that had a similar design to *The Daily Northwestern*. The report stated that the materials were antisemitic. | Closed Disciplinary action:  Five individuals placed on disciplinary probation (three through end of Fall Quarter 2024 and two through end of Summer Quarter 2024), and each required to submit a reflection paper. | OCR Office of Community Standards | NWU-CEW 00005884–NWU-CEW 00006027 August 2, 2024 production: NWU-CEW 00011077–NWU-CEW 00011014 |
| 6 | Student | 11/2/2023 | Report submitted by a student, stating that harassing comments were made in a discussion of the Gaza conflict on a non-University GroupMe chat. | Closed | OCR | NWU-CEW 00002385–NWU-CEW 00002450 |
| 7 | Student | 11/3/2023 | Report submitted by a student, stating that another student's social media post was antisemitic. | Closed | OCR | NWU-CEW 00002451–NWU-CEW 00002504 |
| 8 | Student | 11/4/2023 | Report submitted by a student, stating that a student posed next to a Hamas flag at an off-campus rally. | Closed | OCR | NWU-CEW 00002505–NWU-CEW 00002539 |
| 9 | Student | 11/4/2023 | Reports submitted by students, stating that two students were holding a Hamas flag at an off-campus rally. | Closed | OCR | NWU-CEW 00002540–NWU-CEW 00002859 |
| 10 | Student | 11/9/2023 | Report submitted by a student who authored an article on the Gaza conflict, reporting harassing social media posts. | Closed Disciplinary action:  Warning issued to one student. | OCR Office of Community Standards | NWU-CEW 00002860–NWU-CEW 00002996 |
| 11 | Student | 11/14/2023 | Reports submitted by students, stating that another student's social media post was antisemitic. | Closed | OCR | NWU-CEW 00002997–NWU-CEW 00003181 |
| 12 | Student | 11/15/2023 | Report from the Coalition Against Antisemitism at Northwestern (CAAN) expressing concerns about antisemitism on campus. | Open | OCR | August 2, 2024 production: NWU-CEW 00011104–NWU-CEW 00011165 |
| 13 | Student | 11/16/2023 | Reports submitted by students, stating that a pro-Hamas protest took place in the law school cafeteria. | Closed | OCR | NWU-CEW 00003182–NWU-CEW 00003351 August 2, 2024 production: NWU-CEW 00011015–NWU-CEW 00011103 |
| 14 | Student | 11/16/2023 | Reports submitted by students regarding a pro-Palestinian protest that took place at the law school cafeteria. | Closed | OCR | NWU-CEW 00003352–NWU-CEW 00003403 August 2, 2024 production: NWU-CEW 00011015–NWU-CEW 00011103 |
| 15 | Student | 11/16/2023 | Report submitted by a student, stating that a Jewish student was verbally and physically assaulted. | Closed | OCR | NWU-CEW 00003404–NWU-CEW 00003484 August 2, 2024 production: NWU-CEW 00011015–NWU-CEW 00011103 |
| 16 | Student | 11/17/2023 | Report submitted by a Jewish student, stating that another student made a false accusation of doxing against her due to her religious affiliation. | Closed | OCR | NWU-CEW 00003485–NWU-CEW 00003536 August 2, 2024 production: NWU-CEW 00011015–NWU-CEW 00011103 |
| 18 | Student | 11/23/2023 | Report submitted by a student who authored an article on the Gaza conflict, reporting harassing social media post by another student. | Closed Action:  Student required to meet with Senior Associate Dean of Students. | OCR Office of Community Standards | NWU-CEW 00003537–NWU-CEW 00003575 |
| 25 | Student | 4/23/2024 | Report submitted by a Jewish student, reporting online harassment by another student and exclusion from participating in a student group's GroupMe on the basis of the reporter's Zionist beliefs. | Closed | OCR | NWU-CEW 00006028–NWU-CEW 00006046 |
| 27 | Student | 4/25/2024 | Report submitted by a Jewish student, stating that he was publicly named and harassed when attempting to take photographs at the encampment. | Open | OCR | August 2, 2024 production: NWU-CEW 00011166–NWU-CEW 00011280 |

**APPENDIX 2:**
**Updated Response to Committee's Requests 2(c) and 2(d)**

| Case Number | Respondent | Incident Date | Reported Conduct | Case Status | Entity Responsible for Review | Bates Range for Produced Files |
|---|---|---|---|---|---|---|
| 37 | Student | 4/26/2024 | Report submitted by a student, stating that at a comedy show organized by a student organization, attendees were encouraged to donate to the encampment. The report stated that the comedy show was shortened in response to the encampment. The report stated that a request for a refund of the ticket cost was unsuccessful. | Closed<br><br>Action: Discussion with student organization, and complainant provided with a refund for the ticket. | OCR<br>Office of Student Organizations and Activities | NWU-CEW  00006047–NWU-CEW  00006102 |
| 38 | Student | 4/26/2024 | Report by a student stating that another student was vocally supportive of Hamas. | Closed | OCR | NWU-CEW  00006103–NWU-CEW  00006113 |
| 41 | Student | 4/28/2024 | Report to NUPD that a group wrote "Death to Israel" on the Jacobs Center. Upon NUPD's arrival, none of those individuals were on scene. | Closed<br><br>Action: Graffiti immediately removed by facilities. | OCR | NWU-CEW  00003576–NWU-CEW  00003657 |
| 42 | Student | 4/28/2024 | Report submitted by a student, stating that a student organization endorsed the encampment. | Closed | OCR | August 2, 2024 production:<br>NWU-CEW  00011281–NWU-CEW  00011310<br><br>**October 14, 2024 production:**<br>**NWU-CEW  00031443–NWU-CEW  00031452** |
| 45 | Student | 4/29/2024 | Anonymous report stating that a student posted an antisemitic comment on social media. | Closed | OCR | NWU-CEW  00006114–NWU-CEW  00006137 |
| 66 | Student | 5/13/2024 | Report from staff stating that Israeli flags were vandalized on Deering Meadow. | Closed | OCR<br>Office of Community Standards | August 2, 2024 production:<br>NWU-CEW  00011311–NWU-CEW  00011436<br><br>**October 14, 2024 production:**<br>**NWU-CEW  00031453–NWU-CEW  00031482** |

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 1 | Administrative Complaint | Student A | 10/23/23 | Student reported that another student disrupted class during a 10/23/23 class walkout demonstration. | Committee on Discipline (COD) found respondent responsible for policy violation(s). Respondent issued a written warning. |
| 2 | Administrative Complaint | Student B | 11/9/23 | Student report that another student engaged in shoving and other misconduct during 11/9/23 protest in Lobby 7. | COD found respondent responsible for policy violation(s). Respondent issued a written warning. |
| 3 | Administrative Complaint | Student C | 11/9/23 | Student report that another student engaged in shoving and other misconduct during 11/9/23 protest in Lobby 7. | COD found respondent responsible for policy violation(s). Respondent issued a written warning. |
| 4 | Administrative Complaint | Student D | 11/9/23 | Student report that another student swiped a phone out of the reporting party's hand during 11/9/23 protest in Lobby 7. | COD found respondent responsible for policy violation(s). Respondent issued a written warning. |
| 5 | Student E | Student F | 11/9/23 | Student report that another student engaged in misconduct during 11/9/23 protest in Lobby 7, including physically blocking others and raising their voice. | Reporting party did not pursue complaint. |

1

THIRD RASSBACH DECLARATION EXHIBIT 3
347

MIT_EW_0011199

**Summary of Cases on IDHR Website**
(as of September 20, 2024)

|  | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 6 | Student G | Student H | 11/9/23 | Student report that another student engaged in misconduct during 11/9/23 protest in Lobby 7, including physically blocking others and raising their voice. | Reporting party did not pursue complaint. |
| 7 | Faculty A | Faculty B | 11/9/23 | Faculty member reports being yelled at by fellow faculty member at 11/9/23 protest in Lobby 7. | Reporting party did not pursue complaint. |
| 8 | Student I | Faculty C | 11/6/23 | Student reports that faculty member was targeting students who expressed pro-Palestinian support. | Educational conversation with the respondent faculty member. |
| 9 | Student J | Student K | 10/11/23 | Student report that another student filmed and yelled at the reporting party when the reporting party was removing posters, and then published the video online. | Dismissed by COD. |
| 10 | Student L | Student M | 11/16/23 | Student report that another student harassed them via emails sent through dormspam. | Mutual no-contact order (MNCO) put in place. COD found respondent not responsible for policy violations, but MNCO kept in place. |
| 11 | Student M | Student L | 1/16/24 | Student reported that another student followed them through Infinite Corridor and harassed them. | MNCO put in place. COD found respondent not responsible for policy violations, but MNCO kept in place. |

2

THIRD RASSBACH DECLARATION EXHIBIT 3
348

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

|    | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|----|----------------|---------------|---------------|----------------------------|--------------------------------|
|    |                |               |               |                            |                                |
| 12 | Student M | Student N | 3/8/24 | Student alleged that another student harassed them in Lobby 10 by repeatedly engaging the reporting party to discuss their disagreement about the conflict in Israel and Gaza. | MNCO put in place. COD found respondent not responsible for policy violations, but MNCO kept in place. |
| 13 | Administrative Complaint | Student I | 2/12/24 | Student and faculty reports that another student organized and held unsanctioned rally on 2/12/24. | COD found respondent responsible for policy violation(s). Respondent issued a written warning. |
| 14 | Administrative Complaint | Student O | 2/12/24 | Student and faculty reports that another student organized and held unsanctioned rally on 2/12/24. | COD found respondent responsible for policy violation(s). Respondent issued a written warning. |
| 15 | Administrative Complaint | Student P | 2/12/24 | Student and faculty reports that another student organized and held unsanctioned rally on 2/12/24. | COD found respondent responsible for policy violation(s).  Respondent issued a written warning. |
| 16 | Administrative Complaint | Student Q | 2/12/24 | Student and faculty reports that another student organized and held unsanctioned rally on 2/12/24. | COD found respondent responsible for policy violation(s).  Respondent issued a written warning. |
| 17 | Administrative Complaint | Student D | 2/12/24 | Student and faculty reports that another student organized and held unsanctioned rally on 2/12/24. | COD dismissed case as respondent was not involved in organizing the event. |

3

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 18 | Administrative Complaint | Student R | 2/12/24 | Student and faculty reports that another student organized and held unsanctioned rally on 2/12/24. | COD found respondent not responsible. |
| 19 | Administrative Complaint | Student S | 2/12/24 | Student and faculty reports that another student organized and held unsanctioned rally on 2/12/24. | COD found respondent responsible for policy violation(s). Respondent issued a written warning. |
| 20 | Administrative Complaint | Student T | 2/12/24 | Student and faculty reports that another student organized and held unsanctioned rally on 2/12/24. | COD found respondent responsible for policy violation(s). Respondent issued a written warning. |
| 21 | Student U | Student V | Fall 2023 semester | Student report that another student made disparaging/antisemitic comments that resulted in reporting party's isolation from social/study spaces. | Reporting party did not pursue complaint. |
| 22 | Administrative Complaint | Student Organization A | October 2023 - February 2024 | Various reports against student organization involving multiple events/protests from October 2023 - February 2024. | COD found student organization responsible for several policy violations, and not responsible for others. Student organization issued suspension with conditions, followed by period of probation with conditions. |

4

THIRD RASSBACH DECLARATION EXHIBIT 3
350

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 23 | Students W & X | Student Y | 12/5/23 | Report from two students alleging that another student spread misinformation about the reporting parties having made antisemitic statements. | Reporting parties did not pursue complaint. |
| 24 | Student Z | Student Residential Community Leadership A | October 2023-February 2024 | Student report alleging that student leaders of reporting party's living community were creating a hostile living environment for Jewish/Israeli students. | Facilitated reporting party's request to move to different housing as supportive measure. Reporting party did not wish to pursue complaint or participate in any investigatory process. |
| 25 | Student AA | Staff Member A | 11/16/23 | Student report alleging that staff member made offensive comments about Israel and asked questions directed at Jewish attendees during an event. | Reporting party did not wish to pursue complaint under IDHR rules and processes. Matter referred to HR and staff member's supervisor. Written warning issued. |
| 26 | Student BB | Student Organization A Faculty D About 50 Unnamed Students | 2/12/24 | Student report alleging that a student organization, individual students, and a faculty member engaged in discriminatory harassment by engaging in certain chants about Israel Defense Force at a 2/12/24 protest. | Case dismissed following initial assessment. |
| 27 | Student CC | Student O | 2/7/24 | Student report that another student approached the reporting party to | Complainant met with IDHR but ultimately never scheduled an initial |

5

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| | | | | sign a petition because he was wearing a kippah. | assessment and did not respond to further outreach. |
| 28 | Administrative Complaint | Student Organization B | 3/19/24 | Student report that student organization posted a sign that depicted the emblem of a terrorist organization reported to target Jews/Israelis. | Poster removed. After initially pursuing possible restorative resolution, disciplinary case now pending. |
| 29 | Faculty E & Student L | Staff Member B | Fall 2023 and Spring 2024 semesters | Student and faculty reports related to staff member's social media posts. Social media posts reported to be antisemitic. | Educational conversations with the respondent staff member. |
| 30 | Administrative Complaint | Student P | 11/2/23 | Student reporters alleging that another student engaged in discriminatory harassment and other misconduct when protesting and chanting at MISTI office. | Investigation/disciplinary process paused while respondent is on leave. |
| 31 | Administrative Complaint | Student DD | 11/2/23 | Student reporters alleging that another student engaged in discriminatory harassment and other misconduct when protesting and chanting at MISTI office. | COD found respondent responsible for some policy violation(s) and not responsible for others. Respondent issued a written warning. |
| 32 | Administrative Complaint | Student R | 11/2/23 | Student reporters alleging that another student engaged in other discriminatory harassment and other | COD found respondent responsible for some policy violation(s) and not |

6

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| | | | | misconduct when protesting and chanting at MISTI office. | responsible for others.  Respondent issued a written warning. |
| 33 | Administrative Complaint | Student I | 11/2/23 | Student reporters alleging that another student engaged in discriminatory harassment and other misconduct when protesting and chanting at MISTI office. | COD found respondent responsible for some policy violation(s) and not responsible for others.  Respondent issued probation through 9/15/24. |
| 34 | Administrative Complaint | Student S | 11/2/23 | Student reporters alleging that another student engaged in discriminatory harassment and other misconduct when protesting and chanting at MISTI office. | COD found respondent responsible for some policy violation(s) and not responsible for others. Respondent issued probation through graduation. |
| 35 | Administrative Complaint | Student EE | 11/2/23 | Student reporters alleging that another student engaged in discriminatory harassment and other misconduct when protesting and chanting at MISTI office. | COD found respondent responsible for some policy violation(s) and not responsible for others. Respondent issued a written warning. |
| 36 | Administrative Complaint | Student Q | 11/2/23 | Student reporters alleging that another student engaged in discriminatory harassment and other misconduct when protesting and chanting at MISTI office. | COD found respondent responsible for some policy violation(s) and not responsible for others. Respondent issued probation through graduation. |
| 37 | Student FF | Student Organization A Student S | 4/19/24 | Student reported a student group and individual student led a walkout that | Dismissed after initial assessment. |

7

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| | | | | culminated in an allegedly harassing chant in Arabic. | |
| 38 | Student N | Student M | 3/8/24 | Student reported that he was approached to sign a petition in Lobby 10 because he was Jewish and that an allegedly harassing statement was made towards him. | Dismissed after initial assessment. |
| 39 | Administrative Complaint | Student M | 5/1/24, 5/6/24, 5/8/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for various policy violations. Sanctioned to probation until 6/1/25. |
| 40 | Administrative Complaint | Student T | 5/1/24, 5/6/24, 5/10/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for various policy violations. Sanctioned to probation until graduation, plus campus ban until 6/3/26. |
| 41 | Administrative Complaint | Student GG | 4/30/24, 5/6/24, 5/8/24, 5/10/24 | Complaint related to role in encampment and related activities. Arrested on 5/10. | COD found respondent responsible for various policy violations. Sanctioned to probation until graduation, plus campus ban from 9/11/24 until 6/3/25. |
| 42 | Administrative Complaint | Student Q | 5/1/24, 5/6/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for various policy violations. Sanctioned to probation until 6/1/25. |

8

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

|  | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 43 | Administrative Complaint | Student HH | 5/6/24, 5/9/24 | Complaint related to role in encampment and related activities. Arrested on 5/9. | COD found respondent responsible for various policy violations. Sanctioned to probation until graduation, plus campus ban until 6/1/25. |
| 44 | Administrative Complaint | Student II | 5/6/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for various policy violations. Sanctioned to probation until graduation. |
| 45 | Administrative Complaint | Student JJ | 5/6/24, 5/8/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for various policy violations. Sanctioned to probation until graduation, plus campus ban until 6/1/25. |
| 46 | Administrative Complaint | Student KK | 5/6/24 | Complaint related to role in encampment and related activities. | COD found respondent not responsible for policy violations. |
| 47 | Administrative Complaint | Student LL | 5/6/24, 5/10/24 | Complaint related to role in encampment and related activities. Arrested on 5/10. | COD found respondent responsible for various policy violations. Sanctioned to probation until 6/1/25, plus campus ban from 6/7/24 until 9/1/24. |

9

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 48 | Administrative Complaint | Student MM | 5/6/24, 5/8/24, 5/10/24 | Complaint related to role in encampment and related activities. Arrested on 5/10. | COD found respondent responsible for various policy violations. Sanctioned to probation until 6/1/25. |
| 49 | Administrative Complaint | Student DD | 5/1/24, 5/6/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for various policy violations. Sanctioned to probation until 6/1/25. |
| 50 | Administrative Complaint | Student NN | 4/30/24, 5/6/24, 5/8/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for various policy violations. Sanctioned to probation until 6/1/25. |
| 51 | Administrative Complaint | Student S | 5/6/24, 5/8/24, 5/10/24 | Complaint related to role in encampment and related activities. Arrested on 5/10. | COD found respondent responsible for various policy violations. Sanctioned to probation until 9/18/24, plus campus ban from 9/23/24 until 6/1/26. |
| 52 | Administrative Complaint | Student OO | 5/6/24 | Complaint related to role in encampment and related activities. | COD found respondent not responsible for policy violations. |
| 53 | Administrative Complaint | Student PP | 5/6/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for various policy violations. Sanctioned to probation until graduation, plus campus ban until 6/1/25. |

10

THIRD RASSBACH DECLARATION EXHIBIT 3
356

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

|  | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 54 | Administrative Complaint | Student QQ | 5/6/24, 5/8/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for various policy violations. Sanctioned to probation until 6/1/25. |
| 55 | Administrative Complaint | Student RR | 5/6/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for some policy violations, not others. COD issued a written warning. |
| 56 | Administrative Complaint | Student I | 5/1/24, 5/6/24 | Complaint related to role in encampment and related activities. | COD found respondent responsible for some policy violations, not others. Sanctioned to probation through graduation, plus campus ban for two years after graduation. |
| 57 | Administrative Complaint | Student O | 5/1/24, 5/6/24, 5/8/24, 5/10/24 | Complaint related to role in encampment and related activities. Arrested on 5/10. | COD found respondent responsible for all policy violations. Sanctioned to probation through 7/11/26. |
| 58 | Administrative Complaint | Student SS | 5/6/24, 5/9/24 | Complaint related to role in encampment and related activities. Arrested on 5/9. | COD found respondent responsible for some policy violations, not others. COD issued probation through 6/1/25. |
| 59 | Administrative Complaint | Student TT | 5/1/24, 5/6/24, 5/9/24 | Complaint related to role in encampment and related activities. Arrested on 5/9. | COD found respondent responsible for some policy violations, not others. Sanctioned to probation through 7/1/25. |

11

CONFIDENTIAL

THIRD RASSBACH DECLARATION EXHIBIT 3
357

MIT_EW_0011209

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 60 | Administrative Complaint | Student UU | 5/9/24 | Complaint related to role in encampment and related activities. Arrested on 5/9. | COD found respondent responsible for all policy violations. Sanctioned to probation through 9/4/25. |
| 61 | Administrative Complaint | Student VV | 5/9/24 | Complaint related to role in encampment and related activities. Arrested on 5/9. | COD found respondent responsible for all policy violations. Sanctioned to probation through 7/25/25. |
| 62 | Administrative Complaint | Student WW | 5/8/24, 5/10/24 | Complaint related to role in encampment and related activities. Arrested on 5/10. | COD found respondent responsible for all policy violations. Sanctioned to probation through 8/28/25. |
| 63 | Administrative Complaint | Student XX | 5/9/24 | Complaint related to role in encampment and related activities. Arrested on 5/9. | Disciplinary case pending. |
| 64 | Administrative Complaint | Student K | 5/6/24, 5/9/24, 5/10/24 | Complaint related to role in encampment and related activities. Arrested on 5/10. | COD found respondent responsible for all policy violations. Sanctioned to probation through 8/28/25. |
| 65 | Administrative Complaint | Student YY | 5/6/24, 5/8/24, 5/9/24 | Complaint related to role in encampment and related activities. Arrested on 5/9. | Disciplinary process paused while respondent is on leave. |

12

THIRD RASSBACH DECLARATION EXHIBIT 3
358

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 66 | Administrative Complaint | Student ZZ | 5/6/24, 5/9/24 | Complaint related to role in encampment and related activities. Arrested on 5/9. | COD found respondent responsible for some policy violations, not others. Sanctioned to probation through 7/29/25. |
| 67 | Administrative Complaint | Student R | 5/6/24, 5/8/24, 5/9/24, 5/10/24 | Complaint related to role in encampment and related activities. Arrested on 5/10. | COD found respondent responsible for some policy violations, not others. Sanctioned to probation through 6/1/25. |
| 68 | Student AAA | Student BBB | 5/30/2024 | Complaint related to role in commencement protest activities. | COD found respondent not responsible for policy violations. |
| 69 | Administrative Complaint | Student BBB | 8/26/2024 | Multiple complaints about a flyer distributed at an orientation event. | Disciplinary case pending. |
| 70 | Administrative Complaint | Student organization A | April-July 2024 | Complaint about the creation of a social media post that included an image of a staff member, as well as numerous other events, demonstrations, and other protest activities from April-July 2024. | Disciplinary case pending. |
| 71 | Administrative Complaint | Group of recognized and unrecognized student and/or staff/faculty organizations | 7/13/2024 | Complaint about group logo appearing on social media post that included an image of a staff member. | COD sent informal warning letter to leadership of member organizations. |

13

**Summary of Cases on IDHR Website**
**(as of September 20, 2024)**

| | Complainant(s) | Respondent(s) | Incident Date | Brief Description of Report | Summary of Actions and Outcomes |
|---|---|---|---|---|---|
| 72 | Administrative Complaint | Student Organization C | 7/15/2024 | Complaint about unregistered event and related display. | COD sent informal warning letter. |
| 73 | Administrative Complaint | Student BBB | 7/15/2024 | Complaint about unregistered event and related display. | COD sent informal warning letter. |
| 74 | Administrative Complaint | Student CCC | 7/15/2024 | Complaint about unregistered event and related display. | COD sent informal warning letter. |
| 75 | Administrative Complaint | Student DDD | 7/15/2024 | Complaint about unregistered event and related display. | COD sent informal warning letter. |
| 76 | Administrative Complaint | Student EEE | 7/15/2024 | Complaint about unregistered event and related display. | COD sent informal warning letter. |
| 77 | Administrative Complaint | Student O | 7/13/2024; 7/15/2024 | Complaint about unregistered events and a display related to one of the events. | COD sent informal warning letter. |

14

THIRD RASSBACH DECLARATION EXHIBIT 3
360
MIT_EW_0011212

# Davis Polk

Paul J. Nathanson
+1 202 962 7055
paul.nathanson@davispolk.com

Davis Polk & Wardwell LLP
901 15th Street, NW
Washington DC 20005
davispolk.com

**Via Secure File-Share**

**CONFIDENTIAL TREATMENT REQUESTED BY BARNARD COLLEGE**

October 14, 2024

The Honorable Virginia Foxx
Chairwoman
Committee on Education and the Workforce
United States House of Representatives
2176 Rayburn House Office Building
Washington, D.C. 20515-6100

Re: **Requests to Barnard College**

Dear Chairwoman Foxx:

On behalf of our client, Barnard College ("Barnard"), we write in response to Ari Wisch's October 7, 2024 email (the "October 7 Request") requesting additional documents and information related to the summary chart of disciplinary incidents originally produced to you on July 30, 2024. The questions from the October 7 Request are set out below in italics, with responsive information following each request in plain text.

> *Request 1: Please update the charts to include the dates of all probation and suspension terms (some cases list these, some do not), the graduation dates of any students who have graduated, and whether cases are closed or ongoing.*

In response to this request, we are producing an encrypted spreadsheet bearing Bates number Barnard_HCWE014728, which contains the requested updated information.

> *Request 2: Students 43, 60, and 69 are listed as having participated in the Hamilton Hall incident and their cases as having been transferred to the Columbia University Rules Process for Recommendation. Please explain why these cases are being handled in this manner, the process under which Barnard will impose discipline (including the Barnard offices and individuals responsible for the decision), and to what extent have other Barnard student cases have been referred to Columbia's Rules Process (is this a longstanding practice, a post October 7 practice, specific to these cases, etc.).*

**Davis Polk**

By way of reminder, Columbia University ("Columbia") and Barnard operate as independent educational institutions.  Barnard is its own accredited college, with its own president, board of trustees, student life administration, community policies, and disciplinary proceedings.  While Barnard has an intercorporate agreement with Columbia and the two share a close relationship given their campus structures, the institutions are entirely separate.

Conduct proceedings are not part of the intercorporate agreement between Barnard and Columbia, and Barnard has established and follows its own Code of Conduct process as an independent institution pursuant to the requirement of the state of New York and the Middle States Commission on Higher Education.  Barnard students who violate either Barnard's or Columbia's campus rules or policies are subject to Barnard's Code of Conduct and proceedings thereunder.  Specifically, Barnard's Division of Campus Life and Student Experience manages the Code of Conduct proceedings and makes corresponding disciplinary decisions.

The disciplinary actions in connection with student participation in the Hamilton Hall incident presented a unique situation, where a few Barnard students, together with Columbia students, allegedly participated in the unauthorized takeover of Hamilton Hall and were arrested and charged with criminal trespass.  Given the potential criminal nature of the matter, Columbia's status as a victim, and the value of a uniform factfinding process for these similarly situated students, Barnard determined to allow three Barnard students to participate in the Columbia rules process.

The Columbia University Judicial Board ("UJB") will conduct a hearing into allegations against these and other students involved in the Hamilton Hall incident.  Once the factfinding process is complete as to the Barnard students and the UJB has made recommendations as to sanctions, Barnard will conduct its own hearings as to those students, take the UJB's recommendations under consideration, and determine and impose appropriate sanctions under its own Code of Conduct and associated rules.

> *Request 3.a.: Hamilton Hall Incident and Hamilton Hall Surrounding Area Incident (students 68, 69, 70, 43, 52, 71, 72, 73) - The only relevant produced documents are automated emails noting that an information report has been filed for each student's case. Please provide all responsive documents including the initial interim suspension notices, alternative resolution agreements, and communications relating to these cases.*
>
> > i.   *Students 43 and 60 participated in the encampment and the Hamilton Hall incident. Please produce any outstanding documents related to these students. Please also clarify the dates of each student's interim suspensions, and whether each student's participation in the Hamilton Hall incident was addressed at their respective conduct meetings.*
> >
> > ii.  *Student 68's case lists a conduct meeting to be held on 7/31/24. Please clarify the status of this case and what sanctions the student was given.*

In response to this request, we are producing encrypted documents bearing Bates numbers Barnard_HCWE014552 through Barnard_HCWE014721.

Students 43 and 60 received interim suspensions on April 19 and April 18, respectively, in connection with their alleged participation in the encampment.  Students 43 and 60 separately received interim

THIRD RASSBACH DECLARATION EXHIBIT 3
362

**Davis Polk**

suspensions on May 1 in connection with their alleged participation in the Hamilton Hall incident.  As discussed in response to Request 2 above, the disciplinary actions concerning the Hamilton Hall incident for Students 43 and 60 remain ongoing, as the students are participating in the Columbia rules process for fact finding.  While the disciplinary actions remain ongoing, the interim suspensions for Students 43 and 60 remain in effect.

Please see encrypted spreadsheet bearing Bates number Barnard_HCWE014728 for information relating to the disciplinary action concerning Student 68.

> *Request 3.b.: Butler Library incident - Student 15 on the chart is listed as facing disciplinary charges including suspension until 1/19/2025 and probation from 1/20/2025 – 5/16/2024 in relation to the 2/13/2024 Butler Library incident. However, no relevant documents have been produced to the Committee. Please provide all responsive documents, including the notice of suspension and notice of probation.*

In response to this request, we are producing encrypted documents bearing Bates numbers Barnard_HCWE014528 through Barnard_HCWE014551.

> *Request 3.c: December 11, 2023, Protest (students 1-13) - for all 13 of these students, the only relevant document produced is the notice to the students that the inquiry process related to the cases were "closed and that the matter has been disposed of administratively." Additionally, the date on which these letters were sent is inexplicably redacted. Did these students face any sanctions as part of this process? Were the students found responsible for conduct violations? Please provide any relevant documents for these cases.*

In response to this request, we are producing encrypted documents bearing Bates numbers Barnard_HCWE014500 through Barnard_HCWE014525.  As reflected in these documents, Barnard gathered information relating to the students' alleged participation in the December 11, 2023 protest and held inquiry meetings with students who allegedly participated in the incident.  Based on its review, Barnard determined to educate these students about the Code of Conduct and the expectations within it and to administratively close these matters.  The students did not face sanctions as part of this process.  We note that the date on which the notices of administrative closure were sent to the students was not redacted; rather, the date was not reflected on the notice.  We confirm that the letters were sent to the students on February 28, 2024.

> *Request 4: During the encampment, an individual on Columbia's campus held a sign saying "Al-Qasam's Next Targets" in front of a group of Jewish students holding Israeli and U.S. flags. Public reports identified this individual as a Barnard student. We are aware that former President Shafik contacted President Rosenbury directly regarding this case. Please clarify whether the holder of this sign was identified as a Barnard student. If so, please provide what discipline she received. If not, please clarify how Barnard reached this determination and whether a different individual was found responsible (and if so, who.) Please also produce all documents related to this matter.*

Barnard reviewed this incident carefully and concluded that the individual in the referenced photograph is not the Barnard student alleged in media reports.  The review included discussions with Columbia security personnel, an interview of the student named in media reports, and an analysis of available

THIRD RASSBACH DECLARATION EXHIBIT 3
363

**Davis**Polk

photo and video evidence, including detailed comparison of the referenced photograph against multiple photos of the alleged Barnard student from the same date of the incident, and confirmed that the alleged student had different hair color and wore different clothes on the date of the incident compared to the individual in the photograph. While Barnard was not able to confirm the identity of the individual in the photograph, Barnard's review uncovered no information suggesting that the person was a Barnard student. In response to this request, we are producing encrypted documents bearing Bates numbers Barnard_HCWE014722 through Barnard_HCWE014727, which reflect Barnard's communications concerning the interview with the alleged Barnard student relating to this incident.

> *Request 5: The initial interim suspension notices for the encampment indicate "failure to abide by the terms of the interim suspension may result in additional disciplinary charges." (See, for example, Bates #5825). Please clarify whether any students faced additional disciplinary charges for violating the terms of their interim suspensions, and if so, please identify all such instances.*

There was no instance in which a student was found to have violated the terms of an interim suspension. While certain students are alleged to have participated in the Hamilton Hall incident during the term of an interim suspension, the disciplinary actions concerning the Hamilton Hall incident have not yet concluded.

There were instances in which students were found to have violated the terms of their disciplinary probation or other sanctions. Where students were found to have violated the terms of their probation, Barnard considered the probation violation when determining the severity of the penalty. Specifically, Students 46 and 63 each received disciplinary suspensions as a form of progressive discipline that accounted for a probation violation.

<p align="center">*          *          *</p>

We are continuing to collect and review materials in response to the Committee's requests, and Barnard may amend or supplement its responses with further information in future correspondence and productions.

As we have previously discussed with Committee staff, certain of these materials are redacted or anonymized to protect confidential and/or sensitive information, including students' personally identifiable information in accordance with Barnard's obligations under the Family and Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, 34 C.F.R. Part 99.

<p align="center">*          *          *</p>

This production, including the information set forth in this letter, is submitted solely for the use of the Committee in connection with the above-referenced investigation. By producing these materials, Barnard does not intend to waive the attorney-client privilege, work product protection, or any other applicable privileges or protections. We request that the Committee (1) refuse to grant third-party requests for access to the information contained here; (2) notify Barnard, by undersigned counsel, of any requests by any person, agency or entity to review, copy or otherwise obtain the information contained here; and (3) provide Barnard with an opportunity to substantiate its claims of confidentiality

THIRD RASSBACH DECLARATION EXHIBIT 3
364

**Davis Polk**

before any such information may be released. If you have any questions, please do not hesitate to contact me at (212) 450-4262 or the email address provided above.

Sincerely,

/s/ Paul J. Nathanson
Paul J. Nathanson

THIRD RASSBACH DECLARATION EXHIBIT 3
365

| Date | Student Name | Incident Description | Investigative Steps | Entity Responsible for Reviewing Case | Student Status/Case Outcome | Relevant Produced Documents | Graduation Date (If Any) | Matter Status |
|---|---|---|---|---|---|---|---|---|
| 12/11/2023 | Student 1 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/29/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001047 Barnard_HCWE014500 | | Closed |
| 12/11/2023 | Student 2 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/23/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001048 Barnard_HCWE014502 | | Closed |
| 12/11/2023 | Student 3 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/29/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001049 Barnard_HCWE014504 | | Closed |
| 12/11/2023 | Student 4 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/29/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE000985; Barnard_HCWE001041 Barnard_HCWE014506 | Graduated May 2024 | Closed |
| 12/11/2023 | Student 5 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/24/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001050 Barnard_HCWE014508 | | Closed |
| 12/11/2023 | Student 6 | An unauthorized protest on Barnard's campus | Inquiry meeting held 02/05/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001051 Barnard_HCWE014510 | | Closed |
| 12/11/2023 | Student 7 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/23/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001052 Barnard_HCWE014512 | | Closed |
| 12/11/2023 | Student 8 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/30/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001053 Barnard_HCWE014514 | | Closed |
| 12/11/2023 | Student 9 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/29/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001054 Barnard_HCWE014516 | Graduated May 2024 | Closed |
| 12/11/2023 | Student 10 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/30/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001055 Barnard_HCWE014518 | | Closed |
| 12/11/2023 | Student 11 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/23/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001056 Barnard_HCWE014520 | | Closed |
| 12/11/2023 | Student 12 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/29/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001057 Barnard_HCWE014522 | Graduated May 2024 | Closed |
| 12/11/2023 | Student 13 | An unauthorized protest on Barnard's campus | Inquiry meeting held 01/24/2024, inquiry letter sent 02/28/2024 | Campus Life and Student Experience | Handled administratively; closed | Barnard_HCWE001058 Barnard_HCWE014524 | Graduated May 2024 | Closed |
| 1/19/2024 | Student 14 | Unauthorized protest | Conduct meeting held on 02/20/2024 | Campus Life and Student Experience | Disciplinary Probation Spring 2024 - May 31, 2026, Community Service at Columbia University, Reflection Paper | Barnard_HCWE014467 Barnard_HCWE014470 Barnard_HCWE014474 Barnard_HCWE014475 Barnard_HCWE014482 Barnard_HCWE014484 Barnard_HCWE014485 Barnard_HCWE014494 | | Closed |
| 2/13/2024 | Student 15 | Butler Library | Conduct meeting held on 05/17/2024 | Campus Life and Student Experience | Suspension until 01/19/2025, Probation 01/20/2025 - 05/16/2025, Reflection Paper | Barnard_HCWE014528; Barnard_HCWE014526; Barnard_HCWE014534; Barnard_HCWE014532; Barnard_HCWE014537; Barnard_HCWE014548; Barnard_HCWE014549 | | Closed |
| 4/17/2024 | Student 16 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/24/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005850; Barnard_HCWE009526; Barnard_HCWE009529; Barnard_HCWE010672; Barnard_HCWE010742; Barnard_HCWE010937; Barnard_HCWE011012; Barnard_HCWE011059; Barnard_HCWE011082; Barnard_HCWE012260; Barnard_HCWE012261 | | Closed |
| 4/17/2024 | Student 17 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/24/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005825; Barnard_HCWE009466; Barnard_HCWE009469; Barnard_HCWE010662; Barnard_HCWE010675; Barnard_HCWE011396; Barnard_HCWE011677; Barnard_HCWE012227; Barnard_HCWE012228 | | Closed |
| 4/17/2024 | Student 18 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005856; Barnard_HCWE006403; Barnard_HCWE009506; Barnard_HCWE009509; Barnard_HCWE010943; Barnard_HCWE010950; Barnard_HCWE011000; Barnard_HCWE011055; Barnard_HCWE011086; Barnard_HCWE011854; Barnard_HCWE012272; Barnard_HCWE012274 | | Closed |
| 4/17/2024 | Student 19 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005884; Barnard_HCWE009412; Barnard_HCWE009415; Barnard_HCWE010715; Barnard_HCWE010959; Barnard_HCWE010988; Barnard_HCWE011061; Barnard_HCWE011080; Barnard_HCWE011258; Barnard_HCWE011261; Barnard_HCWE011288; Barnard_HCWE011386; Barnard_HCWE012142; Barnard_HCWE012310; Barnard_HCWE012313 | Graduated May 2024 | Closed |

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/17/2024 | Student 20 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024; conduct meeting held on 05/02/2024 | Campus Life and Student Experience | Initial interim suspension; Disciplinary Probation 05/07/2024 - 07/15/2024, Reflection Paper | Barnard_HCWE001362; Barnard_HCWE005870; Barnard_HCWE005990; Barnard_HCWE009448; Barnard_HCWE009451; Barnard_HCWE010867; Barnard_HCWE010946; Barnard_HCWE011003; Barnard_HCWE011137; Barnard_HCWE011269; Barnard_HCWE011270; Barnard_HCWE011274; Barnard_HCWE011275; Barnard_HCWE011277; Barnard_HCWE011299; Barnard_HCWE011315; Barnard_HCWE012003; Barnard_HCWE012044; Barnard_HCWE012165; Barnard_HCWE012364; Barnard_HCWE012370; Barnard_HCWE012371; Barnard_HCWE012381 | | Closed |
| 4/17/2024 | Student 21 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005798; Barnard_HCWE009372; Barnard_HCWE009375; Barnard_HCWE010593; Barnard_HCWE010691; Barnard_HCWE011291; Barnard_HCWE011292; Barnard_HCWE011311; Barnard_HCWE012140; Barnard_HCWE012187; Barnard_HCWE012189 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 22 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/24/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001689; Barnard_HCWE010691; Barnard_HCWE002530; Barnard_HCWE005809; Barnard_HCWE006252; Barnard_HCWE006253; Barnard_HCWE007218; Barnard_HCWE007221; Barnard_HCWE012199; Barnard_HCWE012201; Barnard_HCWE012206 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 23 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024; conduct meeting held on 07/10/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/29/2024 (educational project, probation through 7/15/2024, warning, conduct); Disciplinary Probation 07/11/2024-07/15/2025, Reflection Paper, Written Warning | Barnard_HCWE005892; Barnard_HCWE009364; Barnard_HCWE009367; Barnard_HCWE010938; Barnard_HCWE011009; Barnard_HCWE011035; Barnard_HCWE011111; Barnard_HCWE011263; Barnard_HCWE011264; Barnard_HCWE012079; Barnard_HCWE012080; Barnard_HCWE012174; Barnard_HCWE012178 | | Closed |
| 4/17/2024 | Student 24 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/24/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005802; Barnard_HCWE007210; Barnard_HCWE007213; Barnard_HCWE010606; Barnard_HCWE010703; Barnard_HCWE010949; Barnard_HCWE011001; Barnard_HCWE011248; Barnard_HCWE011250; Barnard_HCWE011280; Barnard_HCWE012077; Barnard_HCWE012112; Barnard_HCWE012195; Barnard_HCWE012197 | | Closed |
| 4/17/2024 | Student 25 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024; outcome letter sent on 05/01/2024 | Campus Life and Student Experience | Initial interim suspension; alternative resolution not signed; found responsible for the incident (Educational project, Probation 05/01/2024-07/15/2024, Warning) | Barnard_HCWE005854; Barnard_HCWE009464; Barnard_HCWE009514; Barnard_HCWE009517; Barnard_HCWE010581; Barnard_HCWE010654; Barnard_HCWE010953; Barnard_HCWE010993; Barnard_HCWE011063; Barnard_HCWE011078 | | Closed |
| 4/17/2024 | Student 26 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005914; Barnard_HCWE009384; Barnard_HCWE009387; Barnard_HCWE010587; Barnard_HCWE010658; Barnard_HCWE010842; Barnard_HCWE011006; Barnard_HCWE011040; Barnard_HCWE011105; Barnard_HCWE012012; Barnard_HCWE012014; Barnard_HCWE012054; Barnard_HCWE012114; Barnard_HCWE012341; Barnard_HCWE012344 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 27 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005918; Barnard_HCWE009368; Barnard_HCWE009371; Barnard_HCWE010590; Barnard_HCWE010687; Barnard_HCWE011292; Barnard_HCWE011296; Barnard_HCWE011297; Barnard_HCWE011306; Barnard_HCWE012141; Barnard_HCWE012187; Barnard_HCWE012189; Barnard_HCWE012350; Barnard_HCWE012352 | Graduated May 2024 | Closed |

THIRD RASSBACH DECLARATION EXHIBIT 3

| Date | Student | Reason | Letter | Department | Resolution | Codes | Notes | Status |
|---|---|---|---|---|---|---|---|---|
| 4/17/2024 | Student 28 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001354; Barnard_HCWE005894; Barnard_HCWE005932; Barnard_HCWE006051; Barnard_HCWE009392; Barnard_HCWE009395; Barnard_HCWE010723; Barnard_HCWE010920; Barnard_HCWE011317; Barnard_HCWE011319; Barnard_HCWE011936 | | Closed |
| 4/17/2024 | Student 29 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005924; Barnard_HCWE009490; Barnard_HCWE009493 | | Closed |
| 4/17/2024 | Student 30 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/24/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005680; Barnard_HCWE009428; Barnard_HCWE009431; Barnard_HCWE010612; Barnard_HCWE010711; Barnard_HCWE012041; Barnard_HCWE012042; Barnard_HCWE012154; Barnard_HCWE012155; Barnard_HCWE012182 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 31 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/24/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005882; Barnard_HCWE009420; Barnard_HCWE009423; Barnard_HCWE010955; Barnard_HCWE010998; Barnard_HCWE011014; Barnard_HCWE011015; Barnard_HCWE011022; Barnard_HCWE011151; Barnard_HCWE011152; Barnard_HCWE011196; Barnard_HCWE011677; Barnard_HCWE012306; Barnard_HCWE012308 | | Closed |
| 4/17/2024 | Student 32 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024; conduct meeting held on 05/02/2024 | Campus Life and Student Experience | Initial interim suspension; Disciplinary Probation 05/02/2024 - 07/15/2024, Reflection Paper | Barnard_HCWE005922; Barnard_HCWE009360; Barnard_HCWE009363; Barnard_HCWE010095; Barnard_HCWE011011; Barnard_HCWE011066; Barnard_HCWE011076 | | Closed |
| 4/17/2024 | Student 3 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024; conduct meeting held on 05/06/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation, warning, conduct); Disciplinary Probation 05/07/2024 - 07/15/2025; Reflection Paper | Barnard_HCWE003796; Barnard_HCWE003937; Barnard_HCWE005823; Barnard_HCWE005658; Barnard_HCWE010757; Barnard_HCWE010815; Barnard_HCWE010817; Barnard_HCWE010820; Barnard_HCWE010852; Barnard_HCWE010887; Barnard_HCWE010992; Barnard_HCWE011051; Barnard_HCWE011092; Barnard_HCWE011178; Barnard_HCWE011180; Barnard_HCWE011193; Barnard_HCWE012222; Barnard_HCWE012225; Barnard_HCWE013225; Barnard_HCWE013232; Barnard_HCWE013234 | | Closed |
| 4/17/2024 | Student 33 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE002104; Barnard_HCWE005827; Barnard_HCWE006781; Barnard_HCWE009482; Barnard_HCWE009485; Barnard_HCWE010960; Barnard_HCWE010986; Barnard_HCWE011023; Barnard_HCWE011125; Barnard_HCWE012033; Barnard_HCWE012024; Barnard_HCWE012059; Barnard_HCWE012073; Barnard_HCWE012104; Barnard_HCWE012230; Barnard_HCWE012232 | | Closed |
| 4/17/2024 | Student 34 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE002513; Barnard_HCWE004727; Barnard_HCWE004753; Barnard_HCWE004756; Barnard_HCWE004758; Barnard_HCWE005818; Barnard_HCWE009444; Barnard_HCWE009447; Barnard_HCWE010638; Barnard_HCWE010760; Barnard_HCWE010963; Barnard_HCWE010983; Barnard_HCWE011047; Barnard_HCWE011099; Barnard_HCWE012006; Barnard_HCWE012008; Barnard_HCWE012049; Barnard_HCWE012051; Barnard_HCWE012067; Barnard_HCWE012070; Barnard_HCWE012101; Barnard_HCWE012359 | | Closed |

Worksheet: Student Disciplinary Cases 2024.07.29 Students Disciplinary Case List:98685308v1

| Date | Student | Reason | Office | Action | Details | Codes | Status | Disposition |
|---|---|---|---|---|---|---|---|---|
| 4/17/2024 | Student 35 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005858; Barnard_HCWE009498; Barnard_HCWE009501; Barnard_HCWE010602; Barnard_HCWE010605; Barnard_HCWE010699; Barnard_HCWE011266; Barnard_HCWE011267; Barnard_HCWE011294; Barnard_HCWE012276; Barnard_HCWE012278 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 4 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024; conduct meeting held on 05/03/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/26/2024 (educational project, probation, warning, conduct); Disciplinary Probation 05/03/2024 - 07/15/2025, or until degree is conferred (Graduated 05/2024), Reflection Paper | Barnard_HCWE001371; Barnard_HCWE003812; Barnard_HCWE004714; Barnard_HCWE005926; Barnard_HCWE006088; Barnard_HCWE009570; Barnard_HCWE010855; Barnard_HCWE010861; Barnard_HCWE011027; Barnard_HCWE011121; Barnard_HCWE011131; Barnard_HCWE011139; Barnard_HCWE011146; Barnard_HCWE011312; Barnard_HCWE011974; Barnard_HCWE012156; Barnard_HCWE012158; Barnard_HCWE012160; Barnard_HCWE012176; Barnard_HCWE012280; Barnard_HCWE012286 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 36 | unauthorized encampment | Initial interim suspension letter sent on 04/18/2024; conduct meeting held on 05/06/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation, warning, conduct); Disciplinary Probation 05/25/2024 - 07/15/2025, Reflection Paper | Barnard_HCWE002044; Barnard_HCWE004712; Barnard_HCWE005685; Barnard_HCWE009564; Barnard_HCWE010956; Barnard_HCWE010979; Barnard_HCWE011020; Barnard_HCWE011127; Barnard_HCWE011186; Barnard_HCWE011188; Barnard_HCWE011190; Barnard_HCWE011191; Barnard_HCWE011195; Barnard_HCWE011239; Barnard_HCWE012127; Barnard_HCWE012332; Barnard_HCWE012334 | | Closed |
| 4/17/2024 | Student 37 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE002074; Barnard_HCWE004609; Barnard_HCWE004970; Barnard_HCWE005011; Barnard_HCWE005029; Barnard_HCWE005079; Barnard_HCWE005082; Barnard_HCWE005098; Barnard_HCWE005839; Barnard_HCWE009530; Barnard_HCWE009533; Barnard_HCWE009795; Barnard_HCWE009796; Barnard_HCWE009797; Barnard_HCWE010131; Barnard_HCWE010132; Barnard_HCWE010133; Barnard_HCWE010962; Barnard_HCWE010984; Barnard_HCWE011037; Barnard_HCWE011109; Barnard_HCWE011516; Barnard_HCWE011517; Barnard_HCWE011518; Barnard_HCWE011519; Barnard_HCWE011520; Barnard_HCWE011522; Barnard_HCWE011523; | | Closed |
| 4/17/2024 | Student 38 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005928; Barnard_HCWE009432; Barnard_HCWE009435; Barnard_HCWE010944; Barnard_HCWE011005; Barnard_HCWE011049; Barnard_HCWE011097; Barnard_HCWE011149; Barnard_HCWE012216; Barnard_HCWE012217 | | Closed |
| 4/17/2024 | Student 39 | unauthorized encampment | Initial interim suspension letter sent on 04/18/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001270; Barnard_HCWE001273; Barnard_HCWE005275; Barnard_HCWE005276; Barnard_HCWE005278; Barnard_HCWE005279; Barnard_HCWE005460; Barnard_HCWE009518; Barnard_HCWE009521; Barnard_HCWE010746; Barnard_HCWE011107; Barnard_HCWE012026; Barnard_HCWE012028; Barnard_HCWE012060; Barnard_HCWE012120; Barnard_HCWE012263; Barnard_HCWE012266; Barnard_HCWE013670; Barnard_HCWE013674 | | Closed |

THIRD RASSBACH DECLARATION EXHIBIT 3

| Date | Student | Allegation | Office | Outcome | Sanction | Docs | Graduation | Status |
|---|---|---|---|---|---|---|---|---|
| 4/17/2024 | Student 40 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024 | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE003274; Barnard_HCWE005864; Barnard_HCWE009474; Barnard_HCWE009477; Barnard_HCWE010936; Barnard_HCWE011013; Barnard_HCWE011042; Barnard_HCWE011053; Barnard_HCWE011088; Barnard_HCWE011160; Barnard_HCWE011162; Barnard_HCWE011164; Barnard_HCWE011167; Barnard_HCWE011169; Barnard_HCWE011171; Barnard_HCWE012289; Barnard_HCWE012292 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 41 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024 | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005874; Barnard_HCWE009940; Barnard_HCWE009443; Barnard_HCWE010933; Barnard_HCWE011019; Barnard_HCWE012017; Barnard_HCWE012018; Barnard_HCWE012056; Barnard_HCWE012117; Barnard_HCWE012298; Barnard_HCWE012300 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 42 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024 | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001358; Barnard_HCWE002485; Barnard_HCWE005877; Barnard_HCWE005956; Barnard_HCWE010929; Barnard_HCWE010930; Barnard_HCWE011284; Barnard_HCWE011286; Barnard_HCWE011300; Barnard_HCWE012152; Barnard_HCWE012302; Barnard_HCWE012304 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 43 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024; conduct meeting held on 05/03/2024 | Initial interim suspension; alternative resolution not signed; Disciplinary Probation May 3, 2024 - July 15, 2024, Reflection Paper | Barnard_HCWE001352; Barnard_HCWE005862; Barnard_HCWE005930; Barnard_HCWE009478; Barnard_HCWE009481; Barnard_HCWE011072; Barnard_HCWE012375; Barnard_HCWE014552; Barnard_HCWE014557; Barnard_HCWE014558; Barnard_HCWE014565; Barnard_HCWE014567; Barnard_HCWE014569; Barnard_HCWE014573; Barnard_HCWE014575; Barnard_HCWE014578; Barnard_HCWE014580 | | Closed |
| 4/17/2024 | Student 44 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024 | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001369; Barnard_HCWE002517; Barnard_HCWE005902; Barnard_HCWE005979; Barnard_HCWE012148; Barnard_HCWE012328; Barnard_HCWE012330 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 45 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024 | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001661; Barnard_HCWE002497; Barnard_HCWE003273; Barnard_HCWE005837; Barnard_HCWE006297; Barnard_HCWE010987; Barnard_HCWE011235; Barnard_HCWE011237; Barnard_HCWE012150; Barnard_HCWE012248; Barnard_HCWE012251 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 46 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024 | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005886; Barnard_HCWE010650; Barnard_HCWE011302; Barnard_HCWE011304; Barnard_HCWE012137; Barnard_HCWE012315; Barnard_HCWE012318 | | Closed |
| 4/17/2024 | Student 47 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024 | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE002493; Barnard_HCWE005831; Barnard_HCWE009502; Barnard_HCWE009505; Barnard_HCWE010625; Barnard_HCWE010957; Barnard_HCWE010997; Barnard_HCWE011830; Barnard_HCWE011831; Barnard_HCWE011939; Barnard_HCWE011997; Barnard_HCWE011999; Barnard_HCWE012001; Barnard_HCWE012135; Barnard_HCWE012239; Barnard_HCWE012241 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 48 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024 | Initial interim suspension; signed alternative resolution on 4/24/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005843; Barnard_HCWE009538; Barnard_HCWE009541; Barnard_HCWE009542; Barnard_HCWE009545; Barnard_HCWE010965; Barnard_HCWE010981; Barnard_HCWE012257; Barnard_HCWE012258 | | Closed |
| 4/17/2024 | Student 49 | unauthorized encampment | Campus Life and Student Experience | Initial interim suspension letter sent on 04/19/2024 | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE006159; Barnard_HCWE010727; Barnard_HCWE011231; Barnard_HCWE011233; Barnard_HCWE012132; Barnard_HCWE012354; Barnard_HCWE012357 | | Closed |

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/17/2024 | Student 50 | unauthorized encampment | Initial interim suspension letter on 04/19/2024; conduct meeting held on 05/02/2024 | Campus Life and Student Experience | Initial interim suspension; alternative resolution not signed; Disciplinary Probation May 2, 2024 - July 15, 2024, Reflection Paper | Barnard_HCWE005872; Barnard_HCWE010679; Barnard_HCWE010932; Barnard_HCWE011021; Barnard_HCWE011030; Barnard_HCWE011117; Barnard_HCWE012367; Barnard_HCWE012369; Barnard_HCWE012372; Barnard_HCWE012374 | | Closed |
| 4/17/2024 | Student 51 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE002509; Barnard_HCWE005829; Barnard_HCWE009494; Barnard_HCWE009497; Barnard_HCWE010641; Barnard_HCWE010952; Barnard_HCWE011032; Barnard_HCWE011115; Barnard_HCWE011307; Barnard_HCWE011309; Barnard_HCWE011313; Barnard_HCWE011879; Barnard_HCWE011993; Barnard_HCWE011995; Barnard_HCWE012074; Barnard_HCWE012106; Barnard_HCWE012234; Barnard_HCWE012237 | | Closed |
| 4/17/2024 | Student 52 | unauthorized encampment | Initial interim suspension letter on 04/19/2024; conduct meeting held on 05/02/2024 | Campus Life and Student Experience | Initial interim suspension; alternative resolution not signed; Disciplinary Probation May 2, 2024 - July 15, 2024, Reflection Paper | Barnard_HCWE001356; Barnard_HCWE001855; Barnard_HCWE005935; Barnard_HCWE006451; Barnard_HCWE006579; Barnard_HCWE006612; Barnard_HCWE006667; Barnard_HCWE007089; Barnard_HCWE009359; Barnard_HCWE009534; Barnard_HCWE009637; Barnard_HCWE010134; Barnard_HCWE010754; Barnard_HCWE010765; Barnard_HCWE010788; Barnard_HCWE012366 | | Closed |
| 4/17/2024 | Student 6 | unauthorized encampment | Initial interim suspension letter sent on 04/18/2024; conduct meeting held on 05/21/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 05/24/2024 (educational project, probation, warning, conduct); suspended 05/24/2024 - 01/19/2025; Disciplinary Probation 01/20/2025 - 05/16/2025, Reflection Paper | Barnard_HCWE001173; Barnard_HCWE001276; Barnard_HCWE003934; Barnard_HCWE005458; Barnard_HCWE005467; Barnard_HCWE009562; Barnard_HCWE010876; Barnard_HCWE011039; Barnard_HCWE011201; Barnard_HCWE011202; Barnard_HCWE011206; Barnard_HCWE011213; Barnard_HCWE011214; Barnard_HCWE011220; Barnard_HCWE011221; Barnard_HCWE011226; Barnard_HCWE012268; Barnard_HCWE012270; Barnard_HCWE012697; Barnard_HCWE013296; Barnard_HCWE013344; Barnard_HCWE013355; Barnard_HCWE013395; Barnard_HCWE013398; Barnard_HCWE013744; Barnard_HCWE013864; Barnard_HCWE013873; Barnard_HCWE013874; Barnard_HCWE013875 | | Closed |
| 4/17/2024 | Student 53 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 04/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005888; Barnard_HCWE010719; Barnard_HCWE011113; Barnard_HCWE012320; Barnard_HCWE012321 | | Closed |
| 4/17/2024 | Student 54 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005916; Barnard_HCWE009380; Barnard_HCWE009383; Barnard_HCWE010939; Barnard_HCWE011008; Barnard_HCWE012346; Barnard_HCWE012348 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 55 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005860; Barnard_HCWE005965; Barnard_HCWE010707; Barnard_HCWE011254; Barnard_HCWE011256; Barnard_HCWE012145; Barnard_HCWE012284; Barnard_HCWE012287; Barnard_HCWE013290 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 56 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001360; Barnard_HCWE002505; Barnard_HCWE005835; Barnard_HCWE005971; Barnard_HCWE006161; Barnard_HCWE006887; Barnard_HCWE009510; Barnard_HCWE009513; Barnard_HCWE009581; Barnard_HCWE010635; Barnard_HCWE010833; Barnard_HCWE010846; Barnard_HCWE010882; Barnard_HCWE012037; Barnard_HCWE012039; Barnard_HCWE012086; Barnard_HCWE012109; Barnard_HCWE012243; Barnard_HCWE012246 | | Closed |

THIRD RASSBACH DECLARATION EXHIBIT 3

| 4/17/2024 | Student 57 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001640; Barnard_HCWE005811; Barnard_HCWE006176; Barnard_HCWE010734; Barnard_HCWE010982; Barnard_HCWE012203; Barnard_HCWE012204 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 58 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE002521; Barnard_HCWE002633; Barnard_HCWE006390; Barnard_HCWE006547; Barnard_HCWE011216; Barnard_HCWE011218; Barnard_HCWE011488; Barnard_HCWE012323; Barnard_HCWE012326 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 59 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001274; Barnard_HCWE001637; Barnard_HCWE002489; Barnard_HCWE005523; Barnard_HCWE005554; Barnard_HCWE005577; Barnard_HCWE005868; Barnard_HCWE005994; Barnard_HCWE005962; Barnard_HCWE009455; Barnard_HCWE011074; Barnard_HCWE012020; Barnard_HCWE012021; Barnard_HCWE012058; Barnard_HCWE012119; Barnard_HCWE012294; Barnard_HCWE012296 | | Closed |
| 4/17/2024 | Student 60 | unauthorized encampment | Initial interim suspension letter sent on 04/18/2024; conduct meeting held on 06/26/2024; conduct decision appealed and dates of disciplinary probation sanction modified | Campus Life and Student Experience | Initial interim suspension; alternate resolution not signed; Disciplinary Probation 07/11/2024-12/20/2024, Reflection Paper | Barnard_HCWE001210; Barnard_HCWE001213; Barnard_HCWE005585; Barnard_HCWE005634; Barnard_HCWE009560; Barnard_HCWE012697; Barnard_HCWE013260; Barnard_HCWE013266; Barnard_HCWE013267; Barnard_HCWE013268; Barnard_HCWE013296; Barnard_HCWE013344; Barnard_HCWE013355; Barnard_HCWE013395; Barnard_HCWE013398; Barnard_HCWE013744; Barnard_HCWE013864; Barnard_HCWE013873; Barnard_HCWE013874; Barnard_HCWE013875; Barnard_HCWE013876; Barnard_HCWE013877; Barnard_HCWE013878; Barnard_HCWE013879; Barnard_HCWE013881; Barnard_HCWE013882; Barnard_HCWE013883; Barnard_HCWE013884; Barnard_HCWE013886 | | Closed |
| 4/17/2024 | Student 61 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005814; Barnard_HCWE010921; Barnard_HCWE011209; Barnard_HCWE011211; Barnard_HCWE011355; Barnard_HCWE012207; Barnard_HCWE012209 | | Closed |
| 4/17/2024 | Student 62 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005904; Barnard_HCWE010750; Barnard_HCWE012030; Barnard_HCWE012032; Barnard_HCWE012122; Barnard_HCWE012336; Barnard_HCWE012339 | | Closed |
| 4/17/2024 | Student 63 | unauthorized encampment | Initial interim suspension letter sent on 04/18/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001273; Barnard_HCWE001276; Barnard_HCWE002501; Barnard_HCWE005456; Barnard_HCWE005467; Barnard_HCWE008856; Barnard_HCWE009566; Barnard_HCWE009569; Barnard_HCWE010924; Barnard_HCWE010925; Barnard_HCWE010927; Barnard_HCWE010968; Barnard_HCWE011204; Barnard_HCWE011223; Barnard_HCWE011224; Barnard_HCWE012183; Barnard_HCWE012185; Barnard_HCWE012697; Barnard_HCWE013296; Barnard_HCWE013344; Barnard_HCWE013355; Barnard_HCWE013395; Barnard_HCWE013398; Barnard_HCWE013744; Barnard_HCWE013864; Barnard_HCWE013873; Barnard_HCWE013874; Barnard_HCWE013875; Barnard_HCWE013876 | | Closed |
| 4/17/2024 | Student 64 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE001768; Barnard_HCWE005800; Barnard_HCWE006695; Barnard_HCWE012191; Barnard_HCWE012193 | | Closed |

| Date | Student | Incident | Meeting | Department | Outcome | Bates | Notes | Status |
|---|---|---|---|---|---|---|---|---|
| 4/17/2024 | Student 65 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005816; Barnard_HCWE009424; Barnard_HCWE009427; Barnard_HCWE010934; Barnard_HCWE011018; Barnard_HCWE011052; Barnard_HCWE011090; Barnard_HCWE011227; Barnard_HCWE011229; Barnard_HCWE011246; Barnard_HCWE012010; Barnard_HCWE012129; Barnard_HCWE012211; Barnard_HCWE012214 | | Closed |
| 4/17/2024 | Student 66 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/25/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE005866; Barnard_HCWE009470; Barnard_HCWE009473; Barnard_HCWE010668; Barnard_HCWE010671; Barnard_HCWE010683; Barnard_HCWE010763; Barnard_HCWE012034; Barnard_HCWE012035 | Graduated May 2024 | Closed |
| 4/17/2024 | Student 67 | unauthorized encampment | Initial interim suspension letter sent on 04/19/2024 | Campus Life and Student Experience | Initial interim suspension; signed alternative resolution on 4/24/2024 (educational project, probation through 7/15/2024, warning, amnesty) | Barnard_HCWE002158; Barnard_HCWE005820; Barnard_HCWE012219; Barnard_HCWE012220 | Graduated May 2024 | Closed |
| 4/30/2024 | Student 68 | Hamilton Hall - Surrounding Area Incident | Conduct meeting held on 07/31/2024 | Campus Life and Student Experience | Did not sign alternative resolution; found responsible (reflection paper, amnesty) | Barnard_HCWE013281; Barnard_HCWE013282; Barnard_HCWE013283; Barnard_HCWE014607; Barnard_HCWE014610 | | Closed |
| 4/30/2024 | Student 69 | Hamilton Hall Incident | N/A | Campus Life and Student Experience | Transferred to Columbia University Rules Process for Recommendation | Barnard_HCWE013263; Barnard_HCWE013264; Barnard_HCWE013265; Barnard_HCWE014612; Barnard_HCWE014613; Barnard_HCWE014628; Barnard_HCWE014630; Barnard_HCWE014631; Barnard_HCWE014632; Barnard_HCWE014634; Barnard_HCWE014637 | | Ongoing |
| 4/30/2024 | Student 70 | Hamilton Hall - Surrounding Area Incident | N/A | Campus Life and Student Experience | Signed alternative resolution on 5/5/2024 (warning; educational project; probation through 7/15/2024; amnesty) | Barnard_HCWE013281; Barnard_HCWE013282; Barnard_HCWE013283; Barnard_HCWE014644; Barnard_HCWE014639; Barnard_HCWE014646 | | Closed |
| 4/30/2024 | Student 43 | Hamilton Hall Incident | N/A | Campus Life and Student Experience | Transferred to Columbia University Rules Process for Recommendation | Barnard_HCWE013263; Barnard_HCWE013264; Barnard_HCWE013265; Barnard_HCWE014651; Barnard_HCWE014654; Barnard_HCWE014649; Barnard_HCWE014656; Barnard_HCWE014631; Barnard_HCWE014587; Barnard_HCWE014657 | | Ongoing |
| 4/30/2024 | Student 52 | Hamilton Hall - Surrounding Area Incident | Conduct meeting held on 06/26/2024 | Campus Life and Student Experience | Initial interim suspension; alternative resolution signed on 07/15/2024 (Disciplinary Probation 07/15/2024 - 05/16/2025, Reflection Paper, Educational Conversation) | Barnard_HCWE013281; Barnard_HCWE013282; Barnard_HCWE013283; Barnard_HCWE014659; Barnard_HCWE014661; Barnard_HCWE014663; Barnard_HCWE014665; Barnard_HCWE014673; Barnard_HCWE014675; Barnard_HCWE014677; Barnard_HCWE014679; Barnard_HCWE014587; Barnard_HCWE014681; Barnard_HCWE014683; Barnard_HCWE014686; Barnard_HCWE014688 | | Closed |
| 4/30/2024 | Student 71 | Hamilton Hall - Surrounding Area Incident | N/A | Campus Life and Student Experience | Signed alternative resolution on 5/8/2024 (warning; educational project; probation through 7/15/2024; amnesty) | Barnard_HCWE013281; Barnard_HCWE013282; Barnard_HCWE013283; Barnard_HCWE014691; Barnard_HCWE014695; Barnard_HCWE014698 | | Closed |
| 4/30/2024 | Student 60 | Hamilton Hall Incident | N/A | Campus Life and Student Experience | Transferred to Columbia University Rules Process for Recommendation | Barnard_HCWE013263; Barnard_HCWE013264; Barnard_HCWE013265; Barnard_HCWE014631; Barnard_HCWE014700; Barnard_HCWE014702; Barnard_HCWE014587; Barnard_HCWE014705; Barnard_HCWE014708; Barnard_HCWE014703 | | Ongoing |
| 4/30/2024 | Student 72 | Hamilton Hall - Surrounding Area Incident | N/A | Campus Life and Student Experience | Signed alternative resolution on 5/5/2024 (warning; educational project; probation through 7/15/2024; amnesty) | Barnard_HCWE013281; Barnard_HCWE013282; Barnard_HCWE013283; Barnard_HCWE014712; Barnard_HCWE014714; Barnard_HCWE014710 | | Closed |
| 4/30/2024 | Student 73 | Hamilton Hall - Surrounding Area Incident | N/A | Campus Life and Student Experience | Signed alternative resolution on 5/6/2024 (warning; educational project; probation through 7/15/2024; amnesty) | Barnard_HCWE013281; Barnard_HCWE013282; Barnard_HCWE013283; Barnard_HCWE014717; Barnard_HCWE014719 | Graduated May 2024 | Closed |
| 5/31/2024 | Student 46 | Reunion Weekend Encampment | Conduct meeting held on August 26, 2024 | Campus Life and Student Experience | Disciplinary Suspension: 9/5/2024-1/19/2025; Disciplinary Probation: 1/20/2025-5/16/2025; Reflection Paper | | | Closed |
| 5/31/2024 | Student 63 | Reunion Weekend Encampment | Conduct meeting held on August 26, 2024 | Campus Life and Student Experience | Disciplinary Suspension: 9/5/2024-1/19/2025; Disciplinary Probation: 1/20/2025-5/16/2025; Reflection Paper | | | Closed |

THIRD RASSBACH DECLARATION EXHIBIT 3

| 3/13/2024, 4/22/2024 | Student 60 | Threatening Behavior Social Media | Conduct meeting held on August 15, 2024 | Campus Life and Student Experience | Disciplinary Suspension: 9/5/2024-5/16/2025; Disciplinary Probation: 5/17/2025-1/19/2026; Reflection Paper | | | Closed |
| 5/31/2024 | Student 74 | Reunion Weekend Encampment | Conduct meeting held on August 26, 2024 | Campus Life and Student Experience | Appeal granted; found not responsible | | | Closed |
| 5/31/2024 | Student 75 | Reunion Weekend Encampment | Conduct meeting held on August 26, 2024 | Campus Life and Student Experience | Appeal granted; found not responsible | | | Closed |
| 5/31/2024 | Student 76 | Reunion Weekend Encampment | N/A | Campus Life and Student Experience | Signed alternative resolution on 8/19/2024 (educational project; probation through 12/31/2024; amnesty) | | | Closed |

THIRD RASSBACH DECLARATION EXHIBIT 3

374



Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

October 11, 2024

The Honorable Virginia Foxx
Chair
Committee on Education and the Workforce
House of Representatives
2462 Rayburn House Office Building
Washington, DC 20515

Dear Chairwoman Foxx:

We are submitting this letter on behalf of our client, The George Washington University
("GW"), in response to the Committee on Education and Workforce's inquiry into combating
antisemitism on college campuses.  We thank you and your staff for the opportunity to provide
further information on GW's plans to protect its students this academic year.  This letter provides
further information your committee staff requested from GW on September 30, 2024.

1. *For any cases that resulted in disciplinary sanctions such as disciplinary probations or
suspensions, please provide the length of time for the sanction.*

The chart we provided on GW's behalf in August provided an accounting of all incidents on
campus received by the university during the time period of October 2023 to May 2024,
regardless of whether the university was able to identify a responsible party, or if the allegations,
if true, would have constituted a violation of GW policy.

Many of the respondents connected to the listed incidents represent the same student
organizations, student groups, or students.  As the conduct process proceeded for both groups
and students, cases were combined, resulting in an overlap with the 32 respondents listed as
respondents related to the encampment.  Overall, there were 22 student respondents who went
through the student conduct process related to the incidents detailed to the committee that were
not yet complete as of the time of writing.

Of those student respondents:

- 1 was placed on suspension for one semester
- 7 are on disciplinary probation for one year
- 3 are on disciplinary probation for one semester
- 2 are on disciplinary probation for the remainder of their time at GW

www.pillsburylaw.com

4864-6625-4062.v1

- 1 student has signed a withdrawal agreement after requesting to delay their conduct case while they remained on temporary suspension for an extended period of time
- 3 students were censured
- 3 cases are still open
- 2 received no formal charges as they provided additional evidence to justify their presence in the buildings surrounding the encampment.

Ten student organizations were identified as respondents and were subject to the student conduct process related to the incidents detailed to the committee. The outcomes are:

- 3 are on disciplinary probation for 1 academic year
- 2 received suspension for one semester and disciplinary probation for 1 academic year
- 4 received disciplinary probation of one semester
- 1 was found not responsible

2. *Please identify any cases in which proposed disciplinary outcomes were lifted, reduced, or otherwise modified (i.e. a one-semester suspension altered to probation after the student appealed.) Please provide the length of time for any responsive proposed sanctions.*

There were no cases in which proposed disciplinary outcomes were lifted, reduced, or otherwise modified.

3. *Please clarify the current status of the cases listed as ongoing disciplinary processes or under review.*

Since the August submission, many cases that were pending review have proceeded through the routine disciplinary process—updates on the cases resulting from incidents on April 11, April 18, April 25, April 29, and May 9 are detailed below and noted in the chart.

a) *The 4/11/2024 "Flag drop at residence hall" incident*

12 respondents were identified as involved in the April 11 "flag drop" incident. In this case, 2 students were included as respondents. The first underwent a disciplinary process that was combined with an additional incident. The first student is on a year-long disciplinary probation. The second student was found responsible for a regulation violation and safety measures violation for this incident. The second student received disciplinary probation for one semester.

10 student organizations were identified as respondents but were found not responsible for this incident.

b) *The 4/18/2024 "improperly distributing flyers" incident*

Three students were initially linked to the April 18 event regarding improperly distributed flyers. None of these students were ultimately charged because, of those identified as being present for the incident, reporting did not indicate that they entered Kogan Plaza or engaged in posting

2

against policy. While they did not immediately provide their ID upon request, the students later provided their ID.

#### c) The 4/25/2024 "disruption from the encampment" incident

32 respondents, representing 22 students and 10 student organizations, were linked with the disruption from the encampment on April 25. The disruption from the encampment was combined with many other of the incidents listed. The outcomes for involved students and organizations are detailed in question 1.

#### d) The 4/29/2024 "targeting of Jewish students in the encampment" incident

This incident concerning the targeting of Jewish students on campus by one student on April 29 was combined with other cases for review. For this specific incident, the student involved was found responsible for access without authorization. They were found not responsible for: discriminatory harassment, community disturbance, disorderly conduct one (threatens, endangers, or harasses) and two (disrupting, obstructing, or interfering with the activities of others). At the conclusion of the conduct review process, they received a sanction of disciplinary probation through May 30, 2025.

#### e) The 5/9/24 drug violation case

The incident involving a drug violation by one student on May 9 was combined with other cases for review. The student was found responsible for access without authorization, a drug violation (possession/use), a second drug violation (paraphernalia), and non-compliance. They were found not responsible for disorderly conduct and community disturbance. The student received a sanction of disciplinary probation for two semesters.

#### f) The 5/9/2024 "Protest on F street" incident

The 10 respondents for this incident involving a protest on F Street, NW included one student and 9 organizational respondents. The student was found not responsible for all charges. For the 9 organizational respondents, this incident was combined with others and the sanctions are detailed in question 1.

4. *For the April 3 incident reporting harassment concerning a GW student to a non-GW affiliate, please clarify what the alleged harassment in question was, and why it would not be considered a rule violation.*

This incident constituted a single instance of a student referring to a group as "terrorists." The Code of Student Conduct defines discriminatory harassment as any unwelcome conduct based on a protected characteristic where such conduct is so objectively and subjectively severe, persistent, or pervasive that it unreasonably interferes with, limits, or deprives an individual from participating in or benefiting from the university's programs. The university determined that the instance, although unwelcome, did not rise to the level of discriminatory harassment because it was not sufficiently severe, persistent, or pervasive. However, repeating this behavior could

3

4864-6625-4062.v1

reach that threshold.  The student was informed that future instances of the same behavior could constitute "persistent" conduct among other policy violations.

5. *For the April 29 report of a student organization making statements that were identified as being unwelcoming to Jews, please clarify what the statements in question were.*

This report referenced a statement issued by a Greek life organization that condemned the university's response to the encampment and expressed support for pro-Palestinian student organizers and their demands.

<div align="center">***</div>

We appreciate your attention to these issues and hope you find this information to be helpful in your inquiry.  If you have any further questions, please feel free to contact us.

Sincerely,

Craig Saperstein
Partner

The Honorable Greg Laughlin
Senior Counsel

<div align="center">4</div>

4864-6625-4062.v1

## George Washington University Incident Overview

### Updated 10.9.24

The following chart describes the reports of antisemitism, Islamophobia, and complaints related to the Israel-Palestine conflict on the George Washington University Foggy Bottom Campus since October 7, 2023, reported to the Division of Student Affairs and/or the George Washington University Police Department (GWPD) alleging violations of university policy. In some cases, a single incident corresponds with multiple complaints and multiple respondents. Respondents are those alleged to have violated university policy. In order to be formally adjudicated under GW policy, a respondent must be a student, student organization, or student group.  The reported date of the incident is recorded for each. Finalized organizational sanctions are published on GW's Student Life website.[1]

For each reported incident, GW reviewed the allegations to determine whether there was a violation of GW policy. Where appropriate, and even in the absence of a finding of a violation, the university made available supportive measures to the reporting party. When an incident notes that a process was "rescinded," this indicates the Office of Student Rights and Responsibilities[2] received clear evidence that a preponderance of evidence would not indicate responsibility of the respondent.

The university does its best to identify the respondents based on the available evidence.  It is sometimes difficult to identify that person or organization for various reasons, including the absence of visual identification by any witness or the lack of sufficient information provided by the reporting party. The university directs members of the GW community to report suspected violations of university policy.[3]

---

[1] https://studentlife.gwu.edu/org-policies-resources (See "List of Student Organizations with conduct violations")

[2] In August 2024, Student Rights and Responsibilities was renamed to Conflict Education & Student Accountability.

[3] In the Compliance, Reporting and Investigations section in the GW Code of Ethical Conduct, https://compliance.gwu.edu/code-ethical-conduct, GW tells members of the GW community "If you have a good-faith reason to believe noncompliance has occurred, you are responsible for reporting that noncompliance as soon as possible to an appropriate university authority."

THIRD RASSBACH DECLARATION EXHIBIT 3

| Incident | Date of Incident | Number of Respondents | Charges[4] | Outcome After Investigation (as of August 2024) | Outcome After Investigation (October Update) |
|---|---|---|---|---|---|
| Reported complaint re: statement released by pro-Palestinian student organization. | 10/9/23 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Reported whiteboard erasure of pro-Israel/pro-peace writing. | 10/9/23 | 1 | • Misconduct related to property. | Found Responsible. Warning, reflection assignment. | *Not applicable* |
| Reported complaint re: Vigil for Martyrs, hosted by a pro-Palestinian organization. | 10/10/23 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Reported unwanted interactions online in which reporting party was called antisemitic. | 10/11/23 | 1 | • No charges brought. | Insufficient evidence provided to show potential violation of GW policy. | *Not applicable* |
| Report of spitting at pro-Israel student organization table. | 10/16/23 | 1 | • Disorderly conduct (i.e., Threatens, Endangers, Harasses). • Discriminatory Harassment. | Process rescinded. Insufficient information provided. Additional reporting party provided information indicating that initial accusation was mistaken identification. | *Not applicable* |

---

[4] This column contains a list of all Code of Student Conduct violations charged relating to the incident. In incidents involving more than one respondent, some respondents may have been charged with and/or found in violation of some or all of the listed Code violations.

| | | | | | |
|---|---|---|---|---|---|
| Reported whiteboard erasure of pro-Israel/pro-peace writing. | 10/16/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report that a student was falsely reported as having spit at the pro-Israel organization table. | 10/17/23 | 1 | • No charges brought. | Insufficient evidence provided to show potential violation of GW policy. | *Not applicable* |
| Report of unwanted videotaping and interactions during tabling event of pro-Israel student organization. | 10/18/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Reported whiteboard erasure of pro-Israel/pro-peace writing. | 10/18/23 | 1 | • Misconduct related to property. | Found Responsible. Warning, reflection assignment. Agreed to stay away from the residential area of reporting party. | *Not applicable* |
| Report of antisemitic comment made to a Jewish student. | 10/24/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Pro-Palestinian messages projected on Gelman Library. | 10/24/23 | 2 | • Regulation violation[5] <br> • Non-compliance. | Two respondents found responsible. Disciplinary probation, organization disciplinary probation. | *Not applicable* |
| Report of antisemitic online posting. | 10/24/23 | 2 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |

---

[5] A violation of any published GW policy.

| | | | | | |
|---|---|---|---|---|---|
| Report of someone threatening another student while shouting "Free Palestine." | 10/24/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Reported unwanted interaction with someone (no evidence person was affiliated with GW) approaching a GW student to suggest they fight for Palestine. | 10/25/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Reported whiteboard erasure of pro-Israel/pro-peace writing. | 10/26/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of a student wearing jewelry with a Jewish symbol receiving unwanted interactions, including someone yelling "Free Palestine." | 10/28/23 | 1 | • No charges brought. | Unable to identify responsible party. Reporting party declined to follow up. | *Not applicable* |
| Reports of pro-Palestinian protesters engaging in unwanted interaction with fraternity members | 10/28/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |

| | | | | | |
|---|---|---|---|---|---|
| of a Jewish fraternity on or near members' front porch. | | | | | |
| Report of online threats to pro-Israel student organization. | 10/29/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of anti-Israel online postings | 10/31/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of someone (no evidence person was affiliated with GW) recruiting people to fight for Palestine. | 11/1/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Online post comparing students with certain views to terrorists. | 11/1/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of anti-Muslim action when a door was shut in the face of a Muslim student. | 11/2/23 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Removal of posters from Hillel building. | 11/3/23 | 1 | • Access without authorization. <br> • Discriminatory harassment. <br> • Misconduct related to property. <br> • Theft. | Found responsible. Sanctions are access limitations, disciplinary probation, limitation of privileges, restorative action, apology letter, restitution, reflection essay and meeting. | *Not applicable* |
| Report of pro-Palestinian poster in | 11/5/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| a residence hall bathroom. | | | | | |
| Report of online threats to pro-Israel student organization. | 11/5/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of someone wishing to terminate interactions with reporting party who they perceived as being "Zionist." | 11/5/23 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Report of online disagreement related to Israel-Palestine. | 11/15/23 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Report of a student following a pro-Palestinian protest and yelling "Nazis." | 11/15/23 | 1 | • No charges brought. | Reporting party declined to follow up. | *Not applicable* |
| Report of misconduct at pro-Palestinian protest. | 11/15/23 | 5 | • Community disturbance. | Found not responsible. | *Not applicable* |
| Rock thrown at doxing truck. | 11/15/23 | 1 | • Misconduct related to property.<br>• Discriminatory harassment.<br>• Disorderly conduct i. (threatens, endangers, harasses) | Found responsible. Disciplinary probation. Respondent also received educational and restorative assignments. | *Not applicable* |
| Report of unwanted and false postings about a Jewish student's actions | 11/15/23 | 1 | • No charges brought. | Reporting party declined to follow up. | *Not applicable* |

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| during a pro-Palestinian protest | | | | | |
| Islamophobic poster placed around campus. | 11/16/2023 | 1 | • Disorderly conduct i. (threatens, endangers, harasses).<br>• Discriminatory harassment.<br>• Dishonesty/misrepresentation.<br>• Regulation violation: posting policy. | Responsible party accepted a finding of in violation for all charges. Outcomes included disciplinary probation, limitation of privileges, educational and restorative assignments. | *Not applicable* |
| Reports of harmful ideas expressed by a student organization. | 11/27/23 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Report of doxing truck. | 11/29/23 | 1 | • No charges brought. | Non-GW entity on public street where the university police lack jurisdiction. MPD assisted in getting driver to leave the campus. GW created doxing webpage. https://students.gwu.edu/doxing. | *Not applicable* |
| Report of antisemitic behavior in a fraternity group. | 11/29/23 | 3 | • Disorderly conduct (i., disrupting, obstruction, interfering).<br>• Discriminatory harassment.[6] | One respondent received a warning. The other two respondents were not charged. | *Not applicable* |
| Report of disruption from a pro- | 12/1/23 | 12 | • Community disturbance. | For seven organizations/groups, the disciplinary process was | *Not applicable* |

---

[6] Discriminatory harassment was alleged, but no formal policy violation found.

| | | | | | |
|---|---|---|---|---|---|
| Palestinian student group protest. | | | • Disorderly conduct ii. (disrupting, obstructing, interfering). | rescinded based on evidence that the organizations were no longer affiliated with the coalition by the date of the incident.<br><br>Five organizations / groups were found responsible. Received censure or disciplinary probation. | |
| Whiteboard erasure of Jewish symbols. | 12/6/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of misconduct at protest by the pro-Palestinian student group. | 12/8/23 | 12 | • Community disturbance<br>• Disorderly conduct ii. (disrupting, obstructing, interfering).<br>• Non-compliance. | For seven organizations/groups initially identified as part of the coalition, the disciplinary process was ended based on evidence that the organizations were no longer affiliated with the coalition by the date of the event, and that they did not sponsor the protest.<br><br>Five organizations / groups found responsible. Received censure or disciplinary probation and requirements to complete | *Not applicable* |

| | | | | sanctions including meetings with university officials. | |
|---|---|---|---|---|---|
| Report of a student engaging in unwanted interactions with pro-Palestinian activists. | 12/8/23 | 1 | • Disorderly conduct (i.e., threatens, endangers, harasses). <br> • Disorderly Conduct (ii. Disrupting, Obstructing, Interfering). <br> • Discriminatory Harassment. | Reporting party declined to follow up. | *Not applicable* |
| Report of a student being asked to identify their Jewishness during an unwanted interaction. | 12/14/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Graffiti in multiple locations on campus. | 12/22/23 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of a GW student sending unwanted and anti-Muslim communications to another student online. | 12/31/23 | 1 | • Discriminatory harassment. <br> • Disorderly Conduct (i. Threatens, Endangers, Harasses). | Reporting party declined to follow up. | *Not applicable* |
| Report of online threat to report student as antisemitic. | 1/11/24 | 1 | • No charges brought. | Unable to identify responsible party. Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Report of prohibited participation in a protest by a student and student organization under limitation of privileges. | 2/3/24 | 2 | • Non-compliance.<br>• Outcome violation (student conduct). | Respondents found not responsible. | *Not applicable* |
| Report of anti-Israel online accounts. | 2/6/24 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Report of unwanted interaction with a student seeking resources. | 2/7/24 | 1 | • No charges brought. | Respondent is a medical student. Referred to SMHS. Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Report of anti-Arab sentiment in a student organization online post. | 2/11/24 | 2 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Report of unwanted interaction by a Jewish student with pro-Palestinian protestors. | 2/19/24 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | *Not applicable* |
| Report of pro-Palestinian student organization using a table reserved for Jewish student organization and pro-Palestinian student organization | 3/25/24 | 2 | • No charges brought. | Reporting party declined to follow up. | *Not applicable* |

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| engaging in unwanted interactions with representatives of Jewish student organization. | | | | | |
| Report of harassing online conduct by a GW student against a non-GW affiliate. | 4/3/24 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | This incident constituted a single instance of a student referring to a group as "terrorists." The Code of Student Conduct defines discriminatory harassment as any unwelcome conduct based on a protected characteristic where such conduct is so objectively and subjectively severe, persistent, or pervasive that it unreasonably interferes with, limits, or deprives an individual from participating in or benefiting from the university's programs. The university determined that the instance, although unwelcome, did not rise to the level of discriminatory harassment because it was not sufficiently severe, persistent, or pervasive. However, repeating this behavior could reach that threshold. The student was informed that future instances of the same behavior could |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | constitute "persistent" conduct among other policy violations. |
| Flag drop at residence hall. | 4/11/24 | 12 | • Regulation violation.<br>• Safety Measures violation (throwing/dropping objects). | Conduct proceedings ongoing. Findings and sanctions to be determined. | Two students were included as respondents. The first student underwent a disciplinary process that was combined with an additional incident. **Sanction:** The student is on a year-long disciplinary probation.<br><br>The second student was found responsible for a regulation violation and safety measures violation.<br>**Sanction:** The student received a disciplinary probation for one semester.<br><br>10 student organizations were identified as respondents, but were ultimately found not responsible for this incident. |
| Whiteboard erasure of Jewish symbols and a call to release the hostages. | 4/18/24 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of noise disruption from pro-Israel student organization event in Kogan Plaza. | 4/18/24 | 1 | • No charges brought. | Noise stopped upon request. Outreach and education provided in lieu of conduct charges. | *Not applicable* |

| | | | | | |
|---|---|---|---|---|---|
| Report of pro-Palestinian students entering Kogan Plaza during pro-Israel student organization event and improperly distributing fliers. | 4/18/24 | 3 | • Non-compliance.<br>• Regulation violation, posting policy. | No students were charged. | No students were charged.<br><br>Of the students identified as being at the event, reporting did not indicate that they entered Kogan Plaza or engaged in posting against policy. While they did not immediately provide their ID upon request, the students later provided their ID. |
| Report of protest at the Amphitheater. | 4/22/24 | 2 | • Disorderly conduct (i.e., disrupting, obstructing, interfering). | Unable to identify one person alleged to be responsible. Second respondent found not responsible. | *Not applicable* |
| Report of disruption from the encampment. | 4/25/24 | 32 | • Access without authorization<br>• Community disturbance<br>• Disorderly conduct (i.e., disrupting obstructing, interfering)<br>• Non-compliance<br>• Regulation violation<br>• Misconduct related to property<br>• Regulation violations (demonstrations and posting)<br>• Discriminatory harassment<br>• Violation of law | Charges vary by respondent. 32 respondents received multiple charges. | Breakdown of outcomes and sanctions provided in the accompanying letter.<br><br>The number of respondents includes 22 students and 10 student organizations. |

| | | | | | |
|---|---|---|---|---|---|
| Palestinian flag hanging from Samson Hall. | 4/25/24 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of anti-Muslim statements from a student. | 4/27/24 | 1 | • Discriminatory Harassment<br>• Disorderly Conduct (i. Threatens, Endangers, Harasses). | Found not responsible. | *Not applicable* |
| Report of unapproved pro-Palestinian posters as well as tearing items off doors. | 4/27/24 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of non-student holding a sign with antisemitic content and engaging in unwanted contact with others. | 4/28/24 | 1 | • No charges brought. | Unable to identify responsible party (and no information to support finding that party was affiliated with GW). | *Not applicable* |
| Report of unauthorized access to MPA building. | 4/29/24 | 1 | • Access without Authorization<br>• Dishonesty and Misrepresentation (i. With University Officials) | Process rescinded based on finding that no violation of GW policy occurred. | *Not applicable* |
| Report of student organization making statements that were identified as being unwelcoming to Jews. | 4/29/24 | 1 | • No charges brought. | Allegations if true would not have constituted a violation of GW policy. | This report referenced the statement issued by a Greek life organization that condemned the university's response to the encampment and expressed support for pro- |

14

THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | | Palestinian student organizers and their demands. |
|---|---|---|---|---|---|
| Report of targeting of Jewish students in the encampment. | 4/29/24 | 2 | • Discriminatory Harassment.<br>• Access without Authorization.<br>• Disorderly Conduct (i. Threatens, Endangers, Harasses).<br>• Disorderly Conduct (ii. Disrupting, Obstructing, Interfering).<br>• Non-compliance. | Conduct proceedings for one respondent ongoing. One was not a GW affiliate. | Cases were combined and the student was found responsible for access without authorization.<br><br>The student was found not responsible for discriminatory harassment, community disturbance, nor disorderly conduct I (threatens, endangers, or harasses others) and II (disrupting, obstructing, or interfering with the activities of others).<br><br>**Sanction**: Disciplinary probation through May 30, 2025. |
| Report of erasure from a whiteboard belonging to a Jewish student and other forms of unwanted contact. | 5/1/24 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of Jewish students receiving unwanted email contact regarding the events in Israel/Gaza. | 5/2/24 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |

15
THIRD RASSBACH DECLARATION EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Report of a Jewish student being spat on during the encampment and receiving harassing messages online. | 5/2/24 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of Palestinian flag, Genocide Joe, and other activities in the encampment. | 5/3/24 | 9 | • No charges brought. | This behavior was adjudicated and addressed in another case related to the encampment. | *Not applicable* |
| Report of unwanted contact towards a Jewish family who was in the encampment. | 5/3/24 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of unwanted contact towards a Jewish family who was in the encampment. | 5/4/24 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of unwanted interaction involving pro-Palestinian protestors. | 5/6/24 | 1 | • No charges brought. | Unable to identify responsible party. | *Not applicable* |
| Report of unauthorized access to Lisner Hall. | 5/7/24 | 2 | • Access without authorization. | One respondent warned, one process rescinded. | *Not applicable* |
| Report of student property recovered from University Yard, including | 5/9/24 | 1 | • Drug violations (Paraphernalia). | Conduct proceeding ongoing and combined with another case. | The student was found responsible for access without authorization, a drug violation (possession/use), a second drug violation (paraphernalia), and |

THIRD RASSBACH DECLARATION EXHIBIT 3

| marijuana paraphernalia. | | | | | non-compliance. The student was found <u>not</u> responsible for disorderly conduct or community disturbance.<br><br>**<u>Sanction:</u>** The student received disciplinary probation for two semesters. |
| Report of 5/9/24 Protest on F Street. | 5/9/24 | 10 | • Access without authorization.<br>• Community disturbance.<br>• Disorderly conduct (interfering with events).<br>• Outcome violation. | Conduct proceeding ongoing. | The 10 respondents for this incident included one student and nine organizational respondents.<br><br>The student was found <u>not</u> responsible for all charges.<br><br>For the nine organizational respondents, this incident was combined with others and detailed in the attached letter. |

# APPENDIX B

**From:**   Minouche Shafik [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C0FB005495A1490F98185FD796D51911-72482841-F8]
**Sent:**   4/25/2024 11:03:28 PM
**To:**   Shailagh Murray [                              ]
**CC:**   Minouche Shafik
**Subject:**   Re: Draft language for demand #4

It is unacceptable.  Amy is looking at.  Maybe you could work with her and we can weave in my idea of a presidential commission....
Sent from my iPhone

> On Apr 25, 2024, at 23:01, Shailagh Murray <                        > wrote:

I don't want to jettison this over a letter, but I'm really uncomfortable giving them sign off on anything
from you. We couldn't come up with anything close to this text. It's too easy a target if they are looking
for an excuse to blow this up. Plus we are giving them plenty otherwise.

**From:** Angela V. Olinto <
**Date:** Thursday, April 25, 2024 at 10:49 PM
**To:** Shailagh J. Murray <                              >
**Cc:** Angela V. Olinto <
**Subject:** Fwd: Draft language for demand #4

Begin forwarded message:

**From:** Jelani Cobb
**Subject: Draft language for demand #4**
**Date:** April 25, 2024 at 10:26:45 PM EDT
**To:** "Angela V. Olinto"

Hi Angela:

This is the language the protest leaders sent to us.

Jelani

Begin forwarded message:

**The following is a draft statement as per our fourth
demand.**

Statement from Columbia University President Minouche
Shafik
"
Dear members of the Columbia community,

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL                                  Columbia-HCEW-00022447

Today, I write on the horrors of the past few months in Gaza and the reverberations of that war felt by our campus community.

Since the events of October 7, the Columbia University campus has witnessed a hike in protest activity regarding the university's involvement in the war through its investments and other ties to Israel. Emboldened by their commitments to social justice, a value at the heart of the institutional legacy of this university, many student groups have mobilized to advocate for equality. In that process, pro-Palestinian students have encouraged their fellow students to reflect on our collective responsibilities as global citizens and have motivated the university to develop a principled stance on the war, in accordance with the precedent set by Columbia's response to other international developments.

The death toll in Gaza mounts day by day in a war that is plausibly a genocide, according to the International Court of Justice's January provisional measures. Today, the number of the massacred stands at over 34,000 lives. Though Israeli military violence may culminate in genocide, Palestinians in Gaza are surviving a myriad of other injustices, such as the forcible displacement of over one million people, the extrajudicial killing of civilians, the destruction of civilian architecture and heritage sites, the decimation of family lineages, and a siege causing starvation. While students at Columbia prepare to take their final exams, there are no universities left standing in Gaza with students deprived of their right to education.

Acutely aware of the role Columbia plays in inspiring change, our students have protested in a fashion that mirrors earlier generations of students fighting for an end to apartheid in South Africa or an end to the war in Vietnam. Since October, however, many among our student body have been disciplined as a result of the CSSI process, the Rules of University Conduct, or the Interim Policy for Safe Demonstrations in a manner that is overly punitive and viewpoint discriminatory. Moreover, the presence of the NYPD on our campus has contributed to a sense of danger while the McCarthyist censorship of our faculty discussing Israel's war crimes has stifled fundamental freedoms. The result has been a deterioration in the free speech environment of the campus. While the war is not yet at an end, on the basis that these students have been treated unfairly and repressed by the university, we recommit to our promise of guaranteeing a robust learning environment, protecting academic freedom, and cultivating a student body capable of addressing global ethical issues.

Sincerely,
Minouche Shafik

--
Jelani Cobb
Dean and Henry R. Luce Professor of Journalism
Columbia Journalism School

2950 Broadway

THIRD RASSBACH DECLARATION EXHIBIT 3
CONFIDENTIAL                                                                                   Columbia-HCEW-00022448

New York NY 10027

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL

Columbia-HCEW-00022449

## COLUMBIA UNIVERSITY

### IN THE CITY OF NEW YORK

CENTER FOR STUDENT SUCCESS AND INTERVENTION
STUDENT CONDUCT

May 3, 2024

PII

Sent electronically to PII

Dear PII

The Student Conduct team received a report dated May 1, 2024, alleging that you may have engaged in conduct that violates the University Policy.

*Specifically, it is alleged that you entered Hamilton Hall without authorization and occupied the building. Entered Hamilton Hall and occupied the building without authorization. It was further reported that you were arrested by the NYPD on April 30, 2024.*

This behavior may meet the definition of the following policies*:

- Disruptive Behavior (Standards and Discipline, pp. 4-9)
- Law, Violation of (Standards and Discipline, pp. 4-9)
- University Policies, Violation of (Standards and Discipline, pp. 4-9)
- Failure to Comply (Standards and Discipline, pp. 4-9)
- Vandalism/Damage to Property (Standards and Discipline, pp. 4-9)
- Access/Egress, Unauthorized (Standards and Discipline, pp. 4-9)

We are following up on that report so we can further discuss this matter with you. **Your attendance at this hearing is mandatory.** The hearing is part of an educational process, and provides you the opportunity to share your perspective on the incident, respond to questions, and reflect on your personal experience. The details of your hearing are below:

**Date/Time:** Tuesday, May 7, 2024 at 2:00pmEST
**Location:**
 https://columbiauniversity.zoom.us/j/98657512192?pwd=OVFubVU0Tm14UjdkMEJBS0hlZ3QzZz09

Please note that all conversations with Student Conduct are considered **private** and we ask that you be in a private space or location. If you are in need of a private space, please reach out to opscssi@columbia.edu so that we can coordinate with you to provide you a location.

### How to prepare for your hearing

To best prepare for your Conduct Hearing, we encourage you to complete the following steps. Please visit the following links below for details on each step in the process, including their suggested timeframe:

- Start by learning more about the conduct process

THIRD RASSBACH DECLARATION EXHIBIT 3
400

- Step 1: <u>Review your file</u> (at least one business day before the hearing)
- Step 2: <u>Submit your written statement</u> (at least 24 hours before the hearing)
- Step 3: <u>Prepare for your hearing</u>
- Optional step: <u>Request peer support</u> (Student Conduct Navigator)

**Resources to assist you**

We recognize that this decision may bring forward a number of questions, concerns, or reactions including stress, anxiety, and other emotions and you may need to process this information in a confidential setting. Members of our office are happy to answer questions you have related to your upcoming meeting, but please note that we are not a confidential resource. Please visit our <u>website</u> to find more information about Columbia community student support resources.

Additionally, we strongly encourage you to connect with your academic advisor for support.

**Retaliation Notice**

Retaliation against any person involved in this matter, including witnesses, is strictly prohibited and may result in conduct action, including additional interim or permanent measures. The University defines retaliation as any adverse action taken against an individual who filed a report or participated in an investigation, proceeding, or hearing in any manner.

If you have any questions or concerns, please contact Student Conduct at 212-854-6872 or email <u>studentconduct@columbia.edu</u>.

Sincerely,

Center for Student Success and Intervention

*\*Please note that during the Dean's Discipline process, our office reserves the right to add or modify the charge(s) based on information gathered during our conversation(s), and any subsequent investigations to more appropriately reflect the nature of the incident.*

CC: SELECT ADVISER
   Student File
   Matthew ▮▮▮▮, Associate Dean for ▮▮▮▮▮▮▮▮▮▮
   Nancy ▮▮▮▮ ▮Advising Dean

CONFIDENTIAL Columbia-HCEW-00023992

## COLUMBIA UNIVERSITY
### IN THE CITY OF NEW YORK

May 1, 2024

PII

Sent electronically to PII

Dear PII

Student Conduct received a report dated Wednesday, May 1, 2024, alleging that you engaged in egregious misconduct involving the occupation of University facilities, including Hamilton Hall.

This occupation and disruption on Columbia University's campus not only created an intimidating and threatening environment for members of our community, but also caused destruction of campus property. The occupation has resulted in many students continuing to feel unsafe on campus in ways that impede their access to academic programs and University spaces.

It is specifically alleged that you participated in the occupation of University facilities and therefore violated multiple University policies. The preliminary charges are as follows:

- Disruptive Behavior (Standards and Discipline, pp. 4-9)
- Law, Violation (Standards and Discipline, pp. 4-9)
- University Policy, Violation (Standards and Discipline, pp. 4-9)
- Failure to Comply (Standards and Discipline, pp. 4-9)
- Vandalism/Damage to Property (Standards and Discipline, pp. 4-9)
- Access/Egress, Unauthorized (Standards and Discipline, pp. 4-9)

If the University receives information suggesting that you may have contributed to the harassing environment, the Hearing Officers reserve the right to add or modify the charge(s) based on information gathered throughout the investigation, including, but not limited to, possible charges of Harassment and/or violation of the Columbia University Non-Discrimination Statement (Standards and Discipline, pp. 4-9), to more appropriately reflect the nature of the incident.

**Interim Actions**

As an interim measure, you have been immediately suspended and banned from Columbia University with the expectation that you will be permanently expelled after an expedited hearing. This means that you are fully restricted from: (1) all access to all of Columbia's campuses and buildings, including but not limited to residence halls; and (2) participation in any class, event, organization, or any other activity connected in any way to Columbia University. In addition, a

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL

Columbia-HCEW-00046677

hold is being placed on your transcript, registration, grades, and/or diploma. ***You are not permitted to enter campus or any University property at all and there are no exceptions.***

You may request a prompt and reasonable review of the need for and terms of any interim measure or accommodation that directly affects you and you may submit evidence in support of this request. All requests for review must be submitted online via the following <u>form</u> and addressed to the Center for Student Success and Intervention.

**Hearing Information**

Our office will be in touch with you to coordinate scheduling an expedited hearing. Please be sure to check your email and email studentconduct@columbia.edu if you have questions or concerns. Please note you are required to attend this hearing. The hearing is an opportunity for you to learn about and respond to information, which supports the above accusation(s), and for you to present information on your behalf.

**How to prepare for your meeting**

To best prepare for your Conduct Hearing, we encourage you to complete the following steps. Please visit the following links for details on each step in the process, including their suggested timeframe(s):

- Step 1: <u>Review your file</u> (at least one business day before the hearing)
- Step 2: <u>Submit your written statement</u> (at least 24 hours before the hearing)
- Step 3: <u>Prepare for your hearing</u>

**Resources to assist you**

We recognize that this decision may bring forward a number of questions, concerns, or reactions including stress, anxiety, and other emotions and you may need to process this information in a confidential setting. Members of our office are happy to answer questions you have related to your upcoming meeting, but please note that we are not a confidential resource. Please visit our <u>website</u> to find more information including Columbia community resources as you navigate your time here. Additionally, we strongly encourage you to connect with your academic advisor or equivalent for support.

**Retaliation Notice**

Retaliation against any person involved in this matter, including witnesses, is strictly prohibited and may result in conduct action, including additional interim or permanent measures. The University defines retaliation as any adverse action taken against an individual who filed a report or participated in an investigation, proceeding, or hearing in any manner.

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL

Columbia-HCEW-00046678

If you have any questions, concerns or need to reschedule, please contact Student Conduct at
212-854-6872 or email studentconduct@columbia.edu.

Sincerely,

Center for Student Success and Intervention


CC: ███████████    Associate Dean for Student Affairs & Dean of Students

THIRD RASSBACH DECLARATION EXHIBIT 3
404

CONFIDENTIAL    Columbia-HCEW-00046679

**From:** Adina Berrios Brooks [███████████████]
**Sent:** 4/28/2024 7:27:08 PM
**To:** 'Angela V. Olinto' [███████████]
**CC:** Jelani Cobb [███████████]; Josef ███████████; Soulaymane Kachani ███████████ ];
███████████

**Subject:** Position Paper
**Attachments:** CUAD Position Paper on Columbia University.docx

Hi Angela,

Please see the attached document from Jeanine on behalf of the student negotiators.

Thanks,
Adina

---

**From:** D'Armiento, Jeanine M. <███████████>
**Date:** Sunday, April 28, 2024 at 7:04 PM
**To:** Soulaymane Kachani ███████████
**Cc:** Alonso, Carlos J ███████████ Adina Berrios Brooks ███████████>, Sorett, Josef
███████████>, Jelani Cobb ███████████>
**Subject:** Re: Email

> On Apr 28, 2024, at 6:58 PM, Soulaymane Kachani ███████████ > wrote:
>
> Dear Jeanine,
>
> When you get the document from the student negotiators, please reply all to this email and attach the document so that everyone gets it at the same time. Thanks.
>
> Best,
> Soulaymane

CONFIDENTIAL
Columbia-HCEW-00052943

1

**CUAD Position Paper on Columbia University's Proposal**
**27 April 2024**

1. <u>**Divestment**</u>:

**University Position**: Students will provide 3 proposals to ACSRI for review: 1) shareholder engagement, 2) divestment from companies that are complicit in violating international law or international treaties recognized by the US government, 3) divestment from companies that manufacture certain categories of weapons. ACSRI will complete the review of each proposal within 3 months of receiving the proposal. If ACSRI determines to support the proposals, it will provide a recommendation to the Board of Trustees.

**CUAD Position**: The Board of Trustees will issue a **commitment** for Columbia to divest from weapons manufacturing and from all companies complicit in violations of international law. In this statement, The Board will then direct ACSRI to review the student proposals on 1) shareholder engagement, 2) divestment from companies that are complicit in violations of international law, 3) divestment from weapons companies. CUAD will submit the proposals before the end of encampment. Columbia will review the proposals within three months of the date of any agreement. The Board of Trustees should conduct a transparent vote on the three proposals immediately after the ACSRI review.

2. <u>**Financial Transparency**</u>:

**University Position:** The university will publish a process for students to access a list of direct holdings, made available biannually on a one-month lag. The list will be available for review by Columbia affiliates at the Office of EVP for Finance following 4 business days' notice. Concerns about access shall be sent to the Ombuds Office.

**CUAD Position**: According to CUAD's analysis of Columbia's publicly available filings (Form 990 and Form 13f), the listed investments of $47.4 million dollars represent only 6.12% of Columbia's $784 million publicly traded investments (Form 990 EOY 2022). The vast majority of Columbia's investments remain unaccounted for.

The university will publish a process for students to access the list of direct and indirect holdings, made available biannually on a one-month lag. Indirect holdings, which comprise the vast majority of Columbia's investments, must be included in this process. This includes mutual funds, exchange-traded funds (ETFs), hedge funds, private equity funds, asset managers, and all other indirect holdings. The list will be available for review by Columbia affiliates at the Office of EVP for Finance following 4 business days' notice. Concerns about access shall be sent to the Ombuds Office.

**THIRD RASSBACH DECLARATION EXHIBIT 3**

CONFIDENTIAL

Columbia-HCEW-00052944

2

3. **Global Centers and Dual Degree Program**:

**University Position**: The university will review access to all global centers within one year to ensure it is consistent with university values.

**CUAD Position**: a) The university will review access to all global centers within one year to ensure it is consistent with university values and policies, especially the university's Equal Opportunity and Affirmative Action Policies, with a mechanism for input by the University Senate. Until full disclosure of the outcome of the access review, Columbia will freeze the opening or construction of any Global Center.

b) The university will review access to all Dual Degree programs within two years to ensure they are consistent with the university's Equal Opportunity and Affirmative Action Policies and international law. The university will ensure full disclosure of the outcome of the program access review.

4. **Public health and Education**:

**University Position**: a) The university will develop programs for early childhood development in the West Bank and Gaza, b) the university will establish a resilience fund for Gaza at Columbia Global, c) the university will establish a scholarship fund for students who have lived, worked, or studied in the West Bank and Gaza, d) the university will establish a hardship fund for current Columbia University students impacted by the current conflict in the Middle East.

**CUAD Position**: a) The university will develop programs for early childhood development in the West Bank and Gaza through the Amman Global Center, b) the university will establish a resilience fund for Gaza at Columbia Global with at least a one million USD seed-fund by July 1st and Columbia will endeavor to raise at least ten million USD for the fund within one year of its establishment, c) the university will establish scholarships for five years for 30 to 40 students who have legally lived, worked, or studied in the West Bank and Gaza according to international law, d) the university will establish a hardship fund for current Columbia University students impacted by the current conflict in the Middle East.

> **Commented [1]:** amount and timeline?

5. **Academic Freedom**:

**University Position**: The President will issue a public statement reiterating the university's commitment to academic freedom, b) the Presidents will establish a faculty committee on academic freedom to be led by the provost and with a mechanism for student input.

THIRD RASSBACH DECLARATION EXHIBIT 3
CONFIDENTIAL
Columbia-HCEW-00052945

3

**CUAD Position**: Agree.

6. <u>Amnesty</u>:

**University Position**: a) Students suspended in connection with April 17 events can opt to avoid a full disciplinary process and administratively resolve their matter by signing an attestation which provides probation until Dec. 31st, 2024, during which they must comply with all university policies. Students signing the attestation will be allowed to finish the current semester. Breaches of the attestation would result in a disciplinary process and possible suspension, b) students involved in the west lawn encampment will be required to identify themselves prior to dispersing. If they do so, they will not be subject to a full disciplinary process upon signing the same attestation described above. The university has already identified many such students. Students who do not come forward for identification will not be eligible for the attestation process and will therefore be put before a full disciplinary process and sanctions including possible suspension, c) the attestation option in (a) and (b) above is not available to students who are currently involved in a disciplinary process and/or have been subject to prior sanctions in a matter related to Oct. 7, d) the university is committed to an environment free of discrimination and harassment. To the extent that the university is aware of conduct in or around the encampment since April 17 that potentially violates university policies on discrimination and harassment, such incidents will be reviewed though disciplinary processes, and attestation processes will not be available, e) the university will request that the senate expedite the UJB process for students going through the Rules of University Conduct process, f) students undergoing a disciplinary process in connection with the Law School admitted students day event for purposes of a disruption charge may choose between completing the Dean's Discipline process or going through a UJB process. The UJB is not authorized to hear charges of discrimination or harassment, so such cases must go through the Dean's Discipline process.

**CUAD Position**: In her April 22 communication, President Shafik emphasized that "We need a reset." A true reset requires a true reset. With that in mind, we need a) full amnesty for interim suspended students as a result of their participation or organization of the April 17 encampment, b) all disciplinary cases must go through the UJB process, except for instances involving Title VI violations, which will go through Dean's Discipline, c) written commitment from the university that students who participated in the encampment are not disciplined or investigated, and that all charges are abated. There will be no attestation. All students must treated equally as regards university policies.

7. <u>Investigations</u>:

**University Position**: The university endeavors to use internal personnel for all investigations and to conduct all disciplinary processes. At times, the university may be required to supplement

Commented [2]: If you are providing "freedom from full disciplinary process" - then why the hell would you want names

Commented [3]: We find it abhorrent that the university is using facial recognition technologies, something that actually the Mossad has threatened to use against protesters in a post last week

Commented [4]: Categories of the Discipline: r101 - (to go thru CSSI.)
CSSW sit-in
CLS vigil/flyering
tour disruptions
SIPA walk-out / Clinton
GS alumni / Italian Academy
Rafah emergency protest
Power mapping
TA case 1
TA case 2
Al-Shifa protest
Lawn encampment

4

internal resources with outside firms or investigators. In those situations, the university will
ensure that those firms and investigators are bound by the same policies as internal investigators,
contact students only through existing university communication channels (e.g email or text), do
not go to student homes including dorm rooms or off-campus housing without prior permission
of students, and treat all students with respect and dignity.

**CUAD Position**: Agree.

### 8. SJP and JVP

**University Position:** The university will restate the process for the reinstatement of SJP and
JVP.

**CUAD Position**: Agree.

### 9. Presidential Statement:

**CUAD Position:** The President will issue a statement before the end of the encampment in
recognition of the harms done to students and the genocide in Gaza. The writing of the statement
will be an iterative process, with the first draft having already been submitted to the university by
CUAD's negotiators on April 25.

### 10. Student Obligations:

**University Position:** After the agreement is signed, the students will 1) dismantle the
encampment in a manner to ensure the safety of the community as soon as possible, the
encampment will be fully dismantled within 6 hours, 2) no chanting will occur and no
megaphones or other sound amplification equipment will be used during the dismantling process,
3) continue to enforce a policy restricting non-affiliates from the encampment during the
dismantling process, 4) the students will not set up another encampment or encourage others to
do so. All parties will agree to use this text as their definitive agreement.

**CUAD Position**: After the agreement is signed, the students will 1) dismantle the encampment
in a manner to ensure the safety of the community as soon as possible and the encampment will
be fully dismantled within 24 hours.

The provisions in (2) (3), and (4) are beyond the control of CUAD. CUAD reiterates that they
are a decentralized coalition, and that the "enforcement" of entrance to the campus is solely a
university responsibility. There is no central leadership and it is impossible for students to

THIRD RASSBACH DECLARATION EXHIBIT 3
409

CONFIDENTIAL

5

"enforce" policies against other students that are the responsibility of the university and campus security.

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL

Columbia-HCEW-00052948

**From:**      Adina Berrios Brooks [                                    ]
**Sent:**      4/25/2024 9:00:53 AM
**To:**        avo2113                          ]; Minouche Shafik
**Subject:**   Re: Menu -- Trustee feedback
**Attachments:** Menu.pdf

Dear Minouche and Angela,

Josef and Jelani have incorporated the feedback from Trustees in the attached document. I will send the password under separate cover.

As discussed last night, this is the menu that will inform conversations with the protesters.

Many thanks,
Adina



**From:** Adina Berrios Brooks <                              >
**Date:** Wednesday, April 24, 2024 at 11:00 PM
**To:**                                >, Minouche Shafik
**Cc:** Angela V. Olinto <                        , Susan Glancy                          , Claire Shipman
**PII**                    >, David Greenwald <                              >,
<                              >

**Subject:** Re: Menu -- Trustee feedback

Good evening all,

Angela asked that I respond to your feedback on behalf of the deans involved.

- Important that those who relapse or have committed 2 offenses are really disciplined. Deans need to commit to this. *Josef, Costis and Carlos can commit to this. They believe the other Deans will be supportive as well, but we will confirm tomorrow at 3pm at our daily Deans meeting.*
- Attestation should run through Dec 2024 (not June). *Confirmed.*
- Who does pardons for past discipline? Should be Deans not Senate. *Yes - Deans are responsible for pardons.*
- Would be good to ask students to engage in Dialogue Across Difference and other educational events to bridge divides going forward – maybe something new could new developed with them. *The University will continue to develop a broad range of student programming to promote Dialogue Across Difference.*

Many thanks,
Adina



**From:** avo2113                              >
**Date:** Wednesday, April 24, 2024 at 8:16 PM
**To:** Minouche Shafik                  >, Adina Berrios Brooks                          >
**Cc:** Angela V. Olinto                  >, Susan Glancy                        >, Claire Shipman
**PII**                , David Greenwald                          >,
<                              >

**Subject:** Re: Menu -- Trustee feedback

Dear Minouche, Claire, and David,

THIRD RASSBACH DECLARATION EXHIBIT 3
CONFIDENTIAL                                                                Columbia-HCEW-00053186

I asked the deans involved to address your requests below before the dialog with students restarts.

Thank you so much for your fast feedback.

All the best,
Angela

---

**From:** Minouche Shafik <​ >
**Date:** Wednesday, April 24, 2024 at 7:39 PM
**To:** Adina Berrios Brooks <​ >
**Cc:** Angela V. Olinto >, Susan Glancy >, Claire Shipman
 PII , David Greenwald <​ >
**Subject:** RE: Menu -- Trustee feedback

Feedback from Claire and David:

- Important that those who relapse or have committed 2 offenses are really disciplined. Deans need to commit to this.
- Attestation should run through Dec 2024 (not June).
- Who does pardons for past discipline? Should be Deans not Senate.
- Would be good to ask students to engage in Dialogue Across Difference and other educational events to bridge divides going forward – maybe something new could new developed with them.
- We should tentatively book Trustee meetings for Thursday pm and Friday am and use which ever slot we need depending on how negotiations go.

Also the list is getting a bit long so please tell our negotiators to focus on core demands that get us over the line. Other things we might do but best to not have legislated at this time.

Hop that helps.

Minouche

---

**From:** Adina Berrios Brooks
**Sent:** Wednesday, April 24, 2024 6:53 PM
**To:** Minouche Shafik >
**Subject:** Menu

As we discussed.

I'm here for any questions.

Adina

**Adina Berrios Brooks |** Pronouns: she/hers
Interim Chief of Staff, Office of the Provost
Associate Provost for Faculty Diversity and Inclusive Pathways
Office of the Vice Provost for Faculty Advancement | Columbia University
310 Low Library | 535 West 116th Street | New York, NY 10027 |
Web | Twitter | Facebook | Instagram | LinkedIn

THIRD RASSBACH DECLARATION EXHIBIT 3
412

**Possible Responses**

**Investments**

ASCRI to review an alternative proposal for shareholder engagement by Columbia.

ASCRI to review a proposal for divestment in companies that are complicit in violating international law or international treaties recognized by the US government.

ASCRI to review a proposal for divestment in companies that manufacture certain categories of weapons manufacturers.

*Such reviews will occur within six months of these proposals.*

**Dual Degree Program**

Engage with the Israeli government in the hope that all Columbia University students to participate in the dual degree program with Tel Aviv University.

Build exchange program with Haifa University, the most diverse University in Israel, which includes substantial proportion of Arab students in their population.

Development a joint program with Al Quds University that includes summer Arabic language classes for our students, joint seminar series, etc. This can also be coordinated by our Global Center in Amman.

Establish full scholarships for Arab students for the dual degree program with Tel Aviv University.

**Global Centers**

Commits to a future review of access to all of our Global Centers

Engage with the Israeli government in the hope that all Columbia University students, staff and faculty will be able to visit and participate at the Tel Aviv Columbia Global Center.

**Public Health and Education Proposals (up to 2)**

Develop programs for early childhood development in the West Bank through our Amman Center.

Work with VP&S faculty to expand their program for maternal health in the West Bank. They have connections with the Palestinian Authority.

Support for West Bank Al Juzoor for Health and Development, coordinated by the CGC in Amman.

Establishing Middle East Resilience fund at Columbia Global, similar to the Turkey Resilience Fund for earthquake recovery.

Organize Columbia faculty and students interested in public health and medicine to engage with the Arab Adolescent Health Association and its director.

**Financial Transparency**

Publish process for students to access a list of Columbia's direct holdings

Increase frequency of updates: list will be made available bi-annually (on a one month lag, end of calendar and fiscal year)

List can be accessed at the Office of the EVP for Finance upon four business days notice. Any concerns about access can be relayed to Ombuds.

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL

Columbia-HCEW-00053188

**Academic Freedom**

Issue a public statement reiterating our commitment to academic freedom

Announce a faculty committee that will develop a public statement that will address academic freedom and anti-discrimination.

**University Statement**

Start iterating on draft from students and commit to a good faith effort to issue such a statement wihtin one week.

Reiterate our commitment to bring NYPD only as a last resort in consultation with the Senate Executive Committee.

**Amnesty**

Share good news that we delivered on resolving the case of the two Law students serving as legal observers on 4/18

Amnesty for interim suspended students of 4/18 for non-multiple offenders (with attestation) and request Senate to have expedited UJB process for other students and application of policies and due process. Resistance 101 non-negotiable.

Allow all non-multiple offenders to complete the semester .... Subject to attestation

Consider a process for lifting disciplinary action (by Deans), subject to further conditions and attestation

*Attestation will run through December 2024, and Deans commit to discipling students who are responsible for another violation.*

**SJP and JVP**

State the process for reinstatement of SJP and JVP

Share Gerry Rosberg's apologies already made public on the floor on the University Senate.

**Optional**

Make a significant investment in an interfaith center that would give Muslim and other groups more support.

CONFIDENTIAL

Columbia-HCEW-00053189

| From: | "Fantasia, Amy" ████████ @████ > |
|---|---|
| Sent: | Mon, 9 Oct 2023 15:56:35 -0400 (EDT) |
| To: | "O'Dair, Katherine G." ███████ >; "Goodheart, Marc"█████████ ; "Garber, Alan M" ████████ @████ "Gay, Claudine" |
| Cc: | "Andrew, Paul" █████████ |
| Attachments: | Leadership message 10.9 350p.docx |

Here is the clean message coming out of the call...

-----Original Message-----
From: O'Dair, Katherine G. █████████ >
Sent: Monday, October 09, 2023 3:34 PM
To: Goodheart, Marc ████████ >; Garber, Alan M █████████ ; Gay, Claudine ████████
Cc: Fantasia, Amy ████████ >; Andrew, Paul
Subject: RE: Updated clean version Leadership message

Colleagues,

I am going to send a Zoom link for a meeting at 3:40pm. It would be good to discuss this draft.

Katie

-----Original Message-----
From: Goodheart, Marc ████████
Sent: Monday, October 9, 2023 3:32 PM
To: Garber, Alan M ████████ >; Gay, Claudine ███████
Cc: O'Dair, Katherine G. ████████ >; Fantasia, Amy █████████ >; Andrew, Paul
Subject: RE: Updated clean version Leadership message

This may be slicing things too fine. But I also wonder whether, if the judgment is not to express an institutional condemnation of Hamas's act of terror, there might still be a way to dissociate the university from the "Israel is entirely responsible" statement reportedly issued by 31 Harvard student groups -- and attracting widespread media attention (not to mention denunciation by Rep. Stefanik).

-----Original Message-----
From: Garber, Alan M █████████ >
Sent: Monday, October 09, 2023 3:27 PM
To: Gay, Claudine ████ Garber, Alan M ████████
Cc: O'Dair, Katherine G. ████████ >; Fantasia, Amy ████████ >; Goodheart, Marc ████████ >;
Andrew, Paul ████████ >
Subject: RE: Updated clean version Leadership message

I just read it. I'm not sure why it's necessary to delete the word "violent" in the second line, unless it's a thought that it's redundant. In any case, "a" before that needs to be fixed. I'm comfortable with Marc's language for the last line of the first paragraph, ie " "While recognizing the divergent and passionately held views within our diverse community on longstanding conflicts in the Middle East, we deplore this act of terror," though I also recognize that it will be crossing a line for many members of our community and we'd have to consider whether this specific precedent is worth the consequences.

In the last two paragraphs, I would hope to see a mention of the importance of deeper understanding and the pursuit of truth. A specific edit in the closing paragraph might be ".. drawn together by a shared passion for learning, discovery, and the pursuit of the truth in all its complexity, held together by a commitment to mutual respect and support..."

Best,

Alan

-----Original Message-----
From: Gay, Claudine █████ @████
Sent: Monday, October 9, 2023 3:16 PM
To: Garber, Alan M █
Cc: O'Dair, Katherine G. ████████ >; Fantasia, Amy ████████ >; Goodheart, Marc ████████
Andrew, Paul ████████
Subject: Re: Updated clean version Leadership message

THIRD RASSBACH DECLARATION EXHIBIT 3
HARVARD CONFIDENTIAL TREATMENT REQUESTED. ALL RIGHTS RESERVED.        HRVD-CEW-FEB16-00003768

Thanks, Amy. Alan, do you want to take a look before I send to John and Doug for input?

Claudine

—

Claudine Gay
President
Harvard University

On Oct 9, 2023, at 3:11 PM, Fantasia, Amy ██████████████ > wrote:

Good afternoon,

Here's an updated version—mostly deletions and moves, which are showing as "deletions" for some reason

I have added the deans and questions re: HDS and SEAS signatories.

Amy

From: O'Dair, Katherine G. ████████ ███████████ >
Sent: Monday, October 09, 2023 2:57 PM
To: Goodheart, Marc ████████████ >>
Cc: Gay, Claudine████████████████████ >>; Andrew, Paul ██████████
████████████ ; Fantasia, Amy ██████████ >; Garber, Alan M
█████████████████████
Subject: Re: Updated clean version Leadership message

Dear all,

Amy is currently working on the most updated version.

To Marc's comments about whether to include a form of denouncement of the terrorist act, we can pair it with the statement about how complex the issue is. Either component cannot stand on its own - it should be both (act of terror and deeply divided issue) or neither.

Katie
Sent from my iPhone

On Oct 9, 2023, at 2:27 PM, Goodheart, Marc ██████████████████████████ @ ██████ u> > wrote:

I should add: I come to these issues with a strong presumption against having the university proclaim institutional positions on international conflicts, both because such statements posit an orthodox position on matters deeply contested among members of the university community and because each such statement raises expectations that Harvard will speak with an institutional voice to the next such conflict that arises. But this presumption has not always prevailed – most recently in the case of Ukraine <https://www.harvard.edu/president/news-and-statements/statement-on-the-russia-ukraine-crisis/>. I don't mean to equate the two situations – far from it – but only to anticipate that the comparison will be drawn by those demanding that Harvard not retreat to neutrality, or at least not fail to denounce acts that to many represent not just brutal violence but war crimes.

From: Goodheart, Marc
Sent: Monday, October 09, 2023 2:15 PM
To: Gay, Claudine ████████████████████ >; Andrew, Paul ███████
Cc: O'Dair, Katherine G. ████████████████████ >; Fantasia, Amy
████████████ >; Garber, Alan M
███████████████ >
Subject: RE: Updated clean version Leadership message

Sorry. Trying again.

From: Gay, Claudine ████████████████████ >
Sent: Monday, October 09, 2023 2:12 PM
To: Goodheart, Marc
Cc: O'Dair, Katherine G. █████████████ Andrew, Paul █████████
████████ Fantasia, Amy █████████████ Garber, Alan M ██████████
Subject: Re: Updated clean version Leadership message

Marc,

THIRD RASSBACH DECLARATION EXHIBIT 3

HARVARD CONFIDENTIAL TREATMENT REQUESTED. ALL RIGHTS RESERVED.        HRVD-CEW-FEB16-00003769

Can you resend? The attachment I opened didn't have any comments from you.

Claudine

—
Claudine Gay
President
Harvard University

On Oct 9, 2023, at 2:08 PM, Goodheart, Marc ███████████████████████ > wrote:

Here are some hasty notes on the draft, for what they may be worth. None are intended to alter the fundamental approach, and please feel free to disregard whatever's not helpful.

As Katie's notes point out, perhaps the key unresolved question is whether the statement should explicitly condemn the Hamas attack. As is obvious to all, there is no answer to that question likely to avoid an outraged reaction from one side or the other. A condemnation of (only) Hamas will be criticized by supporters of the Palestinians, who blame Israel for provoking the attack. A failure to condemn Hamas will be criticized by supporters of Israel, who will denounce a posture of evenhandedness/neutrality in the face of terror, and will compare such reticence to the university's condemnation of Putin's attack on Ukraine. I don't have a clear view on the right answer, but am happy to join any conversation about the pros and cons, if I can be helpful.

From: O'Dair, Katherine G. ███████████████████████
Sent: Monday, October 09, 2023 1:24 PM
To: Gay, Claudine ███████████████ >; Andrew, Paul ███████████████████ >; Goodheart, Marc
███████████ >; Fantasia, Amy ███████████████               >
███████████████ @ ███████ Garber, Alan M ██████████████████████████████ >
Subject: Updated clean version Leadership message

Colleagues,

I have attached a cleaner copy that resolves some of the language but leaves the larger questions. Amy, I have previous versions but start with this please.

Best,

Katie

<Leadership message 10.9 130p.docx>

THIRD RASSBACH DECLARATION EXHIBIT 3

HARVARD CONFIDENTIAL TREATMENT REQUESTED. ALL RIGHTS RESERVED.          HRVD-CEW-FEB16-00003770

| **From:** | "Garber, Alan M" < > |
| **Sent:** | Sun, 22 Oct 2023 11:59:10 -0400 (EDT) |
| **To:** | Gay < >; "Pritzker, Penny"< >; "O'Dair, Katherine G." < > |
| **Cc:** | Tim Barakett < >; "Goodheart, Marc"< >; "Garber, Alan M" < > |
| **Subject:** | RE: |

How to handle anti-Israel phrases like "from the river to the sea" - ie, when to say they're antisemitic - is not as simple as some of our friends would have it. It's generally used as a call for a single state, and not a Jewish one, where Israel is. Its genocidal implications when used by Hamas supporters seem clear enough to me, but that's not the same as saying that there is a consensus that the phrase itself is always antisemitic. In fact, both the ADL and AJC stopped short of calling it that.

ADL (from May 2022):

""From the river to the sea, Palestine will be free" is a slogan commonly featured in pro-Palestinian campaigns and chanted at demonstrations.

Demanding justice for Palestinians, or calling for a Palestinian state should not also mean negating Israel's existence. This chant can be understood as a call for a Palestinian state extending from the Jordan River to the Mediterranean Sea, territory that includes the State of Israel, implying the dismantling of the Jewish state. Indeed, this rallying cry has long been used by the anti-Israel terrorist organizations such as Hamas and the PFLP, which seek Israel's destruction through violent means.

Usage of this phrase can have the effect of making members of the Jewish and pro-Israel community feel beleaguered and ostracized."

The AJC comes closer to calling it antisemitic but whether it's antisemitic depends on how the phrase is used. As I read it, their explanation basically falls into line with the IHRA definition of antisemitism, which is accepted in much of Europe but has also been criticized as overly broad. The Biden administration apparently has stopped short of full endorsement of the IHRA definition.

The bottom line is that the phrase can be antisemitic, but if we don't explain in a nuanced way many members of the Harvard community will contest the claim. The last line of the ADL explanation is directly on point. It is experienced as antisemitic by many Jews, as is true of imagery that portrays Israelis as Nazis. It would be inappropriate to give no weight whatsoever to the reactions of the groups that feel targeted. A message to this effect could be included in an announcement about the advisers to Claudine about antisemitism. I think this is the first topic they should tackle — when is speech antisemitic. We'll be discussing this soon.

Best,

Alan

-----Original Message-----
From: Gay < >
Sent: Sunday, October 22, 2023 11:24 AM
To: Pritzker, Penny >; O'Dair, Katherine G. < >
Cc: Tim Barakett < >; Goodheart, Marc < >; Garber, Alan M
< >; AG77 < >

THIRD RASSBACH DECLARATION EXHIBIT 3

HARVARD CONFIDENTIAL TREATMENT REQUESTED. ALL RIGHTS RESERVED          HRVD-CEW-FEB16-00011739

418

**Addressing the Breakdown in Disciplinary Processes**

Columbia University's Rules of University Conduct are designed to maintain an respectful and productive academic environment. The Rules explicitly forbid such acts such as shouting down speakers, blocking access, occupying offices, disrupting educational activities, and concealing one's identity when confronted by university representatives. Yet, these things keep happening. Our campus culture now has a "default expectation" that rules are not enforced and actions no longer have consequences.

**Analysis**

The root cause of this problem is the broken enforcement mechanism. The Rules Administrator (currently Ann Thornton, Vice Provost and University Librarian) plays a "facilitating" role. She accepts complaints, gathers evidence, advises parties of their rights and of the process, etc. She has no sanctioning or adjudicatory power, which belongs solely to the University Judicial Board, which is appointed by the University Senate's Executive Committee and is comprised primarily of faculty and students.

Publicly, the faculty will say that administering discipline is an untouchable faculty prerogative. Privately, many will admit that the system is broken because there are severe social repercussions for faculty members who vote in favor of suspending or expelling a student. The same is true for students. As a result, the Rules Administrator often does not bring charges under the Rules, even when they are warranted.

We have reason to believe (but cannot confirm) that in the past five years, precisely zero cases have been brought to the UJB—although several may have gone through lesser channels. A detailed summary of the findings and results of disciplinary cases was one of the items requested by the House Committee on Education and the Workforce's letter of February 12, 2024.

**Proposed Resolution**

The way to resolve this inherent conflict and broken system is to remove or dilute the faculty's burden of "sanctioning" responsibilities. This could take the form of transitioning the UJB to an "advisory" body (with sanctioning power held separately by administration), or of adding seats to the UJB such that administration comprises a majority. The wholesale dissolution of UJB is also a possibility, although not recommended.

We believe many faculty would privately be relieved for this to happen—even though, in public, they (and their leaders in shared governance forums) would be obliged to fiercely defend their prerogatives.

\* \* \*

The above analysis and recommendation would resolve the currently untenable situation where faculty insist on their exclusive power to administer discipline, but at the same time are heavily disincentivized from doing so. This has, over time, created an expectation that "rules don't matter" and "actions don't have consequences", which has in turn contributed to the systemic breakdown of disciplinary processes and of a healthy academic culture on campus. This cannot continue.

THIRD RASSBACH DECLARATION EXHIBIT 3

419

CONFIDENTIAL

LIONMAIL
@COLUMBIA

PII

## NOTICE OF INVESTIGATION PURSUANT TO RULES OF UNIVERSITY CONDUCT

| PII | Fri, Jun 28, 2024 at 12:56 PM |
| To: PII | |

To:     **PII**
        Subject: NOTICE OF INVESTIGATION PURSUANT TO RULES OF UNIVERSITY
        CONDUCT
Date:   June 28, 2024

Via Electronic Mail

Dear PII :

I am writing in my role as the University's Assistant Rules Administrator regarding your involvement in a potential violation of the Rules of University Conduct (the "Rules"). Specifically, I am writing to inform you that an investigation has begun regarding your alleged involvement in entering and occupying Hamilton Hall, without prior authorization, and damaging University property on or about April 30, 2024.

Based on an initial review of this incident, the following violations of the Rules may be applicable. As the investigation proceeds, other violations may be identified. Section 443 of the Rules provides that "[a] person is in violation of these Rules when such person":

- Rule 1 (simple): "engages in conduct that places another in danger of bodily harm";
- Rule 2 (serious): "causes or clearly attempts to cause physical injury to another person";
- Rule 3 (simple): "uses words that threaten bodily harm in a situation where there is clear and present danger of such bodily harm";
- Rule 4 (serious): "uses words in a situation of clear and present danger that actually incite others to behavior that would violate Sections 443a (2) or (6)";
- Rule 5 (simple): "causes minor property damage or loss, or endangers property on a University facility";
- Rule 6 (serious): "misappropriates, damages, or destroys books or scholarly material or any other property belonging to the University, or to another party, when that property is in or on a University facility, and by such action causes or threatens substantial educational, administrative, or financial loss";
- Rule 7 (simple): "interferes over a short period of time with entrance to, exit from, passage within, or use of, a University facility but does not substantially disrupt any University function";
- Rule 8 (serious): "continues for more than a short period of time to physically prevent, or clearly attempt to prevent, passage within, or unimpeded use of, a University facility, and thereby interferes with the normal conduct of a University function";
- Rule 9 (serious): "enters or remains in a University facility without authorization at a time after the facility has been declared closed by the University";
- Rule 10 (simple): "enters a private office without authorization";
- Rule 11 (serious): "holds or occupies a private office for his own purposes";
- Rule 12 (simple): "causes a noise that substantially hinders others in their normal academic activities";
- Rule 13 (simple): "briefly interrupts a University function";
- Rule 14 (serious): "disrupts a University function or renders its continuation impossible".

THIRD RASSBACH DECLARATION EXHIBIT 3

It is important to note that an extension request for the investigation of this matter was made to the University Judicial Board.

I would like to schedule an interview for **July 16, 2024 at 11:30am via Zoom** to discuss your involvement with this incident. You may bring up to two (2) advisors with you to the interview. Please confirm that you are available at this time or propose alternative times for an interview, and please let me know who, if anyone, you plan to bring with you to the interview as an advisor.

You can find more information about the Rules of University Conduct, including your rights as a respondent, the investigative process, the role of any advisors you may choose to work with, and related procedures, here: https://universitypolicies.columbia.edu/content/rules-university-conduct. In particular, Section 446 of the Rules enumerates your rights as a respondent. I encourage you to review those rights carefully, as well as the Rules process generally. Please also be sure to preserve all documents and other evidence that may be relevant to this investigation.

Note that you also have the right to decline to participate in the investigative or adjudicative process. Nevertheless, the investigation will proceed without your participation, and exercising your right not to participate in the investigative process will, in most cases, preclude you from participating in any subsequent adjudication of the allegations.

If you have any questions, please do not hesitate to reach out.

Sincerely,

PII
Assistant Rules Administrator

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL

421

Columbia-HCEW-00028448







2 People

iMessage
Fri, Apr 26 at 11:31 AM

Nour & Jessica — Susan Davis here. I'll be making my way to Deering circa 12 noon. Will you be there?

Just tried you both by phone. Making my way back to Deering. Will look to find you there.

Jessica Winegar

 I am here sorry. Was talking with Dean Brayboy

Nour Kteily

 Hi Susan was out of pocket for a bit. I'm not on campus but can make my way over if needed

Jessica Winegar

 Shirin and I are meeting with students to discuss re opening negotiations. If you can get here that would be amazing

Nour Kteily

 Ok sounds good. It won't be immediate cause but I can aim to get there for early afternoon. Prob around 2. Ok?

Jessica Winegar

 As early as you can but def by 2

Checking in, Jessica. Can you give me

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY          NWU-CEW_00002070



2 People >

**Nour Kteily**

Ok sounds good. It won't be immediate cause but I can aim to get there for early afternoon. Prob around 2. Ok?

**Jessica Winegar**

As early as you can but def by 2

Checking in, Jessica. Can you give me an update?

**Jessica Winegar**

Going very well



**Jessica Winegar**

Important pedagogical work happening

Appreciate the time you are giving us

I'm patient by nature. Thanks for all you're doing.

**Jessica Winegar**

It's good so far

Very good i would say

**Nour Kteily**

Jessica let's manage expectations ha!

**Jessica Winegar**

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY          NWU-CEW_00002071

  

2 People >

You too. So very grateful to both of you.

Nour Kteily 

By the way, one thing that hopefully makes you happy:

The students have started a movement by what they accomplished... see https://x.com/sfmcguire79/status/1786147594768445611?s=46&t=zHAc6cTnqXZuRjJAkftiUw another deal inspired by ours (although sadly no disclosure)

And at Minnesota:

 **Message to encampment organizers sent 5-1-24.pdf**
drive.google.com

I'm trying to get the students excited about how proud they should be for what they've helped roll out across the country. NU was the very first to do so and we're now setting the example for others to build on. You'll notice many aspects of those deals follow ours.

Jessica Winegar 

 So true. It was truly historic

Fri, May 3 at 8:14 AM

Nour Kteily

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY    NWU-CEW_00002081

<u>Three Principles/Ideals</u>

Northwestern commits to the following:

1. <u>Free Speech</u>

   - Significantly reducing/eliminating tents in exchange for students having permission to remain in an authorized space at Deering for demonstration
   - Condemning doxing and the rescinding of job offers for students engaging in free speech on campus

2. <u>Transparency</u>

   - Providing information on the University's investment portfolio at the highest level of granular specification to the extent permitted by law, including sharing information requested about public equity positions
   - Disclosing the structure of the investment committee and how they make decisions

3. <u>Inclusivity</u>

   - Supporting Palestinian faculty and students at risk (funding two faculty and five undergraduates)
   - Providing immediate temporary space for MENA/Muslim students
   - Providing and renovating a stand-alone space (house) that is conducive to community building as soon as practicably possible upon completion of the Jacobs renovation (expected 2026)
   - Engaging students in a process dedicated to ensuring additional support for Jewish and Muslim students within Student Affairs/Religious & Spiritual Life

**Commented [MS1]:** Since this is the only thing the university is asking for it would be important that the tents are eliminated except for those for food/sanitation/etc.

**Commented [MS2]:** Maybe "Condemning doxing and working with employers to convince them not to rescind job offers...."

**Commented [MS3]:** Kathleen can supply approved language of Amy and Investments Chair Tim Sullivan.

**Commented [MS4]:** This language works.

THIRD RASSBACH DECLARATION EXHIBIT 3

353186435639208. iPhone 13 mini                                                           Oxygen Forensic® Detective - 16.3.1.28

⊘ 36                              Nour Kteily, ROGERSON WILLIA                              60 ⊘

Nour Kteily ◄ ████████ ►
To: ROGERSON WILLIA ◄ ████████ ►



⊘ 04/26/2024
03:22:10
AM
(UTC-5)

████

I am eager to continue to work on good ideas regardless of how things play out with the students. We should figure some positive things to do.

I agree that the meeting was frustrating. I think the challenge was that there was no real off ramp under the circumstances for either side. The students had come with little mandate to actually concede on much at all from the people they were representing, who therefore weren't privy to the points you raised. And we were all operating under a time pressure that didn't afford an opportunity to take further stock and walk people off the ledge. I will say that the broader context is one of huge frustration built up over years and years of perceived institutional bias, neglect, and mistrust in this country more broadly and in some cases at NU in particular. (For example, I think the students have extremely little trust in the board of trustees, which makes it harder to allow them to buy that a meeting with the board to engage in dialogue about disclosure will achieve the type of real progress they're hungering for)

ROGERSON WILLIA ◄ ████████ ►
To: Nour Kteily ◄ ████████ ►

1

I'm feeling quite frustrated by the meeting tonight. If the students really cared about actual divestment then they need the patience to actually do the work to make it happen. You suggested some targeted strategies that could put genuine pressure on the trustees but the students just want a quick yes or no. We could really help them but they showed zero interest. Real change requires some effort. This is why I hate the "demand" approach to social justice. The demand gets dropped on our doorstep without taking any responsibility for the feasibility of the demand or any willingness to work with us to make something happen.

04/26/2024
01:18:10
AM
(UTC-5)

I am eager to continue to work on good ideas regardless of how things play out with the students. We should figure some positive things to do.

ROGERSON WILLIA ◄ ████████ ►
To: Nour Kteily ◄ ████████ ►

1

nourkteily
Sounds good

04/26/2024
12:49:27
AM
(UTC-5)

I'm feeling quite frustrated by the meeting tonight. If the students really cared about actual divestment then they need the patience to actually do the work to make it happen. You suggested some targeted strategies that could put genuine pressure on the trustees but the students just want a quick yes or no. We could really help them but they showed zero interest. Real change requires some effort. This is why I hate the "demand" approach to social justice. The demand gets dropped on our doorstep without taking any responsibility for the feasibility of the demand or any willingness to work with us to make something happen.

Nour Kteily ████████ ► 
To: ROGERSON WILLIA ◄ ████████ ►

⊘ 04/25/2024
06:17:05
PM
(UTC-5)

████

We're on our way

Sounds good

ROGERSON WILLIA ◄ ████████ ►
To: Nour Kteily ◄ ████████ ►

1

████

We're on our way

04/25/2024
06:16:48
PM
(UTC-5)

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY                    NWU-CEW_00009279

353186435639208. iPhone 13 mini

Oxygen Forensic® Detective - 16.3.1.28

# Chats

## Private



CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY

NWU-CEW_00009283

**Short Message Report**

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 10 | Date Range: 4/27/2024 - 4/28/2024 |

**Outline of Conversations**

 **Native Messages chat (**▮▮▮▮▮**) : [Michael Schill (**▮▮▮▮▮**),Susan Davis**
**(**▮▮▮▮▮**)]** • 10 messages between 4/27/2024 - 4/28/2024 • Michael Schill (▮▮▮▮▮) • Susan Davis (▮▮▮▮▮)

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY          NWU-CEW_00009436

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **Native Messages chat (** ◼◼◼◼◼ **) : [Michael Schill (** ◼◼◼◼◼ **),Susan Davis**
**(** ◼◼◼◼◼ **)]**

| | | |
|---|---|---|
| SD | **Susan Davis** ◼◼◼◼◼ | 4/27/2024, 11:59 AM |
| | Just sent to your email. Sorry—just seeing your text from last night. | |

| | | |
|---|---|---|
| MS | **Michael Schill** ◼◼◼◼◼ | 4/27/2024, 12:30 PM |
| | Thanks. No problem | |

| | | |
|---|---|---|
| MS | **Michael Schill** ◼◼◼◼◼ | 4/27/2024, 7:38 PM |
| | Don't offer rabbi until we talk | |

| | | |
|---|---|---|
| SD | **Susan Davis** ◼◼◼◼◼ | 4/27/2024, 7:39 PM |
| | Liked "Don't offer rabbi until we talk" | |

| | | |
|---|---|---|
| SD | **Susan Davis** ◼◼◼◼◼ | 4/27/2024, 7:39 PM |
| | Headed over now. | |

| | | |
|---|---|---|
| MS | **Michael Schill** ◼◼◼◼◼ | 4/27/2024, 7:58 PM |
| | 👏👏👏. Good luck. | |

| | | |
|---|---|---|
| MS | **Michael Schill** ◼◼◼◼◼ | 4/28/2024, 1:23 AM |
| | Talked to Michael. He is ok with language | |

| | | |
|---|---|---|
| SD | **Susan Davis** ◼◼◼◼◼ | 4/28/2024, 1:23 AM |
| | Liked "Talked to Michael. He is ok with language" | |

| | | |
|---|---|---|
| SD | **Susan Davis** ◼◼◼◼◼ | 4/28/2024, 3:44 AM |
| | Update: Students are welcoming more visible security presence at encampment tonight. Bruce has deployed CSO who is in active conversation with students now on security placement. Students also made announcement for all non-affiliates to leave Deering &; no new tents. | |

| | | |
|---|---|---|
| MS | **Michael Schill** ◼◼◼◼◼ | 4/28/2024, 3:46 AM |
| | Wow. This is great news. Let's hope it lasts. | |

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY          NWU-CEW_00009437

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 3 | Date Range: 4/30/2024 |

**Outline of Conversations**

💬    **Native Messages chat (chat271146124843983305) : [Michael Schill (** ████████ **),Michael Simon (** ████████ **),Susan Davis (** ████████ **)]** • 3 messages on 4/30/2024 • Michael Schill (████████) • Michael Simon (████████) • Susan Davis (████████)

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY      NWU-CEW_00009551

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **Native Messages chat (chat271146124843983305) : [Michael Schill (**████████**),Michael Simon (**████████**),Susan Davis (**████████**)]**

MS    **Michael Simon** ████████            4/30/2024, 2:13 AM

Hi Mike and Susan - just a heads up that we are sending out a message to our community shortly. We tried to balance the massive frustration from many in our community with our need to serve entire student community and our crucial relationship with you and the University.
Meanwhile, as you may know,
ADL already released a very harsh statement
I think JUF may be issuing its own statement as well.

MS    **Michael Schill** ████████            4/30/2024, 2:47 AM

Thank you Michael. We have lots of future challenges to face together. The simple truth is the protestors came to us with four main demands— divestment from Israel, no more Israeli products, a non-Zionist rabbi, and the end of the Israel Innovation Project. We said a definitive no to all of them. We engaged them on things that we already were planning like the house and the reestablishment of the ACIR. We probably would have done the scholarships like we have done with other devastated areas. We added vague language on transparency and future conversations. I know members of the Jewish community will think we caved, but we obviously didn't and will not. I appreciate your help as we worked through some of this. Best, Mike

MS    **Michael Simon** ████████            4/30/2024, 2:48 AM

Thank you, Mike.

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY      NWU-CEW_00009552

**Opening:**

Peter

Ginni

**Michael Schill:**

- I am proud of our community for achieving what has been a challenge across the country: A sustainable, de-escalated path forward that prioritizes safety, including our Jewish community.
    - o There is not one university we can point to that has effectively done this.

- Amendments to the demonstration policy
    - o In works for several months.
    - o Finalized on Wednesday and set for Thursday at 12:30 pm release
    - o Sent out earlier as we saw tents start to be set up.
    - o Needed rules and compliance
- Our principles as we worked to bring an end to the encampment were the following:
    - o Health and safety of our entire community—all of our students (Jewish Muslim, everyone)—as well as our police, faculty, and staff.
    - o Bringing the protest within our policies with consequences for those who violate those policies.
    - o Freedom of expression, but no tolerance antisemitic or anti-Islamic intimidation or harassment.

- Thursday night we decided to begin enforcing the rule against tents at 7 am Friday. We learned that this would not be possible to do in a way that protected our students, police, our student affairs staff, our faculty who were helping. Peter and Ginni alluded to this. So, we were operating with a set of constrained choices.
    - o We also had the examples of dozens of universities where force did not end confrontations, but instead would escalate them and lead to a game of whack-a-mole.

- So on Friday night we began talking to students to seek a resolution that would bring the protest into compliance.

- The majority of the students who we spoke with were focused on political activism and did not espouse anti-semitism. Students had presented four major demands: (1) divest from Israel (2) end Israeli innovation project, (3) stop buying goods from Israel, and (4) hire a rabbi who was not a Zionist.

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY                    NWU-CEW_00018412

- Let me be clear: This agreement was NOT an abandonment of our values. We said no to <u>all</u> their requests, but then started talking about things we thought might meet their needs and would be either positive or neutral for the university.

- Importantly, we did not roll over or cave.  But we did engage in civil and respectful dialogue.

- From the beginning I had two principles to guide the conversation:
  - o  Nothing could single out Israel
  - o  Everything had to be good for the university or at worst neutral.

- In fact many of the things we agreed to such as the reestablishment of the ACIR and the house for Muslim students were things we planned to do anyway.

- Pleased to say that the tents are largely down.


**Luke:**

- Consideration of police action
  - o  The moment we got word that there were tents going up on Deering Meadow, we had police there within 15 minutes.
  - o  However, this was not feasible to prioritize the safety of the community, given limited resources
- Conversation shifted to potential disciplinary avenues **(Susan weighing in)**
  - o  This led to similar concerns about safety, implementation / effectiveness (practical reality of ID students on site)
- Observations
  - o  No other scenario where police action has achieved goals and not escalated the situation

**Kathleen:**

- **De-escalation achieved**
  - o  Encampments have been taken down, sound amplification only permitted with approval, only NU community members allowed
  - o  One of our biggest safety concerns was outside people – the requirement that people need to show ID is a big safety win (the people we thought were most problematic were from outside the university). Students and administration both happy about this
- **Discussions with students (Kathleen & Susan)**


THIRD RASSBACH DECLARATION EXHIBIT 3

- o The student representatives were comprised of a diverse group of students—3 undergraduates and 3 graduates—of different faiths, including Muslim and Jewish.
  - One of their key worries was managing more radical groups
- o When working with the students who came to the table, we were clear from the start that divesting from Israel was not possible
- o We discussed plans on Thursday night to arrest the next morning; that's when they asked if we could come back to the table
- **Agreement: No capitulation**
  - o Most noteworthy elements of the agreed upon path forward (physical space for Muslim students and re-establishment of ACIR) were actions already underway
  - o More disclosure on holdings (public anyway)
  - o Visiting scholar: Gesture of humanitarian aid (we've done that for other countries- Ukraine, etc)
  - o Core demands—around IIP and divestment—were NOT satisfied
- **Path forward**
  - o We now have leverage over students (incentivized to keep house)
  - o We are focused on student discipline (Susan)
  - o Faculty discipline
    - Discussion with Deans about class cancelations
    - Actively looking into complaints / issues with police
    - Actively looking into inappropriate speech
  - o Continued support for Jewish students
    - We have heightened security
    - Plethora of course offerings
    - Hillel & Chabad buildings

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY                NWU-CEW_00018414

Message

---

**From:** Michael H Schill [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9A1C9B60F0CC4CB48CA1B4A116C110F8-MHS017]
**Sent:** 12/29/2023 3:46:26 PM
**To:** Kathleen Hagerty
**Subject:** Fwd: Cmtee

Please do not forward. I think this isn't going to work.

Sent from my iPad

Begin forwarded message:

**From:** Tarek Elmasry <
**Date:** December 29, 2023 at 10:27:53 AM EST
**To:** Michael H Schill
**Subject: Re: Cmtee**

Ok to share with Kathleen if you trust her discretion and she won't fwd on. People are feeling vulnerable in this context as I am sure you are aware.

I can call in 20mins if works for you or later in your afternoon if works for you.

T.

**From:** Michael H Schill
**Sent:** Friday, December 29, 2023 4:13:18 PM
**To:** Tarek Elmasry <
**Subject:** [EXT]Re: Cmtee

May I share this with Kathleen?

I am in NYC today and happy to talk.

Sent from my iPad

On Dec 29, 2023, at 9:26 AM, Tarek Elmasry <                                m> wrote:

Mike

Hope you are enjoying a few days of rest and relaxation.

I've been going back and forth with Nour and others trying to understand their concerns give them some comfort. Per the note below, I have not succeeded (yet). Nour, Reema amd another have understandable concerns and are feeling the brunt as v visible members of the Arab/muslim community at NU.

Independent of their roles/visibility, the suggestions Nour makes below make good sense to me. Do you agree?

THIRD RASSBACH DECLARATION EXHIBIT 3

I had previously made the suggestions of a) separate cmtee on anti Muslim/arab hate (the Yale and other model) b) different co-chair that would give the cmtee more credibility, (though I guess that matters who you are seeking credibility with). I am not sure how you thought about those suggestions, since I didn't get a response to my note. Maybe we can discuss that live. I can be more help to you and NU broadly, by understanding the principles you are operating with and bringing others along.

Appreciate you not fwding this note along and look fwd to talking early next week. I haven't seen a time land yet, but will be flexible Tuesday-Friday next week.

T.


**From:** Nour Sami Kteily
**Sent:** Monday, December 25, 2023 6:44 PM
**To:** Tarek Elmasry
**Subject:** [EXT]

Dear Tarek,

I hope this note finds you and your family enjoying a restful holiday season.

I'm sorry to bother you during the holidays, but I thought I would write you about my feelings related to the committee on Antisemitism and Hate that I know we've both been invited to.

As someone who has a broad view of the university we both care about and whose perspective I really value, I'd also very much appreciate getting your thoughts and input.

Since I received the invitation, I've been taking the time to really mull things over, and have had conversations with various people in the community to become better informed on the lay of the land in terms of how people perceive this initiative and the likely membership of the committee. In principle, I would like to be of service to the Northwestern community and to Mike. I also want to make sure that I am participating in the initiative only if it has a real chance of effecting positive change and is not subject to undue political pressure.

**Some background:**

Since the announcement of the committee, I have had three inter-related misgivings:

1. As I mentioned to Mike and Kathleen both prior to receiving the invitation and since, I believe that setting up the committee as one focused on "anti-semitism and other hate" is problematic, insofar as it fails to name (in the title) Islamophobia or anti-Palestinian hate and therefore comes across as lumping all other forms of hate as secondary to anti-semitism. Particularly at a sensitive time like this when many Arabs and pro-Palestinian students are feeling distinctly unsafe and unsupported, I worried then (and now) that the structure of this committee would make them feel second-class.

2. In talking to Arab and/or pro-Palestinian students, faculty, and staff, the majority view I've heard is that they feel that the administration's choice to name the committee as they did was a result of political pressure. This raises concerns about the output of the committee.

THIRD RASSBACH DECLARATION EXHIBIT 3

3. Compounding this, community members have also viewed the decision to name Effi Benmelech as a co-chair as deeply concerning given his background as a soldier in the IDF and his research on the strategic efficacy of home demolitions in Palestine. (On a personal note, I will say that although I don't agree with him on everything, I've found him to be reasonable in a recent conversation about the committee).

For these reasons, I actually advocated to Mike and Kathleen for following the example of Stanford and Yale (and, I've heard, likely MIT) in setting up separate committees for each of Antisemitism and Islamophobic/Anti-Arab hate. I believe that would have given the Arabs and Muslims on campus more confidence that the administration cares equally about their concerns and safety. They heard me out, but ultimately decided to stick to the current format.

**Factoring in views from other invitees as well as my own learnings about the committee:**

So, given that it will be just this one committee, I've had to think about whether or not to join. As I told Mike + Kathleen, I am concerned by the prospect of being a token Arab/Palestinian on a committee that has a strong bent towards arriving at a particular set of conclusions about things like treating legitimate criticism of Israel as anti-semitic.

In trying to assess whether it makes sense to join, I've had conversations with each of Mike + Kathleen, Dean Brayboy, and Effi, as well as with a few of the other members that I know have been invited. After learning more about the composition of the committee and discussing with certain other invitees, I am feeling even more concerned. To be frank, I am currently leaning against joining. And, I know that the same is true for several others, including Jessica Winegar, whose presence on the committee I consider very important given her MENA expertise.

Here is my best understanding of the committee today. Out of roughly 16 invitees to date:

- There are 3 Arab, Muslim, or Palestinian members (including the two of us), as well as 1 non-Arab/Muslim faculty member who could be described as sympathetic to the Palestinian perspective. To my knowledge, the third Arab invitee is very unlikely to join.
- There are at least 8 Jewish, Israeli, or Zionist members. Importantly, I know of 0 invitees who are Jewish but openly critical of Israel (in my view, a critical perspective when discussing anti-semitism)
- Whereas the President of Hillel (a religious-political organization) has been invited, in addition to a pro-Israel student who regularly attends Hillel, there is not, to my knowledge, commensurate representation from a religious or political organization on-campus like SJP or the MENA Students Association (or even Muslim Students Association)

At first glance, the relative representation comes across as imbalanced. I worry about the ability of those who might represent a numerical minority perspective to have their voices adequately heard.

Additionally, I see two gaps as related to the composition of the invitee list:

- There are no experts on the topic of free speech
- There is a relative lack of scholarly expertise on the MENA region or on topics like anti-semitism and Islamophobia core to the charge of the committee

**Ways to make this work:**

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY          NWU-CEW_00000644

Rather than simply saying no, I've been trying to think about the changes that would make me and some of the other invitees I'm in contact with more inclined to join. To organize my thinking and to be clearer, I've enumerated some of these below, broken out into three categories.

Category 1: Committee composition

A- I think it is key that the committee includes a Jewish person who would identify themselves/be identified by others as critical of Israel. One of the things that anti-Zionist Jews often express is that the conflation of anti-Zionism with anti-semitism leaves them feeling disenfranchised *as Jews.* Seeing as the goal of this committee is at least in part to protect the safety of the Jewish community on campus, it seems incumbent on the committee to have that perspective represented in any discussions about the contours and impact of anti-semitism. Indeed, because it is specific to the Jewish experience, I believe this perspective is one that cannot be fully channeled by non-Jews.

- One possibility would be to include a Jewish representative critical of Israel who is **also** a renowned expert on MENA-relevant issues (a boon for a committee like this one). There are at least two such people I can think of who fit the bill: Wendy Pearlman (a Jewish professor of Political Studies and MENA Studies) and Elizabeth Hurd (a Jewish professor of Religious Studies, Political Studies, and MENA Studies).

B- Given that the committee will be required to ultimately grapple with potential tradeoffs between feelings of safety among the student body and freedom of speech, I think it is important that the committee includes an expert on and advocate for freedom of speech. One great option would be Heidi Kitrosser at the law school; she's an expert on the first amendment. I am sure there are others.

C- Given that the committee will, to my knowledge, include both the President of Hillel and a student who attends there, I think it is incumbent on it to also include student representation from a student group that is concerned with anti-Arab and/or Islamophobic hate. I think that ideally this would be representation from SJP given their involvement in some of the controversial debates on campus. But if that is, for some reason, untenable, I think representation from the MENA Student Association and/or the Muslim Student Association would be appropriate. I also think it would be appropriate to include the Muslim Chaplain at Northwestern, Tahera Ahmad.

Category 2: Committee processes

The ultimate goal of the committee is to provide Mike with a series of recommendations on how we can address anti-semitism and other forms of hate on campus. Given the gravity of the issues at hand, I think it is imperative that any formal recommendations represent a consensus or near-consensus view. The committee can achieve this by ensuring that any formal recommendations are approved by both co-chairs as well as 2/3rds of the committee.

Category 3: Data-gathering

There's been a lot of speculation about the relative prevalence of issues like anti-semitism and anti-Arab or Islamophobic hate, fear, and self-censorship on campus. To ensure that we are dealing with facts and data rather than speculation or anecdote, it feels imperative to begin our work by conducting a quantitative representative survey of our community. I think it would be great if Mike would commit to commissioning this, with input on the survey composition from the committee members.

Speaking for myself, these changes would go a very long way towards convincing me that I should participate in this initiative. My sense is that the same is true for other invitees. Perhaps more importantly, I also believe that these changes would greatly enhance the Northwestern community's perceptions of the legitimacy of this

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY                    NWU-CEW_00000645

Message

| | |
|---|---|
| **From:** | Michael H Schill [ ▮ ] |
| **Sent:** | 4/28/2024 1:11:05 AM |
| **To:** | Lesley-Ann Brown-Henderson [ ▮ ]; Kathleen Hagerty [ ▮ ] |
| **CC:** | Susan M Davis [ ▮ ]; Nour Sami Kteily [ ▮ ]; Jessica R Winegar [ ▮ ] |
| **Subject:** | RE: Three Principles 4.27.24 |
| **Attachments:** | Three Principles 4.27.24.docx |

Here are my comments. I think we are close. Kathleen can supply the public company disclosure info that has been approved.

My biggest sensitivity is the last one. The way it is worded works. More will be a problem.

Thank you.

**From:** Lesley-Ann Brown-Henderson [ ▮ ]
**Sent:** Saturday, April 27, 2024 7:22 PM
**To:** Michael H Schill < ▮ >; Kathleen Hagerty < ▮ >
**Cc:** Susan M Davis < ▮ >; Nour Sami Kteily < ▮ >; Jessica R Winegar < ▮ >
**Subject:** Three Principles 4.27.24

Mike and Kathleen,

Attached is the document that Susan, Nour, and Jessica worked on.

Best,

Lesley-Ann

Lesley-Ann Brown-Henderson, Ph.D  (she, her, hers)
Assistant Vice President and Chief of Staff
Division of Student Affairs
Northwestern University
Crown West Tower
Evanston, IL 60208
Fax: 847.467.2523

**Focus • Achiever • Relator •Learner •Responsibility**

"When I dare to be powerful-to use my strength in the service of my vision, then it becomes less and less important whether I am afraid" –Audre Lorde

THIRD RASSBACH DECLARATION EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY          NWU-CEW_00001474

Message

| | |
|---|---|
| **From:** | Kathleen Hagerty [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F7BB1F8410C3494D87B9E3EC695D3306-KHAGERTY] |
| **Sent:** | 5/2/2024 5:25:46 AM |
| **To:** | Francesca Cornelli [ |
| **Subject:** | Nour |

Dear Francesca

I wanted to write to tell you how fantastic Nour has been. Nour has been an unbelievable asset in our attempt to resolve the situation with the students without violence. He spent an incredible number of hours teaching a very disorganized and upset group of students how to organize themselves and gave them the tools to turn an incredibly negative situation into something positive. I know we are being criticized by many for taking this approach. We had a very rough meeting with the trustees last night and we get a million angry emails every day. Our students who chose to compromise are being pilloried as sellouts. We chose a more idealistic path with the help of a lot of people who are looking for a constructive path forward. Unfortunately, there are a lot of people who aren't in that place. Today was a disaster but I'm still hopeful. I don't know if any of this will work but I'm grateful that with Nour's help we had the opportunity to least try. I know things are too polarized to recognize how the skills taught in Kellogg can make a difference but I wanted you to know. Here a link to an article in Time https://time.com/6973340/northwestern-universitys-deal-student-protesters-negotiations/

Kathleen

Get Outlook for iOS

CONFIDENTIAL TREATMENT REQUESTED BY NORTHWESTERN UNIVERSITY                    NWU-CEW_00030652

440