# Exhibit 7

Third Declaration of Eric Rassbach

# UCLA Interim Policy 850: General Use of UCLA Property

| | |
|---:|:---|
| Issuing Officer: | Administrative Vice Chancellor |
| Responsible Department: | Administrative Vice Chancellor's Office |
| Effective Date: | September 4, 2024 |
| Supersedes: | UCLA Regulations on Activities, Registered Campus Organizations, and Use of Properties, dated 9/25/2017 |

I. **PURPOSE & SCOPE**
II. **DEFINITIONS**
III. **POLICY STATEMENT**
IV. **GENERAL USES OF UCLA PROPERTY**
V. **ADMINISTRATIVE EXCLUSION FROM UNIVERISTY PROPERTY**
VI. **EXCULSION FROM UCLA PROPERTY DURING A STATE OF EMERGENCY**
VII. **REFERENCES**
VIII. **ATTACHMENTS**

## I.     PURPOSE & SCOPE

This Policy and related policies and procedures ("Use Policies") implement various provisions of the University of California Policies Applying to Campus Activities, Organizations, and Students ("University Policies") issued by the President of the University of California. These Use Policies govern the use of UCLA Property.

This Policy and the following Use Policies authorize certain uses of UCLA Property and establish procedures for such uses:

1. UCLA Policy 852: Public Expression Activities
2. UCLA Policy 860: Organized Events
3. UCLA Policy 862: Major Events

In addition to this Policy and related Use Policies, Non-Affiliates must comply with The Regents of the University of California's Regulations Governing Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California ("Regulations"), see Section VII. References. For sections in the Regulations that require prior approval by a Designated University Official that is not designated in this Policy, contact the UCLA Events Office.

Individuals on UCLA Property or in attendance at an Official University Function or Organized/Major Event, assume an obligation to conduct themselves in a manner compatible with the University's responsibilities as an educational institution. This means that all persons are responsible for complying with applicable University and UCLA policies. The Use Policies are designed to protect and promote the rights of members of the University, prevent interference with UCLA functions or activities, and assure compliance with all pertinent laws and other applicable University Policies.

## II.     DEFINITIONS

For purposes of this Policy:

See Attachment A.

### III. POLICY STATEMENT

For the benefit of all individuals on UCLA Property, Students, Employees, and Non-Affiliates are expected to conduct themselves in a manner conducive to the achievement of UCLA's mission of teaching, research, and public service and in accordance with this Policy, related Use Policies and any other relevant University and UCLA policies. Violation of University or UCLA policies may subject a person to legal penalties; if the person is a Student or Employee, that person may also be subject to discipline in accordance with University and UCLA policies and any relevant collective bargaining agreements.

The University derives its basic authority from the State of California Constitution, Article I, Section 9. All pertinent federal, State, and local laws and University and UCLA policies are in force on UCLA Property and policies may be enforced by Designated University Officials and laws may be enforced by off-campus agencies.

### IV. GENERAL USE OF UCLA PROPERTY

#### A. Prohibited Uses/Conduct on UCLA Property

Individuals on UCLA Property may *not*:

1. block entrances to or otherwise interfere with the free flow of campus traffic (pedestrian or vehicular) into and out of campus facilities, or along walkways or roadways;
2. knowingly and willfully interfere with the peaceful conduct of activities or another individual's ability to participate in their educational program on UCLA Property;
3. delay or linger without lawful purpose for being on UCLA Property and for the purpose of committing a crime or violation of these policies or laws;
4. engage in the production of amplified or non-amplified sound that substantially disrupts campus activities as provided in section IV.C.7 of this Policy;
5. erect any Temporary Structure or encampment on UCLA Property, except in accordance with UCLA Procedure 850.1;
6. Camp overnight (between the hours of midnight and 6am), except as part of an Official University Function, Organized or Major Event and in compliance with the rules of that official function or event;
7. engage in abusive, threatening, harassing, or intimidating conduct, as defined in UC Policy Abusive Conduct in the Workplace, UC Anti-Discrimination Policy, and UC Sexual Violence and Sexual Harassment Policy, toward any person
8. exhibit disorderly or lewd conduct as defined by law;
9. urinate or defecate in any place on UCLA Property other than a designated restroom or other facility designated for the sanitary disposal of human waste;
10. participate in a disturbance of the peace or unlawful assembly;
11. use, possess, sell, or manufacture narcotics or illegal drugs;
12. use, sell, advertise, promote or distribute marijuana or tobacco on UCLA Property (see UCLA Policy 810 for additional restrictions and research exceptions);
13. use or possess any prohibited weapons or incendiary or destructive devices (see UCLA Policy 131);
14. provide alcohol to anyone under the age of 21;
15. bring animals on campus contrary to UCLA Policy 135;
16. fail to comply with the directions of a Designated University Official acting in the performance of their duties;

17. rummage through or remove any discarded item from any waste can, trash can, dumpster, recycling container, or any designated University waste or recycling center without authorization from Facilities Management;

18. engage in the damage, destruction, theft or misuse of UCLA Property or equipment;

19. conceal one's identity with the aim of intimidating any person or group, or for the purpose of evading or escaping discovery, recognition, or identification in the commission of violations of University or UCLA policies or State, municipal or federal laws;

20. disturb plants and wildlife in any way, including climbing or placing objects in trees or bushes or attaching items to them;

21. place, affix, or apply (except as provided for in this Policy and in UCLA Policy 852: Public Expression Activities) any sign, poster, banner, flag, or similar display, paint, chalk or ink messages to UCLA Property buildings and structures, including but not limited to the following: walls, windows, floors or other surfaces of UCLA Property buildings or structures, streets, walkways, utility poles, construction fences, trees or shrubbery. See section IV.C.3&5 for permitted uses; and

22. place, affix, or apply (except as provided for in this Policy and in UCLA Policy 852: Public Expression Activities) any sign, poster, banner, flag, or similar display, paint, chalk or ink messages inside UCLA Property buildings and structures where such displays are placed, attached, or affixed in a manner which makes the display clearly visible to the outside. Displays inside UCLA Property buildings and structures that are not clearly visible to the outside or otherwise permitted by University/UCLA policy may be displayed only in compliance with all applicable departmental and building policies related to attaching, displaying or affixing items to walls or other surfaces of UCLA Property. Where departments and/or buildings do not have such policies, placing, affixing or applying must be approved by the University Unit head in a viewpoint-neutral manner and consistent with this Policy and related University and UCLA policies. See section IV.C.3&5 for permitted uses.

**B. Required Identification**

All persons on UCLA Property are required, for reasonable cause, to identify themselves to, and comply with instructions of Designated University Officials acting in the performance of their duties.

**C. Restricted Uses of UCLA Property**

The following uses of UCLA Property are limited and/or prohibited unless prior written approval has been granted in accordance with this Policy and/or other applicable policies:

1. Time of Use

Between the hours of midnight and 6:00 a.m., paved pedestrian walkways and lawns on UCLA Property are closed to all activities except coming and going to/from a University building, crossing the campus, or as part of an Official University Function, Organized or Major Event.

2. Specific Facilities/Areas

   a. University Residence

   The University Residence building and grounds are intended only to be: (a) the home of the Chancellor and family; and (b) the venue for periodic special University events hosted by the Chancellor. The University Residence, while on the main UCLA campus, is not intended to be generally accessible to the University community or to the general public, except by invitation or by permission of the Residence Manager, the Chancellor, or the Associate of the Chancellor.

   b. Faculty Club

   The dining rooms and meeting rooms of the UCLA Faculty Center building are restricted to members of the UCLA Faculty Center Association, Inc., their guests, and invitees attending scheduled events held inside the Faculty Club building.

c. Luskin Conference Center/Inn at UCLA

The dining rooms, meeting rooms, and guest rooms of the Luskin Conference Center and the Inn at UCLA are restricted to their registered guests, invitees attending scheduled events, and restaurant patrons.

d. Facilities/Areas for Instructional and Non-Instructional Use

Not all UCLA Property is available for reservation or request for non-instructional purposes and specific facilities have been approved for academic purposes. Except in general assignment classrooms, Deans and Provosts have the right to set priorities for the scheduling of the use of their respective department facilities. Organized/Major Events in these areas may be held only in accordance with UCLA Policy 860: Organized Events or UCLA Policy 862: Major Events. When Organized/Major Events are held in these areas, they are considered "limited Public Fora."

The Office of the Registrar is responsible for the scheduling of general classroom assignment facilities, see [UCLA Policy 870](). Organized/Major Events in these areas may be held only in accordance with UCLA Policy 860: Organized Events or UCLA Policy 862: Major Events. When Organized/Major Events are held in these areas, they are considered "limited Public Fora."

Priority for the use of UCLA Property will be given to University Units and Registered Campus Organizations.

e. On-Campus Housing Community

On-Campus Housing Community is governed by all applicable University and UCLA policies and will additionally be subject to specific regulations as established by Residential Life, see
https://reslife.ucla.edu/rules/on-campus-housing-regulations#d8

f. Areas for Public Expression

Areas for Public Expression are "designated Public Fora." These areas are made available for Public Expression Activities as outlined in UCLA Policy 852: Public Expression Activities. Areas of campus other than Areas for Public Expression are not "designated Public Fora."

g. UCLA Health Facilities

UCLA Health is an integral part of the UCLA campus and its properties are governed by all applicable University and UCLA policies and will additionally be subject to specific regulations established by UCLA Health.

3. <u>Posting, Displaying, and Distributing Non-Commercial Literature</u>

Posting, displaying, or distributing any material or literature in the On-Campus Housing Community, the UCLA Health System, or Areas for Public Expression, must be in accord with this Policy, UCLA Policy 852: Public Expression Activities, and the specific regulations applicable to those areas. See ResLife Regulations: https://reslife.ucla.edu/regulations#d8; and UCLA Health System Policy 0318.

a. Posting and Displaying Posters, Signs, Banners, and other similar Displays

Posters, signs, banners, and other similar displays, including sign-boards (self-standing A-frames) and literature may be posted and/or displayed on UCLA Property only as provided below:

  i. In accordance with Section IV.A.21&22 above.
  ii. Individuals and groups may post literature, signs, or announcements on interior digital and interior non-digital displays operated by University Units in accordance with the University Unit's regulations concerning such boards. Such regulations must be viewpoint neutral and applied only on a viewpoint-neutral basis. Where University Units do not have such regulations, postings must be approved by the University Unit in a viewpoint-neutral basis and consistent with this Policy and related University and UCLA policies.
  iii. To maintain a uniform standard of aesthetics for UCLA Property, the UCLA Campus

      Architect must approve all outdoor and outdoor facing digital or non-digital displays not associated with an Organized/Major Event. Approval must be given or refused only on a viewpoint-neutral basis.

    iv. Instructors may post communications related to their academic programs that is not protected by the Family Educational Rights and Privacy Act (FERPA) on their own door.

    v. Individuals and groups may place posters, signs, banners, or other similar displays (including sign boards and directional event signs), or literature advertising an Organized/Major Event or Official University Function only in locations authorized by the appropriate campus venue and/or the UCLA Events Office. See UCLA Policy 860: Organized Events or UCLA Policy 862: Major Events. All items must also be promptly removed following the event.

    vi. Registered Campus Organizations (RCOs) and Authorized Student Governments may have signboards (self-standing A-frames) on UCLA Property not related to an Organized/Major Event as long as doing so complies with UCLA Procedure XXX: Signboards on UCLA Property (Add Updated Link).

    vii. University Units and Faculty Club must obtain approval from UCLA Events Office to have signboards (self-standing A-frames) on UCLA Property not related to an Organized/Major Event.

    viii. ASUCLA may post and display posters, signs, banners, (not related to an Organized/Major Event), and other similar displays in or adjacent to ASUCLA-Operated Properties in accordance with this Policy.

    ix. Authorized Student Government campaign signs may be placed along "election walk" (the area north of Bruin Walk and west of Powell library) in accordance with the respective Authorized   Student Government Election Board's specifications. Candidates must remove their signs within 48 hours after their participation in the election has concluded.

    x. In accordance with ASUCLA banner guidelines, RCOs, Authorized Student Governments, and University Units may request to reserve the following banner locations through ASUCLA Events Services:

        a. the banner space that spans between the UCLA Store and the Student Activity Center at the beginning of East Bruin Walk, and

        b. the internal facing banner space attached to the bridge on the second floor connecting Kerckhoff Hall and Ackerman Union.

    Reservation requests will be approved or denied only on a viewpoint-neutral basis.

    xi. UCLA Strategic Communications controls the banner spaces along the street and walkway light poles within UCLA Property and will control the displays and messages on those spaces in its sole discretion.

    xii. Posters, signs, banners or other similar displays, including sign-boards and literature announcing any Official University Function or Organized/Major Event must provide accurate information about the details of the function or event, including the time, location, speakers, and ticketing requirements.

    xiii. Posters, signs, banners, or other similar displays, including sign-boards and literature advertising any Official University Function or Organized/Major Event for which a donation is requested must make clear that such a donation is not required as a condition of admission nor may a specific amount of donation be indicated.

b. Transporting Posters, Signs, Banners, Flags, and other similar Displays

Except as provided in this Policy and UCLA Policy 852: Public Expression Activities, all posters, signs, banners, flags, and other similar displays must be hand carried and not in any way affixed, fastened, or

attached to the premises; they may not be self-supporting and placed for display; nor leaned against any wall, partition, or other UCLA Property.

The sizes and restrictions of posters, signs, banners, flags, and other similar displays must be in accordance with the Section 100014 of the Regulations and Los Angeles Municipal Code Section 55.07.

c. Distribution of Non-Commercial Literature

Non-Commercial Literature may be distributed only as provided below:

i. <u>On Areas for Public Expression (Designated Public Fora)</u>

Individuals may distribute Non-Commercial Literature only on Areas for Public Expression (see Policy 852: Public Expression Activities, Attachment A: Map) provided that:

  a. the free flow of pedestrian or vehicular traffic at any point is not obstructed;
  b. literature or materials are not forced upon others;
  c. literature is not placed on or in vehicles parked on UCLA Property; and
  d. all individuals will be responsible to ensure that their literature does not litter the area; and literature advertising any on-campus program for which a donation is requested must make it clear that such a donation is not required.

To use tables, booths, and other like structures and portable displays to facilitate distribution in the Areas for Public Expression, prior approval is required by the UCLA Events Office and if approved, tables or portable displays must be attended at all times by the individuals or groups sponsoring the distribution. Approval will be given on a first come, first served basis, based on the Interference Criteria and be given or refused only on a content-neutral basis and viewpoint-neutral basis.

ii. <u>On areas of UCLA Property other than Areas for Public Expression</u>

Areas of UCLA Property other than Areas for Public Expression are not designated Public Fora.

RCOs, Authorized Student Governments, University Units, Support Groups, and Employee Organizations may distribute Non-Commercial Literature in buildings or programs on UCLA Property that are not Areas for Public Expression only in accordance with the following provisions:

  a. compliance with the restrictions stated in Section IV.C.3 of this Policy; and
  b. literature may be distributed in rooms or areas reserved for meetings or programs only by the RCO, Authorized Student Government, University Unit, Support Group, or Employee Organization that has reserved the room or area.

The Event Organizer of an Organized/Major Event may distribute literature at their event as approved by the appropriate campus venue and/or the UCLA Events Office or SOLE.

Except as provided in this Policy, no individual may distribute literature in buildings on UCLA Property.

4. <u>Commercial Activities</u>

The campus prohibits non-University commercial activities on campus except by special arrangement by a formal written agreement with the appropriate Designated University Official. In order to determine the appropriate Designated University Official, contact one of the following:

  a. SOLE for activities organized by an RCO and Authorized Student Government;
  b. UCLA Events Office for non-RCO and non-Authorized Student Government organized activities; and
  c. Residential Life for activities in On Campus Housing Community.

The fact that an individual may be paid to circulate petitions or distribute literature does not by itself make the circulation or distribution a commercial activity.

Marketing of credit cards must comply with the *UC Policy and Supplemental Guidelines on the Marketing of Credit Cards to Students* (see https://policy.ucop.edu/doc/2710541/PACAOS-Appendix-D).

5. <u>Posting, Displaying, or Distributing Commercial Literature or Products</u>

Commercial literature or products may be distributed on UCLA Property only after prior authorization by a formal written agreement with the appropriate Designated University Official. In order to determine the appropriate Designated University Official, contact one of the following:

   a. SOLE for activities organized by RCO's and Authorized Student Governments;

   b. UCLA Events Office for activities organized by non-RCO's and non-Authorized Student Governments;

   c. ASUCLA for commercial literature or products distributed on ASUCLA-Operated Property; and

   d. Residential Life for activities on On-Campus Housing Community.

RCOs, Authorized Student Governments, University Units, Employee Organizations, and Support Groups may, however, distribute material incidental to their purposes at their own meetings and programs.

6. <u>Food and Drink</u>

Food, drinks, and other ingestible items may be sold or distributed on UCLA Property (whether inside or outside an Area of Public Expression) only in accordance with the following provisions:

   a. Public Events

   For Public Food Events, food, drinks, and other ingestible items may not be sold or distributed on UCLA Property, unless the following conditions are met:

   i. Authorized by the appropriate Designated University Official, the UCLA Events Office for non-RCO and non-Authorized Student Government organized activities, SOLE for activities organized by an RCO and Authorized Student Government, and Residential Life for events on On-Campus Housing Community; and

   ii. Obtain a temporary food permit, in accordance with EH&S' *Guidelines for Food Safety at Temporary Events*, that is required to sell or give away food or drink on campus, unless one of the following exemptions applies:

   (a) all aspects of food service are handled by a caterer (see Caterers below); or

   (b) the event is limited to a Private Food Event.

   In accordance with the conditions above, RCOs, Authorized Student Governments, University Units and Non-Affiliates will be allowed up to four (4) approved days per academic year for Public Food Events.

   b. Private Food Events

   For casual gatherings or events with food at Private Food Events, (i.e., providing refreshments for meetings or department potlucks) a temporary food permit is not required, see EH&S' *Guidelines for Food Safety at Temporary Events.*

   Private Events must comply with the campus venue policies.

   c. Caterers

   Caterers must have valid health permits. Prior approval is required from ASUCLA Catering in order to utilize caterers other than ASUCLA Catering to distribute food or drink inside ASUCLA-Operated Properties. Prior approval is required from Housing & Hospitality Services (HHS) and/or the Office of Residential Life (ORL) in order to utilize caterers other than UCLA Catering to distribute food or drink inside HHS/ORL managed facilities. Other campus venue locations may have additional restrictions related to food and drink services.

    d. Alcoholic Beverages

No person may drink or consume any alcoholic beverage, or possess an alcoholic beverage outdoors, in an open container on UCLA Property, except as an invited guest at an approved Organized/Major Event, Official University Function, or within the boundaries of a permitted restaurant.

No person under the age of 21 may drink or consume any alcoholic beverage, or possess an alcoholic beverage in an open container on UCLA Property.

Consumption of alcoholic beverages at an Official University Function or Organized/Major Event are also subject to the terms of the *UCLA Alcohol Policy*. Add Link

Possession, consumption, or distribution of alcoholic beverages within or on grounds immediately adjacent to the On Campus Housing Community are subject to the terms of the UCLA On Campus Housing Student Handbook.
(see: https://reslife.ucla.edu/rules/on-campus-housing-regulations)

7. Amplified and Non-Amplified Sound

    a. Approval to use Amplified Sound

In order to avoid noise that substantially disrupts campus activities or operations, to use amplified sound on UCLA Property, prior approval is required by one of the following:

      i. SOLE, for activities organized by RCO's and Authorized Student Governments;
      ii. UCLA Events Office, for activities not organized by an RCO or an Authorized Student Government;
      iii. Residential Life for activities on On Campus Housing Community; and/or
      iv. Campus Venue Manager for activities in areas under their control.

See UCLA Policy 852: Areas for Public Expression for permitted use of amplified sound on the Areas for Public Expression.

Approval will be based on the Interference Criteria and given or refused only on a content-neutral basis and viewpoint-neutral basis.

    b. Amplified and Non-Amplified Devices

Hand-held or portable amplification (examples include but are not limited to: bullhorns, portable amplifiers, portable speakers, etc.) are considered sound amplification devices under this Policy and all amplified sound is subject to the sound level limitations outlined in this Policy.

Non-amplified actions such as but not limited to drums and manual noise makers are considered amplified sound under this Policy and is subject to the sound level limitations outlined in this Policy.

    c. Sound Levels

It is the responsibility of the approved user (individual or group) of the amplified and non-amplified sound not to exceed 85 decibels (pursuant to the California Code of Regulations, Title 8, Section 5097) , 25 feet from the amplified or non-amplified sound source or otherwise substantially disrupt campus operations.

This section does not apply to certain approved outdoor Official University Functions or Organized/Major Events, for example but not limited to concerts, festivals, or Division of Intercollegiate Athletics activities and University sponsored and approved activities including but not limited to the marching band, that may go over 85 decibels. The UCLA Events Office will monitor complaints from these events/activities and recommend appropriate adjustments.

8. <u>Marching Associated with a Public Expression Activity</u>

Marching on UCLA Property associated with a Public Expression Activity may occur throughout outdoor hardscape spaces on UCLA Property not otherwise reserved for other activities, and in accordance with this Policy, UCLA Use Policies, and University policies. Amplified sound is not permitted during the marches and the marches must be constantly moving. Gathering locations are permitted in the Areas for Public Expression in accordance with UCLA Policy 852: Public Expression Activities and gathering locations outside these areas are permitted in accordance with the UCLA Policy 860: Organized Events or UCLA Policy 862: Major Events.

9. <u>Use of the UCLA Name, Seal, and Trademarks</u>

The use of the UCLA Marks (collectively refers to the UCLA campus names, primary logos, seal and trademarks) that is not expressly authorized in UCLA Policy 110 requires approval from the appropriate University official as outlined in UCLA Policy 110.

10. <u>Tents, Structures, Equipment, and Encampments</u>

Except as provided in this Policy, UCLA Policy 852: Public Expression Activities, related Use Policies and in accordance with *UCLA Procedure 850.1, Placement of Temporary Structures on the UCLA Campus* (see http://www.adminpolicies.ucla.edu/APP/Number/850.1), no individual will build, erect, construct, set up, place, or maintain (or attempt such) in or upon UCLA Property, any campsite, tent or other Temporary Structure, platform, booth, bench, table, building, sound system, or other structure or display.

11. <u>Fires and Flammable Material</u>

Campfires, portable stoves, Open Fires and other fires are prohibited on UCLA Property without written permission from the campus Fire Marshal. Any torches, flammable outdoor displays, or Open Fires must be approved by the campus Fire Marshal and Chief of Police.

## V. ADMINISTRATIVE EXCLUSION FROM UCLA PROPERTY

The California Legislature has codified certain aspects of Regents Bylaw 31, which provides Chancellors delegated responsibility for the internal administration, operation, and discipline of their campuses. This authority includes the authority to order individuals to leave campus for specified conduct pursuant to statutory provisions, including Penal Code section 626.4 for UCLA Students and Employees (affiliates) and Penal Code sections 415.5, 626.6, and 626.7 for Non-Affiliates. Under the Penal Code, the standard for excluding a UCLA affiliate from UCLA Property is different from the standard for excluding a Non-Affiliate from UCLA Property.

When ordering exclusion of a Student or Employee under Penal Code section 626.4, UCLA will provide the individual subject to the order with written notice that identifies their due process rights. These due process rights will include the right to file a written appeal of the exclusion by sending an email to adminvc@admin.ucla.edu. Any appeal will be heard by a neutral hearing officer within seven (7) days of receipt of such appeal.

This authority under California law is in addition to University administrative measures available to address individual conduct that interferes with the operation of the campus including, but not limited to, C.C.R. §§100000 (Regulations Governing Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California ("Regulations")), the UCLA Student Conduct Code, sections III.G. (exclusion from campus areas) and IV. (interim exclusion and suspension), University Policy on Faculty Conduct and the Administration of Discipline, section II (suspension and involuntary leave); and Policy 62, section III.C.3., UC Personnel Policies for Staff Members (suspension and removal of employee from the workplace).

## VI. EXCLUSION FROM UCLA PROPERTY DURING A STATE OF EMERGENCY

The Chancellor may declare a campus state of emergency to exist when:

a) conditions exist on or within the vicinity of the campus which result from natural or man-made disasters, or civil disorders which pose the threat of serious injury to persons or damage to property, or other seriously disruptive events; and

b) extraordinary measures are required immediately to avert, alleviate, or repair damage to UCLA Property or to maintain the orderly operation of the campus.

During a State of Emergency, the campus will be managed according to policies and procedures set forth in the [UCLA Emergency Operation Plan](), located at https://ucla.app.box.com/s/gsqaiewodjbjidcoafhbtgrc74y8n44a.

When feasible, the campus will consult with the University President before declaring a state of emergency to exist on the campus. In any event, the President must be notified as soon as possible.

During a state of emergency, the Chancellor or other officials designated by the Chancellor may exclude a Student, Employee, or any individual on UCLA Property where there is reasonable cause to believe that the individual has engaged in any of the following:

1. activity which willfully disrupts the orderly operations of the campus;
2. activity in violation of the campus emergency orders; or
3. the individual's presence on campus would lead to violation of campus emergency orders or willful disruption of the orderly operation of the campus.

Procedures to exclude, notify, and the right to a hearing will generally follow Section V of this Policy, however individuals excluded from campus during a state of emergency, will not, during the state of emergency enter specified areas of the campus or engage in specific activities, as set forth in the written notice. The notice will be sent to the excluded individuals as soon as reasonably possible. The length of exclusion will be limited to the minimum extent necessary to protect the health and safety of the individuals or property or to maintain the orderly operation of the campus. A hearing requested within fourteen (14) calendar days of the exclusion notice will be conducted as soon as reasonably possible after the state of emergency has ended.

Violation of any condition of the exclusion during the state of emergency will subject Students and Employees to disciplinary proceedings based upon such violation and in accordance with University and campus policies and procedures.

## VII. REFERENCES

1. [UCLA Policy 852: Public Expression Activities]()
2. [UCLA Policy 860: Organized Events]()
3. [UCLA Policy 862: Major Events]()
4. [UCLA Policy 850.1: Placement of Temporary Structure on UCLA Campus]()
5. [Conduct of Non-Affiliates in the Buildings and on the Grounds of the University of California]()
6. [UC PACAOS 30: Policy on Speech and Advocacy]()
7. [UC PACAOS 40: Policy on Use of University Properties]()
8. [California Code, Penal Code Section 415.5]()
9. [California Code, Penal Code Section 626.4]()
10. [California Code, Penal Code Section 626.6]()
11. [California Code, Penal Code Section 626.7]()
12. [UC Policy on Safeguards, Security and Emergency Management]()

## VIII. ATTACHMENTS

    A. Definitions

                                              **Issuing Officer**

                                              /s/ Michael J. Beck

                                            **Administrative Vice Chancellor**

**Questions concerning this policy or procedure should be referred to the Responsible Department listed at the top of this document**

## Attachment A: Definitions

**Advance Ticketing** means to either sell or take registrations for a Ticket to an event ahead of the date of the event.

**Areas for Public Expression**, also referred to as "grounds generally open to the public" per UC Policy, are grounds open to the public and the University community for Public Expression. See UCLA Policy 852: Public Expression Activities. Attachment A for a map of these areas. All other areas of UCLA Property are not generally open to the public.

*ASUCLA*, the Associated Students UCLA (ASUCLA) is a not-for-profit association comprised of, individually or collectively, the following four entities: Graduate Students Association; Undergraduate Students Association; Student Media; and Services & Enterprises.

**ASUCLA-Operated Properties** refers to Ackerman Union, Kerckhoff Hall, North Campus Student Center, LuValle Commons, and Court of Sciences Student Center.

**Audience Management Fees** refers to basic fees including but not limited to, equipment rentals, services, and staffing costs (including UCLAPD protection services) associated with audience safety for a Major or Organized Event. This does not include security costs associated with speech related demonstrations or demonstrations related to an Organized or Major Event.

**Authorized Representative** is any one of the three (3) individuals listed on a Registered Campus Organization's registration form as submitted to the Student Organizations, Leadership & Engagement (SOLE) Office; an Authorized Representative agrees to act as an official contact person with the University and to assume responsibility for the planning, implementation, and outcomes of the Organization's activities. Only UCLA Students or Employees may serve as Authorized Representatives.

**Authorized Student Government** refers to either or both the Graduate Students Association and/or the Undergraduate Students Association.

**Campfire** is a fire which is used for cooking, personal warmth, lighting, ceremonial, or aesthetic purposes, including fires contained within outdoor fireplaces, and enclosed stoves with flues or chimneys, stoves using jellied, liquid, solid or gaseous fuels, portable barbeque pits and braziers, or space heating devices which are used outside any structure, mobile home, or living accommodation mounted on a motor vehicle.

**Camping** refers to (i) sleeping outdoors or indoors with or without bedding, hammock, or similar device, structure, protection, or equipment; (ii) establishing or attempting to establish, temporary or permanent living quarters at any location on UCLA Property other than residence halls, apartments, or other University managed facilities specifically designated for overnight lodging; or (iii) establishing or maintaining outdoors, or in or under any structure not designated for human occupancy, a temporary or permanent place for cooking, storing of personal belongings, or sleeping by setting up any bedding, sleeping bag, mattress, tent, or other sleeping equipment, or by setting up any cooking equipment.

**Campus Venue Scheduler** is the UCLA department that schedules event locations within their areas of responsibility and initiates the Events Online (EOL) Application for Event Organizers.

**Designated University Official** is the UCLA official designated or otherwise authorized to engage in the relevant operation or function.

**Emeriti** is a retired UCLA Employee, either member of the faculty or staff, upon whom has been conferred formal emeriti status.

**Employee** is any person who is listed in the campus payroll system, regardless of the percentage of time associated with the person's employment.

**Employee Organization** *is* an independent organization which exists for the purpose, in whole or in part, of dealing with University management concerning grievances, labor disputes, wages, hours, and other terms and conditions of employment of employees, officially recognized by UCLA and as defined by Section 3562(f) of the Higher Education Employer-Employee Relations Act (HEERA).

**Event Capacity** is the maximum number of people authorized by the University to attend a particular event, taking into account all relevant factors, including but not limited to the maximum capacity of the venue, any security recommendations or requirements imposed by UCLAPD/Office of Campus Safety, UCLAFD, and any equipment, furnishings, supplies, and/or decorations arranged by the Event Organizer.

**Event Online (EOL) Registration** is the University's official event notification and registration system required for events on University Property.

**Event Organizers** are individuals or groups who sponsor and/or coordinate an Organized and/or Major Event. The Event Organizer can be either an RCO, University Unit, or Non-Affiliate.

**Interference Criteria** refers to criteria that consist of the following: (a) the proposed location of the event, (b) the proximity of the event to other activities or locations that may interfere, obstruct, or lessen the effectiveness of the security measures being implemented (c) the estimated number of participants, (d) the time of the day the event is to take place, (e) the expected duration of the activity; (f) the activity's timing in relation to the academic calendar (for example, proposed scheduling during the first week of classes or during final examination week); (g) the expected noise level to be generated by the activity; (h) the need for and/or availability of University resources and personnel to facilitate, oversee, or control the activity; and (i) any similar viewpoint neutral considerations relevant to assessment of potential disruption to campus functions or activities, provided however that events in Areas for Public Expression will be considered both in a viewpoint and content-neutral manner.

**Major Event** is any planned gathering, including but not limited to celebrations, dances, lectures, forums, performances, rallies, social gatherings, concerts, speaker presentations, and conferences on UCLA Property at which one or more of the following conditions apply**:**

- Over 350 persons are anticipated to attend and the event is not hosted by a University Unit;
- The Chancellor or the Chancellor's designee determines based on the Safety and Security Criteria and the assessment of the UCLA Police Department (UCLAPD) that the event is likely to significantly affect campus safety and or significantly affect campus services (including kiosk guards, service roads, or parking); and/or
- The Chancellor or the Chancellor's designee determines based on the Interference Criteria that the event has a substantial likelihood of significantly interfering with other campus functions or activities.

**Non-Affiliate** is any person who is not a Student, officer, Official Volunteer, Employee, or emeritus of UCLA, nor a Regent of the University of California, nor a member of a household authorized to reside on UCLA Property.

**Non-Commercial Literature** is any printed and/or written material referring to an event, activity, or service that is not conducted for private business or personal gain. The content should promote educational, cultural, and informational programs that support the University's mission. It must not advertise or promote products, merchandise, commercial services, or ventures.

**Official University Function** refers to scheduled academic classes, research and activities; and normal daily operations of University Units.

**Official Volunteer** refers to any person who is: (i) listed as an officer of the UCLA Alumni Association, including its committees or related clubs; (ii) listed as an officer of a formally recognized UCLA Support Group; or (iii) formally registered through UCLA Campus Human Resources and authorized to provide volunteer services on behalf of the University in campus facilities.

**On- Campus Housing Community** refers to UCLA Residence Halls related areas located on the main UCLA Westwood campus, known as "The Hill."

**Open Fire** is any fire, controlled or uncontrolled, including a Campfire, burning outside of any structure, mobile home, or living accommodation mounted on a motor vehicle.

**Organized Event** is any planned gathering, including but not limited to celebrations, dances, lectures, forums, performances, rallies, social gatherings, concerts, speaker presentations, conferences, and programs or activities by University Units in the course of fulfilling their University mission, and Registered Campus Organizations and Non-Affiliates with contracts with the University.

**Public Expression Activities** means leaf-letting, marches, picketing, protesting, speech-making, demonstration, petition circulation, distribution and sale of non-commercial literature incidental to these activities, and similar speech related activities.

**Public Food Event** refers to a giveaway or sale of food in a public area, examples include but not limited to, Bruin Plaza, Bruin Walk, Court of Sciences, Student Activity Lounge, or CHS Courtyard, where the consumers of the food are not registered or tracked, and the organizers are not licensed food handlers.

**Private Food Event** refers to a meeting, banquet, social, or potluck style gathering where food is provided to invited, registered, ticketed guests only. This includes refreshments provided for a lecture, panel or reception as well as any event that is professional catered by licensed food handlers.

**Regents**, also referred to as the Regents of the University of California, is a twenty-six (26) member board, established under Article IX, Section 9 of the California Constitution to govern the affairs of the University and its various campuses and allied entities.

**Registered Campus Organization** refers to organizations whose membership is predominately comprised of UCLA Students and/or Employees that obtain recognition as a Registered Camps Organization by registering through SOLE and complying with the requirements and procedures in UCLA Policy XXX.

**Safety and Security Criteria** refers to criteria that consist of the following: (a) nature of the event, that includes: (i) the estimated number of participants, (ii) whether alcohol is intended to be served, (iii) the estimated duration of the event, and (iv) any objective and credible evidence regarding possible threats to campus safety or security; (b) the proximity of the event to other activities or locations that may interfere, obstruct, or lessen the effectiveness of the security measures being implemented; (c) the resources needed to secure the event; (d) the anticipated weather conditions; and (e) any similar viewpoint neutral considerations relevant to assessment of campus safety, security, and services, provided however that events in Areas for Public Expression will be considered both in a viewpoint and content-neutral manner.

**Security Assessment Meeting** is a meeting between the Event Organizer and UCLAPD, UCLAFD, and/or SOLE Advisor for RCO events or Events Office for non-RCO Events, and Campus Venue Scheduler, as well as any other necessary participants, to discuss security concerns and determinations for the Major Event and options for addressing security needs, such a meeting is required if UCLAPD determines that the Major Event has substantial security needs.

**Senior Administrator** is any Employee holding the title of Director or above, including, but not limited to the following: Chancellor, Vice Chancellors, Provosts, Vice Provosts, Deans, Associate or Assistant Vice Chancellors or Vice Provosts, Associate Deans, Assistant Deans, Department Chairs, Division Chiefs, Chief Executive Officers, Executive Directors, and Directors.

**Student** as defined by the [Student Code of Conduct](#).

The term Student does not include individuals registered with a program of UCLA Extension or individuals registered through UCLA Extension in a concurrent enrollment program.

**Support Group** is any group, organization, foundation, or association other than a campus alumni association or campus foundation: (i) whose primary purpose is to provide assistance through fundraising, public outreach, and other activities in support of the University's mission; or (ii) whose representatives or activities make the entity indistinguishable from the University itself; or (iii) that acts as an agent of or intermediary for the University.

Such groups are governed by the University of California Policy on Support Groups, campus Foundations, and Alumni Associations and the University Of California Administrative Guidelines For

Support Groups, as well as by this policy.
(See www.ucop.edu/ucophome/coordrev/policy/2-12-04support-guidelines.html.)

**Temporary Structure** refers to tents, trailers/modular buildings, sculptured objects, or similar assemblages. Temporary Structures include trailers or modular buildings approved by UCLA Fire Department that may be erected for longer periods of time to accommodate University Units or for construction project site services.

**Ticket** is any type of evidence of an attendee's right of entry to a venue which can be verified. A ticket includes but is not limited to a paper or electronic ticket with a barcode that is scanned to permit entry, a wristband that is issued based on a list of attendees, a list of eligible attendees where ID is verified against the list to permit entry.

**University Guarantor** is a University Unit that bears financial, legal and procedural responsibility for all University costs and commitments related to an Organized or Major Event, including the responsibility for all costs owed to the University that an Event Organizer is required to pay but fails to pay and for all contractual obligations to the University that an Event Organizer is required to satisfy but does not. For Major Events, a University Guarantor is also responsible to certify in writing that it approves the Major Event Security Assessment Form and will send a representative to the Security Assessment Meeting.

*UCLA Property* means UCLA main Westwood and South campuses, and other properties owned by the Regents and operated by UCLA.

**University Property Use Form** is the event registration form that Non-RCO Major Event Organizers must complete and submit to the Campus Venue Scheduler.

**University Residence** is the following overall area of the UCLA campus, comprising approximately 13 acres:

    Northern boundary: Sunset Boulevard *(see note below)*

    Western boundary: Royce Drive (eastern curb line)

    Southern boundary: Charles E. Young Drive North (northern curb line)

    Eastern boundary: Parking Structure 3 (western entry drive)

    *Note: The actual property line of the property owned by The Regents is 36 inches south of the east/west curb line on the south side of Sunset Boulevard. The intervening property to the Sunset Boulevard curb line is owned by the City of Los Angeles and is public property. Shrubbery and other landscaping have been planted in order to delineate UCLA's specific property line.*

*University Unit* is any academic or nonacademic department or division or any other official University entity, including any official department, school, or institute of UCLA, the University Extension, or any officially recognized part thereof, or any authorized student government. For avoidance of doubt, this definition includes the Center for the Art of Performance at UCLA ("CAP"), the UCLA Alumni Association and ASUCLA.