# Exhibit 8

Third Declaration of Eric Rassbach



# UCLA POLICE DEPARTMENT

Chief John Thomas – 601 Westwood Plaza, Los Angeles, CA 310-825-1491 – police.ucla.edu

## NEWS RELEASE

### STATEMENT REGARDING THE INCIDENTS ON MONDAY, MAY 6, 2024

UCLA Parking Structure 2 Arrests

On Monday, May 6, 2024 at about 5:50 a.m., a UCLA community member reported a large group of people at Parking Structure 2. UCLA PD officers responded to the location and found **a group of approximately 40 individuals inside the structure wearing masks and in possession of metal pipes**. Other members of the group were also seen leaving the parking structure as officers were arriving. Between 12 a.m. and 6 a.m. every day, University property is closed to individuals who are not affiliated with the University, so officers detained the group to determine if the individuals were students, staff, or faculty. **Most of the individuals initially refused to identify themselves.** Multiple individuals in the group were in possession of tools and items that could be used to **unlawfully enter and barricade a building,** including **heavy-duty metal pipes, bolt cutters, epoxy adhesive, super glue, padlocks, heavy-duty chains, and documentation encouraging violence and vandalism** (photos are included below).

While the group was detained, officers learned of the intrusion at Moore Hall and associated social media post calling for a building occupation at Moore Hall, which is described below. It became apparent that the individuals at Parking Structure 2 had formed a plan to use bolt cutters, padlocks, epoxy adhesive, super glue, heavy duty chains, and metal poles to break into Moore Hall to occupy and vandalize the location. As a result, 42 individuals were taken into custody for **California Penal Code § 182(a)(1) – Conspiracy to Commit a Crime** and two individuals were taken into custody for **California Penal Code § 148(a)(1) – Obstructing a Peace Officer**. The subjects were transported to LAPD Valley Jail by the Los Angeles County Sheriff's Department, where the subjects were booked, cited, and released. **Four of the 44 subjects were also arrested on Thursday, May 2** for failing to leave the Royce Quad encampment after being ordered to disperse. Of the 44 subjects, 35 were UCLA students and nine were not affiliated with UCLA. There were no reported injuries of subjects or officers.

Two individuals in the group stated they were members of the media. Neither of those individuals had press credentials. Those two subjects were also transported to LAPD Valley Jail, but after further investigation **they were released pursuant to California Penal Code § 849(b)(1),** which occurs when a peace officer is satisfied that there are insufficient grounds for making a criminal complaint against the person arrested. One other subject was also released **pursuant to California Penal Code § 849(b)(1)**.

UCLA Moore Hall Intrusion

On Monday, May 6, 2024, at about 6:05 a.m., while the group at Parking Structure 2 was still detained, a group of at least 30 individuals were seen inside Moore Hall. **Moore Hall was closed to the public at that time.** UCPD learned via social media that a **UCLA registered student organization had just posted a statement encouraging people to occupy Moore Hall**. Officers responded to the building and, with the assistance of the Los Angeles Police Department, secured the perimeter to prevent additional access into the building. UCPD officers **announced eight times that the building was closed** and that all occupants were required to leave. After approximately 25 minutes of announcements, and with UCLA Student Affairs present, a group of about 60 individuals exited the building and left the area.



# UCLA POLICE DEPARTMENT

Chief John Thomas – 601 Westwood Plaza, Los Angeles, CA 310-825-1491 – police.ucla.edu

## NEWS RELEASE

UCLA Dodd Hall Disruption

On Monday, May 6, 2024, at about 8:30 a.m., the group of about 50-75 individuals who left Moore Hall marched to Dodd Hall and entered that building, which was open to the public and being used for midterm exams.  **The group created a disturbance inside the building that interrupted at least one midterm exam**.  Officers responded to Dodd Hall to secure the perimeter of the building and prevent additional access into the building.  As officers were preparing to enter the building, the group exited, joined a crowd of about 150 protesters outside, and started to protest outside the building.  After approximately 10 minutes of protesting, the group marched to Bruin Plaza, where they eventually dispersed.  UCLA Student Affairs staff were also present at Dodd Hall and Bruin Plaza.

The investigation into all these incidents is ongoing, and anyone with information is asked to contact the UCLA Police Department.  Please reference Report #24-0894.

Photos



Metal pipes (left), epoxy adhesive and super glue (top center), padlocks (top center),
bolt cutters (bottom center), heavy duty chains (top right),
documentation encouraging violence and vandalism (bottom right)

# UCLA POLICE DEPARTMENT

Chief John Thomas – 601 Westwood Plaza, Los Angeles, CA 310-825-1491 – police.ucla.edu

## NEWS RELEASE



Documentation



Epoxy Adhesive / Super Glue



Bolt Cutters



Heavy-Duty Chains

\*\*\*