# Exhibit 9

Third Declaration of Eric Rassbach



**UCLA Police Department**
October 21, 2024

UPDATE 10/21/24 at 10:02PM: One person was arrested tonight for failure to disperse at Dickson Court North following a dispersal order for an unauthorized demonstration involving about 40 people. The area is now clear.
------------------
UPDATE 10/21/24 at 8:57PM: Our officers announced a dispersal order just after 8:30pm tonight at an unauthorized demonstration involving about 40 people at Dickson Court North. Almost all of the protestors left the area. There are still a handful in the area.
------------------
An update on the demonstration in Dickson Court North. There are still about 30 people. The individuals participating are violating university policy by assembling in an area not designated for public expression, using unauthorized structures, and they have used amplified sound, all of which are against UCLA's current interim Time, Place and Manner policies. We continue to monitor the situation and will provide updates.



7         8 comments

Like                Comment

Most relevant

**Janene Goldberg Scurfield**
Hi. Thank you for the update. May I ask why are you still monitoring the situation if they are actually violating policies?

13w                                                    11



Author
**UCLA Police Department**
Janene Goldberg Scurfield and Adriana Dryfoos thank you both for reaching out. Enforcement of university policies can come in many forms, either during a violation or after.

13w

**Teresa Ko**
UCLA Police Department Thank you! At what point is a group that is violating policies stopped? Where is the line?

---

THIRD RASSBACH DECLARATION EXHIBIT 9

549





facebook Email or phone Password Log In Forgot Account?

7 8 comments

Like Comment

Most relevant

**Janene Goldberg Scurfield**
Hi. Thank you for the update. May I ask why are you still monitoring the situation if they are actually violating policies?
13w 11

Author
**UCLA Police Department**
Janene Goldberg Scurfield and Adriana Dryfoos thank you both for reaching out. Enforcement of university policies can come in many forms, either during a violation or after.
13w

**Teresa Ko**
UCLA Police Department Thank you! At what point is a group that is violating policies stopped? Where is the line?
13w

**Michelle Metz Shechtman**
Why isn't action being taken to remove this unauthorized encampment?? The longer you wait, the more they get emboldened, the larger it becomes, the harder it is to remove. NIP IT before it get worse and potentially gets violent. Uphold your own rules!!... **See more**
13w 2

**Adriana Dryfoos**
Why not take action instead of monitoring?
13w 4

**Patty Burkhardt**
I don't understand why not giving the order of dispersal at the beginning instead of waiting until almost 9 o'clock at night.
13w

**Jackie Greig**
How many Ben Shapiro fan boys were there?
12w

**Log in or sign up for Facebook to connect with friends, family and people you know.**

Log In or Create new account

THIRD RASSBACH DECLARATION EXHIBIT 9