# Exhibit 10

Third Declaration of Eric Rassbach



facebook Email or phone Password Log In Forgot Account?

**UCLA Police Department**
November 20, 2024 ·

Four people were taken into custody Tuesday evening following protest activity at Bruin Plaza. At the height of the late afternoon event, approximately 75 people formed a human chain by linking their arms together. These actions blocked pedestrian access on Bruin Walk. Our officers responded to ensure people could use Bruin Walk, the main pedestrian thoroughfare on campus.

Three suspects were identified and later arrested for physically blocking people who attempted to pass on Bruin Walk. A fourth suspect, who tried to interfere with one of the arrests, was also taken into custody.

We respect and value everyone's right to express their First Amendment freedoms, provided it's done safely and without adversely affecting others who are trying to travel throughout our campus.

The investigation into this incident is ongoing, and anyone with information is asked to contact the UCLA Police Department.

36 1 comment 4 shares

Like Comment

Most relevant

**Joshua De La Milera**
Good job!!!! Lock them up.
9w 2

**Log in or sign up for Facebook to connect with friends, family and people you know.**

Log In or Create new account

Document title: Four people were taken into... - UCLA Police Department | Facebook
Capture URL: https://www.facebook.com/story.php/?story_fbid=977766661051144&id=100064534580527&_rdr
Capture timestamp (UTC): Thu, 23 Jan 2025 21:36:55 GMT