**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Yitzchok Frankel et al., <br><br> Plaintiffs, <br><br> v. <br><br> Regents of the University of California et al., <br><br> Defendants. | Case No. 2:24-cv-04702-MCS-PD <br><br> **ORDER APPROVING PARTIES' STIPULATION EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 135)** <br><br> Judge:     Hon. Mark C. Scarsi <br> Courtroom: 7C |

**ORDER**

This Court, having reviewed the Parties' Stipulation Extending Briefing Schedule for Plaintiffs' Motion for Partial Summary Judgment and finding good cause exists to grant the request, orders as follows:

The request to extend Defendants' deadline to file an Opposition to the Summary Judgment Motion from March 21, 2025 to April 4, 2025, and Plaintiffs' deadline to file a Reply in support of the Summary Judgment Motion from April 4, 2025, to April 28, 2025, is **GRANTED.**

DATED: March 7, 2025

Mark C. Scarsi
United States District Judge