UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-04702-MCS-PDx | Date: March 19, 2025 |
| Title   Yitzchok Frankel, *et al.* v. Regents of the University of California, *et al.* | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | C/S 3/18/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Mark Rienzi | Meaghan VerGow |
| Jordan Varberg | Matthew Cowan |
| Reed Bartley | Jennifer Sokoler |

**Proceeding:**   **Order Regarding Settlement Conference (ECF No. 132)**

Case called.   Counsel and parties make their appearances.

On March 18, 2025, the Court conducts a settlement conference.  The parties make significant progress toward settlement and will continue meeting and conferring with each other and working with the Court in an effort to reach a resolution of the entire matter.  Counsel are **ORDERED** to notify the District Judge assigned to the case—the Honorable Mark C. Scarsi—**by no later than Friday, March 28, 2025**, of the results of these continued efforts.

To assist the parties in their continuing efforts, the Court hereby **SETS** two dates for Continued Settlement Conferences at which only the attorneys need attend, to be conducted via videoconference for which a Zoom link will be circulated separately:

- **Monday, March 24, 2025 at 1:00 p.m. to 3:00 p.m.**
- **Friday, March 28, 2025 at 10:00 a.m. to 11:30 a.m.**

The parties and their counsel are reminded that all discussions were, and are, deemed to be confidential settlement discussions.  The parties and their counsel may obtain a transcript of the public portion of these proceedings upon request.

It is so ordered.

Time:  8:30