1  MATTHEW R. COWAN (S.B. #281114)
   mcowan@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street, 19th Floor
3  Los Angeles, California 90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:   (213) 430-6407

5  ANTON METLITSKY*
   ametlitsky@omm.com
6  JENNIFER SOKOLER*
7  jsokoler@omm.com
   O'MELVENY & MYERS LLP
8  1301 Avenue of the Americas, Suite 1700
   New York, NY 10019
9  Telephone:  (212) 326-2000
   Facsimile:   (211) 326-2061
10
11 MEAGHAN VERGOW*
   mvergow@omm.com
12 O'MELVENY & MYERS LLP
   1625 Eye Street, N.W.
13 Washington, D.C. 20006
   Telephone:  (202) 383-5300
14 Facsimile:   (202) 383-5414

15 *Attorneys for Defendants*

16 *Admitted pro hac vice
17 [*Counsel continued on next page*]

18                    **UNITED STATES DISTRICT COURT**
19                    **CENTRAL DISTRICT OF CALIFORNIA**
                      **WESTERN DIVISION – LOS ANGELES**
20

| | |
|---|---|
| Frankel, et al., | Case No. 2:24-CV-4702-MCS |
| Plaintiffs, | **PARTIES' STIPULATION PERMITTING ADDITIONAL BRIEFING ON DOJ STATEMENT OF INTEREST** |
| v. | |
| Regents of the University of California, et al., | **[PROPOSED] ORDER AND SUPPORTIVE DECLARATION FILED CURRENTLY HEREWITH** |
| Defendants. | Judge:   Hon. Mark C. Scarsi |
| | Courtroom:   7C |

[*Counsel continued from previous page*]

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone:  (510) 987-9800
Facsimile:    (510) 987-9757

*Attorneys for Defendants*

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Rebecca L. Harris (NY Bar No. 5607080)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

*Admitted pro hac vice

‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members

**TO THE COURT:**

Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa ("Plaintiffs") and Defendants Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; Rick Braziel; Julio Frenk (by automatic substitution); and Steve Lurie (by automatic substitution) ("Defendants") (collectively, the "Parties") hereby submit the following Stipulation Permitting Additional Briefing on the United States Department of Justice's Statement of Interest.

WHEREAS, on March 17, 2025, the United States Department of Justice filed a Statement of Interest (ECF No. 139) (the "Statement") relating to Defendants' Motion for Judgment on the Pleadings (ECF No. 108) (the "Motion").

WHEREAS, the hearing on the Motion is noticed for March 31, 2025, and briefing on the Motion has concluded.

WHEREAS, on March 20, 2025, the Parties met and conferred and agreed that both Plaintiffs and Defendants would benefit from additional briefing in response to the Statement. Cowan Decl. ¶ 4.

WHEREAS, the Parties further agreed that it is in the interests of judicial economy to avoid the *ex parte* application process. Cowan Decl. ¶ 5.

WHEREAS, the Parties further agreed that Defendants would file a response to the Statement by March 24, 2025, and Plaintiffs would file a response to Defendants' response by March 27, 2025, each limited to 1,500 words. Cowan Decl. ¶ 6.

WHEREAS, good cause exists to permit the Parties to file responses to the Statement prior to the March 31 hearing so that they may address the substantive legal arguments raised in the Statement, which are germane to the Court's consideration of the Motion.

Case 2:24-cv-04702-MCS-PD   Document 141   Filed 03/20/25   Page 5 of 6   Page ID
#:2970

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, that:

Defendants will file a response to the Statement by March 24, 2025, and Plaintiffs will file a response to Defendants' response by March 27, 2025, each limited to 1,500 words.

Dated: March 20, 2025              Respectfully submitted,

                                   By:   /s/ Matthew R. Cowan
                                         MATTHEW R. COWAN
                                         *Attorney for Defendants Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; Rick Braziel; Julio Frenk (by automatic substitution); and Steve Lurie (by automatic substitution)*


                                          /s/ Mark L. Rienzi
                                         MARK L. RIENZI
                                         *Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa*

5

PARTIES' STIPULATION PERMITTING
ADDITIONAL BRIEFING ON DOJ
STATEMENT OF INTEREST
CASE NO. 2:24-CV-4702-MCS

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 20, 2025                Respectfully submitted,

By:   /s/ Matthew R. Cowan
      MATTHEW R. COWAN
      *Attorney for Defendants Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; Rick Braziel; Julio Frenk (by automatic substitution); and Steve Lurie (by automatic substitution)*