MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

*\*Admitted Pro Hac Vice*

*[Counsel continued on next page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Regents of the University of California, et al.,<br><br>　　　　Defendants. | Case No. 2:24-CV-4702-MCS<br><br>**DECLARATION OF MATTHEW R. COWAN IN SUPPORT OF PARTIES' STIPULATION**<br><br>Judge:　　　Hon. Mark C. Scarsi<br>Courtroom:　7C |

1 | [*Counsel continued from previous page*]
2 | Charles Robinson (S.B. #113197)
3 | Rhonda Goldstein (S.B. #250387)
  | Norman Hamill (S.B. #154272)
4 |
5 | The Regents of the University of California
  | 1111 Franklin Street, Floor 8
6 | Oakland, California 94607-5201
7 | Telephone:   (510) 987-9800
  | Facsimile:    (510) 987-9757
8 |
  | *Attorneys for Defendants*
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

I, Matthew R. Cowan, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am a partner with the law firm O'Melveny & Myers, LLP, and counsel of record for Defendants in the above-captioned action. I make this Declaration in support of Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa's ("Plaintiffs") and Defendants Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; Rick Braziel; Julio Frenk (by automatic substitution); and Steve Lurie's (by automatic substitution) ("Defendants") (collectively, the "Parties") Stipulation Permitting Additional Briefing on the United States Department of Justice's Statement of Interest. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify hereto.

2. On March 17, 2025, the United States Department of Justice filed a Statement of Interest (ECF No. 139) (the "Statement") relating to Defendants' Motion for Judgment on the Pleadings (ECF No. 108) (the "Motion").

3. The hearing on the Motion is noticed for March 31, 2025, and briefing on the Motion has concluded.

4. On March 20, 2025, the Parties met and conferred and agreed that both Plaintiffs and Defendants would benefit from additional briefing in response to the Statement.

5. The Parties further agreed that it is in the interests of judicial economy to avoid the *ex parte* application process.

6. The Parties further agreed that Defendants would file a response to the Statement by March 24, 2025, and Plaintiffs would file a response to Defendants' response by March 27, 2025, each limited to 1,500 words.

7. This is the Parties' first request for supplemental briefing in this action.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.  Executed this 20th day of March, 2025, at Los Angeles, CA.

                        */s/ Matthew R. Cowan*
                        Matthew R. Cowan