| | |
|---|---|
| 1 | MATTHEW R. COWAN (S.B. #281114) |
| 2 | mcowan@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street, 19th Floor<br>Los Angeles, California 90071-2899 |
| 4 | Telephone:  (213) 430-6000<br>Facsimile:   (213) 430-6407 |
| 5 | |
| 6 | ANTON METLITSKY*<br>ametlitsky@omm.com |
| 7 | JENNIFER SOKOLER*<br>jsokoler@omm.com |
| 8 | O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas, Suite 1700 |
| 9 | New York, NY 10019<br>Telephone:  (212) 326-2000 |
| 10 | Facsimile:   (211) 326-2061 |
| 11 | MEAGHAN VERGOW* |
| 12 | mvergow@omm.com<br>O'MELVENY & MYERS LLP |
| 13 | 1625 Eye Street, N.W.<br>Washington, D.C. 20006 |
| 14 | Telephone:  (202) 383-5300<br>Facsimile:   (202) 383-5414 |
| 15 | *Attorneys for Defendants* |
| 16 | **Admitted pro hac vice* |
| 17 | [*Counsel continued on next page*] |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| Frankel, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>Regents of the University of California, et al.,<br><br>                Defendants. | Case No. 2:24-CV-4702-MCS<br><br>**[PROPOSED] ORDER APPROVING PARTIES' STIPULATION PERMITTING ADDITIONAL BRIEFING ON DOJ STATEMENT OF INTEREST**<br><br>Judge:         Hon. Mark C. Scarsi<br>Courtroom:  7C |

[*Counsel continued from previous page*]

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone:  (510) 987-9800
Facsimile:   (510) 987-9757

*Attorneys for Defendants*

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Rebecca L. Harris (NY Bar No. 5607080)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

1  *Admitted pro hac vice
2  ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **[PROPOSED] ORDER**

This Court having reviewed the Parties' Stipulation Permitting Additional Briefing on the United States Department of Justice's Statement of Interest, and finding good cause exists to grant the request;

The request to permit Defendants to file a response to the Statement by March 24, 2025, and Plaintiffs to file a response to Defendants' response by March 27, 2025, each limited to 1,500 words, is **GRANTED.**

DATED: _____  _____

Hon. Mark C. Scarsi
United States District Judge

[PROPOSED] ORDER APPROVING PARTIES' STIP.
CASE NO. 2:24-CV-4702-MCS