1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Regents of the University of California, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-04702-MCS-PD<br><br>**ORDER APPROVING PARTIES' STIPULATION PERMITTING ADDITIONAL BRIEFING ON DOJ STATEMENT OF INTEREST (ECF NO. 141)**<br><br>Judge:　　Hon. Mark C. Scarsi<br>Courtroom:　7C |

## **ORDER**

This Court, having reviewed the Parties' Stipulation Permitting Additional Briefing on the United States Department of Justice's Statement of Interest, and finding good cause exists to grant the request, orders that the request to permit Defendants to file a response to the Statement by March 24, 2025, and Plaintiffs to file a response to Defendants' response by March 27, 2025, each limited to 1,500 words, is **GRANTED.**

DATED: March 21, 2025

*Mark C. Scarsi*
Mark C. Scarsi
United States District Judge