MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

**Admitted pro hac vice*
[*Counsel continued on next page*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| Frankel, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Regents of the University of California, et al.,<br><br>Defendants. | Case No. 2:24-CV-4702-MCS<br><br>**JOINT POST-SETTLEMENT CONFERENCE REPORT**<br><br>Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C |

[*Counsel continued from previous page*]

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

*Attorneys for Defendants*

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Rebecca L. Harris (NY Bar No. 5607080)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

**Admitted pro hac vice*

‡*Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members*

**TO THE COURT:**

Pursuant to this Court's Scheduling Order (Dkt. 114 at 7), Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa ("Plaintiffs") and Defendants Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; Rick Braziel; Julio Frenk (by automatic substitution); and Steve Lurie (by automatic substitution) ("Defendants") (collectively, the "Parties") hereby submit this Joint Post-Settlement Conference Report.

On March 18, 2025, the Parties participated in a settlement conference with Magistrate Judge Maria A. Audero. All Plaintiffs appeared at the conference and representatives for all Defendants appeared. The Parties did not reach a settlement. Magistrate Judge Audero scheduled two remote attorneys-only follow-up sessions for March 24, 2025 and March 28, 2025.

On March 24, 2025, counsel for Plaintiffs and Defendants attended the first follow-up session with Magistrate Judge Audero. The Parties did not reach a settlement. Magistrate Judge Audero has set the second follow-up session for Friday, March 28.

Pursuant to Magistrate Judge Audero's Order (Dkt. 140), the Parties will submit to Your Honor another joint report after the March 28 session describing the results of these continued settlement efforts.

Dated: March 25, 2025

Respectfully submitted,

By: */s/ Matthew R. Cowan*

MATTHEW R. COWAN
*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; Rick Braziel; Julio Frenk (by automatic substitution); and Steve Lurie (by automatic substitution)*

*/s/ Mark L. Rienzi*

MARK L. RIENZI
*Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 25, 2025

Respectfully submitted,

By: */s/ Matthew R. Cowan*
MATTHEW R. COWAN
*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; Rick Braziel; Julio Frenk (by automatic substitution); and Steve Lurie (by automatic substitution)*