Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Bina Ahmad, Esq. [SB. #329387]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         hchandoo@hadsellstormer.com
         bahmad@hadsellstormer.com

Attorneys for Amici Curiae
JEWISH VOICE FOR PEACE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN, Plaintiffs, v. REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, former Chancellor, University of California, Los Angeles; DARNELL HUNT, Interim Chancellor & Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities, Defendants. | Case No.: 2:24-cv-4702-MCS<br><br>[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C]<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON BEHALF OF JEWISH VOICE FOR PEACE** |

---

[PROP] ORDER GRANT *EX PARTE* APP
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

# [PROPOSED] ORDER

The Court has fully considered the ex parte application for leave to file an *Amicus Curiae* brief on behalf of Jewish Voice for Peace. The application being unopposed and good cause having been shown, IT IS HEREBY ORDERED that the Application is GRANTED permitting the filing of the proposed amicus curiae brief, deemed filed [date].

Dated: _____     By: _____
                                                                The Honorable Mark C. Scarsi
                                                                United States District Court Judge