Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Bina Ahmad, Esq. [SB. #329387]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
       hchandoo@hadsellstormer.com
       bahmad@hadsellstormer.com

Attorneys for Amici Curiae
JEWISH VOICE FOR PEACE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; and EDEN SHEMUELIAN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, former Chancellor, University of California, Los Angeles; DARNELL HUNT, Interim Chancellor & Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-4702-MCS<br><br>[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C]<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORTATE DISCLOSURE STATEMENT OF *AMICUS CURIAE* JEWISH VOICE FOR PEACE** |

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.1-1, the undersigned, counsel of record for Jewish Voice for Peace ("JVP") certifies that it has no parent corporation, and no publicly held corporation owns 10 percent or more of their stock.

The undersigned, counsel of record for Jewish Voice for Peace also certifies that JVP is not aware of any persons, firms, partnerships, corporations (including parent corporations) or other entities that may have a pecuniary interest in the outcome of this case, other than the Plaintiffs and Defendants in the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: April 4, 2025               Respectfully Submitted,

                                   HADSELL STORMER RENICK & DAI LLP


                                   By:    /s/Bina Ahmad
                                          Bina Ahmad
                                          Dan Stormer
                                          Hanna Chandoo
                                   Attorneys for Amici Curiae
                                   JEWISH VOICE FOR PEACE