MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

*Admitted pro hac vice*

[*Counsel continued on next page*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| Frankel, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Regents of the University of California, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-CV-4702-MCS-PD<br><br>**DECLARATION OF MONROE GORDEN, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**<br><br>Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C<br>Hearing: May 12, 2025, 9:00 a.m. |

1  [*Counsel continued from previous page*]

2

3  Charles Robinson (S.B. #113197)
   Rhonda Goldstein (S.B. #250387)
4  Norman Hamill (S.B. #154272)
   The Regents of the University of California
5  1111 Franklin Street, Floor 8
   Oakland, California 94607-5201
6  Telephone:  (510) 987-9800
7  Facsimile:   (510) 987-9757

8
   *Attorneys for Defendants*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Monroe Gorden, Jr., declare as follows:

1. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Partial Motion for Summary Judgment and Permanent Injunction.

2. I am Vice Chancellor for Student Affairs at the University of California, Los Angeles ("UCLA"). One department of Student Affairs is the Office of the Dean of Students, which oversees the Office of Student Conduct ("OSC") and disciplinary cases against students. I have previously submitted a declaration in this matter and wish to provide additional context. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify hereto.

3. On May 2, 2024, over 200 individuals were arrested at the Royce Quad Encampment after refusing to disperse voluntarily. Ninety-four students were arrested.

4. All 94 students who were arrested received notices of Agreements of Resolution with UCLA ("AOR Letters") pursuant to Section III(E) of the Student Conduct Code. The AOR Letters provided students with notice that they violated Student Conduct Code sections 102.14 (Disorderly Behavior), 102.15 (Disturbing the Peace), and 102.16 (Failure to Comply) by failing to leave Royce Quad after multiple dispersal orders were issued by UCPD during the evening of May 1, 2024 and early morning of May 2, 2024.

5. The students who met with OSC were provided an opportunity to sign the AOR Letter and enter into an agreement with UCLA mandating compliance with specific provisions of the Student Conduct Code, and participation in specified educational programs and community service activities. Ninety-one students signed an AOR Letter.

6. Students who signed an AOR Letter but subsequently violate UCLA policies or the Student Conduct Code would enter the student conduct process, and a student conduct case for both the subsequent offense and the student's arrest at the encampment would be opened.

7. Since October 7, 2023, there have been 153 individual conduct cases opened for student conduct involving violations of campus policies related to protest activity. While many have been investigated and resolved, there are around 57 cases still being processed and investigated. Ten conduct cases have also been opened for student groups. An investigation into Students for Justice in Palestine ("SJP") and Graduate Students for Justice in Palestine ("GSJP") resulted in a recommendation of a revocation of SJP's student group status and a four-year suspension for GSJP.

8. Additionally, regardless of whether a conduct case is opened, OSC offers students resources and support and refers any concerns about potential discrimination or harassment to the UCLA Civil Rights Office. For example, in response to a complaint from a student about certain online content disseminated by the UCLA Cultural Affairs Commission on October 7, 2024, OSC met with the student in person, offered them resources, and referred their concerns to the UCLA Civil Rights Office.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of April 2025, at Los Angeles, California.

Dated: April 4, 2025            Respectfully submitted,

By: _____

MONROE GORDEN, JR.