Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketfund.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Rebecca L. Harris (NY Bar No. 5607080)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-4702<br><br>**FOURTH DECLARATION OF ERIC RASSBACH**<br><br>Judge: Hon. Mark C. Scarsi<br>Hearing: May 12, 2025, 9:00 a.m.<br>Courtroom: 7C |

---

*Admitted *pro hac vice*. ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

I, Eric Rassbach, declare and state as follows:

1. My name is Eric Rassbach. I am one of the attorneys representing Plaintiffs in this action. I am submitting this declaration in support of Plaintiffs' Motion for Partial Summary Judgment and Permanent Injunction. I have personal knowledge of the contents of this declaration.

2. Exhibit 1 to this declaration is a true and correct copy of a news release published on May 7, 2024, by the University of California Office of the President, retrieved from the University of California's website at https://www.universityofcalifornia.edu/press-room/uc-announces-nationally-recognized-firm-will-review-actions-led-violent-events-ucla.

3. Exhibit 2 to this declaration is a true and correct copy of a news release published on November 14, 2024, by the University of California Office of the President, retrieved from the University of California's website at https://www.universityofcalifornia.edu/press-room/uc-releases-statement-regarding-independent-review-ucla-spring-protests-commits.

Executed this 28th day of April, 2025.

*/s/ Eric C. Rassbach*
Eric C. Rassbach

FOURTH DECLARATION OF ERIC RASSBACH
1