THOMAS B. HARVEY (SBN 287198)
Law Offices of Thomas B. Harvey
365 East Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Tel: (805) 768-4440
Email: tbhlegal@proton.me

Attorney for Proposed Intervenors

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; EDEN SHEMUELIAN, and DR. KAMRAN SHAMSA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-04702-MCS-<br><br>**DECLARATION OF THOMAS HARVEY IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE**<br><br>**Judge: Hon. Mark C. Scarsi** |

- 1 -
DECLARATION OF THOMAS B. HARVEY IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE

## DECLARATION OF THOMAS B. HARVEY

I, Thomas B. Harvey, declare as follows pursuant to 28 U.S.C. § 1746 under penalty of perjury:

1. I am an attorney at law duly licensed to practice before all courts in the State of California and am a member of the bar of this Court. If called upon to do so, I could and would testify competently to the following based on firsthand knowledge.

2. I met with Counsel for Plaintiffs on April 24, 2025 by phone. We were not able to resolve the issues raised in Proposed Intervenors' Motion for Leave to Intervene. After exchanging emails following up on our conversation, Counsel informed me that Plaintiffs oppose intervention.

3. I met with Counsel for Defendants on April 25, 2025 by phone. We were not able to resolve the issues raised in Proposed Intervenors' Motion for Leave to Intervene. After exchanging emails following up on our conversation, Counsel informed me that Defendants take no position on intervention.

4. Both Counsel for Defendants and Counsel for Plaintiffs agreed to the following briefing schedule in anticipation of a hearing date of June 30, 2025, at 9:00 AM on Proposed Intervenors' Motion for Leave to Intervene:

   a. Proposed Intervenor's motion: 5/2/25
   b. Plaintiffs' and Defendants' Opposition: 5/20/25
   c. Proposed Intervenor's reply: 6/2/25
   d. Hearing date 6/30/25

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of May, 2025, at Los Angeles, California.

*/s/Thomas B. Harvey*
Thomas B. Harvey