THOMAS B. HARVEY (SBN 287198)
Law Offices of Thomas B. Harvey
365 East Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Tel: (805) 768-4440
Email: tbhlegal@proton.me

Attorney for Proposed Intervenors

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; EDEN SHEMUELIAN, and DR. KAMRAN SHAMSA,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>Defendants. | Case No. 2:24-cv-04702-MCS-<br><br>**DECLARATION OF ROE 4 IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE**<br><br>**Judge: Hon. Mark C. Scarsi** |

I, ROE 4, declare as follows:

1. This declaration is submitted in support of Proposed Intervenors' Motion for Leave to Intervene.

2. I am over the age of 18 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all of the contents of this declaration.

3. I am a professor at the University of California Los Angeles.

4. I have been a faculty member for over 20 years.

5. I am Jewish. I grew up in a Jewish home and attended Hebrew school at our synagogue, where I had my bar mitzvah. I continue to engage in Jewish ritual practice, to identify publicly as a Jew, and to consider Jewish identity central to who I am.

6. I am a direct descendant of Holocaust survivors who came to the United States as refugees following World War II. The injunction "Never Again" is central to my understanding of Jewish morality, as are the embrace of immigrants and a commitment to critical inquiry that includes contentious disagreement over matters of importance. I take these in part from my Jewish upbringing and education and from the lessons of my family's and my people's experience of antisemitism.

7. These values compel me to speak out against the State of Israel's system of apartheid and Jewish supremacy and its ongoing genocide of Palestinians, against my government's support for those policies, and in favor of Palestinian freedom. I have done so as a member of the UCLA campus community and intend to continue doing so. I do so in part because Israel claims to engage in its abhorrent practices on my behalf as a Jew, and so I consider it important to affirm "not in my name."

8. Where relevant and appropriate, I include critical engagement with questions relating to Israel/Palestine in my teaching and scholarship.

9. I am deeply concerned about, and have been publicly critical of, widespread efforts to suppress speech critical of Israel, including criticism of Zionism, by falsely labeling it antisemitic. I consider Plaintiffs' lawsuit, Defendants' response to it (in addition to their general recent conduct), and the Court's preliminary injunction to be part of that pattern.

10. I fear that if the relief Plaintiffs seek is granted, it will result in the further suppression by UCLA of anti-Zionist and other criticism of Israel, including my own, including the threat to take disciplinary employment actions against dissenting faculty and other employees.

11. Throughout the entire university community of which I am a part, I believe that free speech and academic freedom are threatened by the conflation of exposure to anti-Zionist speech, or to actions taken on the basis of Zionism, with subjection to religious discrimination based on Jewishness.

12. I also experience this conflation as an attack on my Jewish identity insofar as my government and my employer both publicly declare and impose upon me their stereotypical view of what Jews do and ought to believe.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of May, 2025, at Los Angeles, California.

*/s/Roe 4*
Roe 4