```
THOMAS B. HARVEY (SBN 287198)
Law Offices of Thomas B. Harvey
365 East Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Tel: (805) 768-4440
Email: tbhlegal@proton.me
```

Attorney for Proposed Intervenors

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| YITZCHOK FRANKEL, JOSHUA GHAYOUM, EDEN SHEMUELIAN, and DR. KAMRAN SHAMSA,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>Defendants. | Case No. 2:24-cv-04702-MCS-<br><br>**DECLARATION OF ROE 5 IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE**<br><br>**Judge: Hon. Mark C. Scarsi** |

I, ROE 5, declare as follows:

1. This declaration is submitted in support of Proposed Intervenors' Motion for Leave to Intervene.

2. I am over the age of 18 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all of the contents of this declaration.

3. I was born in the United States and am of Palestinian and Lebanese descent.

4. I was raised in a Christian family in a largely Muslim neighborhood in Beirut.

5. I returned to the U.S. at the end of high school and attended college in the U.S.

6. After graduating from college, I received my PhD from Duke University and taught for a decade at the University of Chicago.

7. I have been a faculty member at UCLA since 2003.

8. I write on Palestine and have published articles and books in the academic and popular press on the topic.

9. I am deeply concerned about and have an interest in the court's conflation of anti-Zionism with antisemitism in the Frankel case.

10. I am concerned that if the Plaintiffs are successful, criticism of Zionism and of the state of Israel's apartheid policies and genocide will stand as a form of anti-Jewish hate speech and therefore be banished from classes, readings, textbooks, assignments, lectures, debates, conferences, and forums on campuses at UCLA and across the United States.

11. In addition, I am deeply concerned about the hostile environment adopting this definition will create. I have personally experienced this hostility at

UCLA. I keep a poster in my office that simply states "Teach Palestine". This poster was ripped down while I was in the office. If I can't even have a poster that says "Teach Palestine", how can anyone teach Palestine at UCLA?

12. I was in the Palestine Solidarity Encampment and never saw anyone prevented from entering on the basis of their faith. I saw safety measures increase directly in response to the violence of counterprotesters, many of whom called themselves Zionists. When I approached the encampment, I was denied entry until they found someone to vouch for me.

13. I oppose genocide and the rise and normalization of fascism here and abroad, including in the State of Israel.

14. I have an interest in free speech and academic freedom.

15. I condemn the efforts to victimize and stigmatize pro-Palestinian students and student associations supporting Palestinian advocacy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of May, 2025, at Los Angeles, California.

*/s/ Roe 5*

Roe 5

_____
