# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-04702-MCS-PD<br><br>**ORDER APPROVING PARTIES' JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO INTERVENE (ECF No. 166)**<br><br>Judge: Hon. Mark C. Scarsi<br>Hearing: June 30, 2025, 9:00 a.m.<br>Courtroom: 7C |

## ORDER

This Court has reviewed the parties' Joint Stipulation Regarding Briefing Schedule on Motion to Intervene, and the Court finds good cause to set the briefing schedule as so stipulated.

The request for a briefing schedule on the Proposed Intervenors' Third Party Motion for Leave to Intervene ("Motion") is **GRANTED**. Plaintiffs' and Defendants' responses to the Motion are due by May 20, 2025. Proposed Intervenors' reply is due by June 2, 2025.

Dated: May 6, 2025

Mark C. Scarsi
United States District Judge