THOMAS B. HARVEY (SBN 287198)
Law Offices of Thomas B. Harvey
365 East Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Tel: (805) 768-4440
Email: tbhlegal@proton.me

Attorney for Proposed Intervenors

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; EDEN SHEMUELIAN, and DR. KAMRAN SHAMSA,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>Defendants. | Case No. 2:24-cv-04702-MCS-<br><br>**NOTICE OF WITHDRAWAL OF PROPOSED INTERVENORS' MOTION FOR LEAVE TO INTERVENE**<br><br>**Judge: Hon. Mark C. Scarsi** |

- 2 -

**NOTICE OF WITHDRAWAL OF PROPOSED INTERVENORS' MOTION FOR LEAVE TO INTERVENE**

PLEASE TAKE NOTICE that Proposed Intervenors, by and through undersigned counsel, hereby withdraw their Motion for Leave to Intervene filed on May 2, 2025, Docket 164. Plaintiffs' Opposition to the Motion noted that no pleading accompanied the original Motion. Counsel for Proposed Intervenors emailed Plaintiffs on May 28, 2025 to resolve the technical deficiency, proposing to attach an Answer to the Reply due June 2, 2025, but received no response. Proposed Intervenors plan to refile the Motion for Leave to Intervene on June 2, 2025.

DATED: June 2, 2025                     LAW OFFICES OF THOMAS B. HARVEY

*/s/Thomas B. Harvey*
Thomas B. Harvey
Attorney for Proposed Intervenors

# CERTIFICATE OF SERVICE

I am a resident of the State of California and over 18 years of age, and am not a party to this action. My business address is 365 E. Avenida de Los Arboles, #226, Thousand Oaks, CA 91360, which is located in the county where any non-personal service described below took place.

I hereby certify that on June 2, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

On June 2, 2025, I also served a copy of the following document(s) on:
Eric C. Rassbach
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel.
202-955-0090 fax
erassbach@becketlaw.org
*Attorneys for Plaintiffs*

Jennifer Sokoler
Matthew Cowan
O'Melveny & Myers LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
212-326-2162
jsokoler@omm.com
*Attorneys for Defendants*

Service was also accomplished **by e-mail**. By transmitting via e-mail or electronic transmission the document(s) listed above to the person at the e-mail address set forth above. Executed on June 2, 2025, at Thousand Oaks, California.

/s/ *Thomas B. Harvey*
Thomas. B. Harvey

LAW OFFICES OF THOMAS B. HARVEY