THOMAS B. HARVEY (SBN 287198)
Law Offices of Thomas B. Harvey
365 East Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Tel: (805) 768-4440
Email: tbhlegal@proton.me

Attorney for Proposed Intervenors

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| YITZCHOK FRANKEL, JOSHUA GHAYOUM, EDEN SHEMUELIAN, and DR. KAMRAN SHAMSA<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>Defendants. | Case No. 2:24-cv-04702-MCS-<br><br>**DECLARATION OF ROE 3 IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE**<br><br>**Judge: Hon. Mark C. Scarsi** |

I, ROE 3, declare as follows:

1. This declaration is submitted in support of Proposed Intervenors' Motion for Leave to Intervene.

2. I am over the age of 18 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all of the contents of this declaration.

3. I have been a professor at UCLA since 2014.

4. I grew up in a secular family with a Jewish father and a Christian mother. I grew up in a Jewish community and participated in Passover ceremonies with friends. I am anti-Zionist.

5. I teach courses on international studies and global development studies. My classes always include significant content on racism of all forms, sections on antisemitism, anti-Arab, anti-Palestinian, and anti-Muslim racism. I often teach specifically about Palestine and the Nakba.

6. I was present in the Palestine Solidarity Encampment every day between April 25-May 1. I helped with the safety team including the day after the mob attack on May 1, 2024.

7. Students were not blocked from accessing campus buildings during the entire time of the encampment.

8. There was no "Jew Exclusion Zone" in the Palestine Solidarity Encampment. The Palestine Solidarity Encampment was created and supported in collaboration with people of various faiths and included Seder and Shabbat services, alongside Muslim prayer. I was present for the Seder services and led programming inside the encampment.

9. Safety measures at the outset of the encampment were limited. People regularly passed through who were not a part of the encampment. People entering the

encampment were asked to wear masks to prevent the spread of Covid or other similar airborne illnesses, keep areas clean, and not be disruptive.

10. In the wake of the violent mob attack on the encampment on April 30, entrance criteria to the encampment changed to prevent further violence. Encampment safety teams only let people in if someone already inside the camp could vouch for them, or if they had been in the camp on a previous day as evidenced by colored wrist bands handed out at the entrance.

11. This new protocol meant that many people were turned away from the encampment in its final 24 hours. This included people who arrived wearing keffiyehs, a visual symbol deeply associated with Palestinian resistance, culture, and activism. Entry and exit to the encampment were not based on someone's religion. I turned away people the morning after the attack who did not have a wristband or find someone who could vouch for them. I turned away people wearing keffiyehs who embraced the encampment's calls to action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of May, 2025, at Los Angeles, California.

/s/*Roe 3*

Roe 3

DECLARATION OF ROE 3 IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE