MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

\*Admitted pro hac vice
[*Counsel continued on next page*]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Regents of the University of California, et al., <br><br> Defendants. | Case No. 2:24-CV-4702-MCS <br><br> **JOINT STATUS REPORT REGARDING MEDIATION & REQUEST FOR EXTENSION OF TIME** <br><br> Judge: Hon. Mark C. Scarsi <br> Courtroom: 7C |

[*Counsel continued from previous page*]

JENNIFER BEARD (S.B. #324916)
jbeard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8796
Facsimile: (415) 984-8701

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

*Attorneys for Defendants*

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura W. Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

2

JOINT STATUS REPORT REGARDING MEDIATION & REQUEST FOR EXTENSION OF TIME
CASE NO. 2:24-CV-4702-MCS

| | |
|---|---|
| 1 | |
| 2 | Elliot Moskowitz (NY Bar No. 4039160)* |
|   | Adam M. Greene (NY Bar No. 5812169)* |
| 3 | Marc J. Tobak (NY Bar No. 4717336)* |
| 4 | Davis Polk & Wardwell LLP |
|   | 450 Lexington Avenue |
| 5 | New York, NY 10017 |
| 6 | *Attorneys for Plaintiffs* |
| 7 | *\*Admitted pro hac vice* |
| 8 | ‡*Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members* |

**TO THE COURT:**

Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie ("Defendants") (collectively, the "Parties") hereby submit this Joint Status Report Regarding Mediation & Request for Extension of Time.

On May 27, 2025, this Court issued a Minute Order (Dkt. 175) directing the Parties to submit a status report as to the outcome of mediation efforts by June 30, 2025. As of June 30, 2025, the Parties are still engaged in ongoing settlement discussions with Magistrate Judge Maria A. Audero. In light of these ongoing discussions, and at Judge Audero's direction, the Parties respectfully request that this Court extend the deadline for submitting this mediation report from June 30, 2025 to July 3, 2025. The Parties have filed a Proposed Order to that effect concurrently herewith.

Dated: June 30, 2025                    Respectfully submitted,

By:    */s/ Matthew R. Cowan*
MATTHEW R. COWAN
*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie*


 */s/ Mark L. Rienzi*
MARK L. RIENZI
*Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa*

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 30, 2025                    Respectfully submitted,

                                         By:    */s/ Matthew R. Cowan*
                                                MATTHEW R. COWAN
                                                *The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie*