1  MATTHEW R. COWAN (S.B. #281114)
   mcowan@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street, 19th Floor
3  Los Angeles, California 90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:   (213) 430-6407

5
   ANTON METLITSKY*
6  ametlitsky@omm.com
   JENNIFER SOKOLER*
7  jsokoler@omm.com
   O'MELVENY & MYERS LLP
8  1301 Avenue of the Americas, Suite 1700
   New York, NY 10019
9  Telephone:  (212) 326-2000
   Facsimile:   (211) 326-2061
10

11 MEAGHAN VERGOW*
   mvergow@omm.com
12 O'MELVENY & MYERS LLP
   1625 Eye Street, N.W.
13 Washington, D.C. 20006
   Telephone:  (202) 383-5300
14 Facsimile:   (202) 383-5414

15 *Attorneys for Defendants*

16 *Admitted pro hac vice*
   [*Counsel continued on next page*]
17

18                    **UNITED STATES DISTRICT COURT**
19                    **CENTRAL DISTRICT OF CALIFORNIA**
                      **WESTERN DIVISION – LOS ANGELES**
20

| | |
|---|---|
| Frankel, et al., | Case No. 2:24-CV-4702-MCS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR JOINT STATUS REPORT REGARDING MEDIATION** |
| v. | |
| Regents of the University of California, et al., | |
| Defendants. | Judge:      Hon. Mark C. Scarsi<br>Courtroom: 7C |

[*Counsel continued from previous page*]

JENNIFER BEARD (S.B. #324916)
jbeard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8796
Facsimile:   (415) 984-8701

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone:  (510) 987-9800
Facsimile:   (510) 987-9757

*Attorneys for Defendants*

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura W. Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Adam M. Greene (NY Bar No. 5812169)*
Marc J. Tobak (NY Bar No. 4717336)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

*Admitted pro hac vice

‡*Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members*

# [PROPOSED] ORDER

This Court having reviewed the Parties' Joint Status Report Regarding Mediation & Request for Extension of Time, and finding good cause exists to grant the request;

The request to extend the Parties' time to file a Joint Status Report Regarding Mediation pursuant to this Court's May 27, 2025 Minute Order (Dkt. 175), from June 30, 2025 to July 3, 2025, is **GRANTED.**

DATED: _____  _____
Hon. Mark C. Scarsi
United States District Judge