**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| Frankel, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>Regents of the University of California, et al.,<br><br>         Defendants. | Case No. 2:24-cv-04702-MCS-PD<br><br>**ORDER ON REQUEST GRANTING EXTENSION OF TIME FOR JOINT STATUS REPORT REGARDING MEDIATION (ECF NO. 189)**<br><br>Judge:     Hon. Mark C. Scarsi<br>Courtroom: 7C |

## ORDER

This Court having reviewed the Parties' Joint Status Report Regarding Mediation & Request for Extension of Time, and finding good cause exists to grant the request;

The request to extend the Parties' time to file a Joint Status Report Regarding Mediation pursuant to this Court's May 27, 2025 Minute Order (Dkt. 175), from June 30, 2025 to July 3, 2025, is **GRANTED.**

DATED: July 1, 2025

_____
Mark C. Scarsi
United States District Judge