1  Eric C. Rassbach (CA SBN 288041)
2  Mark L. Rienzi (DC Bar No. 494336)*
   Daniel L. Chen (CA SBN 312576)
3  Laura Wolk Slavis (DC Bar No. 1643193)*
4  Jordan T. Varberg (DC Bar No. 90022889)*
   Amanda G. Dixon (DC Bar No. 90021498)*
5  Reed M. Bartley (TX Bar No. 24125115)* ‡
6  The Becket Fund for Religious Liberty
7  1919 Pennsylvania Ave. NW, Suite 400
   Washington, DC 20006
8  202-955-0095 tel. / 202-955-0090 fax
9  erassbach@becketfund.org

10 Paul D. Clement (DC Bar No. 433215)*
   Erin E. Murphy (DC Bar No. 995953)*
11 Matthew D. Rowen (CA SBN 292292)
12 Clement & Murphy, PLLC
   706 Duke Street
13 Alexandria, VA 22314

14 Elliot Moskowitz (NY Bar No. 4039160)*
15 Marc J. Tobak (NY Bar No. 4717336)*
   Adam M. Greene (NY Bar No. 5812169)*
16 Davis Polk & Wardwell LLP
17 450 Lexington Avenue
   New York, NY 10017
18

19 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br>    Plaintiffs,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br>    Defendants. | Case No.: 2:24-cv-04702<br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE**<br>Judge: Hon. Mark C. Scarsi |

---

*Admitted *pro hac vice*. ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

1   Plaintiffs Yitzchok Frankel, Joshua Ghayoum, Eden Shemuelian,
2   and Dr. Kamran Shamsa ("Plaintiffs") and Defendants Michael V. Drake,
3   Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., Rich
4   Braziel, and the Regents of the University of California[1] ("Defendants,"
5   and together with "Plaintiffs," the "Parties") hereby stipulate and agree
6   as follows:
7   **WHEREAS**, the Court entered a Schedule of Pretrial and Trial
8   Dates (the "Case Schedule") on December 18, 2024, (ECF No. 114 at 3);
9   **WHEREAS**, the Case Schedule included the following dates and
10  deadlines;

| **Case Deadline** | **Existing Schedule** |
|---|---|
| Non-expert discovery cut-off | 8/4/25 |
| Deadline to file Rule 56 motions | 8/4/25 |
| Expert disclosure (initial) | 8/18/25 |
| Expert disclosure (rebuttal) | 8/25/25 |
| Expert discovery cut-off | 9/8/25 |
| Last day to hear motions | 9/8/25 |
| Trial filings (first round) | 11/10/25 |
| Trial filings (second round) | 11/17/25 |
| Final Pretrial Conference | 12/1/25 |
| Jury Trial | 12/16/25 |

---

[1] By operation of Fed. R. Civ. P. 25(d), Julio Frenk and Steve Lurie have been substituted into the matter in their official capacities as Chancellor of the University of California Los Angeles and Assistant Vice Chancellor of the University of Cailfornia Los Angeles, respectively. The roles were previously held by Mr. Block and Mr. Braziel.

JOINT STIPULATION TO MODIFY CASE SCHEDULE
1

1

2  **WHEREAS**, the parties have been actively engaged in fact
3  discovery, including the service of substantial productions of documents,
4  communications, and other electronically stored information;

5  **WHEREAS**, recent rulings by Magistrate Judge Donahue at a June
6  4, 2024 discovery conference and subsequent compromises resolving
7  disputes among the Parties as to the scope of document discovery have
8  necessitated that the Parties engage in the ongoing collection, review,
9  and production of a significant volume of additional material;

10  **WHEREAS**, the Parties agree that it would be most productive to
11  commence depositions after additional material is produced;

12  **WHEREAS**, the Parties are simultaneously engaging
13  cooperatively in the scheduling of depositions;

14  **WHEREAS**, certain scheduling difficulties have arisen given that
15  the individuals that the Parties intend to depose include a professor and
16  an undergraduate student traveling abroad during the summer recess,
17  two law students actively studying for the California bar exam to be
18  administered on July 29, 2025 and July 30, 2025, and individuals no
19  longer subject to Defendants' control;

20  **WHEREAS**, the existing Case Schedule sets the non-expert
21  discovery cut-off on the same day as the deadline to file Rule 56 motions
22  and prior to all deadlines for expert disclosures, meaning that the Parties
23  would have little to no time to incorporate information obtained towards
24  the close of fact discovery into their Rule 56 motions and would be unable
25  to rely on expert disclosures in such motions;

26  **WHEREAS**, the parties agree that it would aid in the adjudication
27  of this matter, including by facilitating the filing of Rule 56 motions

28

JOINT STIPULATION TO MODIFY CASE SCHEDULE
2

capable of resolving the maximal number of issues prior to trial, if the Case Schedule were modified to (i) allow a modest amount of additional time for the Parties to complete fact depositions with the benefit of additional to-be-produced document discovery and (ii) slightly extend the deadline to file Rule 56 motions to allow adequate time for incorporation into Rule 56 motions of both information obtained in fact discovery and expert disclosure;

**WHEREAS**, the Parties have made no previous requests for continuances of any dates contained in the Case Schedule;

**WHEREAS**, the schedule proposed herein is not intended to delay the proceedings, requires no alterations to the Court's existing trial-related dates, and will not prejudice any party;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that, subject to the Court's approval:

1.  There is good cause to amend the Case Schedule as follows:

| **Case Deadline** | **Revised Schedule** |
|---|---|
| Non-expert discovery cut-off (other than fact depositions) | 8/4/25 |
| Fact deposition cut-off | 8/15/25 |
| Expert disclosure (initial) | 8/18/25 |
| Expert disclosure (rebuttal) | 8/25/25 |
| Deadline to file Rule 56 motions | 8/25/25 |
| Expert discovery cut-off | 9/15/25 |
| Last day to hear motions | 9/29/25 |

2. Nothing herein shall be deemed to constitute a waiver of any rights, objections, or defenses that any party may have, and this joint stipulation is made without prejudice to any other or further application by a party to this Court or any other court.

Dated: July 2, 2025

                    Respectfully submitted,

/s/ *Adam M. Greene*
Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketfund.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Marc J. Tobak (NY Bar No. 4717336)*
Adam M. Greene (NY Bar No. 5812169)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

\* Admitted *pro hac vice*.

‡ Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP

---

JOINT STIPULATION TO MODIFY CASE SCHEDULE

5

400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:(213) 430-6000
Facsimile:(213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone:(212) 326-2000
Facsimile:(211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone:(202) 383-5300
Facsimile:(202) 383-5414

JENNIFER BEARD (S.B. #324916)
jbeard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:(415) 984-8796
Facsimile:(415) 984-8701

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone:(510) 987-9800
Facsimile:(510) 987-9757

*Attorneys for Defendants*

*\*Admitted pro hac vice*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: July 2, 2025

                              Respectfully submitted,

                              /s/ *Adam M. Greene*
                              Adam M. Greene
                              *Attorney for Plaintiffs Yitzchok Frankel, Joshua Ghayoum, Eden Shemuelian, and Dr. Kamran Shamsa*