Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketfund.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Marc J. Tobak (NY Bar No. 4717336)*
Adam M. Greene (NY Bar No. 5812169)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL *et al.*,<br>    Plaintiffs,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA *et al.*,<br>    Defendants. | Case No.: 2:24-cv-04702<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Mark C. Scarsi |

*Admitted *pro hac vice*. ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members.

# [PROPOSED] ORDER

The Court having reviewed the Joint Stipulation to Modify Case Schedule of Plaintiffs Yitzchok Frankel, Joshua Ghayoum, Eden Shemuelian, and Dr. Kamran Shamsa and Defendants Michael V. Drake, Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., Rich Braziel, and the Regents of the University of California[1] finds good cause to modify the Schedule of Pretrial and Trial Dates entered on December 18, 2024, (ECF No. 114 at 3). The request to modify the schedule is **GRANTED**, and the schedule is hereby amended as follows:

| Case Deadline | Revised Schedule |
|---|---|
| Non-expert discovery cut-off (other than fact depositions) | 8/4/25 |
| Fact deposition cut-off | 8/15/25 |
| Expert disclosure (initial) | 8/18/25 |
| Expert disclosure (rebuttal) | 8/25/25 |
| Deadline to file Rule 56 motions | 8/25/25 |
| Expert discovery cut-off | 9/15/25 |
| Last day to hear motions | 9/29/25 |

---

[1] By operation of Fed. R. Civ. P. 25(d), Julio Frenk and Steve Lurie have been substituted into the matter in their official capacities as Chancellor of the University of California Los Angeles and Assistant Vice Chancellor of the University of California Los Angeles, respectively. The roles were previously held by Mr. Block and Mr. Braziel.

Dated: _____     _____
Hon. Mark C. Scarsi
United States District Judge