MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*

\**Admitted pro hac vice*
[*Counsel continued on next page*]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Regents of the University of California, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-CV-4702-MCS<br><br>**JOINT STATUS REPORT REGARDING MEDIATION**<br><br>Judge:　　　Hon. Mark C. Scarsi<br>Courtroom:　7C |

[*Counsel continued from previous page*]

JENNIFER BEARD (S.B. #324916)
jbeard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8796
Facsimile:  (415) 984-8701

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone:  (510) 987-9800
Facsimile:  (510) 987-9757

*Attorneys for Defendants*

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura W. Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Elliot Moskowitz (NY Bar No. 4039160)*
Adam M. Greene (NY Bar No. 5812169)*
Marc J. Tobak (NY Bar No. 4717336)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

\*Admitted pro hac vice

‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members

**TO THE COURT:**

Pursuant to this Court's May 27, 2025 Minute Order (Dkt. 175) and Order Extending Time to Submit Joint Status Report on Mediation (Dkt. 190), Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie ("Defendants") (collectively, the "Parties") hereby submit this Joint Status Report Regarding Mediation.

On June 18, 2025, the Parties participated in a settlement conference with Magistrate Judge Maria A. Audero. Representatives for all Plaintiffs appeared at the conference and representatives for all Defendants appeared. The Parties did not reach a settlement. The Parties are engaging in ongoing settlement discussions. The Parties will file an additional status report on or before July 10, 2025.

Dated: July 3, 2025

Respectfully submitted,

By:  */s/ Matthew R. Cowan*
MATTHEW R. COWAN
*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie*

*/s/ Mark L. Rienzi*
MARK L. RIENZI
*Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 3, 2025              Respectfully submitted,

By:     */s/ Matthew R. Cowan*
MATTHEW R. COWAN
*The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie*