UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:24-cv-04702-MCS-PD                                      Date: July 10, 2025

Title   Yitzchok Frankel et al v. Regents of The University of California et al

---

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | C/S 07/10/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney Present for Plaintiff:
Jordan T. Varberg
Mark L Rienzi

Attorneys Present for Defendants:
Matthew Cowan

**Proceedings (Telephonic):**    Status Conference re Settlement (ECF No. 195)

Case is called. Counsel make their appearances.

The Court confers with the parties and they provide status regarding settlement discussions. No order is necessary.

**Time in Court:**   0:23