MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

ANTON METLITSKY*
ametlitsky@omm.com
JENNIFER SOKOLER*
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone:  (212) 326-2000
Facsimile:   (211) 326-2061

MEAGHAN VERGOW*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Defendants*

**Admitted pro hac vice*
[*Counsel continued on next page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Frankel, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>Regents of the University of California, et al.,<br><br>             Defendants. | Case No. 2:24-CV-4702-MCS<br><br>**JOINT STATUS REPORT REGARDING MEDIATION**<br><br>Judge:         Hon. Mark C. Scarsi<br>Courtroom:  7C |

1  [*Counsel continued from previous page*]

2  JENNIFER BEARD (S.B. #324916)
3  jbeard@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA 94111
6  Telephone:  (415) 984-8796
   Facsimile:  (415) 984-8701
7
8  Charles Robinson (S.B. #113197)
   Rhonda Goldstein (S.B. #250387)
9  Norman Hamill (S.B. #154272)
10 The Regents of the University of California
   1111 Franklin Street, Floor 8
11 Oakland, California 94607-5201
12 Telephone:  (510) 987-9800
   Facsimile:  (510) 987-9757
13

14 *Attorneys for Defendants*

15 Eric C. Rassbach (CA SBN 288041)
16 Mark L. Rienzi (DC Bar No. 494336)*
   Daniel L. Chen (CA SBN 312576)
17 Laura W. Slavis (DC Bar No. 1643193)*
18 Jordan T. Varberg (DC Bar No. 90022889)*
   Amanda G. Dixon (DC Bar No. 90021498)*
19 Reed M. Bartley (TX Bar No. 24125115)* ‡
20 The Becket Fund for Religious Liberty
   1919 Pennsylvania Ave. NW, Suite 400
21 Washington, DC 20006
22 202-955-0095 tel. / 202-955-0090 fax
   erassbach@becketlaw.org
23

24 Paul D. Clement (DC Bar No. 433215)*
   Erin E. Murphy (DC Bar No. 995953)*
25 Matthew D. Rowen (CA SBN 292292)
26 Clement & Murphy, PLLC
   706 Duke Street
27 Alexandria, VA 22314
28

Elliot Moskowitz (NY Bar No. 4039160)*
Adam M. Greene (NY Bar No. 5812169)*
Marc J. Tobak (NY Bar No. 4717336)*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*

*‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C. Bar members*

**TO THE COURT:**

Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie ("Defendants") (collectively, the "Parties") hereby submit this Joint Status Report Regarding Mediation.

On July 10, 2025, the Parties participated in a settlement conference with Magistrate Judge Maria A. Audero. Representatives for all Plaintiffs appeared at the conference and representatives for all Defendants appeared. The Parties did not reach a settlement, but are continuing to engage in ongoing settlement discussions.

Dated: July 10, 2025    Respectfully submitted,

By:   */s/ Matthew R. Cowan*
MATTHEW R. COWAN
*Attorney for Defendants The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie*

 */s/ Mark L. Rienzi*
MARK L. RIENZI
*Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 10, 2025                    Respectfully submitted,

By:    */s/ Matthew R. Cowan*
       MATTHEW R. COWAN
       *The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie*