1  MATTHEW R. COWAN (S.B. #281114)
   mcowan@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street, 19th Floor
3  Los Angeles, California 90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:  (213) 430-6407

5  ANTON METLITSKY*
   ametlitsky@omm.com
6  JENNIFER SOKOLER*
   jsokoler@omm.com
7  O'MELVENY & MYERS LLP
   1301 Avenue of the Americas, Suite 1700
8  New York, NY 10019
   Telephone:  (212) 326-2000
9  Facsimile:  (211) 326-2061

10 MEAGHAN VERGOW*
   mvergow@omm.com
11 O'MELVENY & MYERS LLP
   1625 Eye Street, N.W.
12 Washington, D.C. 20006
   Telephone:  (202) 383-5300
13 Facsimile:  (202) 383-5414

14 *Attorneys for Defendants*

15 *Admitted pro hac vice
   [*Counsel continued on next page*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| Frankel, et al., | Case No. 2:24-CV-4702-MCS |
| Plaintiffs, | **STIPULATION FOR CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| Regents of the University of California, et al., | Judge:      Hon. Mark C. Scarsi |
| | Courtroom:  7C |
| Defendants. | |

[*Counsel continued from previous page*]

JENNIFER BEARD (S.B. #324916)
jbeard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8796
Facsimile: (415) 984-8701

Charles Robinson (S.B. #113197)
Rhonda Goldstein (S.B. #250387)
Norman Hamill (S.B. #154272)
The Regents of the University of California
1111 Franklin Street, Floor 8
Oakland, California 94607-5201
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

*Attorneys for Defendants*

Eric C. Rassbach (CA SBN 288041)
Mark L. Rienzi (DC Bar No. 494336)*
Daniel L. Chen (CA SBN 312576)
Laura W. Slavis (DC Bar No. 1643193)*
Jordan T. Varberg (DC Bar No. 90022889)*
Amanda G. Dixon (DC Bar No. 90021498)*
Reed M. Bartley (TX Bar No. 24125115)* ‡
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax
erassbach@becketlaw.org

Paul D. Clement (DC Bar No. 433215)*
Erin E. Murphy (DC Bar No. 995953)*
Matthew D. Rowen (CA SBN 292292)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

1  Elliot Moskowitz (NY Bar No. 4039160)*
2  Adam M. Greene (NY Bar No. 5812169)*
   Marc J. Tobak (NY Bar No. 4717336)*
3  Davis Polk & Wardwell LLP
4  450 Lexington Avenue
   New York, NY 10017
5
   *Attorneys for Plaintiffs*
6
   *Admitted pro hac vice
7  ‡Not admitted to the D.C. Bar; admitted only in Texas. Supervised by licensed D.C.
8  Bar members

1  WHEREAS, Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa ("Plaintiffs") and Defendants The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie ("Defendants") (collectively, the "Parties") have settled this case, *see* ECF 205 (Joint Status Report);

WHEREAS, the Parties have agreed to the entry of the attached [Proposed] Consent Judgment and Permanent Injunction, as evidenced by their signatures on this stipulation;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, by and between the Parties, that the [Proposed] Consent Judgment and Permanent Injunction may be entered by the Court, and the Parties respectfully request that the Court do so.

**IT IS SO STIPULATED.**

Dated: July 28, 2025         Respectfully submitted,

By:   */s/ Matthew R. Cowan*
      MATTHEW R. COWAN
      *Attorney for Defendants The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie*


      */s/ Mark L. Rienzi*
      MARK L. RIENZI
      *Attorney for Plaintiffs Yitzchok Frankel; Joshua Ghayoum; Eden Shemuelian; and Dr. Kamran Shamsa*

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signature listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 28, 2025          Respectfully submitted,

By:   */s/ Matthew R. Cowan*
MATTHEW R. COWAN
*The Regents of the University of California; Michael V. Drake; Julio Frenk; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Steve Lurie*