UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:24-cv-04702-MCS | Date: July 29, 2025 |
| Title | Yitzchok Frankel, *et al.* v. Regents of the University of California, *et al.* | |

| | |
|---|---|
| Present: | The Honorable MARIA A. AUDERO, United States Magistrate Judge |

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Mark Rienzi | Matthew Cowan |
| Jordan Varberg | Meaghan VerGow |

**Proceedings (via Zoom and telephonic):**     **Order Regarding Settlement**

    Commencing on March 18, 2025 and continuing through July 28, 2025, the Court conducted a series of settlement conferences with the parties. The parties reached a settlement in principle on July 18, 2025 and executed the settlement agreement on July 28, 2025.

    The parties and their counsel are reminded that all discussions were, and are, deemed to be confidential settlement discussions. The parties and their counsel may obtain a transcript of the public portion of the multiple proceedings upon request.

    It is so ordered.

**Time in Court May to July 2025:  27 hrs. and 3 mins**