1  THOMAS B. HARVEY (SBN 287198)
   Law Offices of Thomas B. Harvey
2  365 East Avenida de Los Arboles, #226
3  Thousand Oaks, CA 91360
   Tel: (805) 768-4440
4  Email: tbhlegal@proton.me
5
6  Attorney for Proposed Intervenors

7  **UNITED STATES DISTRICT COURT**
8  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YITZCHOK FRANKEL; JOSHUA GHAYOUM; EDEN SHEMUELIAN, and DR. KAMRAN SHAMSA<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL V. DRAKE, President of the University of California; GENE D. BLOCK, Chancellor, University of California, Los Angeles; DARNELL HUNT, Executive Vice-President and Provost; MICHAEL BECK, Administrative Vice Chancellor; MONROE GORDEN, JR., Vice Chancellor; and RICK BRAZIEL, Assistant Vice Chancellor, each in both his official and personal capacities,<br><br>Defendants. | Case No. 2:24-cv-04702-MCS-<br><br>(1) APPEAL OF POST-DISMISSAL, AND POST-SETTLEMENT CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER (ECF 210); AND<br><br>(2) APPEAL OF POST-SETTLEMENT, POST-DISMISSAL POST-JUDGMENT ORDER "RE MOTIONS TO INTERVENE" (ECF 211)<br><br>**Judge: Hon. Mark C. Scarsi** |

NOTICE OF APPEAL Case No. 2:24-cv-04702-MCS

**TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Ninth Circuit Rule 3-3, notice is hereby given that Third Party Intervenors, Roes 1-5, hereby appeal (1) the Court's post-settlement and post-dismissal "CONSENT JUDGMENT AND PERMANENT INJUNCTION," entered on July 29, 2025 (ECF 210); and (2) the Court's post-settlement, post-dismissal, and post-judgment "(IN CHAMBERS) ORDER RE: MOTIONS TO INTERVENE (ECF NOS. 178, 208)," entered on August 1, 2025 (ECF 211).

DATED: August 28, 2025

                                                BY: /s/ Thomas B. Harvey
                                                THOMAS B. HARVEY (SBN 287198)
                                                Law Offices of Thomas B. Harvey
                                                Attorney for Proposed Intervenors